UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | No. 3:19-cv-03512-WHO<br><br>**Index of Exhibits in Support of Plaintiffs' Motion for Class Certification** |

| Exhibit | Exhibit Description |
|---|---|
| **A** | **Declarations of Immigration Attorneys** |
| A1 | Declaration of Zachary Nightingale and attachments:<br>• USCIS response letter dated June 18, 2019, indicating a portion of the A-File was referred to ICE |
| A2 | Declaration of Cheryl David |
| A3 | Declaration of Courtney McDermed |
| A4 | Declaration of Russel Abrutyn |
| A5 | Declaration of David Cleveland |
| A6 | Declaration of Aaron Hall |
| A7 | Declaration of Marc Asch |
| A8 | Declaration of Patrick Taurel and attachment:<br>• USCIS response letter dated August 10, 2017, indicating a portion of the A-File was referred to ICE |
| A9 | Declaration of Charles Shane Ellison |
| A10 | Declaration of Natalie Hansen |
| A11 | Declaration of Hyunjoo Lee |
| A12 | Declaration of Nancy Falgout |
| A13 | Declaration of Vicky Dobrin and attachments:<br>• USCIS response letter dated September 24, 2018, indicating a portion of the A-File was referred to ICE<br>• ICE response letter dated July 16, 2019, indicating portions of the referred documents were withheld pursuant to FOIA exemptions |
| A14 | Declaration of Kursten Phelps |
| **B** | **Declarations of Proposed Class Counsel** |
| B1 | Declaration of Trina Realmuto |
| B2 | Declaration of Mary Kenney |
| B3 | Declaration of Matt Adams |
| B4 | Declaration of Stacy Tolchin |
| **C** | **USCIS, *FOIA/PA Check Status*, Indicating Status of A-File FOIA Request filed by Plaintiff Lopa (Receipt No. NRC2018168972) as of August 7, 2019** |
| **D** | **USCIS, *FOIA/PA Check Status*, Indicating Status of A-File FOIA Request filed by Plaintiff Carandang (Receipt No. NRC2018070921) as of August 7, 2019** |

Index of Exhibits ISO Pls.' Mx. for Class Cert.                                Case No. 3:19-cv-03512-WHO

1