UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | No. 3:19-cv-03512-WHO<br><br>**DECLARATION OF TRINA REALMUTO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Pursuant to 28 U.S.C. § 1746, I hereby declare:

1.          I am a Directing Attorney at the American Immigration Council. I am one of the counsel for Plaintiffs in this case. I submit this declaration in support of Plaintiffs' Notice of Motion and Motion for Class Certification.

2.     I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify completely as set forth below.

3.     Accompanying Plaintiffs' Motion as **Exhibits A1 through A14** are various declarations

that Plaintiffs' counsel collected from attorneys regularly practicing immigration law. These declarations include the following:

    a.    The declaration of Zachary Nightingale with attachments is attached as Exhibit A1.

    b.    The declaration of Cheryl David is attached as Exhibit A2.

    c.    The declaration of Courtney McDermed is attached as Exhibit A3.

    d.    The declaration of Russel Abrutyn is attached as Exhibit A4.

    e.    The declaration of David Cleveland is attached as Exhibit A5.

    f.    The declaration of Aaron Hall is attached as Exhibit A6.

    g.    The declaration of Marc Asch is attached as Exhibit A7.

    h.    The declaration of Patrick Taurel with attachments is attached as Exhibit A8.

    i.    The declaration of Charles Shane Ellison is attached as Exhibit A9.

    j.    The declaration of Natalie Hansen is attached as Exhibit A10.

    k.    The declaration of Hyunjoo Lee is attached as Exhibit A11

    l.    The declaration of Nancy Falgout is attached as Exhibit A12.

    m.    The declaration of Vicky Dobrin with attachments is attached as Exhibit A13.

    n.    The declaration of Kursten Phelps is attached as Exhibit A14.

4.    Accompanying Plaintiffs' Motion as Exhibits **B1 through B4** are declarations by Plaintiffs' counsel. These declarations include the following:

    a.    The declaration of Trina Realmuto is attached as Exhibit B1.

    b.    The declaration of Mary A. Kenney is attached as Exhibit B2.

    c.    The declaration of Matt Adams is attached as Exhibit B3.

Realmuto Decl. ISO Mx. for Class Cert.        Case No. 3:19-cv-03512-WHO

2

   d.  The declaration of Stacy Tolchin is attached as Exhibit B4.

5.  Accompanying Plaintiffs' Motion as **Exhibit C** is a true and correct copy of the USCIS website page –*FOIA/PA Check Status* – indicating the status of Plaintiff Pao Lopa's A-File FOIA Request (Receipt No. NRC2018168972) as of August 7, 2019.

6.  Accompanying Plaintiffs' Motion as **Exhibit D** is a true and correct copy of USCIS website page –*FOIA/PA Check Status* – indicating the status of Plaintiff Maribel Carandang's A-File FOIA Request (Receipt No. NRC2018070921) as of August 7, 2019.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge. Executed this 8th day of August 2019 at Brookline, Massachusetts.

            By:  <u>s/ *Trina Realmuto*</u>
                Trina Realmuto

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26