<u>DECLARATION OF CHERYL R. DAVID</u>

I, Cheryl David, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a practicing attorney licensed before the State of New York. My business address is 299 Broadway, Suite 706, New York, NY 10007.

2. I have been practicing immigration law since 1995 focusing on family based and removal cases. I opened my own law firm in 2005. Previously, I worked as an associate with Bretz & Coven, LLP, Allen E. Kaye and Wilens and Baker, PLC. I have represented thousands of noncitizens in removal proceedings before the Executive Office for Immigration Review (EOIR) and with applications and petitions for immigration benefits or relief filed with U.S. Citizenship and Immigration Services (USCIS).

3. I file and will continue to file Freedom of Information Act requests for Alien Registration Files (A-files). I estimate that our office has approximately five A-file FOIA requests that have been pending with USCIS for more than 30 business days without a determination. It is normal for us to have at least 5 pending at a time. When a portion of the records have been referred to ICE for further processing, it takes approximately 6 months to receive a response, if at all. Our office has approximately 7 A-file FOIA requests that have been pending with ICE for more than 30 business days from the date of the initial filing with USCIS without a determination.

4. We file A-file FOIA requests for various reasons, however it is primarily to understand the immigration history of a case. If an application has been denied, it is not uncommon for the client not to have copies of the denial. The denial may be crucial to determining eligibility for future benefits or relief from deportation. In addition, if a previous attorney or individual filed an application, it is important to review the application to ensure future applications are consistent with information previously submitted to USCIS and to confirm that the applications did not have inaccurate information. In addition, in many cases, evidence of an immigrant visa petition filed prior to April 30, 2001 may render an individual eligible for future benefits under section 245(i) of the Immigration and Nationality Act. All of this information will help in assessing whether a person is eligible for an immigration benefit or whether they may be subject to removal proceedings. When a client is or has been in removal proceedings, we request a copy of the A-file is to determine eligibility for relief, such as adjustment of status to that of a lawful permanent resident or termination based on citizenship.

5. In general, after filing an A-file FOIA request it takes approximately 4 to 8 months to receive a response. There have been instances in which we have waited for over one year.

6. We often cannot file a benefits application or proceed with a removal defense

1

**Exhibit A2**

until we have the documents contained in the A-file. USCIS delays in responding to A-file FOIA requests delay my clients' ability to legalize their immigration status or to become citizens. This is most impactful if an individual is detained with a final order of removal and we cannot determine whether there is a basis to seek to reopen removal proceedings or to reconsider the order. Because there are statutory deadlines to file these motions, it will be a race against the clock

7. There are instances in which a client clearly had applied for some type of benefit. This can often be deduced by a client having a work permit or a social security number. It is not uncommon for clients to be unclear as to the type of application that enabled them to obtain the document. I have had numerous instances where a client has worked with a "notario" who filed a green card application based on "marriage" however, the client was never previously married and the notario filed a fake marriage certificate. This can be detrimental to a case, so I want to obtain this information from the A-file before filing for a benefit.

8. There also are instances when clients' marriage cases have been denied and the reason for the denial is contained in the clients' A-files. This information is critical because there is an important distinction between a denial based on a finding that the marriage was fraudulent and denial based on a finding that the client did not establish by a preponderance of the evidence that the marriage was bona fide. The former bars an individual from a green card permanently.

9. When applying for citizenship, USCIS will often revisit the merits of the green card application, therefore we must ensure the application was properly completed. In addition, in some instances, clients previously had a criminal history and it is important to ensure that the criminal arrest was disclosed. All of this information is contained in the A-file.

10. We have had cases where clients were placed into removal proceedings after filing for citizenship because USCIS alleged that documents submitted to obtain that benefit were fraudulent. In an employment-based case, for example, the government might argue that the employer claims to have never submitted an application on the client's behalf. In addition, it is common for USCIS to refer cases to investigations to determine whether there was some type of fraud. The results of the investigation will be in the A-file and are necessary to understand the basis for the removal referral and to rebut those allegations.

11. Lastly, there are times in which clients have had previous attorneys that refuse to turn over the file to us or the client and, thus, we do not know what was submitted on their behalf.

12. In some instances, parts of a FOIA are referred to ICE.

13. In October 2018 we filed a FOIA request with USCIS and received a response in April 2019. In June, we learned that part of the A-file was referred to ICE. We still are awaiting that information.

2

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge.

Executed this 30th day of July 2019 at New York, NY.

Cheryl R. David