## DECLARATION OF KURSTEN PHELPS

I, Kursten Phelps, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a practicing attorney licensed to practice before the State of Kansas. My business address is 6402 Arlington Boulevard, Ste. 300, Falls Church, VA 22042.

2. I currently am the Director of Legal & Social Services at Tahirih Justice Center, a non-profit organization whose mission is to provide interdisciplinary immigration representation to immigrant survivors of gender-based violence. I have been in this position since April 1, 2017.

3. Tahirih employs 34 attorneys in offices in Atlanta, GA; Baltimore, MD; Falls Church, VA; Houston, TX; and San Bruno, CA, who represent noncitizens seeking or defending lawful immigration status. In my position, I am familiar with the work that they do. They represent clients in a variety of immigration matters, including VAWA self-petitions, U visas, T visas, Special Immigrant Juvenile Status, affirmative and defensive asylum, and withholding of removal. Our client population was approximately 1,326 in 2018, including both principal and derivative clients.

4. Prior to preparing this declaration, I reviewed information collected from Tahirih staff attorneys about their practices with respect to filing requests for clients' immigration files, commonly known as A-files, under the Freedom of Information Act (FOIA). These FOIAs are filed with U.S. Citizenship and Immigration Services (USCIS) and less often with Immigration and Customs Enforcement (ICE).

5. Our attorneys report that best practice requires that they nearly always file a FOIA request for a client's A-file. They also report that they do not receive timely responses to these requests—that is, responses within the period required in the statute. Instead, they typically must wait months, and usually close to a year, before receiving the client's A-file from USCIS. Not having the information from the client's file means that the attorneys either have to file an application for relief without knowing all the facts relevant to the application, or they must wait to file the application for immigration status for the client, leaving her without any documentation relating to status. Much of the information in the A-file is outside the knowledge or control of the clients, so Tahirih attorneys cannot obtain this information simply by asking their clients for all the information necessary for a particular application.

6. Tahirih attorneys provide direct representation for some of our clients, and co-counsel with pro bono attorneys for many other clients, in order to leverage their expertise and serve more clients who need our services. I have reviewed our records, which show that since 2014, our attorneys have submitted at least 100 FOIA requests to USCIS seeking A-files. Our records do not necessarily reflect

1

Exhibit A14

those requests submitted by the pro bono attorneys with whom we co-counsel, so the number of FOIA requests to USCIS for A-files on behalf of our clients is considerably higher.

7. The following are just a few examples of the many delays that our clients have experienced in obtaining A-files from USCIS or ICE.

8. In one of our cases, USCIS issued our client a notice that it intended to deny the client's application to become a lawful permanent resident based upon a general reference to "social media" showing that the client was a gang member. Tahirih attorneys have submitted multiple FOIA requests to USCIS and to ICE to obtain the basis for this allegation, with the most recent one being filed in March 2018. As of July 9, 2019, a case status check for the USCIS request showed the following:
   Request submitted: 3/21/2018
   Place in Queue: 17 of 4919 pending requests
   Estimated completion date: 5/10/2018
So, in addition to having to respond to agency allegations without knowing the basis for these allegations, our attorneys cannot even determine when to expect a response.

9. In another of our cases, our attorney filed an expedited request with USCIS on behalf of a client who must continue to live in her abuser's house while the abuser stalks and harasses her. Because the abuser is uncooperative, the client does not know whether he filed an immigration petition on her behalf. She and the Tahirih attorneys need that information to determine what immigration application to file for her to gain lawful status. In the meantime, she cannot get access to otherwise available social services in her county because she must have an immigration application pending. Consequently, the client is forced to remain in these difficult circumstances. After more than two months and taking the additional intervention of submitting a request for Ombudsman case assistance, a response was received.

10. Another attorney filed an A-File FOIA request in December 2018, and as of 7/11/2019 it is still pending. The information in the A-File is necessary for the client, who currently has asylum status, to file an application to adjust her status to that of a lawful permanent resident. The client wishes to become a lawful permanent resident and then to become a U.S. citizen. The delay in getting the information is delaying her ability to move forward with her ultimate plan to become a U.S. citizen.

11. For clients who have been placed in removal proceedings, not receiving a timely response to an A-file FOIA can place the client at a serious disadvantage. In those cases, Tahirih attorneys must respond to allegations that the ICE has made against their clients without knowing the factual basis for the allegation or being able to review the evidence being used against the client. The ICE attorneys representing the government in the removal proceedings have access to the A-files but are under no obligation to share the evidence in time for our attorneys to prepare a defense. Receiving a timely response to an A-file FOIA can be critical in these

2

removal cases.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge.

Executed this 17h day of July 2019 at Fairfax County, Virginia

Kursten A. Phelps