**DECLARATION OF MARY A. KENNEY IN SUPPORT OF**
**MOTION FOR CLASS CERTIFICATION**

I, Mary A. Kenney, hereby declare:

1. I am a Directing Attorney, Litigation, at the American Immigration Council. I am one of the counsel for Plaintiffs in this case.

2. I was admitted to the West Virginia and Washington, D.C. bars in 1983 and 2017, respectively, after graduating from Antioch School of Law in 1983 and Washington University in 1977. I am admitted to practice before the courts of the State of West Virginia and the city of the District of Columbia, the United States Supreme Court, the Courts of Appeals for the District of Columbia and the Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits, and the U.S. District Courts for the District of Columbia, the Northern District of Texas and the Northern District of West Virginia.

3. I have practiced law continuously since graduating from law school in 1983. I first worked at the Legal Aid Society in Morgantown, West Virginia from 1983 to 1994; then began practicing immigration law at the Lawyers Committee for Civil Rights Under Law of Texas in San Antonio, Texas, from 1994 until 2001. I worked as a consultant from 2001 until 2003 with what was then named the American Immigration Law Foundation, now the American Immigration Council. I was hired at what is now the American Immigration Council and have worked there ever since, as a Staff Attorney, Senior Attorney and currently Directing Attorney, Litigation.

4. I have litigated or am litigating immigration cases before the Board of Immigration Appeals; federal district courts in the District of Columbia, the Northern, Southern, and Western Districts of Texas, the District of Minnesota (*pro hac vice*), the

Northern District of California (*pro hac vice*), the District of Arizona (*pro hac vice*), the Eastern District of New York (*pro hac vice*) and the Western District of Washington (*pro hac vice*); and the Courts of Appeals for the District of Columbia and the Fifth, Eighth, and Ninth Circuits.

5.  I have litigated or am litigating cases on behalf of *amicus curiae* before the Board of Immigration Appeals, several federal district courts, U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits, and the U.S. Supreme Court.

6.  Among the cases mentioned above are class actions and other impact litigation which I have co-counseled with others, including *Mendez Rojas v. Johnson*, 305 F. Supp. 3d 1176 (W.D. Wash. 2018) (granting summary judgment to plaintiffs in a nationwide class action involving asylum seekers); *id*., 2017 U.S. Dist. LEXIS 73262 (W.D. Wash. Jan. 10, 2017) (certifying nationwide class); *Doe v. Johnson*, 163 F. Supp. 3d 630 (D. Ariz. 2016) (certifying class in challenge to conditions of detention within Arizona Sector of U.S. Border Patrol); *id*., 2016 U.S. Dist. LEXIS 189676 (D. Ariz. Nov. 18, 2016) (granting preliminary injunction); *Brown v. U.S. CBP*, 132 F. Supp. 3d 1170 (N.D. Cal. 2015) (denying motion to dismiss in nationwide challenge to delays in FOIA processing); *A-B-T- v. USCIS*, No. C11-2108 RAJ, 2013 U.S. Dist. LEXIS 160453 (W.D. Wash. Nov. 14, 2013) (granting class action settlement in nationwide challenge to asylum work authorization denials); *Ngwanyia v. Ashcroft*, 376 F. Supp. 2d 923 (D. Minn. 2005) (approving settlement for nationwide class of asylees seeking lawful permanent residence); *id*., 302 F. Supp. 2d 1076 (D. Minn. 2004) (granting partial summary judgment); *id*., 2003 U.S. Dist. LEXIS 824 (D. Minn. Jan. 14, 2003) (granting

certification to nationwide class); *Berhea v. Reno*, No. 4:96 01093 (S.D. Tex. 1996) (nationwide class action on behalf of refugees seeking to have their spouses and children join them in the U.S.); and *Cedillo-Perez v. INS*, No. 4:94-02461 (S.D. Tex. 1994) (putative class action on behalf of noncitizens subject to immigration enforcement by local police and immigration agents).

7. Emily Creighton is the Directing Attorney of Transparency at the American Immigration Council. She was admitted to the Maryland and Washington D.C. bars in 2007 and 2012, respectively, after graduating from American University Washington College of Law in 2006 and Boston College in 1999. Emily also is admitted to practice before the U.S. Courts of Appeals for the Ninth Circuit and the U.S. District Court for the District of Columbia. She served as class counsel in *A-B-T- v. USCIS*, No. C11-2108 RAJ, 2013 U.S. Dist. LEXIS 160453 (W.D. Wash. Nov. 14, 2013) (granting class action settlement in nationwide challenge to asylum work authorization denials).

8. Emily has practiced immigration law as a staff attorney and senior staff attorney with the American Immigration Council since October of 2006 and has represented amicus curiae numerous times before the Board of Immigration Appeals and before the First, Fifth, Seventh, Ninth, Eleventh Circuit Courts of Appeals and the U.S. Supreme Court. She also has represented plaintiffs in several successful actions under the Freedom of Information Act (FOIA) and currently is counsel in several pending FOIA lawsuits.

9. Neither I nor any of my co-counsel is receiving reimbursement from individual plaintiffs or class members in this case. All counsel in this case are qualified and capable of adequately and fairly protecting the interests of the individual plaintiffs and the proposed class and possess the commitment and resources to prosecute the case as a class action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this August 2, 2018 in Washington, D.C.

By:   <u>s/Mary A. Kenney</u>
      Mary A. Kenney