## Request Details

| | |
|---|---|
| Control Number | NRC2018168972 |
| Date Submitted | 11/05/2018 |
| Request Type | FOIA Request |

## Request Status

| | |
|---|---|
| Place in Queue | 1554 of 23696 pending requests |
| Status | Case In Process |
| Estimated Completion Date | 12/13/2018 |

Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.



### Request Submitted
Your request has been received by USCIS.



### Files Requested
Your request has been reviewed and the National Records Center has placed a request for responsive documents.



### Files Received
Your responsive documents have arrived at the National Records Center.



### Case in Process
The National Records Center is processing your responsive documents.



### Completed
Your requested documents are available in your own portal unless you selected an alternative delivery method.

**Exhibit C**