## Request Details

| | |
|---|---|
| Control Number | NRC2018070921 |
| Date Submitted | 04/30/2018 |
| Request Type | Privacy Act Request |

## Request Status

| | |
|---|---|
| Place in Queue | |
| Status | Case In Process |
| Estimated Completion Date | 06/07/2018 |

Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.


### Request Submitted
Your request has been received by USCIS.


### Files Requested
Your request has been reviewed and the National Records Center has placed a request for responsive documents.


### Files Received
Your responsive documents have arrived at the National Records Center.


### Case in Process
The National Records Center is processing your responsive documents.


### Completed
Your requested documents are available in your own portal unless you selected an alternative delivery method.

**Exhibit D**