UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | No. 3:19-cv-03512-WHO<br><br>**[PROPOSED] ORDER GRANTING CLASS CERTIFICATION** |

This matter having come before the Court on the Plaintiffs' Motion for Class Certification, and the Court having considered the pleadings submitted in support and opposition to the motion, and having heard argument of counsel, Plaintiffs' motion is GRANTED.

IT IS HEREBY ORDERED that the USCIS Class and ICE Referral Class proposed in the Complaint, Dkt. 1 ¶ 64, are entitled to class certification under Fed. R. Civ. P. 23(a) and (b)(2). For each proposed class, Plaintiffs have demonstrated that members of the class are so numerous that joinder is impracticable; that there are questions of law and fact common to the class; that the claims of the Plaintiffs are typical of the claims of the class members; and that Plaintiffs and their counsel, as representatives of the class, will fairly and adequately protect its interests. Additionally, with respect to each proposed class, this Court finds that Defendants have acted on

Prop. Order Granting Pls.' Mx. for Class Cert.                    Case No. 3:19-cv-03512-WHO

1

grounds generally applicable to the class in its entirety, thereby making appropriate final injunctive and declaratory relief on a class-wide basis.

In light of the above, the Court orders:

A. The following **USCIS FOIA Class** is certified for this case to proceed as a class action: All individuals who filed, or will file, A-File FOIA requests with USCIS which have been pending, or will be pending, with USCIS for more than 30 business days without a determination.

B. Plaintiffs Zachary Nightingale, Courtney McDermed, Cheryl David, and Pao Lopa are designated as representatives of the USCIS class, and their counsel are appointed as class counsel.

C. The following **ICE Referral Class** is certified for this case to proceed as a class action: All individuals who filed, or will file, A-File FOIA requests with USCIS that USCIS has referred, or will refer, to ICE and which have been pending, or will be pending, for more than 30 business days from the date of the initial filing with USCIS without a determination

D. Plaintiffs Nightingale, McDermed, David, and Maribel Carandang are designated as representatives of the ICE Referral Class, and their counsel are appointed as class counsel.

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Prop. Order Granting Pls.' Mx. for Class Cert.                    Case No. 3:19-cv-03512-WHO

2

Respectfully submitted,

*s/ Trina Realmuto*
Trina Realmuto (CA SBN 201088)
American Immigration Council
1318 Beacon Street, Suite 18
Brookline, MA 02446
(857) 305-3600
(202) 742-5619 (fax)
trealmuto@immcouncil.org

Prop. Order Granting Pls.' Mx. for Class Cert.                Case No. 3:19-cv-03512-WHO

3