UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY NIGHTINGALE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | Case No. 19-cv-03512-WHO <br><br> **ORDER RE: CHANGES TO PROTECTIVE ORDER** <br><br> Re: Dkt. No. 54 |

On February 20, 2020, parties filed a joint motion requesting that I enter their proposed Agreed Protective Order. *See* Joint Motion for Entry of Agreed Protective Order [Dkt. No. 54]. It is not acceptable in two respects. Attached as Exhibit A is an Edited Agreed Protective Order that is consistent with the practice in this District.

First, the broad definition of "Documents and Information Covered by this Order" in Section 1 of the Agreed Protective Order cannot bind me in making any determination on what is sealable. *See* Civil Local Rule 79-5(d)-(e). Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.

Second, Section 6 of the Agreed Protective Order on "Filing of Covered Documents or Covered Information" does not comply with Local Rule 79-5's sealing procedure. As edited, it does.

Any party that objects to the changes made in the attached Edited Agreed Protective Order may file a statement explaining why by March 13, 2020. If no objections are made, your silence

will indicate consent and I will enter the Protective Order as edited.

**IT IS SO ORDERED.**

Dated: March 6, 2020



William H. Orrick
United States District Judge