UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | No. 3:19-cv-03512-WHO<br><br>**Declaration of Trina Realmuto in Support of Administrative Motion to Seal Pursuant to Local Rule 79-5** |

Pursuant to Local Rule 79-5, this Court's Standing Order on Administrative Motions to Seal, and Sections 1(d) and 6 of the Protective Order in this case (ECF 56), I, Trina Realmuto, one of the attorneys for Plaintiffs Zachary Nightingale, Courtney McDermed, Cheryl David, Pao Lopa, and Maribel Carandang, hereby declare that Defendants U.S. Citizenship and Immigration Services, U.S. Immigration and Customs Enforcement, and U.S. Department of Homeland Security have designated as confidential the documents listed on the chart in the accompanying Administrative Motion to Seal. I further declare that Plaintiffs' Motion for Summary Judgment contains content from those documents and that the Index of Exhibits in Support of Plaintiffs' Motion for Summary Judgment includes the names of the documents.

Respectfully submitted,


<u>*s/ Trina Realmuto*</u>
Trina Realmuto (CA SBN 201088)
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org


**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.


<u>*s/ Trina Realmuto*</u>
Trina Realmuto
National Immigration Litigation Alliance