**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,

Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

No. 3:19-cv-03512-WHO

**[Proposed] Order on Administrative Motion to Seal Pursuant to Local Rule 79-5**

The Court, having considered the Administrative Motion to Seal Pursuant to Local Rule 79-5 and Defendants' response hereby ORDERS the following with respect to each document Defendants have designated as confidential:

| Document | Sealing Granted / Denied |
|---|---|
| Plaintiffs' Motion for Summary Judgment (MSJ) | |
| Index of Exhibits in Support of Plaintiffs' MSJ | |
| DHS, *Chief Privacy Officer Privacy Office Overview* (Revised June 2017), Bates 85188–85245-REP (MSJ Exh. D, excerpted: pp. 85188-REP–85190-REP, 85215-REP–85216-REP) | |
| Email from Elliot B. Viker to Tammy Meckley et al. (May 29, 2020), Bates 984-SUPP (MSJ Exh. L) | |
| Email from Cynthia M. Cornell to Cynthia L. Holt et al. (Aug. 28, 2020), Bates 785-SUPP (MSJ Exh. M) | |
| Contract between USCIS and Cherokee Nation 3S LLC (Sept. 30, 2019), Bates 12707–12773 (MSJ Exh. O) | |
| Email exchange between ICE employees regarding "Referral Timelines" (Oct. 17, 2019), Bates 14364-14366 (MSJ Exh. Q) | |
| Email from Tammy Meckley to Joseph Edlow & Kathy Nuebel Kovarik (May 27, 2020), Bates 1162-SUPP–1163-SUPP (MSJ Exh. R) | |
| USCIS/ICE SLA Agreement Meeting Notes, Bates 224–225 (MSJ Exh. S) | |
| Office of Information Governance and Privacy Freedom of Information Act Division, FY2020 FOIA "Get Well" Options (Feb. 2, 2020), Bates 26198–26208 (MSJ Exh. V) | |
| Email from Fernando Pineiro to James Holzer et al. (Nov. 15, 2019), Bates 14269–14272 (MSJ Exh. W) | |

| | |
|---|---|
| Office of Information Governance and Privacy Freedom of Information Act Division, FY2020 FOIA "Get Well" Options (Oct. 29, 2019), Bates 28892–28905 (MSJ Exh. X) | |
| James Holzer, *DHS FOIA* (June 5, 2019), Bates 103807–103820 (MSJ Exh. AA, Deposition Exh. 25) | |
| Talking Points: USCIS Proposal to Resume Processing ICE A-File Records under FOIA, Bates 33338–33339 (MSJ Exh. BB, Deposition Exh. 20) | |
| Memorandum of Agreement between USCIS and ICE (June 1, 2020), Bates 106055–106062 (MSJ Exh. FF) | |
| Memorandum of Agreement between USCIS and ICE (October 1, 2020), Bates 527-SUPP–534-SUPP (MSJ Exh. GG) | |

**IT IS SO ORDERED.**

This the ___ day of __________, 2020

______________________________
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*s/ Trina Realmuto*
Trina Realmuto (CA SBN 201088)
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org