

# Chief Privacy Officer
# Privacy Office Overview
### Revised June 2017

**UNREDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED**

**EXHIBIT D**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

NTG_00085188-REP

# Table of Contents

| | | |
|---|---|---:|
| I. | **Privacy Office Resources** | 4 |
| | A. Organization Chart | 4 |
| | B. Fiscal Years 2015-2018 Strategic Plan | 5 |
| | C. Privacy Office Staff Advisory Council Charter | 5 |
| | D. Major Federal Privacy Laws | 6 |
| | E. Chief Privacy Officer's Statutory Authorities | 7 |
| | F. Chief FOIA Officer's Statutory Authorities | 10 |
| II. | **Leadership Biographies** | 12 |
| | A. Jonathan R. Cantor, Deputy Chief Privacy Officer | 12 |
| | B. James V.M.L. Holzer, Deputy Chief FOIA Officer | 13 |
| | C. Jordan Gottfried, Chief of Staff | 14 |
| | D. Nicole Barksdale-Perry, Senior Director, FOIA Operations and Management | 14 |
| | E. Lindsay L. Vogel, Senior Director, Privacy Compliance (Acting) | 15 |
| | F. Christa D. Jones, Senior Director, Privacy Policy and Oversight (P&O) | 15 |
| | G. Lara Ballard, Senior Director, Information Sharing, Safeguarding, and Security (IS$^3$) | 16 |
| | H. Alexander Wood, Privacy's Attorney-Advisor | 16 |
| | I. Grace I. Cheng, Privacy's Attorney-Advisor | 17 |
| III. | **Privacy Office Teams and Functions** | 18 |
| | A. Freedom of Information Act (FOIA) Team | 18 |
| |    i. FOIA Compliance and Oversight | 18 |
| |    ii. Disclosure and Oversight | 19 |
| |    iii. FOIA Policy Development and Training | 19 |
| |    iv. FOIA Appeals and Litigation | 20 |
| |    v. Government Accountability Office (GAO) and DHS Office of the Inspector General (OIG) FOIA Engagements | 22 |
| |    vi. External Advocacy | 24 |
| |    vii. Mandated Reporting | 25 |
| |    viii. Backlog | 25 |
| |    ix. FOIA Processing Technology | 26 |
| |    x. Enhanced Technology | 28 |
| |    xi. Alien A-file Access | 28 |
| | B. Privacy Administrative Coordination Team (PACT) | 29 |
| |    i. Budget, Resources & Planning | 29 |
| |    ii. Human Capital Management | 30 |
| |    iii. Resilience | 30 |
| |    iv. Task Coordination and Official Response | 30 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

|  |  |  |
|---|---|---|
| C. | Privacy Policy and Oversight Team (P&O) | 30 |
| i. | DHS Privacy Policy | 31 |
| ii. | Privacy Training | 31 |
| iii. | Data Framework | 31 |
| iv. | Cybersecurity | 32 |
| v. | External Advocacy | 32 |
| vi. | Mandated Reporting | 33 |
| vii. | Privacy Complaint Handling | 33 |
| viii. | Privacy Compliance Reviews | 34 |
| ix. | Privacy Incidents | 35 |
| x. | Privacy Investigations | 35 |
| D. | Privacy Compliance Team | 36 |
| i. | The Privacy Compliance Process | 36 |
| ii. | Privacy Compliance Documents | 37 |
| E. | Privacy Security, Safeguarding, and Information Sharing (IS³) | 39 |
| i. | Biometric Information Sharing | 39 |
| ii. | Data Access Review Council (DARC) | 42 |
| iii. | GAO Recommendations for the Computer Matching Program (CMA) | 43 |
| iv. | Intelligence Review | 44 |
| v. | International Information Sharing | 46 |
| vi. | National Strategy to Combat the Travel and Attempted Entry of SIAs | 47 |
| vii. | Privacy Oversight of CBP and TSA Automated Targeting Rules | 47 |
| viii. | Tensions with Europe Over Privacy Issues | 48 |
| **IV.** | **Cross-cutting Issues**.................................................................. | **50** |
| A. | 2017 E.U. Evaluation of Passenger Name Record (PNR) Agreement | 50 |
| B. | Privacy and Civil Liberties Oversight Board (PCLOB) | 51 |
| C. | Unmanned Aircraft Systems (UAS) | 52 |
| D. | Social Media | 53 |
| E. | Privacy Coverage for the Management Directive | 54 |
| F. | Data Privacy and Integrity Advisory Committee (DPIAC) | 54 |
| G. | Disclosure of Privacy Act-Protected Information | 55 |
| H. | Federal Privacy Council | 56 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                     NTG_00085190-REP

Sandra Debnam, Associate Director of Administrative Services
Component FOIA Officers

x.   Enhanced Technology

The Privacy Office uses online opportunities to educate the public about the FOIA process.

The FOIA Team redesigned its public-facing website with an eye toward usability. The new site features a simplified menu and graphic links to rich content. Detailed information explains how to submit a FOIA request and to where to direct it, while a link off the index page enables requesters to check the status of submitted requests. The heart of the site is the FOIA Library, which the Privacy Office reorganized and expanded to help users more easily find the information they seek. The FOIA Library arranges documents by type, gives prominence to recent releases, and features regularly updated material.

The Privacy Office, with the help of the DHS CIO, developed an "eFOIA app" to help modernize the FOIA processes and improve the customer experience. This is the first FOIA mobile app in the entire Federal Government. Using their mobile devices, requesters can now submit requests and check the status of existing requests anyplace, anytime. Key features of the eFOIA app will allow users to: 1) Submit a FOIA request to any DHS Component; 2) Check the status of FOIA requests; 3) Access all of the content on the FOIA website, including the FOIA Library; and
4) Receive updates, changes to events-such as stakeholder meetings/conference calls held by the Department, and recently published documents.

DHS posted approximately 15,772 pages to the library; released more than 19 million pages of records in Fiscal Year 2017; 66,000 pages through the appeal process; and nearly 96,000 pages through litigation in Fiscal Year 2017.

**FOIA POCs and Other Key Players**
Nicole Barksdale-Perry, Senior Director for FOIA Operations and Management
Harry Fulwiler, FOIA Analyst (Contractor)
Boris Polianski, FOIAXpress System Admin (Contractor)

xi.   Alien A-file Access

In 8 U.S.C. § 1229(a), Congress mandated that aliens in removal proceedings "shall have access to the alien's visa or other entry document, if any, and any other records and documents, not considered by the Attorney General to be confidential, pertaining to the alien's admission or presence in the United States." To effectuate the requirements of 8 U.S.C. § 1229(a), DHS relies almost entirely on the FOIA process. At present, absent judicial intervention, the FOIA process is the only avenue through which aliens in removal proceedings can request and receive access to their Alien Files ("A-file"). A-files contain a variety of documents that are essential to establish citizenship, prove lawful status, and provide effective representation in immigration proceedings. Without access to the A-file, aliens, either represented or pro se, cannot competently challenge the Government's assertions.

[ PAGE \* MERGEFORMAT ]

The current FOIA process raises several concerns:

1. There are consistent and systematic delays with FOIA processing, which adversely impacts aliens, delays immigration proceedings, and potentially extends detention;
2. The FOIA process provides only a limited benefit, out of proportion to the required resource and time expenditures;
3. Numerous courts have held that the current FOIA process prejudices litigants and does not comply with statutory requirements, thus exposing DHS and USCIS to further legal liability; and
4. Pro se litigants who lack the expertise to file a FOIA request are routinely unable to obtain copies of their A-file or do not receive it in a timely fashion to adequately represent themselves.  This increases the likelihood that DHS will improperly remove individuals who do not fall under any of the Department's enforcement priorities.

**FOIA POCs and Other Key Players**
James Holzer, Deputy Chief FOIA Officer
Nicole Barksdale-Perry, Senior Director for FOIA Operations and Management
Grace Cheng, Attorney Advisor, FOIA
Component FOIA Officers

### B. Privacy Administrative Coordination Team (PACT)

#### i. Budget, Resources & Planning

The PACT team manages the budget and provides oversight for office resources, such as supplies, travel, and other expenditures.  In addition, PACT works closely with various offices reporting to the Under Secretary for Management to ensure long-term facilities, security, and information technology needs are anticipated and that current needs are met.

The Privacy Office budget is part of a larger headquarters appropriation line, known as the Office of the Secretary and Executive Management (OSEM).  With regard to this budget, the Chief of Staff exercises overall management control for funds allocated to the Privacy Office and certifies the availability of funds for routine expenditures, such as travel, training, and the purchase of office supplies.  In addition, the team develops estimates and the business case to support budgetary requests in collaboration with the Office of the Chief Financial Officer.  The PACT team ensures compliance with property accountability and financial operations audit requirements.

**PRIV POCs and Other Players**
Jordan Gottfried, Chief of Staff
Sandra (Sandy) Taylor, Director of Administration
Sandra Debnam, Associate Director of Administrative Services

[ PAGE   \* MERGEFORMAT ]