Message

| | |
|---|---|
| **From:** | Viker, Elliot B [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2084098F9A2741CABA78875E2A14D9E6-VIKER, ELLI] |
| **Sent:** | 5/29/2020 12:05:23 PM |
| **To:** | Meckley, Tammy M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=842af492a2134d039312bc6e1b820539-Meckley, Ta]; Bowes, Lee F [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1b96b535be924e8cb11d9abae38afa4c-Bowes, Lee]; Eggleston, Jill A [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8e1dbfac98cb4b77a537916c64b228aa-Eggleston,]; Edgington, Daniel H (Dan) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=68a440b2969f4e2daba4a6075effc335-Edgington,]; Quackenbush, Kathryn A [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f42cf6a6c7849be8a1bdd27ed03b1f9-Quackenbush]; Cole, Ethan R [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07791f4b42e94d209153ba8fc27ece70-Cole, Ethan]; Sloan, Terry G [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=733c7b59408b421eb10e7c45116b2e8a-Sloan, Terr]; Mayhew, Michael X [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=40e59d6a09884a23b472d92ca9f02728-Mayhew, Mic] |
| **Subject:** | Available work for FOIA |

Good morning,

FOIA has the following volumes of work available.

- NRC A-file scanning queue: 7,439;
- Request intake specialists: 2,297 requests (3-4 business days of available work);
- Govt. staff case processors: 5,327 available cases for processing (10-11 business days of available work) and;
- Backlog: 19,713 Reduction of 501 cases since May 22nd.

Please do not hesitate to contact me if you have any questions or concerns. Be safe and be well.

Warm regards, Elliot

**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

**EXHIBIT L**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NTG_00000984-SUPP