

U.S. DEPARTMENT OF HOMELAND SECURITY
DHS FOIA
Presented by:
James Holzer
Acting Deputy Chief Privacy Officer
Deputy Chief FOIA Officer
June 5, 2019
Department of Homeland Security
Privacy Office
Homeland Security
Protect. Connect. Perform.

EXHIBIT

25

UNREDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

EXHIBIT AA

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER NTG_00103807



Agenda
Program Functions & Teams
Disclosure
FOIA Policy, Compliance and Training
Appeals & Litigation
Primary Challenges
Decentralization
Increase in Incoming Requests
Backlog
Backlog Reduction Efforts
Homeland Security
Protect. Connect. Perform.
2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER NTG_00103808

# Our Mission

The Privacy Office (PRIV) facilitates the Department of Homeland Security's efforts to reduce information management risks by ensuring the appropriate collection, use, and sharing, as well as the protection of personally identifiable information (PII) through the Privacy Program and by promoting accountability through the Freedom of Information Act (FOIA) Program.

- <u>Managing risk</u>. We are an integral part of the Department's risk management efforts across numerous programs, systems, and technologies, especially with information technology and procurement.
- <u>Enabling new homeland security tools</u>. We will continue to lean forward and participate in the design and rollout of new and update of technologies, ensuring they include the toughest privacy standards for the protection of sensitive information.
- <u>Sustaining public trust and confidence in DHS operations.</u> When a new DHS policy or requirement is rolled out, we want those to be able to withstand the highest level of scrutiny from oversight and the public.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



Core Capabilities FY19
Programs (Governance):
Privacy Policy Development
Freedom of Information Act
Privacy Compliance
Information Sharing, Safeguarding, and Security
National Vetting Center
Identity Intelligence
Cyber Security
Privacy Oversight
FOIA Oversight
9.12%
Privacy Leadership
4 FTPs
$747K Appropriated
$548K S&B
$117K WCF
$10K Other Expenses
4.35%
Non-Pay Costs
$322K
$50K Travel
$272K Cont/IAAs
11.39%
Business Operations
5 FTPs
$843K Appropriated
$685K S&B
$146K WCF
$12K Other Expenses
31.88%
Freedom of Information Act
14 FTPs
$2,610K Appropriated
$1,918K S&B
$408K WCF
$34K Other Expenses
13.67%
Information Sharing, Security and Safeguarding
6 FTPs
$1,011K Appropriated
$822K S&B
$175K WCF
$15K Other Expenses
18.21%
Policy and Oversight
8 FTPs
$1,349K Appropriated
$1,095K S&B
$233K WCF
$20K Other Expenses
11.39%
Compliance
5 FTPs
$843K Appropriated
$685K S&B
$146K WCF
$12K Other Expenses
FOIAXpress - the Privacy Office will collect $601K in reimbursable funds to offset the maintenance, storage, and systems administration costs. Currently used by: DHS Headquarters (HQ), Immigration Customs and Enforcement (ICE), Federal Emergency Management Agency (FEMA), Transportation Security Administration (TSA), United States Coast Guard (USCG), and United States Secret Service (USSS). The Privacy Office is currently procuring a contract for a FOIA processing solution geared towards the needs of a modern FOIA operation.
Homeland Security
Protect. Connect. Perform.
4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER NTG_00103810



# Fiscal Year 2017-2019 Budget Summary

| Organization | FY 2017 Enacted | | | FY 2018 Enacted | | | FY 2019 Enacted | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Privacy Office | 43 | 39 | $7,851 | 42 | 38 | $8,464 | 42 | 38 | $8,664 |
| **Total** | **43** | **39** | **$7,851** | **42** | **38** | **$8,464** | **42** | **38** | **$8,664** |
| Subtotal Discretionary Appopriation | 43 | 39 | $7,851 | 42 | 38 | $8,464 | 42 | 38 | $8,664 |

Homeland Security
Protect. Connect. Perform.

# FOIA Authority

In August 2011, the DHS Secretary delegated the responsibility to fulfill duties related to FOIA to the Chief Privacy Officer. Responsibilities of the Chief Privacy Officer/Chief FOIA Officer:

- Monitor implementation of the FOIA/PA
- Recommend Program Improvements to the DHS Secretary
- Oversight of the DHS FOIA Program Performance Metrics
- Training
- Liaison with Office of Government Information Service
- Public Liaison
- Represent DHS at the Chief FOIA Officer's Council



Homeland Security

Protect. Connect. Perform.

6

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   NTG_00103812

Organization Chart
Acting Chief Privacy Officer/ Chief FOIA Officer Jonathan R. Cantor
Special Assistant to the Chief Privacy Officer Roman Jankowski
FY 19/FY20 AUTH FTP
42
FY 19/FY20 AUTH FTE
42
FY18 OnBoard (OB)
38
Acting Deputy Chief Privacy Officer and Deputy Chief FOIA Officer James Holzer
Chief of Staff Ruby Miller
Auth: 5 OB: 3
Deputy Chief Privacy Officer Jonathan Cantor
Senior Director FOIA Operations and Management Jimmy Wolfrey, Acting
Auth: 15 OB: 13
Senior Director Privacy Policy and Oversight David Lindner
Auth: 6 OB: 4
Senior Director Security, Safeguarding and Information Security Scott Matthews
Auth: 6 OB: 4
Senior Director Privacy Compliance Lindsey Vogel
Auth: 5 OB: 3
Director, Disclosure Eric Neuschaefer
Director, FOIA Policy, Compliance, and Training Rose Bird
Director, FOIA Appeals and Litigation Vacant
Key:
Non-career
Vacant
Career
Acting
Homeland Security
Protect. Connect. Perform.
7



# FOIA Branch Organization

***Freedom of Information Act Team (FOIA)***

The DHS PRIV FOIA Branch consists of three teams: Disclosure; FOIA Policy, Compliance and Training; and Appeals and Litigation.

- Disclosure. Primarily responsible for receiving, tracking, processing, and closing all FOIA requests received by the DHS PRIV.

- Appeals and Litigation. Liaison between OGC and DHS PRIV leadership on complex FOIA matters, including initial FOIA requests, appeals and litigation. Also responsible for receiving, tracking and processing requests in litigation.

- FOIA Policy, Compliance and Training. Responsible for developing and implementing FOIA guidance and training materials for FOIA professionals and DHS employees. Also responsible for oversight of Component FOIA Office's implementation of FOIA.




Protect. Connect. Perform.



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# FOIA Primary Challenges

**Decentralization**

- Independent responsibility for establishing, operating and appropriately resourcing their FOIA operations.
- Thirteen Component FOIA processing centers.
- Varying levels of input and insight into Departmental FOIA resources.

| Problem | | Impact |
|---|---|---|
| **Program Coordination** | →→ | **Difficulty planning for future challenges. Inability to sustainably reduce backlog.** |
| **Request Coordination** | →→ | **Duplication of efforts. Issues with referrals and consultations. Inconsistent disclosures.** |
| **Workforce Management and Planning** | →→ | **Uncoordinated surge and backlog efforts. Difficulties sharing manpower.** |
| **Inconsistent Procedures** | →→ | **Difficulty providing practical training. Compliance issues. Inconsistent disclosures.** |

Homeland
Security

Protect. Connect. Perform.

# FOIA Primary Challenges

**Increase in Incoming Requests**

- Expect 10% growth in incoming requests each year
- USCIS, ICE, CBP and OBIM continue to receive around 90% of all incoming requests
  - USCIS expects 18% increase in requests from individuals in immigration court proceedings

Growth in DHS FOIA Production

| | FY 09 - FY 13 | FY 14 - FY 18 | |
|---|---|---|---|
| Requests Received | 830,935 | 1,659,926 | 100 % increase over 5 years |
| Requests Processed | 854,472 | 1,639,921 | 92 % increase over 5 years |

Homeland Security Protect. Connect. Perform. 10

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER NTG_00103816

FOIA Primary Challenges
DHS & Select Components' Backlogs, FY2008 - FY2018
120,000
100,000
80,000
60,000
40,000
20,000
0
FY08 FY09 FY10 FY11 FY12 FY13 FY14 FY15 FY16 FY 2017 FY 2018
DHS CBP ICE USCIS

| Root Causes | Decentralization. Technology and interoperability limitations. Staffing and resource constraints. |
|---|---|
| Primary Drivers | Volume. Complexity. Growth in electronic records. |
| Complications | A-file referrals. |

Homeland Security Protect. Connect. Perform. 11

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
NTG_00103817

# Backlog Reduction Efforts

**Goal: Sustainable Backlog Reduction**

- What has not worked
  - Uncoordinated Component-led efforts
    - Hiring contractors
    - Authorizing overtime
    - Initiating a surge as the end of the fiscal year draws near

- What has worked
  - Creation of enterprise-wide FOIA processing solution
  - Oversight
  - Increased centralization

Protect. Connect. Perform.

# Backlog Reduction Efforts

**Keys to Future Backlog Reduction**

- Modern FOIA processing solution
- Coordinated strategy and approach
  - FOIA performance metrics
  - DHS FOIA employee development
  - Increased oversight to ensure the use of best practices by Components
- Clear legislative authority for DHS Chief FOIA Officer over Component FOIA Processing Centers

Homeland
Security

Protect. Connect. Perform.

13

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER NTG_00103819



U.S. DEPARTMENT OF HOMELAND SECURITY
Contact Information:
James V.M.L. Holzer
Acting Deputy Chief Privacy Officer
Deputy Chief FOIA Officer
DHS Privacy Office
james.holzer@hq.dhs.gov
(202) 343-1756
Homeland Security
Protect. Connect. Perform.
14

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER NTG_00103820