UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | No. 3:19-cv-03512-WHO<br><br>**[Proposed] Order Granting Plaintiffs' Motion for Summary Judgement** |

Upon consideration of Plaintiffs' Motion for Summary Judgment, this Court finds that Plaintiffs and class members (hereinafter "Plaintiffs") have satisfied Fed. R. Civ. P. 56(a), demonstrating both that there is no genuine dispute as to any material fact and they are entitled to judgment as a matter of law. Specifically, this Court finds, after full consideration of the undisputed evidence and the arguments of the parties, that Plaintiffs have demonstrated that Defendants U.S. Citizenship and Immigration Services ("USCIS"), U.S. Immigration and Customs Enforcement ("ICE"), and U.S. Department of Homeland Security ("DHS"), have a pattern or practice of failing to respond to their requests for Alien Registration Files ("A-Files") within the statutory deadlines mandated by the Freedom of Information Act ("FOIA").

Accordingly, this Court GRANTS Plaintiffs' Motion and ORDERS the following:

1) Judgment is granted in favor of Plaintiffs and against Defendants with respect to Plaintiffs' first and second claims (ECF 1, ¶¶ 73-80);
2) Defendants have violated the FOIA by failing to timely make determinations on Plaintiffs' A-File FOIA requests within the statutory time frames mandated by FOIA;
3) Within thirty days of this Order, Defendants must make determinations on all A-File FOIA requests in USCIS' and ICE' backlogs;
4) Defendants are permanently enjoined from further failing to adhere to the twenty-day deadline for adjudicating A-File FOIA requests, as set forth in 5 U.S.C. § 552(a)(6)(A);
5) Defendants are enjoined from categorically invoking "unusual circumstances," as set forth in 5 U.S.C. § 552(a)(6)(B) for A-File FOIA requests.
6) In individual case where the "unusual circumstances" exception is invoked, Defendants are enjoined from failing to adhere to the additional ten-day deadline

allowed by law;

7) Defendants must provide the Court and class counsel with quarterly reports with information regarding to the number and percentage of A-File FOIA requests that were filed and timely completed as well as the number and percentage of cases that remain pending beyond the twenty and thirty day statutory periods, respectively, 5 U.S.C. §§ 552(a)(6)(A), (B);

8) Defendants DHS and ICE must provide notice to all persons in removal proceedings of their right to request their A-File through FOIA and how to do so;

9) Defendants DHS and ICE must provide a mechanism to ensure that Plaintiffs in removal proceedings have a meaningful opportunity to file A-File FOIA requests by, for example, allowing such individuals to provide the request to an ICE prosecutor at a removal hearing; and

10) This Court retains jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Order and Judgment.

**IT IS SO ORDERED.**

This the ___ day of __________, 2020

_______________________________
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*s/ Trina Realmuto*
Trina Realmuto (CA SBN 201088)
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org