# U.S. Department of Homeland Security
# Departmental Freedom of Information Act (FOIA)
# Backlog Reduction Plan: 2020 - 2023

*A Business Modernization Roadmap*



November 8, 2019



*With honor and integrity,
we will safeguard the American people,
our homeland, and our values.*

**EXHIBIT E**

NTG_00088271

# Table of Contents

Executive Summary ...................................................................................................................... 3
   Introduction ............................................................................................................................... 4
The Challenge: DHS Backlog and Systemic Challenges .............................................................. 6
   Increase in Requests Received and Productivity ...................................................................... 7
   DHS Efforts to Increase Productivity and Reduce the Backlog ................................................ 8
   Implementing the Backlog Reduction Roadmap ...................................................................... 9
FOIA Backlog Reduction Goals .................................................................................................. 11
Goal 1: Improve Service to the Public by: .................................................................................. 12
   Reducing High-volume Component FOIA Backlogs by 10 percent ...................................... 13
   Reducing Low-volume Component FOIA Backlogs by 15 percent ....................................... 13
   Responding to FOIA Requests in a Consistent Timely Manner ............................................. 15
   Reducing the Age of Open Requests ...................................................................................... 15
Goal 2: Improve Service to the Department by: .......................................................................... 15
   Increasing Stakeholder Satisfaction with Reliability, Security, Privacy, and Responsiveness ........ 16
   Mitigating Risks ...................................................................................................................... 17
   Enabling Faster, More Accurate and Better Documented Decisions ...................................... 18
   Improving Data Reliability and Consistency ......................................................................... 19
Goal 3: Improve FOIA IT Infrastructure by: ............................................................................... 19
   Eliminating Duplication by Reducing the Number of Systems Used to Process FOIA Requests ... 20
   Increasing Efficiency by Ensuring Interoperability between Solutions to Enable Faster, More Accurate Processing ............................................................................................................... 22
   Promoting the Use of Artificial Intelligence to Enable a Quicker Path to New Capabilities .......... 22
   Increasing Use of Shared Resources ...................................................................................... 22
   Fostering Innovation to Improve Operational Efficiency ...................................................... 22
Goal 4: Improve FOIA Workforce Engagement by: ................................................................... 23
   Demonstrating Investment in Front-line Employees ............................................................. 23
   Establishing Government Information Specialist (FOIA) Career Paths ................................ 24
   Automating Routine Work Enabling Employees to Focus on the More Complex Tasks ...... 27
   Changing the Culture of the FOIA Employee/Stakeholder Relationship .............................. 27
Goal 5: Strengthen the FOIA Policy and Oversight Framework ................................................ 27
   Clarifying and Delineating Authorities and Responsibilities ................................................. 27
   Solidifying FOIA Officer Relationships ................................................................................ 28
   Establishing a DHS FOIA Compliance and Oversight Program ........................................... 28
Conclusion .................................................................................................................................... 29

NTG_00088272

## Executive Summary



The Department of Homeland Security (DHS) has a broad mandate to secure the nation from threats. The DHS mission is to safeguard the American people, our homeland, and our values with honor and integrity. To accomplish this mission, DHS relies on a dedicated workforce of more than 240,000 employees in jobs that range from aviation and border security to emergency response, from cybersecurity analyst to chemical facility inspector.

DHS is proud of the investments made in our Freedom of Information Act (FOIA) program and workforce. The Department's FOIA program provides the public and Department with an immensely valuable service, providing records that promote transparency and directly impact and assist the public while also protecting sensitive, confidential, and private information.

The DHS 2020 - 2023 FOIA Backlog Reduction Plan includes five goals that lay out a sustainable course for containing and reducing the age of the backlog in the short-term, and sustainably lowering the size of the backlog over the next three to five years. To achieve success, the plan addresses the underlying causes of the backlog – including decentralization, technology and interoperability limitations, and staffing and resource constraints.

The Department's FOIA vision is to embrace modern workforce and information management techniques, leverage technology, enhance our systems and rebuild our processes, to create a modern, mature, and sustainable FOIA program. Modernization and maturation will benefit members of the public and our staff, and allow the agency to focus its attention on its mission-critical operations. As a result of these efforts, the DHS FOIA Program will achieve its five goals: 1) Improve Service to the Public; 2) Improve Service to the Department; 3) Improve the FOIA IT Infrastructure; 4) Improve FOIA Workforce Engagement; and 5) Strengthen the FOIA Policy and Regulatory Environment.

Sincerely,

James V.M.L. Holzer
Deputy Chief Freedom of Information Act Officer
U.S. Department of Homeland Secretary

Introduction

The work of DHS employees touches the public on a regular basis. An employee with U.S. Customs and Border Protection (CBP) inspects imported consumer products at U.S. ports of entry, from food to kids' toys and other household goods. The Cybersecurity and Infrastructure Security Agency (CISA) ensures you can safely connect to the internet. The Transportation Security Administration (TSA) ensures that you can safely travel to visit loved ones, see new places, and enjoy vacation time away from home.


CBP officers inspect goods at a U.S. port of entry.


FEMA assists the public in the wake of declared natural disasters.

DHS employees are also available to help the public at dangerous moments in their lives. The United States Coast Guard (USCG) regularly saves people in peril, and conducts investigations into maritime accidents. Federal Emergency Management Agency (FEMA) employees focus on helping people before, during, and after disasters..

DHS employees also have a key role in protecting fundamental parts of our society. U.S. Citizenship and Immigration Services (USCIS) administers the nation's lawful immigration system, and U.S. Immigration and Customs Enforcement (ICE) enforces criminal and civil federal laws governing customs, trade, and immigration. The United States Secret Service (USSS) safeguards the nation's financial infrastructure and payment systems, and protects national leaders, visiting heads of state and government, designated sites, and National Special Security Events.

In conducting its work, DHS employees generate a number of documents that are of great interest to the public. FOIA gives the public the right to access agency records. FOIA includes nine exemptions to protect certain sensitive categories of information like national security or personally identifiable information. Agencies are required to the greatest extent possible to protect only portions of records that are exempt and release all non-exempt information.


CNew citizens are sworn in at a USCIS ceremony.

While the primary purpose of the FOIA is to shed light on the government's actions and prevent secret laws, the law is also used by people who are applying for immigration or other benefits, researching family history, seeking business information about competitors' contacts with the agency, and other purposes.

The vast majority of requests sent to DHS are for first-party records, meaning that requesters are seeking copies of information about themselves previously submitted to the government or records that document their interactions with agency officials. DHS receives a substantial number of first-party requests for contents of Alien files (A-Files) held by USCIS, entry-exit records held by CBP, biometric information held by the Office of Biometric Identity Management (OBIM), and personnel records held throughout the Department. Requesters need

NTG_00088274

these records for personally critical and often time-sensitive reasons – they might be applying for benefits, facing deportation, or challenging their employment termination. DHS also receives third-party requests for these kinds of records related to high-profile people, particularly once the person is deceased.



*The National Records Center in Kansas City, Missouri stores more than 20 million immigration files.*

Requests for A-file material comprise the vast majority of DHS's FOIA workload. A-Files document the life of immigrants in the United States. The average A-file includes around 200 pages; the size of A-Files is increasing and varies significantly based on the number of interactions with U.S. officials and the amount of material submitted to the government by the immigrant. While there have been some recent efforts to digitize some of the forms in A-Files, the records are largely paper-based. These records are held and processed at the National Records Center (NRC), a vast cave located in Lees Summit, Missouri. DHS uses a cave for NRC operations because the environment is beneficial for paper-based records, and is large enough to accommodate the amount of space needed for storage – the facility has an area of nearly six football fields. A-Files might also be located at one of hundreds of field offices around the country. To process a FOIA request for an A-file, USCIS must locate and retrieve the file and digitize its contents using a high speed scanner before the documents can be reviewed.

DHS also holds a number of records that are of regular interest both to first parties and members of the news media. These records might be needed by first parties for certain matters, including but not limited to, applications for benefits and appearances in immigration court. These records may also be of interest to the media due to high-profile incidents or general public interest. This category includes ICE Homeland Security Investigations (HSI) records, the results of USCG accident investigations, and records generated by FEMA related to disaster recovery.

Additionally, the Department produces a number of records that are regularly requested by the news media, academics, civil society organizations, and businesses. Commonly requested records in this category include Congressional correspondence and contracts. There is also a great deal of interest in DHS policies, including policies related to ICE HSI, and in DHS's efforts to implement high-profile administration priorities, such as the construction of a wall on the southern border.

# The Challenge: DHS Backlog and Systemic Challenges

DHS inherited a substantial number of pending FOIA requests upon creation in 2003. The first DHS Annual FOIA Report[1] shows that almost 30,000 requests were pending at the end of Fiscal Year (FY) 2003. According to the summary of Annual FOIA Reports compiled by the Department of Justice (DOJ) Office of Information Policy (OIP),[2] about 250,000 requests were pending across the government at the end of FY 2006 – more than 40 percent of these requests were pending at DHS.



*President George W. Bush signs the Homeland Security Appropriations Act of 2004 at the Department of Homeland Security in Washington, D.C., Wednesday, Oct. 1, 2003.*

Not all pending requests are a part of an agency's FOIA backlog. In FY 2008, OIP issued guidelines requiring agencies to report the number of backlogged requests in their FOIA Annual Reports. Overall, the number of backlogged requests across the government was 133,295; the DHS backlog of 74,879 requests constituted almost 57 percent of the overall FY 2008 backlog.

FOIA backlogs have continued to be a systemic problem at DHS, driven in large part by the continued increases in the number of incoming requests. While DHS has made impressive progress on the number of requests processed each year, these gains have been surpassed by steady increases in the number of incoming requests. The backlog has also been influenced by an increase in the complexity of requests and the volume of electronic records generated by the Department.

Figure 1: FOIA Requests Received, Processed and Backlog FY 2008 – FY 2018



Since FY 2009, DHS has received an average of 249,086 requests and processed an average of 249,439 requests per year. Over the same time period, the average backlog has accounted for about 18 percent of the average number of requests received. The percentage of backlog to

---

[1] *See:* https://www.dhs.gov/sites/default/files/publications/privacy_rpt_foia_2003.pdf.
[2] *See:* https://www.justice.gov/oip/blog/foia-post-2007-summary-annual-foia-reports-fiscal-year-2006.

NTG_00088276

requests received ranged from a low of nine percent in FY 2010, to a high of 36 percent in FY 2014, when the DHS backlog hit a high-water mark of 103,778 requests. Between FY 2014 and FY 2015, DHS ramped up the number of requests processed by 47 percent and drove down the backlog by 66 percent. However, between FY 2015 and FY 2018, the backlog increased by about 53 percent.

The majority of the backlog is held by Components that process records related to immigration; in FY 2018, these Components – CBP, ICE, USCIS, and OBIM held 92 percent of the Department's backlog, with USCIS responsible for 77 percent of the backlog. These Components also receive the largest proportion of requests.

DHS is also concerned with reducing the backlog of Components that receive a relatively small number of requests each year compared to the size of the Component's backlog. The ratio of requests received to backlog in FY 2018 was more than 50 percent at the USCG, TSA, and USSS. Monthly oversight reports also indicate that the age of requests in the backlog tends to be higher at Components that do not primarily process immigration-related files.

### Increase in Requests Received and Productivity

The number of requests received by DHS has increased in nine of the last 10 fiscal years. For the majority of this time period, the growth in the number of requests per fiscal year has been in the double digits. Between FY 2014 and FY 2015, the number of requests received decreased by only three percent. In FY 2016, the number of requests received increased by 16 percent, and the number of requests received has grown each year since.

Figure 2: Growth in DHS FOIA Production



While DHS substantially increased the number of requests processed over the last 10 years, the growth in production did not maintain pace with the growth in demand. DHS increased the number of requests processed between FY 2014 and FY 2018 by 92 percent compared to the number processed between FY 2009 and FY 2013. The number of requests received between FY 2014 and FY 2018 increased by 100 percent compared to the number of requests received between FY 2009 and FY 2013.

NTG_00088277

Figure 3: Increase in Requests Processed and Pages Released



Each year the DHS FOIA program locates, reviews, and releases more records than in previous years. DHS creates a significant volume of electronic records regarding its activities. Electronic search tools have improved the FOIA program's ability to locate records that might be responsive to a FOIA request, and the number of pages released has increased. As depicted in Figure 3, between FY 2017 and FY 2018, the average number of pages released in response to a request grew from 87 to 93, an increase of seven percent. DHS is on track to increase the average number of pages released per request in FY 2019 to more than 100 – another increase of eight percent. Managing the higher volume of records also presents its own challenges with information technology (IT) infrastructure, technology, and workforce constraints.

### DHS Efforts to Increase Productivity and Reduce the Backlog

As previously noted, DHS increased the number of requests processed over the last five years by 92 percent. Key to this increase in productivity was the DHS Privacy Office's initiative to stand up an enterprise-wide FOIA processing solution. This processing solution made the FOIA process fully electronic and included features that increased the ability of the DHS Privacy Office and Component FOIA Officers to appropriately manage and oversee operations.

In addition to compiling the Department's annual oversight reports, the DHS Privacy Office compiles a monthly report monitoring the number of requests and appeals received and processed and the size of the backlog. These monthly reports also capture information about the number of pages released, the age of pending requests, the status of the ten oldest requests from the previous year's Annual Report to the Attorney General and the Office of Government Information Services (OGIS), and proactive disclosures. These reports allow the Chief FOIA Officer to identify surges and bottlenecks at Component FOIA Offices that might contribute to a backlog increase, and to work with the Component FOIA Officers to address these issues. The DHS Privacy Office also holds monthly calls with Component FOIA Officers to discuss management and policy issues, and in January 2019 established the DHS FOIA Council. The Council is a forum for coordinating cross-component challenges and developing solutions.

The DHS Privacy Office frequently provides Components with management and processing support, and assists Components with backlog reduction efforts. A noteworthy example is the DHS Privacy Office's partnership with OBIM. Between FY 2014 to FY 2017 the number of requests submitted to OBIM drastically increased from approximately 7,000 to over 26,000 requests. To handle this increase in demand, in FY 2016 the DHS Privacy Office partnered with OBIM leadership to execute an aggressive 40-day Backlog Reduction Plan that resulted in a 75 percent reduction in OBIM's backlog, which resulted in a 26 percent reduction in DHS's overall backlog. The DHS Privacy Office has continued to partner with OBIM to control the backlog, and, as a result of the positive working relationship, efforts are underway to transfer the OBIM FOIA program to the DHS Privacy Office. Another example is the DHS Privacy Office's intensive backlog reduction efforts in collaboration with CBP and ICE – that eliminated approximately 6,000 requests from the DHS backlog at the end of FY 2018.

Components also regularly undertake efforts to reduce the backlog, including hiring contractors, authorizing overtime, and initiating a surge as the end of the fiscal year draws near. In one notable example, in FY 2015, ICE eliminated its backlog of about 60,000 requests using a contract valued at $6.2 million. ICE's efforts resulted in a decrease of more than 99 percent in its backlog and contributed to the overall decrease of the DHS backlog by 66 percent.

Figure 4: DHS & Select Components Backlog, FY08 – FY18

[Chart: DHS & Select Component Backlogs, FY08 – FY18, showing DHS, CBP, ICE, and USCIS backlog trends from FY08 to FY18, y-axis ranging 0 to 120,000]

Since FY 2015, ICE has supplemented its processing with additional contract support and has maintained its relatively low backlog. However, ICE's success highlights the difficulty of maintaining backlog reductions through Component-led backlog reduction efforts. Between FY 2014 and FY 2016, the number of requests submitted to USCIS increased by 22 percent, contributing to an increase in the Department's overall backlog.

## Implementing the Backlog Reduction Roadmap

There is no easy remedy for reducing the DHS FOIA backlog. The solutions Components regularly rely on – hiring contractors, authorizing overtime, and initiating a surge as the end of the fiscal year draws near —only serve to improve statistics temporarily. The number of

NTG_00088279

requests received by DHS is likely to continue to increase, and the challenges faced by the Components will continue to grow.

The DHS FOIA Backlog Reduction Plan 2020 - 2023 lays out goals and a sustainable course for containing and reducing the age of the backlog in the short-term, and sustainably lowering the size of the backlog over the next three to five years. Over the past 15 years, the underlying causes of the backlog, including decentralization, technology and interoperability limitations, and staffing and resource constraints, have caused wide fluctuation in the size of the backlog and brought negative attention to the Department. This inability to control the backlog has sparked seven Government Accountability Office (GAO) engagements,[3] three Inspector General engagements,[4] eight OGIS engagements,[5]

---

[3] GAO-18-365: FOIA: Agencies Are Implementing Requirements but Additional Actions Are Needed. Published: Jun 25, 2018. (https://www.gao.gov/products/GAO-18-365); GAO-16-667: FOIA: Litigation Costs For Justice and Agencies Could Not Be Fully Determined. Published: Sep 8, 2016. (https://www.gao.gov/products/GAO-16-667); GAO-15-82: FOIA: DHS Should Take Steps to Improve Cost Reporting and Eliminate Duplicate Processing. Published: Nov 19, 2014. (https://www.gao.gov/products/GAO-15-82); GAO-12-828: FOIA: Additional Actions Can Strengthen Agency Efforts to Improve Management. Published: Jul 31, 2012. (https://www.gao.gov/products/GAO-12-828); GAO-09-260: FOIA: DHS Has Taken Steps to Enhance Its Program, but Opportunities Exist to Improve Efficiency and Cost-Effectiveness. Published: Mar 20, 2009. (https://www.gao.gov/products/GAO-09-260); GAO-08-344: Agencies Are Making Progress in Reducing Backlog, but Additional Guidance Is Needed; Published: Mar 14, 2008. (https://www.gao.gov/products/GAO-08-344); and GAO-06-20: FOIA: Improvements Needed to Address Backlogs and Ensure Quality. Published: December 21, 2005. (https://www.gao.gov/products/GAO-06-20).

[4] OIG-18-085-ISP-PRIV (ongoing); OIG-17-116-VR, "DHS Review of Responses to Significant Freedom of Information Act Requests." Published September 29, 2017. (https://www.oig.dhs.gov/sites/default/files/assets/2017/OIG-17-116-VR-Sep17.pdf ); and OIG-11-67, " The DHS Privacy Office Implementation of the Freedom of Information Act." Published March 11, 2011. (https://www.oig.dhs.gov/reports/2011-03/dhs-privacy-office-implementation-freedom-information-act/oig11-67mar11)

[5] "U.S. Citizenship and Immigration Services: Efficient FOIA Process Supported by Strong Management and Customer Service; Investments in Technology Can Further Improve Performance" Office of Government Information Services, National Archives and Records Administration. Published: February 9, 2018. (https://www.archives.gov/ogis/foia-compliance-program/agency-compliance-reports/dhs/uscis); "Privacy Office Meets Chief FOIA Officer Responsibilities by Aiding FOIA Implementation and Oversight and Supporting Customer Service" Office of Government Information Services, National Archives and Records Administration. Published: December 27, 2016. (https://www.archives.gov/ogis/foia-compliance-program/agency-compliance-reports/dhs/chief-foia-officer); "U.S. Immigration and Customs Enforcement: Strong Management, Innovative Use of Technology, and Suggested Improvements to Customer Service" Office of Government Information Services, National Archives and Records Administration. Published: October 18, 2016. (https://www.archives.gov/ogis/foia-compliance-program/agency-compliance-reports/dhs/ice); "United States Secret Service: Management Controls, Technology Support, and Improved Communication Needed" Office of Government Information Services, National Archives and Records Administration. Published: July 27, 2016. (https://www.archives.gov/ogis/foia-compliance-program/agency-compliance-reports/dhs/usss); "U.S. Customs and Border Protection: Good Management Practices in Place; Clear Communication and Increased Technology Use Needed" Office of Government Information Services, National Archives and Records Administration. Published: March 9, 2016. (https://www.archives.gov/ogis/foia-compliance-program/agency-compliance-reports/dhs/cbp); "U.S. Transportation Security Administration: Management Oversight, Training on Technology Use, and Clear Communication with Requesters Needed" Office of Government Information Services, National Archives and Records Administration. Published: January 11, 2016. (https://www.archives.gov/ogis/foia-compliance-program/agency-compliance-reports/dhs/tsa); "United States Coast Guard: Effective Management of Decentralized Program, Better Use of Technology, and Improved Communication with Requesters Needed" Office of Government Information Services, National Archives and Records Administration. Published: September 25, 2015. (https://www.archives.gov/ogis/foia-compliance-program/agency-compliance-reports/dhs/uscg); and

two Congressional hearings,[6] and countless media stories. In order to be successful, the plan addresses the underlying causes of the backlog by calling for: the creation of organizational performance metrics; improved service to our stakeholders; investment in and leveraging of technology; improved workforce engagement and planning; and undergirding FOIA operations with sound policy.

## FOIA Backlog Reduction Goals

In order to improve service to the public, the DHS FOIA program needs a unified approach that accounts for differences in the type and volume of requests received across the agency. In February 2019, the DHS Privacy Office created a blue-print for this unified approach by issuing FOIA performance metrics for Components. The goal of the metrics, which were influenced by discussion with Component FOIA Officers, is to set challenging, but achievable, backlog reduction goals.

In the June 2018 GAO report, "FOIA: Agencies Are Implementing Requirements but Additional Actions Are Needed,"[7] evaluating progress by agencies in implementing the FOIA Improvement Act of 2016, GAO recommended that performance metrics are valuable for assessing the effectiveness of backlog reduction efforts and ensuring that senior leadership supports backlog reduction efforts. The goal of DHS's performance metrics is two-fold: to set clear expectations for Component FOIA performance, and to assist Component leadership and FOIA Officers in assessing any additional resources needed to achieve backlog reduction.

While we expect the performance metrics to be an important aspect of improving our service to the public, DHS must also address some of the issues with decentralized operations that have frustrated past backlog reduction efforts. Components have independent responsibility for establishing, operating, and appropriately resourcing their FOIA operations, subject to oversight by the DHS Privacy Office. Decentralization of the FOIA program at the Department causes problems in program coordination and workforce management, making it difficult for the DHS FOIA enterprise to share manpower, coordinate surge efforts, and plan for future challenges.

Key to addressing some of the challenges created by decentralized operations is clarifying the DHS Chief FOIA Officer's authorities and delineating Component responsibilities through management policies, directives, and instructions. Specifically, the DHS Privacy Office must have influence in the recruitment, selection, and rating of Component FOIA Officers, and insight into the Component's FOIA budgeting process and any plans to reorganize FOIA operations.

As noted previously, the Department's progress has been overcome by continual increases in demand. In order to be successful, the DHS FOIA program must continue to evolve. The Department's FOIA vision is to embrace modern workforce and information management

---

"Federal Emergency Management Agency: Management Controls, Better Use of Technology, and Improved Communication with Requesters Needed" Office of Government Information Services, National Archives and Records Administration. Published: September 18, 2015. (https://www.archives.gov/ogis/foia-compliance-program/agency-compliance-reports/dhs/fema)

[6] "Ensuring Compliance with the Freedom of Information Act" House Committee on Oversight and Government Reform. June 3, 2015. (https://republicans-oversight.house.gov/hearing/ensuring-agency-compliance-with-the-freedom-of-information-act-foia/); and "Why Isn't the Department of Homeland Security Meeting the President's Standard on FOIA?" House Committee on Oversight and Government Reform, March 31, 2011. (https://fas.org/sgp/congress/2011/dhs-foia.pdf)

[7] *See:* https://www.gao.gov/products/GAO-18-365.