1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

Zachary NIGHTINGALE, *et al.*,

        Plaintiffs,

    v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

        Defendants.

No. 3:19-cv-03512-WHO

**DECLARATION OF
CRISTEN C. HANDLEY**

1.      I am a Trial Attorney at the Department of Justice, Civil Division, Federal Programs Branch.  I represent the Defendants in the above-referenced matter.  This declaration is submitted in support of Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment.  The facts set forth in this declaration are within my personal knowledge. If called as a witness, I could and would competently testify as follows.

2.      Attached as **Exhibit 1** is a true and correct copy of the Declaration of Tammy M. Meckley, Senior Executive for U.S. Citizenship and Immigration Services ("USCIS") as the Associate Director of the Immigration Records and Identity Services Directorate ("IRIS"), signed on October 21, 2020.

3.      Attached as **Exhibit 2** is a true and correct copy of excerpts from the 30(b)(6) deposition testimony of the U.S. Department of Homeland Security ("DHS"), which took place on August 19, 2020.

4.      Attached as **Exhibit 3** is a true and correct copy of excerpts from the 30(b)(6) deposition testimony of USCIS, which took place on September 3, 2020.

5.      Attached as **Exhibit 4** is a true and correct copy of the Declaration of Fernando

1    Pineiro, Acting Freedom of Information Act ("FOIA") Officer of the Freedom of Information Act

2    Office ("ICE FOIA Office") at U.S. Immigration and Customs Enforcement ("ICE"), signed on

3    October 21, 2020.

4         6.      Attached as **Exhibit 5** is a true and correct copy of an excerpt from the 30(b)(6)

5    deposition testimony of ICE, which took place on August 12, 2020.

6         7.      Attached as **Exhibit 6** is a true and correct copy of the Expert Declaration of Lindsay

7    Steel, Acting Chief, FOIA Compliance Staff, at the Office of Information Policy ("OIP") within the

8    U.S. Department of Justice ("DOJ"), signed on October 20, 2020.

9         8.      Attached as **Exhibit 7** is a true and correct copy of the Declaration of James V.M.L.

10   Holzer, Deputy Chief FOIA Officer for the DHS Privacy Office, signed on October 21, 2020.

11

12        I declare under penalty of perjury under the laws of the United States that the above is true

13   and correct.  Executed on this 21st day of October 2020.

14

15                                       /s/ *Cristen C. Handley*
                                         Cristen C. Handley
16

17

18

19

20

21

22

23

24

25

26                                          - 2 -
28