**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

|  |  |
|---|---|
| Zachary NIGHTINGALE, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br>　　　　Defendants. | No. 3:19-cv-03512-WHO <br><br> **DECLARATION OF CRISTEN C. HANDLEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

　　1.　　I am a Trial Attorney at the Department of Justice, Civil Division, Federal Programs Branch. I represent the Defendants in the above-referenced matter. The facts set forth in this declaration are within my personal knowledge. If called as a witness, I could and would competently testify as follows.

　　2.　　This declaration is submitted in support of Plaintiffs' Administrative Motion to Seal. ECF No. 68. That motion seeks permission to file under seal unredacted versions of Plaintiffs' motion for summary judgment, an index of exhibits, and fourteen documents that Defendants previously produced to Plaintiffs with "Confidential" designations, pursuant to the protective order entered by this Court on March 18, 2020. ECF No. 56.

　　3.　　Defendants seek the sealing only of certain limited information from 10 of the documents Plaintiffs have submitted, seven of which contain personal identifying information such as names, phone numbers, and e-mail addresses of certain government employees, and three of which contain non-final agency deliberations that reveal Defendants' confidential decision-making. Defendants do not seek to seal any information in Plaintiffs' motion for summary judgment or index

of exhibits.  Counsel for the parties have conferred; Plaintiffs object to all redactions other than the names of line officers, telephone numbers, and e-mail addresses.

4.      Specifically, Defendants seek to seal certain information from the following documents:

| Exhibit Number | Description (from Plaintiffs' exhibit index, ECF No. 70a) | Basis for Sealing |
| --- | --- | --- |
| Pls.' sealed Ex. M | Email from Cynthia M. Cornell to Cynthia L. Holt *et al.* (Aug. 28, 2020), Bates 785-SUPP–786-SUPP | Personal identifying information |
| Pls.' sealed Ex. Q | Email exchange between ICE employees regarding "Referral Timelines" (Oct. 17, 2019), Bates 14364–14366 | Personal identifying information |
| Pls.' sealed Ex. R | Email from Tammy Meckley to Joseph Edlow & Kathy Nuebel Kovarik (May 27, 2020), Bates 1162-SUPP–1163-SUPP | Personal identifying information |
| Pls.' sealed Ex. S | USCIS/ICE SLA Agreement Meeting Notes, Bates 224–225 | Personal identifying information |
| Pls.' sealed Ex. V | Office of Information Governance and Privacy Freedom of Information Act Division, FY2020 FOIA "Get Well" Options (Feb. 2, 2020), Bates 26198–26208 | Deliberative material |
| Pls.' sealed Ex. W | Email from Fernando Pineiro to James Holzer et al. (Nov. 15, 2019), Bates 14269–14272 | Personal identifying information |
| Pls.' sealed Ex. X | Office of Information Governance and Privacy Freedom of Information Act Division, FY2020 FOIA "Get Well" Options (Oct. 29, 2019), Bates 28892–28905 | Deliberative material |
| Pls.' sealed Ex. BB | Talking Points: USCIS Proposal to Resume Processing ICE A-File Records under FOIA, Bates 33338–33339 (marked as Deposition Exhibit 20) | Deliberative material |

| Pls.' sealed Ex. FF | Memorandum of Agreement between USCIS and ICE (June 1, 2020), Bates 106055–106062 | Personal identifying information |
|---|---|---|
| Pls.' sealed Ex. GG | Memorandum of Agreement between USCIS and ICE (October 1, 2020), Bates 527-SUPP–534-SUPP | Personal identifying information |

5. Attached to this declaration as **Exhibit 1** is a true and correct copy of the Declaration of Fernando Pineiro, Acting Freedom of Information Act ("FOIA") Officer of the Freedom of Information Act Office ("ICE FOIA Office") at U.S. Immigration and Customs Enforcement ("ICE"), signed on October 27, 2020. Mr. Pineiro's declaration describes in detail the information that Defendants seek to seal and the basis for sealing.

6. The documents at issue here relate to a motion (summary judgment) that "is more than tangentially related to the merits" of this case. *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016). Accordingly, Defendants must establish "compelling reasons" for sealing. *Id.* at 1097. Mr. Pineiro's declaration satisfies this standard.

7. In an effort to seal only information that is "privileged, protectable as a trade secret or otherwise entitled to protection under the law," L.C.R. 79-5(b), Defendants specify in the attached declaration which parts of the documents at issue should be redacted in any publicly filed version. Defendants also attach as **Exhibits 2-11** redacted versions of the documents sought to be sealed, with the notation "REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED" prominently displayed on every page of every exhibit.

8. Also attached is a proposed order containing a table identifying each document with portions sought to be sealed and the justification for each proposed sealing.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on this 27th day of October 2020.

                                    /s/ *Cristen C. Handley*
                                    Cristen C. Handley