**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    Defendants. | No. 3:19-cv-03512-WHO |

# EXHIBIT 3
# Redacted Version of Plaintiffs' Sealed Ex. Q

Message

| | |
|---|---|
| **From:** | Clark, Kenneth N [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EE890AF41D7442D0B9652B9F59196DBF-CLARK, KENN] |
| **Sent:** | 10/17/2019 8:11:36 PM |
| **To:** | Pineiro, Fernando [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0673e21913f044ae9efcc80bec837371-Pineiro, Fe]; Pavlik-Keenan, Catrina M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5444b8db42b34d7e88df713b72bd272d-Pavlik-Keen] |
| **Subject:** | RE: Referral Timelines |

Please add a slide or two to our briefing with Staci that addresses this latency problem (4 months) from USCIS. Looks like the FOIA-enterprise has process problems as well as technology problems and would like to ensure all issues are on the table. If we need to set-up a meeting or call to ask USCIS to provide their substantive explanation of the delays in getting referrals to us to process, please set that call up. Thanks.

Kenneth N. Clark, Ph.D.
Assistant Director
Information Governance and Privacy
U.S. Immigration and Customs Enforcement
(202) PII (Office)
(202) PII (Cell)

---

**From:** Clark, Kenneth N
**Sent:** Thursday, October 17, 2019 4:05 PM
**To:** Pineiro, Fernando <PII @ice.dhs.gov>; Pavlik-Keenan, Catrina M <PII PII @ice.dhs.gov>
**Subject:** RE: Referral Timelines

I think I'd like to get a better understanding why we have this significant 4 month delay coming to us for these referrals, and would like to understand why there remains a bulk drop of FOIAs after the 4 month period, rather than more timely delivery to us just as they come. This is a significant efficiency impact in the process that should be resolved as soon as possible.

---

**From:** Pineiro, Fernando <PII @ice.dhs.gov>
**Sent:** Thursday, October 17, 2019 3:55 PM
**To:** Clark, Kenneth N <PII @ice.dhs.gov>; <PII @ice.dhs.gov>; Pavlik-Keenan, Catrina M <PII @ice.dhs.gov>
**Subject:** RE: Referral Timelines

The most plausible explanation is that they are working on about a 4 month backlog delay. We wouldn't be able to give a better answer absent asking them...

---

**From:** Clark, Kenneth N <PII @ice.dhs.gov>
**Sent:** Thursday, October 17, 2019 3:52 PM
**To:** PII @ice.dhs.gov>; Pavlik-Keenan, Catrina M <PII @ice.dhs.gov>
**Cc:** Pineiro, Fernando <PII @ice.dhs.gov>
**Subject:** RE: Referral Timelines

Thanks. 4 months is a bit long; any rationale or reason for the delay in getting to us?

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

Kenneth N. Clark, Ph.D.
Assistant Director
Information Governance and Privacy
U.S. Immigration and Customs Enforcement
(202) [PII] (Office)
(202) [PII] (Cell)

---

**From:** [PII] @ice.dhs.gov>
**Sent:** Thursday, October 17, 2019 3:49 PM
**To:** Clark, Kenneth N <[PII]@ice.dhs.gov>; Pavlik-Keenan, Catrina M <[PII]@ice.dhs.gov>
**Cc:** Pineiro, Fernando <[PII]@ice.dhs.gov>
**Subject:** RE: Referral Timelines

Good afternoon,

Based on a sample of 25 USCIS referrals, the average time from request submission to USCIS to when we receive the referral is 4 months.

Respectfully,
[PII]

[PII]
Supervisory Paralegal Specialist
Freedom of Information Act Office (FOIA)
U.S. Immigration and Customs Enforcement
Desk: 202-[PII] | Cell: 202-[PII]
[PII]@ice.dhs.gov

---

**From:** Clark, Kenneth N <[PII]@ice.dhs.gov>
**Sent:** Thursday, October 17, 2019 3:46 PM
**To:** Pavlik-Keenan, Catrina M <[PII]@ice.dhs.gov>; Pineiro, Fernando [PII]@ice.dhs.gov>
**Cc:** [PII]@ice.dhs.gov>
**Subject:** RE: Referral Timelines

Appreciate getting the metrics as soon as possible.

Kenneth N. Clark, Ph.D.
Assistant Director
Information Governance and Privacy
U.S. Immigration and Customs Enforcement
(202) [PII] Office)
(202) [PII] Cell)

---

**From:** Pavlik-Keenan, Catrina M <[PII]@ice.dhs.gov>
**Sent:** Thursday, October 17, 2019 3:16 PM
**To:** Clark, Kenneth N <[PII]@ice.dhs.gov>; Pineiro, Fernando <[PII]@ice.dhs.gov>
**Cc:** [PII]@ice.dhs.gov>
**Subject:** RE: Referral Timelines

We could possibly figure it out but we don't track.

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

We could take a sample of what we get in and look at date that USCIS got the request.

[PII] could you give us and idea.

---

**From:** Clark, Kenneth N <[PII]@ice.dhs.gov>
**Date:** Thursday, Oct 17, 2019, 3:14 PM
**To:** Pineiro, Fernando <[PII]@ice.dhs.gov>
**Cc:** Pavlik-Keenan, Catrina M <[PII]@ice.dhs.gov>
**Subject:** Referral Timelines

Fernando,

Do we have metrics on the average times it takes from the time USCIS actually receives an A-File request to the time we get that request to act on ICE files?

Kenneth N. Clark, Ph.D.
Assistant Director
Information Governance and Privacy
U.S. Immigration and Customs Enforcement
(202) [PII] (Office)
(202) [PII] (Cell)

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**