IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | No. 3:19-cv-03512-WHO |

# EXHIBIT 5
# Redacted Version of Plaintiffs' Sealed Ex. S

USCIS/ICE SLA Agreement Meeting Notes

Attendees:	Tammy Meckley, USCIS, Associate Director (AD) Immigration Records Identity Services Directorate (IRIS)
Lee Bowes, USCIS, Deputy AD, IRIS
Terry Sloan, Director, USCIS, National Records Center (NRC)
Jill Eggleston, USCIS, Associate Center Director
Robert Sutter, USCIS, First Developer
Daniel Edgington, USCIS, Supervisory Paralegal
Kenneth Clark, IGP, Associate Director IGP
Catrina Pavlik-Keenan, Senior Advisor, IGP
Fernando Pineiro, Acting FOIA Officer
[PII] Deputy Chief, GILD
James Holzer, Deputy FOIA Officer, DHS
Jimmy Wolfrey, Assistant Director FOIA, DHS

**Issue:**

On December 18, Information Governance and Privacy had a meeting with United States Citizenship and Immigration Services (USCIS), Immigration Records Identity Services Directorate to discuss developing a MOA between the two components on a path forward that is more efficient and economically to both agency as it relates to processing ICE records that reside in the Alien File that USCIS maintains.

**Background:**

It was determined that USCIS can develop a universal approver que within their FIRST System (FIRST is USCIS' FOIA Processing System).

This would allow USCIS to process ICE documents within their system and then allow ICE approvers (ICE Supervisors) access to the cases for review within a 48 hour turn around time, at which time then the case would go back in the que for USCIS to close out and send one total response to the FOIA requester on behalf of USCIS and ICE.

The system will allow ICE to apply redactions or delete redactions as needed and will track all changes made to the case by both ICE approvers and USCIS processers.  ICE will only be looking at ICE records, incoming request and response letter, which will cut down on the amount time that an approver will look at the case, since it is a very focused review.

The processing of cases will be from the time the MOA is up and running moving forward.  At current time USCIS can not assist with ICE FOIA's approximately 64,500 backlogged cases, because they too have

a backlog. However, DHS has offered to assist, and Fernando will be reaching out to James Holzer to make some type of arrangement for this to occur.
This will do a few things, it will satisfy the Nightingale case that discussing what ICE is doing to eliminate backlog and become timely in responding to Alien file requests and it will satisfy congress who has been a proponent of this agreement taking place.

The cost currently associated with processing cases at ICE ranges from $50 - $100 depending on who is processing (Feds/ multiple contracts). USCIS has stated that they can process a case for about $30. This is a significant saving for ICE in the out years.

IGP/ICE FOIA will be asking for a unfunded request for the money to pay to USCIS for this agreement along with additional money for training/travel.

**Timeline:**

 Next 30 days – Terry Sloan and Fernando Pineiro will work on developing a draft MOA. (Expected date for completion is February)
5-6 weeks – Developing of the Universal approver que will be created
April – Training will begin at NRC. ICE FOIA will train USCIS processors on how to process/handle law enforcement equities in ICE records and USCIS will provide hands on training to ICE FOIA approvers.