IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>        Defendants. | No. 3:19-cv-03512-WHO |

# EXHIBIT 7
# Redacted Version of Plaintiffs' Sealed Ex. W

**Message**

| | |
|---|---|
| **From:** | Pineiro, Fernando [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0673E21913F044AE9EFCC80BEC837371-PINEIRO, FE] |
| **Sent:** | 11/15/2019 1:29:47 PM |
| **To:** | Holzer, James [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4b7bbb485fd345b187d9767d8e32096e-james.holze]; Pavlik-Keenan, Catrina M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5444b8db42b34d7e88df713b72bd272d-Pavlik-Keen]; PII [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d8a01d9793404d89bbe695a6b78b2b26-PII; Clark, Kenneth N [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ee890af41d7442d0b9652b9f59196dbf-Clark, Kenn] |
| **CC:** | PII [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=be18e66d39544d29abac89c2a0ae054c-PII; PII [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5cc252ff7f064379b73bf17d964ed8c5-PII] |
| **Subject:** | RE: Fwd: FOIA QFR |

Good morning James,

If we are speaking solely of financial costs of processing, it does appear that USCIS has the capability to process A-File requests at a substantial cost savings to the government. Issues that cannot be overlooked in this conversation include Homeland Security Investigation files, National Security Information and other Law Enforcement specific equities that must be reviewed by SME's in those fields. I look forward to working with you in finding the best way to move forward and solve this issue, especially as we stand in the shadow of the Nightingale litigation.

Fernando Pineiro Jr. | (A) Division Chief
Information Governance and Privacy
U.S. Immigration and Customs Enforcement
PII @ice.dhs.gov

---

**From:** Holzer, James <PII @hq.dhs.gov>
**Sent:** Friday, November 15, 2019 8:17 AM
**To:** Pineiro, Fernando <PII @ice.dhs.gov>; Pavlik-Keenan, Catrina M <PII PII @ice.dhs.gov>; PII <PII @ice.dhs.gov>; Clark, Kenneth N <PII @ice.dhs.gov>
**Cc:** PII <PII @ice.dhs.gov>; PII <PII @ice.dhs.gov>
**Subject:** RE: Fwd: FOIA QFR

Very helpful, thanks! I understand there are other issues, but if I am reading the information from USCIS/ICE correctly, it appears that there would be a substantial cost-savings to ICE to have USCIS process ICE equities in the A-File. Is that your understanding as well?

Regards,

James

James V.M.L. Holzer
Deputy Chief Privacy Officer (A)/ Deputy Chief FOIA Officer
Privacy Office
U.S. Department of Homeland Security
245 Murray Lane, SW, Mail Stop 0655

Washington, DC 20528-0655
Telephone: (202) [PII]
Fax: (202) 343-4010
HSDN: [PII] @dhs.sgov.gov
C-LAN: [PII] @dhs.ic.gov
FOIA Litigation: [PII] @hq.dhs.gov

For general correspondence and inquiries, please email foia@hq.dhs.gov. To submit a FOIA request or FOIA administrative appeal to DHS, please visit the Submit and Track a Request or Appeal page of our site.

---

**From:** Pineiro, Fernando <[PII]@ice.dhs.gov>
**Sent:** Thursday, November 14, 2019 3:39 PM
**To:** Pavlik-Keenan, Catrina M <[PII]@ice.dhs.gov>; [PII] @ice.dhs.gov>
**Cc:** Clark, Kenneth N <[PII]@ice.dhs.gov>; Holzer, James <[PII]@hq.dhs.gov>; [PII] @ice.dhs.gov>; [PII] @ice.dhs.gov>
**Subject:** RE: Fwd: FOIA QFR
**Importance:** High

We closed 65,283 cases with an overall expense of 6.7 million in FY19. Cost per case was 102 dollars including both simple and complex cases. The tech ops contract with PRIV costs about 48 dollars a case for USCIS referral processing. The Deloitte contract costs over 100 dollars a case. USCIS is offering to process 86,000 cases a year for a cost of 2.5 million which comes out to 29 dollars a case. The attached cost estimate was created by [PII]

Fernando Pineiro Jr. | (A) Division Chief
Information Governance and Privacy
U.S. Immigration and Customs Enforcement
[PII] @ice.dhs.gov

---

**From:** Pavlik-Keenan, Catrina M <[PII]@ice.dhs.gov>
**Sent:** Thursday, November 14, 2019 2:43 PM
**To:** Pineiro, Fernando <[PII]@ice.dhs.gov>; [PII] @ice.dhs.gov>
**Cc:** Clark, Kenneth N <[PII]@ice.dhs.gov>; Holzer, James [PII] @hq.dhs.gov>; [PII] @ice.dhs.gov>
**Subject:** FW: Fwd: FOIA QFR
**Importance:** High

Fernando and [PII]

James has asked for you to provide to him how much money it is costing ICE to process A-files currently – (per file).


James:
In addition, the 3.6 Million she reference here was for processing approximately 39,000 request back in 2010. I provided you documentation a few weeks ago on this.

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

Best, Catrina

**From:** Clark, Kenneth N <PII @ice.dhs.gov>
**Sent:** Wednesday, November 13, 2019 6:17 PM
**To:** Holzer, James <PII @hq.dhs.gov>; Pavlik-Keenan, Catrina M <PII @ice.dhs.gov>
**Subject:** RE: Fwd: FOIA QFR

Interesting but where were the sources of this data. Are they accurate?

Kenneth N. Clark, Ph.D.

Assistant Director

Information Governance and Privacy

U.S. Immigration and Customs Enforcement

(202) PII (Office)

(202) PII (Cell)

**From:** Holzer, James <PII @hq.dhs.gov>
**Date:** Wednesday, Nov 13, 2019, 5:48 PM
**To:** Clark, Kenneth N <PII @ice.dhs.gov>, Pavlik-Keenan, Catrina M <PII @ice.dhs.gov>
**Subject:** Fwd: FOIA QFR

FYSAO

Regards,

James

James V.M.L. Holzer

Acting Deputy Chief Privacy Officer/ Deputy Chief FOIA Officer

Privacy Office

U.S. Department of Homeland Security

245 Murray Lane, SW, Mail Stop 0655

Washington, DC 20528-0655

Telephone: (202) PII

Fax: (202) 343-4010

HSDN: PII @dhs.sgov.gov
C-LAN: PII @dhs.ic.gov

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

FOIA Litigation: [PII]@hq.dhs.gov

For general correspondence and inquiries, please email foia@hq.dhs.gov. To submit a FOIA request or FOIA administrative appeal to DHS, please visit the Submit and Track a Request or Appeal page of our site.

---

**From:** Meckley, Tammy M <[PII]@uscis.dhs.gov>
**Sent:** Wednesday, November 13, 2019 5:22:27 PM
**To:** Brimmer, Deborah A <[PII]@uscis.dhs.gov>; Mackenzie, Lori S <[PII]@uscis.dhs.gov>
**Cc:** Calkins, Aaron L <[PII]@uscis.dhs.gov>; Holzer, James <[PII]@hq.dhs.gov>; Sloan, Terry G <[PII]@uscis.dhs.gov>; Bowes, Lee F <[PII]@uscis.dhs.gov>; Gallion, Betsy M <[PII]@uscis.dhs.gov>; Tyler, Karen E <[PII]@uscis.dhs.gov>; Rather-Jones, Kimberli <[PII]@uscis.dhs.gov>
**Subject:** FOIA QFR

Here's my response to the one QFR received from the FOIA hearing. If any changes are made, please discuss before submitting to the committee.

1. Do you agree with the assessment that it would cost ICE more to have USCIS process ICE's FOIA requests? Please explain.

    <u>Response</u>:  No. While USCIS does not have access to ICE data, we ICE pays its contractor $40 per A-file processed, so USCIS processing costs would be lower. The prior 2010 USCIS/ICE agreement charged ICE $3.6M per year. However, if USCIS were to absorb ICE work today, and base the cost estimate off of 86K referrals (2019 actual data), with an average of 60 pages per file, the cost would be $2.5M annually. This covers straight salaries and expenses for 21 processors and four approvers.

Best,
Tammy

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**