IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | No. 3:19-cv-03512-WHO |

# EXHIBIT 9
# Redacted Version of Plaintiffs' Sealed Ex. BB

## Talking Points
## USCIS Proposal to Resume Processing ICE A-File Records under FOIA

USCIS has proposed to re-establish the USCIS-ICE service level agreement to allow USCIS to process all DHS documents contained in an A-file in response to a FOIA request.  USCIS currently has an SLA with CBP that allows it to process CBP records, but ICE discontinued its SLA with USCIS in 2011 and assumed the responsibility for processing its own records in the A-File separately.  ICE terminated USCIS's FOIA services in part due to cost, but more so due to serious errors USCIS made in processing ICE records.

In 2015, GAO conducted an audit of FOIA operations at DHS and recommended a working group be established to examine whether USCIS should resume processing ICE records in the A-File to avoid duplication and delays.  ICE objected to GAO's conclusions that its processing of A-File records was potentially duplicative.  The recommendation remains open and pending with the DHS Privacy Office, which is responsible for FOIA operations at DHS.  DHS Privacy is aware of ICE's position and recently advised that it agrees that USCIS should not resume processing ICE's records in the A-File.

<u>USCIS Rationale for Proposal</u>:  We believe the following arguments are the basis for USCIS's proposal. These arguments are addressed below.

1) 

**Deliberative Process Privilege**

2) **Deliberative Process Privilege**

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

a.
**Deliberative Process Privilege**

3)
**Deliberative Process Privilege**

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**