IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>　　　　　Defendants. | No. 3:19-cv-03512-WHO |

# EXHIBIT 10
# Redacted Version of Plaintiffs' Sealed Ex. FF

## FOIA (Freedom of Information Act) Operations

**Purpose:**

This Intra-Agency Memorandum of Agreement (MOA) between U.S. Citizenship and Immigration Services (USCIS) and U.S. Immigration and Customs Enforcement (ICE) describes the terms and conditions pursuant to which USCIS will process ICE records located within Alien files (A-files), and is effective June 1, 2020.

**Authority:**

This agreement is authorized under the Economy Act (31 U.S.C. § 1535).

| Duration of Agreement | |
|---|---|
| From: June 1, 2020 | To: September 30, 2020 |

| Signatories | |
|---|---|
| **Requesting AGENCY:**<br>Department of Homeland Security<br>U.S. Immigration and Customs Enforcement<br>Office of Information Governance and Privacy<br><br>Program<br>Approval Name:  Kenneth N. Clark, Ph.D.<br>Title:  Assistant Director, Office of Information Governance and Privacy<br><br>KENNETH N CLARK  *Digitally signed by KENNETH N CLARK Date: 2020.03.16 15:26:42 -04'00'*<br>Signature                     Date | **Servicing AGENCY:**<br>Department of Homeland Security<br>U.S. Citizenship and Immigration Services<br>Immigration Records and Identity Services Directorate<br>National Records Center<br><br>Program<br>Approval Name:  Terry G. Sloan<br>Title:  Director, National Records Center<br><br><br>TERRY G SLOAN  *Digitally signed by TERRY G SLOAN Date: 2020.03.16 16:59:59 -05'00'*<br>Signature                     Date |

1

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

## FOIA (Freedom of Information Act) Operations

**Scope of Agreement:**

USCIS will process all ICE records within A-files responsive to FOIA requests. Processing of ICE records shall be completed in accordance with training and guidance provided to USCIS by ICE. Once processing is complete, ICE will have 48 hours to review, incorporate any additional withholdings, as appropriate, and approve the release of ICE records. Once approved, or at the expiration of 48 hours, whichever occurs first, ICE records will be electronically delivered to USCIS for final approval, close out and delivery to the FOIA requester. In the event ICE records warrant further review, ICE will notify USCIS within the first 36 hours of receipt, and complete its review and provide its response back to USCIS no later than 24 hours beyond the original 48 hours allotted. This will occur on a case by case basis and will not be considered common practice. *See* attached Appendix B for general outline of USCIS and ICE responsibilities.

USCIS will respond to requester inquiries related to its processing of ICE A-file documents.

This MOA does not in any way change the responsibility for the adjudication of administrative appeals or the handling of litigation over ICE documents within A-files. If ICE documents are the subject of any administrative appeal, USCIS will refer those documents to ICE for adjudication of the appeal and direct response to the requestor. If ICE documents are the subject of any litigation, ICE will assume full responsibility for providing litigation support to the U.S. Department of Justice.

**Policies and Regulations:**

This MOA will adhere to all applicable statutes, regulations, Executive Orders, and Department of Homeland Security (DHS) policies and procedures, including, but not limited to DHS Financial Management Policy Manual Section 3.7, *Intragovernmental Actions, Transactions, and Reporting*. Additionally, USCIS agrees to abide by ICE's FOIA Standard Operating Procedures for the processing of ICE records within A-files.

**Security and Confidentiality:**

Information processed by USCIS in the performance of services to ICE may include but is not limited to, personally identifiable information, confidential, proprietary, law enforcement sensitive data, and other sensitive data. This information will pertain, most likely, to aliens and could include information pertaining to ICE/USCIS employees, customers, or contractors. USCIS will maintain the highest standard of integrity, protection, privacy, and security of this information. USCIS will comply with all applicable federal statutes, regulations, and policies in the handling and processing of all ICE information contained in the A-files. The security of data contained in information systems used by USCIS will meet Information Technology security requirements in accordance with all applicable federal statutes, regulations and DHS, USCIS, and ICE policies. Standard backup and disaster recovery procedures will be maintained to ensure continuity of service.

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

FOIA (Freedom of Information Act) Operations
___

**Funding, Reporting and Invoicing:**

This MOA is subject to the availability of funds and is not intended to, nor shall be construed to, obligate the parties to any expenditure of resources in advance of the availability of appropriations from Congress. This MOA is not a funding document and does not represent the obligation or transfer of funds. No provision of this MOA shall, or shall be interpreted to, require the obligation or payment of funds by any party hereto in violation of the Anti-Deficiency Act, 31 U.S.C. §§ 1341-1519.

This MOA is established between the USCIS and the ICE for the provision of staff and associated support designated to perform shared services. In the event of a Continuing Resolution, ICE will obligate funds for this agreement incrementally based upon available apportionment levels. Services will begin June 1, 2020 and bills must be paid within 30 days of receipt.

The entire Fiscal Year (FY) total cost of the MOA is $ 2,547,655. (This figure will be prorated for FY2020, for the June 1, 2020 start date.) This figure represents the costs associated with 25 full time equivalents (FTE) personnel, which equates to the amount of staffing required to process all ICE A-file records. Annual cost estimates for staff and associated support will be prepared by the USCIS budget team in coordination with ICE budget personnel using a position cost model. The costs for this agreement are inclusive of government payroll salary and benefits.

In accordance with the Economy Act, ICE will reimburse USCIS for the actual costs of the agreed-upon services provided by USCIS to ICE. Payments to USCIS will be made through the interagency Intra-Governmental Payment and Collection (IPAC) billing system on a quarterly basis.

Annual fiscal year funding for costs outlined in this MOA will be from ICE appropriations as stipulated in the terms and conditions of the MOA. The funding is intended to cover USCIS's mission critical and normal business requirements as defined in the MOA.
In the event funding obligated by ICE is greater than what is required to meet ICE's requirements, USCIS will release excess funds in writing back to ICE. In the event the funding obligated by ICE is less than USCIS's estimated costs, USCIS will appropriately request additional funding or negotiate a reduction in services to meet ICE's requirement within their funding constraints. Projected spending estimates, based on actual-to-date data, will be provided on the pre-invoice each month that will indicate if there is a need within the current cost projection to release funding, request additional funds, or reduce services. The decision on any funding issues must be resolved no later than
30 calendar days prior to the end of the fiscal year.

**Invoicing:**

The pre-invoice will contain two cost elements – personnel costs and other program cost (OPC)s. Invoiced costs may not exceed the amount contained in this MOA for these categories. Invoice format will be agreed upon between USCIS and ICE and contain the financial and other information required by each party.

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

- Personnel Costs:  Personnel costs will be billed from actual pay period bi-weekly payroll costs equivalent to a quarterly amount (for quarterly invoices) of the agreed upon annual Full-Time Equivalent (FTE) rate for each FTE supporting ICE for that period.  Invoices should include personnel charges for the period with sufficient detail for review by ICE.  Personnel costs should appear on a separate line on the invoice.

- OPCs:  OPCs should be billed to each service area as appropriate.  Invoices should include charges for the period with sufficient detail for review by ICE.  Detailed supporting documents will be made available by USCIS upon request by ICE.

Pre-invoices should be sent via email, in the agreed-upon format, to the ICE POC designated in the Program POC section of this MOA.  The pre-invoice must be approved by ICE and discrepancies noted, discussed, and resolved with the USCIS Financial POC within 10 business days from receipt of pre-invoice.  The parties will make every effort to resolve any disputes during that period.  ICE will affirmatively accept or reject a final invoice and raise pertinent issues in writing by the 10th business day after receipt of final invoice.

If an unresolved dispute arises, USCIS will IPAC the amount of the invoice that is not in dispute, and raise the disputed amount to the Shared Services leads for resolution.  If resolution cannot be achieved within 30-days of receipt of the final invoice, it will be subject to the dispute resolution process outlined below in this MOA.

**Modifications and Amendments:**

This MOA sets forth the entire agreement between the parties hereto and supersedes all previous written and oral negotiations, commitments, understandings, and agreements between the parties.

This MOA may be reviewed quarterly as needed, to incorporate modifications or amendments that are necessary to support ICE and USCIS requirements, and to accurately reflect any changes or operational policy.  The changes are required to be in writing with approval and signature of both USCIS and ICE.

**Dispute Resolution Process:**

The purpose of the Dispute Resolution process is to achieve the prompt resolution of issues to the satisfaction of both parties.  The following principles will be adhered to:

- All issues raised will be adequately documented, including agreed actions to resolve issues.
- Issues shall be considered resolved only when agreed actions have been implemented to the satisfaction of both parties.

To enable the prompt, satisfactory resolution of issues in the spirit of cooperation underlying the MOA, both parties agree to follow in good faith the following process:

4

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

- Consultation: Any unresolved dispute arising from or in connection with the validity, interpretation, or performance of this MOA shall be resolved by all parties in the first instance through amicable consultation.
- Resolution: When appropriate, the parties may and are encouraged to utilize the DHS Deputy Chief FOIA Officer to mediate and resolve any disputes.

Notwithstanding the above process, any corrective action requiring modification of the terms and conditions prescribed under this MOA must be implemented according to the Modifications and Amendments clause above. This MOA is not intended to be enforceable in any court or administrative forum. The parties will seek to resolve any disputes regarding this MOA as set forth above, the parties will not refer any such dispute to federal court.

**Renewal:**

This MOA will be renegotiated and renewed on an annual basis each fiscal year, with concurrence of both parties. Intent to renew must be provided in writing by ICE to USCIS no later than 30 days prior to expiration of the current agreement. Failure to provide written notice of renewal may result in termination of services.

By execution of this MOA, and subject to the availability of funds, ICE provides intent to renew this MOA for fiscal year 2021.

**Termination:**

Either party may terminate this MOA at any time, with or without cause, by giving the other party 180 days written notice to terminate. Termination of this agreement can be achieved with the completion of Appendix A, by obtaining approval and documentation of the signatories from all parties associated.

**Other Provisions:**

Severability: Nothing in this MOA or any appendices shall be construed to conflict with current law, regulation, or directive of USCIS, ICE, or the U.S. Department of Homeland Security. If a term of this MOA is inconsistent with such authority, then that term shall be invalid, but the remaining terms and conditions of this agreement shall remain in full force and effect.

Rights and Benefits: Nothing in this MOA is intended to diminish or otherwise affect the authority of any DHS agency to carry out its statutory, regulatory or other official functions, nor is it intended to create any right or benefit, substantive or procedural, enforceable at law by any party against the United States, its agencies or offices, State agencies or officers carrying out programs authorized under Federal law, or any other person.

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

## FOIA (Freedom of Information Act) Operations

**Program Points of Contact:**

<u>ICE (Requesting Agency)</u>

Kenneth N. Clark, Ph.D.
Assistant Director
Office of Information Governance and Privacy
[PII]@ice.dhs.gov

Program Official Subject Matter Expert
Fernando Pineiro, FOIA Officer
Office of Information Governance and Privacy
[PII]@ice.dhs.gov

Financial POC
William Niess, Resource Management
Office of Information Governance and Privacy
[PII]@ice.dhs.gov

<u>U.S. Citizenship and Immigration Services (Servicing Agency)</u>

Terry G. Sloan
Director, National Records Center
[PII]@uscis.dhs.gov

Program Official Subject Matter Expert
Jill Eggleston, Assistant Center Director FOIA Operations
[PII]@uscis.dhs.gov

Financial POC
Dollie Meredith, Management and Program Analyst
[PII]@uscis.dhs.gov ,

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

# FOIA (Freedom of Information Act) Operations

## APPENDIX A

**Effective Termination Date:**

**Agreement of Termination:**

**Service Provider:** USCIS Immigration Records and Identity Services/FOIA Division

**USCIS Representative**

**Signed by:**
_____
Name                                      Date

_____
Title

**Customers:** ICE Information Governance and Privacy, Freedom of Information Act Unit

**ICE Representative**

**Signed by:**
_____
Name                                      Date

_____
Title

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

APPENDIX B

| Services, Tasks | ICE | USCIS |
|---|---|---|
| Process all ICE A-file documents responsive to a FOIA request. | | X |
| Respond to requester inquiries related to ICE A-file documents via the USCIS Service Call Center. | | X |
| Provide FOIA Administrative Appeal and Litigation Support | X | |
| Provide FIRST access and training to ICE | | X |
| Provide processing training/guidance for ICE A-file documents | X | |
| Review and approve ICE A-file documents within 48 hours of delivery | X | |

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED