**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>　　　　　Defendants. | No. 3:19-cv-03512-WHO |

# EXHIBIT 8
# Second Declaration of Fernando Pineiro

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>             Plaintiffs,<br><br>     v.<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>             Defendants. | No. 3:19-cv-03512-WHO<br><br>**DECLARATION OF FERNANDO PINEIRO** |

I, Fernando Pineiro, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

      1.     I am the Acting Freedom of Information Act ("FOIA") Officer of the Freedom of Information Act Office (the "ICE FOIA Office") at U.S. Immigration and Customs Enforcement ("ICE"). The ICE FOIA Office is responsible for processing and responding to all FOIA, 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a, requests received at ICE.

      2.     My official duties and responsibilities include the general management, oversight, and supervision of the ICE FOIA Office. In that capacity, I am the ICE official immediately responsible for supervising ICE responses to requests for records under the FOIA, the Privacy Act, and other applicable records access statutes and regulations. I manage and supervise a staff of ICE FOIA Paralegal Specialists and contractors, who report to me regarding the processing of FOIA and Privacy Act requests received by ICE. Due to my experience and the nature of my official duties, I am familiar with ICE's procedures for responding to requests for information pursuant to provisions of the FOIA and the Privacy Act.

3. I make this declaration in my official capacity based on my personal knowledge, my review of records kept in the ordinary course of business, and information provided to me in the course of my official duties.

4. The purpose of this declaration is to provide the Court with an update regarding ICE's progress to eliminate its A-File referral backlog.

5. As of November 15, 2020, the date of ICE's latest weekly progress report, ICE's current backlog is 23,279.

I declare under penalty of perjury that the forgoing is true and correct.

Signed this 17th day of November, 2020.

FERNANDO PINEIRO JR
Digitally signed by FERNANDO PINEIRO JR
Date: 2020.11.17 09:21:55 -05'00'

Fernando Pineiro, Acting FOIA Officer
Freedom of Information Act Office
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
500 12th Street, S.W., Stop 5009
Washington, DC 20536-5009