UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | Case No. 19-cv-03512-WHO<br><br>**Stipulation and Order to Extend the Deadline Under Federal Rule of Civil Procedure 54(d) for Plaintiffs' Submission of Attorneys' Fees Motion** |

Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate to, and move the Court for, an extension of the deadline for Plaintiffs to submit a motion for attorneys' fees and costs under Federal Rule of Civil Procedure 54(d). Currently, pursuant to Rule 54(d), Plaintiffs are required to submit such a motion within fourteen days of this Court's entry of judgment, or by December 31, 2020. However, Defendants have 60 days from the entry of judgment, or until February 15, 2021, to appeal this Court's decision. In order to conserve this Court's and the parties' time and resources, Plaintiffs and Defendants stipulate to an extension of this deadline until 21 days following either the appeal deadline or, if an appeal is filed, resolution of the appeal. Further, Plaintiffs and Defendants move the Court for an order extending the Rule 54(d) deadline pursuant to the parties' stipulation.

For the reasons stated above, Plaintiffs and Defendants request that the Court extend the deadline by which Plaintiffs must submit a motion for attorneys' fees until March 8, 2021 (21 days following Defendants' appeal deadline) or, if Defendants file an appeal, 21 days following resolution of such appeal.

Respectfully submitted,

| | |
|---|---|
| s/ *Trina Realmuto*<br>Trina Realmuto (CA SBN 201088)<br>Mary Kenney*<br>Tiffany Lieu*<br>National Immigration Litigation Alliance<br>10 Griggs Terrace<br>Brookline, MA 02446<br>(617) 819-4447<br>trina@immigrationlitigation.org<br><br>Matt Adams (WSBA No. 28287)*<br>Northwest Immigrant Rights Project<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104<br>(206) 957-8611<br><br>Claudia Valenzuela (IL 6279472)*<br>Emily Creighton (DC 1009922)*<br>American Immigration Council<br>1331 G Street NW, Suite 200<br>Washington, DC 20005<br>(202) 507-7540<br><br>Stacy Tolchin (CA SBN 217431)<br>Law Offices of Stacy Tolchin<br>634 S. Spring St., Suite 500A<br>Los Angeles, CA 90014<br>(213) 622-7450<br><br>*Counsel for Plaintiffs* | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>/s/ *Cristen C. Handley* _____<br>CRISTEN C. HANDLEY, MO Bar No. 69114<br>MATHEW SKURNIK, NY Bar No. 5553896<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>(202) 305-2677<br>cristen.handley@usdoj.gov<br><br>*Counsel for Defendants* |

*Admitted pro hac vice

Dated: December 21, 2020

Stip. and [Prop] Order to Extend Rule 54(d) Deadline　　　　　　　　　　　Case No. 3:19-cv-03512-WHO
3

# ORDER

Having thoroughly considered the Parties' stipulation to, and motion for, an extension of the deadline in Federal Rule of Civil Procedure 54(d), the extension is GRANTED. The Court hereby ORDERS that the deadline by which Plaintiffs must file a motion for attorneys' fees is extended until March 8, 2021, or, should Defendants appeal this Court's summary judgment order, 21 days following resolution of that appeal.

**IT IS SO ORDERED.**

This the 21st day of December, 2020



WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*s/ Trina Realmuto*
Trina Realmuto (CA SBN 201088)
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org