BRIAN M. BOYNTON
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
CRISTEN C. HANDLEY, MO Bar No. 69114
MATTHEW SKURNIK, NY Bar No. 5553896
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-2677
cristen.handley@usdoj.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | No. 3:19-cv-03512-WHO <br><br> **DEFENDANTS' COMPLIANCE REPORT** |

      Pursuant to this Court's December 17, 2020 Order and Judgment, ECF Nos. 89 & 90, Defendants respectfully submit the following compliance report and accompanying declarations regarding the injunction issued against Defendants in the above-captioned matter.

      1.    This is a certified class action brought under the Freedom of Information Act ("FOIA"). Plaintiffs and class members are noncitizens and attorneys who claim that the U.S. Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), and U.S. Immigration and Customs Enforcement ("ICE") have engaged in an unlawful pattern or

practice of failing to make timely determinations on FOIA requests for Alien Files ("A-Files").

2. On December 17, 2020, following briefing and oral argument, this Court entered summary judgment in favor of Plaintiffs on their FOIA pattern or practice claims and issued a nationwide injunction against Defendants. *See* ECF Nos. 89 at 27 & 90 at 1-2.[1] The injunction established the following three requirements:

(A) **Adhere to FOIA Timing Requirements:** Defendants are permanently enjoined from further failing to adhere to the statutory deadlines for adjudicating A-File FOIA requests, as set forth in 5 U.S.C.§§ 552(a)(6)(A) and (B);

(B) **Eliminate the Backlogs:** Within sixty (60) days of this order, defendants shall make determinations on all A-File FOIA requests in USCIS's and ICE's backlogs; [and]

(C) **Quarterly Compliance Reports:** Until further order, defendants shall provide this court and class counsel with quarterly reports containing information regarding the number and percentage of A-File FOIA requests that were filed and timely completed as well as the number and percentage of cases that remain pending beyond the twenty or thirty-day statutory periods, respectively 5 U.S.C. §§ 552(a)(6)(A) and (B). The first compliance report is due within ninety (90) days of this order.

ECF No. 89 at 27; ECF No. 90 at 1-2.

The Court made clear that Defendants are not required to achieve 100% compliance with the injunction but instead must reach "substantial compliance within sixty (60) days" of the Order, by February 16, 2021.[2] ECF No. 89 at 24.

3. In response to the Court's Order, and through significant efforts detailed in the accompanying declarations and summarized below, both USCIS and ICE have made tremendous progress on their respective A-File FOIA backlogs. *See* Third Declaration of Tammy M. Meckley

---

[1] Defendants filed a notice of appeal of this Court's Judgment to the U.S. Court of Appeals for the Ninth Circuit. ECF No. 94. The appeal has been docketed as Case No. 21-15288. ECF No. 95.

[2] Because February 15, 2021 was a federal holiday, the relevant 60-day deadline falls on February 16, 2021. *See* Fed. R. Civ. P. 6(a)(1)(C).

¶ 9 ("Meckley Decl."); Third Declaration of Fernando Pineiro ¶ 6 ("Pineiro Decl."). Specifically, in the last three months, USCIS has reduced its A-File FOIA backlog by approximately 97%, from approximately 21,986 requests as of the Court's December 2020 Order to approximately 574 requests as of the end of the day yesterday, March 16, 2021. Meckley Decl. ¶ 9(b). ICE, for its part, has reached its goal of eliminating its A-File referral backlog entirely, with the exception of 47 A-Files with technical issues[3] that ICE continues working to resolve. Pineiro Decl. ¶ 6. In light of this progress, Defendants respectfully submit that they have substantially complied with the Court's injunction.

   4.  At the same time that USCIS has nearly eliminated its A-File backlog, the agency has continued to receive new requests for A-Files and process both USCIS and ICE documents contained within those A-Files.[4] Specifically, since the Court's December 2020 Order, USCIS has received a total of 49,001 new FOIA requests for A-Files. Meckley Decl. ¶ 10(a). Of those requests, 32,588[5] were completed, and 23,488 were timely completed, which reflects a timely completion rate of approximately 72%. *Id.* ¶ 10(b). Further, out of 16,987 currently pending A-File requests, 16,413 A-File requests remain pending within the statutory period (approximately 96.5% of pending requests); and 574 remain pending beyond the statutory deadline (approximately 3.5% of pending requests). *Id.* ¶ 10(c)-(d). The 574 requests that remain pending beyond the statutory deadline

---

[3] These 47 A-Files are comprised of referrals from USCIS that, for technical reasons (*i.e.*, illegible photo scans of records, corrupt files, etc.) cannot be processed at this time. Pineiro Decl. ¶ 7. ICE is working with USCIS to fix the file issues so that ICE can process these remaining referrals. *Id.*

[4] Pursuant to the 2020 Memorandum of Agreement between USCIS and ICE, USCIS processes all ICE documents that are contained within A-Files rather than referring those documents to ICE for processing. *E.g.*, ECF No. 75-2 ¶ 61.

[5] This figure was calculated based on the difference between the number of new requests received since December 17, 2020 and the number of pending requests within the statutory time period. It does not take into account the number of new requests that are now in backlog status. Accordingly, this figure could be off by no more than approximately 574 and the timely completion rate of 72% could be off by no more than approximately 1%.

comprise USICS's current A-File backlog. *Id.* ¶ 10(d).

5.  In order to make such significant progress on its backlog reduction, as well as to improve its processing times moving forward, USCIS undertook and continues to undertake substantial new efforts toward its overall FOIA program. These efforts are described in detail in the accompanying declaration of Tammy M. Meckley. *See id.* ¶¶ 11-25. To summarize here, USCIS's FOIA Office leadership established a comprehensive backlog reduction project plan identifying key efforts USCIS needs to execute in order to improve its processing times and putting in place action items to meet those needs. *Id.* ¶ 12. Pursuant to that plan, USCIS has made improvements in three key areas:

First, USCIS bolstered its FOIA personnel in ways that support the FOIA Office's immediate and long-term needs. Approximately 116 staff members from other DHS components, as well as approximately 20 non-FOIA employees of USCIS, were assigned to support the USCIS FOIA Office and trained to perform USCIS FOIA duties. *Id.* ¶ 16-18. USCIS also realigned its existing FOIA staff who typically respond to requests for non-A-File material to work solely on A-File FOIA requests. *Id.* ¶ 19. Additionally, USCIS leadership approved $1.26 million to fund employee overtime as well as approximately $4.057 million in emergency funds, which included $106,404 for contractor overtime, $2.2 million to extend USCIS's backlog contract, and $1.7 million for additional scanning capabilities. *Id.* ¶ 15. Together, these additional resources have enabled USCIS to approve approximately 15,105 hours of overtime by USCIS FOIA staff; fill eight vacancies for permanent positions in its FOIA Office (with 14 additional vacancies in progress to be filled); fill six one-year positions supported by the 2020 Memorandum of Agreement between USCIS and ICE (with 19 additional employment offers extended and awaiting security clearance); increase contractor overtime assistance; and extend USCIS's backlog contract through October 29, 2021. *Id.* ¶ 15(a)-(d).

Second, USCIS made and will continue to make unprecedented efforts to increase its FOIA budget. Although USCIS is a fee-funded agency that has not historically received appropriations from Congress for its FOIA operations, in response to the Court's Order, USCIS submitted a request to DHS for a Congressional appropriation in the amount of $150 million to support USCIS's FOIA program for Fiscal Years 2022 through 2026. *Id.* ¶ 21; *see also* ECF No. 89 at 17 (discussing the role of federal agencies to "persuad[e] Congress to . . . provide additional funds to achieve compliance"). The request was not approved for the upcoming Fiscal Year 2022. Meckley Decl. ¶ 21. USCIS will continue seeking Congressional appropriations for its FOIA program, including by submitting a request for $188.5 million to DHS this spring to fund Fiscal Years 2023 through 2027. *Id.*

Third, USCIS took several measures to address delays in obtaining paper-based A-Files in response to FOIA requests. In order to obtain files more promptly from USCIS and ICE field offices across the country, USCIS implemented a policy requiring field staff to provide responsive A-Files within five business days of receiving a request from USCIS; developed new technology alerting file holders of overdue requests and preventing physical relocation of A-Files subject to a FOIA request until the A-File is received by the USCIS FOIA office; and deployed a new software tool allowing field offices to scan and upload A-Files directly into FIRST rather than physically mailing the files to the National Records Center ("NRC") for scanning and uploading. *Id.* ¶¶ 22-23. Further, because some documents needed to respond to A-File FOIA requests are located at various Federal Records Centers ("FRCs") overseen by the National Archive and Records Administration ("NARA")—many of which have been operating at limited capacity due to COVID-related restrictions—USCIS leadership has worked collaboratively with relevant FRCs to accelerate the transfers of files from the FRCs to USCIS for FOIA processing. *Id.* ¶¶ 24-25. Due in part to this collaboration, almost all of USCIS's outstanding requests to the FRCs have been resolved, from

approximately 5,187 outstanding requests in December 2020 to just 34 outstanding requests today. *Id.* ¶ 25.

6. Moving forward, USCIS expects that its increased resources and system enhancements will continue to yield improvements to its FOIA performance, including maintaining its reduced backlog. *Id.* ¶ 26. USCIS is also committed to making additional and ongoing progress by identifying new areas for improvement, closely monitoring its FOIA response times, and identifying A-File requests or new issues that may require additional resources. *Id.* ¶ 27.

7. With respect to ICE's near-elimination of its A-File referral backlog, the agency's success is primarily due to the 2020 MOA between USCIS and ICE, whereby USCIS processes ICE records within A-Files rather than referring those records for processing by ICE. *E.g.*, ECF No. 75-2 ¶ 61. That MOA enabled ICE to focus its existing resources singularly on eliminating its A-File backlog. Pineiro Decl. ¶ 6.

Dated: March 17, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Cristen C. Handley*
CRISTEN C. HANDLEY, MO Bar No. 69114
MATTHEW SKURNIK, NY Bar No. 5553896
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-2677
cristen.handley@usdoj.gov

*Counsel for Defendants*