# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 6, 2021 | **Time:** 11 minutes<br>2:00 p.m. to 2:11 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-03512-WHO | **Case Name:** Nightingale v. U.S. Citizenship and Immigration Services | |

**Attorneys for Plaintiff:**  Matt Adams, Trina Realmuto, Mary Kenney, and Tiffany Lieu
**Attorneys for Defendant:**  Cristen Handley and Matthew Skurnik

**Deputy Clerk:** Jean Davis          **Court Reporter:** Debra Pas

## PROCEEDINGS

Case Management Conference conducted via videoconference. The Court has reviewed the quarterly progress report and appreciates the government's significant improvement in its compliance, although recognizing that additional improvement is still necessary. The Court is not inclined to change the reporting requirements at present.  Plaintiffs urge that the Court set a benchmark for "substantial compliance" to push the government to make meaningful structural changes.  The Court makes clear that it expects further significant reductions in the backlog to bring the government into compliance with the Judgment entered December 17, 2020 and that it is confident that the government is making this issue a priority to solve.  The next quarterly status report is due June 15, 2021.

**Further Case Management Conference set for July 6, 2021 at 2:00 p.m.**