# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** July 6, 2021 | **Time:** 5 minutes<br>2:00 p.m. to 2:05 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-03512-WHO | **Case Name:** Nightingale v. U.S. Citizenship and Immigration Services | |

**Attorneys for Plaintiff:**   Trina A. Realmuto, Mary A. Kenney, Stacy E. Tolchin, and Tiffany Lieu

**Attorneys for Defendant:**   Matthew Skurnik and Cristen C. Handley

**Deputy Clerk:** Jean Davis          **Court Reporter:** Belle Ball

## PROCEEDINGS

Case Management Conference conducted via videoconference. Per the case management statement of the parties, the government has achieved substantial compliance to the statute and the terms of the injunction in responding to requests.  The Court congratulates all involved in achieving that result and looks forward to continued compliance.

**Further Case Management Conference set for October 5, 2021 at 2:00 p.m.**
**Quarterly Compliance Report due September 15, 2021.**