**FILED**

JUL 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ZACHARY MILLER NIGHTINGALE; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES; et al., <br><br> Defendants-Appellants. | No.   21-15288 <br><br> D.C. No. 3:19-cv-03512-WHO <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Appellants' unopposed motion (Docket Entry No. 13) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo