IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | No. 3:19-cv-03512-WHO<br><br>**FIFTH DECLARATION OF TAMMY M. MECKLEY** |

I, Tammy M. Meckley, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I currently serve as a Senior Executive for U.S. Citizenship and Immigration Services (USCIS) as the Associate Director of the Immigration Records and Identity Services Directorate (IRIS). I am responsible for providing stakeholders with timely and appropriate access to trusted immigration information and services in support of the missions and goals of USCIS and the Department of Homeland Security (DHS).

2. I have over 20 years of experience with the U.S. Federal Government in the Departments of Homeland Security and Justice. I have also held key executive positions in the private sector. Currently, I lead nearly 1,000 federal employees across three divisions: Verification, Identity and Information Management, and the National Records Center (NRC). The NRC manages and operates the Freedom of Information and Privacy Act (FOIA/PA) Program of USCIS.

3. I make this declaration in my official capacity based on my personal knowledge, my review of records kept in the ordinary course of business, and information provided to me in the course of my official duties.

4. This declaration is submitted in support of Defendants' Third Compliance Report, per this Court's December 17, 2020 Order and Judgment, ECF Nos. 89 & 90, and its July 6, 2021 Minute Order, ECF No. 107. The purpose of this declaration is to provide the Court with an update regarding USCIS's substantial compliance with the Court's Order and Judgment. ECF Nos. 89 & 90.

### Status of Pending A-File Requests and Backlog

5. As stated in Defendants' previous Compliance Report, in the approximately seven months between the Court's December 17, 2020 Order and the end of the second reporting period, USCIS eliminated its Alien File ("A-File") backlog almost entirely, from around 21,987 requests to around 244 requests. *See* ECF No. 104 ¶ 6 (citing Fourth Declaration of Tammy M. Meckley ¶ 6). Specifically:

    a. For the first reporting period, from December 17, 2020 through the end of the day on March 16, 2021, USCIS reduced the number of backlogged requests to approximately 574 requests, a total reduction of approximately 97 percent in 90 days. Third Declaration of Tammy M. Meckley ¶ 9(b), ECF No. 97-1 ("3d Meckley Decl.").

    b. For the second reporting period, from March 17, 2021 through the end of the day on June 14, 2021, USCIS further reduced the number of backlogged requests to approximately 244 requests, a total reduction of approximately 98.9 percent since December 17, 2020. Fourth Declaration of Tammy M. Meckley ¶ 6, ECF No. 104-1 ("4th Meckley Decl."). Those remaining backlogged requests consisted of approximately 216 particularly complex requests that almost always require extended processing time, as well as

approximately 28 requests that were pending the receipt of responsive records. *Id.*

6. Plaintiffs and the Court agreed that USCIS's progress marked substantial compliance with the injunction as of the second reporting period. *See* Joint Status Report at 3, ECF No. 105; Minute Order at 1, ECF No. 107. Following that period, USCIS has continued to reduce its A-File backlog and thus has continued to achieve substantial compliance. Specifically:

   a. As of the end of the day yesterday, September 14, 2021, USCIS's backlog of A-file requests is approximately 92. This marks a total reduction of approximately 99.58 percent since December 17, 2020. The remaining 92 cases in the backlog consist of: (1) approximately 51 requests for A-Files from applicants for EB-5 visas, which is a particularly complex category of FOIA requests which almost always require an extended amount of time to process; (2) approximately 25 requests that are pending the receipt of responsive records; and (3) approximately 16 requests that are pending agency action or external agency review.

7. Similarly, by the end of the second reporting period, USCIS had achieved substantial compliance with the injunction's requirement that the agency timely process new FOIA requests for A-Files. Specifically:

   a. As to the first reporting period, from December 17, 2020 through the end of the day on March 16, 2021, USCIS received a total of 49,230 new FOIA requests for A-Files. 3d Meckley Decl. ¶ 10(a). During that 90-day period, USCIS completed processing 68,812 A-File FOIA requests. *Id.* Of the 49,230 new FOIA requests for A-Files received in that first reporting period, 32,588 requests were completed, and 23,488 requests were timely completed.

This reflects a timely completion rate of approximately 72 percent for the first reporting period. *Id.* ¶ 10(b).

    b.    As to the second reporting period, from March 17, 2021 through the end of the day June 14, 2021, USCIS received approximately 62,906 new FOIA requests for A-Files. 4th Meckley Decl. ¶ 7(c).[1] During that 90-day period, USCIS completed processing approximately 63,390 A-File requests. *Id.* Of the new requests received during the second reporting period, approximately 46,338 requests were completed, and approximately 46,004 requests were timely completed. *Id.* This reflects a timely completion rate of approximately 99.3 percent for the second reporting period. *Id.*

    c.    As of the end of the day on June 14, 2021, there were approximately 16,504 A-File FOIA requests that remained pending within the statutory period (approximately 98.5% of then-pending requests). *Id.* ¶ 7(d). USCIS has since completed processing 16,489 of those requests. Of those requests, approximately 16,323 were completed within the statutory timeframe, which reflects a timely completion rate of approximately 98.89 percent for those requests.

---

[1] As expected, *see* 3d Meckley Decl. at 3 n.2, there are minor data discrepancies in this report due to USCIS's necessary reliance on data from FIRST and the fact that compliance reports in this case are due on the last day of each reporting period. Specifically, USCIS previously reported that it had received 62,844 requests in the second reporting period, from March 17, 2021 through the end of the day June 14, 2021. *Id.* ¶ 7(c). On June 14, 2021, USCIS received an additional 62 requests, bringing the total requests received from March 17, 2021 through June 14, 2021 to 62,906 requests. The 62 requests were not previously reported because they were not scanned and ingested into FIRST until after the agency had already collected the data to include in the first compliance report. These additional 62 requests were similarly not included in the figure for total requests pending within the statutory time frame through the end of the day on June 14, 2021, which has now been updated from 16,442 to 16,504. As before, *see id.* at 3 n.2, these updated numbers do not materially impact the percentages provided in this report.

8. USCIS has continued achieving substantial compliance with respect to A-File requests received and processed in the third reporting period. Specifically:

    a. From June 15, 2021 through the end of the day yesterday, September 14, 2021, USCIS received approximately 67,918 new FOIA requests for A-Files. During that reporting period, USCIS completed processing approximately 64,669 A-File requests. Of the new requests received during the third reporting period, approximately 47,965 requests were completed, and approximately 47,551 requests were timely completed. This reflects a timely completion rate of approximately 99.14 percent for the third reporting period.

    b. There are approximately 19,906 FOIA requests for A-Files that remain pending within the statutory period (approximately 99.54% of pending requests) as of the end of the day on September 14, 2021.

    c. There are approximately 92 FOIA requests for A-Files that remain pending beyond the statutory period (approximately 0.46% of pending requests) as of the end of the day on September 14, 2021. These requests comprise USCIS's current A-File backlog.

**Continued Actions to Address A-File FOIA Requests**

9. In order to achieve the near elimination of its backlog, as well as to accomplish a rate of approximately 99.14 percent of timely processing requests received and processed in the latest reporting period, USCIS undertook and continues to undertake substantial efforts with respect to its overall FOIA program. Those efforts are described in Defendants' previous compliance reports and USCIS's previous declarations. Specific to the current reporting period, USCIS has continued to bolster the following resources and personnel:

    a. USCIS has conducted additional hiring to fill the 22 permanent positions authorized in January 2021. *See* 3d Meckley Decl. ¶ 15(b). In addition to the

      17 such positions filled as of the end of the last reporting period, USCIS has filled 4 more positions dedicated to timely processing A-File FOIA requests. USCIS is in the hiring process to fill the one remaining vacancy.

b. The USCIS FOIA Office has also taken additional actions to fill 25 one-year term positions supported by the ICE memorandum of Agreement (MOA) for FY 2021. At the time of the last compliance report, USCIS had filled 19 of these positions. 4th Meckley Decl. ¶ 14(b). Two additional staff members have since entered on duty, bringing the total to 21 filled positions. Employment offers for 3 candidates have been extended and are currently pending security clearance. USCIS is in the hiring process to fill the one remaining position. USCIS's FOIA office also continues to realign existing staff to focus on responding to requests for A-File records.

c. USCIS has renewed its Memorandum of Agreement with ICE to continue to process ICE records from A-Files for another year, which increases overall efficiencies for requestors.

d. Finally, USCIS intends to continue seeking an above-guidance appropriation for its FOIA program, including a request for $188.5 million for Fiscal Years 2023 through 2027. *Id.* ¶ 14(c). USCIS submitted this proposal to DHS for review and consideration on June 14, 2021. *Id.* Currently, all Budget Justifications received from DHS Components are in the review phase with DHS's Office of the Chief Financial Officer. If approved by DHS, USCIS's above-guidance request will be submitted to the White House Office of Management and Budget as part of the Department's FY 2023 OMB Budget Justification.

10. USCIS continues to work to identify additional process efficiencies to address the factors impacting its ability to timely process requests and to implement changes that will allow it to maintain the agency's reduced backlog. These efforts were instituted with the goal of creating long-term improvements in USCIS's FOIA program, and remain ongoing.

11. USCIS will continue to closely monitor FOIA response times and identify requests that may require management or leadership attention and additional resources. USCIS will also continue to identify and work to address any new issues that arise that may impede FOIA compliance.

12. In sum, through extraordinary efforts that include technological, staffing, and management changes, USCIS has nearly eliminated its A-File FOIA backlog and achieved near-perfect compliance with FOIA's statutory deadlines for the current reporting period. USCIS expects that its efforts will continue to improve its FOIA program with respect to future A-File FOIA requests.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2021

_____
TAMMY M. MECKLEY
Associate Director
Immigration Records and Identity Services Directorate (IRIS)
U.S. Citizenship and Immigration Services (USCIS)