# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>　　　　　　Defendants. | No. 3:19-cv-03512-WHO<br><br>**FIFTH DECLARATION OF FERNANDO PINEIRO** |

I, Fernando Pineiro, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

　　1.　　I am the Acting Freedom of Information Act ("FOIA") Officer of the Freedom of Information Act Office (the "ICE FOIA Office") at U.S. Immigration and Customs Enforcement ("ICE"). The ICE FOIA Office is responsible for processing and responding to all FOIA, 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a, requests received at ICE.

　　2.　　My official duties and responsibilities include the general management, oversight, and supervision of the ICE FOIA Office. In that capacity, I am the ICE official immediately responsible for supervising ICE responses to requests for records under the FOIA, the Privacy Act, and other applicable records access statutes and regulations. I manage and supervise a staff of ICE FOIA Paralegal Specialists and contractors, who report to me regarding the processing of FOIA and Privacy Act requests received by ICE. Due to my experience and the nature of my official duties, I am familiar with ICE's procedures for responding to requests for information pursuant to provisions of the FOIA and the Privacy Act.

　　3.　　I have held this position since July 10, 2019. Prior to this position, I was the Deputy FOIA Officer of the ICE FOIA Office from December 29, 2013 to July 9, 2019. Prior

to that, I was the FOIA Officer for three years at the Office for Civil Rights and Civil Liberties at the U.S. Department of Homeland Security ("DHS").

4. I make this declaration in my official capacity based on my personal knowledge, my review of records kept in the ordinary course of business, and information provided to me in the course of my official duties.

5. This declaration is submitted in support of Defendants' Third Compliance report, per the Court's July 6, 2021 Minute Order. ECF No. 107. The purpose of this declaration is to provide the Court with an update regarding ICE's full compliance with the Court's Order and Judgment. ECF Nos. 89 & 90.

**Status of Backlog**

6. As discussed in my previous declaration, as of June 15, 2021, through extensive efforts of ICE FOIA staff and other personnel, ICE has reached its goal of completely eliminating its A-File FOIA backlog. *See* Third Declaration of Fernando Pineiro ¶ 6, ECF No. 104-2, The backlog remains at zero as of the date of this declaration.

7. This progress was made possible primarily due to the 2020 Memorandum of Agreement ("2020 MOA") between USCIS and ICE, which enabled ICE to focus its existing resources singularly on eliminating its A-File FOIA backlog. *E.g.*, Declaration of Fernando Pineiro, ECF No. 75-5 ¶ 26. The 2020 MOA expires on September 30, 2021. Accordingly, last month, USCIS and ICE renewed their agreement for the following fiscal year ("2021 MOA"). The 2021 MOA will take effect on October 1, 2021.

I declare under penalty of perjury that the forgoing is true and correct.

Signed this 15th day of September, 2021.

_____
Fernando Pineiro, Acting FOIA Officer
Freedom of Information Act Office

U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
500 12th Street, S.W., Stop 5009
Washington, DC 20536-5009