# EXHIBIT A
(Settlement Agreement)

## SETTLEMENT AGREEMENT AND RELEASE

The parties to *Nightingale, et al., v United States Citizenship and Immigration Services, et al.,*, No. 3:19-cv-03512 (N.D. Cal.), by and through their undersigned counsel, hereby enter into this Settlement Agreement and Release ("Settlement Agreement"). The parties agree as follows:

1. Defendants shall pay Plaintiffs $787,500.00 in full and complete satisfaction of Plaintiffs' claim for attorneys' fees, costs, and litigation expenses under the Freedom of Information Act ("FOIA") for their work thus far in the above-captioned matter. This payment shall constitute full and final satisfaction of any and all of Plaintiffs' claims for attorneys' fees, costs, and litigation expenses in the above-captioned matter for work they have performed through the date the Court approves this Settlement Agreement, and is inclusive of any interest. Although Defendants do not concede that Plaintiffs would be eligible for or entitled to attorneys' fees or costs for any future work they perform in the above-captioned action, this Settlement Agreement does not preclude Plaintiffs from seeking fees or costs for any such future work except that Plaintiffs agree to waive fees and costs for future quarterly joint status reports and case management conferences unless they relate to either enforcement or noncompliance with the injunction.

2. Upon Court approval of this Settlement Agreement, Plaintiffs hereby release and forever discharge Defendants and their successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all past, present, or future claims for attorneys' fees, costs, or litigation expenses for work performed through the date the Court approves this Settlement Agreement in connection with the above-captioned litigation.

3. This Settlement Agreement is entered into solely for the purpose of settling and compromising any claims for attorneys' fees, costs, or litigation expenses for work

performed prior to the Court's approval in this action without further litigation. This Settlement Agreement shall not be construed as evidence or as an admission regarding any issues of law or fact, or regarding the truth or validity of any allegation or claim raised in this action. The parties further acknowledge that this Settlement Agreement shall not be construed as evidence or as an admission by Defendants regarding Plaintiffs' entitlement to attorneys' fees, costs, and other litigation expenses under the FOIA, or as evidence or as an admission by Plaintiffs as to the full amount of such fees, costs, or expenses for which they would otherwise be entitled in this action. The Settlement Agreement shall not be used as evidence to establish liability for fees or rates in any other case or proceeding. The parties agree that the settlement amount will be a matter of public record. Defendants do not concede that Plaintiffs' counsel received or were entitled to the hourly rates sought.

4. Because this case is a certified class action pursuant to Federal Rule of Civil Procedure 23(b)(2), the parties agree that this Settlement Agreement is subject to the procedures set forth in Federal Rule of Civil Procedure 23(h).

5. Within seven days of the Court's approval of the Settlement Agreement, Plaintiffs' counsel shall provide to Defendants all information necessary to accomplish an electronic funds transfer into Plaintiffs' counsel's designated account. Defendants shall make all good faith efforts to deliver the full amount of attorneys' fees, costs, and litigation expenses to Plaintiffs' counsel by electronic funds transfer into Plaintiffs' counsel's designated account within sixty days of receiving that information.

6. This Settlement Agreement may be executed in counterparts on the parties' behalf by their attorneys of record, and is effective on the date the Settlement Agreement receives final approval by the Court. Facsimiles and PDF versions of signatures shall constitute acceptable, binding signatures for purposes of this Settlement Agreement.

SO STIPULATED AND AGREED.

Dated: 1/20/2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/
Matthew Skurnik (NY Bar. No. 5553896)
Cristen C. Handley
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 616-8188
Fax: (202) 616-8470
Email: Matthew.Skurnik@usdoj.gov

*Counsel for Defendants*

DATED 1/21/2022

/s/
Trina Realmuto (CA SBN 201088)
Mary Kenney*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Matt Adams (WSBA No. 28287)*
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

Emily Creighton (DC 1009922)*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
(202) 507-7540

Stacy Tolchin (CA SBN 217431)
Law Offices of Stacy Tolchin
634 S. Spring St., Suite 500A
Los Angeles, CA 90014
(213) 622-7450

*Counsel for Plaintiffs*

*Admitted pro hac vice*