UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; and Maribel CARANDANG,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | No. 3:19-cv-03512-WHO<br><br>**Declaration of Trina Realmuto in Support of Plaintiffs' Opposition to Defendants' Motion for Partial Stay of Injunction** |

Pursuant to 28 U.S.C. § 1746, I hereby declare:

1.      I am the Executive Director of the National Immigration Litigation Alliance. I am one of the counsel for Plaintiffs and class members in this case. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Partial Stay of the Injunction.

2.      I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify completely as set forth below.

3.      Accompanying Plaintiffs' Opposition as **Exhibit A** is a true and correct copy of U.S. Citizenship and Immigration Services (USCIS) Form G-639, dated June 20, 2019.

.

4.      Accompanying Plaintiffs' Opposition as **Exhibit B** is a true and correct copy of USCIS Form G-639, dated July 25, 2022.

5.      Accompanying Plaintiffs' Opposition as **Exhibit C** is a true and correct copy of a screenshot of the Freedom of Information Act (FOIA) Immigration Records System (FIRST) web portal, located at first.uscis.gov/#/request-onbehalf, taken on September 28, 2022.

6.      Accompanying Plaintiffs' Opposition as **Exhibit D** is the Department of Homeland Security Report to the Attorney General of the United States for Fiscal Year 2009.

7.      Accompanying Plaintiffs' Opposition as **Exhibit E** is the Department of Homeland Security Report to the Attorney General of the United States for Fiscal Year 2010.

8.      Accompanying Plaintiffs' Opposition as **Exhibit F** is the Department of Homeland Security, Privacy Office, Report to the Attorney General of the United States for Fiscal Year 2011.

8.      Accompanying Plaintiffs' Opposition as **Exhibit G** is the Department of Homeland Security Report to the Attorney General of the United States and the Director of the Office of Information Services for Fiscal Year 2020.

12.    7.      Accompanying Plaintiffs' Opposition as **Exhibit H** is the Department of Homeland Security Report to the Attorney General of the United States and the Director of the Office of Information Services for Fiscal Year 2021. Note: the title page of the report incorrectly references Fiscal Year 2022, but page 2 confirms that the report covers Fiscal Year 2021.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge. Executed this 29th day of September 2022 at Brookline, Massachusetts.

By:   s/ *Trina Realmuto*
      Trina Realmuto

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

*s/ Trina Realmuto*
Trina Realmuto
National Immigration Litigation Alliance