

first.uscis.gov/#/request-onbehalf

An official website of the United States government  Here's how you know

 U.S. Citizenship and Immigration Services

Submit Request  |  My Requests  |  Resources ▾  |  Sign Out ▾

# Request About Someone Else

Step 2 of 5 - Specify the Nature of Your Request

① — ② — ③ — ④ — ⑤

### Select all types of records you are requesting - required

If you request specific documents, USCIS will usually be able to process your request faster than if you request a large set of records, such as an entire A-File.

Select the types of records you are requesting, if applicable, from this list of commonly requested records:

- ☐ Apprehensions
- ☐ Birth Certificate
- ☐ I-94
- ☐ Passport
- ☐ Other Arrival/Departure documents into the U.S.
- ☐ I-129, Petition for a Nonimmigrant Worker
- ☐ I-90, Application to Replace Permanent Resident Card (Green Card)
- ☐ I-130, Petition for Alien Relative
- ☐ I-140, Immigrant Petition for Alien Workers
- ☐ I-485, Application to Register Permanent Residence or Adjust Status
- ☐ I-751, Petition to Remove Conditions on Residence
- ☐ N-400, Application for Naturalization
- ☐ Labor certification issued by the U.S. Department of Labor
- ☐ Naturalization Certificate
- ☐ Proof of Lawful Permanent Resident (LPR) status
- ☐ Record of removal from the U.S.
- ☐ Other