IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>                         Plaintiffs,<br><br>         v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>                         Defendants. | No. 3:19-cv-03512-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF INJUNCTION** |

Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate and move the Court for a three-business-day extension of Defendants' deadline to file their reply in support of their motion for partial stay of the Court's injunction, from Thursday, October 6, 2022, to Wednesday, October 12, 2022.[1]  In support of this request, the parties state as follows:

1. On September 15, 2022, Defendants filed a combined Seventh Compliance Report and Motion for Partial Stay of Injunction. ECF No. 138. Plaintiffs filed their opposition to Defendants' stay motion on September 29, 2022. ECF No. 141. Defendants' reply supporting their stay motion is currently due by October 6, 2022.  The parties will file a joint status report on October 18, 2022, and the Court will hold a combined hearing on Defendants' motion and Case Management Conference on October 25, 2022 at 2:00 PM.  ECF No. 140.

2. Good cause exists for this requested, three-business-day extension due to undersigned counsel for Defendants' pre-scheduled travel through October 2, and need to prepare for a preliminary-injunction hearing in another matter that is scheduled for October 5, 2022, the day before Defendants' current reply deadline. Further, granting this extension will not impact any other

---

[1] Monday, October 10, 2022 is a federal holiday.

deadlines in this case, and Defendants' motion will be fully briefed nearly two weeks in advance of the October 25, 2022 hearing and conference.

      3.     Accordingly, the parties respectfully request that Defendants' deadline to file their reply in support of their motion for partial stay of the Court's injunction be extended to October 12, 2022.

Dated: October 1, 2022                    Respectfully submitted,

                                      BRIAN M. BOYNTON
                                    Principal Deputy Assistant Attorney General

                                    ELIZABETH J. SHAPIRO
                                    Deputy Branch Director

                                    /s/ *Matthew Skurnik*
                                    MATTHEW SKURNIK, NY Bar No. 5553896
                                    Trial Attorneys
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    1100 L Street, NW
                                    Washington, D.C. 20005
                                    (202) 616-8188
                                    Matthew.skurnik@usdoj.gov

                                    *Counsel for Defendants*

s/ *Trina Realmuto*
Trina Realmuto (CA SBN 201088)
Mary Kenney*

National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Matt Adams (WSBA No. 28287)*
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

Emily Creighton (DC 1009922)*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
(202) 507-7540

Stacy Tolchin (CA SBN 217431)
Law Offices of Stacy Tolchin
634 S. Spring St., Suite 500A
Los Angeles, CA 90014
(213) 622-7450

*Counsel for Plaintiffs*

**Admitted pro hac vice*

# ORDER

The parties' stipulation to, and motion for, a three-business-day extension of Defendants' deadline to file their Reply Supporting their Motion for Partial Stay of Injunction is GRANTED. The Court hereby extends Defendants' deadline to October 12, 2022.

**IT IS SO ORDERED**

Dated: October 3, 2022



WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE