BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
CRISTEN C. HANDLEY, MO Bar No. 69114
MATTHEW SKURNIK, NY Bar No. 5553896
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-2677
cristen.handley@usdoj.gov
matthew.skurnik@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*, | No. 3:19-cv-03512-WHO |
| Plaintiffs, | |
| v. | **DEFENDANTS' EIGHTH COMPLIANCE REPORT** |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | |
| Defendants. | |

Pursuant to this Court's December 17, 2020 Order and Judgment, ECF Nos. 89 & 90, and its October 26, 2022 Minute Order, ECF No. 146, Defendants respectfully submit the following Eighth Compliance Report and accompanying declaration regarding the injunction issued against Defendants in the above-captioned matter.

1.     This is a certified class action brought under the Freedom of Information Act ("FOIA").  Plaintiffs and class members are noncitizens and attorneys who claim that the U.S. Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"),

and U.S. Immigration and Customs Enforcement ("ICE") have engaged in an unlawful pattern or practice of failing to make timely determinations on FOIA requests for Alien Files ("A-Files").

### The Court's Injunction

2.     On December 17, 2020, following briefing and oral argument, this Court entered summary judgment in favor of Plaintiffs on their FOIA pattern or practice claims and issued a nationwide injunction against Defendants.  *See* ECF Nos. 89 at 27 & 90 at 1-2.[1]  The injunction established the following three requirements:

> (A)    **Adhere to FOIA Timing Requirements:**  Defendants are permanently enjoined from further failing to adhere to the statutory deadlines for adjudicating A-File FOIA requests, as set forth in 5 U.S.C.§§ 552(a)(6)(A) and (B);

> (B)    **Eliminate the Backlogs:**  Within sixty (60) days of this order, defendants shall make determinations on all A-File FOIA requests in USCIS's and ICE's backlogs; [and]

> (C)    **Quarterly Compliance Reports:**  Until further order, defendants shall provide this court and class counsel with quarterly reports containing information regarding the number and percentage of A-File FOIA requests that were filed and timely completed as well as the number and percentage of cases that remain pending beyond the twenty or thirty-day statutory periods, respectively 5 U.S.C. §§ 552(a)(6)(A) and (B).  The first compliance report is due within ninety (90) days of this order.

ECF No. 89 at 27; ECF No. 90 at 1-2.

The Court made clear that Defendants are not required to achieve 100% compliance with the injunction, but instead must reach "substantial compliance within sixty (60) days" of the Order.  ECF No. 89 at 24.

### Defendants' Substantial Compliance in the Previous Reporting Period

3.     In the previous (seventh) reporting period, USCIS explained that it had been flooded

---

[1] Defendants filed a notice of appeal of this Court's Judgment to the U.S. Court of Appeals for the Ninth Circuit.  ECF No. 94.  Defendants have since voluntarily dismissed the appeal.  ECF No. 114.

with an unprecedented and unexpected surge in the number of requests for A-Files, which totaled more than 80,000 requests in each of the fifth and sixth reporting periods. *See, e.g.*, Ninth Declaration of Tammy M. Meckley, ECF No. 138-1 ¶ 11 ("9th Meckley Decl."). Notwithstanding that USCIS processed around 88,325 requests in the seventh reporting period—more than it had ever completed in a single quarter—the extraordinary surge in receipts resulted in an increase in the agency's A-File backlog from approximately 1,884 requests to approximately 5,361 requests as of September 15, 2022. *See id.* ¶¶ 13, 15. For that reason, and in order to gain additional time to maintain their substantial compliance with the Court's injunction, Defendants moved this Court for a six-month, partial stay of the injunction as to Tracks 1 and 2 requests. *See* Defs.' Combined Seventh Compliance Rep. & Mot. For Partial Stay of Injunction, ECF No. 138.

4.     Despite the external hardships, shortly after Defendants filed their stay motion, USCIS successfully reduced its backlog almost entirely, to approximately 197 requests as of October 11, 2022. *See* Tenth Declaration of Tammy M. Meckley, ECF No. 144-1 ¶ 6 ("10th Meckley Decl."). As previously explained, USCIS implemented a series of measures to address its backlog, to include utilizing detailees, contract support, and overtime staff; authorizing the hiring of 49 new permanent FOIA staff; and approving a $15 million budget enhancement for Fiscal Year 2023 for an additional 34 permanent FOIA positions, as well as investment in continued technology improvements. *See, e.g.*, 9th Meckley Decl. ¶¶ 17-31.

5.     Following a combined motion hearing and case management conference, this Court issued a Minute Order acknowledging that USCIS "has made progress towards a long term solution as well as efforts in the interim to come towards compliance." Minute Order, ECF No. 146. Still, the Court denied Defendants' request for a stay, concluding that the surge in requests did not constitute "exceptional circumstances" warranting a stay and urging Defendants "to continue to take the actions necessary to achieve full compliance with the injunction." *Id.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Defendants' Substantial Compliance in the Present Reporting Period**

6.     Consistent with this Court's Minute Order, Defendants have continued to take steps to implement long-term improvements to USCIS's FOIA program.   Detailed below and in the accompanying declaration, these steps have enabled the agency to substantially comply with the Court's injunction.   Specifically, as of the end of the day yesterday, USCIS's A-File backlog consisted of approximately 76 requests.  *See* Eleventh Declaration of Tammy M. Meckley ("11th Meckley Decl.") ¶¶ 5, 9.  None of those backlogged requests comes from a requester in Track 3 (*i.e.*, an individual with a scheduled immigration proceeding).  *See id.* ¶ 5.  For its part, ICE's A-File backlog has continued to remain at zero.

7.     While maintaining a low backlog, USCIS has also continued to receive a high volume of new FOIA requests for A-Files.  In the current reporting period, USCIS received approximately 84,423 new A-File requests, approximately 69,652 of which were completed and approximately 69,212 of which were timely completed.   *Id.* ¶ 6.   This reflects a timely completion rate of approximately 99.37% for the current reporting period.  *Id.*  Further, for Track 3 requesters, USCIS on average processed the requests in approximately 10.44 business days; for Track 2 requesters, USCIS on average processed the requests in approximately 17.58 business days; and for Track 1 requesters, USCIS on average processed the requests in approximately 16.53 business days.  *Id.* ¶ 7.

8.     Defendants' continued success in timely responding to A-File FOIA requests over the present reporting period is the result of several efforts.   First, as mentioned above and in Defendants' previous report, USCIS authorized the hiring of 49 new FOIA staff members, as well as a $15 million enhancement for Fiscal Year 2023 to fund 34 additional FOIA positions.  *See* 9th Meckley Decl. ¶¶ 23, 31; 11th Meckley Decl. ¶ 10.  As of yesterday, staff members for all of the 49 positions have been hired, 45 of whom have entered on duty; and 8 of whom have been fully trained and are actively processing FOIA cases.  *See* 11th Meckley Decl. ¶¶ 11-12.  The remaining new staff

members are in the process of onboarding and training.  *Id.* ¶ 12.  USCIS has also begun the hiring process for the 34 additional positions from the Fiscal Year 2023 enhancement.  *Id.* ¶ 11.

9.   Second, USCIS continues to maximize its staff resources through overtime allowances, detailees, and contract support.  *Id.* ¶¶ 13-14.  Over the last approximately three months, individuals supporting the USCIS FOIA program have worked more than 16,400 total hours of overtime.  *See id.* ¶ 13.  The agency also continues to receive support for additional FOIA work through a contract that will remain in place until at least March 29, 2023.  *Id.* ¶ 14.

10.   Finally, USCIS remains committed to investing in technology improvements to further streamline the process for submitting and completing FOIA requests for A-Files.  *Id.* ¶ 15. As previously reported, this includes investing in a new software known as an Application Program Interface ("API") that will allow for filing and receiving responses to A-File requests online through requesters' own case management systems.  *See* 9th Meckley Decl. ¶ 29; 11th Meckley Decl. ¶ 15. The first iteration of this new program was made available for public use on November 15, 2022. 11th Meckley Decl. ¶ 15.

11.   In light of USCIS's low backlog and timely completion figure, Defendants respectfully submit that they are in substantial compliance with the Court's injunction.

Dated:  December 15, 2022                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/Cristen C. Handley*
CRISTEN C. HANDLEY, MO Bar No. 69114
MATTHEW SKURNIK, NY Bar No. 5553896
Trial Attorneys
United States Department of Justice

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-2677
cristen.handley@usdoj.gov
mathew.skurnik@usdoj.gov

*Counsel for Defendants*

DEFENDANTS' EIGHTH COMPLIANCE REPORT
No. 3:19-cv-03512-WHO