IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    Defendants. | No. 3:19-cv-03512-WHO<br><br>**ELEVENTH DECLARATION OF TAMMY M. MECKLEY** |

I, Tammy M. Meckley, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

  1. I currently serve as a Senior Executive for U.S. Citizenship and Immigration Services (USCIS) as the Associate Director of the Immigration Records and Identity Services Directorate (IRIS). I am responsible for providing stakeholders with timely and appropriate access to trusted immigration information and services in support of the missions and goals of USCIS and the United States Department of Homeland Security (DHS).

  2. I have over 20 years of experience with the U.S. Federal Government in the Departments of Homeland Security and Justice. I have also held key executive positions in the private sector. Currently, I lead nearly 1,000 federal employees across three divisions: Verification, Identity and Information Management, and the National Records Center (NRC). The NRC manages and operates USCIS's Freedom of Information and Privacy Act (FOIA/PA) Program.

  3. I make this declaration in my official capacity based on my personal knowledge, my review of records kept in the ordinary course of business, and information provided to me in the course of my official duties.

4. This declaration is submitted in support of Defendants' Eighth Compliance Report, per this Court's December 17, 2020 Order and Judgment, ECF Nos. 89 & 90, and its October 26, 2022 Minute Order, ECF No. 146. The purpose of this declaration is to provide the Court with an update regarding USCIS's substantial compliance with the Court's Order and Judgment. ECF Nos. 89 & 90.

**Status of Pending A-File Requests and Backlog**

5. As noted in my Tenth Declaration filed in support of Defendants' Reply in Support of Motion for Partial Stay of Injunction, as of the end of the day on October 11, 2022, USCIS had substantially reduced its A-File backlog from approximately 5,361 requests reported in the last compliance report to approximately 197 requests. Declaration of Tammy Meckley, ECF No. 144-1 ("10th Meckley Decl.") at ¶¶ 5-6. Since that time, USCIS has continued to reduce the A-file backlog, which consisted of approximately 76 requests as of the end of day yesterday, December 14, 2022. Moreover, USCIS has responded, on average, to A-File FOIA requests well within the statutory period, and the number of cases in USCIS's backlog from requesters in Track 3—*i.e.* those who show they have a scheduled immigration proceeding—is zero.

6. As previously explained, during the second half of Fiscal Year 2022, USCIS was flooded with a dramatic and unprecedented increase in A-File FOIA requests, including receiving more than 80,000 requests in each of the prior two compliance periods. Declaration of Tammy Meckley, ECF No. 138-1 ("9th Meckley Decl.") at ¶ 11. Since then, the volume of A-File FOIA requests has failed to ebb. During the latest compliance period, from September 15, 2022 through end of the day yesterday, December 14, 2022, USCIS received approximately 84,423 new FOIA requests for A-files and completed processing 96,857 A-file requests. Due to USCIS's long-term efforts, including its substantial investments in resources and personnel (discussed below), the agency has kept pace with incoming requests. Specifically, during this reporting period, USCIS

completed processing 69,652 of those new A-file requests, 69,212 of which were timely completed. This reflects a timely completion rate of approximately 99.37 percent for the current reporting period.

7. The average processing time for requests in each of USCIS's tracks likewise demonstrates USCIS's continued success in providing timely responses to requests for A-Files, including ensuring requestors with the greatest need—those with a scheduled immigration hearing—are provided responses well within the statutory deadlines.[1] Specifically, during the current reporting period:

    a. the average processing time for Track 1 cases has been approximately 16.53 business days.

    b. the average processing time for Track 2 cases has been approximately 17.58 business days.

    c. the average processing time for Track 3 cases has been approximately 10.44 business days.

8. There are approximately 14,719 FOIA requests for A-Files that remain pending within the statutory period (approximately 99.49 % of pending requests) as of the end of the day on December 14, 2022.

9. There are approximately 76 FOIA requests for A-Files that remain pending beyond the statutory period (approximately .51% of pending requests) during that same time frame. These requests comprise USCIS's current A-File backlog.

---

[1] As previously noted, Track 1 consists of requests seeking very specific or very limited records; Track 2 consists of complex requests, or those that are seeking more than a few pages of documents; and Track 3 consists of requests from individuals who can demonstrate that they have an upcoming scheduled immigration hearing. *See* Declaration of Tammy M. Meckley ¶ 21, ECF No. 75-2 ("1st Meckley Decl.").

**Continued Actions Taken to Address A-File FOIA Requests**

10. As I have previously explained, USCIS responded to the recent substantial increase in incoming requests by making significant, long-term investments in additional resources and personnel. Specifically, the agency authorized the hiring of 49 new FOIA staff members, and in September 2022, the USCIS Director approved a $15 million enhancement for Fiscal Year 2023 to fund an additional 34 positions to support the FOIA program, continue overtime and contractual resources, and fund continued technological enhancements to the USCIS FOIA processing system, FIRST. 9th Meckley Decl. ¶¶ 23, 31. Below is an update on USCIS's efforts:

11. Of the 49 permanent positions just noted, 25 of these positions were created pursuant to the ICE Memorandum of Agreement and 24 of these positions were unrelated to that agreement. *Id.* at ¶ 23. At this juncture, all positions have been hired, however four of those newly hired staff are still awaiting their entry-on-duty date. The USCIS FOIA office has also initiated the hiring process for the additional 34 newly funded positions, which will further sustain and improve USCIS's overall FOIA program.

12. Of the 45 FOIA staff that have entered on duty, eight have now been fully trained and are actively processing FOIA cases. The remaining staff members continue onboarding and training, including extensive FOIA case creation and processing training tailored to each staff member's position. As discussed in my prior declaration, training newly hired staff is time and resource intensive, and can take from four-to-six months, depending on whether re-training is required. *Id.* at ¶ 27. However, once the remaining newly hired staff members complete their training, they will be prepared to contribute meaningfully towards processing A-Files. *Id.*

13. In addition to its hiring initiatives, USCIS has continued to use overtime to maximize the efforts of its staff. Since September 11, 2022, up through December 3, 2022, employees have worked approximately 16,427.75 hours of overtime. This includes overtime work performed by

- 4 -
ELEVENTH DECLARATION OF TAMMY M. MECKLEY
No. 3:19-cv-03512-WHO

personnel in USCIS's Refugee, Asylum and International Operations (RAIO) directorate approving FOIA cases and by other detailees performing FOIA work. [2]

14. The USCIS FOIA office also continues to seek out and obtain available resources to assist in the timely processing of incoming FOIA requests, including detailees from other USCIS offices to work on FOIA processing. In addition to detailed personnel from USCIS's RAIO directorate who have been trained in approving FOIA cases, six additional detailees continued to provide assistance in creating FOIA cases. DHS has also provided four contract staff who have been assisting USCIS with processing A-File FOIA requests. Further, as explained in my previous declaration, USCIS also continues to contract for additional FOIA backlog work and has already extended its backlog contract through March 29, 2023. *Id*. at ¶ 21.

15. In addition to the above measures, USCIS has also continued to invest in technological enhancements that will further streamline the process for filing and completing an A-File FOIA request online, to include developing and implementing an Application Program Interface (API) with USCIS's FIRST FOIA system described in my previous declaration. Once fully developed, this API will allow requesters to digitally file and receive completed FOIA requests within their own case management software programs. *Id*. at ¶ 29. The first iteration of the API was made available for public access on November 15, 2022.

16. In sum, USCIS continues to invest in growing and developing its FOIA program through its hiring and training initiatives, utilizing detailees and contract staff, and investing in technological efficiencies. While USCIS cannot make precise predictions regarding its future backlog figures due to the unpredictability of incoming FOIA receipts, it anticipates that due to the investments it has made and will continue to make in the FOIA program, it will be well-positioned to report low backlog numbers and high compliance rates in the future.

---

[2] This information is made available to the FOIA program per pay period. Accordingly, this number reflects the hours attributable to overtime during each pay period that falls within the compliance period and up through the most recently available pay period.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 15, 2022

_____
TAMMY M. MECKLEY
Associate Director
Immigration Records and Identity Services Directorate (IRIS)
U.S. Citizenship and Immigration Services (USCIS)