# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** January 24, 2023 | **Time:** 2 minutes  1:56 p.m. to 1:58 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-03512-WHO | **Case Name:** Nightingale v. U.S. Citizenship and Immigration Services | |

**Attorneys for Plaintiff:** Mary A. Kenney and Trina A. Realmuto
**Attorneys for Defendant:** Cristen C. Handley and Matthew C. Skurnik

**Deputy Clerk:** Jean Davis  **Court Reporter:** Digitally recorded

## PROCEEDINGS

Case Management Conference conducted via videoconference. The Court is pleased with the most recent compliance report which reflects significant progress in the hiring/training of staff and decreases in the request backlog (to 76), with a timely completion rate in excess of 99%. The Court looks forward to the next quarterly report on **March 15, 2023**. The next CMC is set for **April 11, 2023 at 2:00 p**.m.