UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | **No. 3:19-cv-03512-WHO**<br><br>**JOINT STATUS REPORT**<br><br>**Status Conference:**<br>Date:   April 11, 2023<br>Time:   2:00 p.m.<br>Before: Hon. William H. Orrick |

Plaintiffs and Defendants respectfully submit the following joint status report regarding the injunction issued against Defendants in the above-captioned matter. This case involves a certified class action under the Freedom of Information Act ("FOIA") in which this Court held that U.S. Citizenship and Immigration Services ("USCIS"), U.S. Immigration and Customs Enforcement ("ICE"), and U.S. Department of Homeland Security ("DHS") engaged in an unlawful pattern or practice of failing to make timely determinations on FOIA requests for "A-Files." On December 17, 2020, following briefing and oral argument, this Court entered summary judgment in favor of Plaintiffs on their FOIA pattern or practice claims and issued a nationwide injunction against Defendants. *See* ECF Nos. 89 at 27 & 90 at 1-2. The injunction set forth the following:

   a. <u>Adhere to FOIA Timing Requirements</u>: Defendants are permanently enjoined from further failing to adhere to the statutory deadlines for adjudicating A-File FOIA requests, as set forth in 5 U.S.C.§§ 552(a)(6)(A) and (B);

   b. <u>Eliminate the Backlogs</u>: **Within sixty (60) days of this order,** defendants shall make determinations on all A-File FOIA requests in USCIS's and ICE's backlogs; [and]

   c. <u>Quarterly Compliance Reports</u>: Until further order, defendants shall provide this court and class counsel with quarterly reports containing information regarding the number and percentage of A-File FOIA requests that were filed and timely completed as well as the number and percentage of cases that remain pending beyond the twenty or thirty-day statutory periods, respectively 5 U.S.C. §§ 552(a)(6)(A) and (B). The first compliance report is due **within ninety (90) days** of this order.

ECF No. 89 at 27 (emphasis in the original); ECF No. 90 at 1-2 (emphasis in the original).

Since the injunction issued in December 2020, Defendants have filed nine compliance reports, the parties have filed nine joint status reports (this filing being the ninth), and the Court has held seven case management conferences, with an eighth to be held on April 11, 2023.

**Plaintiffs' Position**

Defendants' Ninth Compliance Report and Twelfth Declaration of Tammy Meckley demonstrate that Defendant USCIS remains in substantial compliance with the Court's order as the agency reports that Defendant USCIS has a completion rate of 99.89 percent. ECF No. 151 at 3; ECF No. 151-1 at ¶7. Plaintiffs look forward to continued compliance reports with details regarding processing times and backlogs as well as ongoing updates about funding requests, which will continue to allow them to verify that Defendant USCIS is committed to sustaining this level of compliance.

**Defendants' Position**

Defendants agree with Plaintiffs that they remain in substantial compliance with the Court's injunction. That is demonstrated by Defendants' Ninth Compliance Report and supporting declaration, which state that, as of the end of the previous reporting period, USCIS had reduced its A-File backlog to approximately three requests and timely processed approximately 99.89% of new A-File requests it received in that period. *See* ECF No. 151 ¶¶ 5-6 (citing Twelfth Declaration of Tammy M. Meckley, ECF No. 151-1 ¶¶ 5, 7).

|  | Respectfully submitted, |
|---|---|
| s/*Trina Realmuto* | BRIAN M. BOYNTON |
| Trina Realmuto (CA SBN 201088) | Principal Deputy Assistant Attorney General |
| Mary Kenney* | |
| National Immigration Litigation Alliance | ELIZABETH J. SHAPIRO |
| 10 Griggs Terrace | Deputy Branch Director |
| Brookline, MA 02446 | |
| (617) 819-4447 | /s/*Cristen C. Handley* |
| trina@immigrationlitigation.org | CRISTEN C. HANDLEY, MO Bar No. 69114 |
|  | Trial Attorney |
| Matt Adams (WSBA No. 28287)* | United States Department of Justice |
| Northwest Immigrant Rights Project | Civil Division, Federal Programs Branch |
| 615 Second Avenue, Suite 400 | 1100 L Street, NW |
| Seattle, WA 98104 | Washington, D.C. 20005 |
| (206) 957-8611 | (202) 305-2677 |
|  | Cristen.Handley@usdoj.gov |
| Emily Creighton (DC 1009922)* | |
| American Immigration Council | |
| 1331 G Street NW, Suite 200 | *Counsel for Defendants* |
| Washington, DC 20005 | |
| (202) 507-7540 | |

Stacy Tolchin (CA SBN 217431)
Law Offices of Stacy Tolchin
634 S. Spring St., Suite 500A
Los Angeles, CA 90014
(213) 622-7450

*Counsel for Plaintiffs*

**Admitted pro hac vice*

Dated: April 4, 2023