1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | No. 3:19-cv-03512-WHO <br><br> **DECLARATION OF M. DAVID ARNOLD** |

I, M. David Arnold, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I currently serve as Director of the National Records Center (NRC) for U.S Citizenship and Immigration Services (USCIS).  Due to the temporary unavailability of Tammy Meckley who is traveling, I am submitting this declaration in support of Defendants' Eleventh Compliance Report.

2.     I have over 27 years of experience with the U.S. Federal Government serving USCIS as the NRC Director since August 15, 2021, preceded by more than 25 years of distinguished service with the U.S. Air Force.  In my current role as NRC Director, I am responsible for leading a team of over 300 federal and 400 contract personnel at the NRC.  The NRC manages and operates USCIS's Freedom of Information and Privacy Act (FOIA/PA) Program.

3.     I make this declaration in my official capacity based on my personal knowledge, my review of records kept in the ordinary course of business, and information provided to me in the course of my official duties.

4.      This declaration is submitted in support of Defendants' Eleventh Compliance Report, per this Court's December 17, 2020 Order and Judgment, ECF Nos. 89 & 90, and its April 11, 2023 Minute Order, ECF No. 154.  The purpose of this declaration is to provide the Court with an update regarding USCIS's substantial compliance with the Court's Order and Judgment.  ECF Nos. 89 & 90.

**Status of Pending A-File Requests and Backlog**

5.   USCIS reported a record-setting number of new A-file FOIA requests in the previous compliance period—approximately 104,542 requests received in just three months.  *See* Thirteenth Declaration of Tammy Meckley ¶ 5, ECF No. 155-1 ("13th Meckley Decl.").   During this compliance period, that number has once again risen to an unprecedented level.

6.   Specifically, from June 14, 2023, through the end of the day yesterday, September 14, 2023, USCIS received approximately 106,613 A-file FOIA requests.  This represents not only more requests received than in any prior reporting period, but an approximately 118 percent increase in requests received since our First Compliance Report filed on March 17, 2021.  *See* Third Declaration of Tammy Meckley ¶ 10, ECF No. 97-1 ("3d Meckley Decl.") (reporting USCIS received 49,001 new A-File FOIA requests in the First Compliance Period).  Additionally, during this compliance period, USCIS completed processing 107,824 A-file requests.

7.   Despite the extraordinary number of A-File FOIA requests received in this period, USCIS's backlog remains low, at approximately 2 requests as of the end of day yesterday, September 14, 2023.  Moreover, the number of cases in USCIS's backlog from requesters in Track 3—*i.e.* those who show they have a scheduled immigration proceeding—continues to remain at zero.

8.   During this reporting period, USCIS completed processing 79,118 of the new A-File FOIA requests it received, 70,031 of which were timely completed.   This reflects a timely

completion rate of approximately 88.51 percent for the current reporting period.  While this rate is lower than the near-perfect rate USCIS has reported in the last several consecutive periods, it is justifiable given the surge in new requests and because, on average, cases that were not timely completed were only one or two days past the statutory time frame.

9.   This demonstrates USCIS's continued commitment to providing timely responses to requests for A-Files, including ensuring requestors with the greatest need—those with a scheduled immigration hearing—are provided responses well within the statutory deadlines.[1]  Specifically, during the current reporting period:

    a.   the average processing time for Track 1 cases has been approximately 17.14 business days.

    b.   the average processing time for Track 2 cases has been approximately 20.82 business days.

    c.   the average processing time for Track 3 cases has been approximately 8.5 business days.

10.     There are approximately 2 FOIA requests for A-Files that remain pending within the statutory period (approximately .01 percent of pending requests) and approximately 27,495 FOIA requests for A-Files pending beyond the statutory period (approximately 99.99 percent of pending requests) as of the end of the day on September 14, 2023. Those 2 requests comprise USCIS's current A-File backlog.

---

[1] As previously noted, Track 1 consists of requests seeking very specific or very limited records; Track 2 consists of complex requests, or those that are seeking more than a few pages of documents; and Track 3 consists of requests from individuals who can demonstrate that they have an upcoming scheduled immigration hearing.  *See* Declaration of Tammy M. Meckley ¶ 21, ECF No. 75-2 ("1st Meckley Decl.").

DECLARATION OF M. DAVID ARNOLD
No. 3:19-cv-03512-WHO

**Continued Actions Taken to Address A-File FOIA Requests**

11.     USCIS continues to evaluate and implement temporary and long-term measures to sustain and continuously improve its FOIA program.  Many of those efforts have been described in Defendants' previous compliance reports and USCIS's previous declarations.  Moreover, to keep pace with the ever-increasing number of A-File FOIA receipts, USCIS has made additional investments over this compliance period.  Below is an update on those efforts:

12. As previously noted, since January 2022, USCIS has authorized the hiring of 83 additional positions to support the FOIA program.  *See* 13th Meckley Decl. ¶ 12.  Of those positions, 78 have completed the hiring process and have entered on duty.  This marks ten additional positions filled since the previous report.  *See id*.

13. While USCIS has hired many new employees, the FOIA program, like other federal programs, continues to face standard attrition due to retirements, promotions, or other job changes. USCIS is in the process of filling vacant positions within the FOIA program, all of which have either been announced, are in the process of being announced or are otherwise in the midst of the hiring process.

14.     As new staff are onboarded, USCIS continues to invest time and resources towards training, which may take from four-to-six months, depending on (among other factors), whether retraining is required.  In the last compliance period, USCIS hired a Supervisory Training Instructor, a position created to continue to ensure quality processing while simultaneously realizing any additional efficiencies in the FOIA training program.

15.     USCIS also implemented a targeted training initiative during this compliance period that was completed in early September 2023, to assist in addressing the influx of A-File FOIA requests.  Through this initiative, USCIS trained 59 non-FOIA USCIS staff and 8 FOIA program staff to assist the FOIA program via overtime in creating FOIA cases and initiating the search for

responsive records, thereby minimizing delay during the initial FOIA stages and maximizing the remaining time available for processing and production of records pursuant to the FOIA.   USCIS also trained 12 non-FOIA and 4 FOIA supervisors in approving A-File FOIA cases via overtime.

16.   By expanding overtime availability to include these newly-trained staff, the FOIA program is able to maximize its efforts to meet the escalating number of new A-File FOIA requests.   Since June 4, 2023, up through August 26, 2023, both FOIA program and non-FOIA program USCIS employees have worked approximately 16,254.5 hours of overtime in assisting the FOIA program.[2]

17.   USCIS also continues to contract for additional FOIA backlog work, currently through March 29, 2024.  To address the ever-rising number of receipts, over the latest compliance period, the contractor increased its complement of staff, which in turn is expected to increase performance volume.

18.   In sum, USCIS has undertaken substantial efforts to sustain and improve its overall FOIA program, to include significant investments in resources and technology.  Due to these efforts and investments, and despite the dramatic increase in FOIA A-File requests, USCIS anticipates that it will be well-positioned to continue reporting low backlog numbers and high compliance rates in the future.

---

[2] This information is made available to the FOIA program per pay period.  Accordingly, this number reflects the hours attributable to overtime during each pay period following the last reported pay period in the previous compliance report and up through the most recently available pay period.

DECLARATION OF M. DAVID ARNOLD
No. 3:19-cv-03512-WHO

1     I declare under penalty of perjury that the foregoing is true and correct.

2

3   Dated:  September 15, 2023

4

5

6

7                                              _____
                                                M. DAVID ARNOLD JR.
8                                               Director, National Records Center
                                                Immigration Records and Identity Services Directorate (IRIS)
9                                               U.S. Citizenship and Immigration Services (USCIS)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          - 6 -
28