UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | No. 3:19-cv-03512-WHO <br><br> **JOINT STATUS REPORT** <br><br> **Status Conference:** <br> **Date:** October 10, 2023 <br> **Time:** 2:00 p.m. <br> **Before:** Hon. William H. Orrick |

Plaintiffs and Defendants respectfully submit the following joint status report regarding the injunction issued against Defendants in the above-captioned matter. This case involves a certified class action under the Freedom of Information Act ("FOIA") in which this Court held that U.S. Citizenship and Immigration Services ("USCIS"), U.S. Immigration and Customs Enforcement ("ICE"), and U.S. Department of Homeland Security ("DHS") engaged in an unlawful pattern or practice of failing to make timely determinations on FOIA requests for "A-Files." On December 17, 2020, following briefing and oral argument, this Court entered summary judgment in favor of Plaintiffs on their FOIA pattern or practice claims and issued a nationwide injunction against Defendants. *See* ECF Nos. 89 at 27 & 90 at 1-2. The injunction set forth the following:

a. <u>Adhere to FOIA Timing Requirements</u>: Defendants are permanently enjoined from further failing to adhere to the statutory deadlines for adjudicating A-File FOIA requests, as set forth in 5 U.S.C. §§ 552(a)(6)(A) and (B);

b. <u>Eliminate the Backlogs</u>: **Within sixty (60) days of this order,** defendants shall make determinations on all A-File FOIA requests in USCIS's and ICE's backlogs; [and]

c. <u>Quarterly Compliance Reports</u>: Until further order, defendants shall provide this court and class counsel with quarterly reports containing information regarding the number and percentage of A-File FOIA requests that were filed and timely completed as well as the number and percentage of cases that remain pending beyond the twenty or thirty-day statutory periods, respectively 5 U.S.C. §§ 552(a)(6)(A) and (B). The first compliance report is due **within ninety (90) days** of this order.

ECF No. 89 at 27 (emphasis in the original); ECF No. 90 at 1-2 (emphasis in the original).

Since the injunction issued in December 2020, Defendants have filed eleven compliance reports, the parties have filed nine joint status reports (this filing being the ninth), and the Court has held eight case management conferences, with a ninth to be held on October 10, 2023.

**Plaintiffs' Position**

Defendants' Eleventh Compliance Report and First Declaration of M. David Arnold demonstrate that Defendant USCIS's compliance rate has regressed to approximately 88.51% percent. ECF No. 156 at 3; ECF No. 156-1 at ¶ 8. Plaintiffs have some concern that this rate is more than 10% lower than the rate reported in the Tenth Compliance Report, which was 99.84%. ECF 155 at 3; ECF 155-1 at ¶ 7. Plaintiffs hope to see improvement in the next compliance report along with details regarding ongoing efforts to rectify this decrease, which will continue to allow them to verify that Defendant USCIS is committed to achieving substantial compliance.

**Defendants' Position**

As noted in Defendants' Eleventh Compliance Report and supporting declaration, the number of new A-File FOIA requests hit another record high in this reporting period, with approximately 106,613 A-File requests received between June 14, 2023 and September 14, 2023. *See* Declaration of M. David Arnold ¶ 6, ECF No. 156-1.  Still, USCIS reported a backlog of just two requests at the end of that same period. *Id.* ¶ 7.[1] While USCIS's timely completion rate of approximately 88.51% is lower than its near-perfect rates reported in prior compliance periods, that reduction does not indicate significant delays or non-compliance. *See id.* ¶ 8. Rather, on average, those cases that were not completed within the FOIA's timelines were completed on average just one or two days beyond the relevant timeline. *Id.*  Moreover,

---

[1] Paragraph 10 of Mr. Arnold's declaration contains a typographical error.  It states that "[t]here are approximately 2 FOIA requests for A-Files that remain pending within the statutory period . . . and approximately 27,495 FOIA requests for A-Files pending beyond the statutory period." *See* Declaration of M. David Arnold ¶ 10, ECF No. 156-1.  The correct statement is that "[t]here are approximately 2 FOIA requests for A-Files that remain pending beyond the statutory period . . . and approximately 27,495 FOIA requests for A-Files pending within the statutory period."  This typographical error does not alter any of the information provided in Defendants' report or Mr. Arnold's declaration.

for requesters with the greatest need—those in Track 3—the average processing time was just 8.5 business days, well within the statutory timeline. *Id.* ¶ 9(c). This demonstrates that USCIS continues to take seriously its responsibility to comply with the Court's injunction. Further, USCIS anticipates that, given its ongoing and new resource investments in its FOIA program, it will be well-positioned to continue reporting low backlogs and high timely completion rates in future compliance periods.

Respectfully submitted,

| | |
|---|---|
| s/*Trina Realmuto*<br>Trina Realmuto (CA SBN 201088)<br>Mary Kenney*<br>National Immigration Litigation Alliance<br>10 Griggs Terrace<br>Brookline, MA 02446<br>(617) 819-4447<br>trina@immigrationlitigation.org<br><br>Matt Adams (WSBA No. 28287)*<br>Northwest Immigrant Rights Project<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104<br>(206) 957-8611<br><br>Emily Creighton (DC 1009922)*<br>American Immigration Council<br>1331 G Street NW, Suite 200<br>Washington, DC 20005<br>(202) 507-7540<br><br>Stacy Tolchin (CA SBN 217431)<br>Law Offices of Stacy Tolchin<br>634 S. Spring St., Suite 500A<br>Los Angeles, CA 90014<br>(213) 622-7450<br><br>*Counsel for Plaintiffs* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>/s/*Cristen C. Handley*<br>CRISTEN C. HANDLEY, MO Bar No. 69114<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>(202) 305-2677<br>Cristen.Handley@usdoj.gov<br><br>*Counsel for Defendants* |

*Admitted pro hac vice

Dated: September 28, 2023

4