UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: October 10, 2023 | Time: 6 minutes<br>2:14 p.m. to 2:20 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 19-cv-03512-WHO | Case Name: Nightingale v. U.S. Citizenship and Immigration Services | |

**Attorney for Plaintiff:** Matthew H. Adams
**Attorney for Defendants:** Cristen C. Handley

**Deputy Clerk:** Jean Davis               **Court Reporter:** Rhonda Aquilina

PROCEEDINGS

The Court notes that the latest report shows that the structural changes implemented by the government have made a substantial difference, but that the drop in the compliance rate to 88% is of concern. The volume of application continues at a record pace but that is part of the challenge the government must address to achieve compliance with the injunction. The government shall continue to provide quarterly reports on the current schedule.

**Further Case Management Conference: April 9, 2024 at 2 p.m.**
Plaintiffs are invited to seek an earlier CMC if concerns arise prior to April.