Trina Realmuto (CA SBN 201088)
Mary Kenney (DC 1044695)*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org
mary@immigrationlitigation.org

*(Additional Counsel for Plaintiffs Listed in Signature Block)*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>       Defendants. | No. 3:19-cv-03512-WHO<br><br>**NOTICE OF CHANGE IN COUNSEL FOR PLAINTIFFS** |

**NOTICE OF CHANGE IN COUNSEL**

PLEASE TAKE NOTICE that Emily Creighton seeks to withdraw as counsel for

Plaintiffs in this case due to her departure from the American Immigration Council.

1.   Movant has represented Plaintiffs as an attorney at the American

CREIGHTON NOTICE OF CHANGE IN COUNSEL       Case No. 3:19-cv-03512-WHO

Immigration Council ("Council"). Pursuant to Local Rule 11-5, she now seeks to withdraw from this case as her employment at the Council has ended.

2. Movant's withdrawal will not cause any prejudice or delay in this case. All parties remain represented by adequate counsel at the American Immigration Council, the National Immigration Litigation Alliance, the Northwest Immigrant Rights Project, and the Law Office of Stacy Tolchin.

Respectfully submitted,

By: *s/ Emily Creighton*

Emily Creighton (DC 1009922)*
Raul Pinto (DC 90013180)*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
(202) 507-7540

Stacy Tolchin, (CA SBN 217431)
Law Offices of Stacy Tolchin
634 S. Spring St., Suite 500A
Los Angeles, CA 90014
 (213) 622-7450
 (213) 622-7233 (fax)
Stacy@Tolchinimmigration.com

Dated: November 10, 2023

*Admitted *pro hac vice*

Matt Adams, (WSBA No. 28287)*
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
(206) 587-4025 (fax)
matt@nwirp.org

*Counsel for Plaintiffs and Class Members*

CREIGHTON NOTICE OF CHANGE IN COUNSEL        Case No. 3:19-cv-03512-WH

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

*s/* Emily Creighton
Emily Creighton

CREIGHTON NOTICE OF CHANGE IN COUNSEL     Case No. 3:19-cv-03512-WHO

1