BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
CRISTEN C. HANDLEY, MO Bar No. 69114
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-2677
cristen.handley@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>　　　　Defendants. | No. 3:19-cv-03512-WHO<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO FILE THIRTEENTH COMPLIANCE REPORT** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, the parties stipulate to a one-week extension of Defendants' deadline to file their Thirteenth Compliance Report. As explained herein and in the attached declaration, good cause exists to grant this request. The current deadline for Defendants' Thirteenth Compliance Report is March 15, 2024, at which time undersigned counsel for Defendants will be out of the country on annual leave, without access to e-mail or government network servers. Granting this one-week extension will not impact other deadlines in this case. Nor will it impact the timing of any reporting period, as the Thirteenth Compliance Report will include data as of the regular, three-month reporting period, which ends on March 14, 2024. Finally, this

stipulation is being filed several weeks in advance of the current deadline, thereby allowing the parties and the Court sufficient notice to plan accordingly for the one-week extension. For these reasons, Defendants ask that the Court extend the deadline to file their Thirteenth Compliance Report by one week, to March 22, 2024.

Dated: February 7, 2024                              Respectfully submitted,

                                                       BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/*Cristen C. Handley*
CRISTEN C. HANDLEY, MO Bar No. 69114
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-2677
cristen.handley@usdoj.gov

*Counsel for Defendants*

s/ *Trina Realmuto*
Trina Realmuto (CA SBN 201088)
Mary Kenney*

National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Matt Adams (WSBA No. 28287)*
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

(206) 957-8611

Stacy Tolchin (CA SBN 217431)
Law Offices of Stacy Tolchin
634 S. Spring St., Suite 500A
Los Angeles, CA 90014
(213) 622-7450

Raul Pinto (NC SBN 42310)*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
(202) 507-7549

*Counsel for Plaintiffs*

**Admitted pro hac vice*