**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>        Defendants. | No. 3:19-cv-03512-WHO<br><br>**FIFTEENTH DECLARATION OF TAMMY M. MECKLEY** |

I, Tammy M. Meckley, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I currently serve as a Senior Executive for U.S. Citizenship and Immigration Services (USCIS) as the Associate Director of the Immigration Records and Identity Services Directorate (IRIS).  I am responsible for providing stakeholders with timely and appropriate access to trusted immigration information and services in support of the missions and goals of USCIS and the United States Department of Homeland Security (DHS).

2.      I have over 20 years of experience with the U.S. Federal Government in the Departments of Homeland Security and Justice.  I have also held key executive positions in the private sector.  Currently, I lead nearly 1,000 federal employees across three divisions:  Verification, Identity and Information Management, and the National Records Center (NRC).  The NRC manages and operates USCIS's Freedom of Information and Privacy Act (FOIA/PA) Program.

3.      I make this declaration in my official capacity based on my personal knowledge, my review of records kept in the ordinary course of business, and information provided to me in the course of my official duties.

4.     This declaration is submitted in support of Defendants' Thirteenth Compliance Report, per this Court's December 17, 2020 Order and Judgment, ECF Nos. 89 & 90, and its October 10, 2023 Minute Order, ECF No. 159.  The purpose of this declaration is to provide the Court with an update regarding USCIS's substantial compliance with the Court's Order and Judgment.  ECF Nos. 89 & 90.

**Status of Pending A-File Requests and Backlog**

5.     USCIS has experienced nearly a 77 percent increase—approximately 66,052 additional A-file FOIA requests—during this compliance period compared to the same compliance period in which USCIS reported receiving approximately 85,909 A-file FOIA requests only one year ago.  *See* Twelfth Declaration of Tammy M. Meckley ¶ 7, ECF No. 151-1 ("12th Meckley Decl."). Not only is USCIS receiving an astonishing number of A-file FOIA requests, but the rate at which those requests increased just since the last compliance period is record breaking.

6.   In the previous Twelfth Compliance Report, USCIS reported receiving 119,149 new A-file FOIA requests.  *See* Fourteenth Declaration of Tammy M. Meckley ¶ 7, ECF No. 163-1 ("14th Meckley Decl.").  Since then, from December 15, 2023 through end of day yesterday, March 14, 2024, USCIS received approximately 151,961 new A-file FOIA requests.  This increase of an additional approximately 32,812 requests since the last compliance period not only far exceeds the number of A-file FOIA requests received in any prior compliance period, but also represents the steepest increase USCIS has ever experienced over a single reporting period.[1]

7.     In the face of these challenges, USCIS continued to maintain a low A-File backlog and high timely completion rate during this reporting period.  From December 15, 2023 through

---

[1]  Prior to this reporting period, and excluding the misdirected requests reported in the Sixth Compliance Report, the highest increase experienced by USCIS over a single reporting period was an increase of approximately 18,633 additional A-file FOIA requests between the Ninth and Tenth reporting periods.  *See* 12th Meckley Decl. ¶ 7 (USCIS reported receiving approximately 85,909 A-file FOIA requests) & Thirteenth Declaration of Tammy M. Meckley ¶ 5, ECF No. 155-1 ("13th Meckley Decl.") (USCIS reported receiving approximately 104,542 A-file FOIA requests).

the end of the day yesterday, March 14, 2024, USCIS completed processing approximately 139,699 A-file FOIA requests—far more than the previous record of 110,486 completions reported in the previous compliance period.  *See id*. at ¶ 7.  Additionally, USCIS has continued to respond, on average, to A-File FOIA requests well within the statutory period, and the number of cases in USCIS's backlog from requesters in Track 3—*i.e.* those who show they have a scheduled immigration proceeding—continues to remain at zero.

8.     The average processing time for requests in each of USCIS's tracks likewise demonstrates USCIS's continued success in providing timely responses to requests for A-Files, including ensuring requestors with the greatest need—those with a scheduled immigration hearing—are provided responses well within the statutory deadlines.[2]  Specifically, during the current reporting period:

      a.  the average processing time for Track 1 cases has been approximately 19.63 business days.

      b.  the average processing time for Track 2 cases has been approximately 20.72 business days.

      c.  the average processing time for Track 3 cases has been approximately 7.42 business days.

9.     During this reporting period, USCIS completed processing 102,856 of those new A-File requests, 102,146 of which were timely completed.  This reflects a timely completion rate of approximately 99.31 percent for the current reporting period.

---

[2] As previously noted, Track 1 consists of requests seeking very specific or very limited records; Track 2 consists of complex requests, or those that are seeking more than a few pages of documents; and Track 3 consists of requests from individuals who can demonstrate that they have an upcoming scheduled immigration hearing.  *See* Declaration of Tammy M. Meckley ¶ 21, ECF No. 75-2 ("1st Meckley Decl.").

10.     Of those A-file FOIA requests that remain pending as of the end of the day on December 14, 2023, there are approximately 49, 097 FOIA requests for A-Files pending within the statutory period (approximately 99.98 percent of pending requests).  There are approximately 11 FOIA requests for A-Files that remain pending beyond the statutory period (approximately .02 percent of pending requests) during that same time frame.  These 11 requests comprise USCIS's current A-File backlog.

**Continued Actions Taken to Address A-File FOIA Requests**

11.     As described in its previous compliance reports, USCIS has made significant investments by implementing both short-term and long-term measures to sustain and continuously improve its FOIA program.   Below is an update on USCIS's efforts:

12.     Since January 2022, the agency has authorized the hiring of 83 additional positions to support the FOIA program.  *See* 14th Meckley Decl. ¶ 12.  USCIS has completed the hiring process for 81 of those positions and the remaining two positions are currently in the midst of the hiring process.  While hiring for most of these positions has been completed, like other federal programs, USCIS continues to face standard attrition due to retirements, promotions, or other job changes. USCIS continues to work towards filling these positions within the FOIA program when such vacancies arise.

13.     In addition to hiring, USCIS continues to focus on training to ensure quality and timely processing of FOIA requests.  As previously noted, all newly-hired staff must undertake training that can take from four-to-six months, depending on (among other factors) whether re-training is required.  *See* Ninth Declaration of Tammy M. Meckley ¶ 27, ECF No. 138-1 ("9[th] Meckley Decl.").  During this compliance period, two additional staff completed the training process.

14.     USCIS also continues to benefit from the targeted training initiative in which staff are trained to assist the FOIA program via overtime.[3]   During this reporting period, an additional twelve non-FOIA USCIS staff completed training in creating FOIA cases and initiating the search for responsive records and an additional thirteen staff comprised of one FOIA supervisor and twelve non-FOIA staff completed training in approving A-file FOIA requests, resulting in 95 non-FOIA and 13 FOIA program staff assisting the FOIA program via overtime.  As previously discussed, this training initiative created another pool of individuals who contribute towards the timely processing of FOIA requests.

15.     In addition to its hiring and training initiatives, USCIS has also continued to use overtime to maximize the efforts of its staff.  Since November 19, 2023 up through February 24, 2024, USCIS employees, to include those staff trained pursuant to the targeted training initiative, have worked approximately 21,456 hours of overtime.[4]

16.     Finally, to maximize reduction of the A-file backlog, USCIS also continues to contract for additional FOIA backlog work.  As explained in my previous declaration, USCIS extended its backlog contract in which contractors contribute towards the processing of A-file FOIA requests through March 29, 2024.  *See* 14th Meckley Decl. ¶ 17.  USCIS has now also exercised an option period for additional contract work to be completed from March 30, 2024 through March 29,

---

[3] USCIS initially trained 59 non-FOIA USCIS staff and 8 FOIA program staff to assist the FOIA program in creating FOIA cases and initiating the search for responsive records and trained 12 non-FOIA staff and 4 FOIA supervisors in approving A-file FOIA cases via overtime.  *See* Declaration of M. David Arnold ¶¶ 15-16, ECF No. 156-1 ("Arnold Decl.").

[4] This information is made available to the FOIA program per pay period.  Accordingly, this number reflects the hours attributable to overtime during each pay period following the last reported pay period in the previous compliance report and up through the most recently available pay period. While USCIS previously reported that USCIS employees worked approximately 17,499.5 hours of overtime between August 27, 2023 through December 2, 2023, *see* 14th Meckley Decl. ¶ 16, USCIS employees actually worked 17,499.5 hours of overtime between August 27, 2023 through November 18, 2023, which reflects the most recent pay periods available during the last reporting period. Accordingly, this reporting period, USCIS is reporting overtime beginning on November 19, 2023 through February 24, 2024—reflecting the most recently available pay periods.

2025.  Due to the steep influx of new A-file FOIA requests during this reporting period, USCIS also modified its contract to increase the amount of cases the contractor can complete during the current period of performance, and the contractor has extended overtime to its staff to allow for the completion of additional A-file FOIA cases.

17.     In sum, USCIS has undertaken substantial efforts to sustain and improve its overall FOIA program, to include significant investments in resources, training and technology.  Relying on these investments, USCIS will strive to continue reporting low backlog numbers and high compliance rates in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 15, 2024          _____
                                TAMMY M. MECKLEY
                                Associate Director
                                Immigration Records and Identity Services Directorate (IRIS)
                                U.S. Citizenship and Immigration Services (USCIS)