UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,

Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

**No. 3:19-cv-03512-WHO**

**JOINT STATUS REPORT**

**Status Conference:**
**Date: April 9, 2024**
**Time: 2:00 p.m.**
**Before: Hon. William H. Orrick**

Plaintiffs and Defendants respectfully submit the following joint status report regarding the injunction issued against Defendants in the above-captioned matter. This case involves a certified class action under the Freedom of Information Act ("FOIA") in which this Court held that U.S. Citizenship and Immigration Services ("USCIS"), U.S. Immigration and Customs Enforcement ("ICE"), and U.S. Department of Homeland Security ("DHS") engaged in an unlawful pattern or practice of failing to make timely determinations on FOIA requests for "A-Files." On December 17, 2020, following briefing and oral argument, this Court entered summary judgment in favor of Plaintiffs on their FOIA pattern or practice claims and issued a nationwide injunction against Defendants. *See* ECF Nos. 89 at 27 & 90 at 1-2. The injunction set forth the following:

a. <u>Adhere to FOIA Timing Requirements</u>: Defendants are permanently enjoined from further failing to adhere to the statutory deadlines for adjudicating A-File FOIA requests, as set forth in 5 U.S.C.§§ 552(a)(6)(A) and (B);

b. <u>Eliminate the Backlogs</u>: **Within sixty (60) days of this order,** defendants shall make determinations on all A-File FOIA requests in USCIS's and ICE's backlogs; [and]

c. <u>Quarterly Compliance Reports</u>: Until further order, defendants shall provide this court and class counsel with quarterly reports containing information regarding the number and percentage of A-File FOIA requests that were filed and timely completed as well as the number and percentage of cases that remain pending beyond the twenty or thirty-day statutory periods, respectively 5 U.S.C. §§ 552(a)(6)(A) and (B). The first compliance report is due **within ninety (90) days** of this order.

ECF No. 89 at 27 (emphasis in the original); ECF No. 90 at 1-2 (emphasis in the original).

Since the injunction issued in December 2020, Defendants have filed thirteen compliance reports, the parties have filed ten joint status reports (this filing being the tenth), and the Court has held nine case management conferences, with a tenth to be held on April 9, 2024.

**Plaintiffs' Position**

Defendants' Thirteenth Compliance Report and Fifteenth Declaration of Tammy Meckley demonstrate that Defendant USCIS remains in substantial compliance with the Court's order as the agency reports that Defendant USCIS has a completion rate of 99.31 percent for the current reporting period. ECF No. 167 at 3; ECF No. 167-1 at ¶9. Given the reported influx of A-File FOIA requests, Plaintiffs look forward to continued compliance reports with details regarding the number of requests, average processing times and backlogs as well as ongoing updates about funding and overtime measures employed to address the number of requests.

**Defendants' Position**

As noted in Defendants' Thirteenth Compliance Report and supporting declaration, the most recent reporting period demonstrated the highest number of A-File FOIA requests USCIS has received in any previous reporting period and the steepest increase in such requests from one period to the next. *See* Fifteenth Declaration of Tammy M. Meckley ¶ 6, ECF No. 167-1. Specifically, USCIS received approximately 151,961 new A-File requests between December 15, 2023 and March 14, 2024. *Id.* Still, as USCIS has done in other reporting periods when A-File requests hit a record-high, USCIS succeeded in keeping its A-File backlog remarkably low—just 11 backlogged requests as of March 14, 2024—and kept its timely completion rate remarkably high—approximately 99.31%. *See id.* ¶¶ 9, 10. Similarly, in the previous reporting period (September 15, 2023 through December 14, 2023), the number of new A-File requests again exceeded 100,000, and USCIS again reported a low backlog of just 10 requests and a high timely completion rate of approximately 99.27%. *See* Fourteenth Declaration of Tammy M. Meckley ¶¶ 6, 7, 10, ECF No. 163-1. These reports establish that Defendants remain in substantial compliance with the Court's injunction.

More broadly, the record as a whole demonstrates that, through its sustained resource and technological investments, USCIS has made systemic improvements to its FOIA program and is committed to continuing to satisfy its FOIA obligations. Since December 2020, USCIS has improved its A-File backlog from nearly 22,000 requests to less than 100 requests in every reporting period for the last fifteen months. That is, in December 2022, following an unexpected surge in requests, USCIS reported an A-File backlog of approximately 76 requests. *See* Defs.' Eighth Compliance Report ¶ 6, ECF No. 147. In the five compliance reports submitted since December 2022, USCIS's A-File backlog has not risen above 11 requests as of the end of a reporting period.[1] Moreover, in those same fifteen months, USCIS's timely completion rate has been consistently above 99% for every compliance period except for the period between June 2023 and September 2023, when it was approximately 88.51%.[2] While 88.51% is lower than USCIS's near-perfect timely completion rates in the other periods, average processing times show that untimely cases are completed just one or two days beyond the statutory timelines and thus do not indicate significant delays. *See* Defs.' Eleventh Compliance Report ¶ 6, ECF No. 156. On top of all this, the record demonstrates that USCIS has consistently provided requesters with the greatest need—*i.e.* those in Track 3—responses well within the statutory timelines.[3]

[1] *See* Ninth Compliance Report ¶ 5, ECF No. 151 (backlog of 3 requests); Tenth Compliance Report ¶ 5, ECF No. 155 (backlog of 6 requests); Eleventh Compliance Report ¶ 5, ECF No. 156 (backlog of 2 requests); Twelfth Compliance Report ¶ 4, ECF No. 163 (backlog of 10 requests); Thirteenth Compliance Report ¶ 4, ECF No 167 (backlog of 11 requests).

[2] *See* Eighth Compliance Report ¶ 7, ECF No. 147 (99.37% timely completion); Ninth Compliance Report ¶ 6, ECF No. 151 (99.81% timely completion); Tenth Compliance Report ¶ 6, ECF No. 155 (99.64% timely completion); Eleventh Compliance Report ¶ 6, ECF No. 156 (88.51% timely completion); Twelfth Compliance Report ¶ 5, ECF No. 163 (99.27% timely completion); Thirteenth Compliance Report ¶ 5, ECF No. 167 (99.31% timely completion).

[3] *See* Eighth Compliance Report ¶ 7, ECF No. 147 (10.44 business days for Track 3); Ninth Compliance Report ¶ 6, ECF No. 151 (7.82 business days for Track 3); Tenth Compliance Report ¶ 6, ECF No. 155 (8.4 business days for Track 3); Eleventh Compliance Report ¶ 6, ECF No. 156 (8.5 business days for Track 3); Twelfth Compliance Report ¶ 5, ECF No. 163 (8.26 business days for Track 3); Thirteenth Compliance Report ¶ 5, ECF No. 167 (7.42 business days for Track 3).

Given the record of substantial compliance with the FOIA's timelines and the Court's injunction, and the long-term resource investments USCIS has made to enable it to sustain that record in the future, Defendants intend to present Plaintiffs with proposals in an effort to resolve this litigation.

Respectfully submitted,

s/*Trina Realmuto*
Trina Realmuto (CA SBN 201088)
Mary Kenney*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Matt Adams (WSBA No. 28287)*
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

Emily Creighton (DC 1009922)*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
(202) 507-7540

Stacy Tolchin (CA SBN 217431)
Law Offices of Stacy Tolchin
634 S. Spring St., Suite 500A
Los Angeles, CA 90014
(213) 622-7450

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/*Cristen C. Handley*
CRISTEN C. HANDLEY, MO Bar No. 69114
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-2677
Cristen.Handley@usdoj.gov

*Counsel for Defendants*

**Admitted pro hac vice*

Dated: September 28, 2023