# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 9, 2024 | **Time:** 5 minutes<br>1:55 p.m. to 2:00 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-03512-WHO | **Case Name:** Nightingale v. U.S. Citizenship and Immigration Services | |

**Attorneys for Plaintiff:**  Mary A. Kenney, Raul Pinto, and Trina A. Realmuto
**Attorney for Defendant:**  Cristen C. Handley

**Deputy Clerk:** Jean Davis          **Court Reporter:** Kendra Steppler

## PROCEEDINGS

Case Management Conference conducted via videoconference. The Court inquires about the status of government proposals for final resolution. The government expects to extend those proposals during the next six months. Plaintiffs are open to review and discussion of the proposals. Appropriate procedure for submission of proposed stipulations or motions to the Court discussed.

**Further Case Management Conference set for October 15, 2024, at 2:00 p.m.**