IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>   Defendants. | No. 3:19-cv-03512-WHO<br><br>**SIXTEENTH DECLARATION OF TAMMY M. MECKLEY** |

I, Tammy M. Meckley, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

   1.   I currently serve as a Senior Executive for U.S. Citizenship and Immigration Services (USCIS) as the Associate Director of the Immigration Records and Identity Services Directorate (IRIS). I am responsible for providing stakeholders with timely and appropriate access to trusted immigration information and services in support of the missions and goals of USCIS and the United States Department of Homeland Security (DHS).

   2.   I have over 20 years of experience with the U.S. Federal Government in the Departments of Homeland Security and Justice. I have also held key executive positions in the private sector. Currently, I lead nearly 1,000 federal employees across three divisions: Verification, Identity and Information Management, and the National Records Center (NRC). The NRC manages and operates USCIS's Freedom of Information and Privacy Act (FOIA/PA) Program.

   3.   I make this declaration in my official capacity based on my personal knowledge, my review of records kept in the ordinary course of business, and information provided to me in the course of my official duties.

4. This declaration is submitted in support of Defendants' Fourteenth Compliance Report, per this Court's December 17, 2020 Order and Judgment, ECF Nos. 89 & 90, and its April 9, 2024 Minute Order, ECF No. 170. The purpose of this declaration is to provide the Court with an update regarding USCIS's substantial compliance with the Court's Order and Judgment. ECF Nos. 89 & 90.

**Status of Pending A-File Requests and Backlog**

5. During the previous compliance period, USCIS received a spike of almost 152,000 new A-file FOIA requests. Despite this spike of requests, USCIS reported only 11 cases in backlog and a timely completion rate of 99.31 percent. *See* Fifteenth Declaration of Tammy M. Meckley ¶ 14, ECF No. 167-1 ("15th Meckley Decl.").

6. During this compliance period, USCIS has continued to maintain a low A-File backlog and high timely completion rate. From March 15, 2024 through end of the day Friday, June 14, 2024, USCIS received approximately 140,833 new FOIA requests for A-Files and completed processing approximately 155,820 A-File requests— more than 16,000 additional requests than the record-high 139,699 completions USCIS reported during the last reporting period. *Id*. at ¶ 7.

7. Due to USCIS's long-term efforts, including its substantial investments in resources and personnel, the agency has kept pace with incoming requests. Additionally, USCIS has continued to respond, on average, to A-File FOIA requests well within the statutory period, and the number of cases in USCIS's backlog from requesters in Track 3—*i.e.* those who show they have a scheduled immigration proceeding—continues to remain at zero.

8. The average processing time for requests in each of USCIS's tracks likewise demonstrates USCIS's continued success in providing timely responses to requests for A-Files, including ensuring requestors with the greatest need—those with a scheduled immigration hearing—

are provided responses within the statutory deadlines.[1]  Specifically, during the current reporting period:

  a. the average processing time for Track 1 cases has been approximately 19.12 business days.

  b. the average processing time for Track 2 cases has been approximately 19.69 business days.

  c. the average processing time for Track 3 cases has been approximately 4.46 business days.

9. During this reporting period, USCIS completed processing approximately 106,408 of those new A-file FOIA requests, 104,351 of which were timely completed.  This reflects a timely completion rate of approximately 98.07 percent for the current reporting period.

10. Of those A-file FOIA requests that remain pending as of the end of the day on June 14, 2024, there are approximately 34,427 FOIA requests for A-Files pending within the statutory period (approximately 99.96 % of pending requests).  There are approximately 14 FOIA requests for A-Files that remain pending beyond the statutory period (approximately .04 % of pending requests) during that same time frame.  These 14 requests comprise USCIS's current A-File backlog.

**Continued Actions Taken to Address A-File FOIA Requests**

11. As described in its previous compliance reports, USCIS has made significant investments by implementing both short-term and long-term measures to sustain and continuously improve its FOIA program.  Below is an update on USCIS's efforts:

---

[1] As previously noted, Track 1 consists of requests seeking very specific or very limited records; Track 2 consists of complex requests, or those that are seeking more than a few pages of documents; and Track 3 consists of requests from individuals who can demonstrate that they have an upcoming scheduled immigration hearing.  *See* Declaration of Tammy M. Meckley ¶ 21, ECF No. 75-2 ("1st Meckley Decl.").

12. Since January 2022, the agency has authorized the hiring of 83 additional positions to support the FOIA program. *See* 14th Meckley Decl. ¶ 12. USCIS has completed the hiring process for 81 of those positions and the remaining two positions are still in the midst of the hiring process. While hiring for most of these positions has been completed, like other federal programs, USCIS continues to face standard attrition due to retirements, promotions, or other job changes. USCIS continues to work towards filling these positions within the FOIA program when such vacancies arise.

13. In addition to hiring, USCIS continues to focus on training to ensure quality and timely processing of FOIA requests. As previously noted, all newly-hired staff must undertake training that can take from four-to six months, depending on (among other factors) whether re-training is required. *See* Ninth Declaration of Tammy M. Meckley ¶ 27, ECF No. 138-1 ("9th Meckley Decl."). During this compliance period, four (4) additional staff completed the training process.

14. USCIS also continues to benefit from the targeted training initiative in which staff are trained to assist the FOIA program via overtime. USCIS has trained 95 non-FOIA and 13 FOIA staff, to include five FOIA supervisors, in performing FOIA duties to include tasks such as creating FOIA cases, initiating the search for responsive records and reviewing and approving FOIA cases for production. *See* 15th Meckley Decl. at ¶ 14. As previously discussed, this training initiative has created another pool of individuals who contribute towards the timely processing of FOIA requests. *Id*.

15. In addition to its hiring and training initiatives, USCIS has also continued to use overtime to maximize the efforts of its staff. Since February 25, 2024, up through June 1, 2024, employees have worked approximately 23,008.5 hours of overtime.[2] Further, as explained in my

---

[2] This information is made available to the FOIA program per pay period. Accordingly, this number reflects the hours attributable to overtime during each pay period following the last reported pay period in the previous compliance report and up through the most recently available pay period.

previous declaration, USCIS exercised an option period for additional contract work to be completed from March 30, 2024 through March 29, 2025. *Id*. at ¶ 16.

16. In sum, USCIS has undertaken substantial efforts to sustain and improve its overall FOIA program, to include significant investments in resources, training and technology. Due to these investments, USCIS anticipates that it will be well-positioned to continue reporting low backlog numbers and high compliance rates in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2024       _____
                                          TAMMY M. MECKLEY
                                          Associate Director
                                          Immigration Records and Identity Services Directorate (IRIS)
                                          U.S. Citizenship and Immigration Services (USCIS)