IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>                Plaintiffs,<br><br>   v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>                Defendants. | No. 3:19-cv-03512-WHO<br><br>**SEVENTEENTH DECLARATION OF TAMMY M. MECKLEY** |

I, Tammy M. Meckley, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

      1.      I currently serve as a Senior Executive for U.S. Citizenship and Immigration Services (USCIS) as the Associate Director of the Immigration Records and Identity Services Directorate (IRIS). I am responsible for providing stakeholders with timely and appropriate access to trusted immigration information and services in support of the missions and goals of USCIS and the United States Department of Homeland Security (DHS).

      2.      I have over 20 years of experience with the U.S. Federal Government in the Departments of Homeland Security and Justice. I have also held key executive positions in the private sector. Currently, I lead nearly 1,000 federal employees across three divisions: Verification, Identity and Information Management, and the National Records Center (NRC). The NRC manages and operates USCIS's Freedom of Information and Privacy Act (FOIA/PA) Program.

      3.      I make this declaration in my official capacity based on my personal knowledge, my review of records kept in the ordinary course of business, and information provided to me in the course of my official duties.

4.      This declaration is submitted in support of Defendants' Fifteenth Compliance Report, per this Court's December 17, 2020 Order and Judgment, ECF Nos. 89 & 90, and its April 9, 2024 Minute Order, ECF No. 170.  The purpose of this declaration is to provide the Court with an update regarding USCIS's substantial compliance with the Court's Order and Judgment.  ECF Nos. 89 & 90.

### Status of Pending A-File Requests and Backlog

5.      During this compliance period, USCIS has continued to maintain a low A-File backlog and high timely completion rate.  From June 15, 2024 through end of the day Saturday, September 14, 2024, USCIS received approximately 134,875 new FOIA requests for A-Files and completed processing approximately 135,924 A-File requests.

6.      Due to USCIS's long-term efforts, including its substantial investments in resources and personnel, the agency has kept pace with incoming requests.  Additionally, USCIS has continued to respond, on average, to A-File FOIA requests well within the statutory period, and the number of cases in USCIS's backlog from requesters in Track 3—*i.e.* those who show they have a scheduled immigration proceeding—continues to remain at zero.

7.       The average processing time for requests in each of USCIS's tracks likewise demonstrates USCIS's continued success in providing timely responses to requests for A-Files, including ensuring requestors with the greatest need—those with a scheduled immigration hearing—are provided responses within the statutory deadlines.[1]  Specifically, during the current reporting period:

---

[1] As previously noted, Track 1 consists of requests seeking very specific or very limited records; Track 2 consists of complex requests, or those that are seeking more than a few pages of documents; and Track 3 consists of requests from individuals who can demonstrate that they have an upcoming scheduled immigration hearing.  *See* Declaration of Tammy M. Meckley ¶ 21, ECF No. 75-2 ("1st Meckley Decl.").

    a. the average processing time for Track 1 cases has been approximately 19.77 business days.

    b. the average processing time for Track 2 cases has been approximately 19.22 business days.

    c. the average processing time for Track 3 cases has been approximately 4.39 business days.

8. During this reporting period, USCIS completed processing approximately 101,226 of those new A-file FOIA requests, 100,845 of which were timely completed. This reflects a timely completion rate of approximately 99.62 percent for the current reporting period.

9. Of those A-file FOIA requests that remain pending as of the end of the day on September 14, 2024, there are approximately 33,633 FOIA requests for A-Files pending within the statutory period (approximately 99.93 % of pending requests). There are approximately 22 FOIA requests for A-Files that remain pending beyond the statutory period (approximately .07 % of pending requests) during that same time frame. These 22 requests comprise USCIS's current A-File backlog.

**Continued Actions Taken to Address A-File FOIA Requests**

10. As described in its previous compliance reports, USCIS has made significant investments by implementing both short-term and long-term measures to sustain and continuously improve its FOIA program. Below is an update on USCIS's efforts:

11. During this reporting period, the agency authorized one additional position to support the FOIA program on top of the 83 positions already authorized since January 2022. *See* Sixteenth Declaration of Tammy M. Meckley ¶ 12, ECF No. 171-1 ("16th Meckley Decl."). USCIS has completed the hiring process for 81 of those positions and the remaining three positions are in the midst of the hiring process. While hiring for most of these positions has been completed, like other

federal programs, USCIS continues to face standard attrition due to retirements, promotions, or other job changes. USCIS continues to work towards filling these positions within the FOIA program when such vacancies arise.

12. In addition to hiring, USCIS continues to focus on training to ensure quality and timely processing of FOIA requests. During this compliance period, two additional staff were trained in creating FOIA cases and initiating the search process to locate responsive records.

13. USCIS also continues to benefit from the targeted training initiative in which staff were trained to assist the FOIA program via overtime. USCIS has trained 95 non-FOIA and 13 FOIA staff, to include five FOIA supervisors, in performing FOIA duties to include tasks such as creating FOIA cases, initiating the search for responsive records and reviewing and approving FOIA cases for production. *Id.* at ¶ 14. As previously discussed, this training initiative has created another pool of individuals who contribute towards the timely processing of FOIA requests. *Id*.

14. In addition to its hiring and training initiatives, USCIS has also continued to use overtime to maximize the efforts of its staff. Since June 2, 2024, up through August 24, 2024, employees have worked approximately 13,927.5 hours of overtime.[2] Further, as explained in my previous declaration, USCIS exercised an option period for additional contract work to be completed from March 30, 2024 through March 29, 2025. *Id*. at ¶ 15.

15. In sum, USCIS has undertaken substantial efforts to sustain and improve its overall FOIA program, to include significant investments in resources, training and technology. Due to these investments, USCIS anticipates that it will be well-positioned to continue reporting low backlog numbers and high compliance rates in the future.

---

[2] This information is made available to the FOIA program per pay period. Accordingly, this number reflects the hours attributable to overtime during each pay period following the last reported pay period in the previous compliance report and up through the most recently available pay period.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 16, 2024

                                                              _____
TAMMY M. MECKLEY
Associate Director
Immigration Records and Identity Services Directorate (IRIS)
U.S. Citizenship and Immigration Services (USCIS)