UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 3, 2024 | **Time:** 9 minutes 2:36 p.m. to 2:45 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-03512-WHO | **Case Name:** Nightingale v. U.S. Citizenship and Immigration Services | |

**Attorneys for Plaintiff:**   Mary A. Kenney, Matt Adams, and Trina A. Realmuto
**Attorney for Defendant:**   Cristen C. Handley

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Kendra Steppler

### PROCEEDINGS

Case Management Conference conducted via videoconference. Counsel have been engaged in discussions regarding adjustment to future reporting and conference requirements. The parties seek the Court's input as to expectations regarding a possible final resolution of the litigation. If agreement does not appear to be possible, the parties are welcome to submit competing proposed resolutions as part of the next status report for the Court's consideration.

**Further Case Management Conference set for January 14, 2025 at 2:00 p.m.** Joint Status Report due January 10, 2025