# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>               Plaintiffs,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>               Defendants. | No. 3:19-cv-03512-WHO<br><br>**THIRD DECLARATION OF<br>M. DAVID ARNOLD** |

I, M. David Arnold, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1.    I currently serve as Director of the National Records Center (NRC) for U.S Citizenship and Immigration Services (USCIS). I am submitting this declaration in support of Defendants' Eighteenth Compliance Report.

    2.    I have over 27 years of experience with the U.S. Federal Government serving USCIS as the NRC Director since August 15, 2021, preceded by more than 25 years of distinguished service with the U.S. Air Force. In my current role as NRC Director, I am responsible for leading a team of over 300 federal and 400 contract personnel at the NRC. The NRC manages and operates USCIS's Freedom of Information and Privacy Act (FOIA/PA) Program.

    3.    I make this declaration in my official capacity based on my personal knowledge, my review of records kept in the ordinary course of business, and information provided to me in the course of my official duties.

    4.    This declaration is submitted in support of Defendants' Eighteenth Compliance Report, per this Court's December 17, 2020 Order and Judgment, ECF Nos. 89 & 90. The purpose

of this declaration is to provide the Court with an update regarding USCIS's substantial compliance with the Court's Order and Judgment. ECF Nos. 89 & 90.

**Status of Pending A-File Requests and Backlog**

5. During this compliance period, USCIS has made significant efforts to maintain a low A-File backlog and high timely completion rate, despite receiving an increased number of new A-File requests and experiencing substantial resource and staffing constraints (detailed below). From March 15, 2025 through the end of the day on June 14, 2025, USCIS received approximately 157,379 new FOIA requests for A-files and completed processing approximately 139,941 A-File requests.

6. USCIS has continued to ensure that requestors with the greatest need are provided responses within the statutory deadlines. Specifically, the number of cases in USCIS's backlog from requesters in Track 3—*i.e.* those who show they have a scheduled immigration proceeding—continues to remain at zero.

7. During the current reporting period:

   a. the average processing time for Track 1 cases has been approximately 6.22 business days.

   b. the average processing time for Track 2 cases has been approximately 22.18 business days.

   c. the average processing time for Track 3 cases has been approximately 13 business days.[1]

8. During this reporting period, USCIS completed processing approximately 92,800 of those new A-file FOIA requests, 55,118 of which were timely completed. This reflects a timely

---

[1] As previously noted, Track 1 consists of requests seeking very specific or very limited records; Track 2 consists of complex requests, or those that are seeking more than a few pages of documents; and Track 3 consists of requests from individuals who can demonstrate that they have an upcoming scheduled immigration hearing. *See* Declaration of Tammy M. Meckley ¶ 21, ECF No. 75-2 ("1st Meckley Decl.").

completion rate of approximately 59.39 percent for the current reporting period. While the timely completion rate has dropped, as noted above, the actual impact to processing times for those cases that were completed is not significant in terms of average processing time for requests in each of USCIS's tracks.

9. Of those A-file FOIA requests that remain pending as of the end of the day on June 14, 2025, there are approximately 51,840 FOIA requests for A-Files pending within the statutory period (approximately 80.27% of pending requests). There are approximately 12,741 FOIA requests for A-Files that remain pending beyond the statutory period (approximately 19.73% of pending requests) during that same time frame. These 12,741 requests comprise USCIS's current A-File backlog.

## Recent FOIA Staffing Developments

10. Pursuant to Presidential Executive Order 14210, "Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative," between April 8, 2025 through April 14, 2025, USCIS staff, including FOIA program staff, were provided the opportunity to participate in voluntary workforce transition programs—collectively known as the Workforce Transition Program (WTP)—which included any of the following programs or a combination of these programs: Deferred Resignation Program, Voluntary Early Retirement Authority and Voluntary Separation Incentive Payment. *See* Exec. Order No. 14210, 90 Fed. Reg. 9669 (Feb. 14, 2025).

11. Additionally, the USCIS FOIA program has continued to experience vacancies due to standard attrition and other job changes. Currently, more than a quarter (approximately 27%) of the FOIA positions across the USCIS FOIA program are either vacant or, due to those who took advantage of the WTP, unmanned, as most of those employees were placed on administrative leave

on May 4, 2025, awaiting either retirement or separation from the agency at which point their positions will be considered vacant.

12. Pursuant to the Presidential Memorandum of April 17, 2025, extending the hiring freeze implemented under the Presidential Memorandum of January 20, 2025, these vacant positions are currently subject to a hiring freeze until at least July 15, 2025. *See* Presidential Memoranda, *Extension of Hiring Freeze*, White House Presidential Actions, located at https://www.whitehouse.gov/presidential-actions/2025/04/extension-of-hiring-freeze/ (Apr. 17, 2025). Contracting outside the Federal Government to circumvent the intent of the memorandum is also prohibited. *See id.*

13. In addition to this significant loss of staff and current inability to fill vacancies, the FOIA Office also experienced a significant decline in the number of overtime hours worked by both FOIA and non-FOIA staff during the last months of this reporting period and following the closing of the WTP timeframe on April 14, 2025. Specifically, overtime usage for the last period in which overtime rates are currently available, which ended on May 31, 2025, has dropped almost 32% since April 19, 2025—the last day of pay period 7 within which the WTP was offered. Simultaneously, as noted above, USCIS has received an increase of new FOIA requests for A-files— approximately 157,379 from March 15, 2025 through end of day on June 14, 2025—an increase of 14,122 more requests than the approximately 143,257 new A-file FOIA requests received during the last reporting period.

## Actions Taken to Address A-File FOIA Requests

14. As described in its previous compliance reports, USCIS has made significant investments by implementing both short-term and long-term measures to sustain and continuously improve its FOIA program. Despite these investments, as explained above, the USCIS FOIA Program has experienced an unprecedented loss of staff over the last several months and expects further reductions in staff due to regular, continued standard attrition and other job changes.

15. In an attempt to increase the efficiency and productivity of the remaining USCIS FOIA work force, on June 2, 2025, the FOIA Program began a workforce reorganization to maximize the number of FOIA staff involved directly in the processing of FOIA requests. Specifically, the USCIS FOIA Office has merged its Policy Branch, consisting of the FOIA Program's Policy and Training and Significant Interest Group (generally handing non A-file FOIA requests) sections and its Operations Branch consisting of the FOIA Program's Customer Service and Records Disclosure (generally handling A-file FOIA requests) sections into one unified branch. This unification allows multiple supervisors or other FOIA support roles to be moved into processing roles, thereby increasing the number of employees directly processing FOIA requests.

16. In addition to this sweeping reorganization, and as noted in the previous declaration, USCIS exercised an option period as part of its existing contract for FOIA processing, which was not impacted by the hiring freeze since it was already in place, to allow for additional contract work to be completed from April 1, 2025 through March 29, 2026.[2] *See* Eighteenth Declaration of Tammy M. Meckley ¶ 13, ECF No. 182-1 ("18th Meckley Decl."). USCIS also increased the number of FOIA cases to be completed via the contract during this period to match monthly performance targets from the prior period of performance.

17. Although overtime availability has decreased following the loss of staff, *see supra* ¶ 13, USCIS is continuing to use overtime to maximize the efforts of its remaining staff and continues to benefit from the targeted training initiative in which non-FOIA and FOIA staff were trained to assist the FOIA program via overtime. 18th Meckley Decl. ¶¶ 12-13. As previously reported, this initiative created another pool of individuals who contribute via overtime towards the timely processing of FOIA requests—typically through creating FOIA cases, initiating the search for

---

[2] The prior Eighteenth Declaration of Tammy Meckley mistakenly reported that the current option period exercised on the backlog contract is effective from April 1, 2025 through March 31, 2026. *See* Eighteenth Declaration of Tammy M. Meckley ¶ 13, ECF No. 182-1. The option period is actually effective from April 1, 2025 through March 29, 2026.

responsive records and reviewing and approving FOIA cases for production. *Id*. ¶ 13. Although overtime usage dropped dramatically following the offering of the WTP from April 16 through April 29, 2025, *see supra* ¶ 13, since the last reported pay period, beginning on February 23, 2025, up through May 31, 2025, employees have worked approximately 17,705.15 hours of overtime.[3]

18. In sum, while USCIS has undertaken substantial efforts to sustain and improve its overall FOIA program, to include significant investments in resources, training and technology, the number of receipts it must address has increased even while it has recently experienced a sharp reduction in staff. Moreover, due to the hiring freeze, the USCIS FOIA Office is currently unable to hire to overcome those losses, which may impact its ability to report low backlog numbers and high compliance rates for the next reporting period. Even so, USCIS continues to explore creative solutions and is committed to improving its backlog numbers and compliance rates.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2025  _____

M. DAVID ARNOLD JR.
Director, National Records Center
Immigration Records and Identity Services Directorate (IRIS)
U.S. Citizenship and Immigration Services (USCIS)

---

[3] This information is made available to the FOIA program per pay period. Accordingly, this number reflects the hours attributable to overtime during each pay period following the last reported pay period in the previous compliance report and up through the most recently available pay period.