IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    Defendants. | No. 3:19-cv-03512-WHO<br><br>**FOURTH DECLARATION OF<br>M. DAVID ARNOLD** |

I, M. David Arnold, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

  1. I currently serve as Director of the National Records Center (NRC) for U.S Citizenship and Immigration Services (USCIS). I am submitting this declaration in support of Defendants' Nineteenth Compliance Report.

  2. I have over 27 years of experience with the U.S. Federal Government serving USCIS as the NRC Director since August 15, 2021, preceded by more than 25 years of distinguished service with the U.S. Air Force. In my current role as NRC Director, I am responsible for leading a team of over 300 federal and 400 contract personnel at the NRC. The NRC manages and operates USCIS' Freedom of Information and Privacy Act (FOIA/PA) Program.

  3. I make this declaration in my official capacity based on my personal knowledge, my review of records kept in the ordinary course of business, and information provided to me in the course of my official duties.

  4. This declaration is submitted in support of Defendants' Nineteenth Compliance Report, per this Court's December 17, 2020 Order and Judgment, ECF Nos. 89 & 90. The purpose

of this declaration is to provide the Court with an update regarding USCIS' substantial compliance with the Court's Order and Judgment. ECF Nos. 89 & 90.

## Status of Pending A-File Requests and Backlog

5. The USCIS FOIA program is now reporting and expects to continue to report a high timely completion rate and is taking all reasonable measures to address the A-File backlog as quickly as possible.

6. When the last compliance report was submitted, I reported that more than a quarter (approximately 27%) of the FOIA positions across the USCIS FOIA program were either vacant or unmanned, awaiting either retirement or separation from the agency, due to those who chose to leave the agency. *See* Third Declaration of M. David Arnold ¶¶ 10-11, ECF No. 183-1 ("3rd Arnold Decl."). As of September 14, 2025, the percentage of vacant or unmanned positions across the FOIA program has risen to 29.33%.

7. And while I reported in my prior declaration that these positions were subject to a hiring freeze until at least July 15, 2025, *see id.*, pursuant to the Presidential Memorandum of July 7, 2025, these positions are now currently subject to a hiring freeze until at least through October 15, 2025. *See* Presidential Memoranda, *Ensuring Accountability and Prioritizing Public Safety in Federal Hiring*, White House Presidential Actions, located at https://www.whitehouse.gov/presidential-actions/2025/07/ensuring-accountability-and-prioritizing-public-safety-in-federal-hiring/#:~:text=Presidential%20Memoranda-,Ensuring%20Accountability%20and%20Prioritizing%20Public%20Safety%20in%20Federal%20Hiring,of%20operational%20and%20programmatic%20funding (Jul. 7, 2025).

8. Nevertheless, in the face of these challenges and as further described below, *see infra* ¶¶ 15-21, USCIS has implemented measures to secure resources and ramp up processing in the attempt to timely respond to newly submitted A-File FOIA requests and address its A-File

backlog.  As with all newly initiated strategies, these measures have and will continue to take time to implement and realize their intended efficiencies.  Accordingly, while USCIS is reporting a high timely completion rate, it is continuing to work on reducing its backlog and expects that due to the measures implemented, it will continue to report a high timely completion rate and will report a low backlog of A-File requests in its next compliance report.

9. During this reporting period from June 15, 2025, through the end of the day on September 14, 2025, USCIS received approximately 140,855 new FOIA requests for A-Files and completed processing approximately 158,582 A-File requests.

10. USCIS has also continued to ensure that requesters with the greatest need are provided responses within the statutory deadlines.  Specifically, the number of cases in USCIS' backlog from requesters in Track 3—*i.e.* those who show they have a scheduled immigration proceeding—continues to remain at zero.

11. During the current reporting period:

   a. the average processing time for Track 1 cases has been approximately 5.87 business days.

   b. the average processing time for Track 2 cases has been approximately 26.52 business days.

   c. the average processing time for Track 3 cases has been approximately 6.04 business days.[1]

---

[1] As previously noted, Track 1 consists of requests seeking very specific or very limited records; Track 2 consists of complex requests, or those that are seeking more than a few pages of documents; and Track 3 consists of requests from individuals who can demonstrate that they have an upcoming scheduled immigration hearing.  *See* Declaration of Tammy M. Meckley ¶ 21, ECF No. 75-2 ("1st Meckley Decl.").

12. During this reporting period, USCIS completed processing approximately 95,514 of those new A-File FOIA requests, 87,852 of which were timely completed. This reflects a timely completion rate of approximately 91.98% for the current reporting period. Accordingly, most requesters who filed a new A-File FOIA request during this reporting period, received a timely response.

13. Of those A-File FOIA requests that remain pending as of the end of the day on September 14, 2025, there are approximately 42,250 FOIA requests for A-Files pending within the statutory period (approximately 89.74% of pending requests). There are approximately 4,831 FOIA requests for A-Files that remain pending beyond the statutory period (approximately 10.26% of pending requests) during that same time frame. These 4,831 requests comprise USCIS' current A-File backlog.

## Actions Taken to Address A-File FOIA Requests

14. As described in its previous compliance reports, USCIS has made significant investments by implementing both short-term and long-term measures to sustain and continuously improve its FOIA program. Due to these investments, up until the last compliance report filed on June 16, 2025, the USCIS FOIA program consistently reported an extraordinarily low A-File backlog of under 100 cases and a remarkably high completion rate in the 98th or 99th percentile over the last few years, other than September 2023, when it reported an 88.51% compliance rate.[2]

---

[2] *See* October 2022 Tenth Declaration of Tammy Meckley ¶ 6, ECF No. 144-1 (197 A-File cases in backlog); December 2022 Eleventh Declaration of Tammy Meckley ¶¶ 6, 9, ECF No. 147-1 (76 A-File cases in backlog, 99.37% timely compliance rate); March 2023 Twelfth Declaration of Tammy Meckley ¶¶ 6-7, ECF No. 151-1 (3 A-File cases in backlog, 99.89% timely compliance rate); June 2023 Thirteenth Declaration of Tammy Meckley ¶¶ 6-7, ECF No. 155-1 (6 A-File cases in backlog, 99.84% timely compliance rate); September 2023 Declaration of M. David Arnold ¶¶ 7-8, ECF No. 156-1 (2 A-File cases in backlog, 88.51% timely compliance rate); December 2023 Fourteenth Declaration of Tammy Meckley ¶¶ 7, 10, ECF No. 163-1 (10 A-File cases in backlog, 99.27% timely compliance rate); March 2024 Fifteenth Declaration of Tammy Meckley ¶¶ 9-11, ECF No. 167-1 (11 A-File cases in backlog; 99.31% timely compliance rate); June 2024 Sixteenth Declaration of Tammy Meckley ¶¶ 9-10, ECF No. 171-1 (14 A-File cases in backlog 98.07% timely compliance rate); September 2024 Seventeenth Declaration of Tammy Meckley ¶¶ 8-9, ECF No. 173-1 (22 A-

15. While this trend of nearly perfect compliance was interrupted earlier this year by the loss of USCIS FOIA program staff, *see* 3rd Arnold Decl. ¶¶ 10-12, the FOIA program has quickly regrouped and taken decisive action to steady the program by initiating a workforce reorganization to maximize the number of USCIS FOIA staff involved directly in the processing of FOIA requests, s*ee id*. ¶15.  Although the reorganization initially slowed processing as staff completed necessary training and adjusted to the new organization, workflow, and individual job duties, the FOIA program has since steadily increased its A-File processing rate, allowing staff to timely address most of the newly filed A-File FOIA requests while also reducing the backlog of A-File cases by more than 7,910 requests since the last compliance report.

16. In an attempt to further accelerate the timely processing of A-File FOIA requests, during this reporting period, USCIS also sought additional resources from the Department of Homeland Security (DHS).  With the intent to provide staff familiar with FOIA processing as quickly as possible, DHS looked to its own Privacy Office and reached out to the Immigration and Customs Enforcement (ICE) FOIA Office.  Together, those offices provided approximately 38 DHS and ICE FOIA staff to contribute towards USCIS' processing of A-File FOIA requests during overtime.  By focusing primarily on individuals already familiar with FOIA processing, USCIS was able to avoid lengthy training requirements that can take up to approximately four-to-six months to complete.  *See* Ninth Declaration of Tammy M. Meckley ¶ 27, ECF No. 138-1.

17. Although these DHS and ICE staff were already familiar with FOIA processing generally, USCIS initiated a training program to familiarize them specifically with the USCIS FOIA processing system and the types of records USCIS FOIA staff encounter when processing A-File FOIA requests.  USCIS completed its training for these staff on August 1, 2025.

---

File cases in backlog, 99.62% timely compliance rate); December 2024 Second Declaration of M. David Arnold ¶¶ 8-9, ECF No. 178-1 (33 A-File cases in backlog, 98.59% timely compliance rate); March 2025 Eighteenth Declaration of Tammy Meckley ¶¶ 8-9, ECF No. 182-1 (9 A-File cases in backlog, 99.39% timely compliance rate).

18. In addition to rapidly mobilizing existing FOIA staff from DHS and ICE, consistent with the hiring freeze, the USCIS FOIA program also competitively advertised for Government Information Specialist and FOIA Assistant temporary promotion positions to work within the USCIS FOIA program on the federal government's official employment site—USAjobs. While this advertisement and selection process takes time, by advertising competitively, the FOIA program may extend the temporary promotions beyond the 120-day time limit applied to non-competitive temporary promotions, providing the FOIA Office flexibility to utilize these additional resources longer, if needed. The hiring process for those positions is still ongoing.

19. USCIS also continues to benefit from the previously exercised option period in its existing contract for FOIA processing. *See* 3rd Arnold Decl. ¶ 16. The option period allows for the processing of A-File FOIA requests by contractors to be completed from April 1, 2025 through March 29, 2026. *Id*. USCIS also increased the number of FOIA cases to be completed via the contract to match monthly performance targets from the prior period of performance. *Id*.

20. USCIS also continues to use overtime to maximize the efforts of its existing FOIA processing staff and to benefit from the targeted training initiative in which USCIS non-FOIA and FOIA staff dedicated to non-processing roles were trained to assist the FOIA program via overtime. *See* Eighteenth Declaration of Tammy Meckley ¶¶ 12-13, ECF No. 182-1. As previously reported, the targeted training initiative created another pool of USCIS staff who contribute via overtime towards the timely processing of FOIA requests—typically through creating FOIA cases, initiating the search for responsive records and reviewing and approving FOIA cases for production. *Id*.

21. Since the last reported pay period, beginning on June 1, 2025, up through August 23, 2025, USCIS, DHS and ICE employees have worked approximately 15,165.23 hours of overtime contributing towards the processing of A-File FOIA requests.[3]

---

[3] This information is made available to the FOIA program per pay period. Accordingly, this number reflects the hours attributable to overtime during each pay period following the last reported pay period in the previous compliance report and up through the most recently available pay period.

22. In sum, while USCIS initially experienced a slowdown in the rate of processing during the beginning stages of the FOIA program reorganization and due to time dedicated to selecting and training additional resources, USCIS has begun to realize the efficiencies created by these measures. USCIS is well on its way to again report a low A-File backlog and expects to continue reporting a high compliance rate.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2025

_____
M. DAVID ARNOLD JR.
Director, National Records Center
Immigration Records and Identity Services Directorate (IRIS)
U.S. Citizenship and Immigration Services (USCIS)