# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: September 23, 2025 | Time: 6 minutes<br>1:57 p.m. to 2:03 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 19-cv-03512-WHO | Case Name: Nightingale v. U.S. Citizenship and Immigration Services | |

**Attorneys for Plaintiff:** Trina A. Realmuto, Mary A. Kenney, and Raul Pinto
**Attorney for Defendant:** Cristen C. Handley

**Deputy Clerk:** Jean Davis      **Court Reporter:** Teri Veres

## PROCEEDINGS

Case Management Conference conducted via videoconference. The Court notes the progress that has been made in processing under challenging circumstances (including a 27% vacancy rate in FOIA positions). However, the staffing cuts and increase in requests are both the result of the government's own policies and practices. Compliance reports will continue with frequent case management conferences to monitor progress and encourage further improvement in the compliance rate.

The next progress report is due December 14, 2025.

**Further Case Management Conference set for January 6, 2026 at 2:00 p.m.**