IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

|  |  |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>                     Plaintiffs,<br><br>          v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>                     Defendants. | No. 3:19-cv-03512-WHO<br><br>**FIFTH DECLARATION OF M. DAVID ARNOLD** |

I, M. David Arnold, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I currently serve as Director of the National Records Center ("NRC") for U.S Citizenship and Immigration Services ("USCIS").  I am submitting this declaration in support of Defendants' Twentieth Compliance Report.

2.     I have over 27 years of experience with the U.S. Federal Government serving USCIS as the NRC Director since August 15, 2021, preceded by more than 25 years of distinguished service with the U.S. Air Force.  In my current role as NRC Director, I am responsible for leading a team of over 300 federal and 400 contract personnel at the NRC.  The NRC manages and operates USCIS's Freedom of Information and Privacy Act ("FOIA/PA") Program.

3.     I make this declaration in my official capacity based on my personal knowledge, my review of records kept in the ordinary course of business, and information provided to me in the course of my official duties.

4.     This declaration is submitted in support of Defendants' Twentieth Compliance Report, per this Court's December 17, 2020 Order and Judgment, ECF Nos. 89 & 90.  The purpose

of this declaration is to provide the Court with an update regarding USCIS's substantial compliance with the Court's Order and Judgment.  ECF Nos. 89 & 90.

### Status of Pending A-File Requests and Backlog

5.     The USCIS FOIA program is now reporting and expects to continue to report a high timely completion rate and a low A-File backlog.

6.     As explained during the last two reporting periods, the USCIS FOIA Program has experienced substantial resource and staffing constraints.  *See* Third Declaration of M. David Arnold ¶¶ 10-13, ECF No. 183-1 ("3rd Arnold Decl.") & Fourth Declaration of M. David Arnold ¶¶ 6-8 ECF No. 188-1("4th Arnold Decl.").  In the face of these challenges, the FOIA Office acted quickly and creatively to implement measures to maximize its resources and ramp up processing of A-File FOIA requests.

7.     Specifically, the FOIA Program initiated a workforce reorganization to maximize the number of FOIA staff involved directly in the processing of FOIA requests, advertised for internal temporary promotion positions, and received additional resources from the Department of Homeland Security ("DHS") and Immigration and Customs Enforcement ("ICE") to assist during overtime. *See* 3rd Arnold Decl. ¶ 15 & 4th Arnold Decl. ¶¶ 15-18.  Due to these and other measures implemented, along with the unwavering dedication and hard work of USCIS FOIA staff, the FOIA Office has reduced its A-File backlog from the 4,831 cases reported in the last reporting period by approximately 4829 cases, or approximately 99.96%.

8.     During this reporting period from September 15, 2025, through the end of the day on December 14, 2025, USCIS received approximately 134,611 new FOIA requests for A-Files and completed processing approximately 170,343 A-File requests.

9.     USCIS has continued to ensure that requestors with the greatest need are provided responses within the statutory deadlines.  Specifically, the number of cases in USCIS's backlog from

requesters in Track 3—*i.e.* those who show they have a scheduled immigration proceeding—continues to remain at zero.

10.     During the current reporting period:

a.  the average processing time for Track 1 cases has been approximately 7.94 business days.

b.  the average processing time for Track 2 cases has been approximately 18.78 business days.

c.  the average processing time for Track 3 cases has been approximately 4.66 business days.[1]

11.     During this reporting period, USCIS completed processing approximately 122,396 of those new A-File FOIA requests, 121,911 of which were timely completed.  This reflects a timely completion rate of approximately 99.6% for the current reporting period.

12.     Of those A-File FOIA requests that remain pending as of the end of the day on December 14, 2025, there are approximately 12,213 FOIA requests for A-Files pending within the statutory period (approximately 99.98% of pending requests).  There are approximately 2 FOIA requests for A-Files that remain pending beyond the statutory period (approximately 0.02% of pending requests) during that same time frame.  These 2 requests comprise USCIS's current A-File backlog.

---

[1] As previously noted, Track 1 consists of requests seeking very specific or very limited records; Track 2 consists of complex requests, or those that are seeking more than a few pages of documents; and Track 3 consists of requests from individuals who can demonstrate that they have an upcoming scheduled immigration hearing.  *See* Declaration of Tammy M. Meckley ¶ 21, ECF No. 75-2 ("1st Meckley Decl.").

**Actions Taken to Address A-File FOIA Requests**

13.    As described in its previous compliance reports, USCIS has made significant investments by implementing both short-term and long-term measures to sustain and continuously improve its FOIA program and overcome challenges.  Below is an update on USCIS's efforts:

14.    The USCIS FOIA Office is further realizing the efficiencies of the FOIA program reorganization, which increased the number of USCIS FOIA staff directly processing FOIA requests. *See* 3rd Arnold Decl. ¶ 15.  In addition to this reorganization, the FOIA Office also advertised FOIA temporary promotion positions, *see id*. ¶ 18, for which one individual has already been hired, and is currently advertising for one-year detail assignments for certain federal competitive and excepted service employees.

15.    In addition to these measures, USCIS continues to benefit from the previously exercised option period in its existing contract for FOIA processing.  *See* 4th Arnold Decl. ¶ 19.  The option period allows for the processing of A-File FOIA requests by contractors to be completed from April 1, 2025 through March 29, 2026.  *Id*.  USCIS also increased the number of FOIA cases to be completed via the contract to match monthly performance targets from the prior period of performance.  *Id*.

16.    USCIS also continues to use overtime to maximize the efforts of its existing FOIA processing staff and to benefit from the targeted training initiative in which USCIS non-FOIA and FOIA staff dedicated to non-processing roles were trained to assist the FOIA program via overtime. *See* Eighteenth Declaration of Tammy Meckley ¶¶ 12-13, ECF No. 182-1.  As previously reported, the targeted training initiative created another pool of USCIS staff who contribute via overtime towards the timely processing of FOIA requests—typically through creating FOIA cases, initiating the search for responsive records, and reviewing and approving FOIA cases for production.  *Id*.

17.    Since the last reported pay period, beginning on August 24, 2025, up through November 29, 2025, USCIS, DHS, and ICE employees have worked approximately 19,140.89 hours of overtime contributing towards the processing of A-File FOIA requests.[2]

18.    In sum, USCIS has undertaken substantial efforts to sustain and improve its overall FOIA program, to include significant investments in resources, training, and technology.  While the FOIA program faced many challenges over the last few reporting periods, it was able to quickly regroup and stabilize the program.  Accordingly, USCIS expects to continue reporting a low A-File backlog and high compliance rate.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2025        _____
                                M. DAVID ARNOLD JR.
                                Director, National Records Center
                                Immigration Records and Identity Services Directorate (IRIS)
                                U.S. Citizenship and Immigration Services (USCIS)

---

[2] This information is made available to the FOIA program per pay period.  Accordingly, this number reflects the hours attributable to overtime during each pay period following the last reported pay period in the previous compliance report and up through the most recently available pay period.