BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
CRISTEN C. HANDLEY, MO Bar No. 69114
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-2677
cristen.handley@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>       Defendants. | No. 3:19-cv-03512-WHO<br><br>**DEFENDANTS' CONSENT MOTION TO EXTEND PARTIES' DEADLINE TO FILE CASE MANAGEMENT STATEMENT** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-3, Defendants hereby move for a 3-day extension of the parties' deadline to file a Case Management Statement, to January 2, 2026. Undersigned counsel for Defendants has conferred with counsel for Plaintiffs; Plaintiffs consent to Defendants' requested extension. As explained below and in the attached declaration, good cause exists to grant this request.

In accordance with the Court's schedule for quarterly compliance reports and status conferences in this case, Defendants filed their Twentieth Compliance Report on December 15, 2025, *see* ECF No. 192; the parties' next Case Management Statement is due by December 30, 2025;

and a further Case Management Conference is scheduled for January 6, 2026, *see* ECF No. 191. On December 19, 2025, Plaintiffs filed a Notice of Protected Whistleblower Disclosure raising issues related to Defendants' compliance reports in this case. *See* ECF No. 193. Additional time is needed for Defendants to prepare and coordinate with Plaintiffs for the next Case Management Statement, including about the Notice, due to pre-scheduled leave of Government employees this week, the December 25, 2025 federal holiday, and the closure of federal government offices on December 24, 2025 and December 26, 2025.[1] Defendants accordingly seek three (3) additional days to prepare the Case Management Statement. Granting this extension will not impact any other deadlines in this case. There have been six previous extensions granted in this matter (which commenced in June 2019). *See* ECF Nos. 58, 92, 112, 143, 166, 180.

Accordingly, Defendants respectfully request that the Court extend the parties' deadline to file a Case Management Statement by three (3) days, to January 2, 2026.

Dated: December 22, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/*Cristen C. Handley*
CRISTEN C. HANDLEY, MO Bar No. 69114
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-2677
cristen.handley@usdoj.gov

---

[1]    *See*    https://www.whitehouse.gov/presidential-actions/2025/12/providing-for-the-closure-of-executive-departments-and-agencies-of-the-federal-government-on-december-24-2025-and-december-26-2025/.

DEFENDANTS' CONSENT MOTION TO EXTEND PARTIES' DEADLINE TO FILE CASE MANAGEMENT STATEMENT
No. 3:19-cv-03512-WHO

*Counsel for Defendants*

DEFENDANTS' CONSENT MOTION TO EXTEND PARTIES' DEADLINE TO FILE CASE MANAGEMENT STATEMENT
No. 3:19-cv-03512-WHO