BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
CRISTEN C. HANDLEY, MO Bar No. 69114
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-2677
cristen.handley@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>　　　　　Defendants. | No. 3:19-cv-03512-WHO<br><br>**DECLARATION OF**<br>**CRISTEN C. HANDLEY** |

1. I am a Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch. I represent the Defendants in this matter. I have personal knowledge of the contents of this declaration.

2. Good cause exists to grant Defendants' consent motion for a 3-day extension of the parties' deadline to file their next Case Management Statement, from December 30, 2025 to January 2, 2026. On December 19, 2025, Plaintiffs filed a Notice of Protected Whistleblower Disclosure raising issues related to Defendants' compliance reports in this case. *See* ECF No. 193. Defendants need some additional time to prepare and coordinate with Plaintiffs for the next Case Management

- 1 -
DECLARATION OF CRISTEN C. HANDLEY
No. 3:19-cv-03512-WHO

Statement, including about the Notice, due to pre-scheduled leave of Government employees this week (including myself), and because December 25, 2025 is a federal holiday and federal government offices will be closed on December 24, 2025, and December 26, 2025.[1]

3.      I conferred with counsel for Plaintiffs regarding this extension by e-mail yesterday (December 21, 2025) and today (December 22, 2025).  Plaintiffs consent to Defendants' requested extension, which will not impact any other deadlines in this matter.

Dated:  December 22, 2025                    Respectfully submitted,

                                            /s/*Cristen C. Handley*
                                            CRISTEN C. HANDLEY, MO Bar No. 69114
                                            Trial Attorney
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, NW
                                            Washington, D.C. 20005
                                            (202) 305-2677
                                            cristen.handley@usdoj.gov

                                            *Counsel for Defendants*

---

[1]    *See*    https://www.whitehouse.gov/presidential-actions/2025/12/providing-for-the-closure-of-executive-departments-and-agencies-of-the-federal-government-on-december-24-2025-and-december-26-2025/.

- 2 -