BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
CRISTEN C. HANDLEY, MO Bar No. 69114
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-2677
cristen.handley@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | No. 3:19-cv-03512-WHO <br><br> **[PROPOSED] ORDER ON DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE TO FILE CASE MANAGEMENT STATEMENT** |

The Court, having considered Defendants' consent motion to extend the parties' deadline to file their next Case Management Statement, hereby ORDERS as follows:

Defendants' consent motion is GRANTED.  The deadline for the parties to file their next Case Management Statement is January 2, 2026.

**IT IS SO ORDERED.**

_____
The Honorable William H. Orrick
United States District Judge