# Exhibit A

## FOIA (Freedom of Information Act) Operations

**PURPOSE:**

This Intra-Agency Memorandum of Agreement (MOA) between U.S Citizenship and Immigration Services (USCIS) and U.S. Customs and Border Protection (CBP) is effective October 1, 2023, and describes the terms and conditions pursuant to which USCIS will provide services to CBP in the amount of ▮▮▮▮▮▮▮ in response to FOIA requests, in which both parties have responsive documents within the shared A-File record.

| Duration of Agreement | |
|---|---|
| From: October 1, 2023 | To: September 30, 2024 |

| Signatories | |
|---|---|
| **REQUESTING AGENCY:**<br>Department of Homeland Security<br>U.S. Customs and Border Protection<br>Privacy and Diversity Office<br><br>Program<br>Approval Name:<br>Rebekah A. Salazar<br>Title: Executive Director<br>Privacy and Diversity Office<br><br>REBEKAH A SALAZAR (Digitally signed by REBEKAH A SALAZAR, Date: 2023.06.27 15:12:14 -04'00')     06/27/2023<br>Signature                                         Date | **SERVICING AGENCY:**<br>Department of Homeland Security<br>U.S. Citizenship and Immigration Services<br>Immigration Records and Identity Services Directorate<br>National Records Center<br><br>Program<br>Approval Name: Michael D. Arnold, Jr.<br>Title: Director, National Records Center<br><br>MICHAEL D ARNOLD JR (Digitally signed by MICHAEL D ARNOLD JR, Date: 2023.06.28 13:44:10 -05'00')<br>Signature                                         Date |

**FOIA (Freedom of Information Act) Operations**

**AUTHORITY:** This agreement is authorized under the Economy Act (31 (U.S.C. § 1535).

| Scope of Services |
|---|
| USCIS will process all CBP A-file documents responsive to a FOIA request.<br><br>USCIS will respond to public inquiries related to CBP A-file documents received by or processed by the USCIS National Records Center via the FOIA Requestor Service Call Center.<br><br>USCIS will provide litigation support. Any settlement and award costs will be negotiated by the Parties on a case-by-case basis. |

| Section of Agreement | Page # |
|---|---|
| General Information | 3 |
| Policies and Regulations | 3 |
| Security and Confidentiality | 3 |
| Funding, Reporting and Invoicing | 3 |
| Modifications and Amendments | 5 |
| Dispute Resolution Process | 5 |
| Renewal | 6 |
| Termination Clause | 6 |
| Program Points of Contact | 7 |
| Service Responsibility Matrix | 8 |

**FOIA (Freedom of Information Act) Operations**

**General Information:**

This MOA governs the services, levels of effort, resources and timeliness between USCIS and CBP for FOIA Operations.

This MOA identifies the terms and conditions of the services to be delivered to CBP by USCIS. As required, quarterly reviews may be conducted to identify requested changes in services provided or billing and reporting.

**Policies and Regulations:**

This MOA will adhere to all pertinent statutes, regulations, Executive Orders, and Department of Homeland Security (DHS) policies and procedures, including, but not limited to DHS Financial Management Policy Manual Section 3.7, *Intragovernmental Actions, Transactions, and Reporting*.

**Security and Confidentiality:**

Information utilized by USCIS in the performance of services for CBP includes Privacy Act, confidential, proprietary, and other sensitive data. This data may pertain to employees, customers, or contractors. USCIS will maintain the highest integrity, protection, privacy, and security of this information. The security of data contained in information systems used by USCIS will meet Information Technology security requirements in accordance with DHS and/or USCIS policies. Appropriate backup and disaster recovery procedures will be maintained to ensure continuity of service.

**Funding, Reporting and Invoicing:**

No provision of this MOA shall be interpreted to require obligation or payment of funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable law. This MOA is subject to the availability of funds and is not intended to, nor shall be construed to, obligate the Parties to any current or future expenditure of resources in advance of the availability of appropriations from Congress. This MOA is not a funding document and does not represent the obligation or transfer of funds.

In the event of a Continuing Resolution, CBP will obligate funds for this agreement incrementally based upon available apportionment levels. Services will begin October 1, 2023 and bills must be paid timely.

The Fiscal Year (FY) 2024 total cost of the MOA is ██████. Annual cost estimates for staff and associated support will be prepared by the USCIS budget team using a position cost model. The costs for this agreement are inclusive of government payroll salary and benefits. The MOA will be reviewed annually.

In addition to costs for staff and associated support, there may be Other Program Costs (OPCs) specific to each function. Specifically, there may be settlement and award costs involved in litigation that could potentially be shared by each party. Settlement and award

3

costs will be negotiated on a case-by-case basis. It is the responsibility of USCIS to negotiate estimated costs for related supplies, shipping, and OPCs with CBP and incorporate them into the MOA. All OPCs will be calculated based on actual costs incurred and will be tracked against original budgets provided by CBP in the MOA.

CBP will reimburse USCIS for those goods and services provided by USCIS at actual cost. Payments to USCIS will be made through the interagency Intra-Governmental Payment and Collection (IPAC) billing system on a quarterly basis.

In the event that funding obligated by CBP is greater than what is required to meet CBP's requirements, USCIS will release excess funds in writing. In the event that the funding obligated by CBP is less than USCIS's estimated costs, USCIS will appropriately request additional funding or negotiate a reduction in services to meet CBP's requirement within their funding constraints. Projected spending estimates, based on actual-to-date data, will be provided on the Pre-Invoice each month that will indicate if there is a need within the current cost projection to release funding, request additional funds, or reduce services. The discussion and decision on any funding issues must be resolved no later than 30 calendar days prior to the end of the fiscal year.

**Invoicing:**

A Pre-invoice detailing the charges will be presented by USCIS the CBP COR quarterly by the 10th business day after the end of each quarter.

The Pre-invoice will contain two cost elements – Personnel costs and OPCs. Invoice format will be agreed upon between USCIS and CBP and contain the financial and other information required by each.

- Personnel Costs: Personnel costs will be billed from actual pay period bi-weekly payroll costs equivalent to a quarterly amount (for quarterly invoices) of the agreed upon annual Full-Time Permanent (FTE) rate for each FTE actually supporting CBP for that Period. Invoices should include personnel charges for the period with sufficient detail for review by CBP. Personnel costs should appear on a separate line on the invoice.

- OPCs: OPCs should be billed to each service area as appropriate. Invoices should include charges for the period with sufficient detail for review by CBP. Detailed back-up documents will be made available by USCIS upon request by CBP.

Pre-invoices should be sent via email, in the agreed format, to the CBP POC designated in the Program POC section of this MOA. The invoice must be reviewed and approved by CBP and discrepancies noted, discussed, and resolved with the USCIS Financial POC within 10 business days from receipt of invoice. The Parties will make every effort to resolve any disputes during that period. CBP will affirmatively accept or reject an invoice and raise any issues in writing by the 10th business day after receipt of invoice.

If an unresolved dispute arises, USCIS will IPAC the amount of the invoice, which is not in dispute, and raise the disputed amount to the Shared Services leads for resolution. If

**FOIA (Freedom of Information Act) Operations**

resolution cannot be achieved within 30-days of receipt of invoice, it will be subject to the dispute resolution process outlined below in this MOA.

**Modifications and Amendments:**

This MOA sets forth the entire understanding between the parties hereto and supersedes all previous written and oral negotiations, commitments, understandings, and agreements between the Parties.

This MOA may be reviewed quarterly as needed, to incorporate modifications or amendments that are necessary to support CBP and USCIS requirements, and to accurately reflect any changes or operational policy. The changes are required to be in writing with approval and signature of both USCIS and CBP.

**Dispute Resolution Process:**

The purpose of the Dispute Resolution process is to achieve the prompt resolution of issues to the satisfaction of all parties. The following principles will be adhered to:

- All issues raised will be adequately documented, including agreed actions to resolve issues.
- Issues shall be considered resolved only when agreed actions have been implemented to the satisfaction of all parties.

To enable the prompt, satisfactory resolution of issues in the spirit of cooperation underlying the MOA, both parties agree to follow in good faith the following process:

- Consultation: Any unresolved dispute arising from or in connection with the validity, interpretation, or performance of this MOA shall be resolved by all Parties in the first instance through amicable consultation.
  Mediation: When appropriate, the parties in dispute may and are encouraged to utilize a neutral third party to mediate the consultation. Any costs associated with a third party will be shared equally by USCIS and CBP.

Notwithstanding the above process, any corrective action requiring modification of the terms and conditions prescribed under this MOA must be implemented according to the Modifications and Amendments clause above.

**Renewal:**

With the mutual agreement of CBP and USCIS, this MOA may be renegotiated and renewed on an annual basis. Intent to renew must be provided in writing by CBP to USCIS no later than 30 days prior to expiration of the current agreement. Failure to provide written notice of renewal may result in termination of services.

FOIA (Freedom of Information Act) Operations

**Termination Clause:**

This MOA will terminate on the effective date, unless terminated at an earlier date with the expressed approval of both the Servicing Agency and the Requesting Agency.

Approved by USCIS: _____
                     Name:                               Date:
                     Title:

Approved by USCBP: _____
                      Name:                               Date:
                     Title:

**FOIA (Freedom of Information Act) Operations**

**Program Points of Contact:**

<u>U.S. Customs and Border Protection (Requesting Agency)</u>

    Rebekah A. Salazar
    Executive Director, Privacy and Diversity Office



    Director,
    FOIA Division

    Financial POC/COR

    Mission Support Specialist

<u>U.S. Citizenship and Immigration Services (Servicing Agency)</u>:

    Michael D. Arnold, Jr.
    Director, National Records Center



    Program Official

    FOIA Officer

    Subject Matter Expert

    Financial POC
    Management and
    Program Analyst

FOIA (Freedom of Information Act) Operations

**Service Responsibility Matrix:**

This section lists the type of services to be provided by the Servicing Agency and the tasks which must be performed by the Requesting Agency in order for the services to be provided.

| Services, Tasks | *CBP* | *USCIS* | *Other* |
|---|---|---|---|
| **Process all CBP A-file documents responsive to a FOIA request.** | | X | |
| **Respond to public inquiries related to CBP A-file documents via the USCIS Service Call Center.** | | X | |
| **Provide FOIA Litigation support. (any settlement and award costs will be negotiated on a case by case basis).** | | X | |
| | | | |
| **Provide A-files in possession of CBP timely.** | X | | |
| **Provide appropriate documents (e.g. affidavits or declarations) in support of FOIA litigation proceedings as needed.** | X | | |

8