# **Exhibit B**

# FOIA ALERT TEMPLATE

| Send Date: | 3/4/2024 |
|---|---|
| From: | |
| To: | #FOIA |
| CC: | n/a |
| Subject: | FOIA Alert – Cuban I-94 Specific Document Requests and Case Create No Record Policy Change |
| Attachment(s): | n/a |

**Cuban I-94 Specific Document Requests and Case Create No Record Policy Change**

Background: Since January 2024, USCIS has received approximately 20,000 requests from Cubans requesting their I-94's, arrival/departure, entry/exit, and/or parole documents due to recent changes in Immigration law. Discussions were held between the Acting FOIA Officer, FOIA leadership, USCIS and CBP Office of Chief Counsel (OCC), and NRC/IRIS leadership to determine the best path forward for handling this large influx of requests that fall within CBP's purview. The decision was made to close these requests upfront since USCIS does not maintain records for this population of requests.

What this means for you:

**Case Creators:**
Effectively immediately as of 3/4/24, if you receive a request and the subject of record's place of birth is Cuba and they are only asking for a copy of their I-94, arrival/departure, entry/exit, and/or parole documents, you will close the case No Record (NR) and add the insert for Cuban I-94's.

Major Change to No Record Letters for Case Creators:

Due to the new insert required for Cuban I-94's, we have made a change to the No Record letters. Normally, the Systems Searched language for No Record letters is automatically populated for case creators. Since this language does not apply to the Cuban I-94 No Record closures, we have removed the automatic language for Systems Searched. You will need to add the No Records - Systems Searched insert for all other situations when a PCIS search was completed.

**Case Processors:**

Scenario 1:
If you receive a case to process that was created prior to 3/4/24 where the subject of record's place of birth is Cuba and they are only asking for a copy of their I-94, arrival/departure, entry/exit, and/or parole documents, you will process the case as normal. If the documents are not located, close the request NR and add the insert for Cuban I-94's.

Scenario 2:
If you receive a case to process where the subject of record's place of birth is Cuba and they are only asking for a copy of their I-94, arrival/departure, entry/exit, and/or parole documents and it was created on or after 3/4/24 that was inadvertently staffed and sent to the processing queue, close the case NR and add the insert for Cuban I-94's.

Scenario 3:
If you receive a case to process where the subject of record's place of birth is Cuba and they have requested the I-94, arrival/departure, entry/exit, and/or parole documents and any other additional documents or the entire file, process as normal. If the I-94, arrival/departure, entry/exit, and/or parole documents are not located in the file, add the Cuban I-94 insert and any other applicable inserts. If the case was created on or after 3/4/24, substitutes for the documents listed above should not be provided.

Cuban I-94 Insert:

USCIS does not possess copies of arrival I-94s (Arrival-Departure Record Card). I-94s for individuals who were paroled after processing at a Port of Entry (POE) are issued electronically by U.S. Customs and Border Protection. If you or the subject of this request was issued an I-94 at a POE, you can obtain a copy of your I-94 by going to https://i94.cbp.dhs.gov/I94/#/recent-search. However, only I-94s issued at a POE are available on this site. If you or the subject of this request were released after being apprehended by the United States Border Patrol and having been served a Notice to Appear in Immigration Proceedings, that release, sometimes called "conditional parole" conducted pursuant to 8 USC Section 1226(a) is not recorded on this website.

Indicators for Cuban I-94 insert:

1. Subject of the request's place of birth is Cuba, and
2. The request is only asking for a copy of I-94, arrival/departure, entry/exit, or parole documents.

On the horizon:
These changes will be included in the next USCIS FOIA Information Bulletin and be incorporated into the USCIS FOIA and PA Case Create and Case Processing Guides.

Still have questions or need help?
Please see your supervisor