# **<u>Exhibit C</u>**

| | |
|---|---|
| **From:** | FOIA Policy and Approving |
| **To:** | #FOIA; #NSC UNION; Team2Cherokee; Cherokee Team 1; NRC Quality |
| **Subject:** | Immediate Policy Change |
| **Date:** | Friday, April 11, 2025 12:32:31 PM |
| **Importance:** | High |

Effective immediately, it is our policy to redact all third-party information that may be contained in the immigration records regardless of where it came from. All third-party information, including **names**, must be protected with exemption (b)(6) and (b)(7)(C) (if law enforcement related). This information must be held with (b)(6) in PA cases. This policy will include, but is not limited to, applications and petitions signed by the subject, other documents provided by the subject, documents filed in court, children's birth certificates (regardless of if proof of parentage is provided with the request or in the file), documents that the subject is a party to (joint tax returns or other joint documents) etc.

The FOIA Processing Guide will officially be updated and training will be provided in the near future. For additional questions, please see your supervisor.

Thank you,



Operations Support Division (OSD)

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to SENSITIVE BUT UNCLASSIFIED (SBU) information and is not to be released to the public or other personnel who do not have a valid "NEED-TO-KNOW" without prior approval from the originator.

**Withhold in Full Law Enforcement Checks, Screenprints and Investigations Interim Guidance – Revision 1**

**Processing of Responsive Records**

Ascertaining how to process documents within the responsive records will be done by segregating Record of Proceedings (ROP) material from non-ROP material.

An ROP is an organization of certain immigration records that were considered, or referenced, during an administrative immigration proceeding that resulted in a final administrative decision or action. An ROP is typically contained within a physical A-File, Receipt File, or Electronic File (ELIS or STACKS), or a hybrid paper and electronic file.

An ROP can contain a wide variety of records, including:
- Immigration benefit applications/petitions and supporting/related documents
- Removal action notices and orders
- Immigration court benefit determinations and orders
- Hearing or interview transcripts, sworn statements, recordings, and exhibits
- Any other evidence relied upon to reach a determination in an enforcement action, legal proceeding, or adjudication process

The ROP is critical for many functions, such as efficiently and accurately adjudicating benefit applications; administrative and judicial review of decisions; responding to Freedom of Information Act (FOIA) requests; supporting law enforcement actions, investigations, and litigation.

For every ROP, there must be an initiating document. The initiating document sets in motion the benefit adjudication, enforcement action, or proceeding that is the subject of the ROP. Initiating ROP documents can include but are not limited to:
- Applications and petitions for immigration benefits
- Removal notices such as the I-862 (Notice to Appear), I-863 (Notice of Referral to an Immigration Judge), or I-213 (Record of Deportable/Inadmissible Alien)
- I-290B (Notice of Appeal or Motion)

Responsive records can have multiple initiating documents. For each initiating document, there will be a separate set of ROP and non-ROP records.

Non-ROP material is used to help the adjudicator decide whether to request the applicant or petitioner submit additional evidence. Non-ROP documents created in association with an initiating document include those that are not received from, or provided to, the individual. They include, but not limited to:
- Worksheets, Checklists, Routing Slips
- System Screenprint (ATS, TECS, CIS, NFTS, PCQS, CPMS, rap sheets, DACS, Enforce, EARM, etc.)
- FDNS Material
- Security Check Forms

In general, ROP materials are subject to Privacy Act and FOIA requests without significant redactions. Non-ROP materials, by contrast, can be protected in whole or in part against FOIA and Privacy Act disclosure. Confusing the two can lead to the unintentional release of information.

**All non-ROP material will be withheld in full (WIFd) using exemption (b)(7)(E), add (k)(2) if a PA case. Add any other applicable exemptions.**

The I-213 narrative (located on any document that is not WIFd) will be redacted in its entirety (b)(7)(E), add (k)(2) if a PA case. Add any additional exemptions that may apply.

**Third Party Personal Information and Personally Identifiable Information (PII) Interim Guidance – Revision 1**
The way USCIS processes personal information and PII has undergone an extensive revision. This revision is being monitored and may require additional adjustments to guidance. Therefore, no permanent changes are being made within the USCIS FOIA/PA Processing Guide currently. Guidance for processing personal information and PII will be contained in this interim guidance sheet.

Personal information can include, but not limited to:
- PII
    - Name
    - SSN
    - A-number
    - Phone number
    - Address
    - Receipt numbers
- Medical information
    - Diagnosis
    - Appointments
    - Psychiatric reviews
- Personal statements
    - Interviews
    - Transcripts
    - Text messages
    - Emails
    - Cards/Letter
- Photographs
- Financial records
    - Affidavit of Support
    - Bank records
    - Tax returns
    - Bills

Third party personal information/PII will be withheld in responsive records for individuals that do not provide VOI and Consent within the request documents. This includes, but not limited to:

- Documents signed by the subject
    - Applications/petitions
    - Personal statements
    - Individual tax returns
- Documents the subject is a party to
    - Marriage certificate
    - Birth certificate
    - Divorce certificate
    - Joint tax returns
    - EOIR court transcripts
- Documents addressed to/from the subject
    - Bills
    - Bank statements
    - Personal letters
    - Notice of Hearing

Third parties are considered any non-governmental persons or individuals. This includes, but not limited to:
- Relatives
- Organization employees
- Persons that are deceased or over 100 years old
- Non-governmental employees acting in an official capacity (i.e. doctors, attorneys, etc.)

Government employees (e.g. USCIS employee, CBP Officer, ICE Officer, DOS employee, etc.) are not considered third parties that fall under this guidance. See below for changes regarding USCIS, DOS employees, CBP and ICE Officers.

Third party personal information/PII will be withheld (b)(6) on all non-law enforcement documents in both a FOIA and PA case. You will use (b)(6)/(b)(7)(C), add (k)(2) if a PA, on all law enforcement documents. If WIFing the documents, add any additional exemptions that may apply.

Specific Document Guidance (not an all inclusive list):

| Document | Examples | Guidance |
| --- | --- | --- |
| Petitions/Applications | I-130, I-485 | Redact |
| Joint Documents (even though your subject is a party to) | Tax Returns<br>Utility Bills<br>Bank Statements<br>Marriage/Divorce Certificate<br>Children's Birth Certificate<br>Family Registry<br>I-864/I-134 | WIF |
| USCIS Correspondence Addressed to the Subject | RFE<br>NOID<br>Decision Letter<br>I-797 | Redact |

| USCIS Correspondence Addressed to a Third Party | RFE<br>NOID<br>Decision Letter<br>I-797 | WIF |
|---|---|---|
| Subject's Individual Documents | Birth Certificate<br>Death Certificate<br>Employment Documents<br>Driver's License<br>Passport<br>Individual Tax Return<br>Local law enforcement<br>G-28<br>G-325<br>School Documents<br>Medical Documents<br>Photographs | Redact |
| Publicly Available Documents | Country Conditions<br>Cited Court Case<br>News Articles | Release |
| Joint EOIR /BIA and State/Local Court | Motions<br>Correspondence/Notices<br>Orders<br>Transcripts | WIF |
| Subject's Individual EOIR /BIA and State/Local Court | Motions<br>Correspondence/Notices<br>Orders<br>Transcripts | Redact |
| Third Party Documents | G-325<br>G-28<br>Character Letters<br>Birth/Mariage/Divorce/Death Certificates<br>Driver's License<br>Passport<br>Tax Returns<br>Bank Statements<br>Utility Bills<br>School Documents<br>Medical Documents<br>Photographs | WIF |

**Additional Updates Interim Guidance**

**1367 Information Provisions**

You will now utilize (b)(6) for information withheld for 1367 Information Provisions for both FOIA and PA cases. You will no longer use (b)(7)(C).

**U.S. Department of State (DOS)**
All third party personal information/PII will be withheld in a PA case with exemption (b)(6).

All DOS employees and employees of JVAs will be withheld with exemption (b)(6) in both a FOIA and PA case. This includes, but not limited to:
- Documents signed by the subject.
- Documents served to the subject.

DOS and refugee documents will follow the same ROP and Non-ROP rules as listed above. Some sample ROP documents, and guidance are:

| Document | Examples | Guidance |
|---|---|---|
| Subject's Individual Documents | DS-156<br>DS-160<br>Immigrant Visa and Alien Registration<br>Medical Examination for Immigrant or Refugee Applicant<br>DS-3025<br>DS-156K<br>Supplement to Nonimmigrant Visa Application<br>DS-2019<br>The Transportation Company and Transportation Security Administration<br>I-590<br>Correspondence to subject<br>Family Trees | Redact |
| Subject is a Rider | I-590<br>Family Trees<br>The Transportation Company and Transportation Security Administration<br>Correspondence to the Applicant | WIF |
| UNHCR | | RIF |

*Add any additional applicable exemptions. Exemption (b)(3), 8 U.S.C. 1202(f) should only be used if the information pertains to the issuance or refusal of a visa or permit to enter the United States.*

Examples of non-ROP documents that you will WIF are:
- File Summary
- Interviews and sworn statements
- Refugee Application Assessment
- Worksheets, Checklists, Routing Slips
- System Screenprint
- Security Check Forms (SAO)
- Internal correspondence
- Report 24 and 71
- Refusal Worksheet and Advisory Opinions

*Add any additional applicable exemptions. Exemption (b)(3), 8 U.S.C. 1202(f) should only be used if the information pertains to the issuance or refusal of a visa or permit to enter the United States.*

**Executive Office for Immigration Review (EOIR)**
Documents served to EOIR are no longer fully releasable. You will process documents served to EOIR based on current guidance.

You will now use (b)(6)/(b)(7)(C), add (k)(2) if a PA case, for documents authored by EOIR.

**USCIS Employees**
For USCIS employee PII in a PA case, you will now use (b)(6). The Partial OOS will no longer be used.

**CBP and ICE Employees**
CBP and ICE employee PII will be withheld using (b)(6)/(b)(7)(C), add (k)(2) if a PA case, except for public facing officials (SAC, Port Director, FOD, CC, SIO, etc.)

CBP and ICE employee PII includes, but not limited to:
- Names
- Signatures
- Initials
- Direct phone lines
- E-mail addresses
- User IDs

CBP and ICE PII except for Directors' names (District, Field, Center, etc.), will be withheld on all documents. This includes, but not limited to:
- Documents signed by the subject.
- Documents served to the subject.
- Documents served in EOIR.
- Documents referred to another agency.

**Local Law Enforcement**

You will now use (b)(6)/(b)(7)(C), add (k)(2) if a PA case, for local law enforcement officer and third party personal information on local law enforcement documents.

### OBIM
You will now use (b)(6)/(b)(7)(C), add (k)(2) if a PA case, for third party and law enforcement officer personal information on OBIM documents.

### Bureau of Prisons (BOP)
All BOP documents, except for the ones we RIF, are considered non-ROP material. You will WIF them (b)(7)(E), add (k)(2) if a PA case. Add any additional applicable exemptions.

### FOIA Processor Help Desk
If you have a processing related question related to a specific case, after exercising your due diligence, follow this procedure:
- Contact your supervisor.
- If the supervisor cannot resolve your question, they will fill out a Helpdesk ticket.
    - The Helpdesk Ticket located on the Helpdesk and Translation Requests OSD Teams page.
    - Place the case in Admin.
    - The Helpdesk will respond to your request on a first-in, first-out basis (FIFO).
    - Once the Helpdesk Ticket is complete, your supervisor will receive an e-mail notification to review the ticket response.
    - The supervisor will then return the case to you with the information needed to complete the case.
- If the supervisor needs further clarification of the response, they may request a Teams call by submitting a new Helpdesk Ticket. If the Helpdesk decides that a more in-depth response could be needed, they may initiate a Teams call.

*Tickets can be tracked by the supervisor via the Helpdesk Tracker on the Helpdesk and Translation Requests OSD Teams page.*

### Policy
If you have a general (not related to a specific case) processing policy related inquiry, concern or recommendation:
- Contact your supervisor.
- If the supervisor cannot resolve your question, they can contact OSD at ███████████.