**From:** [redacted]
**To:** #FOIA
**Subject:** Untranslated documents
**Date:** Wednesday, June 11, 2025 1:26:02 PM

---

Good afternoon,

Effective immediately, we will out-of-scope all untranslated (i.e. not in English language) documents originating with NON-U.S. government entities. We will no longer seek translations of these documents as previously stated in guidance.

This guidance will be updated in the guide at a later date.

Respectfully,

[redacted]
Acting Chief FOIA Officer
Freedom of Information Act
National Records Center
United States Citizenship and Immigration Service
[redacted]
[redacted]

**From:** USCISFOIAOfficer
**To:** #FOIA
**Cc:** Arnold, Michael D (David); [redacted]
**Subject:** Clarifying guidance on handling untranslated documents
**Date:** Monday, August 18, 2025 7:04:34 AM
**Attachments:** image001.png
image002.png
image003.png

---

Current guidance is that all untranslated (i.e. not in English language) documents originating with NON-U.S. government entities will be out-of-scoped. The purpose of this guidance is to ensure that we only process and release documents in English. To further clarify this guidance:

- When the responsive record has both translated and untranslated versions of a document, only the untranslated version will be OOS'd. For example, the translated version of a Honduran birth certificate will be processed while the untranslated version of a Honduran birth certificate will be OOS'd. See example 1 below of an untranslated document that will be OOS'd.

- When the responsive record has a document that contains both English and foreign language, the document will be processed for release. For example, a Cuban passport that has data fields in both English and Spanish (e.g. the name field is shown as "Nombres/Given Names") will be processed for release. See examples 2 and 3 below of translated documents that will be processed.

If you have any questions about this clarification, please contact your supervisor.

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////

Example 1- Honduran birth certificate (Untranslated document that will be OOS'd):



OUT OF SCOPE

REPÚBLICA DE HONDURAS
REGISTRO NACIONAL DE LAS PERSONAS
REGISTRO CIVIL MUNICIPAL

N°

# CERTIFICACION DE ACTA DE NACIMIENTO

El infrascrito Registrador Civil Municipal CERTIFICA que en el Archivo de nacimientos que se tiene en esta oficina; se encuentra el acta de nacimiento número: ubicada en el folio del tomo del Año y que pertenece a:

a)

c) F M

Nombre

y cuya información es la siguiente:

1.) Lugar, fecha y orden de nacimiento

a)

d)

Día Mes Año

2.) Apellidos, nombre y nacionalidad del padre:

a)

c)

Nombre Nacionalidad

3.) Apellidos, nombre y nacionalidad de la madre:

a)

c)

Nombre Nacionalidad

4.) Notas marginales autorizadas:

Extendida en

Municipio Departamento

a los: días del mes de

del DOS MIL

REGISTRO CIVIL ... PAL

Firma y Sello del Registrador Civil Municipal

Example 2 – Cuban passport (Translated document that will be processed)




Example 3 – Indian birth certificate (Translated document that will be processed)



ਪੰਜਾਬ ਸਰਕਾਰ / Government of Punjab
ਸਿਹਤ ਤੇ ਪਰਿਵਾਰ ਭਲਾਈ ਵਿਭਾਗ
Health & Family Welfare Department
ਚੀਫ ਰਜਿਸਟਰਾਰ ਜਨਮ ਤੇ ਮੌਤ, ਪੰਜਾਬ
Chief Registrar, Births & Deaths, Punjab

ਡੀ ਪੀ ਐਚ /D PH-368
ਫਾਰਮ/Form-6

456
18

ਨੰ/

/ Birth Certificate

ਇਹ ਤਸਦੀਕ ਕੀਤਾ ਜਾਂਦਾ ਹੈ ਕਿ ਹੇਠ ਲਿਖੀ ਸੂਚਨਾ ਅਸਲ ਜਨਮ ਰਿਕਾਰਡ ਵਿੱਚੋ ਲਈ ਗਈ ਹੈ ਜਿਹੜੀ ਕਿ ਲੋਕਲ ਰਜਿਸਟਰਾਰ, ਜਨਮ ਤੇ ਮੌਤ, ਨਗਰ ਨਿਗਮ/ ਕੌਂਸਲ/ਪੰਚਾਇਤ/ਪੁਲਿਸ ਥਾਣਾ/ਬਲਾਕ/ਸਬ ਸੈਂਟਰ ਬਲਾਕ ( ਪੀ.ਐਚ.ਸੀ.) ਤਹਿਸੀਲ ਜਿਲ੍ਹਾ ਪੰਜਾਬ, ਦੇ ਸਾਲ ਦੇ ਰਜਿਸਟਰ ਵਿੱਚ ਦਰਜ ਹੈ।

This is to certify that the following information has been taken from the original birth record which is registered in the birth register of Local Registrar, Births & Deaths, Municipal Corporation / Council / Panchayat / Police Station / Block / Sub Ce[redacted]
Block (P.[redacted] Tehsil [redacted]
District [redacted] of Punjab State for the Year [redacted]

ਨਾਮ / Name [redacted]
ਲਿੰਗ / Sex [redacted]
ਪਿਤਾ ਦਾ ਨਾਮ / Father's Name [redacted]
ਦਾਦੇ ਦਾ ਨਾਮ / Grand Father's Name [redacted]
ਮਾਤਾ ਦਾ ਨਾਮ / Mother's Name [redacted]
ਜਨਮ ਮਿਤੀ/ Date of Birth [redacted]
ਜਨਮ ਅਸਥਾਨ/ Place of Birth. [redacted]

ਰਜਿਸਟਰੇਸ਼ਨ ਦੀ ਮਿਤੀ / Date of Registration [redacted]
ਰਜਿਸਟਰੇਸ਼ਨ ਨੰਬਰ/ Registration No. [redacted]

ਬੱਚੇ ਦੇ ਜਨਮ ਸਮੇ ਮਾਤਾ-ਪਿਤਾ ਦਾ ਪਤਾ
Address of parents at the time of birth of the child

ਮਾਤਾ-ਪਿਤਾ ਦਾ ਪੱਕਾ ਪਤਾ
Permanent address of Parents [redacted]

ਟਿੱਪਣੀ (ਜੇਕਰ ਕੋਈ ਹੈ)
Remarks (if any)
ਜਾਰੀ ਕਰਨ ਦੀ ਮਿਤੀ / Date of issue [redacted]
ਸਰਟੀਫਿਕੇਟ ਤਿਆਰ ਕਰਨ ਵਾਲੇ ਦਾ ਨਾਮ ਅਤੇ ਅਹੁਦਾ
Name & Designation of Official who prepared certificate

ਜਾਰੀ ਕਰਨ ਵਾਲੇ ਅਧਿਕਾਰੀ ਦੇ ਦਸਖਤ, ਨਾਮ ਤੇ ਪਤਾ
Signature, Name & address of the issuing Authority

ਮੋਹਰ / Seal & Death

Issued u/s 12/17 of the registration of Birth & Death Act 1969 & Rules 8/13 the Punjab Registration of Births & Deaths rules 2004

ਹਰੇਕ ਜਨਮ ਤੇ ਮੌਤ ਦੀ ਰਜਿਸਟਰੇਸ਼ਨ ਯਕੀਨੀ ਬਣਾਓ " Ensure registration of every birth and death

Registered the Births/Deaths events within 21 days and get a free copy of certificate

7748/8-2012/12,52,000/PGP, S.A.S. Nagar