# **<u>Exhibit G</u>**

| | |
|---|---|
| **From:** | ▉▉▉▉▉▉▉▉ |
| **To:** | FOIA Records Release - All Employees |
| **Cc:** | ▉▉▉▉▉▉ ▉▉▉▉▉▉ ▉▉▉▉ |
| **Subject:** | Quick Guide to New VOI Guidance |
| **Date:** | Tuesday, November 18, 2025 12:49:44 PM |
| **Attachments:** | Quick Guide to New VOI Guidance.pdf |

Team FOIA,

We've prepared the attached "Quick Guide" to help you navigate the VOI policy changes and hope you find it useful. We are concurrently updating the CC and CP guides to incorporate this information.

If you have questions or feedback, please contact your supervisor.


▉▉▉▉▉▉

USCIS / IRIS

National Records Center

▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉

**Quick Guide to New VOI Guidance**

1) <u>CFR</u> **Requirements** – Must Provide 5 Items for Verification of Identity (VOI)

    **NOTES:**
    - Any exceptions used for the VOI matching requirements must be case noted.
    - **"Alleges"** and **"Unknown"** are **NOT** acceptable for VOI.

    - **SOR's Full Name**
        - Exceptions:
            - Hyphens (e.g., Smith-Jones vs. Smith Jones)
            - De in last name (e.g., Hernandez vs. De Hernandez)
            - Spaces in names (e.g., Xiuncheng vs. Xiun Cheng)
            - Aliases can be used when:
                - Full name in Search tab and/or RR matches what was provided
                - A-number must be provided and matches alias
            - Name exceeds the character limit
                - Match what was provided
            - Alternate spellings ("sounds like") are acceptable when **ALL** other VOI matches.
                - Examples = Gonzales vs Gonzalez or Cortez vs Cortze
    - **SOR's Full Date of Birth**
        - Inverted month and day are no longer acceptable.
    - **SOR's Country of Birth**
    - **SOR's Current Physical Address**
        - P.O. Boxes are acceptable.
        - Exceptions for the SOR's address:
            - 1367/VAWA Protection: A safe address is acceptable.
                - Case Creators – If requestor mentions a 1367/VAWA document or there is a 1367/VAWA document found in the Search Tab, create the case.
                - Case Processor – Verify if there is a 1367/VAWA document present in the RR, if not then close case FC.
                - Typical 1367/VAWA Documents:
                    - I-360 – Petition for Amerasian, Widow(er), or Special Immigrant
                    - I-918 – Application for U Nonimmigrant Status
                    - I-914 – Application for T Nonimmigrant Status
                    - I-929 – Petition for Qualifying Family Member of a U-1 Nonimmigrant
            - Minor SOR: The address can match the requestor's address.
            - Deceased SOR: The address can match the requestor's address.
        - Not acceptable:
            - Email addresses
            - Address of representative (example = attorney)
            - Incomplete address (missing = city, state, etc.)
    - **Signature:**
        - VOI must be signed under notary or penalty of perjury by SOR.
            - Exceptions:
                - If parent/guardian is signing for a minor SOR, the parent/guardian must pro▬ valid proof of parentage/guardianship **and** the parent/guardian VOI.
                    - Valid proof of parentage/guardianship = birth certificate, adoption decree, or court order establishing guardianship

November 18, 2025
Note: This guide is intended to clarify the policy within the PPM but not replace it. For more detailed information please consult the PPM or reach out to your supervisor.

- If SOR is deceased, valid proof of death must be provided.
    - Valid proof of death = death certificate, obituary, screen print from Social Security Death Index, or probate documents filed in court

**2) Consent**

- All third-party requests must include consent from the SOR.

| If | Then |
|---|---|
| Consent is provided (3rd Party Request) | Proceed to create or process case. |
| Consent is not provided (3rd Party Request) | Close the case TD. |

**3) Additional Information Provided Voluntarily**
- **Alien Number (A-number)**
    - If provided, it must match exactly in Search Tab and/or RR, otherwise close NR.
- **Parents' Names:**
    - If provided, both First and Last names must match exactly what is in the file.
        - Exceptions:
            - Hyphens (e.g., Smith-Jones vs. Smith Jones)
            - De in last name (e.g., Hernandez vs. De Hernandez)
            - Spaces in names (e.g., Xiuncheng vs. Xiun Cheng)
            - Mother's maiden name if provided
            - Name exceeds the character limit
                - Match what was provided
            - Alternate spellings ("sounds like") are acceptable when **ALL** other VOI matches.
                - Examples = Gonzales vs Gonzalez or Cortez vs Cortze

**4) When VOI is found in the Additional Request Documents (ARD)**
- Review the **entire** request package (including the ARDs) regardless if the Front Porch is marked "Yes" or "No."
- All VOI in ARD must be signed under notary or penalty of perjury to be used.
    - If VOI is **found** in the ARD and **matches** the Front Porch, then proceed to create or process the case.
    - If VOI is **found** in ARD but **conflicts** with the Front Porch, close the case FC.
    - If VOI is **incomplete** in Front Porch but **found** in ARD, then proceed to create or process the case.

**5) Bookmarks**
- If VOI does not exactly match the information in any sequence **and** does not fall under an exception, close the case NR.
- If VOI does not exactly match the information in one/more of the sequences **and** does not fall under an exception, deactivate the sequence(s) where you are **unable** to match VOI.
- If parents' names are not found in the sequence, case note:
    - Parents' names not found in sequence
    - MFN/MLN not found in sequence
    - FFN/FLN not found in sequence

November 18, 2025
Note: This guide is intended to clarify the policy within the PPM but not replace it. For more detailed information please consult the PPM or reach out to your supervisor.