# **<u>Exhibit H</u>**

| From: | ▮ |
| --- | --- |
| To: | ▮ |
| Cc: | |
| Subject: | Multitrack processing info |
| Date: | Tuesday, June 20, 2023 4:06:00 PM |
| Attachments: | FOIA ALERT - Multitrack Processing.docx |
| | Multitrack Processing2 - ▮ comments.pptx |
| | Multi track CCG.docx |
| | Multitrack in CPguide - ▮ comments.docx |

▮ , ▮ and ▮

We're finally to the point of sharing the info about multitrack processing with supervisors and then staff, and I thought I'd share the latest versions of the guidance with you.  The goal here is to clarify that USCIS has a 3 track processing framework and to clarify what is in each track.  The plan is to have ▮ intro this topic for sups during the supervisors meeting tomorrow.  After that, the draft FOIA Alert will be shared with supervisors for their comments.  The final FOIA Alert message will go out to staff next week followed by discussion sessions for each section.  The attached PowerPoint will be used during discussion sessions.  The CC and CP SOPs will also be updated to ensure consistency and clarity of guidance. See attached updates to each guide.

Please note that currently, requests for "related" docs and requests for "supporting" docs are treated differently.  A request for "related" docs (notices and letters related to the main document) is treated as Track 1 while a request for "supporting" docs (evidence submitted to support a benefits request) is treated as Track 2.  This didn't make sense to me as to why we treated them differently when both require additional work to scan/prepare the record for processing.  It also seems confusing for Case Creators in that it requires them to really analyze the request for use of specific language (related v. supporting), and sometimes requesters use other words like "associated" or "corresponding" and Case Creators would have to interpret those words to figure out which track to assign.  So to streamline, we've added the following language to the information we're sharing with staff:

> *One specific document* does not necessarily mean a one-page document.  It means one document, regardless of page count (e.g., the request is for "my birth certificate", "my passport", "my I-485").  ==Please also note that a request for *one specific document plus related or supporting documents* is not a Track 1 (simple track) request and should be considered a Track 2 (complex track) request.==

Please let me know if you have any questions or concerns.

Best,

▮

USCIS FOIA Officer, Associate Center Director
National Records Center
Office: ▮ | Cell: ▮

**FOIA ALERT TEMPLATE**

| Send Date: | 6/26/2023 |
|---|---|
| From: | ████████████ |
| To: | #FOIA |
| CC: | ████████████ ; ████████████ |
| Subject: | FOIA Alert: Multitrack Processing |
| Attachment(s): | n/a |
| Text: | # Multitrack Processing<br><br>Background:<br>FOIA programs typically operate on a first-in first-out basis, which means requesters who were first in line receive responses before those who submitted requests subsequently. However, both the FOIA statute and DHS regulations allow agencies to establish multitrack processing structures based on the amount of work or time (or both) it takes to process a request.  See 552(a)(6)(D)(i).<br><br>Multitrack processing does not alter the statutory deadline to respond to a FOIA request, but it allows agencies to process requests in each track on a first-in first-out basis.  This means simple requests that take less time can be worked quicker without having to wait behind complex requests that take longer to work.<br><br>What tracks does USCIS use?<br>USCIS has a three-track processing structure for A-file records:<br><ul><li>Track 1 – simple track</li><li>Track 2 – complex track</li><li>Track 3 – accelerated track</li></ul><br>Track 1 includes requests for one specific document where the record is physically located at the NRC or is available electronically.  Track 2 includes requests for one specific document where the record is not physically located at the NRC nor available electronically, requests for more than one document, and requests for full A-files.  Track 3 is for individuals in removal proceedings who have a future hearing date.<br><br>What does this mean for you?<br>Case Creators assign tracks during intake based on what records are requested, what format the records are in (paper or electronic), and in the case of paper records, where they are located.  That selection dictates how the case will be counted for data reporting purposes, what track information will be conveyed to the requester in the acknowledgement letter, and whether a paper file will be routed for full A-file scanning or relevant document scanning.<br><br>How do you identify the track in FIRST?<br>Track numbers are displayed in the blue top ribbon in FIRST.  However, due to a workaround to ensure files are routed to the correct scanning queue (relevant document scanning v. full A-file scanning), that information may not display correctly for Track 1 cases.  If the control number begins with SMP then it is Track 1 (simple track) request.  If |

the control number begins with NRC, then it will be either a Track 2 (complex track) or Track 3 (accelerated track) request.

Until a FIRST enhancement is developed and deployed that ensures the blue top ribbon in FIRST correctly displays the track number, please refer to the following guidance to identify what track a case was assigned:

| Track Assignments for A-file Processing | | | | |
|---|---|---|---|---|
| Track | AKA | Description | Statutory Timeframe | Current FIRST Indicators |
| Track 1 | Simple track | Request is for one specific document* OR an A-number, and the record is physically located at the NRC or available electronically | 20 business days | Track 1 + SMP office |
| Track 2 | Complex track | Request is for one specific document*, and the record is not located at the NRC nor available electronically, *OR* the request is for more than one document, *OR* the request is for a full A-file | 20 + 10 business days for unusual circumstances | Track 1 + NRC office |
| | | | | Track 2 + NRC office |
| Track 3 | Accelerated track | Request pertains to a subject who is in removal proceedings and has a future hearing date | 20 + 10 business days for unusual circumstances | Track 3 + NRC office |

*One specific document does not necessarily mean a one-page document. It means one document, regardless of page count (e.g., the request is for "my birth certificate", "my passport", "my I-485"). Please also note that a request for one specific document plus related or supporting documents is not a Track 1 (simple track) request and should be considered a Track 2 (complex track) request.

Guide references:
- Case Create Guide – pages 13 & 14
- Case Processing Guide – pages 9 & 10

On the horizon:
The Case Create and Case Processing Guides will be updated to clarify this information. Additionally, PoaT will hold discussion sessions on this topic in the coming weeks. Please look for an invite soon.

Have questions or need help?
Please see your supervisor.

# Type of Request

## Type

Always select **FOIA Request**. It will be incumbent upon the processor to verify the status of the alien, and to change the case type if necessary.

## Track

USCIS uses a three-track, first-in/first-out (FIFO) multitrack processing system. See 6 CFR 5.5(b)

### Track 1 (SMP office)

SMP Office – Simple requests are Track 1 and reassigned to the SMP Office after staffing if the request is for:
1. A single specific document and the record is located at the National Records Center or available electronically (ELIS, STACKS, etc.), or
2. An A-number only, or
3. All records request where only one receipt file that is available electronically is located

\* DO NOT select Track 1 from the dropdown if the request meets the requirements for a Track 1 (SMP Office). In  Section 3 -of FIRST, answer "No" for if the request is a full Alien File. This will change the track in FIRST to Track 1. Always check the category to make sure it matches the type of request (i.e. specific documents).

If the request is for a specific document in one section of the request and the A-file in another section of the same request, then treat it as a request for the A-file.

### Track 2 (NRC Office):

NRC Office – Complex requests are Track 2 based on the need to collect records from outside the NRC or are not available electronically and/or the need to examine records that are voluminous in nature.  Due to these two needs, Track 2 can encompass both specific document requests as well as requests for entire records.

Track 1 (NRC Office) – Specific document requests show with the current FIRST indicator of Track 1 if the request is for:
1. A specific document (including related documents and/or supporting documents) and the record is NOT located at the National Records Center or available electronically, or
2. More than one specific document (there is no max or limit on the number of specific documents requested), or
3. All records request where only receipt file(s) are located, and the record is NOT located at the National Records Center or available electronically

Note: A request for a I-589 application with supporting documents, will be created as a complex specific document request.

* DO NOT select Track 1 from the dropdown if the request meets the requirements for a Track 1 (NRC Office). In Section 3 of FIRST, answer "No" for if the request is a full Alien File. This will change the track in FIRST to Track 1. Always check the category to make sure it matches the type of request (i.e. specific documents).

Track 2 (NRC Office) – Entire records requests show with the current FIRST indicator of Track 2 if the request is for:
  1. Copy of an entire A-file
  2. All records request

* DO NOT select Track 2 from the dropdown if the request meets the requirements for a Track 2 (NRC Office). In Section 3 of FIRST, answer "Yes" for if the request is a full Alien File. This will change the track in FIRST to Track 2. Always check the category to make sure it matches the type of request (i.e. specific documents, Alien File, etc.).

If Part 1 Section 2 of the G-639 is left blank and there is no other document in the request that specifies what is being requested, then close the case Failure to Comply (FC) and check correct insert box.
If Part 1 Section 1 of the G-639 is left blank and Section 2 lists "All my Records" that satisfies the requirement to describe the records sought and should be interpreted as a request for the subject's A-file.

## Track 3 (NRC Office)
Track 3 is the accelerated track for cases involving individuals who are to appear before an immigration judge. Track 3 can be requested anywhere within in the request, including Part 1 Section 5 of the G-639 or under the "Circumstances" in Part 3 on the Front Porch request. To receive Track 3 accelerated processing, one of the following documents must be included with the FOIA request:
  • Form 1-862, Notice to Appear, documenting a future scheduled date of the subject's hearing before the immigration judge; or
  • Form 1-122, Order to Show Cause, documenting a future scheduled date of the subject's hearing before the immigration judge: or
  • Form 1-863, Notice of Referral to Immigration Judge; or
  • a written notice of continuation of a future scheduled hearing before the immigration judge.

If any of the above documents shows a TBD (To Be Determined) or a past hearing date, the requestor must also submit evidence that a hearing date was scheduled. We will accept a printout from the EOIR Automated Case Information portal showing a future scheduled hearing date that is provided in conjunction with the forms listed above when the date on one of the above documents is TBD or the date has passed.

*Note: Track 3 can be specific documents or entire A-files. All Track 3 requests are created and processed in the NRC Office.*

* DO NOT select Track 3 from the dropdown if the requestor has submitted documentation for upcoming court proceedings, select Yes.

If the documentation is sufficient, click the Approve button. The track will change to Track 3 in the dropdown. If the documentation is NOT sufficient, click the Deny button.

*Notes:*
- *Always verify letters generated to customers for proper population of necessary verbiage.*
- *Track 3 requests can be for either specific document(s) or entire A-file. Update category as appropriate.*

## FOIA Request Tracks

USCIS uses a three-track, first-in/first-out (FIFO) multitrack processing system. See 6 CFR 5.5(b)

**Track 1 (SMP office):**
SMP Office – Simple requests are Track 1 and reassigned to the SMP Office after staffing if the request is for:
1. A single specific document and the record is located at the National Records Center or available electronically (ELIS, STACKS, etc.), or
2. An A-number only, or
3. All records request where only one receipt file that is available electronically is located

**Track 2 (NRC Office):**
NRC Office – Complex requests are Track 2 based on the need to collect records from outside the NRC or are not available electronically and/or the need to examine records that are voluminous in nature. Due to these two needs, Track 2 can encompass both specific document requests as well as requests for entire records.

Track 1 (NRC Office) – Specific document requests show with the current FIRST indicator of Track 1 if the request is for:
1. A specific document (including related documents and/or supporting documents) and the record is NOT located at the National Records Center or available electronically, or
2. More than one specific document (there is no max or limit on the number of specific documents requested), or
3. All records request where only receipt file(s) are located, and the record is NOT located at the National Records Center or available electronically

Note: A request for a I-589 application and supporting documents, will be processed as a complex specific documents request.

1. Track 2 (NRC Office) – Entire records requests show with the current FIRST indicator of Track 2 if the request is for:Copy of an entire A-file
2. All records request

**Track 3 (NRC Office)** is the accelerated track for cases involving individuals who are to appear before an immigration judge. Track 3 can be requested anywhere within in the request, including Part 1 Section 5 of the G-639 or under the "Circumstances" in Part 3 on the Front Porch request. To receive Track 3 accelerated processing, one of the following documents must be included with the FOIA request:
- Form 1-862, Notice to Appear, documenting a future scheduled date of the subject's hearing before the immigration judge; or
- Form 1-122, Order to Show Cause, documenting a future scheduled date of

the subject's hearing before the immigration judge: or

- Form 1-863, Notice of Referral to Immigration Judge; or
- a written notice of continuation of a future scheduled hearing before the immigration judge.

If any of the above documents shows a TBD (To Be Determined) hearing date, the requestor must also submit evidence that a hearing date was scheduled. We will accept a printout from the EOIR Automated Case Information portal showing a future scheduled hearing date that is provided in conjunction with the forms listed above when the date on one of the above documents is TBD or the date has passed.

*Note: Track 3 can be specific documents or entire A-files. All Track 3 requests are created and processed in the NRC Office.*



# Multitrack Processing

06/26/2023

# FOIA Time Limits



Under the law, all federal agencies are required to respond to FOIA requests within 20 business days, unless there are "unusual circumstances". This time period generally begins when the request is received by the FOIA office of the component that maintains the record sought.

# 6 CFR 5.5(b)



*Multitrack processing.* All components must designate a specific track for requests that are granted expedited processing, in accordance with the standards set forth in paragraph (e) of this section. A component may also designate additional processing tracks that distinguish between simple and more complex requests based on the estimated amount of work or time needed to process the request. Among the factors a component may consider are the number of pages involved in processing the request or the need for consultations or referrals. Components shall advise requesters of the track into which their request falls, and when appropriate, shall offer requesters an opportunity to narrow their request so that the request can be placed in a different processing track.

# USCIS FOIA utilizes multitrack processing



USCIS FOIA has 3 separate tracks

- Track 1 (Simple Track)

- Track 2 (Complex Track)

- Track 3 (Accelerated Track)

# Track 1 (Simple Track)



U.S. Citizenship and Immigration Services

All Track 1 requests are processed in the SMP Office.

Track 1 requests encompass:

- a single specific document located at the NRC or available electronically; or

  *One specific document* does not necessarily mean a one-page document.  It means one document, regardless of page count (e.g., the request is for "my birth certificate", "my passport", "my I-485").  Please also note that a request for *one specific document plus related or supporting documents* is not a Track 1 (simple track) request and should be considered a Track 2 (complex track) request.

- a request for an A-number only

Track 1 requests are subject to the 20-day time limit

# Track 2 (Complex Track)



All Track 2 requests are processed in the NRC Office.

Track 2 requests are broken down further by specific documents (**Indicated as Track 1 in FIRST)** and full A-files (**Indicated as Track 2 in FIRST**). This breakdown is to facilitate the assignment of work.

- **Indicated as Track 1 in FIRST** – a single specific document (including related and/or supporting documents) and the record is not available electronically or located at the NRC;

- **Indicated as Track 2 in FIRST** – more than one specific document and unconsolidated receipt files; or a full A-file request

Track 2 requests are subject to the "unusual circumstances" and receive an extra 10 days to respond to the FOIA request.

# Track 3 (Accelerated Track)



All Track 3 requests are processed in the NRC Office.

Track 3 requests are for cases involving individuals who are to appear before an immigration judge and who have a future scheduled hearing date.  Track 3 requests can encompass requests for specific documents or full A-file requests.   They are generally more complex in nature and are often located at offices outside of the NRC.

Track 3 requests are subject to the "unusual circumstances" and receive an extra 10 days to respond to the FOIA request.  By having this third track, USCIS is able to process these requests on an accelerated basis.

# 6 CFR 5.5(c)



U.S. Citizenship and Immigration Services

*Unusual circumstances.* Whenever the statutory time limits for processing a request cannot be met because of "unusual circumstances," as defined in the FOIA, and the component extends the time limits on that basis, the component shall, before expiration of the twenty-day period to respond, notify the requester in writing of the unusual circumstances involved and of the date by which processing of the request can be expected to be completed. Where the extension exceeds ten working days, the component shall, as described by the FOIA, provide the requester with an opportunity to modify the request or agree to an alternative time period for processing. The component shall make available its designated FOIA Officer and its FOIA Public Liaison for this purpose. The component shall also alert requesters to the availability of the Office of Government Information Services (OGIS) to provide dispute resolution services.

# What do we mean by unusual circumstances?



U.S. Citizenship and Immigration Services

The FOIA defines "unusual circumstances" as

(1)   the need to search for and collect records "from field facilities or other establishments that are separate from the office" processing the request;

(2)   the need to search for, collect, and examine "a voluminous amount" of records "demanded in a single request"; and

(3)   the need to consult with another agency or two or more agency components.

**This is why both specific document requests that are located at a location other than the NRC or are not available electronically and entire A-file requests fall under Track 2 (Complex Track).**

# FIRST Indicators



U.S. Citizenship
and Immigration
Services

| Track Assignments for A-file Processing | | | | |
|---|---|---|---|---|
| **Track** | **AKA** | **Description** | **Statutory Timeframe** | **Current FIRST Indicators** |
| Track 1 | Simple track | Request is for one specific document* OR an A-number, and the record is physically located at the NRC or available electronically | 20 business days | Track 1 + SMP office |
| Track 2 | Complex track | Request is for one specific document*, and the record is not located at the NRC nor available electronically, OR the request is for more than one document, OR the request is for a full A-file | 20 + 10 business days for unusual circumstances | Track 1 + NRC office |
| | | | | Track 2 + NRC office |
| Track 3 | Accelerated track | Request pertains to a subject who is in removal proceedings and has a future hearing date | 20 + 10 business days for unusual circumstances | Track 3 + NRC office |

Until a FIRST enhancement is developed and deployed that ensures the blue top ribbon in FIRST correctly displays the track number, please refer to the table to identify what track a case was assigned.

# Tracks in FIRST



As the previous slide illustrated, the FIRST indicators display our current workaround to ensure that files are routed properly for scanning purposes.  These FIRST Indicators will remain in FIRST for the foreseeable future.  Eventually, there will be a change in FIRST to route requests that are not located at the NRC or available electronically to the correctly labeled track in FIRST since the "unusual circumstances" apply.

# Acknowledgment letters in FIRST



Acknowledgment letters generated in FIRST were updated last fall, to inform the requestors that their requests were routed to the correct tracks based on the definitions of what is truly a Track 1, 2, or 3 request.

# What happens when we get it wrong?



**What ensues when we talk about Track 1, 2, and 3 as we have in the past?**

- It creates confusion with the public

- Creates confusion on how to create requests in the appropriate track

- It opens USCIS FOIA up for lawsuits

# In Conclusion



U.S. Citizenship
and Immigration
Services

- USCIS FOIA, in accordance with 6 CFR 5.5(b), utilizes a multitrack processing system

- USCIS FOIA has 3 separate tracks (Track 1, Track 2, and Track 3)

- With the change that occurred last fall, we need to recognize how to determine which track a case should be created or processed in based on:

  - What documents are being requested **AND**

  - Where the record(s) sought are located

- For further clarifications, please refer to the FOIA Alert – Multitrack Processing or see your supervisor.



# Questions?