# **<u>Exhibit I</u>**

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓ |
| **To:** | FOIA Records Release Leadership |
| **Subject:** | Overview of Track Changes and Planned Actions |
| **Date:** | Friday, November 14, 2025 11:57:55 AM |
| **Attachments:** | Track Change Step by Step Process.docx |
| **Importance:** | High |

Good morning leaders,

As promised yesterday, listed below is an overview of the Track Changes and Planned actions. I have also attached a short overview of the process changes. There will be interim guidance pushed out Monday morning.

**Summary of Changes**

1. Incoming Requests Track: all A-File FOIA requests will come into the NRC Office as Track 2 (default).
2. SDO Office Created: Current NRC Track 1 will become Track 2 in SDO Office once created.
3. Track Change During CC: All cases will have tracks changed based on the selections the CC makes when creating the case.
4. Assigned Office: All cases will be automatically moved to the appropriate office (SMP, SDO, remain in NRC) once the CC pends the case assuming the made the correction selections when creating the case.
5. Tracks by Office:
    a. SMP- Track 1
    b. NRC- Track 2
    c. SDO- Track 2 (current NRC Track 1)
    d. Track 3: There could potentially be Track 3 cases in each office after the case is pended by the CC based on the type of request and selections made during creation.
6. Track 1 Processors: Team members who complete current NRC Track 1 cases will need to be given access to the SDO office and have their profiles updated to Track 2.
7. Post Enchantment: There will be NRC Track 1 cases that were created before next Tuesday that remain in the NRC office.

**Next Steps**

1. CC PPM interim guidance and PPM updates:
    a. Interim Guidance: Draft has been created for dissemination Monday
    b. PPM Update: Final PPM updates will be incorporated after the enhancement is rolled out to provide time for feedback and revisions to interim guidance post roll-out.
2. Notify supervisory staff pre-release:
    a. This message is that communication.
3. Notify FOIA employees

   a. Planned to be sent later today.
4. Review and Release of Interim Guidance
   a. This will happen Monday morning.
5. Walkthrough for CC On Monday afternoon.
   a. Invite will be sent out today or early Monday to all CC and IIIB personnel who work CC in OVT.
6. Movement of Previous NRC Track 1 Possessors to SDO Office
   a. This will occur after all NRC Track 1 cases are completed. Estimate 2 weeks after enhancement roll-out.
   b. Until then all those who work NRC Track 1 will stay in NRC working those cases.
7. Identify Profile Updates for Impacted Staff
   a. Adding SDO office and Track 2 to profiles of those directly impacted. In progress
   b. Implementation of these changes will be scheduled for the same date as the move to SDO in #5

███████

Program Manager/ACD
U.S. Citizenship and Immigration Services/IRIS
National Records Center/ FOIA Records Release Branch
Office: ███████████ | Cell: ███████████

**Track Change Step by Step Process:**

- Case defaults to Track 2
- The question "Is this request for the Full Alien File?" has been moved to the Locate tab
- The case creator will be required to select Yes or No to this question, there is no default to Yes or No
- If the case creator selects Yes, there are no additional steps needed.
- If the case creator selects No, the Record Requested option appears for the case creator to select the Specific document being requested.
- They will then need to select Yes or No for the question "Is this request for one specific document that is located at the NRC or available electronically ELIS/STACKS?"
- If the case creator selects Yes, a notification will appear stating "The case will update to Track 1 and change office to SMP after pending"
- If the case creator selects No, a notification will appear stating "The case will update to Track 2 and change office to SDO after pending"
- If the case is a Track 3, the case creator will complete the Track 3 procedures on the Request tab as normal
- The case creator will follow the same procedures as above but the case will remain a Track 3 in the appropriate SMP or SDO office
- The control number will change to a SMP or SDO control number when the case is pended. The control number will update on the ACK and Staffing letters at this time