**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL MINUTES</u>

| **Date:**  January 6. 2026 | **Time:**  15 minutes 2:00 p.m. to 2:15 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-03512-WHO | **Case Name:** Nightingale v. U.S. Citizenship and Immigration Services | |

**Attorneys for Plaintiff:**  Trina A. Realmuto, Mary A. Kenney, Matt Adams, Stacy Tolchin, and Raul Pinto
**Attorneys for Defendant:**  Cristen C. Handley and Elizabeth Shapiro

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Andrea Bluedorn

**PROCEEDINGS**

Case Management Conference conducted via videoconference. Court discusses the whistleblower's allegations, which are very concerning, and Mr. Arnold's preliminary responding declaration, which was helpful.  Among the questions raised by this are whether Mr. Arnold's representations are accurate, whether they address all of the whistleblower's concerns, whether there is a legal issue regarding application of the current procedures, and whether the anecdotal concerns raised by plaintiffs regarding the closing of their clients' FOIA requests are answered by the government's submission.  The Court directs the parties to work together to identify and produce informally the information that might answer those questions and others raised by whistleblower's allegations concerning the accuracy of representations about the FOIA backlog. The Court sets a case management conference in four weeks to assess and resolve any disagreements concerning the sharing of information.  Plaintiffs also raise concerns about sealing, which can be addressed through briefing if agreement is not reached.

**Further Case Management Conference set for February 3, 2026.  Further Status Report due January 30, 2026**