UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | No. 3:19-cv-03512-WHO<br><br>**JOINT NOTICE OF FILING OF EXHIBITS** |

On December 19, 2025, Plaintiffs filed a Notice of "Protected Whistleblower Disclosure Regarding USCIS Violations of the Freedom of Information Act, Regulations, and *Nightingale* Court Order," along with the related Disclosure. *See* ECF Nos. 193 & 193-1. The Disclosure cites 47 exhibits (totaling 272 pages), which the whistleblower's counsel provided counsel for the parties via e-mail on December 29, 2025, and again on December 30, 2025 with supplemental redactions. Counsel for the parties have conferred about the appropriate procedure for filing these exhibits and agree that 36 of the 47 exhibits may be filed publicly on the Court's docket, with redactions for certain personally identifying information of Government employees and third parties. Accordingly, the parties hereby submit those 36 exhibits.[1] As to the remaining 11 exhibits, Defendants anticipate moving the Court for leave

---

[1] To the extent that any of these 36 exhibits contain, in unredacted form, personally identifying information of the whistleblower that may otherwise be protected from public disclosure by the Privacy Act, 5 U.S.C. § 552a, the Whistleblower Protection Act, 5 U.S.C. § 2302 *et seq.*, or other laws governing the use and disclosure of information by the United States, the whistleblower has authorized and consented to the release of the information.

to file some or all of those under seal.  Plaintiffs will provide their position on the filing of the sealed exhibits after reviewing Defendants' motion.

Respectfully submitted,

| | |
|---|---|
| /s/Trina Realmuto | BRETT A. SHUMATE |
| Trina Realmuto (CA SBN 201088) | Assistant Attorney General |
| Mary Kenney* | Civil Division |
| National Immigration Litigation Alliance | |
| 10 Griggs Terrace | ELIZABETH J. SHAPIRO |
| Brookline, MA 02446 | Deputy Branch Director |
| (617) 819-4447 | |
| trina@immigrationlitigation.org | /s/Cristen C. Handley |
| | CRISTEN C. HANDLEY, MO Bar No. 69114 |
| Matt Adams (WSBA No. 28287)* | Trial Attorney |
| Northwest Immigrant Rights Project | United States Department of Justice |
| 615 Second Avenue, Suite 400 | Civil Division, Federal Programs Branch |
| Seattle, WA 98104 | 1100 L Street, NW |
| (206) 957-8611 | Washington, D.C. 20005 |
| | (202) 305-2677 |
| Raul Pinto ((DC Bar No. 90013180)* | Cristen.Handley@usdoj.gov |
| American Immigration Council | |
| PMB2026 | *Counsel for Defendants* |
| 2001 L Street N.W., Suite 500Washington, DC 20036 | |
| (202) 507-7549 | |

Stacy Tolchin (CA SBN 217431)
Law Offices of Stacy Tolchin
634 S. Spring St., Suite 500A
Los Angeles, CA 90014
(213) 622-7450

*Counsel for Plaintiffs*

**Admitted pro hac vice*

Dated: January 22, 2026