Exhibit 1

| | |
|---|---|
| Send Date: | 3/4/2024 |
| From: | ██████@uscis.dhs.gov |
| To: | #FOIA |
| CC: | n/a |
| Subject: | FOIA Alert – Cuban I-94 Specific Document Requests and Case Create No Record Policy Change |
| Attachment(s): | n/a |

**Cuban I-94 Specific Document Requests and Case Create No Record Policy Change**

Background: Since January 2024, USCIS has received approximately 20,000 requests from Cubans requesting their I-94's, arrival/departure, entry/exit, and/or parole documents due to recent changes in Immigration law. Discussions were held between the Acting FOIA Officer, FOIA leadership, USCIS and CBP Office of Chief Counsel (OCC), and NRC/IRIS leadership to determine the best path forward for handling this large influx of requests that fall within CBP's purview. The decision was made to close these requests upfront since USCIS does not maintain records for this population of requests.

What this means for you:

**Case Creators:**
Effectively immediately as of 3/4/24, if you receive a request and the subject of record's place of birth is Cuba and they are only asking for a copy of their I-94, arrival/departure, entry/exit, and/or parole documents, you will close the case No Record (NR) and add the insert for Cuban I-94's.

Major Change to No Record Letters for Case Creators:

Due to the new insert required for Cuban I-94's, we have made a change to the No Record letters. Normally, the Systems Searched language for No Record letters is automatically populated for case creators. Since this language does not apply to the Cuban I-94 No Record closures, we have removed the automatic language for Systems Searched. You will need to add the No Records - Systems Searched insert for all other situations when a PCIS search was completed.

**Case Processors:**

Scenario 1:
If you receive a case to process that was created prior to 3/4/24 where the subject of record's place of birth is Cuba and they are only asking for a copy of their I-94, arrival/departure, entry/exit, and/or parole documents, you will process the case as normal. If the documents are not located, close the request NR and add the insert for Cuban I-94's.