Exhibit 2

# OSD Policy Questions & Answers
## 05/05/2025



| Question? | Answer |
|---|---|
| ELIS I-821 | Non-ROP in ELIS file<br>• FOIA Response<br>• Table of Contents<br>• Supervisor Review Worksheet<br>• Risk and Fraud<br>• Case Flags |
| ELIS I-130/I-485 | Non-ROP in ELIS file<br>• FOIA Response<br>• Table of Contents<br>• Risk and Fraud<br>• Case Flags |
| ELIS N400 | Non-ROP in ELIS file<br>• FOIA Response<br>• Table of Contents<br>• NPQ Worksheet<br>• Risk and Fraud<br>• Case Flags |
| Are the Zip code look ups considered No-ROP so WIF with b7e and use b6 if 3rd party? | Yes. This is non-ROP material that would be WIF'd b7e. You would add a b6 if the address is for a third party. |
| I-181, Memorandum of Creation of Record of Lawful Permanent Residence | This is ROP material and should be reviewed for redactions.<br><br>*All A-file immigration forms beginning with "I" are ROP material.* |
| I-830E, Notice to EOIR: Alien Address | This is ROP material and should be reviewed for redactions.<br><br>*All A-file immigration forms beginning with "I" are ROP material.* |
| Are we required to WIF the evaluation of the SOR from a Mental health counselor or just redact any 3rd party? | If the mental health evaluation is for your subject as a sole patient, review for redactions. |

| | |
|---|---|
| | If the mental health evaluation is for the subject and third parties (family members), WIF as a joint document. |
| EOIR/BIA or State/Local court authored Orders and Correspondence to the subject as a sole respondent | Review for redactions |
| EOIR/BIA or State/Local court authored Orders and Correspondence to a third party or multiple respondents | WIF |
| EOIR/BIA Motions, correspondence from the subject | Review for redactions |
| EOIR/BIA Motions, correspondence from the agency with multiple respondents | WIF |
| EOIR/BIA Motions, correspondence from the agency with subject as sole respondent | Review for redactions |
| EOIR/BIA Motions, correspondence from subject's representative | WIF |
| Exhibits to EOIR/BIA Motions | Process as stand alone documents |
| Subject's Sole Respondent EOIR Transcripts | Review for redactions |
| Multiple Respondent EOIR Transcripts | WIF |
| Deceased/100 Year Rule | **Revised since Q & A meeting (04/25/2025):** If your case is a request for a deceased file, you can release the name of the deceased subject but will redact their personal information that could be tied to living relatives using the mosaic approach such as their address, phone numbers, SSN, or A-number. You will redact all other third party information, living or deceased, in their records.<br><br>If your case is a request for a living person's file, you will withhold any deceased person personal information in their records.<br><br>The 100 Year Rule no longer applies. |
| Paper A-file Jacket | This is not considered part of the official responsive records and can be OOS'd. |
| File Coversheets Examples: M-175 DHS/FOUO 1367, etc. | File coversheets are non-ROP material and can be WIF'd. |
| Passport Stamps | Passports are ROP material.<br><br>Redact any third party information (parents, etc.) (b)(6). |

| | |
|---|---|
| | Redact admission officers (b)(6)/(b)(7)(C). |
| Bond Obligor Documents | Bond obligor documents are considered ROP material with some exceptions (BMIS Cash Bond Data Entry, Bond Control Unit).<br><br>If the bond obligor is the subject or business (surety company), review for redactions.<br><br>If the bond obligor is a third party, WIF. |
| Served and Unserved Documents | Served documents will be redacted. Look for officer PII, third party PII, SIGMA, suite/Fl/room, etc.<br><br>Unserved documents will be WIF'd (b)(5) and add any additional applicable exemptions.<br><br>*Sunset rule applies.* |
| I-129 and I-140 petitions, letters, and supporting documents | All are considered ROP material.<br><br>Businesses do not have privacy rights. However, the employees of the businesses do.<br><br>The petitions themselves are an initiating document and should be redacted.<br><br>Letters to/from a representing attorney or third party should be WIF'd as third party.<br><br>Letters to/from a business should be reviewed for redactions.<br><br>Supporting documents should be reviewed for possible redactions. |
| Public Facing Officials that can be released | FOD, IJ, DC, CC, Port Director, DD, SAC, Civilian Judges, Wardens, Elected/Appointed Officials |
| ELIS Payment Information | This is ROP material. |
| ELIS FOIA Response Case Summary, ELIS Table of Contents and STACKS Table of Contents | This is non-ROP material and is WIF'd (b)(7)(E). Add any other applicable exemptions. |
| ICE attorney on EOIR Transcripts | If the ICE attorney is not a CC or DC, their name/statements will be redacted. |
| Letters submitted by the subject's (petitioner's) attorney | This is ROP material.<br><br>The attorney is a third party. Correspondence from any third party is WIF'd. |

| | |
|---|---|
| What if an atty, interpreter, preparer, etc. provide a cell number, should we redact that information? | Any personal phone number belonging to a third party will be redacted.<br><br>If the phone number belongs to a business, it can be released. |
| Question with the newest bulletin, so to clarify if a letter from USCIS to the SOR's atty will now be WIF since the atty is 3rd party? | Yes. Any correspondence addressed to a third party will be WIF'd. |
| What if the letter is addressed to just the business (i.e., Mata Law Firm or the business of the I-140 (TATA)? | Businesses do not have privacy rights. If a letter is addressed to a business, you will review for redactions. |
| Could there actually be some type of guidance that states a business does not have privacy rights and how to handle the address/ phone# and email addresses of that business. | Please see section Exemption (b)(6) of the processing guide:<br><br>FOIA exemption (b)(6) allows the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. There is no PA companion exemption…<br><br>Certain information is excluded from the use of exemption (b)(6).<br><ul><li>Third party personal privacy in a PA case with the exception of law enforcement in which exemption (b)(6) will be used in conjunction with exemption (b)(7)(C) and a companion PA exemption.</li><li>Since this exemption applies to personal privacy, corporations and businesses have no privacy rights under this exemption.</li></ul> |
| What if there is a foreign language document with no translation do, we still WIF or send off to have it translated? | No. Do not just automatically WIF an untranslated document with no translation in the responsive records. If after due diligence, you cannot translate the document, complete a Translation Ticket located on OSD SharePoint. |
| Do we have to take 3rd party info out of the SOR's testimony (i.e., Asylum statement and asylum Q&A with the asylum officer?/ Asylum / Any interview notes – redact all names / PII? Old rule to release all factual info. Example – SOR says uncle served in military and was killed by govt and dad in US | The asylum interview and notes are considered ROP material.<br><br>You will redact the USCIS employee and any third party information (b)(6). |

| | |
|---|---|
| (but no names; I just had that in a case yesterday). | |
| Is the EARM prints (see the following doc) considered to fall under EARM Search Results? | EARM screenprints are part of non-ROP material and are WIF'd (b)(7)(E). |
| Also, what about 3rd party court cases listed in briefs? | The mention of a third party court case (Jone vs. Utah) can be released in a motion to EOIR. A brief of the case cannot be released. You will WIF either (b)(5) and (b)(6) or (b)(6)/(b)(7)(C) as appropriate if being used by an Agency counsel, or (b)(6) or (b)(6)/(b)(7)(C) as appropriate if being submitted by a third party. |
| Westlaw and other public documents used by the SOR/their representatives do we withhold or are we looking at them as "public documents? What is considered Media type documents? | Westlaw court case documents submitted by the subject or their representative will be WIF'd (b)(6) or (b)(6)/(b)(7)(C) as appropriate. Publicly available documents like new articles can be released. Media is considered news articles, magazines, public internet pages, etc. |
| If on the EOIR court transcripts there is the SOR and their spouse together and the transcript states "judge to Mr. and Mrs. "Doe", do we need to redact the Mr. or Mrs.? | EOIR transcripts are considered ROP material.

If the transcript is for your subject as an individual respondent, you will redact.

If the transcript is for multiple respondents, you will WIF. |
| Do we redact when parent/guardian signs on behalf of minor? | If a parent or guardian signs on behalf of a minor on ROP material, you will redact if you do not have consent/VOI from the parent/guardian in the request. |
| Can we also look at WIF on these forms/docs<br>1.   Tax forms<br>2.   Page 2 of I130<br>3.   Marriage certificates | All these documents are considered ROP material.

1. Tax forms filed by the subject as an individual are redacted as appropriate. Tax forms filed by the subject jointly or third party tax forms are WIF'd.
2. An I-130 is an initiating document and should be redacted.
3. All marriage certificates will be WIF'd. |
| State / local court – does it matter if it's a criminal or civil case? That is, judgment in criminal case lists attorney – redact 6 + 7C – versus judgment in divorce case, use 6? Or is it always b6 (unless ICE atty)? | On criminal state/local court documents you should utilize (b)(6)/(b)(7)(C). On civil state/local court documents you should utilize (b)(6).

This will be clarified in the next bulletin. |

| | |
|---|---|
| Applicant Fingerprint cards – redact name of person taking fingerprints? If yes, b6 since not criminal cards? | **Revised since Q & A published 04/23/2025 -** All fingerprint cards are considered ROP material and should be reviewed for redactions.<br><br>The process of taking someone's fingerprints is a law enforcement function. Does not have to be for criminal purposes. Use (b)(6)/(b)(7)(C). |
| Bank records / checks: if made out to third party or statement shows third party, redact? Ditto online payment systems – e.g., SOR has a Zelle account and makes payments to various parties. Redact those names? If there's a lot, can I just use a block to redact (like in the Record of Transcript where we now redact a conversation between the judge and a third party). | If the bank records are from an account the subject shares jointly with another party, those will be WIF'd.<br><br>If the bank records are from the subject's individual account, you will redact any third party information. |
| These docs below can be found on the internet so would we hold or release them?<br><br>(pictures of Agency policy memorandum) | Not all policy memoranda can be found on an agencies public site. Therefore,<br><br>If the policy memorandum is submitted by the subject/representative as supporting documentation (ROP material), you will redact agency employee PII according to guidance and any third party PII.<br><br>If the policy memorandum is being used by an agency for determination/evidence (non-ROP material), you will WIF. |
| On Secondary Inspection would that be the US-visit docs? | G-1221 is NOT considered an OBIM (US Visit) document.<br><br>There is also a Secondary Inspection done by CBP.<br><br>Both are now considered non-ROP material are WIF'd. |
| I was hoping to get some clarification on the policy update. On page 6 of the CP guide, it lists All TECS screenprints not RIFd to another agency to be WIFd. Is this to include all screenprints with TECS in the header such as TECS II External Message or Person Subject Display or does this only include modernized TECS screenprints? Thank you | This includes ALL TECS screenprints not RIF'd to another agency. From the old system and modernized. |

| DOCS for Consideration to add to LE WIF List: | All these documents listed are now considered non-ROP material and are WIF'd. |
|---|---|
|     Consequence Delivery System<br>    FD258 Tracking System<br>    FBI Name Check Response<br>    Biometric Long Log<br>    All ATS related Docs. | |
| List sent from RDS Sups/MGRs<br><br>Letters of support<br>Joint Tax Returns/Bills/Bank Statements/any financial statement<br>Children's Birth Certificates<br>Photographs with anyone additional to SOR<br>School records<br>3rd Party G-325<br>Any 3rd party document or any document addressed to a 3rd party and not addressed to SOR.<br>Any Joint Document | All third party documents that your subject is not a party to, will be WIF'd.<br><br>All joint documents (subject shared with another person) will be WIF'd. For example: children's birth certificates, joint tax returns/bills/bank statements, photographs, etc.<br><br>The subject's individual documents will need to be reviewed for redactions. For example: The subject's school records, photographs, tax returns/bills/bank statements.<br><br>Any correspondence to/from a third party will be WIF'd. For example: USCIS approval/denial letters, RFEs, I-797s, letters of support, etc.<br><br>Any correspondence to/from the subject will need to be reviewed for redactions. |