Exhibit 5



To distribute to your team who help...

**From:** USCISFOIAOfficer <░░░░░░░░@uscis.dhs.gov>
**Sent:** Tuesday, September 16, 2025 10:59 AM
**To:** FOIA Records Release Policy Updates <░░░░░░░░@uscis.dhs.gov>
**Cc:** ░░░░░░░░@uscis.dhs.gov>; ░░░░░░░░@uscis.dhs.gov>; ░░░░░░░░@uscis.dhs.gov>; ░░░░░░░░@uscis.dhs.gov>
**Subject:** FOIA Guidance Change - Requirements for Acceptable VOI

Effective immediately, the following VOI requirements are revised:

<u>Required VOI items:</u>

- Date of birth. Requestors must provide the SOR's <u>complete</u> DOB in <u>mm/dd/yyyy</u> format. Requests with partial/unknown SOR DOB will be closed FC.

- Country of birth. Requestors must provide the SOR's <u>country</u> of birth. Requests that only provide other location information (e.g. city, province, etc.) or state that the SOR's COB is unknown will be closed FC.

- Physical address. Requestors must provide the SOR's physical address (even in digital requests). Requests that do not provide the SOR's physical address will be closed FC. A representative's address, such as an attorney, is insufficient to verify the SOR's identity.

<u>Optional information:</u>

- A-number/ parent's names. While requestors are not required to provide the SOR's A-number or parents' names, if it is provided and does not match SOR information, close NR.

These changes will be incorporated into our current procedural guidance. If you have any questions regarding these changes, please contact your supervisor.