Exhibit 6



FW: VOI Guidance Questions

Mon 9/22/2025 3:22 PM

FOIA | REF - Guidance

VOI Guidance Questions.docx
31 KB

Please see attached – this is the beginning.

From: ████████@uscis.dhs.gov>
Sent: Friday, September 19, 2025 2:11 PM
To: ████████@uscis.dhs.gov>; ████████@uscis.dhs.gov>; ████████@uscis.dhs.gov>; ████████@uscis.dhs.gov>; ████████@uscis.dhs.gov>;
Subject: VOI Guidance Questions

Good afternoon,

Please see the attached answers to most of the VOI questions submitted. There are a few that are still being worked on and we will provide an update next week. Please let me know if you have any questions on any of these responses.

Thank you,

████████
Section Chief
USCIS | IRIS | NRC
FOIA Records Release Branch



**From:** [redacted]@uscis.dhs.gov>
**Sent:** Monday, September 22, 2025 2:02 PM
**To:** [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>; [redacted]
**Subject:** RE: VOI Guidance Questions

Good afternoon,

Please see the remaining VOI questions attached.

Let me know if you have any questions on these responses.

Thank you,

**From:** [redacted]@uscis.dhs.gov>
**Sent:** Friday, September 19, 2025 2:11 PM
**To:** [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>
**Subject:** VOI Guidance Questions

Good afternoon,

Please see the attached answers to most of the VOI questions submitted. There are a few that are still being worked on and we will provide an update next week. Please let me know if you have any questions on any of these responses.

Thank you,

[redacted]
Section Chief
USCIS | IRIS | NRC
FOIA Records Release Branch

## Guidance questions:

**Effective Date**

- Is the effective date of the VOI policy change 9/16/2025 for both case creators and case processors?
- Answer: For case creators, the VOI policy is effective immediately. For case processors, the VOI policy will be effective for requests with a receipt date of 9/16/2025 or later.

**Name: (SOR and parent)**

- If the first name, last name, COB, DOB do not match, do we close it FC or NR?
- Answer: If you are unable to find a matching identity in the search tab (FN, LN, COB, DOB do not match), upfront close the request as NR.

- Currently cases may be closed NR when a parent's name is misspelled, even though parent names are optional VOI. Why is the same approach not applied when the SOR's name is misspelled when this is a mandatory VOI?
- Answer: The same name guidance applies to the SOR's name. If the subject of record's first name and last name do not match the potential identity in the search tab, upfront close the request as NR.

- What if the parents' names are not in the file?
- Answer: If the parents' names are not in the file but are listed in the request, this is not a discrepancy. Therefore, the case should be processed according to USCIS FOIA policy.

- What if parents' names are not a match or are spelled differently?
- Answer: If the parents' names within the records do not match what was provided in the request, upfront close as NR.

- Are minor misspellings of name, flipped FN/LN, flipped FN/MN, middle name doesn't match, abbreviations (Ma. for Maria) accepted for the subject of record and parents?
    - Answer: The only name related exceptions are:
        - Hyphens (e.g., Smith-Jones vs. Smith Jones)
        - De in last name (e.g., Hernandez vs. De Hernandez)
        - Spaces in names (e.g., Xiuncheng vs. Xiun Cheng)

     Abbreviated names, such as Ma. For Maria, are not an authorized exception.

- What if one parent matches and one does not?
- Answer: If one parent does not match, upfront close the request as NR.

- If the SOR has 2 last names but we only find one in the RR so it's a partial match, are we supposed to close that as NR (even if the A# is provided)? I don't think this was addressed in the new guidance.



- Answer: If the SOR provided 2 last names on the request but the responsive records only have 1 last name, upfront close the request as NR.

- Provided A-number with current name (newly married or changed name) and did not provided any aliases/other names use, and does not match the name located; do we process or close
- Answer: If the SOR's name does not match and no alias was provided, upfront close the request as NR.

## Bookmarks

- With this new guidance are we now required to bookmark not only the parent's FN but also their LN?
- Answer: If parents' names are provided, bookmark the first and last names of the parents.

- Now processors have to preview entire sequences looking for the parent names before they can actually begin to process the case.
- Answer: A processor should not preview the entire sequence to verify VOI prior to processing the case.

- So, since the physical address is now a part of the required VOI needed to process a request, is it a VOI bookmark we must verify? So, if the physical address is provided but not found in the RR's do we close NR?
- Answer: The SOR's address is a required part of VOI in the request. Because addresses are temporary and change, you will not be required to bookmark this in the responsive records.

## DOB

- Inverted MM/DD....close FC?
- Answer: The updated guidance requires the SOR's complete date of birth, including month, day, year. If the month and day are inverted, upfront close the request as FC.

- Does the DOB have to be in the exact format? (example: 3/3/61 vs 03/03/1961)
- Answer: The requestor must provide the full year of birth to be considered sufficient for VOI. The leading zero for month and day is not required.

- How will we address subjects who have spent years separated from their families in refugee camps and have no idea what their DOB is?
- Answer: The requestor is seeking USCIS agency records of the subject of record who has provided VOI information to USCIS in the past. The information in the FOIA request should match the information previously provided.

## Address

- The address provided for the SOR is the same as the attorney's address. With the new guidance below, can this case still be processed or should it be closed?

- Answer: The requestor must provide the SOR's current physical address unless the SOR is deceased or protected under 8 USC Section 1367/VAWA.

- What about PO Box for SOR's physical address?
- Answer: We can accept a P.O. Box as the SOR's physical address for VOI purposes.

- When we encounter deceased files, how do we bypass the address being a required piece of information to continue with processing?
- Answer: There is an exception to the VOI requirement of providing the SOR's address if SOR is deceased.

- What if they are homeless or in a temporary shelter where they are not allowed to use it as their address?
- Answer: Requestors are required to provide the SOR's address, which could include a P.O. Box.

**Country of Birth Recognition:**

- Our process requires requestors to provide a COB, which must be a recognized country rather than a province or city. How should we handle requests from non-UN recognized nations or disputed territories (ex: Taiwan)? Should these be treated as valid countries for processing, or would the recognized nation (China in this example) be required to process?
- Answer: Requestors must provide their country of birth instead of just providing the place of birth (province, city, etc.). For example, Taiwan is an option for requestors to select from the drop-down list on the front porch.

- If the COB provided is a recognized country but spelled incorrectly or listed incompletely/historically inaccurate (ex: "Trinidad" instead of "Trinidad and Tobago" or "Czechoslovakia" vs. "Czech Republic"), should the case be closed FC or should a case note be placed with the discrepancy and the case processed?
- Answer: If a requestor provides a country of birth that is spelled incorrectly or is incomplete, you may accept the country of birth as sufficient for VOI as long as you can clearly identify the country of birth. For example, you could accept Trinidad as a country of birth because there are no other similarly named countries. However, if the requestor provided "Turk" as the country of birth, it would not be sufficient because there are 3 similarly named countries (Turkey, Turkmenistan, and Turks and Caicos Islands).

- Can we consider closing when the COB provided is US and not their actual COB?
- Answer: If the requestor provided the SOR's incorrect country of birth, it would be sufficient for VOI. However, if the case creator is unable to find an exact match in the Search Tab using the VOI information provided, upfront close the request as NR.

- Place of birth, what if the request states something like 'DHS alleges Mexico'?



- Answer: The requestor must provide the SOR's country of birth. If they believe that the SOR's records are incorrect, they can submit a request for an amendment of records under the Privacy Act.

**Front Porch**

- Are we removing the "Same as Requester Mailing Address" from Front Porch request?
- Answer: No, because there could be scenarios where the requestor's mailing address is the same as the subject's. For example, this box could be used for self requestors and parent/child requests.

**Sequences**

- What about multiple sequences? If it's a hybrid file (example: physical A-file and digital records or STACKS A-file and physical file) and you can verify in one sequence but the other sequence or sequences we can't do we shut it all down then?
- Answer: If there is a discrepancy with any piece of VOI within one sequence of responsive records, case note the discrepancies and deactivate said sequence. If the VOI information located in a sequence matches the request, continue processing the sequence even if not all pieces of VOI are present.

- What if there are several sequences in a file and parents' names don't match in some sequences but in others it does?
- Answer: If there is a discrepancy with any piece of VOI within one sequence of responsive records, case note the discrepancies and deactivate said sequence. If you believe the records are misfiled, please follow the guidance within the CP Guide. If the VOI information located in a sequence matches the request, continue processing the sequence even if not all pieces of VOI are present.

**Amendments**

- Currently, all requests are being treated under FOIA, which provides access to government records. Under the PA, individuals may correct inaccuracies in their federal records. If a true PA case were to be closed NR due to a parent's name misspelled, could this be preventing requestors from exercising their PA rights to correct inaccurate information in our records? How should these situations be handled to ensure individuals are not placed in an endless loop trying to guess what their parent's names are within our records when a correction might be needed under the PA rights?
- Answer: For requests to amend records, the requestor will need to specifically request an amendment to their records in the FOIA request.

### A-number

- If a second A# is found in the file, but only one was provided, how do we handle that?
- Answer: If a second A# belonging to the subject of record is found in the file, please send the case to records locate in accordance with the CP Guide. If the VOI in the responsive records belongs to another individual, review the records to determine if they were misfiled.

### Digital Request and Paper G639 do not match

- If the request provides the attorney address on digital request (info that is input into FIRST), and includes G-639 scanned in as ARD with physical address; do we process or close?
- Answer: If the attorney address is listed as the SOR's address on a digital request, upfront close the request as FC unless the SOR is protected under 8 USC Section 1367/VAWA.
- What if the digital request does not have the correct DOB/COB or parents' names but the G639 provided does?
- Answer: If the digital request has different information from the G-639, we will only use the information provided on the digital request for VOI.

### Inserts

- Can the FAL be updated to reflect why we are closing, such as not providing a physical address for the SOR? As it stands now, there isn't that option and it's going to cause confusion to requestors.
- Answer: The inserts will be reviewed and updated as needed.
- When cases are closed as NR due to a parent name misspelling will there be new insert language added beyond the standard "NR" insert? For example, could wording be included to clarify that the VOI provided does not match our records?
- Answer: The inserts will be reviewed and updated as needed.