Exhibit 8

**Parents Name VOI Guidance Clarification**

To: ☐ FOIA Records Release Leadership

Fri 9/26/2025 1:21 PM

This message was sent with High importance.

FOIA Leaders,

Understand that you may be getting questions from your team about the new VOI guidance (specifically about the requirement for verifying parent names), so I wanted to provide some explanation/context for your use.

While it is correct that requestors are not required to submit parent names as VOI, that does not mean that we can simply ignore mismatches/errors if they choose to submit the information. Requiring parents' names to align with the record set helps us verify accuracy and reduce the chance of privacy violations and errors. We have seen a rise in significant incident reports (SIRs) this year. By ensuring parents' names match, we can decrease the number of SIRs and improve the program's overall efficiency and accuracy.

Also note that there are several exceptions to the exact match requirement for names that allow for spacing, hyphens and "De" in last names.

What our CPs should be doing:
- If a requester provides parents' names, verify they match the names in the relevant record set before processing.
    - If they do not match, shut the case down and upfront close as FC.
- If the requester does not provide parents' names, process the request using standard VOI requirements.

Thank you for reinforcing this guidance with your teams.

In general, as leaders who work closely with front-line case creators and processors, it's our responsibility to ensure that you are equipped to address updated policy questions and concerns with your teams. If you have any questions or need clarification about new guidance, please bring them forward so we can ensure you're fully prepared to serve as the policy subject matter expert (SME) for your team.

To support this, we are implementing a **minimum** one-day review period for all leaders to review upcoming policy or process changes before they are implemented. This review period will not apply to emergency changes where advance review is not possible.

Program Manager/ACD
U.S. Citizenship and Immigration Services/IRIS
National Records Center/ FOIA Records Release Branch

37