Exhibit 9

# United States Citizenship and Immigration Services (USCIS) Freedom of Information Act (FOIA) Policy and Procedure Manual (PPM)

## Volume I
## Case Create

September 26, 2025

National Records Center




| | |
|---|---|
| 5. Additional Information | Freehand section for adding the information provided in the "Additional Information" Section of the Form G-639. |

After completing the Request Tab, use the Actions drop-down to move to the next tab.

b. **Search Tab**
The Search Tab uses information entered into the Request Tab to search the Person Centric Identity Service (PCIS) System, for identities of individuals with USCIS immigration records that could be a potential match to the subject of record.

c. **Duplicate Tab**
In the Duplicate Tab, FIRST will conduct a search to determine whether the new FOIA request is a duplicate of a previous FOIA request.

d. **Locate Tab**
In the Locate Tab, FIRST will initiate a search of the RAILS System, for the location of available immigration records that could be responsive to the request.

e. **Letters Tab**
In the Letters Tab, an acknowledgement letter or a final action letter can be generated and sent to the requestor, notifying them of the action that has been taken on their request. All FOIA requests will have one of these letters created in the Letters Tab with the exception of cases closed as an error (ER).

# Chapter 2: USCIS Case Create Policy and Procedures

## 2.1.0 Case Notes

### 2.1.1 Add Case Notes

Please review the appropriate sections of this manual to determine if a case note is required. You are also required to add a case note when:

- The information provided in the request does not match the results in the Search Tab. This includes variations in the subject's name, date of birth, country of birth, address, parents' names, and A-numbers.
- The file is not available to be staffed in RAILS.
- The track does not match the records sought in the request.

- - Section 3, fill in subject's name, DOB and COB
- If the description of records sought is not provided or blank, update the Category to None.
- Add the Blank Description of Records insert to the final action letter.
- Add a case note explaining why the case was closed as FC.
- Click Actions on the top right corner, Select Upfront Approval.

## 2.2.3 Verification of Identity (VOI)

This section applies to all requests.

When a request is made for access to immigration records, the subject of record's identity must be verified (6 CFR 5.21(e)). The subject of record (SOR) is the individual whose records are being requested. VOI is required to protect the subject of record's privacy interests.

Verify that the requestor provided the following information about the SOR:
- Full name
- Current physical address, including P.O. Box, unless:
  - The SOR's address is protected under 8 USC Section 1367/VAWA. A safe address is acceptable.
  - The SOR is deceased.
  - Examples of insufficient addresses are:
    - An email address regardless of the manner of request submission

---

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

7 | Page

---

      (paper/digital)
    - Address of a representative, such as an attorney
    - Incomplete address (missing city, state, etc.)
- Complete date of birth (DOB), including month, day, year
  - Unknown or incomplete dates of birth are insufficient.
- Country of birth
  - Failing to provide country of birth or stating that the country of birth is unknown is insufficient.
- Signature (unless SOR is minor and requestor is parent/guardian or SOR is deceased)
  - The SOR must sign the request and provide a signature that is either notarized or made under penalty of perjury.
  - The only required information from a notary is their signature and date signed. Seals are not required.

| Acceptable Signatures | Unacceptable Signatures |
|---|---|
| - Original Signature<br>- An original signature photocopied, scanne[d]… | - Noncertified Electronic Signature. This electronic form of a signature. It is not… |

(paper/digital)
- Address of a representative, such as an attorney
- Incomplete address (missing city, state, etc.)
- Complete date of birth (DOB), including month, day, year
  - Unknown or incomplete dates of birth are insufficient.
- Country of birth
  - Failing to provide country of birth or stating that the country of birth is unknown is insufficient.
- Signature (unless SOR is minor and requestor is parent/guardian or SOR is deceased)
  - The SOR must sign the request and provide a signature that is either notarized or made under penalty of perjury.
  - The only required information from a notary is their signature and date signed. Seals are not required.

| Acceptable Signatures | Unacceptable Signatures |
|---|---|
| - Original Signature<br>- An original signature that is later photocopied, scanned, faxed, or similarly reproduced<br>- Handwritten "X," or similar mark (including a fingerprint, if unable to write)<br>- Abbreviated signature<br>- Signature of parent or legal guardian, if proof of parentage/guardianship provided<br>- Certified Digital Signature (including DocuSign, DigiCert, Adobe, and Verisign). These signatures are encrypted and have the software name used to sign and/or have time stamps. | - Noncertified Electronic Signature. This is simply an electronic form of a handwritten signature. It is not encrypted, time stamped, or created by signature software. |
| DocuSigned by:<br>*Sample Signature*<br>DAA111133332222<br><br>Casey Crane — Digitally signed by Casey Crane Date: 2021.11.15 14:49:06 -05'00' | *Sample Signature*<br><br>*Franklin* |

WARNING- This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Research Center use only. It contains...

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

- Illegible Documents submitted in digital requests
    - If the document is required to process the request (e.g required for VOI/consent), close FC. (See *Section 2.2.4, Upfront Closure: Failure to Comply*).
    - If the document is not required to process the request, create the case as appropriate.

- Untranslated Foreign Language Documents
    - Foreign language documents submitted with the request must be accompanied by a full English language translation, which the translator has certified that he or she is competent to translate the foreign language into English and the translation is complete and accurate. Both the translated document and the foreign language document must be submitted together with the request.
    - If the requestor fails to provide a copy of the translation and the foreign language document needed for VOI/consent, close FC (See *Section 2.2.4, Upfront Closure: Failure to Comply*).
    - Add the Untranslated Documents insert to final action letter.

- Other Situations Not Described Here
    - If assistance is needed while case creating, email your supervisor and move the case to Admin in order to be able to pull another case while waiting for a response.

    To move a case to Admin in FIRST:
    - Add a case note explaining why the case is being sent to Admin.
    - Go to the Actions drop-down.
    - Select Move and then Admin.
    - Email your supervisor.

# 2.5.0 Request Tab

The Request Tab is the first section in FIRST that the Case Creator will complete when creating the case.

## Section 1: Type of Request

### 2.5.1 Type

All requests at the case create level are considered FOIA.

### 2.5.2 Track

USCIS uses a three track, first-in/first-out (FIFO) multitrack processing system (6 CFR 5.5(b)).

Do not change the Track in Section ... automatically change based on the selections made in future sections of FIRST.

| | |
|---|---|
| **Subject's Full Name** | Enter the subject's complete name as provided in the request.<br><br>*Add any additional aliases found in the ARDs<br><br>Do not use any punctuation in this field (commas, periods, hyphens) or special characters. Using punctuation or special characters can affect the FIRST search function.<br><br>Remove the punctuation or special characters from front porch requests.<br><br>This field is *. They are required to be completed to move forward or close the case. |
| **Date of Birth** | Enter the subject's date of birth as provided in the request.<br><br>If the requestor does not provide the subject's full DOB in month/day/year format or states unknown, it is not acceptable for VOI. Select "Unspecified" in the DOB fields. If additional DOB(s) are provided, do not add them to FIRST. This field is *. It is required to be completed to move forward or close the case. The leading zero for month and day is not required. |
| **Place of Birth** | Select the subject's country of birth in FIRST.<br><br>Requestor must provide the subject's country of birth for VOI. Providing "Unknown" is NOT acceptable for VOI. Select "Unspecified" in the COB field if no country of birth is provided.<br><br>This field is *. It is required to be completed to move forward or close the case. |
| **USCIS Information** | Enter all A-numbers provided in the request. Ensure you use all 9 digits.<br><br>Enter all receipt number(s) provided under Description of Records Sought from request. Enter using the following format: MSC0123456789 (prefix must be capitalized).<br><br>To add more than one A-number or receipt number, click on the +Add Additional Alien Number/Request Receipt Number. Do not enter Form I-94 or USCIS account |

30 | Page

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

# Section 5: Additional Information

## 2.5.17 Additional Information

Do not add any information to the "Additional Information" section.

# 2.6.0 Search Tab

The Search Tab uses information entered into the Request Tab to search the Person Centric Identity Service (PCIS) System for identities of individuals with USCIS immigration records that could be a potential match to the subject of record.

## 2.6.1 Search for Matching Identity

FIRST automatically searches PCIS in order of the following factors:
- A-number(s)Receipt number(s)

32 | Page

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

- First name and last name
- Date of birth
- Country of birth

## 2.6.2 Perform a Search in FIRST

Go to the Actions drop-down and select Search from the drop-down menu.

If there are any possible matches, the first 10 possible results will appear in the "Results Found in PCIS" screen.

**Results Found in PCIS**

FIRST will automatically search PCIS by the following factors: A-Number(s), Receipt Number(s), or First Name, Last Name, Date of Birth, and Country of Birth. To identify the subject of record for the request, compare the information entered on the request tab to the PCIS identity search results displayed in the table. Then select an identity to match to this request.

Search Criteria: Alien Number(s): A[redacted], First Name: [redacted], Last Name: [redacted]
DOB: [redacted], COB: [redacted], Alias Names: [redacted]

To modify this search criteria, please fill out data fields in the request panel and select 'Refresh Results'

C Refresh Results

| A-Number | Subject of Record | Date of Birth | Country of Birth | Compare | Select |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | MEXICO - MEX | | SELECT |
| [redacted] | [redacted] | [redacted] | MEXICO - MEX | | SELECT |

## 2.6.2 Perform a Search in FIRST

Go to the Actions drop-down and select Search from the drop-down menu.

If there are any possible matches, the first 10 possible results will appear in the "Results Found in PCIS" screen.

**Results Found in PCIS**

FIRST will automatically search PCIS by the following factors: A-Number(s), Receipt Number(s), or First Name, Last Name, Date of Birth, and Country of Birth. To identify the subject of record for the request, compare the information entered on the request tab to the PCIS identity search results displayed in the table. Then select an identity to match to this request.

**Search Criteria: Alien Number(s):** A▓▓▓▓, **First Name:** ▓▓▓▓, **Last Name:** ▓▓▓▓ **DOB:** ▓▓▓▓, **COB:** ▓▓▓▓, **Alias Names:** ▓▓▓▓

To modify this search criteria, please fill out data fields in the request panel and select 'Refresh Results'

C Refresh Results

| A-Number | Subject of Record | Date of Birth | Country of Birth | Compare | Select |
|---|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | MEXICO - MEX | 🔊 | SELECT |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | MEXICO - MEX | 🔊 | SELECT |

## 2.6.3 Identify the Subject of Record

## 2.6.3 Identify the Subject of Record

Compare the information entered on the left side of FIRST (first name, last name, COB, DOB, parents' names) to the PCIS identity search results displayed by selecting the Compare icon.



33 | Page

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

- Only one potential match can be compared at a time.
- If the potential identity matches, click the "Select" Button.
- If more than one matching identity is located, only one identity can be selected. It does not matter which matching identity is selected.



## 2.6.4 No Exact Identity Match

Requestors must provide correct VOI (name, DOB, and COB) information. If there are multiple possible identities with the same VOI information, parents' names, A-number, receipt number, and aliases can be used to confirm identity if provided. Any mismatches of VOI information will be upfront closed as no record with the following exceptions:

- Name (SOR, parents' names, requestors' VOI for minor/incompetent requests)
    - Hyphens (e.g., Smith-Jones vs. Smith Jones)
    - De in last name (e.g., Hernandez vs. De Hernandez)

- Only one potential match can be compared at a time.
- If the potential identity matches, click the "Select" Button.
- If more than one matching identity is located, only one identity can be selected. It does not matter which matching identity is selected.



### 2.6.4 No Exact Identity Match

Requestors must provide correct VOI (name, DOB, and COB) information. If there are multiple possible identities with the same VOI information, parents' names, A-number, receipt number, and aliases can be used to confirm identity if provided. Any mismatches of VOI information will be upfront closed as no

## 2.6.4 No Exact Identity Match

Requestors must provide correct VOI (name, DOB, and COB) information. If there are multiple possible identities with the same VOI information, parents' names, A-number, receipt number, and aliases can be used to confirm identity if provided. Any mismatches of VOI information will be upfront closed as no record with the following exceptions:

- Name (SOR, parents' names, requestors' VOI for minor/incompetent requests)
    - Hyphens (e.g., Smith-Jones vs. Smith Jones)
    - De in last name (e.g., Hernandez vs. De Hernandez)
    - Spaces in names (e.g., Xiuncheng vs. Xiun Cheng)
- Country of Birth
    - If a requestor provides a country of birth that is spelled incorrectly or is incomplete, it may be acceptable if the country of birth can be clearly identified.
    - Incomplete submissions: For example, a request that listed "Trin" is acceptable as a country of birth (Trinidad) because there are no other similarly named countries. However, if the requestor provided "Turk" as the country of birth, it would not be sufficient because there are 3 similarly named countries (Turkey, Turkmenistan, and Turks and Caicos Islands).
    - Misspelled submissions: For example, a request that listed "Australasia" would not be sufficient because the misspelling could indicate a country of birth of either Austria or Australia.

34 | P a g e

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

Requestors may also provide secondary (optional) information, such as A-number or Receipt number. If a single A-number or multiple A-numbers are provided with no exact matches, upfront close the case as no record.

If multiple A-numbers are provided in the request and at least one of the A-numbers is a match, delete any A-numbers that are not a match and proceed with creating the case using the matching A-number.

## 2.6.5 Upfront Closure: No Records (NR)

Upfront close the request as No Record when:
- There is no matching identity for the subject of record in the Search Tab
- There are no staffable responsive records in the Search Tab
- The responsive records are missing or lost
- The request is only for an I-94, arrival/departure, or entry/exit document
- The only responsive record is an EOIR Receipt file located at SSC
- The only responsive record is an empty A-file jacket that has an FCO other than HAV
- A file is in transit to NVC and there are no other responsive records to staff

To close a case as No Record:
- Complete the Request Tab with all available information.
- Add a case note explaining why the case was closed as NR.

## 6.5 Upfront Closure: No Records (NR)

Upfront close the request as No Record when:
- There is no matching identity for the subject of record in the Search Tab
- There are no staffable responsive records in the Search Tab
- The responsive records are missing or lost
- The request is only for an I-94, arrival/departure, or entry/exit document
- The only responsive record is an EOIR Receipt file located at SSC
- The only responsive record is an empty A-file jacket that has an FCO other than HAV
- A file is in transit to NVC and there are no other responsive records to staff

To close a case as No Record:
- Complete the Request Tab with all available information.
- Add a case note explaining why the case was closed as NR.
- Go to the Actions drop-down.
   - Click on Upfront Close.
   - Select NR: No Record.
- On the Letter Tab, add the applicable NR letter insert.
   - For specific document requests where only the I-94, arrival/departure, or entry/exit document is requested, add the I-94 insert.
      - If the I-94, arrival/departure, or entry/exit document and another specific document is requested, do not add the I-94 insert.
   - Select Update Letter.
- Go to the Actions drop-down.
   - Select Send for Approval.

## 6.6 Upfront Closure: CBP Referral (RF)

Refer requests to CBP when the subject of record is a U.S. born citizen, requesting arrival/departure information and no records are found in the Search Tab.

Procedures for closing a case RF:
- Complete all criteria for creating the case as appropriate.
- Add a case note on why you are closing RF.
- Go to the Actions drop-down.

35 | Page

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

   - Click on Refer Case.
   - Select CBP: U.S. Customs and Border Protection.
- The RF letter will appear.
- Go to the Actions drop-down.
   - Select Send for Approval.

## 2.7.0 Duplicate Tab