Exhibit 10

| SIR Details | |
|---|---|
| Released wrong file - Track 2, processed as a PA rather than a FOIA. The subject of record and the subject of the incorrect responsive records have a similar name, but the middle name, last name, and parents' names do not match. | processor |
| Released realeased 1 page of records containing a CBP's officer's name. | processor |
| Released 96 pages of records in full. These pages were not redacted and had information belonging to CBP, ICE, FBI, and local law enforcement reports. | processor |
| Released correct file but contained misfiled documents. Released 3rd party PII. | Processor should have caught the misfiled documents |
| Released correspondence to a requestor that included an A-number on the addressed envelope. | OA, A number was on envelope |
| Released records that do not belong to the intended subject of record (SOR). | CC and Processor |
| An A File that does not belong to the Subject of Record was released to the Requestor/Attorney. | CC and Processor |
| An A File that does not belong to the Subject of Record was released to the Requestor/Attorney. | CC and Processor |
| An A File that does not belong to the Subject of Record was released to the Requestor/Attorney. | CC and Processor |
| A portion of an A File that does not belong to SOR was released which was misfiled into file. | Processor should have caught the misfiled documents |
| A-file documents that should have been redacted were processed incorrectly. | processor |
| During a supplemental release it was discovered that A file records previously released under the same case number that were not properly redacted | processor |
| A file contained misfiled documents that were not repsonsive to this request and were processed incorrectly | Processor should have caught the misfiled documents |
| CBP officer's name released | processor |
| Specific doc request, wrong file was staffed for. Incorrect records were processed and released. | CC and Processor |
| A file for a twin brother was processed incorrectly due to nearly identical VOI. | Processor |
| Two different individuals were mistakenly consolidated into a single A file. | Processor should have caught the misfiled documents |
| A portion of the records released in response to FOIA case NRC2024524564 do not belong to the A file SOR. | Processor |
| Released an A File with similar name, DOB, COB that does not belong to the intended subject of record (SOR). | CC and Processor |
| Released an A File with similar name, DOB, COB that does not belong to the intended subject of record (SOR). | CC and Processor |
| Released an A File with similar name, DOB, COB that does not belong to the intended subject of record (SOR). | CC and Processor |
| Misfiled A file records relating to a 3rd party were released that should have been withheld. | Processor |
| A file records relating to 3rd party were released that should have been withheld. | Processor |
| Released an A File with similar name, DOB, COB that does not belong to the intended subject of record (SOR). | CC and Processor |
| Released an A File with similar name, DOB, COB that does not belong to the intended subject of record (SOR). | CC and Processor |
| Released an A File with similar name, DOB, COB that does not belong to the intended subject of record (SOR). | CC and Processor |



# FOIA Requests

## A. Received, Processed, and Pending FOIA Requests

| Processing Center | Number of Requests Pending as of Start of Fiscal Year | Number of Requests Received in Fiscal Year | Number of Requests Processed in Fiscal Year | Number of Requests Pending as of End of Fiscal Year |
|---|---|---|---|---|
| CBP | 104,650 | 178,517 | 148,760 | 134,406 |
| CISA | 349 | 963 | 814 | 498 |
| CRCL | 116 | 433 | 388 | 161 |
| FEMA | 712 | 1,686 | 1,721 | 672 |
| FLETC | 29 | 255 | 267 | 17 |
| FPS | 82 | 545 | 556 | 71 |
| I&A | 359 | 468 | 347 | 479 |
| ICE | 32,216 | 59,300 | 69,270 | 22,246 |
| OIG | 419 | 170 | 54 | 535 |
| PRIV | 27,390 | 106,117 | 116,584 | 16,923 |
| S&T | 0 | 225 | 65 | 160 |
| TSA | 940 | 2,639 | 1,305 | 2,273 |
| USCG | 2,865 | 2,904 | 1,904 | 3,856 |
| USCIS | 33,264 | 555,838 | 551,640 | 37,462 |
| USSS | 142 | 1,475 | 1,264 | 353 |
| AGENCY OVERALL | 203,533 | 911,535 | 894,939 | 220,112 |

53