Exhibit 12

| Control Number | Type | Office | Track | Status | Closed Reason | Request Date | Backlog Date | Closed Date |
|---|---|---|---|---|---|---|---|---|
| | FOIA Request | ALF | 2 | C | NR | 10/22/2025 | 12/08/2025 | 10/24/2025 |

ACTIONS ▾

Page [ 1 ] of 3    125%

**Topic**
All Records

Show More ▾

| Documents | Summary | Letter | History | More ▾ |

OFF [ ON ]

1. Additional Request Documentation
2. Additional Request Documentation
3. Additional Request Documentation
4. Additional Request Documentation
5. Request Letter
6. Additional Request Documentation
7. Additional Request Documentation
8. Additional Re...   Document Name: Refugee Travel Document.pdf   Progress:
9. Additional Re...
10. Additional Request Documentation

**Details**

Status: Received
Group: Request Documents
File Name: Refugee Travel Document.pdf

---

**Document content (center panel):**

VALID FOR ONE YEAR

**United States Department of State**
Bureau of Population, Refugees, and Migration
Washington, D.C. 20520-5824

Date Issued: [redacted]

The Transportation Company And Transportation Security Administration

Document ID: [redacted]

RE: [redacted]     UNHCR Case Number: [redacted]

Sir/Madam:

Pursuant to the accompanying travel packet (for international flights) or the form I-94 (for U.S. domestic flights), the Department of Homeland Security/U.S. Citizenship and Immigration Services has approved the application to apply for admission to the United States of the below-named alien(s) under section 207(c)(1).

| A: [redacted] | A: [redacted] | A: [redacted] |
|---|---|---|
| [redacted] | Wife/Husband | Wife/[redacted] |
| DOB: | DOB: | DOB: |
| COB/NAT: | COB/NAT: | COB/NAT: |

↑ A-numbers

---

**Case Notes**   + Add Note

10/24/2025 02:07 PM   [redacted]

Created ALF close NR parents

Per verified policy/CC PPM TEAMS guidance, close as NR. Since spelling of parent names is not "exact" match in FIRST..

← REPLY

---

Font
Outline
Arrow S...
Arrow C...
Arrow S...
▸ Advanc...

