Exhibit 16

**Non-ROP Material**

All non-ROP material is WIF'd (b)(7)(E), add (k)(2) if a PA case. You will need to review each document to determine if additional exemptions apply. This is not an all inclusive list.

| Form Number | Title |
|---|---|
| Screenprint | Board of Immigration Appeals Inquiry System |
| Screenprint | ISRS Screenprints |
| Screenprint | Criminal Repository Inquiry |
| Screenprint | Encounter History Screenprints |
| Screenprint | ABIS Print Hit |
| Screenprint | ABIS Candidate |
| Screenprint | Case History (CHIS) |
| Screenprint | Case Status (CSTA) |

6

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

| | |
|---|---|
| Screenprint | Case Status Report |
| Screenprint | Accurint/AutoTrackXP/Choicepoint/CLEAR/Discovery Plus/LexisNexis/National Comprehensive Report Person Searches |
| Screenprint | DoJ-EOIR Details-PCQS |
| Screenprint | Checkers Screenprints |
| Screenprint | CAMINO Person Profile Screenprints |
| | *TRIG section is standardized and does not require a bookmark unless there is a TRIG indicator. |
| Screenprint | Central Index Systems (CIS) Screenprints |
| Screenprint | INS AR-11 Alien Change of Address Query Request |
| Screenprint | Claims Mainframe |
| Screenprint | NETS/RAILS screenprints |

| | |
|---|---|
| ELIS I-821/I-821D | Non-ROP in ELIS File<br>• FOIA Response<br>• Table of Contents<br>• Supervisor Review Worksheet<br>• Risk and Fraud |

12

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

| | |
|---|---|
| ELIS I-130 | • Case Flags<br>Non-ROP in ELIS File<br>• FOIA Response<br>• Table of Contents<br>• Risk and Fraud<br>• Case Flags |
| ELIS I-485 | Non-ROP in ELIS File<br>• FOIA Response<br>• Table of Contents<br>• Risk and Fraud<br>• Case Flags |
| ELIS N400 | Non-ROP in ELIS File<br>• FOIA Response<br>• Table of Contents<br>• NPQ Worksheet<br>• Risk and Fraud<br>• Case Flags |
| ELIS I-765 | Non-ROP in ELIS File<br>• FOIA Response<br>• Table of Contents<br>• Supervisor Review Worksheet<br>• Risk and Fraud<br>• Case Flags |

separate set of ROP and non-ROP records.

Non-ROP material is used to help the adjudicator decide whether to request the applicant or petitioner submit additional evidence. Non-ROP documents created in association with an initiating document include those that are not received from, or provided to, the individual. They include, but not limited to:
- Worksheets, Checklists, Routing Slips
- System Screenprint (ATS, TECS, CIS, NFTS, PCQS, CPMS, rap sheets, DACS, Enforce, EARM, etc.)
- FDNS Material
- Security Check Forms

In general, ROP materials are subject to Privacy Act and FOIA requests without significant redactions. Non-ROP materials, by contrast, can be protected in whole or in part against FOIA and Privacy Act disclosure. Confusing the two can lead to the unintentional release of information.

**Non-ROP Material**
All non-ROP material is WIF'd (b)(7)(E), add (k)(2) if a PA case. You will need to review each document to determine if additional exemptions apply. This is not an all inclusive list.

| Form Number | Title |
|---|---|
| Screenprint | Board of Immigration Appeals Inquiry System |
| Screenprint | ISRS Screenprints |
| Screenprint | Criminal Repository Inquiry |
| Screenprint | Encounter History Screenprints |
| Screenprint | ABIS Print Hit |
| Screenprint | ABIS Candidate |
| Screenprint | Case History (CHIS) |
| Screenprint | Case Status (CSTA) |

6