Exhibit 17





Favorites   Arrow   Text   Callout   Shape   Stamp   Fill   Move   Highlighter   Undo   Redo

| Control Number | Type | Office | Track | Status | Closed Reason | Request Date | Backlog Date | Closed Date | |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | FOIA Request | NRC | 2 | C | NR | 09/26/2025 | 11/12/2025 | 11/10/2025 | ACTIONS ▼ |

Jump to Section: ① ② ③ ④ ⑤    ⊖ ⊕  125% ▼    |◄ ◄ ► ►|  Page [44] of 737

Case Notes    + Add Note

## Case Information

- **Requester's Name:** [redacted]
- **Requester's Address:** [redacted]
- **Subject of Record Name:** [redacted]
- **Other Names:** [redacted]
- **A-Number:** 0[redacted]
- **Country of Birth:** [redacted]
- **Date of Birth:** 1[redacted]6
- **Father's Name:** [redacted]
- **Mother's Name:** [redacted]
- **Type:** FOIA Request
- **Track:** Track 2
- **Source:** Attorney
- **Documents Requested:** None

### Part 3. Processing Information

A. City/Town [redacted]           Current Occupation [redacted]

Your [redacted]           Your Father's First Name [redacted]

Give your name exactly as it appears on your Form I-94, Arrival-Departure Record: _____

Place of Last Entry Into the United States (City/State): _____

In what status did you last enter? (Visitor, student, exchange visitor, crewman, temporary worker, without inspection, etc.): **Visitor**

Were you inspected by a U.S. Immigration Officer?   Yes [X]   No [ ]

Nonimmigrant Visa Number: _____   Consulate Where Visa Was Issued: _____

Date Visa Issued (mm/dd/yyyy): _____   Gender: [X] Male   [ ] Female   Marital Status: [X] Married  [ ] Single  [ ] Divorced  [ ] Widowed

Have you ever applied for permanent resident status in the U.S.?   [ ] Yes (If "Yes" give date and place of filing and final disposition.)   [X] No

---

**11/10/2025 04:10 PM**

CaseProcess
RR
SEQ3
pg.7: alias [redacted] added
LS
pg.44: MLN listed as [redacted]
pg.60: MLN listed as [redacted]
pg.342: MLN listed as [redacted]
pg.348: MLN listed as [redacted]
pg.467: MLN listed as [redacted]
pg.639: MLN listed as [redacted]
pg.723: MLN listed as [redacted]
pg.730: MLN listed as [redacted]

No matches in RR to information provided in request for MLN. Closing NR in accordance with VOI guidance passed on 9/16/2025.

↩ REPLY

**11/10/2025 04:06 PM**

84



Jump to Section: ① ② ③ ④ ⑤

## Request Information

| | |
|---|---|
| Response Type | DIGITAL |
| Documents Requested | None |
| Reason for Request | |
| Date of Request | 09/26/2025 7:08:22 PM GMT-04:00 |
| Received Date | 09/26/2025 7:08:22 PM GMT-04:00 |
| Backlog Date | 11/12/2025 |
| Consent Detail | Declaration Under Penalty of Perjury |
| Upcoming Immigration Court Proceedings? | No |
| Was a fee waiver requested? | No |

## Additional Information

Additional Notes

Show Less ^

Documents | Summary | **Letter** | History
Referrals | Errors | More ▾

\+ Add Letter ▾

3 - Final Action Letter - No Records (NR) - Case Processor ▾

This letter has already been finalized, document #7.

☐ Alien Number Does Not Match Your Records
☐ Subject of Record Name
☐ Subject of Record Date of Birth
☐ Subject of Record Country of Birth
☒ Subject of Record Parents
☐ I-94



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

Control Number: NRC2025█████

November 10, 2025

Dear █████████,

This letter is in response to your request for records under the Freedom of Information Act (FOIA) or Privacy Act (PA), which was received in this office on September 26, 2025, regarding █████████.

We have completed our search and no records responsive to your request were located. We could not find records matching the name of the subject of record's parents provided in your request.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal electronically to USCIS through your online portal by selecting Appeal in the Actions drop down window. You may also file an administrative FOIA appeal to USCIS at USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison at U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, or by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770, toll free 877-684-6448, or facsimile 202-741-5769.

How to Submit Questions or Changes

www.uscis.gov