Exhibit 18











