Exhibit 19



# FIRST CASE

Reporting   POC

| Control Number | Type | Office | Track | Status | Closed Reason | Request Date | Backlog Date | Closed Date |
|---|---|---|---|---|---|---|---|---|
| | FOIA Request | NRC | 1 | C | NR | 10/16/2025 | 12/02/2025 | 11/12/2025 |

125%   Page 1 of 2

**I-797B | NOTICE OF ACTION**

## Documents | Summary | Letter | History | More

OFF / ON

Document Name: ▮▮▮

1. Additional R▮

Approva pdf Progress:

2. Additional Request Documentation

### Details

| | |
|---|---|
| Status | Received |
| Group | Request Documents |
| File Name | ▮▮▮.pdf |
| Pages (Size) | 2 pages (N/A) |

### Dates

| | |
|---|---|
| Scanned Date | 10/16/2025 |

3. Request Letter

4. Additional Request Documentation

5. Responsive Records - Inactive

96





Screenshot of a FOIA case management system showing a USCIS response letter dated November 12, 2025, stating no records were found responsive to the I-129 request.