Exhibit 20





