Exhibit 21





