Exhibit 24





## Case Information

| Field | Value |
|---|---|
| Requester's Name | [redacted] |
| Requester's Address | [redacted] |
| Requester's Email | [redacted] |
| Subject of Record Name | [redacted] |
| Other Names | [redacted] |
| A-Number | [redacted] |
| Country of Birth | [redacted] |
| Date of Birth | [redacted] |
| Father's Name | [redacted] |
| Mother's Name | [redacted] |
| Type | FOIA Request |
| Track | Track 3 |
| Source | Attorney |
| Documents Requested | None |

Show More

**Header bar:** Type: FOIA Request | Office: NRC | Track: 3 | Status: C | Closed Reason: NR | Request Date: 11/03/2025 | Backlog Date: 12/18/2025 | Closed Date: 11/10/2025

Page 3 of 4

### Digital Request on Behalf of Other NRC2025737168REQ

System-Generated

*Case supporting documents have been added to this request. Please check the documents tab.*

**Parents' Names for Subject of Record**

**Father**
- Family Name (Last Name): [redacted]
- Given Name (First Name): [redacted]
- Middle Name: [redacted]

**Mother**
- Family Name (Last Name): [redacted]
- Given Name (First Name): [redacted]
- Middle Name: [redacted]
- Maiden Name:

**Description of Records Sought**

Record of Removal from the US

Other - Form-220A, any documentation related to expedited removal, and any other documents related to [redacted]

I-94

Apprehensions, 08/05/2022

Birth Certificate

I-485

Passport

Other Arrival/Departure Document into the US

**Circumstances**

Upcoming Court Proceedings: Yes

Additional Persons with Access to Released Records

---

**Case Notes** + Add Note

11/10/2025 03:18 PM

NR
-----SEQ 5-----
deactivate
p. 15/31-father's LN does not match
-----SEQ 6-----
p. 57-father's LN does not match
-----SEQ 10-----
p. 13-father's LN does not match

← REPLY

Documents | Summary | Letter | History | More

1. Additional Request Documentation
2. Additional Request Documentation
3. Additional Request Documentation
4. Request Letter



Screenshot of a FOIA case management system showing:

**Case Information (left panel):**
- Control Number: [redacted]
- Type: FOIA Request
- Office: NRC
- Track: 3
- Status: C
- Closed Reason: NR
- Request Date: 11/03/2025
- Backlog Date: 12/18/2025
- Closed Date: 11/10/2025
- Requester's Name: [redacted]
- Requester's Address: [redacted]
- Requester's Email: [redacted]
- Subject of Record Name: [redacted]
- Other Names:
- A-Number: [redacted] (highlighted green)
- Country of Birth: [redacted]
- Date of Birth: [redacted]
- Father's Name: [redacted]
- Mother's Name: [redacted]
- Type: FOIA Request
- Track: Track 3
- Source: Attorney
- Documents Requested: None

Documents section:
1. Additional Request Documentation
- Status: Received

**Document (center panel):**

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

LEAD FILE: [redacted] (highlighted green)
IN REMOVAL PROCEEDINGS (boxed in red)
DATE: Oct [redacted] 2025
EAD Clock

TO: [redacted]

RE: [redacted]

**Notice of In-Person Hearing**

Your case has been scheduled for a INDIVIDUAL hearing before the immigration court on:

CALL UP: NOV3/NOV10

Date: Nov 17, 2025 (boxed in red)
Time:
Court Address: [redacted]

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and

**Case Notes (right panel):**
11/10/2025 03:18 PM
NR
------SEQ 5------
deactivate
p. 15/31-father's LN does not match
------SEQ 6------
p. 57-father's LN does not match
------SEQ 10------
p. 13-father's LN does not match

↩ REPLY





