Exhibit 25





📄 USCIS PA an...g Guide.pdf

3. A specific document request that includes related and/or supporting documents, or
4. All records request (except for when only a receipt file is located), or
5. Third request for specific documents in a 6 month period

**Track 3 (Accelerated Track):**

NRC Office - Track 3 is the accelerated track for cases involving individuals who are to appear before an immigration judge. Track 3 can be requested anywhere within in the request, including Part 1 Section 5 of the G-639 or under the "Circumstances" in Part 3 on the Front Porch request. To receive Track 3 accelerated processing, one of the following documents must be included with the FOIA request:

- Form I-862, Notice to Appear, documenting a future scheduled date of the subject's hearing before the immigration judge; or
- Form I-221, Order to Show Cause, documenting a future scheduled date of the subject's hearing before the immigration judge: or
- Form I-863, Notice of Referral to Immigration Judge; or
- a written notice of continuation of a future scheduled hearing before the immigration judge.

If any of the above documents shows a TBD (To Be Determined) or a past hearing date, the requestor must also[124]