Exhibit 26



Control Number: ALF2... | Type: FOIA Request | Office: ALF | Track: 2 | Status: C | Closed Reason: FC | Request Date: 10/10/2025 | Backlog Date: 11/26/2025 | Closed Date: 11/20/2025

ACTIONS ⌄

Page 7 of 11

## Case Information

| | |
|---|---|
| Requester's Name | |
| Requester's Address | LAW OFFICES OF |
| Requester's Email | |
| Subject of Record Name | |
| Other Names | |
| A-Number | |
| Country of Birth | |
| Date of Birth | |
| Father's Name | |
| Mother's Name | |
| Type | FOIA Request |
| Track | Track 2 |
| Source | Attorney |
| Documents Requested | None |
| Topic | |
| all records | |

Show More ⌄

Documents | Summary | Letter | History | More ⌄

OFF ON

1. Request Letter ⌄

### Details ...

| | |
|---|---|
| Status | Scanned |
| Group | Request Documents |
| File Name | RequestLetters ... .pdf |
| Pages (Size) | 11 pages (536.65 KB) |

### Dates

| | |
|---|---|
| Scanned Date | 10/10/2025 |

---

**Part 3. Description of Records Requested** (continued)

Mother

15.a. Family Name (Last Name)

15.b. Given Name (First Name)

15.c. Middle Name

15.d. Maiden Name (if applicable)

16. Describe the records you are seeking. If you need additional space, use the space provided in Part 6. Additional Information.

Entire A# File

**Part 4. Verification of Identity and Subject of Record Consent**

Provide the information requested in Item Numbers 1.a. - 7. In addition, the Subject of Record MUST sign in Item Numbers 8.a. - 8.c.

**Full Name of the Subject of Record**

1.a. Family Name (Last Name)

1.b. Given Name (First Name)

1.c. Middle Name

**Other Information for the Subject of Record**

2. Date of Birth (mm/dd/yyyy)

3. Country of Birth

**Mailing Address for the Subject of Record**

4.a. In Care Of Name (if any)

4.b. Street Number and Name

4.c. ☐ Apt. ☒ Ste. ☐ Flr.

4.d. City or Town

4.e. State    4.f. ZIP Code

4.g. Province

4.h. Postal Code

4.i. Country    USA

**Contact Information for the Subject of Record**

NOTE: Providing this information is optional.

5. Daytime Telephone Number

6. Mobile Telephone Number (if any)

7. Email Address (if any)

Case Notes   + Add Note

11/20/2025 10:07 AM
FC
No address for SOR, only atty's address.
↩ REPLY

10/14/2025 04:25 PM
CC
ALF office, Staffing to RAIO.
↩ REPLY

**Part 4. Client's Consent to Representation and Signature (continued)**

**Options Regarding Receipt of USCIS Notices and Documents**

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select all applicable items below. You may change these elections through written notice to USCIS.

**1.a.** ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive at the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select Item Number 1.c.

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

**Signature of Client or Authorized Signatory for an Entity**

**2.a.** ➡ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**2.b.** Date of Signature (mm/dd/yyyy) ▮▮▮▮▮▮▮▮

**Part 5. Signature of Attorney or Accredited Representative**

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a.** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**1.b.** Date of Signature (mm/dd/yyyy) 09/19/2025

**2.a.** Signature of Law Student or Law Graduate ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**2.b.** Date of Signature (mm/dd/yyyy) ▮▮▮▮▮▮

Form G-28   09/19/18                                                                 Page 3 of 4





**Part 3. Description of Records Requested**

While you are not required to respond to every Item Number in Part 3, failure to provide complete and specific information may delay processing of your request or prevent U.S. Citizenship and Immigration Services (USCIS) from locating the records or information requested.

1. State the purpose of your request.

   **NOTE:** This field is optional. However, providing this information may assist USCIS in locating the records and information needed to respond to your request.

   Entire A-Number File

**Full Name of the Subject of Record**

2.a. Family Name (Last Name)
2.b. Given Name (First Name)
2.c. Middle Name

**Other Names Used by the Subject of Record (if any)**

Provide all other names the Subject of Record has ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in Part 6. Additional Information.

3.a. Family Name (Last Name)
3.b. Given Name (First Name)
3.c. Middle Name
4.a. Family Name (Last Name)
4.b. Given Name (First Name)
4.c. Middle Name

**Full Name of the Subject of Record at Time of Entry into the United States**

5.a. Family Name (Last Name)
5.b. Given Name (First Name)
5.c. Middle Name

**Other Information About the Subject of Record**

6.a. Form I-94 Arrival-Departure Record Number ▶
6.b. Passport or Travel Document Number
7. Alien Registration Number (A-Number) (if any) ▶ A-
8. USCIS Online Account Number (if any) ▶
9. Application or Petition Receipt Number ▶

**Information About Family Members that May Appear on Requested Records**

For example, provide the requested information about a spouse or children. If you need extra space to complete this section, use the space provided in Part 6. Additional Information.

**Family Member 1**

10.a. Family Name (Last Name)
10.b. Given Name (First Name)
10.c. Middle Name
11. Relationship

**Family Member 2**

12.a. Family Name (Last Name)
12.b. Given Name (First Name)
12.c. Middle Name
13. Relationship

**Parents' Names for the Subject of Record**

**Father**

14.a. Family Name (Last Name)
14.b. Given Name (First Name)
14.c. Middle Name