Exhibit 27



Caseload for November 2025

**Generate Monthly Reports**

**APPROVER REPORT**

**PROCESSOR REPORT**

**FIRST OF THE MONTH REPORTS**

    **CLOSED CASES BY OFFICE**

| Filter By | Operation | Value |
|---|---|---|
| Case Closed Date | greater than/equals | 11/07/2025 |
| | | MM/DD/YYYY |
| Filter By | Operation | Value |
| Case Closed Date | less than | 12/01/2025 |
| | | MM/DD/YYYY |
| Filter By | Operation | Filter Value |
| FA Code | contains | NR |

Total: 1-10 of 1131

... Approver Team ... Approved By ... Approved in ... Control Number ... Created Date ... Closed D...

131

