Exhibit 28







## Approver Report

| Filter By | Operation | Value |
|---|---|---|
| Case Closed Date | greater than/equals | 10/01/2024 |
| | | MM/DD/YYYY |
| Filter By | Operation | Value |
| Case Closed Date | less than | 09/30/2025 |
| | | MM/DD/YYYY |

Total: 1-10 of 583025