Exhibit 31





134



