Exhibit 32



Today

10:46 AM

Good morning,

Can you clarify this highlighted part for me? Say they fat-fingered the a-number in the Front Porch request but provided an I-797 in the ARD that shows their correct a-number. We'd close that as FC? Or if in the Front Porch they use DD/MM/YYYY but the ARDs have the US format of MMM/DD/YYYY. We'd still close it FC?

4) When VOI is found in the Additional Request Documents (ARD)
- Review the entire request package (including the ARDs) regardless if the Front Porch is marked "Yes" or "No."
- All VOI in ARD must be signed under notary or penalty of perjury to be used.
  - If VOI is found in the ARD and matches the Front Porch, then proceed to create or process the case.
  - If VOI is found in ARD but conflicts with the Front Porch, close the case FC.
  - If VOI is incomplete in Front Porch but found in ARD, then proceed to create or process the case.

Last read

10:50 AM

Hi   Yes, if the A# provided in the front porch does not match the record, it will be closed FC. The correct final action letter insert will be added so they know they need to provide the correct, non-fat fingered A#, in the front porch. If there is any variance in the information from the front porch and the ARDs where the notarized VOI is found, it will be closed FC b/c they've provided 2 different dates of birth. The inserts will be added to show that information too.