Exhibit 33

**From:** USCISFOIAOfficer ▮@uscis.dhs.gov>
**Sent:** Monday, August 18, 2025 7:05 AM
**To:** #FOIA ▮@uscis.dhs.gov>
**Cc:** ▮@uscis.dhs.gov>; ▮@uscis.dhs.gov>; ▮@uscis.dhs.gov>; ▮@uscis.dhs.gov>; ▮@uscis.dhs.gov>; ▮@uscis.dhs.gov>;
**Subject:** Clarifying guidance on handling untranslated documents

Current guidance is that all untranslated (i.e. not in English language) documents originating with NON-U.S. government entities will be out-of-scoped. The purpose of this guidance is to ensure that we only process and release documents in English. To further clarify this guidance:

- When the responsive record has both translated and untranslated versions of a document, only the untranslated version will be OOS'd. For example, the translated version of a Honduran birth certificate will be processed while the untranslated version of a ▮ birth certificate will be OOS'd. See example 1 below of an untranslated document that will be OOS'd.

- When the responsive record has a document that contains both English and foreign language, the document will be processed for release. For example, a Cuban passport that has data fields in both English and Spanish (e.g. the name field is shown as "Nombres/Given Names") will be processed for release. See examples 2 and 3 below of translated documents that will be processed.

If you have any questions about this clarification, please contact your supervisor.

////////////////////////////////////////////////////////////////////////

Example 1- ▮ birth certificate (Untranslated document that will be OOS'd):

R▮TRO NACIONAL DE LAS PERSON▮
REGISTRO CIVIL MUNICIPAL
N°

**CERTIFICACION DE ACTA DE NACIMIENTO**

El infrascrito Registrador Civil Municipal CERTIFICA que en el Archivo de nacimientos que se tiene en esta oficina; se encuentra el acta de nacimiento número: ▮ ubicada en el folio ▮ del tomo ▮ del Año ▮ y que pertenece a

a) ▮

c) ▮

y cuya información es la siguiente:

147