Exhibit 34



# Award Nomination Form

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form G-1109**
Internal Use

---

## Award Details

**NOTE:** Do not use this form if giving an award based on an employee's Performance Plan. Performance awards may only be submitted on the Performance Appraisal & Award Spreadsheet (PAAS) or on a **Delayed Performance Award Template**. Refer to the **Cost to the Agency Factsheet** when submitting On The Spot awards.

**Award Category:** `Special Act Award (SAA)`

Is this nomination for someone outside your Directorate/Program?    ☐ Yes    ☒ No

**Note:** Taxes are taken from the amount awarded. Employee will receive the net amount.

**Note: Special Act Awards $3,001 or greater must be approved by the USCIS Director or Deputy Director.**

| Period Covered (mm/dd/yyyy) | Recommended Award Amount | ☐ Check this box to use Employee Stored Accounting Code |
|---|---|---|
| `01/03/2022` To `03/31/2022` | `$500` | 14-Digit Accounting Code ▮ |

## Employee Nominated

| Last Name | First Name | MI | Social Security Number |
|---|---|---|---|
| ▮ | ▮ | `J` | ▮ |

| Directorate/Program | Position Title |
|---|---|
| `IRIS/NRC` | `Supervisory Government Information Specialist` |

## Justification

Outline the employee's accomplishments and contributions that support the award nomination. Do not include personally identifiable information (PII) data or any other employees' name in the justification. Note: This text box expands based on what you type. Do not attach additional pages. You can copy and paste text into the justification block.

▮ is a subject matter expert in the FOIA. During the second quarter of FY 2022, ▮ went above and beyond to support the program by reviewing and ensuring compliance of the FOIA and PA statutes of 420 A file cases consisting of 116,274 pages of complex agency records of new members of the FOIA team. His efforts supported the agencies efforts to comply with the Nightingale order,3:19-cv-03512-WHO.

## Nomination Submitted By

| Last Name | First Name | MI |
|---|---|---|
| ▮ | ▮ | |

| Position Title | Email Address |
|---|---|
| `FOIA Officer` | ▮`@uscis.dhs.gov` |

## Approving Official

Print Name of Approving Official

▮

| Approving Official's eSignature/Signature | Date Signed (mm/dd/yyyy) |
|---|---|
| ▮ Digitally signed by ▮ Date: 2022.04.29 12:06:29 -05'00' | `04/29/2022` |

---

▮▮▮▮▮▮    ▮▮▮▮▮    J    ▮▮▮▮

## Award Administrator (AA)/Award POC

Print Name of Award Administrator (AA), Award POC or Designated Official

▮▮▮▮▮▮▮▮▮▮

**Submit to HCT**

Award Administrator (AA), Award POC or Designated Official's eSignature/Signature

▮▮▮▮▮▮▮▮▮▮
Digitally signed by ▮▮▮
Date: 2022.04.29 15:44:22 -05'00'

Date Signed (mm/dd/yyyy)

04/29/2022

## FOR HCT USE ONLY

Effective Date (mm/dd/yyyy)        Case Number

05/08/2022        ▮▮▮▮▮▮

## DHS Privacy Notice

**AUTHORITIES:** The information requested on this form, and the associated evidence, is collected under 5 U.S.C. 4501 et seq., 5 U.S.C. 301, 44 U.S.C. 3101, 8 CFR 451.101-451.107.

**PURPOSE:** The primary purpose for providing the requested information on this form is for a nominating official to request a Special Act Award, On-the-Spot Award, or Time-Off Award for you as a Department of Homeland Security (DHS) employee. DHS uses the information the nominator provides to grant or deny the request.

**DISCLOSURE:** The information provided on the form by the nominating official about you is based on information you voluntarily provided as part of your federal employment.

**ROUTINE USES:** DHS may share the information provided about you on this form and any additional requested evidence with other Federal, state, local, and foreign government agencies and authorized organizations. DHS follows approved routine uses described in the associated published system of records notices [DHS/ALL-011 Biographies and Awards System, OPM/GOVT-1 General Personnel Records, and OPM/GOVT-2 Employee Performance File System] which you can find at **www.dhs.gov/privacy**. DHS may also share this information, as appropriate, for law enforcement purposes or in the interest of national security.

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| | | | | 05/08/2022 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code 849 | 5–B. Nature of Action INDIV CASH AWARD NRB | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code | 5–D. Legal Authority | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number SUPVY GOVERNMENT INFORMATION SPECIALIS 17001811  S16100 |
|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 500.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization CITIZENSHIP AND IMMIGRATION SERVICES IMMIGRATN REC AND IDENTY SRVCS NATIONAL RECORDS CENTER NATL RECORDS CNTR EXEC STAFF HS CI0760010040010000   PP 10 2022 |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 6 — 1 = None  3 = 10–Point/Disability  5 = 10–Point/Other  2 = 5–Point  4 = 10–Point/Compensable  6 = 10–Point/Compensable/30% | 1 — 0 = None  2 = Conditional  1 = Permanent  3 = Indefinite | | X YES    NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| 90   BASIC-3X ADDITIONAL | 9   NOT APPLICABLE | 0   NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF   FERS (FRAE) | 10/05/2010 | F   FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1 = Competitive Service  3 = SES General  2 = Excepted Service  4 = SES Career Reserved | E — E = Exempt  N = Nonexempt | | 8888 |

| 38. Duty Station Code 29-4490-095 | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

| 45. Remarks |
|---|
| |

| 46. Employing Department or Agency HOMELAND SECURITY | 50. Signature/Authentication and Title of Approving Official ELECTRONICALLY SIGNED BY: |
|---|---|

| 47. Agency Code HSAB | 48. Personnel Office ID 1699 | 49. Approval Date 05/15/2022 | CHIEF,HUMAN RESOURCES OPERATIONS CTR |
|---|---|---|---|



# Award Nomination Form

### Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
**Form G-1109**
Internal Use

## Award Details

**NOTE:** Do not use this form if giving an award based on an employee's Performance Plan & Appraisal (PPA). Performance awards may only be submitted on the Performance Appraisal & Award Spreadsheet (PAAS) or on a **Delayed Performance Award Template**. Refer to the **Cost to the Agency Factsheet** when submitting On The Spot awards

Award Category: `On-The-Spot Award (OTS)`

**Note:** Award can be granted for no less than $50 and no more than $250. Employee will receive the amount indicated.

| Period Covered (mm/dd/yyyy) | | Recommended Award Amount | 14-Digit STAR Code |
|---|---|---|---|
| `10/01/2021` To `02/11/2022` | | `$250` | █████████ |

### Employee Nominated

| Last Name | First Name | MI | SSN (Last 4 Digits) |
|---|---|---|---|
| ██████████ | ████████ | ██ | ████████ |

| Directorate/Program | Position Title |
|---|---|
| `IRIS/NRC/FOIA` | `Supervisory Government Information Specialist` |

## Justification

Outline the employee's accomplishments and contributions that support the award nomination. Do not include personally identifiable information (PII) data or any other employees' name in the justification. Note: This text box expands based on what you type. Do not attach additional pages. You can copy and paste text into the justification block.

████████ is a subject matter expert and leader in the FOIA branch. During this period he has deployed a successful backlog reduction effort on his team. Furthermore, he has timely processed and approved a large volume of FOIA requests and provided data and information to support backlog reduction efforts associated with a court injunction.

## Nomination Submitted By

| Last Name | First Name | MI |
|---|---|---|
| █████████ | ███████ | |

| Position Title | Email Address |
|---|---|
| `FOIA Officer` | ███████`@uscis.dhs.gov` |

## Approving Official

Print Name of Approving Official

████████████

| Approving Official's eSignature/Signature | Date Signed (mm/dd/yyyy) |
|---|---|
| ████████████ Digitally signed by████████ Date: 2022.03.11 12:19:41 -06'00' | `03/11/2022` |

Is this nomination for someone outside your Directorate/Program?      ☐ Yes  ☒ No

If yes, have you notified the employee's Directorate/Program the employee has been submitted for this award?      ☐ Yes  ☐ No

If a cash award, did you provide the 14-Digit Accounting Code for the Directorate/Program issuing the award?      ☒ Yes  ☐ No

Submit to AA ⇨

### Award Administrator (AA)/Award POC

Print Name of Award Administrator (AA), Award POC or Designated Official

Award Administrator (AA), Award POC or Designated Official's eSignature/Signature

Date Signed (mm/dd/yyyy)

Digitally signed by
Date: 2022.03.11 14:48:52 –06'00'

03/11/2022

Submit to HCT ⇨

|  FOR HCT USE ONLY  |
|---|

Effective Date (mm/dd/yyyy)    Case Number

03/27/2022

**Submit to HCT**

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296−33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| | | | 03/27/2022 |

### FIRST ACTION

| 5−A. Code | 5−B. Nature of Action |
|---|---|
| 849 | **INDIV CASH AWARD NRB** |

| 5−C. Code | 5−D. Legal Authority |
|---|---|
| | |

| 5−E. Code | 5−F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6−A. Code | 6−B. Nature of Action |
|---|---|
| | |

| 6−C. Code | 6−D. Legal Authority |
|---|---|
| | |

| 6−E. Code | 6−F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

**14. Name and Location of Position's Organization**

**15. TO: Position Title and Number**
SUPVY GOVERNMENT INFORMATION SPECIALIS
17001811  S16100

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | 365.76 | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

**22. Name and Location of Position's Organization**
CITIZENSHIP AND IMMIGRATION SERVICES
IMMIGRATN REC AND IDENTY SRVCS
NATIONAL RECORDS CENTER
NATL RECORDS CNTR EXEC STAFF

HS CI0760010040010000   PP 07 2022

### EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 6 | 1 − None    3 − 10−Point/Disability    5 − 10−Point/Other<br>2 − 5−Point    4 − 10−Point/Compensable    6 − 10−Point/Compensable/30% | I | 0 − None    2 − Conditional<br>1 − Permanent    3 − Indefinite | | X YES    NO |

| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant | |
|---|---|---|---|---|---|
| 90 | **BASIC-3X ADDITIONAL** | 9 | **NOT APPLICABLE** | 0 | **NOT APPLICABLE** |

| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part−Time Hours Per Biweekly Pay Period |
|---|---|---|---|---|---|
| KF | **FERS (FRAE)** | 10/05/2010 | F | **FULL TIME** | |

### POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|---|
| 1 | 1 − Competitive Service    3 − SES General<br>2 − Excepted Service    4 − SES Career Reserved | E | E − Exempt<br>N − Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City − County − State or Overseas Location) |
|---|---|
| 29-4490-095 | |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**
NFC DISBURSED SPOT AWARD
SALARY BLOCK CONTAINS CASH AWARD AMOUNT.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| HOMELAND SECURITY | **ELECTRONICALLY SIGNED BY:** |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| HSAB | 1699 | 04/07/2022 | **CHIEF,HUMAN RESOURCES OPERATIONS CTR** |

5−Part 50−316
2 - OPF Copy - Long-Term Record - DO NOT DESTROY
Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540−01−333−6238

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| | | | 02/13/2022 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code | 5–B. Nature of Action | 6–A. Code | 6–B. Nature of Action |
| 849 | INDIV CASH AWARD NRB | | |
| 5–C. Code | 5–D. Legal Authority | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPVY GOVERNMENT INFORMATION SPECIALIS<br>17001811  S16100 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 600.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | CITIZENSHIP AND IMMIGRATION SERVICES<br>IMMIGRATN REC AND IDENTY SRVCS<br>NATIONAL RECORDS CENTER<br>NATL RECORDS CNTR EXEC STAFF<br><br>HS CI0760010040010000   PP 04 2022 |

## EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF | |
|---|---|---|---|---|---|---|---|
| 6 | 1 – None<br>2 – 5–Point | 3 – 10–Point/Disability<br>4 – 10–Point/Compensable | 5 – 10–Point/Other<br>6 – 10–Point/Compensable/30% | I | 0 – None<br>1 – Permanent | 2 – Conditional<br>3 – Indefinite | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| 90  BASIC-3X ADDITIONAL | 9   NOT APPLICABLE | 0   NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per |
|---|---|---|---|
| KF  FERS (FRAE) | 10/05/2010 | F   FULL TIME | Biweekly<br>Pay Period |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1 – Competitive Service   3 – SES General<br>2 – Excepted Service   4 – SES Career Reserved | E   E – Exempt<br>N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 29-4490-095 | |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| HOMELAND SECURITY | ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| HSAB | 1699 | 02/20/2022 | CHIEF,HUMAN RESOURCES OPERATIONS CTR |

5–Part 50–316                     2 - OPF Copy - Long-Term Record - DO NOT DESTROY                     Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238



# Award Nomination Form

**Department of Homeland Security**

U.S. Citizenship and Immigration Services

USCIS
**Form G-1109**
Internal Use

## Award Details

**NOTE:** Do not use this form if giving an award based on an employee's Performance Plan & Appraisal (PPA). Performance awards may only be submitted on the Performance Appraisal & Award Spreadsheet (PAAS) or on a **Delayed Performance Award Template**. Refer to the **Cost to the Agency Factsheet** when submitting On The Spot awards

**Award Category:** `Special Act Award (SAA)`

**Note:** Taxes are taken from the amount awarded. Employee will receive the net amount.

Period Covered (mm/dd/yyyy)

`12/29/2021`  To  `01/15/2022`

Recommended Award Amount

`$600`

14-Digit STAR Code

████████

### Employee Nominated

Last Name ████████

First Name ████████

MI ███

SSN (Last 4 Digits) ████████

Directorate/Program

`IRIS/NRC`

Position Title

`Supervisory Government Information Specialist`

## Justification

Outline the employee's accomplishments and contributions that support the award nomination. Do not include personally identifiable information (PII) data or any other employees' name in the justification. Note: This text box expands based on what you type. Do not attach additional pages. You can copy and paste text into the justification block.

████ `is a leader in the FOIA branch who does whatever it takes to meet the needs of the program and the agency. After a mapping and redaction placement issue was identified with the programs FOIA case processing system, FIRST,` ████ `reviewed over 3,400 record sets quickly identifying law enforcement sensitive records that were inadvertently disclosed to FOIA requesters thereby ensuring that appropriate remediation measures may be followed.` ████ `quick action not only ensured compliance but it ensured that the reputation and integrity of the program and agency remain.`

## Nomination Submitted By

Last Name ████████

First Name ████████

MI ███

Position Title

`FOIA Officer`

Email Address

████████ `@uscis.dhs.gov`

████            ████        ████        ██    ██

## Approving Official

Print Name of Approving Official

████████

Approving Official's eSignature/Signature

████████  Digitally signed by ████
Date: 2022.01.21 08:18:19 –06'00'

Date Signed (mm/dd/yyyy)

Is this nomination for someone outside your Directorate/Program?  ☐ Yes  ☒ No

If yes, have you notified the employee's Directorate/Program the employee has been submitted for this award?  ☐ Yes  ☐ No

If a cash award, did you provide the 14-Digit Accounting Code for the Directorate/Program issuing the award?  ☒ Yes  ☐ No

**Submit to AA** ⇨

## Award Administrator (AA)/Award POC

Print Name of Award Administrator (AA), Award POC or Designated Official

████████

Award Administrator (AA), Award POC or Designated Official's eSignature/Signature

████████  Digitally signed by ████
Date: 2022.01.31 15:16:35 –06'00'

Date Signed (mm/dd/yyyy)

### FOR HCT USE ONLY

Effective Date (mm/dd/yyyy)          Case Number

02/13/2022                           ████████

**Submit to HCT**

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ▮ | ▮ | ▮ | 12/05/2021 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| **5–A. Code** 840 | **5–B. Nature of Action** INDIVIDUAL CASH AWARD RB | **6–A. Code** | **6–B. Nature of Action** |
| **5–C. Code** | **5–D. Legal Authority** | **6–C. Code** | **6–D. Legal Authority** |
| **5–E. Code** | **5–F. Legal Authority** | **6–E. Code** | **6–F. Legal Authority** |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPVY GOVERNMENT INFORMATION SPECIALIS 17001811  S16100 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 2,489.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | CITIZENSHIP AND IMMIGRATION SERVICES IMMIGRATN REC AND IDENTY SRVCS NATIONAL RECORDS CENTER NATL RECORDS CNTR EXEC STAFF  HS CI0760010040010000   PP 25 2021 |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 6 | 1 – None   3 – 10–Point/Disability   5 – 10–Point/Other 2 – 5–Point   4 – 10–Point/Compensable   6 – 10–Point/Compensable/30% | 1  0 – None   2 – Conditional 1 – Permanent   3 – Indefinite | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| 90  BASIC-3X ADDITIONAL | 9  NOT APPLICABLE | 0  NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS (FRAE) | 10/05/2010 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1 – Competitive Service   3 – SES General 2 – Excepted Service   4 – SES Career Reserved | E  E – Exempt   N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 29-4490-095 | |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| HOMELAND SECURITY | ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| HSAB | 1699 | 12/12/2021 | CHIEF,HUMAN RESOURCES OPERATIONS CTR |

5–Part 50–316

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238



# Award Nomination Form

### Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
**Form G-1109**
Internal Use

---

## Award Details

**NOTE:** Do not use this form if giving an award based on an employee's Performance Plan & Appraisal (PPA). Performance awards may only be submitted on the Performance Appraisal & Award Spreadsheet (PAAS) or on a **Delayed Performance Award Template**. Refer to the **Cost to the Agency Factsheet** when submitting On The Spot awards

**Award Category:** `Special Act Award (SAA)`

**Note:** Taxes are taken from the amount awarded. Employee will receive the net amount.

| Period Covered (mm/dd/yyyy) | | Recommended Award Amount | 14-Digit STAR Code |
|---|---|---|---|
| `03/01/2021` To `06/01/2021` | | `$525` | |

### Employee Nominated

| Last Name | First Name | MI | SSN (Last 4 Digits) |
|---|---|---|---|
| ███████ | █████ | █ | ████ |

| Directorate/Program | Position Title |
|---|---|
| `IRIS/FOIA` | `Supervisor Government Information Specialist` |

## Justification

Outline the employee's accomplishments and contributions that support the award nomination. Do not include personally identifiable information (PII) data or any other employees' name in the justification. Note: This text box expands based on what you type. Do not attach additional pages. You can copy and paste text into the justification block.

`Despite having to juggle his own supervisory duties along with processing and approving cases in accordance with the court's decision in Nightengale, he volunteered to take on numerous other projects over the past quarter. For example, he assisted his fellow supervisors with the completing the fillable pdf forms for their respective selection boards. His eagerness to contribute along with his attention to detail was a huge time savings for those supervisors serving on the selection panel. In addition, he volunteered to serve as the point of contact for the accuracy reintegration proposal. Coordinating the efforts of all of his GS 12 colleagues was no small feat. Moreover, during this past quarter, he was the point of contact for all overtime requested, worked as well as tracking leave. His continuous selfless service is a great credit to him, the FOIA program and the agency as a whole.`

---

## Nomination Submitted By

| Last Name | First Name | MI |
|---|---|---|
| ████████ | █████ | `J` |

| Position Title | Email Address |
|---|---|
| `Associate Center Dir.` | ████████`@uscis.dhs.gov` |

---

### Approving Official

Print Name of Approving Official



Approving Official's eSignature/Signature

Digitally signed by ██
Date: 2021.06.25 08:12:56 -05'00'

Date Signed (mm/dd/yyyy)

06/25/2021

Is this nomination for someone outside your Directorate/Program?    ☐ Yes    ☒ No

If yes, have you notified the employee's Directorate/Program the employee has been submitted for this award?    ☐ Yes    ☐ No

If a cash award, did you provide the 14-Digit Accounting Code for the Directorate/Program issuing the award?    ☒ Yes    ☐ No

**Submit to AA ⇨**

### Award Administrator (AA)/Award POC

Print Name of Award Administrator (AA), Award POC or Designated Official

Award Administrator (AA), Award POC or Designated Official's eSignature/Signature

Digitally signed by ██
Date: 2021.07.12 12:19:39 -05'00'

Date Signed (mm/dd/yyyy)

07/12/2021

**Submit to HCT ⇨**

### FOR HCT USE ONLY

Effective Date (mm/dd/yyyy)

07/18/2021

Case Number

**Submit to HCT**

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ | 07/18/2021 |

### FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 849 | **INDIV CASH AWARD NRB** | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| | | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | **SUPVY GOVERNMENT INFORMATION SPECIALIS**<br>**I7001811  S16100** |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 525.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | **CITIZENSHIP AND IMMIGRATION SERVICES**<br>**IMMIGRATN REC AND IDENTY SRVCS**<br>**NATIONAL RECORDS CENTER**<br>**NATL RECORDS CNTR EXEC STAFF**<br><br>**HS CI0760010040010000   PP 15 2021** |

### EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 6 | 1 – None  3 – 10–Point/Disability  5 – 10–Point/Other<br>2 – 5–Point  4 – 10–Point/Compensable  6 – 10–Point/Compensable/30% | I | 0 – None  2 – Conditional<br>1 – Permanent  3 – Indefinite | | X  YES    NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| 90  **BASIC-3X ADDITIONAL** | 9  **NOT APPLICABLE** | 0  **NOT APPLICABLE** |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  **FERS (FRAE)** | 10/05/2010 | F  **FULL TIME** | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1 – Competitive Service  3 – SES General<br>2 – Excepted Service  4 – SES Career Reserved | E  E – Exempt<br>N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 29-4490-095 | ▮▮▮ |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| **HOMELAND SECURITY** | **ELECTRONICALLY SIGNED BY:** |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| HSAB | 1699 | 07/25/2021 | ▮▮▮<br>**CHIEF,HUMAN RESOURCES OPERATIONS CTR** |

5–Part 50–316

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ███████ | ██████ | ████████ | 05/09/2021 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 849 | INDIV CASH AWARD NRB |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPVY GOVERNMENT INFORMATION SPECIALIS I7001811  S16100 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 365.76 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | CITIZENSHIP AND IMMIGRATION SERVICES IMMIGRATN REC AND IDENTY SRVCS NATIONAL RECORDS CENTER NATL RECORDS CNTR EXEC STAFF<br><br>HS CI0760010040010000   PP 10 2021 |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 6 | 1 - None   3 - 10-Point/Disability   5 - 10-Point/Other<br>2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | I | 0 - None   2 - Conditional<br>1 - Permanent   3 - Indefinite | | X  YES      NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| 90  BASIC-3X ADDITIONAL | 9  NOT APPLICABLE | 0  NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per |
|---|---|---|---|
| KF  FERS (FRAE) | 10/05/2010 | F  FULL TIME | Biweekly Pay Period |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career Reserved | E  E - Exempt<br>N - Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 29-4490-095 | |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

### 45. Remarks

NFC DISBURSED SPOT AWARD
SALARY BLOCK CONTAINS CASH AWARD AMOUNT.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| HOMELAND SECURITY | ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | ████████ |
|---|---|---|---|
| HSAB | 1699 | 05/19/2021 | CHIEF, OFFICE HUMAN CAPITAL TRAINING |

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

162



# Award Nomination Form

### Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form G-1109
Internal Use

## Award Details

**NOTE:** Do not use this form if giving an award based on an employee's Performance Plan & Appraisal (PPA). Performance awards may only be submitted on the Performance Appraisal & Award Spreadsheet (PAAS) or on a **Delayed Performance Award Template**. Refer to the **Cost to the Agency Factsheet** when submitting On The Spot awards

**Award Category:** | On-The-Spot Award (OTS)

**Note:** Award can be granted for no less than $50 and no more than $250. Employee will receive the amount indicated.

Period Covered (mm/dd/yyyy)
02/01/2021   To   02/28/2021

Recommended Award Amount
$250

14-Digit STAR Code
████████

### Employee Nominated

Last Name | ███████████████ 

First Name | █████████████

MI | ███

SSN (Last 4 Digits) | ███████████

Directorate/Program
USCIS/IRIS/NRC/FOIA

Position Title
Supervisory Government Information Specialist

## Justification

Outline the employee's accomplishments and contributions that support the award nomination. Do not include personally identifiable information (PII) data or any other employees' name in the justification. Note: This text box expands based on what you type. Do not attach additional pages. You can copy and paste text into the justification block.

During the month of February, this Supervisory GIS devoted his time and effort to not only the mission of reducing the backlog, but he continues to play a vital role in FOIA's overtime solicitation and leave tracking for the unit. He processed 31,710 pages across an astonishing 183 cases. His dedication and determination positively impacted the backlog reduction effort. He is a foundational piece of our leadership team.

## Nomination Submitted By

Last Name | ████████████

First Name | ███████████

MI | ███

Position Title
Supervisory GIS

Email Address
█████████@uscis.dhs.gov

## Approving Official

Print Name of Approving Official
████████████████████████

Approving Official's eSignature/Signature
████████████ Digitally signed by ████████
Date: 2021.04.28 11:09:12 -05'00'

Date Signed (mm/dd/yyyy)
04/28/2021

Is this nomination for someone outside your Directorate/Program?   ☐ Yes   ☒ No

If yes, have you notified the employee's Directorate/Program the employee has been submitted for this award?   ☐ Yes   ☐ No

If a cash award, did you provide the 14-Digit Accounting Code for the Directorate/Program issuing the award?   ☒ Yes   ☐ No

**Submit to AA** ⇨

### Award Administrator (AA)/Award POC

Print Name of Award Administrator (AA), Award POC or Designated Official

Award Administrator (AA), Award POC or Designated Official's eSignature/Signature | Date Signed (mm/dd/yyyy)

Digitally signed by
Date: 2021.05.04 12:18:41 –05'00'

05/04/2021

**Submit to HCT** ⇨

| FOR HCT USE ONLY |
|---|

Effective Date (mm/dd/yyyy)    Case Number

05/09/2021

**Submit to HCT**



# Award Nomination Form

**Department of Homeland Security**

U.S. Citizenship and Immigration Services

USCIS
**Form G-1109**
Internal Use

---

## Award Details

**NOTE:** Do not use this form if giving an award based on an employee's Performance Plan & Appraisal (PPA). Performance awards may only be submitted on the Performance Appraisal & Award Spreadsheet (PAAS) or on a **Delayed Performance Award Template**. Refer to the **Cost to the Agency Factsheet** when submitting On The Spot awards

**Award Category:** `On-The-Spot Award (OTS)`

**Note:** Award can be granted for no less than $50 and no more than $250. Employee will receive the amount indicated.

| Period Covered (mm/dd/yyyy) | Recommended Award Amount | 14-Digit STAR Code |
|---|---|---|
| `12/21/2020` To `02/03/2021` | `$250` | ███████ |

### Employee Nominated

| Last Name | First Name | MI | SSN (Last 4 Digits) |
|---|---|---|---|
| ██████ | ██████ | ██ | ███████ |

| Directorate/Program | Position Title |
|---|---|
| `USCIS/IRIS/NRC/FOIA` | `Supervisory Government Information Specialist` |

## Justification

Outline the employee's accomplishments and contributions that support the award nomination. Do not include personally identifiable information (PII) data or any other employees' name in the justification.   Note: This text box expands based on what you type. Do not attach additional pages. You can copy and paste text into the justification block.

███ `continually goes above and beyond with not only his team, but his support for the FOIA program.  During a time of immense change and pressure, he has done a phenomenal job of keeping his team motivated to push hard with the FOIA backlog reduction plan. Not only has he been willing to provide his staff with additional incentives, but he's offered to incentivize all the staff within FOIA. He stepped up to the plate when others declined to help motivate staff in innovative ways.` ███ `also took on the incredible task of soliciting, tracking and monitoring our overtime requests and leave usage within FOIA. He has worked hand-in-hand with our counterparts in PMO in an effort to keep within the budgetary constraints related to overtime.  He continues to demonstrate exceptional leadership qualities.` ███ `is an outstanding addition to FOIA leadership.`

## Nomination Submitted By

| Last Name | First Name | MI |
|---|---|---|
| ██████ | ██████ | ██ |

| Position Title | Email Address |
|---|---|
| `Supervisory GIS` | ██████`uscis.dhs.gov` |

---

165

**Approving Official**

Print Name of Approving Official

Approving Official's eSignature/Signature

Digitally signed by
Date: 2021.02.08 13:38:19 -06'00'

Date Signed (mm/dd/yyyy)

02/08/2021

Is this nomination for someone outside your Directorate/Program?    ☐ Yes    ☒ No

If yes, have you notified the employee's Directorate/Program the employee has been submitted for this award?    ☐ Yes    ☐ No

If a cash award, did you provide the 14-Digit Accounting Code for the Directorate/Program issuing the award?    ☒ Yes    ☐ No

**Submit to AA** ⇨

**Award Administrator (AA)/Award POC**

Print Name of Award Administrator (AA), Award POC or Designated Official

Award Administrator (AA), Award POC or Designated Official's eSignature/Signature

Digitally signed by
Date: 2021.02.11 16:09:07 -06'00'

Date Signed (mm/dd/yyyy)

02/11/2021

**Submit to HCT** ⇨

| FOR HCT USE ONLY |
|---|

Effective Date (mm/dd/yyyy)

02/14/2021

Case Number

**Submit to HCT**

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ▮ | ▮ | ▮ | 02/14/2021 |

| FIRST ACTION | SECOND ACTION |
|---|---|

| 5–A. Code | 5–B. Nature of Action | 6–A. Code | 6–B. Nature of Action |
|---|---|---|---|
| 849 | INDIV CASH AWARD NRB | | |
| 5–C. Code | 5–D. Legal Authority | 6–C. Code | 6–D. Legal Authority |
| | | | |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPVY GOVERNMENT INFORMATION SPECIALIS<br>I7001811  S16100 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 365.76 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | CITIZENSHIP AND IMMIGRATION SERVICES<br>IMMIGRATN REC AND IDENTY SRVCS<br>NATIONAL RECORDS CENTER<br>NATL RECORDS CNTR EXEC STAFF<br><br>HS CI0760010040010000    PP 04 2021 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 6 — 1 – None   3 – 10–Point/Disability   5 – 10–Point/Other<br>2 – 5–Point   4 – 10–Point/Compensable   6 – 10–Point/Compensable/30% | 1 — 0 – None   2 – Conditional<br>1 – Permanent   3 – Indefinite | | X YES   ▯ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| 90   BASIC-3X ADDITIONAL | 9   NOT APPLICABLE | 0   NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF   FERS (FRAE) | 10/05/2010 | F   FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1 – Competitive Service   3 – SES General<br>2 – Excepted Service   4 – SES Career Reserved | E — E - Exempt<br>N - Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 29-4490-095 | ▮ |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**
NFC DISBURSED SPOT AWARD
SALARY BLOCK CONTAINS CASH AWARD AMOUNT.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| HOMELAND SECURITY | ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | ▮ |
|---|---|---|---|
| HSAB | 1699 | 02/24/2021 | DEPUTY CHIEF, HR OPERATIONS CENTER |

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238



# Award Nomination Form

### Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
**Form G-1109**
Internal Use

---

### Award Details

**NOTE:** Do not use this form if giving an award based on an employee's Performance Plan & Appraisal (PPA). Performance awards may only be submitted on the Performance Appraisal & Award Spreadsheet (PAAS) or on a **Delayed Performance Award Template**. Refer to the **Cost to the Agency Factsheet** when submitting On The Spot awards

**Award Category:** `On-The-Spot Award (OTS)`

**Note:** Award can be granted for no less than $50 and no more than $250. Employee will receive the amount indicated.

| Period Covered (mm/dd/yyyy) | | Recommended Award Amount | 14-Digit STAR Code |
|---|---|---|---|
| `10/01/2019` To `09/30/2020` | | `$150` | ████████ |

### Employee Nominated

| Last Name | First Name | MI | SSN (Last 4 Digits) |
|---|---|---|---|
| ████████ | ████████ | █ | ████████ |

| Directorate/Program | Position Title |
|---|---|
| `IRIS/NRC/FOIA` | `Supervisory Government Information Specialist` |

### Justification

Outline the employee's accomplishments and contributions that support the award nomination. Do not include personally identifiable information (PII) data or any other employees' name in the justification. Note: This text box expands based on what you type. Do not attach additional pages. You can copy and paste text into the justification block.

```
We as a team would like to nominate our supervisor ████████ for The Rock Award.
All employees who were available have included elements of the impact ██ has had on us.
Please see excerpts below. Some employees chose to categorically speak of his greatness,
while others offered to submit an overall encompassing paragraph. Each submission begins
with the name of the employee and their feedback.


Submission 1

Knowledge:
██ has demonstrated a strong sense of knowledge and expertise as a supervisor. He has
gone above and beyond countless times and has made it his goal to help promote employees
as well. During the pandemic processors experienced major changes, we were tasked with
processing ICE documents. The changes had an impact on the way in which we viewed the
world of processing. With these changes I can honestly say that ██ was able to apply the
new policies to better clarify my understanding. His efforts to heighten the teams
understanding did not go unnoticed. During team meetings he made sure to cover items that
we may have struggled with and provided constructive feedback to help us gain clarity.
With all the changes he continues to keep the team afloat as well as share the knowledge
that he has.
Enthusiasm:
I have yet to ████████ ████████ and his enthusiasm for his
team and work shines through the monitors. During these hard times he continues to make
himself available for the team. He has opened the door for us to be able to speak with
him and voice our concerns in a professional manner. Through emails he has acknowledged
the feelings of the team and has recognized that our emotions are valid. You can tell
that he enjoys his job of helping others and looks to make a positive impact.
Dependability:
```

---

As a member of ███████ team, I can always count on him to follow through. He has proven to be an individual that keeps his word. After reviewing elements of my IDP he made it his goal to help me reach my goals. He has allotted an abundance of resources in order to help me exceed expectations and to become a better team member, processor, and learner. He provided professional advice and has made me aware of countless professional opportunities.

**Team Building:**
██████ has remarkable team building skills. He first and foremost acknowledges that we are a team and that we are in this together. During meetings he has incorporated virtual activities that have aided in team members learning more about one another. These activities have facilitated my ability to learn more about my fellow team members and engage with them as well. He has also acted as a professional team advocate when discrepancies have taken place and has successfully reached understandings that aid in the success of FOIA.

**Innovation:**
Aforementioned FOIA Processors went through some extensive changes in how we processed and what documents we processed. With these changes ████ made himself available and acted as a resource for all. When asking him questions for clarity, he made sure to offer examples and shift my way of thinking about certain documents. I am a visual learner and ████ was able to understand that. He was able to tap into knowledge that was instilled in me during my training period and build on it to help me reach an understanding. When one is able to notice the strength of their team members and provide them with resources to help them be better that is innovative. Steve Jobs once quoted: "Innovation distinguishes between a leader and a follower." ████ is a leader who continues to exude leadership, poise, and care.

**Submission 2**

**Knowledge:**
███████ is a wealth of FOIA knowledge, and he is always willing to share it with his employees and peers. He demonstrates his vast understanding of the FOIA exemptions and procedures through approving, processing, mentoring, and general communications with fellow supervisors.

**Enthusiasm:**
███████ is a professionally personable supervisor. He genuinely cares about his employees and their success. He is constantly encouraging others to apply for details or expand their professional experience or knowledge through various training opportunities. ████ ensures that every employee meets the goals they set and is always willing to help them establish new goals.

**Dependability:**
████ has always been a reliable resource, whether for supervisor roles or just for help with generic questions. He goes above and beyond to ensure the question is answered correctly and procedures are fully comprehended.

**Team Building:**
███████ works with others in a fair and respectful manner. By doing so, he develops collaborative working relationships with others and exhibits teamwork by always being willing to assist someone in any way possible. He sets a wonderful example for his team and always encourages everyone to work together to complete a task or reduce the backlog.

**Innovation:**
███████ does an excellent job of staying positive while under pressure. He is quick to identify any issues and always provides solutions for them. He is proficient in critical thinking which allows him to think outside of the box for possible improvements to workflow or procedures.

**Submission 3**

**Knowledge:**

On top of his numerous job duties, ███ makes himself available to answer questions on subject matter when employees need help. ███ keeps in constant communication with his employees to make sure he is aware of any concerns or other needs they may have. He also keeps up with accomplishments of each employees to make sure they are included on their end of year reviews.

**Enthusiasm:**

███ is always encouraging his team members to pursue opportunities to meet goals and further their careers with USCIS. If new job assignments or shadowing become available, he will reach out to employees he thinks will be a good fit and encourage them to apply for these openings. He will also assist in resume building or interview practice if employees need help.

**Dependability:**

███ is always available if one of his team members need something. He responds quickly to e-mails and instant messages. He is willing to reach out to others if he does not know the answers an employee is seeking. He even makes himself available to be reach on his personal phone if needed.

**Team building:**

███ regularly holds team meetings where he can answer any questions employees have and keep them up to date with everything happening at the agency. He continuously incorporates team building activities and ice breakers into the meetings to make sure everyone is involved.

**Innovation:**

███ will help team members come up with solutions to issues they may have in a prompt fashion. He will reach out for assistance if a situation arises that he is unsure of how to handle.


**Submission 4**

**Knowledge:**

FOIA subject matter expert that consistently helps his team conquer areas for improvement through identification and application of their strengths.  Directly responsible for my development and success as a processor.

**Enthusiasm:**

███ is an easy-going spirit who effortlessly leads by example.  He doesn't micro-manage and never asks his team to do something he isn't willing to do himself.  He constantly strives for self-improvement and fosters a goal-oriented mindset amongst his colleagues.

**Team Building:**

███ understands the big picture and knows how to steer a team in the direction of mission accomplishment while simultaneously achieving individual success.  His adaptability is one of the reasons leadership consistently relies upon ███ and his team to perform tasks outside of their typical duties.

**Innovation:**

███ has demonstrated an uncanny ability to take a seemingly daunting task and transform it into an opportunity to excel.  Nowhere was this more obvious than when he led the FIRST pilot processing team and helped all of FOIA through creative recommendations for system improvements.  He constantly seeks the opinions and advice of his team members with regards to process improvements and never settles for the status quo.


**Submission 5**

Although ████████████    ████████████, I have come to the conclusion that he is a very dependable supervisor. ████████████           I have learned what it means to fully trust senior leaders with your life. I now compare the leadership of my current supervisors ████████████ is somebody I would go with without a second thought and this is because of

the outstanding dependability he has shown me, especially during this pandemic and the unusual circumstances.
Majority of my training has consisted of virtual training, ███████████████████ ████████████ ██████████████████████████████████ my goal of becoming a processor fully released to the general queue became a goal of ████ as well. He is always available to listen to my concerns I have as well as provide the best training environment fitting to my learning style. His attention to detail and commitment to me as an employee further emphasizes his dedication to his employees.  When a leader helps their subordinates achieve their goals, accomplishing the goal of the mission of any agency is that much more successful.

Submission 6
████ meets and exceeds building client relationship, haves a go-to-attitude and motivate others (especially his team); serving others with immediate supervision resulting in positive change. This Nominee response with shift actions to answer inquires and when not knowing seeks to find solutions and answers and shares them with his team. A true team leader, one who shares the knowledge through experience resulting in great impact to his team, operations, and the NRC's mission.

Submission 7
████ was instrumental in elevating my career.  He focused on my strengths and developed them. We pinpointed my weaknesses and found strategies and developed an action plan to turn my weaknesses around. He would bring to my attention opportunities that I may be interested in. ████ took an interest in not just me, but in all team members-- to elevate their careers and grow as FOIA specialists.
████ demonstrates a strong technical knowledge through his constant communication with the team regarding changes and updates to the FOIA processing procedures and policies.  He is always providing and soliciting feedback in an expedient manner, giving us the most precise and up-to-date guidance. ████ displays much strength in his awareness and knowledge of his employee's goals by inquiring as to what their goals may be and then communicating ways in which they can achieve those goals through opportunities as they arise. He communicates each employee's strengths and areas for improvement on a weekly basis, ensuring that we are always apprised of our performance.
████ ability to lead and motivate others appears to come naturally through his excellent communication skills, ability to empathize, and injection of comedic relief, helping to alleviate the stress of work. He is always inspiring the team to attain our goals by encouraging us to take advantage of both learning and leadership opportunities that may arise. ████ is always open to and gladly welcomes feedback from the team, empowering us to look for ways to make the organization more efficient and successful.
████ is a very dependable supervisor and can always be relied upon to respond to the needs of the team, mission, and agency in the quickest manner possible and with the highest standards of excellence. If he doesn't know the answer to a question, he will expeditiously seek and find an answer, ensuring that we always have the tools necessary to complete the mission.

Submission 8
As a team member under ████ supervision it's easy to see how ███ excels in all areas of this award. ████ knowledge of not just FOIA but also that of the entire USCIS process makes being ████████ much easier. His knowledge and ability to answer any questions or know where to go to find answers helps me to perform in my job all the better. Despite this past year's difficulties, between the Covid pandemics challenges, the ICE MOU and the near furlough that we experienced ███ has not once lost his enthusiasm for doing the job. Every day he is ready to help out and does his best to make

sure we are ready to do our jobs as well. If there is anything at all he can do to make
our jobs easier or run more smoothly he doesn't hesitate at all to work towards making
that happen, whether is it is something small he can do himself or he needs to take it up
higher. ███ tries his best to make sure we all feel like a part of the team. With all of
us working from home full time feeling like a part of a team can be a challenge the last
6 months, but ███ is always making sure we know we are not alone. Whether its team
meeting or team building he does what he can to reduce the feelings of being alone during
these unique and challenging times. ███ constantly is checking in and making himself
available in any ways he can. ████████████████████████████████████
████████ I can say ███ has been instrumental in making me feel included despite ████
█████████████████████████ I couldn't think of a better person to have had as
a supervisor during the challenges we have had to overcome these last few months.

Conclusion:
It is our hope that the light of our supervisor shines through the words of the team
members. ███ is deserving of this award because of his solid foundation, work ethic, and
his ability to care for his team. He has risen to the occasion and embodies the success
of a supervisor by his level of altruism and dedication to the FOIA mission.

## Nomination Submitted By

Last Name

First Name

MI

Position Title

Gov Info Specialist

Email Address

█████████@uscis.dhs.gov

## Approving Official

Print Name of Approving Official

Approving Official's eSignature/Signature

Digitally signed by ███████
Date: 2020.11.12 08:31:38 -06'00'

Date Signed (mm/dd/yyyy)

11/12/2020

Is this nomination for someone outside your Directorate/Program?    ☐ Yes    ☒ No

If yes, have you notified the employee's Directorate/Program the employee has been submitted for this award?    ☐ Yes    ☐ No

If a cash award, did you provide the 14-Digit Accounting Code for the Directorate/Program issuing the award?    ☒ Yes    ☐ No

**Submit to AA ⇨**

## Award Administrator (AA)/Award POC

Print Name of Award Administrator (AA), Award POC or Designated Official

Award Administrator (AA), Award POC or Designated Official's eSignature/Signature

Digitally signed by ███████
Date: 2020.11.12 09:44:01 -06'00'

Date Signed (mm/dd/yyyy)

11/12/2020

**Submit to HCT ⇨**

**FOR HCT USE ONLY**

Effective Date (mm/dd/yyyy)     Case Number

01/17/2021

Submit to HCT

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| | | | 01/17/2021 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code 849 | 5–B. Nature of Action **INDIV CASH AWARD NRB** | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code | 5–D. Legal Authority | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number **SUPVY GOVERNMENT INFORMATION SPECIALIS** **I7001811  S16100** |
|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 219.45 | |

| 12A. Basic Pay | 12B. Locality Adj. .00 | 12C. Adj. Basic Pay | 12D. Other Pay .00 | 20A. Basic Pay | 20B. Locality Adj. .00 | 20C. Adj. Basic Pay | 20D. Other Pay .00 |
|---|---|---|---|---|---|---|---|

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization **CITIZENSHIP AND IMMIGRATION SERVICES** **IMMIGRATN REC AND IDENTY SRVCS** **NATIONAL RECORDS CENTER** **NATL RECORDS CNTR EXEC STAFF** **HS CI0760010040010000  PP 02 2021** |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference 6 | 24. Tenure I | 25. Agency Use | 26. Veterans Preference for RIF X YES  NO |
|---|---|---|---|
| 1 – None    3 – 10-Point/Disability    5 – 10-Point/Other 2 – 5-Point    4 – 10-Point/Compensable    6 – 10-Point/Compensable/30% | 0 – None    2 – Conditional 1 – Permanent    3 – Indefinite | | |

| 27. FEGLI 90 **BASIC-3X ADDITIONAL** | 28. Annuitant Indicator 9 **NOT APPLICABLE** | 29. Pay Rate Determinant 0 **NOT APPLICABLE** |
|---|---|---|

| 30. Retirement Plan KF **FERS (FRAE)** | 31. Service Comp. Date (Leave) 10/05/2010 | 32. Work Schedule F **FULL TIME** | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|

## POSITION DATA

| 34. Position Occupied 1 | 35. FLSA Category E | 36. Appropriation Code | 37. Bargaining Unit Status 8888 |
|---|---|---|---|
| 1 – Competitive Service    3 – SES General 2 – Excepted Service    4 – SES Career Reserved | E – Exempt N – Nonexempt | | |

| 38. Duty Station Code 29-4490-095 | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

**45. Remarks**
NFC DISBURSED SPOT AWARD
SALARY BLOCK CONTAINS CASH AWARD AMOUNT.

| 46. Employing Department or Agency **HOMELAND SECURITY** | 50. Signature/Authentication and Title of Approving Official **ELECTRONICALLY SIGNED BY:** |
|---|---|
| 47. Agency Code **HSAB** | 48. Personnel Office ID **1699** | 49. Approval Date **01/26/2021** | **DEPUTY CHIEF, HR OPERATIONS CENTER** |

5–Part 50–316    **2 - OPF Copy - Long-Term Record - DO NOT DESTROY**    Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ▮ | ▮ | ▮ | 11/22/2020 |

### FIRST ACTION

| 5–A. Code | 5–B. Nature of Action |
|---|---|
| 840 | **INDIVIDUAL CASH AWARD RB** |

| 5–C. Code | 5–D. Legal Authority |
|---|---|
| | |

| 5–E. Code | 5–F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6–A. Code | 6–B. Nature of Action |
|---|---|
| | |

| 6–C. Code | 6–D. Legal Authority |
|---|---|
| | |

| 6–E. Code | 6–F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
SUPVY GOVERNMENT INFORMATION SPECIALIS
I7001811  S16100

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | 2,390.00 | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
CITIZENSHIP AND IMMIGRATION SERVICES
IMMIGRATN REC AND IDENTY SRVCS
NATIONAL RECORDS CENTER
NATL RECORDS CNTR EXEC STAFF

HS CI0760010040010000  PP 24 2020

### EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 6 | 1 – None   3 – 10–Point/Disability   5 – 10–Point/Other<br>2 – 5–Point   4 – 10–Point/Compensable   6 – 10–Point/Compensable/30% | 1 | 0 – None   2 – Conditional<br>1 – Permanent   3 – Indefinite | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| 90 | **BASIC-3X ADDITIONAL** | 9   NOT APPLICABLE | 0   NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF   **FERS (FRAE)** | 10/05/2010 | F   **FULL TIME** | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1 – Competitive Service   3 – SES General<br>2 – Excepted Service   4 – SES Career Reserved | E   E – Exempt<br>N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 29-4490-095 | ▮ |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| HOMELAND SECURITY | ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| HSAB | 1699 | 11/29/2020 | ▮<br>CHIEF, HR OPERATIONS CENTER |

5–Part 50–316

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ▮ | ▮ | ▮ | 08/30/2020 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code<br>846 | 5–B. Nature of Action<br>**INDIVIDUAL TIME-OFF AWARD** | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code | 5–D. Legal Authority | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number<br>**SUPVY GOVERNMENT INFORMATION SPECIALIS**<br>**I7001811  S16100** |
|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 6.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization<br>**CITIZENSHIP AND IMMIGRATION SERVICES**<br>**IMMIGRATN REC AND IDENTY SRVCS**<br>**RECORDS AND INFORMATION MGMT**<br>**NATL RECORDS CNTR EXEC STAFF**<br><br>**HS CI0760010040010000   PP 18 2020** |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 6 | 1 – None    3 – 10–Point/Disability    5 – 10–Point/Other<br>2 – 5–Point    4 – 10–Point/Compensable    6 – 10–Point/Compensable/30% | 1  0 – None    2 – Conditional<br>1 – Permanent    3 – Indefinite | | X  YES      NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| 90  **BASIC-3X ADDITIONAL** | 9  **NOT APPLICABLE** | 0  **NOT APPLICABLE** |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  **FERS (FRAE)** | 10/05/2010 | F  **FULL TIME** | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1 – Competitive Service  3 – SES General<br>2 – Excepted Service  4 – SES Career Reserved | E  E – Exempt<br>N – Nonexempt | | 8888 |

| 38. Duty Station Code<br>29-4490-095 | 39. Duty Station (City – County – State or Overseas Location)<br>▮ |
|---|---|

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**

| 46. Employing Department or Agency<br>**HOMELAND SECURITY** | 50. Signature/Authentication and Title of Approving Official<br>**ELECTRONICALLY SIGNED BY:** |
|---|---|
| **47. Agency Code**<br>HSAB    **48. Personnel Office ID**<br>1699    **49. Approval Date**<br>09/06/2020 | ▮<br>**CHIEF, HR OPERATIONS CENTER** |

5–Part 50–316          2 - OPF Copy - Long-Term Record - DO NOT DESTROY          Editions Prior to 7/91 Are Not Usable After 6/30/93          176<br>NSN 7540–01–333–6238



# Award Nomination Form

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS
Form G-1109**
Internal Use

---

## Award Details

**NOTE:** Do not use this form if giving an award based on an employee's Performance Plan & Appraisal (PPA). Performance awards may only be submitted on the Performance Appraisal & Award Spreadsheet (PAAS) or on a **Delayed Performance Award Template**. Refer to the **Cost to the Agency Factsheet** when submitting On The Spot awards

**Award Category:** `Time-Off Award (TOA)`

**Note:** 40 hour limit per time-off award. No more than 80 hours may be awarded in one leave year.

Period Covered (mm/dd/yyyy)
`06/19/2020`  To  `07/01/2020`

Recommended Hours
`6`

### Employee Nominated

| Last Name | First Name | MI | SSN (Last 4 Digits) |
|---|---|---|---|
| ███ ███ | ███ | ███ | ███ |

Directorate/Program
`IRIS/NRC/FOIA`

Position Title
`Svpr. Government Information Specialist`

### Justification

Outline the employee's accomplishments and contributions that support the award nomination. Do not include personally identifiable information (PII) data or any other employees' name in the justification. Note: This text box expands based on what you type. Do not attach additional pages. You can copy and paste text into the justification block.

`The individual reviewed thousands of records associated with a technology disclosure event that impacted multiple agency partners.`

## Nomination Submitted By

| Last Name | First Name | MI |
|---|---|---|
| ███ | ███ | ███ |

Position Title
`Associate Center Dir.`

Email Address
`████████@uscis.dhs.gov`

## Approving Official

Print Name of Approving Official
███

Approving Official's eSignature/Signature
███ Digitally signed by ███
Date: 2020.08.25 13:36:27 -05'00'

Date Signed (mm/dd/yyyy)
`08/25/2020`

Is this nomination for someone outside your Directorate/Program?  ☐ Yes  ☒ No

If yes, have you notified the employee's Directorate/Program the employee has been submitted for this award?  ☐ Yes  ☐ No

If a cash award, did you provide the 14-Digit Accounting Code for the Directorate/Program issuing the award?  ☐ Yes  ☐ No

**Submit to AA ⇨**

---

Form G-1109  01/23/17

## Award Administrator (AA)/Award POC

Print Name of Award Administrator (AA), Award POC or Designated Official

Award Administrator (AA), Award POC or Designated Official's eSignature/Signature

Digitally signed by ▮
Date: 2020.08.26 08:02:34 -05'00'

Date Signed (mm/dd/yyyy)

08/26/2020

Submit to HCT ⇨

### FOR HCT USE ONLY

Effective Date (mm/dd/yyyy)

08/30/2020

Case Number

Submit to HCT



# Award Nomination Form

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form G-1109**
Internal Use

## Award Details

NOTE: Do not use this form if giving an award based on an employee's Performance Plan. Performance awards may only be submitted on the Performance Appraisal & Award Spreadsheet (PAAS) or on a **Delayed Performance Award Template**. Refer to the **Cost to the Agency Factsheet** when submitting On The Spot awards.

Award Category: Special Act Award (SAA)

Is this nomination for someone outside your Directorate/Program?    ☐ Yes   ☒ No

Note: Taxes are taken from the amount awarded. Employee will receive the net amount.

**Note: Special Act Awards $3,001 or greater must be approved by the USCIS Director or Deputy Director.**

| Period Covered (mm/dd/yyyy) | Recommended Award Amount | ☐ Check this box to use Employee Stored Accounting Code |
|---|---|---|
| 07/03/2023  To 08/11/2023 | $750 | 14-Digit Accounting Code |

## Employee Nominated

| Last Name | First Name | MI | Social Security Number |
|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮▮ |

| Directorate/Program | Position Title |
|---|---|
| IRIS/NRC/MBR | Supervisor Operation Support Specialist |

## Justification

Outline the employee's accomplishments and contributions that support the award nomination. Do not include personally identifiable information (PII) data or any other employees' name in the justification. Note: This text box expands based on what you type. Do not attach additional pages. You can copy and paste text into the justification block.

While ▮▮▮ is new in the MBR supervisor role, he has made noteworthy impact on several initiatives at the NRC. When the director notified MBR that hiring was going to be further delayed and asked generally to look at more direct hiring, ▮▮▮ put an action plan together to refresh our VRA/Schedule-A candidate pool, communicate the updates with hiring managers and begin longer term measures for increasing our applicant pool through targeted recruiting with local and national hiring advocacy groups. The NRC made 5 FOIA Assistant selections as an immediate result, allowing critically needed positions to be filled sooner and provide the needed relief to the case create function. ▮▮▮ was also instrumental in helping correct some inconsistencies in our approach to union relations and formal discussions, but directly working with the branch in need and rallying the OSS team to review meeting scenarios together for training and consistency. He has drafted a presentation on the topic for supervisors, actively engaging with AFGE to ensure success. He oversaw the launch of the one on one career development program which continues our efforts to support employees' professional development and fulfills our director's FY23 performance measure. Lastly, he has done a great job with employee recognition. He has already submitted 11 awards for his staff's accomplishments and is actively engaging with managers to suggest other awards for submission by the FY23 deadline. Thanks for your hard work.

179

**Nomination Submitted By**

Last Name

First Name

MI

Position Title
SOSS

Email Address
uscis.dhs.gov

**Approving Official**

Print Name of Approving Official

Approving Official's eSignature/Signature

Digitally signed by
Date: 2023.08.21 09:06:05 -05'00'

Date Signed (mm/dd/yyyy)
08/21/2023

**Award Administrator (AA)/Award POC**

Print Name of Award Administrator (AA), Award POC or Designated Official

Submit to HCT

Award Administrator (AA), Award POC or Designated Official's eSignature/Signature

Digitally signed by
Date: 2023.08.24 06:43:10 -05'00'

Date Signed (mm/dd/yyyy)
08/24/2023

**FOR HCT USE ONLY**

Effective Date (mm/dd/yyyy)

Case Number

**DHS Privacy Notice**

**AUTHORITIES:** The information requested on this form, and the associated evidence, is collected under 5 U.S.C. 4501 et seq., 5 U.S.C. 301, 44 U.S.C. 3101, 8 CFR 451.101-451.107.

**PURPOSE:** The primary purpose for providing the requested information on this form is for a nominating official to request a Special Act Award, On-the Spot Award, or Time-Off Award for you as a Department of Homeland Security (DHS) employee. DHS uses the information the nominator provides to grant or deny the request.

**DISCLOSURE:** The information provided on the form by the nominating official about you is based on information you voluntarily provided as part of your federal employment.

**ROUTINE USES:** DHS may share the information provided about you on this form and any additional requested evidence with other Federal, state, local, and foreign government agencies and authorized organizations. DHS follows approved routine uses described in the associated published system of records notices [DHS/ALL-011 Biographies and Awards System, OPM/GOVT-1 General Personnel Records, and OPM/GOVT-2 Employee Performance File System] which you can find at **www.dhs.gov/privacy**. DHS may also share this information, as appropriate, for law enforcement purposes or in the interest of national security.