Exhibit 35

# Department of Homeland Security
# Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

## General Information

This section allows the Rating Official to enter the Employee, Rating Official, and Reviewing Official information. Please use the tab key to navigate from field to field.

| Employee Information | | |
|---|---|---|
| 2023-10-16 – 2024-09-30 | | |
| Start – End | | |
| Employee Performance Appraisal Period | | |
| Last Name | First Name | Middle Initial |
| | GS | 0301 | 13 |
| Employee Identification Number (consult component for specific use) | Pay Plan | Occupational Series | Grade |
| US Citizenship and Immigration Services (USCIS) | SUPVY OPERS SUPRT SPECLST | |
| Organization | Position Title | Duty Location |

Note: the row above has 4 columns: EIN, Pay Plan, Occupational Series, Grade.

| Rating Official Information | |
|---|---|
| Last Name | First Name | Middle Initial |
| US Citizenship and Immigration Services (USCIS) | SUPVY OPERS SUPRT SPECLST |
| Organization | Position Title |

| Reviewing Official Information | |
|---|---|
| Last Name | First Name | Middle Initial |
| US Citizenship and Immigration Services (USCIS) | CHIEF OF STAFF |
| Organization | Position Title |

Professional-Administrative Supervisor GS 5-13

182

# Department of Homeland Security
# Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

**Core Competencies**

This section allows you to view the pre-established, *critical* core competencies and associated performance standards. Each core competency is *critical* which means that an Unacceptable determination in *any one competency* results in an overall Unacceptable Rating. These behavioral competencies were *validated* by the DHS workforce population. You cannot update or modify any of the information in this section. Please use the tab key to navigate through each of the *critical* competencies. Please refer to the Performance Appraisal Rating Summary and Calculation Sheet (i.e., the Ratings Calculator) to view the rating given to each critical core competency.

Each *critical* competency is weighted equally and, together, makeup 40% of the overall performance rating. The *critical* performance goals makeup the other 60% of the overall performance rating and appear under the Performance Goals section of this document.

- 5 – **Achieved Excellence**. The employee performed as described by the "Achieved Excellence" standard.

- 4 – **Exceeded Expectations**. The employee performed at a level between "Achieved Excellence" standard and the "Achieved Expectations" standard.

- 3 – **Achieved Expectations**. The employee performed as described by the "Achieved Expectations" standard.

- 1 – **Unacceptable**. The employee performed below the "Achieved Expectations" standard; action is required.

**Core Competency 1: COMMUNICATION**

Actively listens and attends to nonverbal cues when responding to the questions, ideas, and concerns of others. Communicates in an influential or persuasive manner, as appropriate. Writes in a clear and concise manner. Orally communicates in a clear and concise manner. Tailors communication (e.g., language, tone, level of specificity) to the audience's level of understanding and to the communication medium.

**Performance Standards**

- **Achieved Expectations** Seeks others' input, viewpoints, or questions; addresses diverse viewpoints and provides clear and organized responses to complex issues, following up to ensure understanding. Shows respect for and carefully considers others' ideas, comments, and questions. Communicates in an influential or persuasive manner, as appropriate. Prepares or guides others in preparing timely, clear, and concise communications. Effectively selects what information to include in communications to best meet the audience's needs. Writes communications that typically require few revisions.
- **Achieved Excellence** Additions at the Achieved Excellence level: Accurately reads and assesses complex organizational or interpersonal situations and responds effectively. Delivers responses in a confident and compelling manner that frequently persuades the audience to a viewpoint. Handles complex and high visibility communications effectively. Tailors style and materials to communicate

Professional-Administrative Supervisor GS 5-13

183

# Department of Homeland Security
# Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

information effectively to different levels and types of audiences, properly emphasizing the most critical issues.

Comments (If appropriate):

▮ (Rating Official) Mid-Cycle Review 2024-04-22 02.40.11 PM : ▮ has done a great job communicating in a clear and concise manner. He is highly skilled in crafting written communications with his attention to detail, focusing in on the important issue(s) and tact. ▮ effectively tailors his style to match the audience. ▮ skillfully navigates complex and difficult conversations. He does a nice job both listening to concerns and working collaboratively to reach solutions, even when the other parties may be agitated or combative. He can be persuasive and insistent, when necessary, for example: his navigation of topics such as extended FOIA training and EOD timelines, IMLS telework eligibility timeframes, and unfair performance accountability proposals. ▮ briefs at supervisor and manager meetings with confidence in himself/subject matter, and effectively sticks to the topic.

▮ (Rating Official) Rating 2024-10-22 02.25.38 PM : ▮ has excellent communication skills, demonstrated effectively in both writing and verbal interactions. He has expertly navigated complex and sensitive situations, including discussions for 22 reasonable accommodations, misconduct and performance discussions with supervisors and managers, and conversations with the union regarding personnel issues. ▮ tailors his approach and strategy based on the situation and the individuals involved, leveraging his experience and relationships across the center to effectively work through issues. He routinely engages key players to prevent and resolve problems, and I appreciate how he consistently engages both up and down the chain, including ACDs and the front office, as necessary to address issues. ▮ expertly authors written broadcast messages that are clear and concise, highlighting essential information on topics such as awards and recognition, training opportunities, FEVS results, and general administrative updates.

## Core Competency 2: CUSTOMER SERVICE

Communicates with customers to understand their needs. Works with customers to set expectations and keeps them informed of issues or problems. Provides timely, flexible, and responsive services to customers.

**Performance Standards**

- **Achieved Expectations** Maintains contact with customers and is effective in understanding and anticipating their needs; guides others in using customer feedback to design and enhance products or services. Works with and guides employees in working with customers to set expectations (e.g., timelines, deliverables). Informs customers of changes, issues, or problems that could affect progress and develops effective solutions to address them. Provides flexible, creative, and responsive service to customers, resulting in high levels of customer satisfaction.
- **Achieved Excellence** Additions at the Achieved Excellence level: Uses information from a variety of sources to assess and improve work products or service delivery. Anticipates and integrates customer needs and expectations into services or products. Takes initiative and works with staff to anticipate and proactively implement effective solutions to prevent problems, thus avoiding gaps in customer expectations and maximizing customer satisfaction.

Professional-Administrative Supervisor GS 5-13

184

# Department of Homeland Security
# Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

Comments (If appropriate):



▉▉▉▉ (Rating Official) Mid-Cycle Review 2024-04-22 02.40.11 PM : ▉▉ provides excellent customer service for the NRC. ▉▉ is impressively quick to respond to requests and gives each the proper attention and urgency they require. He is also proactive in taking actions to prevent problems from happening, which is something I am seeing more of with experience. Some examples include creating a top priorities weekly tasker with HROC; improving NSOP and adding a topic on documentation training; creating resources for supervisors on the IRIS awards tool and ACD reports on spending; situational manual SF-52 monitoring; and giving work schedule training in a supervisors meeting. ▉▉ is accountable and takes ownership over everything in his portfolio for the interests of the customers. Despite some challenges NRC is faced with centralized oversight roles lacking urgency and organization at times, ▉▉ and his team go above and beyond to ensure critical issues like those that affect employee pay and well-being are his top priority to solve, and I have observed him stay late/work after hours to support.

▉▉▉▉ Rating Official) Rating 2024-10-22 02.25.38 PM : ▉▉ provides outstanding customer service to the NRC workforce and his employees. He multi-tasks effectively and has demonstrated the ability to respond quickly to a multitude of requests, ▉▉ collaborates with customers to understand their needs, which helps him best support them. This includes brainstorming on hiring strategies and position management, reviewing draft correspondence for clarity and strategic alignment (including complex ACD initiatives), and training services. He has instilled a customer service mindset within his team, who routinely go above and beyond to exceed staff expectations. I have received positive feedback from multiple ACDs this year about ▉▉ and his team's exceptional service. He anticipates problems to prevent them from occurring; for example, he worked tirelessly to review pending and overdue SF-52 personnel actions that could have led to staff overpayments. He also created various iterations of a weekly top priorities message for HROC to facilitate progress on critical issues that had stalled. Additionally, he engaged ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, preventing a major lapse in services in this critical area.

## Core Competency 3: REPRESENTING THE AGENCY

Represents the agency and its interests in interactions with external parties. Ensures that interactions with and information provided to outside parties reflect positively on the agency. Enhances trust and credibility in the agency and its mission through effective professional interactions with others outside the organization. Deals professionally and tactfully with external parties in difficult, tense, or emergency situations.

### Performance Standards

- **Achieved Expectations** Personally presents and advises direct reports on presenting a professional image of the agency when interacting with others; enhances trust and credibility. Monitors the interactions of direct reports with others and holds them accountable to ensure the agency is represented in a manner that protects its interests and enhances its image and reputation. Takes action and guides others in defusing difficult, tense, or emergency situations, managing them effectively. Calmly and effectively manages crisis situations, making timely decisions that facilitate security, safety, and desirable outcomes. Engages with others in a manner that earns their respect, advancing the goals and objectives of the agency.

Professional Administrative Supervisor GS 5-13

185

# Department of Homeland Security
# Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

- **Achieved Excellence** Additions at the Achieved Excellence level: Demonstrates exceptional skill in representing the agency and provides guidance to others or handles very difficult, sensitive, or visible situations with others in an effective manner. Assumes leadership in handling extremely difficult, tense, or emergency situations, quickly, and decisively managing them with a high degree of effectiveness.

Comments (If appropriate):



██████████ Rating Official) Mid-Cycle Review 2024-04-22 02.40.11 PM : ████ is a professional representative of the agency. ████ understands the team's strengths and weaknesses and knows how to relate to each to ensure everyone is on the same page and providing services in a professional manner. When there is the occasional questionable reaction from a subordinate, ████ is very responsive to promptly address. ████ is calm under pressure and effectively manages tense situations. This includes tactfully standing firm when needed and knowing when to escalate and involve other parties. ████ was very helpful in navigating several union relations issues, to include a ████████████████████████████████████████████████████████████████████████████████ also provided helpful insight during successful LSA negotiations.

██████████ (Rating Official) Rating 2024-10-22 02.25.38 PM ████ excels at representing the agency and serving as a professional representative of the NRC. His portfolio requires collaboration with many teams of centralized authority, such as HROC, LER, and OCC. Regardless of the audience, ████ conveys professionalism, knowledge, and confidence that build trust and establish credibility. He has effectively navigated tense and emergency situations, such as LSA negotiations, addressing underperformance ██ our HRGC service provider, handling accusations of harassment, and responding to union inquiries that could have led to grievances if mishandled. He successfully brokered a solution to a complaint ████████████████████████████████ mutually beneficial outcome for both parties ████ also adeptly handled complaints from multiple employees regarding unfair treatment and potentially harassing behavior, offering recommendations and outlets for relief.

**Core Competency 4: TEAMWORK AND COOPERATION**

Makes positive contributions to achieving team goals. Develops and maintains collaborative working relationships with others. Builds effective partnerships that facilitate working across boundaries, groups, or organizations. Respects and values individual differences and diversity by treating everyone fairly and professionally. Works constructively with others to reach mutually acceptable agreements to resolve conflicts.

**Performance Standards**

- **Achieved Expectations** Contributes to achieving objectives by demonstrating collaborative behaviors with others. Builds collaborative networks of partners and decision makers across units that help the team to achieve its goals. Strives to ensure that everyone is treated fairly, equitably, and professionally; respects and values individual differences and diversity. Effectively handles a wide range of disagreements or conflicts within own team or unit, and resolves them in a constructive manner, when possible. Anticipates situations with potential for conflict and takes effective measures to minimize escalation. Fosters an environment in which all team members are encouraged to speak openly, freely, and constructively, resulting in the effective resolution of conflicts.

Professional-Administrative Supervisor GS 5-13

186

## Department of Homeland Security
## Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

- **Achieved Excellence** Additions at the Achieved Excellence level: Is proactive in recognizing when help is needed, seeking opportunities, and providing assistance to help the team in accomplishing goals. Builds a climate of trust by demonstrating behavior that clearly values individual differences and diversity; provides direct, clear feedback to individuals who show disrespect for others. Anticipates and effectively handles complex or sensitive disagreements within the unit, and resolves them in a constructive manner. Considers all sides of issues and develops effective compromises or resolutions.

Comments (If appropriate):

▮▮▮▮▮▮▮▮(Rating Official) Mid-Cycle Review 2024-04-22 02.40.11 PM : ▮▮▮ does a great job collaborating with others and leveraging relationships to improve products and services. This includes a large range of partners in HROC, HCT, LER and OCC. ▮▮▮ team feel comfortable making recommendations and contributing to solutions he is humble and intentional with involving others in the decision-making process and leveraging the talents of others. ▮▮▮ knows his colleagues' tendencies and is well prepared to handle disagreements when predicted. ▮▮▮ leverages his knowledge and relationships across the NRC, most notably in the FOIA branches, to help solve problems and avoid pitfalls. He asks good questions and offers his insight to help steer positive solutions without being overly directing. He is respectful of individual differences and values diversity in teams.

▮▮▮▮▮▮▮▮(Rating Official) Rating 2024-10-22 02.25.38 PM : ▮▮▮ excels in collaboration and working with others to accomplish goals. He treats everyone with respect and dignity, involving his team in decision-making and recommending courses of action. He effectively manages the natural emotions and differences of opinion during brainstorming sessions and open discussions to arrive at agreeable solutions. ▮▮▮ has not only maintained established relationships within FOIA but has also invested time in learning the IIIB business and its personalities to provide the best support. He successfully leverages support when needed to get things done. While difficult to quantify, countless problematic ideas have been avoided through his socialization of concerns within his network. ▮▮▮ recognizes when help is needed, directing additional resources and stepping in himself to work alongside his team. Examples include processing awards through the IRIS tool, presenting on work schedule topics for the supervisory team, and participating in iLead when added support was necessary.

**Core Competency 5: TECHNICAL PROFICIENCY**

Demonstrates and applies relevant knowledge and skills to perform work in accordance with applicable guidelines. Uses appropriate and available technology or tools to perform work activities. Acquires, develops, and maintains relevant and appropriate job skills through training or other opportunities for learning and development. Stays up-to-date on developments related to own work. Demonstrates an understanding of the organization's mission, functions, and systems. Collects relevant information that is needed to identify and address problems or issues. Analyzes and integrates information to identify issues and draw sound conclusions. Identifies and evaluates alternative solutions to problems. Makes sound, well- informed, and timely decisions or recommendations. Identifies and utilizes innovative or creative methods and solutions to accomplish work, as appropriate. Maintains an awareness of available resources and the process for acquiring resources. Identifies and advocates for resources required to accomplish work activities or projects. Makes effective and efficient use of available resources. Safeguards available resources to prevent fraud, waste, and abuse.

Professional-Administrative Supervisor GS 5-13

187

# Department of Homeland Security
# Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

**Performance Standards**

- **Achieved Expectations** Successfully applies broad technical or supervisory knowledge and skills (including use of technology and tools) to supervise a wide range of complex work activities; provides effective and timely guidance to others to help them develop their technical job skills. Effectively seeks and uses feedback on own performance to enhance knowledge and skills that facilitate achieving results. Demonstrates an extensive knowledge and understanding of the applicable organization's mission, functions, values, relevant policies/procedures (to include, as appropriate, responsibilities toward the protection of classified national security information), and internal controls and how these affect the larger organization; carries out and directs complex work in accordance with these. Demonstrates in-depth knowledge of resources and provides guidance to others on the resources available them. Effectively prepares project or team resource plans; defends resource requirements. Monitors and ensures that resources are distributed and utilized in a highly efficient manner. Effectively oversees efforts to identify and collect key information that is needed to ensure a comprehensive understanding of the situation. Effectively analyzes and integrates complex information to identify important issues, assess impact, and draw logical conclusions. Anticipates and identifies alternative solutions for complex problems; makes sound and timely decisions affecting the work team; considers alternative courses of action and chooses an effective option.
- **Achieved Excellence** Additions at the Achieved Excellence level: Uses depth or breadth of expertise to guide the most complex and difficult assignments at this level. Seeks out technological enhancements and other tools to improve work. Continually broadens and enhances expertise, resulting in performing more complex work activities and making significant contributions to achieve important organizational goals and objectives. Devises and implements creative and resourceful approaches to leverage available resources, resulting in the team being able to maximize achievement of outcomes. Identifies and uses effective methods to gather information in a highly efficient manner. Regularly makes connections between disparate pieces of information and identifies significant issues, quickly and correctly keying in on the most critical issues. Develops highly effective solutions or decisions for unusual or more complex issues, carefully considering both short- and long-term consequences.

Comments (If appropriate):

　　　　　　　(Rating Official) Mid-Cycle Review 2024-04-22 02.40.11 PM : ▇▇▇ is technically proficient over his range of duties and responsibilities in the MBR. ▇▇▇ is resolving more and more issues directly between himself and his team, and whenever an unusually complex/sensitive issue does arise, he routinely seeks clarity/concurrence from myself. His instincts on personnel related matters are usually correct, or at least on the right path at the point of inquiry. He's made valuable contributions in the staffing realm with direct hiring initiatives and in performance management with reinforcing PIP procedures in FOIA and training period definitions in IMLS. He has continued to develop other parts of his portfolio to include time & attendance, budget management, and awards and recognition. He even delivered a benefits briefing at a recent NEOP. He has demonstrated proficiency in training and development concepts and continues to lead a healthy and robust training program. ▇▇▇ does a good job applying a whole of NRC approach when analyzing issues, making sure the decisions, work products and strategic goals are aligned with the front office of the NRC. ▇▇▇ seeks clarity from the customers on priorities, making sure he and his team can find the right, creative and resourceful solutions.

　　　　　　　(Rating Official) Rating 2024-10-22 02.25.38 PM : ▇▇▇ has demonstrated technical proficiency in executing the various responsibilities under his purview. He possesses the supervisory skills and operational knowledge of the NRC to manage his team's workloads and

Professional-Administrative Supervisor GS 5-13

**188**

# Department of Homeland Security
# Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

support the successful and accurate completion of assignments. He not only excels at problem-solving but also includes his employees in the process to develop their skills and experiences. ▇ seeks feedback to improve his performance and, when courses of action are unclear, seeks additional information, involves others, and forges ahead to develop solutions and increase his knowledge base. He has shown in-depth knowledge of the human capital management principles he oversees, making significant strides this year in understanding hiring authorities, accommodations, performance management, labor relations, investigations, and addressing employee misconduct.

**Core Competency 6: ASSIGNING, MONITORING AND EVALUATING WORK**

Sets and communicates clear expectations for the work and behavior of others. Coordinates and monitors the work of others. Evaluates the performance of others and follows up to ensure that performance is on track. Recognizes and rewards employee contributions or performance. Addresses employee performance and conduct problems in a timely and appropriate manner. Gives timely and constructive feedback to others. Identifies developmental needs for others and ensures they receive needed developmental or training opportunities.

**Performance Standards**

- **Achieved Expectations** Establishes and clearly communicates work expectations to members of the unit or team. Effectively coordinates tasks and monitors performance to meet team objectives. Makes effective work assignments by matching individuals' skills, availability, and experience to work needs in a fair and equitable manner. Empowers staff to perform their work while remaining accessible and providing support and guidance as needed. Effectively monitors and evaluates performance in a fair, equitable, and timely manner, ensuring that quality, timeliness, and other performance measures are met. Motivates, recognizes, and rewards employees and addresses basic performance problems in a fair, equitable, and timely manner. Addresses conduct issues in a timely and constructive manner. Provides timely and constructive feedback to unit members that improve work performance. Uses performance information and solicits employee input to identify development needs; identifies appropriate developmental opportunities and where possible, helps individuals receive training or development in a fair and equitable manner. Trains, coaches, or mentors team members.
- **Achieved Excellence** Additions at the Achieved Excellence level: Proactively seeks out and applies methods that improve the team's performance. Effectively coordinates tasks and monitors performance to exceed team objectives. Handles performance and conduct issues in an honest and candid manner, while maintaining the receiver's self-esteem and motivation. Increases motivation by using creative methods of reward and recognition. Anticipates skill needs that are consistent with organizational trends and changing priorities; identifies creative developmental opportunities for staff to address these needs. Seeks out a wide variety of developmental opportunities for others beyond readily available training and actively encourages them to pursue self-development activities.

Comments (If appropriate):

▇▇▇ (Rating Official) Mid-Cycle Review 2024-04-22 02.40.11 PM : ▇ does a great job managing the workloads of his team. He sets appropriately challenging yet fair expectations for the assignment of work and projects. He shows flexibility and adapts and adjusts expectations as necessary. This year, ▇ has specifically worked to develop the GS-9 OSS for additional duties and stretch assignments- tailored to the desires and development level of the unique employees. ▇ is highly supportive of his staff growing homeland skillsets through training. Specifically, he has supported multiple staff through the USCIS Training Program Developer Courses and

Professional-Administrative-Supervisory GS-13

189

# Department of Homeland Security
# Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

brought in special hiring authority training for HR staff. ▮praises and awards employees in a fair and equitable manner, using both the IRIS framework for monetary awards and ongoing informal recognition methods. He is leading all of NRC supervisors with awards and recognition, both through OTS/SAA awards and writing nominations for items such as QSI and Agency Director's Awards. He is willing to step in and help at the ground level alongside his staff, and routinely works credit time past the conclusion of his TOD to ensure the work keeps moving.

▮ Rating Official) Rating 2024-10-22 02.25.38 PM : ▮has done an excellent job assigning work, communicating his expectations, and defining success for his team. He monitors progress and performance to ensure team success and that MBR provides quality services to the workforce. ▮engages with staff individually and through regular team meetings, providing each member with what they need to succeed. He has completed mid-cycle reviews and final ratings in a timely manner, offering quality, thoughtful feedback. He gives feedback and holds staff accountable for making improvements where necessary, specifically where pace has lagged, negativity has persisted, and where communication has lacked depth and appropriate instruction. ▮has evaluated workloads and assigned tasks that challenge and develop his staff. For example, ▮ recurring tasks for another, based on individual experience, skill, and aspirations. He has excelled at recommending training and development opportunities, specifically planning leadership development for one employee, supporting another in obtaining the ▮ d generally championing participation in routine offerings throughout the year. ▮has done a phenomenal job recognizing and rewarding employee contributions; this year he nominated his staff for ▮ off. He also awarded ▮ nominated two ▮ nominated ▮ above-and-beyond efforts involving quality narrative justifications.

**Core Competency 7: LEADERSHIP**

Communicates a vision for work unit, translating broad organizational goals into concrete objectives, plans, priorities and assignments. Maintains an awareness of external factors that affect the organization or specific work assignments. Formulates short- and long-term strategies consistent with organizational goals and internal/external factors. Seeks out and capitalizes on opportunities to help the organization accomplish its mission and objectives and move toward its long-term vision. Influences, motivates, and challenges others to maximize their potential. Leads, develops, and manages a high performing, diverse workforce, ensuring employment practices are administered in a fair and equitable manner. Promotes and fosters an inclusive workplace where diversity is valued and leveraged to achieve the vision and mission of the organization.

**Performance Standards**

- **Achieved Expectations** Effectively and objectively translates and communicates broad goals into unit goals and helps unit members determine how to execute them. Demonstrates an in-depth understanding of external factors that may affect the unit's work and uses this knowledge constructively in establishing goals and priorities. Creates an environment that encourages employees and stakeholders to provide input on possible enhancements or impediments to unit performance. Guides the unit in seeking opportunities to achieve results that accomplish its mission and objectives and move toward its long-term vision. Effectively formulates short- and long-term strategies across organizational units. Displays a work ethic

Professional-Administrative Supervisor GS 5-13

**190**

## Department of Homeland Security
## Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

that has a positive impact on the team and inspires effective performance. Builds a high performing, diverse workforce and ensures fairness in leadership practices by recruiting, hiring, promoting, and/or providing developmental opportunities in a fair and equitable manner. Promptly addresses allegations of harassment, discrimination, or retaliation by taking appropriate action. Enables a work environment and organizational culture that values and promotes diversity (of both persons and points of view) and collaboration and where employees are allowed to express their individual views toward improving work products, services, processes, teamwork, and the work environment itself without fear of retaliation; demonstrates inclusiveness and sensitivity to individual differences. Supports and participates in DHS diversity programs and initiatives; encourages employee participation in diversity-related activities, events, groups, and organizations.

- **Achieved Excellence** Additions at the Achieved Excellence level: Effectively formulates long-term strategies across organizational units that take a broad perspective and achieve significant results in support of organizational goals. Effectively uses or oversees the use of feedback mechanisms and performance measures in assessing priorities and advancing unit goals. Documented actions show that equal access to employment programs and opportunities is a priority. Proactively examines the work environment and ensures adherence to EEO principles, statues, regulations, and guidelines; identifies and implements practices that advance DHS EEO goals. Models behavior and clearly recognizes and reinforces high work effort and continual learning, thereby resulting in very high performing work units. Monitors the work environment to identify situations which could potentially lead to allegations of harassment, discrimination, or retaliation, and establishes activities and exercises to attempt prevention of such practices.

Comments (If appropriate):

███████████(Rating Official) Mid-Cycle Review 2024-04-22 02.40.11 PM : ███ is a great leader for his team, peers, and colleagues at the NRC. ███ has a serving and customer service approach that bodes well for the role and culture of the NRC. He consistently provides the team with an open, approachable, even-keeled approach that has been conducive to creativity and gives the high performers freedom to excel. He has regular meetings with his employees one-on-one and in team settings, where he can articulate strategic priorities and vision for everyone to participate in and adapt. He treats everyone with respect, dignity, and appreciation for their valuable contributions. He has provided help and support for several NRC staff from other teams, being an important sounding board and helping guide staff in the right direction for alleviating their concerns. ███ is a champion for the NRC's DEIA and Special Emphasis programs, actively participating and leading staff involved in the execution of DEIA and EEO related training and engagement. ███ oversees the NRC's DEIA quarterly report, where multiple items he and his team reported directly made it all the way to the USCIS DEIA report for DHS. He models many leadership traits I place high value on, including being consistent, positive, patient, and supportive.

███████████(Rating Official) Rating 2024-10-22 02.34.29 PM ███ is a great leader who models exemplary behavior that reinforces a culture of professionalism and high performance. He has been attuned to the Front Office's vision and the director's core values, customizing strategies for long-term organizational success. A few examples include crafting the FY25 supervisory training plan from a general idea, managing awards spending and allocations to meet the director's 80% awarded goal, and investing in non-competitive hiring solutions to achieve a 90% fill rate. He inspires his team to work hard and succeed for him, granting them autonomy and encouraging creativity. ███ is selfless, deferring credit for his and his team's accomplishments to individual contributors. He promotes an inclusive environment and upholds the values of EEO and anti-discrimination. His support for DEIA programs is evident in the comprehensive quarterly reports

# Department of Homeland Security
# Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

submitted by the NRC several items from these reports made it onto the agency-level report back in Q2. He recognizes when morale and emotional support are needed, providing a safe space for his staff to express frustrations ▮ addresses conflict and potential misconduct situations directly, without delay or hesitation. His leadership resonates with his staff, as evidenced by their nomination of him for the NRC's Supervisor of the Year award. His impact on the team and the NRC is clear, as reflected in the panel's perfect scores across the board.

**Performance Goals**

This section allows entry for up to 5 *critical* Performance Goals for the employee. If more than 5 *critical* goals need to be added, please use the Additional Goals/Comments section located on the last page of this document. Please use the tab key to navigate from field to field. Please refer to the Annual Appraisal and Rating of Record section of this document to view the rating given to each *critical* goal.

Each *critical* performance goal must be assigned a share to equal 100% and, together, makeup 60% of the overall performance rating. For example, if the employee has 3 *critical* goals, they might be weighted as follows: 25%, 25%, and 50%. The *critical* competencies makeup the other 40% of the overall performance rating and appear under the Core Competencies section of this document.

- 5 – **Achieved Excellence**. The employee performed as described by the "Achieved Excellence" standard.

- 4 – **Exceeded Expectations**. The employee performed at a level between "Achieved Excellence" standard and the "Achieved Expectations" standard.

- 3 – **Achieved Expectations**. The employee performed as described by the "Achieved Expectations" standard.

- 1 – **Unacceptable.** The employee performed below the "Achieved Expectations" standard; action is required.

*For each performance goal, please describe expected performance at the "Achieved Expectations" and "Achieved Excellence" levels.*

*These "performance standards" should include measures such as quality, quantity, timeliness, and/or cost effectiveness.*

**Performance Goal 1 (provide a brief statement of what is to be achieved – Outcomes/Results):**

Leading People in a Quality Work Environment: Actively supports the principles of a quality workplace by fostering a work environment centered on quality, excellence, professionalism, and teamwork.

Please insert the higher level *Goal*, Objective, or Mission of the organization and/or of the supervisor to which this goal *aligns*: Strategic Goal 4: Continuously improving key processes, programs, and systems

Professional-Administrative Supervisor GS 5-13

192

# Department of Homeland Security
# Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

**Achieved Expectations:**

- Promotes employee awareness and encourages active participation in programs that create a quality workplace
- Promotes and encourages training and other developmental opportunities to enhance employee as well as individual career growth and advancement
- Provides ongoing and frequent coaching and feedback to employees in a manner that encourages professional growth
- Identifies and facilitates meaningful opportunities for career and leadership development, including engaging employees in assignments beyond the scope of their routine daily workload, as appropriate
- Facilitates opportunities to embrace and understand diversity in the workplace
- Recognizes and acknowledges the accomplishments and contributions of all employees through various means and evaluates and improves recognition methods
- Proactively addresses and resolves conflict, performance, and conduct issues in a fair and forthright manner
- Demonstrates self-awareness and seeks feedback from employees and peers to strengthen organization efficiency and leadership effectiveness

**Achieved Excellence:**

In addition to achieving expectations, the employee also:

- Champions the principles of a quality workplace as a needed source of change within the work unit and takes ownership for the successful communication and implementation of related programs and learning opportunities within the work unit
- Identifies employee developmental needs and assigns work in a manner that constructively addresses those needs and capitalizes on strengths while successfully meeting operational requirements
- Actively seeks out and implements best practices for improvement in the areas of employee development and organizational processes
- Demonstrates innovation in proposing and implementing steps to enhance performance while maintaining a high level of quality and integrity in the process

Weight: 50%

Comments (If appropriate):

    ▇▇▇▇▇▇▇▇▇▇▇▇ Rating Official) Mid-Cycle Review 2024-04-22 02.40.11 PM : ▇▇▇ has produced at a high level, providing quality products and services in support of the NRC workforce. ▇▇▇ impact can be felt in our highest priorities as a center, including but not limited to guiding the FY25 FOIA production metrics implementation and awards & recognition plan; preparation of the informational notice in place of 9A notice; maximizing hiring efforts to include direct hiring and constant communications with HROC; boosting employee development by re-launching the succession plan, creating a customized FY24 training plan from training needs assessment data and continuing the highly successful one-on-one career development plan; ensuring staff are held accountable in a fair and consistent manner; and managing the rollout of the new IRIS awards framework. He has been integral in the timely and proper handling a high volume of accommodation requests in Q1/Q2, including several highly complex cases and an influx of requests related to monitors GS6-13c workstation refresh. He is available to his team and supports

Professional-Administrative Supervisory GS 6-13

193

# Department of Homeland Security
# Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

their continued learning and growth. I appreciate how he is starting to look at established processes critically for possible improvements, for example: new supervisors orientation program and non-comp hiring procedures.

▬▬▬▬▬▬▬ (Rating Official) Rating 2024-10-22 02.25.38 PM : ▬▬ has driven a high volume of impactful results for the NRC this year. He effectively led his team to be key contributors to these results, allowing them to take ownership of their achievements. ▬▬ led the charge to achieve a 90% fill rate in July, increasing by an impressive 5.6% since the start of the year and meeting the ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ His emphasis on and innovation in pursuing non-competitive hiring options were crucial, yielding 45 selections. His utilization of the USAJobs Talent Portal expedited hiring, leading to 5 selections and many more on the horizon. He conducted outreach to veteran associations, enhancing our applicant pool, particularly with the Paralyzed Veterans of America (PVA). ▬▬ also spearheaded efforts to revitalize the NRC Succession Plan, releasing 6 additional position profiles. His team recertified all position profiles and packaged Percipio journeys that aligned with the requisite training competencies, with 83 employees using training resources and 20 completing specific plans. He oversaw the success of our One-on-One Career Development program, where the team held 36 sessions to improve staff readiness for future roles. He continued to champion the VAO OJT ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ dentified improvements for the supervisory development and New Supervisors Orientation Program, updating the curriculum and communication about resources for new supervisors. He effectively supported organizational changes this year, including advising and strategizing on implementing new FOIA metrics, navigating union concerns and correspondence with LER, and facilitating the move of genealogy to IIIB and proactive disclosure to SIG. He was a team player supporting our successful negotiations with the union on our Local Supplement Agreement and did a commendable job presenting a summary to all staff in June ▬▬ seeks feedback from his supervisor and teammates, using best practices from others to enhance performance while fostering collaboration and a sense of team accomplishment.

**Performance Goal 2 (provide a brief statement of what is to be achieved – Outcomes/Results):**

Contribution to the USCIS Mission: Manages Resources and Operations in a Quality Work Environment. Provides leadership in the management of resources and operational activities to accomplish the USCIS mission with efficiency and effectiveness.

Please insert the higher level *Goal*, Objective, or Mission of the organization and/or of the supervisor to which this goal *aligns*: Strategic Goal 1: Strengthening our investment in an empowered workforce to better accomplish the agency's mission

**Achieved Expectations:**

- Fosters a work environment that encourages creativity, efficiency, collaboration, teamwork, transparency, goal setting, and high quality results
- Communicates expectations and delegates work responsibilities in a clear and organized manner while providing follow up that ensures understanding, accountability and completion of assignments within established timeframes
- Oversees the completion of work products in accordance with all rules, regulations, directives, policies and procedures, and ensures they are well-reasoned, clear, concise, and procedurally correct

Professional-Administrative Supervisor GS 5-13

194

# Department of Homeland Security
# Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

- Incorporates appropriate recommendations identified by internal and external audits and reviews and institutes process improvements that address identified challenges
- Appropriately responds to internal and external stakeholders, effectively addressing inquiries within established timeframes
- Identifies and recommends necessary resources (budgetary, staffing, facilities, equipment, etc.) to accomplish the mission, as appropriate
- Reviews and executes resource allocation, such as travel, training, time & attendance, and overtime, to ensure resources are properly utilized and in compliance with governmental regulations
- Issues performance plans to all employees within the first 30 days of employment and conducts performance conversations with employees on an ongoing basis in addition to completing formal mid-cycle and annual reviews within established timeframes

**Achieved Excellence:**

In addition to achieving expectations, the employee also:

- Proactively assesses and adjusts to changing situations, implementing innovative solutions to make organizational improvements
- Effectively develops, analyzes and/or utilizes reports on initiatives, workload, performance and workforce planning to improve operations
- Improves organizational efficiency and solves highly complex issues by using innovative approaches to address obstacles
- Identifies and implements process improvements and best practices that are responsive to identified challenges or results of internal and external reviews

Weight: 50%

Comments (If appropriate):

███████ (Rating Official) Mid-Cycle Review 2024-04-22 02.40.11 PM : ███ contributes daily to the USCIS mission through his steady leadership, dependability, and effective management of personnel and resources. ███ effectively manages the NRC's execution of VA OJT Program and leverages this as an effective recruiting and retention tool working in to direct hiring and veteran outreach efforts. As well, his leveraging of the USAJobs Talent portal and direct hiring, to include localized outreach, has been very helpful solutions to hiring resource issues specifically, NRC seems to be on the leading edge across the directorate in utilizing the talent portal, which has already paid dividends with the critical budget analyst position hire ███ welcomes creativity and provides space for the staff to be solid contributors, team players and leaders. He supports organizational improvement and efficiency of service through a mindset of aligning to the NRC director's priorities and helping others to do the same.

███████ (Rating Official) Rating 2024-10-22 02.25.38 PM : ███ has excelled in managing resources and operations. He expertly managed the awards budget for the NRC this year, which included overseeing branch-level allocations, monitoring spending rates to make adjustments throughout the year, communicating with ACDs and section chiefs, and ultimately successfully spending the full allocation by the deadline. He worked with PMO to create a spending dashboard that highlighted employees who had not yet received an award during the year. Thanks to his ████████████████████████████████████████████████████████████████ and Professional-Technical and Supervisory Staff receiving at least one award, enhancing performance

195

# Department of Homeland Security
# Employee Performance Plan and Appraisal Form

*With Honor and Integrity, we will safeguard the American people, our homeland and our values.*

recognition beyond annual reviews. He provided significant support to the FOIA production quarterly goals frameworks, issued performance plans and ratings in a timely manner, exceeding the 30-day standard. He identified process improvements in many areas, including structuring the weekly HROC meetings, streamlining non-competitive hiring intake and triage through the NRCHR mailbox, and establishing a framework for utilizing the talent portal has been very flexible and routinely adapts to changing situations. He invested time with LER and OCC to propose and ultimately gain concurrence for a significantly more efficient process for documenting errors related to FOIA performance actions.

**Performance Plan Acknowledgements & Comments**

This acknowledges the start of the employee performance plan and the employee appraisal period.

**I certify that the performance goals have been reviewed and approved by the Reviewing Official.**

Rating Official Signature ▓▓▓▓▓▓▓ Date 2023-10-16 18:47:17

**I have discussed my performance plan with my Rating Official.**

Employee Signature ▓▓▓▓▓▓▓ Date 2023-10-16 18:56:29

**Mid-Cycle Review Acknowledgements**

At least one formal mid-cycle review is required during the appraisal period.

**I certify that the mandatory formal mid-cycle review and discussion occurred.**

Rating Official Signature ▓▓▓▓▓▓▓ Date 2024-04-22 19:59:33

Employee Signature ▓▓▓▓▓▓▓ Date 2024-04-23 11:08:51

Professional-Administrative Supervisor GS 5-13

196