Exhibit 36

# USCIS Performance Management Ratings Calculator
# for Performance Plan & Appraisal

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**DISCLOSURE:** Voluntary.

**AUTHORITY:** 49 USC Section 114(n).

**PRINCIPAL PURPOSES:** This information will be used to document your performance appraisal and to certify that the rating official has discussed your performance appraisal with you.

**ROUTINE USES:** This information may be shared in response to a request for discovery or for appearance of a witness, information that is relevant to the subject matter involved in a pending judicial or administrative proceeding, or for routine uses identified in the Office of Personnel Management's system of records, OPM/GOVT-2 Employee Performance File System Records.

| **Organization** (Directorate or Program Office) | | |
|---|---|---|
| US Citizenship and Immigration Services (USCIS) | | |
| **Information About the Employee** *(Required Fields)* | | |
| **Employee's Last Name** | **Employee's First Name** | **Employee's Middle Name** |
| ██████ | ████████████ | ██████ |
| **The Employee is a Supervisor** | | |
| **Employee's Title/Series/Grade** | **Employee Identification Number** | |
| SUPVY OPERS SUPRT SPECLST/0301/13 | ████████ | |

| **Performance Period** | |
|---|---|
| **Date PPA was Issued** <br><br> *(mm/dd/yyyy)* | **Rating Cycle End Date** <br><br> *(mm/dd/yyyy)* |
| 10-16-2023 | 09-30-2024 |
| **Employee's Rating** <br><br> *(Auto-populated based on points earned)* | **National Finance Center Rating Code** <br><br> *(Auto-populated based on rating)* |
| Achieved Excellence | E5 |

**198**

*Please note that the ratings may have decreased or are different from historical patterns for this employee, due to performance rating level setting occurring across the federal government this fiscal year.

## Competencies

| Competency Number | Brief Description | Weight | Performance Rating | Points |
|---|---|---|---|---|
| 1 | COMMUNICATION | 14.29% | 5-Achieved Excellence | 0.71 |
| 2 | CUSTOMER SERVICE | 14.29% | 5-Achieved Excellence | 0.71 |
| 3 | REPRESENTING THE AGENCY | 14.29% | 5-Achieved Excellence | 0.71 |
| 4 | TEAMWORK AND COOPERATION | 14.29% | 5-Achieved Excellence | 0.71 |
| 5 | TECHNICAL PROFICIENCY | 14.29% | 4-Exceeded Expectations | 0.57 |
| 6 | HOLDING EMPLOYEES ACCOUNTABLE | 14.29% | 5-Achieved Excellence | 0.71 |
| 7 | LEADERSHIP | 14.29% | 5-Achieved Excellence | 0.71 |
| **Competencies Evenly Weighted to Add Up to 100% Total =>** | | 100% | | 4.86 |

## Performance Goals

| Goal Number | Brief Description | Weight | Performance Rating | Points |
|---|---|---|---|---|
| 1 | Leading People in a Quality Work Environment: Actively supports the principles of a quality workplace by fostering a work environment centered on quality, excellence, professionalism, and teamwork. | 50% | 5-Achieved Excellence | 2.50 |
| 2 | Contribution to the USCIS Mission: Manages Resources and Operations in a Quality Work Environment. Provides leadership in the management of resources and operational activities to accomplish the USCIS mission with efficiency and effectiveness. | 50% | 5-Achieved Excellence | 2.50 |
| **Weights Must Add Up to 100% Total =>** | | 100% | | 5.00 |

## Rating Calculation

| Category | Points Earned | % of Rating | Points Toward Rating |
|---|---|---|---|
| Competencies | 4.86 | 40% | 1.94 |
| Performance Goals | 5.00 | 60% | 3.00 |
| **The total will be rounded to the nearest one-hundred.** | | **Total** | 4.90 |

## Overall Rating

| Point Scale | Summary Rating Descriptions | Rating |
|---|---|---|
| 4.50 or more | Achieved Excellence | Achieved Excellence |
| 3.50 - 4.49 | Exceeded Expectations | |
| 3.00 - 3.49 | Achieved Expectations | |
| < 3.00 | Unacceptable | |

## Employee's Signature

| Employee's Last Name | Employee's First Name | Employee's Middle Name |
|---|---|---|
| ███████ | ███████ | ██████ |

| Signature of Employee | Date |
|---|---|
| ████████████ | 2024-10-23 11:18:02 |

## Employee's Comments

| Rating Official's Signature | | |
|---|---|---|
| **Rating Official's Last Name** | **Rating Official's First Name** | **Rating Official's Middle Name** |
| ██████ | ██████ | ████ |
| **Signature of Rating Official** | | **Date** |
| ████████ | | 2024-10-22 19:39:31 |

| Rating Official's Comments |
|---|

Thank you ███ for all your outstanding work this year, I appreciate you!

| Reviewing Official's Signature | | |
|---|---|---|
| **Reviewing Official's Last Name** | **Reviewing Official's First Name** | **Reviewing Official's Middle Name** |
| ████████████████ | ████████████████ | |
| **Signature of Reviewing Official** | | **Date** |
| ████████████████ | | 2024-10-22 19:45:47 |

| Reviewing Official's Comments |
|---|