Exhibit 37

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **To:** | ▮▮▮▮▮ |
| **Subject:** | award write up |
| **Date:** | Wednesday, October 23, 2024 10:38:04 AM |

The Rock – Supervisor of the Year FY2024 **Nominee – 7**

**Nominated Supervisor:** ▮▮▮▮▮

**Section/Position:** MBR– Supervisory Operation Support Specialist

**Introduction:**

No information provided

**Knowledge:**

▮▮ has quickly mastered two distinct yet vital areas of our organization—human resources and training—while ensuring that his team has the tools necessary to expand their expertise. ▮▮ does so by making every effort to understand his employees' goals, strengths, and areas for improvement, actively supporting their development of subject matter knowledge. To provide opportunities for his team to develop their understanding of special hiring authorities (e.g., Schedule A and VRA), he coordinated with the Office of Personnel Management (OPM) to host a supplemental Hiring Flexibilities training for all ▮ employees of the HR and Training teams. ▮▮ facilitation of this training and subsequent incorporation of included information into NRC HR hiring processes promoted diversity and led to an 85% year-over-year increase in VRA hires and a 40% increase in Schedule A hires.

As new workplace initiatives arise, ▮▮ quickly masters any requisite knowledge and personally shares it with his team. This was clear in his response to the newly implemented IRIS awards tool and procedures, for which he singlehandedly developed an easy-to-use training guide to provide the HR team. ▮▮▮▮▮ to train them in the new processes to the point of mastery. His quick adaptation to these changes in awards processing and his dedication to promoting team members' technical expertise allowed the team to successfully process over ▮▮▮▮ in NRC awards during Fiscal Year 2024.

▮▮ not only provides opportunities for staff to strengthen their knowledge but has exhaustive technical expertise of his own in all aspects of human resources and training. This is evidenced in his ability to seamlessly fill in for staff when needed, by presenting NEOP briefs, New Supervisor Orientation briefs, and RHA trainings. His ability and willingness to do so have allowed HR and Training team members not only to successfully complete regularly assigned work in the event of extenuating circumstances but also to feel reassured that their responsibilities would be taken care of in times of illness or other such situations. His passion for continually learning and supporting staff has also led him to volunteer to fill in as an iLead mentor mid-program (to replace a retiring staff member) and to serve as a backup School Certifying Official for the VA On-the-Job-Training (VA OJT) program so that participating veterans can receive timely benefit payments.

204

**Enthusiasm:**

███ enthusiastic leadership style has contributed to a motivated and empowered HR and Training team. He regularly highlights team members' achievements during team meetings, branch meetings, all-hands meetings, and various presentations (e.g., MBR's iLead ECQ presentation). Additionally, he takes a genuine interest in his employees, creating a work environment in which they feel recognized, look forward to collaborating with one another, and do their best out of a sense of intrinsic motivation rather than mere obligation. His supportive and amiable disposition also allows employees

to feel comfortable sound boarding ideas with him, ultimately resulting in higher-quality products for the NRC workforce. This was the case throughout the development of the revamped New Supervisor Orientation Program; his ideas increased the amount of interaction between trainers and trainees and allowed for better comprehension checks of the material. Throughout the fiscal year, ███ has inspired and assisted HR and Training team members in reaching their professional goals by encouraging participation in a range of developmental activities. Through his collaborative discussions and goal assessments with team members, he successfully encouraged ███

███

███

███. ███ goes the extra mile to ensure that employees benefit as much as possible from these opportunities. For example, when one team member was participating ███ ███ ███ He also took additional time to work with another team member ███

███

███

**Dependability:** ███ maintains a steadfast commitment to his employees, the agency, and its mission. When it comes to the mission of training, he is truly the backbone of the Training team's career development programs by championing them to office leadership and supervisors through the unique channels available to him (e.g., supervisor meetings and check-ins). By leveraging such opportunities, he raised the number of iLead program applicants for this year's cohort from just 1 (after the initial announcement) to 7 (after his advocating for the program). As a result, this year's iLead cohort was the largest since the very first cohort in 2017.

███ advocacy for career development trainings and programs have manifested in a 34% increase in training hours in FY 2024 compared to FY 2023. His efforts to promote the 1-on-1 Career Development Program among supervisors and senior leadership, for example, have resulted in this program reaching a much wider audience, with 39 employees participating in one-on-one resume writing workshops and mock interviews this fiscal year. These actions

205

demonstrate the value he places in the developmental opportunities his employees facilitate and have maximized the impact these programs have had on all NRC team members.

▆▆▆ dedication to training extends to ensuring the NRC meets its regulatory training requirements as well. As each mandatory training deadline approaches, his final push to promote training completion at all levels—from non-supervisory staff to senior leadership—has led to the NRC being recognized as a model of training compliance at the agency. In fact, out of all 62 program/office-level divisions, the NRC was one of only four to maintain a 97%+ compliance rate on all 15 mandatory trainings this fiscal year, putting the NRC in the 93rd percentile. This is in spite of the size of our office, which has a geographically distributed workforce larger in number than the other three divisions with this distinction combined.

▆▆▆ dedication to his employees goes beyond work duties, however, such as when a team member's ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ is emblematic of how he considers his team to be a community. With ▆▆ as a supervisor, team members know that they have an advocate in their corner that they can always depend on.

**Team-Building:**

Even with most HR and Training team members working remotely, ▆▆ has created a strong sense of community that rivals that of in-person teams, largely thanks to his recognition and treatment of team members as individuals, not just "workers." Whether it is asking how our days have gone during team meetings, checking in with us throughout the week, or simply letting us know what his plans are for the weekend in his sign-out emails, his approach to team building has broken down barriers and made everyone feel more comfortable and connected. In addition, the good-natured humor he brings to interactions have fostered a sense of camaraderie in the team and contributed to keeping job satisfaction high, visible in the 0% turnover rate on the HR and Training teams throughout his tenure. When it comes to mission attainment, ▆▆ promotes productive collaboration through frequent brainstorming sessions, weekly HR team meetings, and weekly Training team meetings—all of which are held without fail. Thanks to the team-building exercises and ice-breaker activities that he incorporates in these gatherings, many HR and Training team members have referred to their respective team meetings as "the best part of [their] workweek." At the same time, these meetings are extraordinarily productive, a time when significant team decisions are made and vision is established. The ideas for an Excel Basics training, a Training Needs Assessment redesign, and monthly work-life email updates are all products of the collaboration he has fostered in these meetings. When unique tasks arise requiring a multifaceted approach, ▆▆ demonstrates a knack for combining the skill sets of his employees in a synergistic way that results in an exceptional final product. For instance, in response to the need for better tracking of NRC

**206**

progress toward the new USCIS DEIA Strategic Goals, ▇ developed a special project unit with one HR team representative and one Training team representative. By taking the time to explain the purpose behind the assignment and working collaboratively to set goals and determine responsibilities, the unit was able to paint a clearer picture of the NRC's attainment of USCIS DEIA Strategic Goals in their reports, a picture that incorporated both HR and Training data points. The information submitted in these quarterly reports thus far has been so well received that it has been directly incorporated into the final agency writeups submitted to the Office of the Secretary of DHS, Alejandro Mayorkas.

▇ also applied his team building skills to the introduction of a new Special Emphasis Program Manager (SEPM) this year. After leveraging his network to identify candidates who not only possessed the necessary skills but also brought diverse perspectives to the team, he ensured the candidate would be supported and empowered in their new role through introductions and collaboration with the Training team. His proactive approach minimized the gap between SEPMs and allowed a smooth transition from one term to the next. This enabled the NRC to meet our DEIA goals through delivery of monthly observations and to facilitate the second annual NRC Diversity Week, a feat that would not have been possible without his diligent efforts. ▇ ability to foster teamwork extends also to his interactions with the union. After successfully working with the union to complete the newly released Local Supplemental Agreement (LSA), ▇ completed our obligations under the LSA rollout plan by working with HR team members to create a new seniority roster for LSA Article A. In order to do so, he not only collaborated with HR team members to creatively solve challenges in obtaining and presenting the information but also engaged with the union on a regular basis to ensure alignment with LER standards. His work with the union during this project has greatly enhanced the positive relationship between the union and NRC management.

**Innovation:**

▇ is recognized for his innovative approach to problem-solving, not simply adapting to a given change but pioneering it. In order to increase staffing levels, he took the initiative of researching and subsequently integrating the USAJOBS Agency Talent Portal (ATP) into local HR hiring processes, which has allowed for more strategic recruitment of job

applicants who have made their resumes searchable. The NRC has made 7 selections of highly skilled candidates through the ATP so far, including the expedient appointment of a mission-critical position integral to the NRC's budgetary responsibilities. This swift selection allowed for critical knowledge transfer between the retiring employee and new employee, which would not have been possible through use of traditional recruitment methods. ▇ worked hand-in-hand with HR team members throughout the rollout of this ATP initiative, encouraging their input and feedback, which provided them a valuable opportunity for leadership development. ▇ creative approach to recruitment is further evident in his research of and outreach to outside organizations, including colleges and veteran associations. The partnerships he has developed with such groups have resulted in a more extensive database of VRA/Schedule A-

**207**

eligible resumes available for NRC hiring managers to consider. One example of an organization that he reached out to this year is the Congressionally-chartered non-profit organization Paralyzed Veterans of America (PVA), which provides services to veterans dealing with spinal cord injury or dysfunction. He developed and presented PowerPoint presentations for PVA that illustrated how NRC job opportunities could meet the professional needs of many of their clients, particularly through the telework and remote work flexibilities that the NRC offers. It is initiatives such as these that have raised the number of special hiring authority appointments to 40 in FY 2024, a 122% increase from FY 2023—two hires were specifically from this partnership with PVA. All these efforts have resulted in the NRC reaching a 90% fill rate this year, a feat that had not been realized since 2021.

████ also takes an innovative approach to promoting the professional development of his team members. He has addressed the needs of his employees not only by encouraging them to participate in the training programs listed in the above Enthusiasm section, but also by looking for unique developmental opportunities that allow them to participate in meetings they would typically not attend. This includes successfully advocating for HR and Training team members to attend discussions on metrics that do not occur in their delegated sections and to attend full MBR biweekly meetings. These ideas have not only allowed his employees to interact more with the Front Office but also to develop a deeper understanding of the NRC as a whole, allowing them to better respond to the needs of the NRC workforce that they support.

**Conclusion:**

No Information Provided

208