Exhibit 38

| | |
|---|---|
| **From:** | ▮ |
| **To:** | ▮ |
| **Subject:** | FW: IRIS Awards Framework Tool Submission | Approved and Effective PP 22 |
| **Date:** | Friday, November 1, 2024 2:04:08 PM |

Hot dog, these are getting approved quickly! For your supervisor of the year 1st place finish

▮

Associate Center Director, Management Branch
USCIS | IRIS | National Records Center
Office: ▮

▮@uscis.dhs.gov

**From:** IRIS-Leadership <IRIS-Leadership@uscis.dhs.gov>
**Sent:** Friday, November 1, 2024 12:46 PM
**To:** ▮@uscis.dhs.gov>; ▮@uscis.dhs.gov>
**Cc:** ▮@uscis.dhs.gov>
**Subject:** IRIS Awards Framework Tool Submission | Approved and Effective PP 22

The following award has been approved and will be processed during pay period: 22.

**Award Details**
ID: ▮
Employee: ▮
Supervisor: ▮
Nominated by: ▮

Type of Award: OTS
Type of Award Submission: Supervisor Submission (Default)

Framework Selection: SUBSTANTIAL | EXTENDED | OTS Up to $1,000
Recommended Hours: 0
Recommended Amount: $1000

Award Period: 07-01-2024 to 09-30-2024
Short Justification: The Rock, 1st place
Full Justification:
▮ has quickly mastered key areas of our organization—human resources and training—while equipping his team to expand their expertise. He actively engages with employees to understand their goals and strengths, fostering their development. To enhance knowledge of special hiring authorities, ▮ coordinated a supplemental Hiring Flexibilities training with the Office of Personnel Management, resulting in an 85% year-over-year increase in VRA hires and a 40% increase in Schedule A hires. ▮ adapts swiftly to new initiatives, exemplified by his development of a user-friendly training guide for the IRIS awards tool, which facilitated over ▮ in NRC awards processed during Fiscal Year 2024. His technical expertise allows him to seamlessly fill in for staff, leading NEOP and New

Supervisor Orientation briefs, which reassures team members during absences. His leadership style fosters a motivated HR and Training team. ███ regularly celebrates team achievements, creating a collaborative work environment where employees feel recognized and motivated. His input during the revamped New Supervisor Orientation Program improved trainee engagement and comprehension. ███ actively promotes professional development, encouraging team participation in various training programs. He has supported individual goals, such as participation in Federal HR Management courses and the Aspiring Leaders Program. His commitment to staff development is evident in his involvement in their projects, such as providing feedback during a team member's ███████████████████████████ advocacy for career development has led to a 34% increase in training hours in FY 2024. He champions training programs, boosting iLead program applicants from one to seven, resulting in the largest cohort since 2017. His efforts have ensured the NRC maintains high training compliance rates, achieving over 97% for all mandatory trainings. His empathy extends beyond work; ███████████████████████████████, ███████████████████████████████. Despite remote work, he has cultivated strong connections through regular check-ins and team-building activities, resulting in a 0% turnover rate. ███ promotes collaboration through frequent brainstorming sessions, leading to innovative solutions like the NRC's reporting on USCIS DEIA Strategic Goals. He facilitated the successful transition of a new Special Emphasis Program Manager, ensuring the NRC meets its DEIA goals. Recognized for his innovative problem-solving, ███ integrated the USAJOBS Agency Talent Portal into HR processes, enhancing recruitment efficiency and resulting in a 90% fill rate for positions. His outreach to external organizations has increased special hiring authority appointments by 122%. ███ also champions professional development by advocating for team attendance at broader NRC meetings, enabling deeper engagement with the organization. Through these initiatives, he has strengthened the HR and Training teams and enhanced their contributions to NRC's mission.

If you have any questions, please feel free to reach out to your Division award POC(s).

IRIS 365 Administrator