Exhibit 39

| | |
|---|---|
| Report Title: | EPM Details |
| Run Date and Time: | 2025-10-22 12.14.25 PM Central Daylight Time |
| Run by: | ▉▉▉▉▉▉▉▉ |
| Table name: | sn_hr_core_ppa |

## EPM

| | | | |
|---|---|---|---|
| Number: | EPM0114943 | State: | Work in Progress |
| Transferred from: | | Stage: | Rating |
| Opened for: | ▉▉▉▉▉▉▉ | Last Action Date: | |
| HR profile: | ▉▉▉▉ | Priority: | 4 - Low |
| PDF Template: | | Opened: | 2025-02-07 12.04.05 PM |
| Appraisal Start Date: | 2025-02-07 | Opened by: | ▉▉▉▉▉▉ |
| Appraisal End Date: | 2025-09-30 | Watch list: | |
| Rating: | | Template(template): | |
| Rating of Record: | | | |

Leave beyond FY:

Justification Code:

Justification:

Transfer:

Template:
Professional-Administrative Supervisor GS 5-13

Template incompatible:
false

## Employee

| | | | |
|---|---|---|---|
| Grade: | 13 | Pay Plan: | GS |
| Position Title: | SUPVY OPERS SUPRT SPECLST | Occupational Series: | 0301 |
| Organization: | US Citizenship and Immigration Services (USCIS) | Duty Location: | ▉▉▉▉▉▉ |
| Organization Code: | ▉▉▉▉▉▉▉ | Master Record Number: | ▉▉▉▉ |
| Organization Code Description: | HUMAN RESOURCES TRAINING SECTION | Individual Position Number: | ▉▉▉▉▉ |

| | | | |
|---|---|---|---|
| Org Code Lvl 2: | CI0700000000000000 | Org Code Lvl 2 Description: | IMMIGRATION RECORDS AND IDENTITY SERVICES |
| Org Code Lvl 3: | CI0760000000000000 | Org Code Lvl 3 Description: | NATIONAL RECORDS CENTER |
| Org Code Lvl 4: | CI0760010000000000 | Org Code Lvl 4 Description: | NATIONAL RECORDS CENTER EXECUTIVE STAFF |
| Org Code Lvl 5: | CI0760010010000000 | Org Code Lvl 5 Description: | MANAGEMENT BRANCH |
| Org Code Lvl 6: | CI0760010010010000 | Org Code Lvl 6 Description: | HUMAN RESOURCES TRAINING SECTION |
| Org Code Lvl 7: | | Org Code Lvl 7 Description: | |
| Org Code Lvl 8: | | Org Code Lvl 8 Description: | |

### Rating Official

| | | | |
|---|---|---|---|
| Rating Official: | [redacted] | New Rating Official: | |
| Organization: | US Citizenship and Immigration Services (USCIS) | Position Title: | SUPVY OPERS SUPRT SPECLST |

### Reviewing Official

| | | | |
|---|---|---|---|
| Reviewing Official: | [redacted] | New Reviewing Official: | |
| Organization: | US Citizenship and Immigration Services (USCIS) | Position Title: | CHIEF OF STAFF |
| Appraisal Comments: | | | |

### Completion Dates

| | | | |
|---|---|---|---|
| Rating Official Issuance Name: | [redacted] | Rating Official Issuance Approval Date: | 2025-02-07 12.04.09 PM |
| Reviewing Official Issuance Name: | | Reviewing Official Issuance Approval Date: | |
| Employee Issuance Name: | [redacted] | Employee Issuance Approval Date: | 2025-02-07 12.08.29 PM |
| Rating Official Mid-cycle Name: | [redacted] | Mid Year Review Date: | 2025-05-06 |
| Employee Mid-cycle Name: | [redacted] | Rating Official Mid-cycle Approval Date: | 2025-05-23 11.47.11 AM |
| Rating Official Rating Name: | | Mid-cycle Meeting: | 2025-05-23 10.47.09 AM |
| Reviewing Official Rating Name: | | Employee Mid-cycle Approval Date: | 2025-05-23 12.40.43 PM |
| Employee Rating Name: | | Rating Official Rating Approval Date: | |
| | | Reviewing Official Rating Approval Date: | |
| | | Rating Meeting: | |
| | | Employee Rating Approval Date: | |

## Core Competencies

**Core Competency 1:**

Core Competency 1: COMMUNICATION
Actively listens and attends to nonverbal cues when responding to the questions, ideas, and concerns of others. Communicates in an influential or persuasive manner, as appropriate. Writes in a clear and concise manner. Orally communicates in a clear and concise manner. Tailors communication (e.g., language, tone, level of specificity) to the audience's level of understanding and to the communication medium.
Performance Standards
Achieved Expectations Seeks others input, viewpoints, or questions; addresses different viewpoints and provides clear and organized responses to somewhat complex issues, following up to ensure understanding. Shows respect for and carefully considers others' ideas, comments, and questions. Communicates in an influential or persuasive manner, as appropriate. Prepares or guides others in preparing timely, clear, and concise communications. Effectively selects what information to include in communications to best meet the audience's needs. Writes communications that typically require few revisions.Achieved Excellence Additions at the Achieved Excellence level: Accurately reads and assesses complex organizational or interpersonal situations and responds effectively. Delivers responses in a confident and compelling manner that frequently persuades the audience to a viewpoint. Handles complex and high visibility communications effectively. Tailors style and materials to communicate information effectively to different levels and types of audiences, properly emphasizing the most critical issues.

**Core Competency 1 Rating:**

**Core Comments 1:**

[{"u":"7ec4be3cdb20f3c0bcecfb0e0f9619ae","s":30,"r":1,"i":0,"t":"2025-05-23 16:42:33","c'      communicates clearly and effectively. He demonstrates strong skill in written communication, marked by attention to detail, a focus on core issues, and tactful expression     consistently tailors his communication style to suit his audience and navigates complex or sensitive conversations with skill. He frequently engages in verbal conversations where written communications become ineffective and/or inefficient. He listens actively and works collaboratively to find solutions, even in challenging or contentious situations.      provided several key written broadcast emails to the workforce to clarify must know items, such as preparing for the GovTA launch, reporting information on the remote worker return-to-in person work dates and re-issuing of FY25 PPAs.      also had effective conversations and settled                                                 , helping prevent the submission of timely and unnecessary step II grievances. He was helpful in facilitating                                                                             which was a win-win for both parties given the circumstances."}]

**Core Competency 2:**

Core Competency 2: CUSTOMER SERVICE
Communicates with customers to understand their needs. Works with customers to set expectations and keeps them informed of issues or problems. Provides timely, flexible, and responsive services to customers.
Performance Standards
Achieved Expectations Maintains contact with customers and is effective in understanding and anticipating their needs; guides others in using customer feedback to design and enhance products or services. Works with and guides employees in working with customers to set expectations (e.g., timelines, deliverables). Informs customers of changes, issues, or problems that could affect progress and develops effective solutions to address them. Provides flexible, creative, and responsive service to customers, resulting in high levels of customer satisfaction.Achieved Excellence Additions at the Achieved Excellence level: Uses information from a variety of sources to assess and improve work products or service delivery. Anticipates and integrates customer needs and expectations into services or products. Takes initiative and works with staff to anticipate and proactively implement effective solutions to prevent problems, thus avoiding gaps in customer expectations and maximizing customer satisfaction.

**Core Competency 2 Rating:**

**Core Comments 2:**

[{"u":"7ec4be3cdb20f3c0bcecfb0e0f9619ae","s":30,"r":1,"i":0,"t":"2025-05-23 16:42:33","c": ▮ consistently provides outstanding customer service to the NRC. He is impressively responsive, treating each request with appropriate urgency and attention. ▮ provided critical support to the December 2024 change of working conditions in IMLS that successfully ended the 7-day per week/fixed schedules model in favor of the 5-day workweek with flexible schedules for ISAs working on IL cases. ▮ worked behind the scenes to support the 9a notice of change to the union and prepare IMLS leaders for the change. ▮ and his team lead training for the impacted workforce and AFGE on flexible schedule options, and helped the leaders implement the transition over the course of only a couple pay periods. He volunteered to work over the holidays where many others including myself took leave to ensure our customers received the same level of support as always. ▮ did a great job analyzing FY24 FEVS results, populating data into digestible reports for ACDs, creating the annual report for the NRC and drafting correspondence for the front office to broadcast."}]

Core Competency 3:

Core Competency 3: REPRESENTING THE AGENCY

Represents the agency and its interests in interactions with external parties. Ensures that interactions with and information provided to outside parties reflect positively on the agency. Enhances trust and credibility in the agency and its mission through effective professional interactions with others outside the organization. Deals professionally and tactfully with external parties in difficult, tense, or emergency situations.

Performance Standards

Achieved Expectations Personally presents and advises direct reports on presenting a professional image of the agency when interacting with others; enhances trust and credibility. Monitors the interactions of direct reports with others and holds them accountable to ensure the agency is represented in a manner that protects its interests and enhances its image and reputation. Takes action and guides others in defusing difficult, tense, or emergency situations, managing them effectively. Calmly and effectively manages crisis situations, making timely decisions that facilitate security, safety, and desirable outcomes. Engages with others in a manner that earns their respect, advancing the goals and objectives of the agency.Achieved Excellence Additions at the Achieved Excellence level: Demonstrates exceptional skill in representing the agency and provides guidance to others or handles very difficult, sensitive, or visible situations with others in an effective manner. Assumes leadership in handling extremely difficult, tense, or emergency situations, quickly, and decisively managing them with a high degree of effectiveness.

Core Competency 3 Rating:

Core Comments 3:

[{"u":"7ec4be3cdb20f3c0bcecfb0e0f9619ae","s":30,"r":1,"i":0,"t":"2025-05-23 16:42:33"," ▮ represents the agency with professionalism and poise. He understands his team's strengths and areas for growth and effectively engages with each team member to ensure alignment and professionalism in service delivery. When issues arise, ▮ responds promptly and constructively ▮ has continued his excellent work liaising with external customers to enhance our recruiting and retention capabilities, specifically with the PVA for non-competitive hiring applicants and the VA to maintain our VAOJT program which has crossed the ▮ mark this year in total tax-free stipend payouts to eligible and participating veteran new hires."}]

Core Competency 4:

Core Competency 4: TEAMWORK AND COOPERATION

Makes positive contributions to achieving team goals. Develops and maintains collaborative working relationships with others. Builds effective partnerships that facilitate working across boundaries, groups, or organizations. Treats everyone respectfully, fairly, and professionally. Works constructively with others to reach mutually acceptable agreements to resolve conflicts.

Performance Standards

Achieved Expectations Contributes to achieving objectives by demonstrating collaborative behaviors with others. Builds collaborative networks of partners and decision makers across units that help the team to achieve its goals. Strives to ensure that everyone is treated fairly, professionally, and respectfully. Effectively handles a wide range of disagreements or conflicts within own team or unit, and resolves them in a constructive manner, when possible. Anticipates situations with potential for conflict and takes effective measures to minimize escalation. Fosters an environment in which all team members are encouraged to speak openly, freely, and constructively, resulting in the effective resolution of conflicts.Achieved Excellence Additions at the Achieved Excellence level: Is proactive in recognizing when help is needed, seeking opportunities, and providing assistance to help the team in accomplishing goals. Builds a high performing workforce and ensures fairness in leadership practices by recruiting, hiring, promoting, and/or providing developmental opportunities in a fair manner. Anticipates and effectively handles complex or sensitive disagreements within the unit, and resolves them in a constructive manner. Considers all sides of issues and develops effective compromises or resolutions.

Core Competency 4 Rating:

Core Comments 4:

[{"u":"7ec4be3cdb20f3c0bcecfb0e0f9619ae","s":30,"r":1,"i":0,"t":"2025-05-23 16:42:33","c ▮   collaborates effectively across a wide network, including HROC, HCT, LER, and OCC. He fosters a culture where his team feels comfortable offering suggestions and engaging in problem-solving. ▮ involves others in decisions and recognizes the value of their input. He anticipates disagreements and prepares accordingly, using his strong relationships and understanding of agency dynamics to find collaborative solutions. His questions and insights guide conversations productively. Even where some centralized partners present obvious shortcomings, ▮ maintains professionalism and rapport to ensure all parties end up with the best outcomes, ie; helping others help themselves."}]

Core Competency 5:

Core Competency 5: TECHNICAL PROFICIENCY

Demonstrates and applies relevant knowledge and skills to perform work in accordance with applicable guidelines. Uses appropriate and available technology or tools to perform work activities. Acquires, develops, and maintains relevant and appropriate job skills through training or other opportunities for learning and development. Stays up-to-date on developments related to own work. Demonstrates an understanding of the organization's mission, functions, and systems. Collects relevant information that is needed to identify and address problems or issues. Analyzes and integrates information to identify issues and draw sound conclusions. Identifies and evaluates alternative solutions to problems. Makes sound, well- informed, and timely decisions or recommendations. Identifies and utilizes innovative or creative methods and solutions to accomplish work, as appropriate. Maintains an awareness of available resources and the process for acquiring resources. Identifies and advocates for resources required to accomplish work activities or projects. Makes effective and efficient use of available resources. Safeguards available resources to prevent fraud, waste, and abuse.

Performance Standards

Achieved Expectations Successfully applies broad technical or supervisory knowledge and skills (including use of technology and tools) to supervise a wide range of complex work activities; provides effective and timely guidance to others to help them develop their technical job skills. Effectively seeks and uses feedback on own performance to enhance knowledge and skills that facilitate achieving results. Demonstrates an extensive knowledge and understanding of the applicable organization's mission, functions, values, relevant policies/procedures (to include, as appropriate, responsibilities toward the protection of classified national security information), and internal controls and how these affect the larger organization; carries out and directs complex work in accordance with these. Demonstrates in-depth knowledge of resources and provides guidance to others on the resources available them. Effectively prepares project or team resource plans; defends resource requirements. Monitors and ensures that resources are distributed and utilized in a highly efficient manner. Effectively oversees efforts to identify and collect key information that is needed to ensure a comprehensive understanding of the situation. Effectively analyzes and integrates complex information to identify important issues, assess impact, and draw logical conclusions. Anticipates and identifies alternative solutions for complex problems; makes sound and timely decisions affecting the work team; considers alternative courses of action and chooses an effective option.Achieved Excellence Additions at the Achieved Excellence level: Uses depth or breadth of expertise to guide the most complex and difficult assignments at this level. Seeks out technological enhancements and other tools to improve work. Continually broadens and enhances expertise, resulting in performing more complex work activities and making significant contributions to achieve important organizational goals and objectives. Devises and implements creative and resourceful approaches to leverage available resources, resulting in the team being able to maximize achievement of outcomes. Identifies and uses effective methods to gather information in a highly efficient manner. Regularly makes connections between disparate pieces of information and identifies significant issues, quickly and correctly keying in on the most critical issues. Develops highly effective solutions or decisions for unusual or more complex issues, carefully considering both short- and long-term consequences.

Core Competency 5 Rating:

Core Comments 5:

[{"u":"7ec4be3cdb20f3c0bcecfb0e0f9619ae","s":30,"r":1,"i":0,"t":"2025-05-23 16:42:33" ▮   demonstrates solid technical expertise across his MBR responsibilities. He resolves issues independently with his team, while seeking clarity or concurrence from leadership when necessary for sensitive or complex matters. ▮ made progress learning even more new areas of the SOSS portfolio this year managing workplace injuries and claims for workers compensation. By advising employees through the process, getting into ECOMP to help file CA-1 and navigate the CA-7 process with HCT, it further rounds out an already well-rounded knowledge base of HR and training programs. He has done a great job triaging and routing the high volume of requests for reasonable accommodation, advising on the process, and rendering determinations in a timely manner for those in MBR's scope ▮ routinely checks in with customers to clarify priorities and ensure that he and his team deliver resourceful, effective solutions."}]

Core Competency 6:

Core Competency 6: ASSIGNING, MONITORING AND EVALUATING WORK

Sets and communicates clear expectations for the work and behavior of others. Coordinates and monitors the work of others. Evaluates the performance of others and follows up to ensure that performance is on track. Recognizes and rewards employee contributions or performance. Addresses employee performance and conduct problems in a timely and appropriate manner. Gives timely and constructive feedback to others. Identifies developmental needs for others and ensures they receive needed developmental or training opportunities.

Performance Standards

Achieved Expectations Establishes and clearly communicates work expectations to members of the unit or team. Effectively coordinates tasks and monitors performance to meet team objectives. Makes effective work assignments by matching individuals' skills, availability, and experience to work needs in a fair manner. Empowers staff to perform their work while remaining accessible and providing support and guidance as needed. Effectively monitors and evaluates performance in a fair and timely manner, ensuring that quality, timeliness, and other performance measures are met. Motivates, recognizes, and rewards employees and addresses basic performance problems in a fair and timely manner. Addresses conduct issues in a timely and constructive manner. Provides timely and constructive feedback to unit members that improve work performance. Uses performance information and solicits employee input to identify development needs; identifies appropriate developmental opportunities and where possible, helps individuals receive training or development in a fair and timely manner. Trains, coaches, or mentors team members.Achieved Excellence Additions at the Achieved Excellence level: Proactively seeks out and applies methods that improve the team's performance. Effectively coordinates tasks and monitors performance to exceed team objectives. Handles performance and conduct issues in an honest and candid manner, while maintaining the receiver's self-esteem and motivation. Increases motivation by using creative methods of reward and recognition. Anticipates skill needs that are consistent with organizational trends and changing priorities; identifies creative developmental opportunities for staff to address these needs. Seeks out a wide variety of developmental opportunities for others beyond readily available training and actively encourages them to pursue self-development activities.

Core Competency 6 Rating:

Core Comments 6:

[{"u":"7ec4be3cdb20f3c0bcecfb0e0f9619ae","s":30,"r":1,"i":0,"t":"2025-05-23 16:42:34","c▇▇▇▇ manages his team's workload with care and thoughtfulness. He sets clear, reasonable expectations and adapts them as circumstances change. This year, he's made notable strides in developing team depth by cross-training staff across responsibilities. He has specifically targeted focus on evening workloads, developing ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. He actively supports professional development and encourages staff to grow their skills through training, such as PDP, succession planning and other routine opportunities the agency provides. He holds staff accountable, notably when ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇."}]

Core Competency 7:

Core Competency 7: LEADERSHIP

Communicates a vision for work unit, translating broad organizational goals into concrete objectives, plans, priorities and assignments. Maintains an awareness of external factors that affect the organization or specific work assignments. Formulates short- and long-term strategies consistent with organizational goals and internal/external factors. Seeks out and capitalizes on opportunities to help the organization accomplish its mission and objectives and move toward its long-term vision. Influences, motivates, and challenges others to maximize their potential. Leads, develops, and manages a high performing, ensuring employment practices are administered in a fair manner.

Performance Standards

Achieved Expectations Effectively and objectively translates and communicates broad goals into unit goals and helps unit members determine how to execute them. Demonstrates an in-depth understanding of external factors that may affect the unit's work and uses this knowledge constructively in establishing goals and priorities. Creates an environment that encourages employees and stakeholders to provide input on possible enhancements or impediments to unit performance. Guides the unit in seeking opportunities to achieve results that accomplish its mission and objectives and move toward its long-term vision. Effectively formulates short- and long-term strategies across organizational units. Displays a work ethic that has a positive impact on the team and inspires effective performance. Builds a high performing workforce, and ensures fairness in leadership practices by recruiting, hiring, promoting, and/or providing developmental opportunities in a fair manner. Promptly addresses gross misconduct or any other employee relations issues, taking appropriate action; Enables a work environment and organizational culture that values and promotes different points of view and collaboration and where employees are allowed to express their views toward improving work products, services, processes, teamwork, and the work environment itself.  Achieved Excellence Additions at the Achieved Excellence level: Effectively formulates long-term strategies across organizational units that take a broad perspective and achieve significant results in support of organizational goals. Effectively uses or oversees the use of feedback mechanisms and performance measures in assessing priorities and advancing unit goals. Proactively examines the work environment and ensures adherence to EEO principles, statues, regulations, and guidelines; identifies and implements practices that advance DHS EEO goals. Models behavior and clearly recognizes and reinforces high work effort and continual learning, thereby resulting in very high performing work units. Monitors the work environment to identify situations which could potentially lead to allegations of harassment, discrimination, or retaliation, and establishes activities and exercises to attempt prevention of such practices.

Core Competency 7 Rating:

Core Comments 7:

[{"u":"7ec4be3cdb20f3c0bcecfb0e0f9619ae","s":30,"r":1,"i":0,"t":"2025-05-23 16:42:34","c   is a strong, supportive leader who recognizes achievements fairly through both formal (e.g., IRIS awards) and informal recognition. He effectively leverages awards and recognition program to reward exceptional performance and motivate continued excellence  has submitted over    awards for nearly $     for his employees.  He leads by exampleoften working alongside his staff and going above and beyond to ensure progress continues.     fosters an open and positive environment that encourages creativity and allows high performers to thrive. His regular one-on-one and team meetings are opportunities to communicate strategy and engage employees in shaping and achieving shared goals. He treats everyone with respect, consistency, and appreciation. He has modeled the behavior expected as the organization has undergone significant changes this rating cycle, keeping a positive outlook and focusing on completing what needs to be done with honor, consistency and accuracy."}]

## Performance Goals

Performance Goal 1:

Performance Goal 1 (provide a brief statement of what is to be achieved – Outcomes/Results):

Leading People in a Quality Work Environment: Actively supports the principles of a quality workplace by fostering a work environment centered on quality, excellence, professionalism, and teamwork.

Please insert the higher level Goal, Objective, or Mission of the organization and/or of the supervisor to which this goal aligns: Strategic Goal 4: Continuously improving key processes, programs, and systemsAchieved Expectations:

Promotes employee awareness and encourages active participation in programs that create a quality workplacePromotes and encourages training and other developmental opportunities to enhance employee as well as individual career growth and advancementProvides ongoing and frequent coaching and feedback to employees in a manner that encourages professional growthIdentifies and facilitates meaningful opportunities for career and leadership development, including engaging employees in assignments beyond the scope of their routine daily workload, as appropriateRecognizes and acknowledges the accomplishments and contributions of all employees through various means and evaluates and improves recognition methodsProactively addresses and resolves conflict, performance, and conduct issues in a fair and forthright mannerDemonstrates self-awareness and seeks feedback from employees and peers to strengthen organization efficiency and leadership effectiveness

Achieved Excellence:

In addition to achieving expectations, the employee also:

Champions the principles of a quality workplace as a needed source of change within the work unit and takes ownership for the successful communication and implementation of related programs and learning opportunities within the work unitIdentifies employee developmental needs and assigns work in a manner that constructively addresses those needs and capitalizes on strengths while successfully meeting operational requirementsActively seeks out and implements best practices for improvement in the areas of employee development and organizational processesDemonstrates innovation in proposing and implementing steps to enhance performance while maintaining a high level of quality and integrity in the process

Weight 1:

50

Performance Goal 1 Rating:

Performance Comments 1:

[{"u":"7ec4be3cdb20f3c0bcecfb0e0f9619ae","s":30,"r":1,"i":0,"t":"2025-05-23 16:42:34","              consistently delivers high-quality products and services that support the NRC workforce. During the first quarter of ▇▇▇▇▇▇ led his team to provide outstanding tools, training and resources for professional development through the 1 on 1 career development program (mock interviews and resume review sessions), FY25 training plan offerings (professional writing, stress management, motivation, and professional writing), and the completion of the 2024 iLead program. He also continued to grow our local succession plan, releasing several position profiles & positioning the program to continue in a post-Percipio world. While ultimately it was later cancelled, ▇▇ and his team did put in great work to set up the NRC supervisory team for a comprehensive, professional and targeted training program to develop trust and enhance our supervisor's abilities to lead through change. ▇▇ enhanced the NRC new supervisor orientation program to better align with updated NRC values/vision/expectations and set a new schedule to hold more frequent sessions to reduce the wait time for our attendees from their onboarding into supervisory roles. T▇ coordinated two NSOP sessions for 9 total attendees thus far in FY25, with positive feedback from participants. ▇▇ is effectively overseeing the NRC's performance and misconduct management actions, which thus far includes navigating complex performance improvement plan issuances and closeouts, performance counseling email notices, reprimands, suspensions, and probationary employee terminations. ▇▇ has greatly supported the first-line supervisors in handling communication and documentation of issues, specifically noteworthy is his April 2025 initiative to craft templated language that helps supervisors appropriately warn probationary employees the direness of their standing and articulates consequences if drastic improvement is not realized. There was a noted difference in effectiveness of the release conversations when this was implemented. ▇▇ also made an impactful recommendation to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The outcome was successful in our net productivity and mission accomplishment. ▇▇ has effectively led the staffing and onboarding of our personnel, hiring our vacant positions as efficiently as possible. Over 10 selections were submitted in FY25 for non-comp hires, and for the first time in many years  the NRC reached the 90% filled rate mark in October. ▇▇ and his team also helped facilitate details and temporary promotion opportunities to optimize our leadership strength."}]

Performance Goal 2:

Performance Goal 2 (provide a brief statement of what is to be achieved – Outcomes/Results):

Contribution to the USCIS Mission: Manages Resources and Operations in a Quality Work Environment. Provides leadership in the management of resources and operational activities to accomplish the USCIS mission with efficiency and effectiveness.

Please insert the higher level Goal, Objective, or Mission of the organization and/or of the supervisor to which this goal aligns: Strategic Goal 1: Strengthening our investment in an empowered workforce to better accomplish the agency's missionAchieved Expectations:

Fosters a work environment that encourages creativity, efficiency, collaboration, teamwork, transparency, goal setting, and high quality resultsCommunicates expectations and delegates work responsibilities in a clear and organized manner while providing follow up that ensures understanding, accountability and completion of assignments within established timeframesOversees the completion of work products in accordance with all rules, regulations, directives, policies and procedures, and ensures they are well-reasoned, clear, concise, and procedurally correctIncorporates appropriate recommendations identified by internal and external audits and reviews and institutes process improvements that address identified challengesAppropriately responds to internal and external stakeholders, effectively addressing inquiries within established timeframesIdentifies and recommends necessary resources (budgetary, staffing, facilities, equipment, etc.) to accomplish the mission, as appropriateReviews and executes resource allocation, such as travel, training, time & attendance, and overtime, to ensure resources are properly utilized and in compliance with governmental regulationsIssues performance plans to all employees within the first 30 days of employment and conducts performance conversations with employees on an ongoing basis in addition to completing formal mid-cycle and annual reviews within established timeframes

Achieved Excellence:

In addition to achieving expectations, the employee also:

Proactively assesses and adjusts to changing situations, implementing innovative solutions to make organizational improvementsEffectively develops, analyzes and/or utilizes reports on initiatives, workload, performance and workforce planning to improve operationsImproves organizational efficiency and solves highly complex issues by using innovative approaches to address obstaclesIdentifies and implements process improvements and best practices that are responsive to identified challenges or results of internal and external reviews

Weight 2:

50

Performance Goal 2 Rating:

Performance Comments 2:

[{"u":"7ec4be3cdb20f3c0bcecfb0e0f9619ae","s":30,"r":1,"i":0,"t":"2025-05-23 16:42:34" ▬▬▬ effectively manages resources and day-to-day operations. He aligns his work with the director's and broader agency priorities to drive service improvement and operational efficiency. He supported the final stages of FOIA new production metrics to include issuing new PPAs and navigating performance counseling for the outliers ▬▬ has done a great job managing the FY25 awards budget, setting allocations for each branch, communicating progress and setting up a visual dashboard that captures both spend rates across the center and progress towards our two goals to award 90% of our workforce at least once (and, 65% of our workforce two times or more). ▬▬ has done an outstanding job organizing, tracking and reporting the NRC's personnel data for the implementation of the return to office (RTO) priority. He has communicated what information is needed and in what format, managed his team through the changes to remain focused on accuracy and customer service, and maintained data in a variety of sources such as the team 52 tracker, MBR combined spreadsheet, and the added tabs of the biweekly report. He has also been attentive and mindful to the details associated with larger-scale directives, such as GovTA and the basic workweek schedule for the termination of AWS/CWS schedules. ▬▬ efforts in creating these processes have resulted in multiple kudos from the Director, who has said multiple occasions that he appreciates standing out among his peers in how tight his administrative details are and how helpful having accurate and up to date information is to his decision making on workforce planning & operational management."}]

Performance Goal 3:

Weight 3:

Performance Goal 3 Rating:

Performance Comments 3:

Performance Goal 4:

Weight 4:

| | |
|---|---|
| Performance Goal 4 Rating: | |
| Performance Comments 4: | |
| Performance Goal 5: | |
| Weight 5: | |
| Performance Goal 5 Rating: | |
| Performance Comments 5: | |

## Overall Comments

Overall Comments:
[{"u":"7ec4be3cdb20f3c0bcecfb0e0f9619ae","s":30,"r":1,"i":0,"t":"2025-05-23 16:42:35","c":"Thank you ▮ for all your great work! I appreciate you."}]
Actions:

## Progress reviews and Interims

Progress review counter:
0
Progress Reviews:
Interim evaluation counter:
0
Interim Evaluations:

## Settings

| | | | |
|---|---|---|---|
| Bargaining Employee: | false | Override Issuance: | false |
| Mid year comments: | true | Override Mid-cycle: | false |
| Rating comments: | false | Override Rating: | false |
| Progress comments: | false | Skip employee tasks: | false |
| Interim comments: | false | Skip Issuance Reviewing Official Approval: | true |
| Close Performance Plan Early: | false | Career Ladder Plan Last 90 Days of FY: | false |
| Career Ladder Promotion: | false | | |

## Final Comments

| | |
|---|---|
| Rating Official Final Comments: | |
| Reviewing Official Final Comments: | |
| Employee Final Comments: | |

## Comments and Work Notes

Additional comments:

2025-02-07 12.04.08 PM - ▮▮▮▮▮▮▮▮ (Additional comments)
Use▮▮▮▮▮▮▮▮ has initiated a Performance Plan request

Work notes:

| | |
|---|---|
| Related List Title: | HR Task List |
| Table name: | sn_hr_core_task |
| Query Condition: | Parent = EPM0114943 |
| Sort Order: | Number in ascending order |

4 HR Tasks

| ▲ Number | Parent | Short Description | State | Assignment Group | Assigned To |
|---|---|---|---|---|---|
| HRT0945854 | EPM0114943 | Your performance plan has been issued | Closed Complete | | ▮▮▮▮▮▮ |
| HRT0994838 | EPM0114943 | Complete the Mid-Cycle Review | Closed Complete | | ▮▮▮▮▮▮ |
| HRT1024896 | EPM0114943 | Complete your Mid-Cycle Review | Closed Complete | | ▮▮▮▮▮▮ |
| HRT1096724 | EPM0114943 | Complete the Annual Appraisal | Ready | | ▮▮▮▮▮▮ |