Exhibit 41

# Freedom of Information Act and Privacy Act Case Processing Guide

NRC FOIA Operations Support Division (OSD)
5/16/2025

considered third parties that fall under this guidance. See below for changes regarding USCIS, DOS, CBP, a
ICE employees).

Third party personal information/PII will be withheld (b)(6) on all non-law enforcement documents in both a
FOIA and PA case. You will use (b)(6)/(b)(7)(C), add (k)(2) if a PA, on all law enforcement documents. If
WIFing the documents, add any additional exemptions that may apply.

Specific Document Guidance (not an all inclusive list):

| Document | Examples | Guidance |
|---|---|---|
| Petitions/Applications | I-130, I-485 | Redact |
| Joint Documents (even though your subject is a party to) | Tax Returns<br>Utility Bills<br>Bank Statements<br>Marriage/Divorce Certificate<br>Children's Birth Certificate<br>Family Registry<br>I-864/I-134 | WIF |
| USCIS Correspondence Addressed to the Subject | RFE<br>NOID<br>Decision Letter<br>I-797 | Redact |
| USCIS Correspondence Addressed to a Third Party | RFE<br>NOID<br>Decision Letter<br>I-797 | WIF |
| Subject's Individual Documents | Birth Certificate<br>Death Certificate<br>Employment Documents<br>Driver's License<br>Passport<br>Individual Tax Return | Redact |

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

4

| | Local law enforcement<br>G-28<br>G-325<br>School Documents<br>Medical Documents<br>Photographs | |
| Publicly Available Documents | Country Conditions<br>Cited Court Case<br>News Articles | Release |
| Joint EOIR /BIA and State/Local Court | Motions<br>Correspondence/Notices | WIF |

OFOIA%20Processing%20Guide%2Epdf&parent=%2Fteams%2FPOAT%2FCC%20ManualCP%20Guide

📄 USCIS PA an...g Guide.pdf

| | | |
|---|---|---|
| Addressed to a Third Party | NOID | |
| | Decision Letter | |
| | I-797 | |
| Subject's Individual Documents | Birth Certificate | Redact |
| | Death Certificate | |
| | Employment Documents | |
| | Driver's License | |
| | Passport | |
| | Individual Tax Return | |

4

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

| | | |
|---|---|---|
| | Local law enforcement | |
| | G-28 | |
| | G-325 | |
| | School Documents | |
| | Medical Documents | |
| | Photographs | |
| Publicly Available Documents | Country Conditions | Release |
| | Cited Court Case | |
| | News Articles | |
| Joint EOIR/BIA and State/Local Court | Motions | WIF |
| | Correspondence/Notices | |
| | Orders | |
| | Transcripts | |
| Subject's Individual EOIR/BIA and State/Local Court | Motions | Redact |
| | Correspondence/Notices | |
| | Orders | |
| | Transcripts | |
| Third Party Documents | G-325 | WIF |
| | G-28 | |
| | Character Letters | |
| | Birth/Marriage/Divorce/Death Certificates | |
| | Driver's License | |
| | Passport | |
| | Tax Returns | |
| | Bank Statements | |
| | Utility Bills | |
| | School Documents | |
| | Medical Documents | |
| | Photographs | |

**Withhold in Full Law Enforcement Checks, Screenprints and Investigations Interim Guidance**

OIA%20Processing%20Guide%2E.pdf&parent=%2Fteams%2FPOAT%2FCC%20ManualCP%20Guide

📄 USCIS PA an...g Guide.pdf

| Medical Documents |
| Photographs |

## Withhold in Full Law Enforcement Checks, Screenprints and Investigations Interim Guidance

### Processing of Responsive Records

Ascertaining how to process documents within the responsive records will be done by segregating Record of Proceedings (ROP) material from non-ROP material.

An ROP is an organization of certain immigration records that were considered, or referenced, during an administrative immigration proceeding that resulted in a final administrative decision or action. An ROP is typically contained within a physical A-File, Receipt File, or Electronic File (ELIS or STACKS), or a hybrid paper and electronic file.

An ROP can contain a wide variety of records, including:

- Immigration benefit applications/petitions and supporting/related documents
- Removal action notices and orders

5

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

- Immigration court benefit determinations and orders
- Hearing or interview transcripts, sworn statements, recordings, and exhibits
- Any other evidence relied upon to reach a determination in an enforcement action, legal proceeding, or adjudication process

The ROP is critical for many functions, such as efficiently and accurately adjudicating benefit applications; administrative and judicial review of decisions; responding to Freedom of Information Act (FOIA) requests; supporting law enforcement actions, investigations, and litigation.

For every ROP, there must be an initiating document. The initiating document sets in motion the benefit adjudication, enforcement action, or proceeding that is the subject of the ROP. Initiating ROP documents can include but are not limited to:

- Applications and petitions for immigration benefits
- Removal notices such as the I-862 (Notice to Appear), I-863 (Notice of Referral to an Immigration Judge), or I-213 (Record of Deportable/Inadmissible Alien)
- I-290B (Notice of Appeal or Motion)

Responsive records can have multiple initiating documents. For each initiating document, there will be a separate set of ROP and non-ROP records.

Non-ROP material is used to help the adjudicator decide whether to request the applicant or petitioner submit

OIA%20Processing%20Guide%2Epdf&parent=%2Fteams%2FPOAT%2FCC%20ManualCP%20Guide

📄 USCIS PA an...g Guide.pdf

For every ROP, there must be an initiating document. The initiating document sets in motion the benefit adjudication, enforcement action, or proceeding that is the subject of the ROP. Initiating ROP documents can include but are not limited to:

- Applications and petitions for immigration benefits
- Removal notices such as the I-862 (Notice to Appear), I-863 (Notice of Referral to an Immigration Judge), or I-213 (Record of Deportable/Inadmissible Alien)
- I-290B (Notice of Appeal or Motion)

Responsive records can have multiple initiating documents. For each initiating document, there will be a separate set of ROP and non-ROP records.

Non-ROP material is used to help the adjudicator decide whether to request the applicant or petitioner submit additional evidence. Non-ROP documents created in association with an initiating document include those that are not received from, or provided to, the individual. They include, but not limited to:

- Worksheets, Checklists, Routing Slips
- System Screenprint (ATS, TECS, CIS, NFTS, PCQS, CPMS, rap sheets, DACS, Enforce, EARM, etc.)
- FDNS Material
- Security Check Forms

In general, ROP materials are subject to Privacy Act and FOIA requests without significant redactions. Non-ROP materials, by contrast, can be protected in whole or in part against FOIA and Privacy Act disclosure. Confusing the two can lead to the unintentional release of information.

### Non-ROP Material

All non-ROP material is WIF'd (b)(7)(E), add (k)(2) if a PA case. You will need to review each document to determine if additional exemptions apply. This is not an all inclusive list.

| Form Number | Title |
|---|---|
| Screenprint | Board of Immigration Appeals Inquiry System |
| Screenprint | ISRS Screenprints |
| Screenprint | Criminal Repository Inquiry |
| Screenprint | Encounter History Screenprints |
| Screenprint | ABIS Print Hit |
| Screenprint | ABIS Candidate |
| Screenprint | Case History (CHIS) |
| Screenprint | Case Status (CSTA) |

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

| Screenprint | Case Status Report |
|---|---|
| Screenprint | Accurint/AutoTrackXP/Choicepoint/CLEAR/Discovery Plus/LexisNexis/National Comprehensive Report Person Searches |

FOIA%20Processing%20Guide%2Epdf&parent=%2Fteams%2FPOAT%2FCC%20ManualCP%20Guide

📄 USCIS PA an...g Guide.pdf

| Investigative Material | Refugee Case History Form |
|---|---|
| Investigative Material | Resettlement Support Center - Case Log/File Notes |
| Investigative Material | File Summary |
| STACKS | FOIA Response Copy (Table of Contents) |
| ELIS I-821/I-821D | Non-ROP in ELIS File |
|  | • FOIA Response |
|  | • Table of Contents |
|  | • Supervisor Review Worksheet |
|  | • Risk and Fraud |

12

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

| | |
|---|---|
|  | • Case Flags |
| ELIS I-130 | Non-ROP in ELIS File |
|  | • FOIA Response |
|  | • Table of Contents |
|  | • Risk and Fraud |
|  | • Case Flags |
| ELIS I-485 | Non-ROP in ELIS File |
|  | • FOIA Response |
|  | • Table of Contents |
|  | • Risk and Fraud |
|  | • Case Flags |
| ELIS N400 | Non-ROP in ELIS File |
|  | • FOIA Response |
|  | • Table of Contents |
|  | • NPQ Worksheet |
|  | • Risk and Fraud |
|  | • Case Flags |
| ELIS I-765 | Non-ROP in ELIS File |
|  | • FOIA Response |
|  | • Table of Contents |
|  | • Supervisor Review Worksheet |
|  | • Risk and Fraud |
|  | • Case Flags |
| G-658 | Record of Information Disclosure (Privacy Act) |
| Routings Sheet | California Service Center Routing Slip |
|  | *LHM section is standardized and does not require a bookmark unless there is an LHM indicator. |
| Routings Sheet | Naturalization Applications Routing Slip |
|  | *LHM section is standardized and does not require a bookmark unless there is an LHM indicator. |

USCIS PA an...g Guide.pdf

While the USCIS FOIA/PA PPM is your primary reference, it cannot address every possible scenario you might encounter in an A-file. Immigration forms are constantly changing. In addition, offices may use different versions of the same form or include the need to use other exemptions in addition to those ordinarily applied to a given form. Each case is unique; therefore, review each page for content and consider disclosure on a case-by-case basis.

**ROP Material**

All ROP material that is not law enforcement belonging to a third party is WIF'd (b)(6). All ROP material that is law enforcement belonging to a third party is WIF'd (b)(b)/(b)(7)(C), add (k)(2) and/or (j)(2) if a PA case.

| Form Number | Title | Processing Guidance | FOIA | PA |
|---|---|---|---|---|
| I-352<br>I-323<br>I-391 | Immigration Bond<br><br>Immigration Bond Breached<br><br>Notice – Immigration Bond Cancelled | If the Bond Obligor is the Subject:<br>• Withhold Officer PII<br>If the Bond Obligor is a Company:<br>• Withhold Officer PII<br>• Withhold company employee PII<br>If the Bond Obligor is a Third Party:<br>• Withhold Officer PII<br>• Withhold third party PII<br>• Withhold the Bond Receipt Number | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| I-305 | Receipt of Immigration Officer – United States Bonds or Notes, or Cash, Accepted as Security on Immigration Bond<br><br>Bond Worksheet | If the Bond Obligor is the Subject:<br>• Withhold Officer PII<br>If the Bond Obligor is a Company:<br>• Withhold Officer PII<br>• Withhold company employee PII<br>If the Bond Obligor is a Third Party:<br>• Withhold Officer PII<br>• Withhold third party PII<br>• Withhold the Bond Receipt Number<br>• Withhold any check or money order numbers | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| | Bond Cashier's Checks/Money Orders | If the Bond Obligor is the Subject:<br>• Release in Full | ███████ | ███████ |
| | | If the Bond Obligor is a Company:<br>• Withhold company employee PII<br>If the Bond Obligor is a Third Party:<br>• WIF | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| | Bond Obligor ID documents<br><br>Surety Company Power of Attorney | If the Bond Obligor is a Company:<br>• Withhold company employee PII<br>If the Bond Obligor is a Third Party:<br>• WIF | (b)(6) | (b)(6) |
| I-170 | Deportation Case Check Sheet | WIF | (b)(7)(E) | (k)(2)/(b)(7)(E) |

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains ... may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, ... and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But ...

USCIS PA an...g Guide.pdf

the need to find other exemptions in addition to those commonly applied to a given form. Each case is unique; therefore, review each page for content and consider disclosure on a case-by-case basis.

| Form Number | Title | Processing Guidance | FOIA | PA |
|---|---|---|---|---|
| I-20 | Certificate of Eligibility for Nonimmigrant Student Status | | Add (b)(6)/(b)(7)(C) if officer PII | (k)(2)/ (b)(6)/(b)(7)(C) |
| | | Withhold third party PII | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| I-703 | Record of Action | WIF | (b)(7)(E) | (k)(2)/(b)(7)(E) |
| | | | Add (b)(6)/(b)(7)(C) if officer PII | (k)(2)/ (b)(6)/(b)(7)(C) |
| | | | Add (b)(5) if deliberative information present | (d)(5)/(b)(5) |
| FD-936 | Request for National DNA Database Entry | Withhold Officer PII | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| | | Withhold Agency Sample or Transaction Ref # | (b)(7)(E) | (k)(2)/(b)(7)(E) |
| | | Withhold the barcode | (b)(6)/(b)(7)(C) (b)(7)(E) | (k)(2)/ (b)(6)/(b)(7)(C) (k)(2)/(b)(7)(E) |
| I-216 | Record of Persons and Property Transferred | Withhold<br>• Officer PII<br>• Third party PII | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| | | Withhold<br>• Manifest number<br>• Gang membership | (b)(7)(E) | (k)(2)/(b)(7)(E) |
| I-877 | Record of Sworn Statement in Administrative Proceedings | Withhold<br>• Officer PII<br>• Third party PII | (b)(6)/(b)(7)(C) | (k)(2)/(b)(6)/(b)(7)(C) |
| I-867A | Record of Sworn Statement in Proceeding Under Section 235(b)(1) of the Act | | | |
| I-265 | Notice to Appear, Bond, and Custody Processing Sheet | Withhold<br>• Officer PII<br>• Third party PII | (b)(6)/(b)(7)(C) | (k)(2)/(b)(6)/(b)(7)(C) |
| I-203 | Order to Detain or Release Alien | Withhold officer PII | (b)(6)/(b)(7)(C) | (k)(2)/(b)(6)/(b)(7)(C) |
| I-247 | Immigration Detainer – Notice of Action | | | |
| I-870 | Record of Determination/Credible Fear Worksheet | Withhold<br>• Officer PII<br>• Third party PII | (b)(6) | (b)(6) |
| FD 258 | Applicant Fingerprint Card | Withhold Officer PII | (b)(6)/(b)(7)(C) | (k)(2)/(b)(6)/(b)(7)(C) |
| FD 249 | Arrest and Institution Fingerprint Form | | | |
| R-84 | Final Disposition Report | | | |

16

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know

While the USCIS FOIA/PA PPM is your primary reference, it cannot address every possible scenario you might encounter in an A-file. Immigration forms are constantly changing. In addition, offices may use different versions of the same form or include additional information on a form, such as an IBIS stamp or handwritten note. The inclusion of additional information may trigger the need to use other exemptions in addition to those ordinarily applied to a given form. Each case is unique; therefore, review each page for content and consider disclosure on a case-by-case basis.

| Form Number | Title | Processing Guidance | FOIA | PA |
|---|---|---|---|---|
| I-217 | Information for Travel Document or Passport | Withhold<br>• Officer PII<br>• Third party PII | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| I-831 | Continuation Page for Form | Process same as the document it is continuing | ███████ | ███████ |
| I-779 | Border Patrol Medical Screening<br><br>ICE Health Service Corps In-Processing Health Screening<br><br>Juvenile Medical Screening<br><br>Covid-19 Checklist<br><br>Alien Initial Health Interview Questionnaire | Withhold Officer PII | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| | Initial Phone Call Form | Withhold<br>• Officer PII<br>• Third party PII | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| I-830 / I-830E | Notice to EOIR:  Alien Address | Withhold<br>• Officer PII<br>• Suite/Floor/Officer/Room of any government address | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| I-259 | Notice to Detain, Remove, or Present Alien | Withhold<br>• Officer PII<br>• Third party PII | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| I-205<br><br>I-860<br><br>I-862<br><br>I-166<br><br>I-851A<br><br>I-274 | Warrant for Deportation<br><br>Notice and Order of Expedited Removal<br><br>Notice to Appear<br><br>Bag and Baggage<br><br>Final Administrative Removal Order<br><br>Notice and Request for Disposition | If Served:<br>Withhold Officer PII<br><br>If Unserved:<br>WIF | (b)(6)/(b)(7)(C)<br><br>(b)(5)<br><br>Add (b)(6)/(b)(7)(C) if officer PII present | (k)(2)/ (b)(6)/(b)(7)(C)<br><br>(d)(5)/(b)(5)<br><br>(k)(2)/ (b)(6)/(b)(7)(C) |

17

📄 USCIS PA an...g Guide.pdf

While the USCIS FOIA/PA PPM is your primary reference, it cannot address every possible scenario you might encounter in an A-file. Immigration forms are constantly changing. In addition, offices may use different versions of the same form or include additional information on a form, such as an IBIS stamp or handwritten note. The inclusion of additional information may trigger the need to use other exemptions in addition to those ordinarily applied to a given form. Each case is unique, therefore, review each page for content and consider disclosure on a case-by-case basis.

| Form Number | Title | Processing Guidance | FOIA | PA |
|---|---|---|---|---|
| I-210 | Notice of Action – Voluntary Departure | | | |
| I-286 | Notice of Custody Determination | | | |
| I-851 | Notice of Intent to Issue a Final Administrative Removal Order | | | |
| I-871 | Notice of Intent/Decision to Reinstate Prior Order | | | |
| I-826 | Notice of Rights and Request for Disposition | | | |
| I-220A | Order of Release on Recognizance | | | |
| I-220B | Order of Supervision | | | |
| I-221 | Order to Show Cause and Notice of Hearing | | | |
| I-229 | Warning for Failure to Depart | | | |
| I-229(a) | Warning for Failure to Depart | | | |
| I-294 | Warning to Alien Ordered Removed or Deported | | | |
| I-200 | Warrant for Arrest of Alien | | | |
| I-296 | Notice to Alien Ordered Removed/Departure Verification | | | |
| i-213 | Record of Deportable/Inadmissible Alien | Withhold<br>• Officer PII<br>• Third party PII | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| I-275 | Withdrawal of Application for Admission/Consular Notification | Withhold<br>• Entire Narrative<br>• SIGMA Event<br>• GPS coordinates, latitude/longitudes, zones, grids and specific locations<br>• Operation names<br>• System names/results<br>• Assisting assets | (b)(7)(E) | (k)(2)/ (b)(7)(E) |
| | List of Pro Bono Legal Service Providers | Release in Full | | |
| I-831 | New Court Location | Withhold officer PII | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information.

the need to use other exemptions in addition to those ordinarily applied to a given form. Each case is unique; therefore, review each page for content and consider disclosure on a case-by-case basis.

| Form Number | Title | Processing Guidance | FOIA | PA |
|---|---|---|---|---|
| | ORR Verification of Release | Withhold third party PII | (b)(6) | (b)(6) |
| | ORR Initial Medical Form | | | |
| I-443 | Multiple Inspection Referral | Withhold<br>• Officer PII<br>• Third Party PII | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| I-94 | Departure Record Card | Withhold officer PII if present | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| I-94 | Departure Record Screenprint | Withhold URL | (b)(7)(E) | (k)(2)/(b)(7)(E) |
| | Affidavit to Withdraw Visa Application | WIF | (b)(6)/(b)(7)(C)/(b)(7)(E) | (k)(2)/(b)(6)/(b)(7)(C)<br>(k)(2)/(b)(7)(E) |
| | | | Add (b)(7)(F) if could reasonably be expected to endanger the life or physical safety of any individual | (k)(2)/(b)(7)(F) |
| | | | Add (b)(7)(D) if explicitly named as confidential source | (k)(2)/(b)(7)(D) |
| I-181 | Memorandum of Creation of Record of Lawful Permanent Residence | If adjudicated:<br>Withhold<br>• Third party PII<br>• USCIS employee PII | (b)(6) | (b)(6) |
| | | If unadjudicated:<br>WIF | (b)(5) | (d)(5)/(b)(5) |
| | | | Add (b)(6) if USCIS employee PII or third party PII present | (b)(6) |
| I-130 | Petition for Alien Relative | Withhold<br>• USCIS Employee PII<br>• Third Party PII | (b)(6) | (b)(6) |
| I-129F | Petition for Alien Fiancé(e)Application to Register Permanent Residence or Adjust Status | | | |
| I-485 | Application to Register Permanent Residence or Adjust Status | * If you make any (b)(6) redactions on a page that contains the barcode, redact the barcode on that page (b)(6). | | |
| I-751 | Petition to Remove Conditions on Residence | | | |
| N-400 | Application for Naturalization | | | |
| I-90 | Application to Replace Permanent Resident Card (Green Card) | | | |
| I-765 | Application for Employment Authorization | | | |

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains ... be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled ...

📄 USCIS PA an...g Guide.pdf

While the USCIS FOIA/PA PPM is your primary reference, it cannot address every possible scenario you might encounter in an A-file. Immigration forms are constantly changing. In addition, offices may use different versions of the same form or include additional information on a form, such as an IBIS stamp or handwritten note. The inclusion of additional information may trigger the need to use other exemptions in addition to those ordinarily applied to a given form. Each case is unique, therefore, review each page for content and consider disclosure on a case-by-case basis.

| Form Number | Title | Processing Guidance | FOIA | PA |
|---|---|---|---|---|
| I-590 | Registration for Classification as Refugee | | | |
| I-730 | Refugee/Asylee Relative Petition | | | |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | | | |
| I-918 | Petition for U Nonimmigrant Status | | | |
| I-918 Supplemental A | Application for T Nonimmigrant Status | | | |
| I-914 | Petition for Qualifying Family Member of U-1 Recipient | | | |
| I-914 Supplemental A | Application for Derivative T Nonimmigrant Status | | | |
| I-817 | Application for Family Unity Benefits | | | |
| I-698 | Application to Adjust Status from Temporary to Permanent Resident | | | |
| N-600 | Application for Certificate of Citizenship | | | |
| I-929 | Petition for Qualifying Family Member of U-1 Nonimmigrant | | | |
| I-192 | Application for Advance Permission to Enter as a Nonimmigrant | | | |
| N-565 | Application for Replacement Naturalization/Citizenship Document | | | |
| I-881 | Application for Suspension of Deportation or Special Rule Cancellation of Removal | | | |
| I-601 | Application for Waiver of Ground of Inadmissibility | | | |
| I-601A | Application for Provisional Unlawful Presence Waiver | | | |
| DS 160 | Online Non-Immigrant Visa Application | | | |
| DS-260 | DoS Online Immigrant and Alien Registration Application | | | |
| FS-551 | Immigrant Visa and Alien Registration | | | |

20

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains ... that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled ... and disposed of in accordance with Department of Homeland Security policy relating to Sensitive ...

USCIS PA an...g Guide.pdf

While the USCIS FOIA/PA PPM is your primary reference, it cannot address every possible scenario you might encounter in an A-file. Immigration forms are constantly changing. In addition, offices may use different versions of the same form, or include additional information on a form, such as an IBIS stamp or handwritten note. The inclusion of additional information may trigger the need to use other exemptions in addition to those ordinarily applied to a given form. Each case is unique, therefore, review each page for content and consider disclosure on a case-by-case basis.

| Form Number | Title | Processing Guidance | FOIA | PA |
|---|---|---|---|---|
| 21 | Application for Temporary Protected Status | | | |
| 821D | Consideration of Deferred Action for Childhood Arrivals | | | |
| OIR -42B | Application for Cancellation of Removal and Adjustment of Status for Certain Nonpermanent Residents | | | |
| OIR-42A | Application for Cancellation of Removal for Certain Permanent Residents | | | |
| -131 | Application for a Travel Document | | | |
| -765 | Application for Employment Authorization | | | |
| -551 or I-586 | Card Data Collection Form | | | |
| DS-230 | Application for Immigrant Visa and Alien Registration | | | |
| DS-156 | Nonimmigrant Visa Application | | | |
| | Personal **Joint** and **Third Party** Documents<br>Marriage Certificate<br>Divorce Decrees<br>IDs<br>Birth Certificate<br>Death Certificates<br>Bank Statements<br>Utility Bills<br>Tax Returns<br>School Records<br>Medical Documents<br>Credit Card Bills<br>Passports<br>Photographs<br>Household Registries<br>SS Cards<br>Rental Agreements<br>Drivers License<br>Paystubs<br>Affidavits of Support/Character<br>Interpreter Affidavits<br>Withdrawal Letters/Affidavits for petitions | WIF | (b)(6) | (b)(6) |

...AL USE ONLY (FOUO) and is intended for internal National Records Center use only. It con...

USCIS PA an...g Guide.pdf

additional information on a form, such as an IBIS stamp or handwritten note. The inclusion of additional information may trigger the need to use other exemptions in addition to those ordinarily applied to a given form. Each case is unique; therefore, review each page for content and consider disclosure on a case-by-case basis.

| Form Number | Title | Processing Guidance | FOIA | PA |
|---|---|---|---|---|
| | **Subject's** Personal Documents | | | |
| | Employment Verification Letters | Withhold third party PII | (b)(6) | (b)(6) |
| | | If authored by a Business: Withhold third party PII | (b)(6) | (b)(6) |
| | | If authored by an Individual: WIF | | |
| I-693 | Medical Examination of Aliens Seeking Adjustment of Status | Withhold third party PII | (b)(6) | (b)(6) |
| I-693 Supplemental | Adjustment of Status Applicant's Documentation of Immunization to be Completed by a Civil Surgeon | | | |
| I-589 | Application for Asylum and for Withholding of Removal | If the subject is the principal: Withhold • Third party PII • USCIS Employee PII | (b)(6) | (b)(6) |
| | | If the subject is a Rider: WIF the I-589 form and supporting documents submitted with the I-589, unless they are documents issued or belong to the subject (rider). For example: Alien Cards (LPR, EAD), Passports, Birth Certificate, Social Security Card, Driver's license, etc. | | |
| | Asylum Interview / Notes | Withhold • Third party PII • USCIS Employee PII | (b)(6) | (b)(6) |
| | Refugee Interview / Notes | Withhold deliberative material | (b)(5) | (d)(5)/(b)(5) |
| G-1059 | Record of Applicant's Oath During an Interview | Withhold • Third party PII • USCIS Employee PII | (b)(6) | (b)(6) |
| | Decision Regarding Your Application for Asylum | | | |
| | Waiver of Presence of Representative | | | |
| | Record of Interpreter's Oath During an Interview | WIF | (b)(6) | (b)(6) |
| I-864 / I-134 | Affidavit of Support | If the subject is the sponsor/principal: Withhold third party PII | (b)(6) | (b)(6) |
| G-325A | Biographic Information | *If you make any (b)(6) redactions on a page that contains the barcode, redact the barcode on that page (b)(6). | | |
| G-28 | Notice of Entry of Appearance as Attorney or Accredited Representative | | | |

22

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval...

llltems.aspx?id=%2Fteams%2FPOAT%2FCC%20ManualCP%20Guide%2FUSCIS%20PA%20and%20FOIA%20Processing%20Guide%2Epdf&parent=%2Fteams%2FPOAT%2FCC%20ManualCP%20Guide

📄 USCIS PA an...g Guide.pdf

While the USCIS FOIA/PA PPM is your primary reference, it cannot address every possible scenario you might encounter in an A-file. Immigration forms are constantly changing. In addition, offices may use different versions of the same form or include additional information on a form, such as an IBIS stamp or handwritten note. The inclusion of additional information may trigger the need to use other exemptions in addition to those ordinarily applied to a given form. Each case is unique; therefore, review each page for content and consider disclosure on a case-by-case basis.

| Form Number | Title | Processing Guidance | FOIA | PA |
|---|---|---|---|---|
| EOIR 28 | Notice of Entry of Appearance as Attorney or Representative Before the Immigration Court | If the sponsor/principal is a third party: WIF | | |
| EOIR 27 | Notice of Entry of Appearance as Attorney or Representative Before the Board of Immigration Appeals | | | |
| I-912 | Request for Fee Waiver | | | |
| I-290B | Notice of Appeal or Motion | | | |
| | Marriage Fraud Interviews/Stokes Interviews | Subject's Q & A: Withhold third party PII / Spouse's Q & A: WIF | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| I-918 Supplemental B | U Nonimmigrant Status Certification | Withhold • Third party PII • Officer PII | (b)(6)/(b)(7)(C) | (k)(2)/ (b)(6)/(b)(7)(C) |
| I-131F | Parole/Re-Parole Application | Withhold • Third party PII • USCIS employee PII | (b)(6) | (b)(6) |
| | | Withhold any decision, decision letter, comments, or references to a decision | (b)(5) | (d)(5)/(b)(5) |
| I-129 I-129S I-140 | Petition for a Nonimmigrant Worker  Nonimmigrant Petition Based on Blanket L Petition  Immigrant Petition for Alien Worker Petition for Alien Relative | Withhold • IRS Employer Identification Number (EIN)/Federal Employer Identification Number (FEIN) if a sole proprietorship or an SSN • Third party PII • USCIS Employee PII | (b)(6) | (b)(6) |
| | | Withhold Systems Checked/Results | (b)(7)(E) | (k)(2)/(b)(7)(E) |
| ETA 9089 ETA 9035 and ETA 9035E | Application for Permanent Employment Certification  Labor Condition Application for H-1B, H-1B1 and E-3 Nonimmigrant Workers | Withhold • IRS Employer Identification Number (EIN)/Federal Employer Identification Number (FEIN) if a sole proprietorship or an SSN • Third party PII | (b)(6) | (b)(6) |

📄 USCIS PA an...g Guide.pdf

the need to the Brief Description in addition to those criteria may applied to a given form. Each case is unique, therefore, review each page for content and consider disclosure on a case-by-case basis.

| Form Number | Title | Processing Guidance | FOIA | PA |
|---|---|---|---|---|
| | Corporate Tax Returns | Withhold third party PII to include: Shareholder information, including personal earnings, compensation of officers and stock holdings, preparer's SSN, preparer's TIN/EIN if an individual and preparer's PTIN if it is an SSN (SSN = 9 digits, PTIN = P+8 digits) | (b)(6) | (b)(6) |
| IAP-66 | Certificate of Eligibility for Exchange Visitor, (J-1) Status | Withhold third party PII | (b)(6) | (b)(6) |
| DS-2019 | Certificate of Eligibility for Exchange Visitor, (J-1) Status (Formerly IAP-66) | | | |
| | Non-Immigrant Fiancé (E) Visa Application | | | |
| | Supplement to Non-Immigrant Visa Application | | | |
| DS-3024 | Chest X-Ray and Classification Worksheet | | | |
| DS-3025 | Vaccination Document Worksheet | | | |
| DS-3026 | Medical History and Physical Examination Worksheet | | | |
| Optional Form 157 | Medical Examination of Applicants for United States Visas | | | |
| DS-2053 / DS-2054 | Medical Examination for Immigrant or Refugee Applicant | | | |
| | Health Assessment Informed Consent Form | | | |
| | Immigrant Data Summary | | | |
| | Profile of Asylum Claims and Country Conditions | Release in Full | | |
| | Human Rights Report Executive Summary | | | |
| | CIA World Fact Book | | | |
| | US Refugee Admission Program | | | |

24

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the

📄 USCIS PA an...g Guide.pdf

A-file. Immigration forms are constantly changing. In addition, offices may use different versions of the same form or include additional information on a form, such as an IBIS stamp or handwritten note. The inclusion of additional information may trigger the need to use other exemptions in addition to those ordinarily applied to a given form. Each case is unique, therefore, review each page for content and consider disclosure on a case-by-case basis.

| Form Number | Title | Processing Guidance | FOIA | PA |
|---|---|---|---|---|
| | Bio Information | Withhold third party PII | (b)(6) | (b)(6) |
| Form I | Additional Resettlement Information | | | |
| Form II | Family Tree for Each Member of Case | | | |
| Form III | Travel Authorization Letter | | | |
| | Sworn Statement | Withhold USCIS employee PII | (b)(6) | (b)(6) |
| | Release of Information Consent Form | | | |
| | Two Way Visa Action Request and Response | WIF | (b)(3), 8 U.S.C. 1202(f) | (b)(3), 8 U.S.C. 1202(f) |
| | National Visa Center Affidavit of Support Information | | | |
| I-566 | Interagency Record of Request | Withhold third party PII | (b)(6) | (b)(6) |
| | | Withhold Part 7 if one of the boxes is checked, and/or a recommendation is listed | (b)(3), 8 U.S.C. 1202(f) | (b)(3), 8 U.S.C. 1202(f) |
| | Reception and Placement Program Assurance Form | If not completed: WIF | (b)(5) | (d)(5)/(b)(5) |
| | | If completed: Withhold third party PII | (b)(6) | (b)(6) |
| | UNHCR Resettlement Submission for Protracted Refugee Population | RIF to DoS | ███████ | ███████ |
| | UNHCR Resettlement Registration Form | | | |
| | Fee Payment Receipt | Withhold third party PII | (b)(6) | (b)(6) |
| | | Withhold URL | (b)(7)(E) | (k)(2)/ (b)(7)(E) |
| | CEAC DS-160 Report | Withhold<br>• Top portion with DoS Remarks<br>• Data Checks<br>• Previous Submissions | (b)(3), 8 U.S.C. 1202(f) | (b)(3), 8 U.S.C. 1202(f) |
| | | Withhold adjudicative marks | (b)(7)(E) | (k)(2)/(b)(7)(E) |
| | | Withhold third party PII | (b)(6) | (b)(6) |
| DS-156 | Nonimmigrant Visa Application | Withhold entire block "Do Not Write in this Space" if completed | (b)(3), 8 U.S.C. 1202(f) | (b)(3), 8 U.S.C. 1202(f) |

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, ... and distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified ... to the public or other personnel who do not have a valid need to know ...

USCIS PA an...g Guide.pdf

## Additional Interim Guidance

### 1367 Information Provisions

You will now utilize (b)(6) for information withheld for 1367 Information Provisions for both FOIA and PA cases. You will no longer use (b)(7)(C).

### U.S. Department of State (DOS)

All third party personal information/PII will be withheld in a PA case with exemption (b)(6).

All DOS employees and employees of JVAs will be withheld with exemption (b)(6) in both a FOIA and PA case. This includes, but not limited to:

- Documents signed by the subject.
- Documents served to the subject.

DOS and refugee documents will follow the same ROP and Non-ROP rules as listed above. Some sample ROP documents, and guidance are:

| Document | Examples | Guidance |
|---|---|---|
| Subject's Individual Documents | DS-156<br>DS-160<br>Immigrant Visa and Alien Registration<br>Medical Examination for Immigrant or Refugee Applicant<br>DS-3025<br>DS-156K<br>Supplement to Nonimmigrant Visa Application<br>DS-2019<br>The Transportation Company and Transportation Security Administration<br>I-590<br>Correspondence to subject<br>Family Trees | Redact |
| Subject is a Rider | I-590<br>Family Trees<br>The Transportation Company and Transportation Security Administration<br>Correspondence to the Applicant | WIF |
| UNHCR | | RIF |

26

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified

DIA%20Processing%20Guide%2Epdf&parent=%2Fteams%2FPOAT%2FCC%20ManualCP%20Guide

📄 USCIS PA an...g Guide.pdf

*Add any additional applicable exemptions.  Exemption (b)(3), 8 U.S.C. 1202(f) should only be used if the information pertains to the issuance or refusal of a visa or permit to enter the United States.

Examples of non-ROP documents that you will WIF are:

- File Summary
- Refugee Application Assessment
- Worksheets, Checklists, Routing Slips
- System Screenprint
- Security Check Forms (SAO)
- Internal correspondence
- Report 24 and 71
- Refusal Worksheet and Advisory Opinions

*Add any additional applicable exemptions.  Exemption (b)(3), 8 U.S.C. 1202(f) should only be used if the information pertains to the issuance or refusal of a visa or permit to enter the United States.

### Executive Office for Immigration Review (EOIR)
Documents served to EOIR are no longer fully releasable. You will process documents served to EOIR based on current guidance.

You will now use (b)(6)/(b)(7)(C), add (k)(2) if a PA case, for documents authored by EOIR.

### USCIS Employees
For USCIS employee PII in a PA case, you will now use (b)(6).  The Partial OOS will no longer be used.

### CBP and ICE Employees
CBP and ICE employee PII will be withheld using (b)(6)/(b)(7)(C), add (k)(2) if a PA case, except for public facing officials (SAC, Port Director, FOD, CC, SIO, etc.)

CBP and ICE employee PII includes, but not limited to:

- Names
- Signatures
- Initials
- Direct phone lines
- E-mail addresses
- User IDs

CBP and ICE PII except for Directors' names (District, Field, Center, etc.), will be withheld on all documents. This includes, but not limited to:

- Documents signed by the subject.
- Documents served to the subject.
- Documents served in EOIR.
- Documents referred to another agency.

### Local Law Enforcement

27

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains

OProcessing%20Guide%2Epdf&parent=%2Fteams%2FPOAT%2FCC%20ManualCP%20Guide

📄 USCIS PA an...g Guide.pdf

- o  To compare possible duplicates, click on the Compare icon. This will provide a side-by-side view of the two cases.
- o  If a more in-depth information review is needed, click on the View Case icon. This will open a second FIRST window of the possible duplicate case. Here a complete view of the entire request, including case notes, can be seen.
- o  To exit this window, click the Close Case View "X" at the top left corner.

### ertification of Agreement (Consent)

ll third party requests must have consent.  This includes media requests.  If no consent is provided, the case ill be closed as a Total Denial with the appropriate insert.

### pecific requests for I-94, arrival/departure or entry/exit documents

ny request that is specifically for an I-94, arrival/departure or entry/exit document only will be closed No ecord with the I-94 insert included.  This no longer applies to only subjects born in Cuba.

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified