Exhibit 42

# Warning Order- Track Change Enhancement

To: FOIA Records Release Leadership

Retention Policy USCIS-Default-Retention-Policy (Never)   Expires Never

Thu 11/13/2025 4:06 PM

Exec - ACD

The track change enhancement to FIRST is now scheduled to be implemented Monday night 11/17/25.

I will be sending out a short summary of the changes and planned preparations steps in the morning.

Program Manager/ACD
U.S. Citizenship and Immigration Services/IRIS
National Records Center/ FOIA Records Release Branch
Office: ██████ | Cell: ██████

248