# Exhibit 43

From: [redacted] <[redacted]@uscis.dhs.gov>
Sent: Friday, November 14, 2025 11:58 AM
To: FOIA Records Release Leadership [redacted] <[redacted]@uscis.dhs.gov>
Subject: Overview of Track Changes and Planned Actions
Importance: High

Good morning leaders,

As promised yesterday, listed below is an overview of the Track Changes and Planned actions. I have also attached a short overview of the process changes. There will be interim guidance pushed out Monday morning.

**Summary of Changes**
1. Incoming Requests Track: all A-File FOIA requests will come into the NRC Office as Track 2 (default).
2. SDO Office Created: Current NRC Track 1 will become Track 2 in SDO Office once created.
3. Track Change During CC: All cases will have tracks changed based on the selections the CC makes when creating the case.
4. Assigned Office: All cases will be automatically moved to the appropriate office (SMP, SDO, remain in NRC) once the CC pends the case assuming the made the correction selections when creating the case.
5. Tracks by Office:
    a. SMP- Track 1
    b. NRC- Track 2
    c. SDO- Track 2 (current NRC Track 1)
    d. Track 3: There could potentially be Track 3 cases in each office after the case is pended by the CC based on the type of request and selections made during creation.
6. Track 1 Processors: Team members who complete current NRC Track 1 cases will need to be given access to the SDO office and have their profiles updated to Track 2.
7. Post Enchantment: There will be NRC Track 1 cases that were created before next Tuesday that remain in the NRC office.

**Next Steps**
1. CC PPM interim guidance and PPM updates:
    a. Interim Guidance: Draft has been created for dissemination Monday
    b. PPM Update: Final PPM updates will be incorporated after the enhancement is rolled out to provide time for feedback and revisions to interim guidance post roll-out.
2. Notify supervisory staff pre-release:
    a. This message is that communication.
3. Notify FOIA employees
    a. Planned to be sent later today.
4. Review and Release of Interim Guidance
    a. This will happen Monday morning.
5. Walkthrough for CC On Monday afternoon.
    a. Invite will be sent out today or early Monday to all CC and IIIB personnel who work CC in OVT.
6. Movement of Previous NRC Track 1 Possessors to SDO Office
    a. This will occur after all NRC Track 1 cases are completed. Estimate 2 weeks after enhancement roll-out.
    b. Until then all those who work NRC Track 1 will stay in NRC working those cases.
7. Identify Profile Updates for Impacted Staff
    a. Adding SDO office and Track 2 to profiles of those directly impacted. In progress
    b. Implementation of these changes will be scheduled for the same date as the move to SDO in #5

[redacted]
Program Manager/ACD

250