Exhibit 45

SOR's Physical Address – Not Accepted
U.S. Citizenship and Immigration Services
No Longer Accepted:
• Email addresses
• Address of representative
• Incomplete address
Page 11
Presenter Notes Dec 12
No Longer Accepted:
Email addresses
Address of representative (i.e. attorney address)
Incomplete address (missing city, state, etc.)
Page 12
Presenter Notes Dec 12
Exceptions:
P.O. Boxes
Minor SOR (parent/guardian is requestor) – kids are going to live with their parents
Deceased SOR – we don't need the address for the cemetery
Page 13
Presenter Notes Dec 12
Case Creators:
Don't shut down just because address matches requestor (especially if it says SAFE address)
Check the Search Tab for a banner
Review the entire request for mention of 1367/VAWA
Can be a VAWA doc, U or T Visa, etc.
Page 14
Presenter Notes Dec 12
Case Processors:
Review the entire file for a 1367/VAWA document

SOR's Physical Address – Exceptions
U.S. Citizenship and Immigration Services
Exceptions:
• P.O. Boxes
• Minor SOR (parent/guardian is requestor)
• Deceased SOR
Page 11
Presenter Notes Dec 12
No Longer Accepted:
Email addresses
Address of representative (i.e. attorney address)
Incomplete address (missing city, state, etc.)
Page 12
Presenter Notes Dec 12
Exceptions:
P.O. Boxes
Minor SOR (parent/guardian is requestor) – kids are going to live with their parents
Deceased SOR – we don't need the address for the cemetery
Page 13
Presenter Notes Dec 12
Case Creators:
Don't shut down just because address matches requestor (especially if it says SAFE address)
Check the Search Tab for a banner
Review the entire request for mention of 1367/VAWA
Can be a VAWA doc, U or T Visa, etc.
Page 14
Presenter Notes Dec 12
Case Processors:
Review the entire file for a 1367/VAWA document
If no document

SOR's Physical Address – Exceptions
U.S. Citizenship and Immigration Services
Exceptions:
1367/VAWA Protection – Safe address is accepted
Case Creators:
Do not shut down just because address matches requestor
Check the Search Tab for a banner
Review the entire request for mention of 1367/VAWA
Any of those present then create the case
Page 13
Presenter Notes Dec 12
Case Creators:
Don't shut down just because address matches requestor (especially if it says SAFE address)
Check the Search Tab for a banner
Review the entire request for mention of 1367/VAWA
Can be a VAWA doc, U or T Visa, etc.
Page 14
Presenter Notes Dec 12
Case Processors:
Review the entire file for a 1367/VAWA document
If no document found, then close case FC.
Page 16
Presenter Notes Dec 12
This has not changed:
Physical signature or "Yes" on Front Porch
Page 18
Presenter Notes Dec 12
We do NOT need the requestors VOI
These are the only documents accepted now for Valid Proof of Death – we no longer accept photos of the headstone





