Exhibit 46





