Exhibit 47











