UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | **No. 3:19-cv-03512-WHO**<br><br>**JOINT NOTICE OF FILING OF EXHIBITS** |

On December 19, 2025, Plaintiffs filed a Notice of "Protected Whistleblower Disclosure Regarding USCIS Violations of the Freedom of Information Act, Regulations, and *Nightingale* Court Order," along with the related Disclosure. *See* ECF Nos. 193 & 193-1. The Disclosure cites 47 exhibits (totaling 272 pages), which the whistleblower's counsel provided counsel for the parties via e-mail on December 29, 2025, and again on December 30, 2025 with supplemental redactions. On January 22, 2026, the parties filed a Joint Notice along with 36 of the 47 exhibits that they agree may be filed publicly, with redactions for certain personally identifying information ("PII") of Government employees and third parties. *See* ECF No. 199. As to the remaining 11 exhibits, the parties have further conferred and agree that 4 additional exhibits may be filed publicly, with PII redactions similar to those in the 36 previously filed exhibits. Accordingly, the parties hereby submit those 4 exhibits. That leaves 7 exhibits, which Defendants anticipate moving the Court for leave to file some or all of under seal. Plaintiffs will provide their position on the filing of the sealed exhibits after reviewing Defendants' motion.

Respectfully submitted,

<u>/s/Trina Realmuto</u>
Trina Realmuto (CA SBN 201088)
Mary Kenney*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Matt Adams (WSBA No. 28287)*
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

Raul Pinto ((DC Bar No. 90013180)*
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500Washington, DC 20036
(202) 507-7549

Stacy Tolchin (CA SBN 217431)
Law Offices of Stacy Tolchin
634 S. Spring St., Suite 500A
Los Angeles, CA 90014
(213) 622-7450

*Counsel for Plaintiffs*

*Admitted pro hac vice

Dated: January 30, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

<u>/s/Cristen C. Handley</u>
CRISTEN C. HANDLEY, MO Bar No. 69114
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-2677
Cristen.Handley@usdoj.gov

*Counsel for Defendants*