Exhibit 11

# Update to Final Action Letters to reflect policy changes

**To:** FOIA Records Release Leadership
**Cc:** NRC-IIIB-Leadership
Exec ACD

Tue 10/21/2025 11:06 AM

This message was sent with High importance.

📎 FC FAL draft.pdf — 137 KB
📎 NR FAL.pdf — 202 KB
📎 NA FAL.pdf — 209 KB

Good morning FOIA Leaders,

The implementation of policy revisions on case create and VOI required FAL updates and corresponding changes to the FIRST letters tab. I plan to send this out to all FOIA later today but wanted to give you advanced warning.

The letters tab will be updated tomorrow to reflect the following insert options:

For the FC final action code:

Missing Subject of Record Name
Missing Subject of Record DOB
Missing Subject of Record Address
Missing Subject of Record COB
Missing Parent/Guardian Name (for minor/incapacitated)
Missing Parent/Guardian DOB (for minor/incapacitated)
Missing Parent/Guardian Address (for minor/incapacitated)
Missing Parent/Guardian COB (for minor/incapacitated)
Blank Description of Records
Untranslated Documents
Electronic Signature

For the NR final action code:

Subject of Record Alien Number
Subject of Record Name
Subject of Record Date of Birth
Subject of Record Country of Birth
Subject of Record Parents
I-94
National Visa Center

For the NA final action code:

was added - Request for certified copies

**U.S. Citizenship and Immigration Services**

Lee's Summit, MO 64064-8010

September 25, 2025

███████████

**Control Number:**

Dear ███████████████:

This letter is in response to your request for records under the Freedom of Information Act (FOIA) or Privacy Act (PA), which was received in this office on May 8, 2025.

We have completed our search and no records responsive to your request were located.

We could not find records matching the subject of record's Alien Number(s) provided in your request.

We could not find records matching the subject of record's name provided in your request.

We could not find records matching the subject of record's date of birth provided in your request.

We could not find records matching the subject of record's country of birth provided in your request.

We could not find records matching the name of the subject of record's parents provided in your request.

Generally, USCIS does not possess copies of arrival I-94s (Arrival-Departure Record Card). I-94s for individuals who were paroled after processing at a Port of Entry (POE) are issued electronically by U.S. Customs and Border Protection. If you or the subject of this request was issued an I-94 at a POE, you can obtain a copy of your I-94 by going to https://i94.cbp.dhs.gov/I94/#/recent-search. However, only I-94s issued at a POE are available on this site. If you or the subject of this request were released after being apprehended by the United States Border Patrol and having been served a Notice to Appear in Immigration Proceedings, that release, sometimes called "conditional parole" conducted pursuant to 8 USC Section 1226(a) is not recorded on this website.

The requested records have been forwarded to the National Visa Center (NVC) and now fall under their purview. Please visit the NVC Contact Information page at www.travel.state.gov for more information.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

# DRAFT

September 25, 2025

**Control Number:**

Dear ▮▮▮▮▮

This letter is in response to your request for records under the Freedom of Information Act/Privacy Act (FOIA) or Privacy Act (PA), which was received in this office on April 2, 2025 for ▮▮▮▮▮ regarding the Visa file, ▮▮▮▮▮ for Genealogy Records Request▮▮▮▮▮

Although your request was submitted as a FOIA or PA request, it is not covered by either of these Acts.

Under the Freedom of Information Act (FOIA) and the Privacy Act (PA), you can request: your own immigration records; someone else's immigration records, generally with their written permission; agency policies, data, communications, and other records. The records you are requesting, records regarding a US born citizen, are not generally under the purview of USCIS.

To obtain your Alien Registration Number, you should call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

The USCIS FOIA Program does not provide certified copies of records. To request certified copies, you should call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

The G-325R records you have requested are available to you via your myUSCIS account in an unredacted format. For immediate access to electronic records, please log into your account located at my.uscis.gov and view/download them today.

Requests submitted in the form of questions about agency operations are not considered requests for records under the FOIA/PA.

The USCIS FOIA Program does not process petitions, applications, or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with USCIS, please visit the Contact Us page at www.uscis.gov or call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

To obtain original documents, you must complete Form G-884, Request for the Return of Original Documents. Please visit the USCIS website at www.uscis.gov/g-884 for more information regarding instructions and submission requirements or call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

This is in response to your request for a Certificate of Non-Existence. To obtain a Certificate of Non-Existence, you must complete Form G-1566, Request for Certificate of Non-Existence. Please visit the USCIS website at www.uscis.gov/g-1566 for more information regarding instructions and submission requirements or call the USCIS Contact Center at 800-357-5283 (TTY 800-767-1833).

Requests for verification of information from immigration records are not considered requests for records

**DRAFT**

U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

October 15, 2025

[redacted]

Control Number: [redacted]

Dear [redacted]

We received your request for information relating to on September 29, 2025.

The Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifies certain requirements for an access request. One of these requirements is that the request must be made in accordance with the agency's published FOIA regulations. The procedures for requesting access to Department of Homeland Security (DHS) records are set forth in DHS regulations at Title 6 C.F.R. § 5.3 Requirements for making requests. See McDonnell v. U.S., 4 F.3d 1227, 1236 (3d Cir. 1993).

We are administratively closing your request due to failure to comply with these requirements. Specifically, you did not provide complete verification of identity information since the subject of record's name was not provided

We are administratively closing your request due to failure to comply with these requirements. Specifically, you did not provide complete verification of identity information since the subject of record's date of birth was not provided.

We are administratively closing your request due to failure to comply with these requirements. Specifically, you did not provide complete verification of identity information since the subject of record's current physical address was not provided.

We are administratively closing your request due to failure to comply with these requirements. Specifically, you did not provide complete verification of identity information since the subject of record's country of birth was not provided.

We are administratively closing your request due to failure to comply with these requirements. Specifically, you indicated that you are a parent/guardian of the subject of record but did not provide your complete verification of identity information since your name was not provided.

We are administratively closing your request due to failure to comply with these requirements. Specifically, you indicated that you are a parent/guardian of the subject of record but did not provide your complete verification of identity information since your date of birth was not provided.

We are administratively closing your request due to failure to comply with these requirements. Specifically, you indicated that you are a parent/guardian of the subject of record but did not provide your complete verification of identity information since your current physical address was not provided.

We are administratively closing your request due to failure to comply with these requirements. Specifically, you indicated that you are a parent/guardian of the subject of record but did not provide your complete verification of identity information since your country of birth was not provided

We are administratively closing your request due to failure to comply with these requirements.

U.S. Citizenship and Immigration Services
www.uscis.gov

# DRAFT

Specifically, you did not describe the records sought in enough detail to enable us to locate them with a reasonable amount of effort.

We are administratively closing your request due to failure to comply with these requirements. Specifically, some or all of the required information that you submitted was not in English or was not accompanied by a translation.

We are administratively closing your request due to failure to comply with these requirements. Specifically, the signature you provided for the subject of record is unacceptable. Examples of acceptable digital signatures include certified/encrypted/timestamped signatures such as DocuSign, DigiCert, Adobe and Verisign.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal electronically to USCIS through your online portal by selecting Appeal in the Actions drop down window. You may also file an administrative FOIA appeal to USCIS at: USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison at U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, or by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

Your case has been closed with no further action taken. If you wish to pursue this request, please provide the information described by the regulation cited above. The requirements of filing a FOIA or PA request are also available for your convenience on our website at www.uscis.gov.

Sincerely,

Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit