Exhibit 14

To ⊞ FOIA Records Release Leadership



☺ ⤺ Reply   ⤺⤺ Reply All   → Forward

Fri 10/31/2025 10:

EXEC-FACD

ⓘ This message was sent with High importance.

Good morning FOIA Leaders,

The plan below is the NRC FO approved Declaration backlog reduction plan. I am sharing for your awareness with the understanding that this initial plan may change at any time based on operational needs and associated adjustments.

**Backlog Cases (5,772 Total in CP)**
- MRC Office: 5,014 backlogged cases
  - Under 750 pages: 4,323
    - These cases will be moved to IPQ and SAF over time.
    - Some between 501-750 will be worked by team members newly trained in Track 2.
  - Over 750 pages: 677 (3 are over 2501 pages)
    - We will flex SP teams to work these cases periodically over the next 6 weeks.
- SAF: 305 backlogged cases (4,323 will be moved over from MRC)
  - All under 750 pages.
  - 2nd Auto Redaction Team added
    - 2nd team, ▓▓▓▓ team, will be moved to SAF on Monday morning after a short auto redaction training by OSB.
  - Auto Redaction team Production
    - Each team will process a minimum of 400 cases weekly or 800 cases collectively in SAF.
    - All cases expected to be complete in SAF NLT 12/8/25 (6 weeks).
- NRC: 65
  - Expected to be completed before Tuesday 11/4/25.
- Various Queues (Admin, RL, Scanner, etc): 388

**Non-Backlog Cases and Leftovers in BL:**
- Week 1 (10/27- 10/31): Entirely focused on in compliance case assignment to begin developing the compliance cushion target of 5 days from active case pull to backlog date within the CP work queue.
  - We have established a CP compliance cushion for ALF as well and will shift ALF processors to NRC as our current compliance cushion in ALF allows.
- Week 2 (11/3-11/7): Begin assigning remaining MRC backlog cases over 750 pages to SP1 and SP2 while balancing and expanding the active CP queue compliance cushion in the NRC.
- Week 3: (11/10-11/14): Check point with FO on plan assumptions and observed performance (Remaining BL, current compliance, CP queue compliance cushion in days, remining cases/days to work). Adjust plan as needed or directed by the NRC FO. Also, review current posture and progress for minimum staffing revisions if needed over November holiday period.
  - Continue assigning in compliance case to all CP.
  - Flexing of SP1 and SP2 to MRC to work backlogged over 750-page cases. Flex dictated by active compliance cushion in CP queue.
- Week 4: (11/17-11/21): Review progress and adjust plan as needed or directed by the NRC FO. Final review of current posture and progress for minimum staffing revisions if needed over November holiday period.
  - Continue assigning in compliance case to all CP.
  - Flexing of SP1 and SP2 to MRC to work backlogged over 750-page cases. Flex dictated by active compliance cushion in CP queue.
- Week 5: (11/14-11/28) Week of Thanksgiving Holiday. Forecasting that we will need to maintain a minimum daily production of 700 cases processed and 700 cases created to not lose ground during this week with only 4 business days.
  - Continue assigning in compliance case to all CP.
  - Assign BL3 declaration new case work based on program need.
- Week 6: (12/1- 12/5) Check point with FO on plan assumptions and observed performance (Remaining BL, current compliance, CP queue compliance cushion in days, remining cases/days to work). Adjust plan as needed or directed by the NRC FO
  - **Focal Point: All remaining backlog cases will be assigned to SP1 and SP2 to close out this week**. Depending on compliance cushion and need may flex a section of regular CP as well.
  - Continue assigning in compliance case to all non-SP group CPs.
  - 12/5 a.m.: Identify all remaining backlog cases and current of CP queue compliance cushion. Notify the NRC FO of disposition with current declaration compliance numbers and plans to work any remaining backlog cases in OVT and through next week.
- ==Week 7: (12/8- 12/12) Final push week.==
  - 12/8: Identification of all remaining backlog cases and current of CP queue compliance cushion. Notify the NRC FO of both with current declaration compliance numbers

12/15 Backlog Reduction Plan

To ⊞ FOIA Records Release Leadership

⊙ ↶ Reply  ↶ Reply All  → Forward

This message was sent with High importance.
Fri 10/31/2025 10:44 A

- o Continue assigning in compliance case to all CP.
- o Flexing of SP1 and SP2 to MRC to work backlogged over 750-page cases. Flex dictated by active compliance cushion in CP queue.
- Week 5: (11/14-11/28) Week of Thanksgiving Holiday. Forecasting that we will need to maintain a minimum daily production of 700 cases processed and 700 cases created to not lose ground during this week with only 4 business days.
    - o Continue assigning in compliance case to all CP.
    - o Assign BL3 declaration new case work based on program need.
- Week 6: (12/1- 12/5) Check point with FO on plan assumptions and observed performance (Remaining BL, current compliance, CP queue compliance cushion in days, remining cases/days to work). Adjust plan as needed or directed by the NRC FO
    - o **Focal Point: All remaining backlog cases will be assigned to SP1 and SP2 to close out this week.** Depending on compliance cushion and need may flex a section of regular CP as well.
    - o Continue assigning in compliance case to all non-SP group CPs.
    - o 12/5 a.m.: Identify all remaining backlog cases and current of CP queue compliance cushion. Notify the NRC FO of disposition with current declaration compliance numbers and plans to work any remaining backlog cases in OVT and through next week.
- Week 7: (12/8- 12/12) Final push week.
    - o 12/8: Identification of all remaining backlog cases and current of CP queue compliance cushion. Notify the NRC FO of both with current declaration compliance numbers.
    - o Expect one or both SAF teams to be available to assist processing.
    - o Assign work to all CPs team based on operational need, backlog clear out or compliance sustainment if the backlog is cleared or close to being clear.
- Final Weekend Push:
    - o Maximize overtime participation for CP.
    - o Maximize supervisory overtime participation for approving and/or CP
    - o Clear expectation that unless we have already reduced the backlog to zero and have a compliance over 94% that all FOIA leaders will be working this final weekend to ensure success

///////////////////////////////////////////////Current Status Checkpoint /////////////////////////////////////////////////////

Where are we currently at in relation to our targeted production for a successful 12/15 declaration? We need to average 1,379 cases processed each business day to have a successful declaration, the last three days have been under 1,300. Right now, we need more cases processed daily then we have been getting to stay on a successful trajectory. More work completed on weekends (over 280 each weekend/holiday) has the potential to shift the daily business day production need.

| | |
|---|---|
| TARGET PRODUCTION | 55,000 |
| PRODUCTION TO DATE | 10,533 |
| REMAINING WORK | 44,467 |
| PERCENTAGE COMPLETE | 19.15% |
| DAILY BUSINESS DAY PRODUCTION REQUIRED | 1,379 |
| BUSINESS DAYS LEFT (COUNTING TODAY) | 29 |

Current Compliance: 99.87%

U.S. Citizenship and Immigration Services/IRIS
National Records Center/ FOIA Records Release Branch

70