Exhibit 15

To ⊞ FOIA Records Release Leadership    ☺ ↩ Reply ↩↩ Reply All → Forward
FOIA | REF - Guidance | Exec - ACD
Tue 11/4/2025 3:51 PM
ⓘ This message was sent with High importance.

📄 Updated FC Letter.docx (43 KB)    📄 Updated NA letter.docx (148 KB)    📄 Updated TD Letter.docx (185 KB)

Good afternoon,

We have reviewed and updated the FC, NA, and TD FAL inserts. The inserts highlighted in yellow are new or modified, while the ones that are crossed out have been deleted. Attached, you will find the letters containing the updated language for each insert.

Please review the changes and share any feedback or questions with me by close of business (COB) tomorrow. Unless additional changes are identified, I will send these updates to FBIS by COB tomorrow for uploading into FIRST. The planned go-live date in FIRST is next Monday, November 10, 2025.

Let me know if you need clarification or have concerns.

### FC Letter
Missing Subject of Record Name
Missing Subject of Record DOB
Missing Subject of Record Address
Missing Subject of Record COB
Missing Parent/Guardian Name (for minor/incapacitated)
Missing Parent/Guardian DOB (for minor/incapacitated)
Missing Parent/Guardian Address (for minor/incapacitated)
Missing Parent/Guardian COB (for minor/incapacitated)
Missing Proof of Parentage/Guardianship Documents
Blank/Non-Compliant Description of Records
Untranslated/Illegible Documents
Missing/Non-Compliant Subject of Record Signature
Missing/Non-Compliant Parent/Guardian Signature
==Multiple Versions of VOI Provided==
==Deceased Requestor==
~~Missing Proof of Death~~ * We removed the "Missing Proof of Death" insert from the FC Letter and moved it to the TD Letter.

### NA Letter
U.S. Born Citizen
A-number Only
Certified Copies
G-325R
Questions on Agency Operations
==Requests for Status of a FOIA Request==

To ⊞ FOIA Records Release Leadership

Reply | Reply All | Forward

Tue 11/4/2025 3:51 PM

FOIA | REF - Guidance | Exec - ACD

ⓘ This message was sent with High importance.

📄 Updated FC Letter.docx  43 KB
📄 Updated NA letter.docx  148 KB
📄 Updated TD Letter.docx  185 KB

Missing Parent/Guardian Name (for minor/incapacitated)
Missing Parent/Guardian DOB (for minor/incapacitated)
Missing Parent/Guardian Address (for minor/incapacitated)
Missing Parent/Guardian COB (for minor/incapacitated)
Missing Proof of Parentage/Guardianship Documents
Blank/Non-Compliant Description of Records
Untranslated/Illegible Documents
Missing/Non-Compliant Subject of Record Signature
Missing/Non-Compliant Parent/Guardian Signature
==Multiple Versions of VOI Provided==
==Deceased Requestor==
~~Missing Proof of Death~~* We removed the "Missing Proof of Death" insert from the FC Letter and moved it to the TD Letter.

**NA Letter**
U.S. Born Citizen
A-number Only
Certified Copies
G-325R
Questions on Agency Operations
==Requests for Status of a FOIA Request==
==Requests to Amend FOIA Request==
==Questions on Pending Applications for Immigration Benefits== ~~(Questions on Pending Applications)~~
Request for Return of Original Documents
Request for Certificate of Non-Existence
~~Request for Verification of Immigration Records~~ (Removed)
Appeals
==Requests for Non-USCIS Records== ~~(Other)~~
NARA Referral – Kansas City
NARA Referral – San Francisco

**TD Letter**
~~Alien Number Does Not Match Your Records~~ (Removed)
~~Alien Number Does Not Belong to Client~~ (Removed)
==Missing Consent==
~~Missing Consent and VOI~~ (Removed)
~~Missing Consent Parents~~ (Removed)
~~Missing Consent Guardians~~ (Removed)
==Missing Proof of Death== ~~(Missing Consent Deceased)~~
Public Interest Does Not Outweigh Privacy Interest (Media)  ~~(Missing Consent Public Interest)~~
~~Receipt is Consolidated~~ (Removed)
Insufficient Power of Attorney ~~(Vague Power of Attorney)~~

NRC2025XXXX
Page 1

# DRAFT

September 25, 2025

**Control Number:**
Dear XXX:

We received your request for information relating to XXX on September 16, 2025.

The Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifies certain requirements for an access request. One of these requirements is that the request must be made in accordance with the agency's published FOIA regulations. The procedures for requesting access to Department of Homeland Security (DHS) records are set forth in DHS regulations at Title 6 C.F.R. § 5.3 Requirements for making requests. The requirements of filing a FOIA or PA request are also available on our website at https://www.uscis.gov/records/request-records-through-the-freedom-of-information-act-or-privacy-act.

Because the records you seek are those of a personal nature, DHS' regulations require you to provide verification of identity of the subject of record, along with adequate supporting documentation, before a disclosure of information can be made. Verification of identity consists of the subject of record's full name, current address, and date and country of birth. Additionally, the subject of record must sign the written statement and the signature must either be notarized or signed under penalty of perjury.

We are administratively closing your request due to failure to comply with these requirements.

**Missing Subject of Record Name**

You did not provide complete verification of identity information since the subject of record's name was not provided.

**Missing Subject of Record DOB**

You did not provide complete verification of identity information since the subject of record's date of birth was not provided.

**Missing Subject of Record Address**

You did not provide complete verification of identity information since the subject of record's current physical address was not provided.

**Missing Subject of Record COB**

You did not provide complete verification of identity information since the subject of record's country of birth was not provided.

**Missing Parent/Guardian Name (for minor/incapacitated)**

You indicated that you are a parent/guardian of the subject of record but did not provide your complete verification of identity information since your name was not provided.

You did not provide complete verification of identity information since the subject of record's country of birth was not provided.

### Missing Parent/Guardian Name (for minor/incapacitated)
You indicated that you are a parent/guardian of the subject of record but did not provide your complete verification of identity information since your name was not provided.

### Missing Parent/Guardian DOB (for minor/incapacitated)
You indicated that you are a parent/guardian of the subject of record but did not provide your complete verification of identity information since your date of birth was not provided.

### Missing Parent/Guardian Address (for minor/incapacitated)
You indicated that you are a parent/guardian of the subject of record but did not provide your complete verification of identity information since your current physical address was not provided.

### Missing Parent/Guardian COB (for minor/incapacitated)

---

NRC2025XXXX
Page 2

You indicated that you are a parent/guardian of the subject of record but did not provide your complete verification of identity information since your country of birth was not provided.

### Missing Proof of Parentage/Guardianship Documents
You indicated that you are a parent/guardian of the subject of record, but you failed to verify relationship by providing a copy of the subject of record's birth certificate showing parentage or court order establishing guardianship.

### Blank/Non-Compliant Description of Records
You did not describe the records sought in enough detail to enable us to locate them with a reasonable amount of effort.

### Untranslated/Illegible Documents
Some or all of the required information that you submitted was:
- Illegible or
- In a foreign language and not accompanied by a certified English translation. The translator must certify that he or she is competent to translate the foreign language into English, and the translation is complete and accurate.

### Missing/Non-Compliant Subject of Record Signature
The subject of record's signature is unacceptable for one of the following reasons:

NRC2025XXXX
Page 2

DRAFT

You indicated that you are a parent/guardian of the subject of record but did not provide your complete verification of identity information since your country of birth was not provided.

## Missing Proof of Parentage/Guardianship Documents

You indicated that you are a parent/guardian of the subject of record, but you failed to verify relationship by providing a copy of the subject of record's birth certificate showing parentage or court order establishing guardianship.

## Blank/Non-Compliant Description of Records

You did not describe the records sought in enough detail to enable us to locate them with a reasonable amount of effort.

## Untranslated/Illegible Documents

Some or all of the required information that you submitted was:

- Illegible or
- In a foreign language and not accompanied by a certified English translation. The translator must certify that he or she is competent to translate the foreign language into English, and the translation is complete and accurate.

## Missing/Non-Compliant Subject of Record Signature

The subject of record's signature is unacceptable for one of the following reasons:

- The subject of record did not sign the request.
- The signature provided was not an acceptable digital signature.
- The signature provided did not match our records.
- The signature was not properly attested (notarized or signed under the penalty of perjury).

## Missing/Non-Compliant Parent/Guardian Signature

You indicated that you are a parent/guardian of the subject of record, but your signature is unacceptable for one of the following reasons:

- You did not sign the request.
- The signature provided was not an acceptable digital signature.
- The signature was not properly attested (notarized or signed under the penalty of perjury).

## Multiple Versions of VOI Provided

You provided multiple versions of required identity information (name, date of birth, country of birth, address) in your request and supporting documentation, so USCIS was unable to verify your identity.

## Deceased Requestor

You submitted a request containing proof of death and listed the deceased person as the requestor.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal electronically to USCIS through your online portal by selecting Appeal in the Actions drop down window. You may also file an administrative FOIA appeal to USCIS at: USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite