Exhibit 44

**From:** ███████████████ @uscis.dhs.gov>
**Sent:** Friday, November 14, 2025 7:34 AM
**To:** ███████████████ @uscis.dhs.gov>; ███████████████ @uscis.dhs.gov>
**Subject:** FW: Track Change Demo

This enhancement has moved up from post declaration to Monday evening.

**From:** ███████████████ @uscis.dhs.gov>
**Sent:** Friday, November 14, 2025 5:02 AM
**To:** ███████████████ @uscis.dhs.gov>; ███████████████ @uscis.dhs.gov>; ███████████████ @uscis.dhs.gov>; ███████████████ @uscis.dhs.gov>
**Cc:** ███████████████ @uscis.dhs.gov>; ███████████████ @uscis.dhs.gov>
**Subject:** RE: Track Change Demo

Does this help?

███████████████
OSB | NRC
IRIS | USCIS
Phone: ███████████████

**From:** ███████████████ @uscis.dhs.gov>
**Sent:** Thursday, November 13, 2025 3:07 PM
**To:** ███████████████ @uscis.dhs.gov>; ███████████████ @uscis.dhs.gov>; ███████████████ @uscis.dhs.gov>; ███████████████ @uscis.dhs.gov>
**Cc:** ███████████████ @uscis.dhs.gov>; ███████████████ @uscis.dhs.gov>; ███████████████ @uscis.dhs.gov>
**Subject:** RE: Track Change Demo

Can someone send me concise summary of what the exact changes to FIRST with this enhancement? From a user perspective and not a technical one.

Like (just an example)
- SDO Office created which will be the Office for current structure NRC Track 1
- Request will all come into the NRC Office as Track 2 and the case creator through selection will change track and move created cases to the appropriate office.
- Track 3 will be in all three offices base don selection made at CC

**From:** ███████████████ @uscis.dhs.gov>
**Sent:** Thursday, November 13, 2025 12:42 PM
**To:** ███████████████ @uscis.dhs.gov>; ███████████████ @uscis.dhs.gov>; ███████████████ @uscis.dhs.gov>

**From:** [redacted]@uscis.dhs.gov>
**Sent:** Thursday, November 1[redacted] 2025 12:42 PM
**To:** [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>
**Subject:** RE: Track Change Demo

Thank you for your patience as we walked through a brief demo today of the updates to the Track assignments. Attached is the overview of the step-by-step process for the changes and below are some open questions as well as the summary of changes.

1. Can supervisors still edit the track manually from the Locate tab as they could from the Request tab/edit mode?
    a. **No, a case would need to be send to Admin** where the System Administrators can make the change. However, changing the answers at any point in CCA will update the logic.
2. Are the documents requested on the Front Porch brought into the 'Requested Documents' section on the Locate tab?
    a. **Specific documents requested on the Front Porch will populate**, but if the case creator toggles between the Y/N radio buttons for the 'full A-file' question, that will wipe out the original submissions.
3. The 'related'/'supporting' document checkboxes are related to staffing logic. We will discuss with the dev team about hiding these from CC view.
4. We will pass the request to update the info box verbiage from 'change' to 'remain' when the 'no' radio button is selected for cases staying in Track 2.

## Current State

### Track Assignments for A-file Processing

| Track | AKA | Description | Statutory Timeframe | Current FIRST Indicators | Future FIRST Indicators |
|---|---|---|---|---|---|
| Track 1 | Simple track | Request is for one specific document* OR an A-number, and the record is physically located at the NRC or available electronically | 20 business days | Track 1 + SMP office | Track 1 |
| Track 2 | Complex track | Request is for one specific document*, and the record is not located at the NRC nor available electronically, OR the request is for more than one document, OR the request is for a full A-file | 20 + 10 business days for unusual circumstances | Track 1 + NRC office<br>Track 2 + NRC office | Track 2 |
| Track 3 | Accelerated track | Request pertains to a subject who is in removal proceedings and has a future hearing date | 20 + 10 business days for unusual circumstances | Track 3 + NRC office | Track 3 |

Respectfully,

[redacted]
USCIS/IRIS/NRC

-----Original Appointment-----
**From:** [redacted]@uscis.dhs.gov
**Sent:** Wednesday, November 12, 2025 11:14 AM

253