UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 3, 2026 | **Time:** 12 minutes<br>2:04 p.m. to 2:16 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-03512-WHO | **Case Name:** Nightingale v. U.S. Citizenship and Immigration Services | |

**Attorneys for Plaintiff:** Mary A. Kenney, Matthew H. Adams, Raul A. Pinto, Stacy E. Tolchin, and Trina Ann Realmuto

**Attorneys for Defendant:** Cristen C. Handley

**Deputy Clerk:** Jean Davis         **Court Reporter:** Beth Krupa

## PROCEEDINGS

Case Management Conference conducted via videoconference. The parties have worked well and collaboratively with respect to the filing of exhibits from the Whistleblower's complaint. They are beginning to address the substantive issues. By the next CMC, the Court expects that all issues will have been discussed in detail and will consider next steps regarding any disputes.

**Further Case Management Conference set for April 21, 2026 at 2:00 p.m. Joint Statement is due April 14, 2026.** The next compliance report is due in March 2026.