UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,

    Plaintiffs,

    v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,

    Defendants.

No. 3:19-cv-03512-WHO

[Proposed] Order Granting Defendants' Consent Administrative Motion to Seal Pursuant to Local Rule 79-5

The Court, having considered Defendants' Consent Administrative Motion to Seal Pursuant to Local Rule 79-5, hereby GRANTS the motion and ORDERS the sealing of the unredacted versions of the seven exhibits identified in Defendants' motion and supporting agency declaration. Those exhibits are as follows:

| Exhibit | Sealing Granted/Denied |
|---|---|
| Exhibit 3 | Granted |
| Exhibit 7 | Granted |
| Exhibit 13 | Granted |
| Exhibit 23 | Granted |
| Exhibit 29 | Granted |
| Exhibit 30 | Granted |
| Exhibit 40 | Granted |

The redacted versions of these seven exhibits will remain on the public docket.

IT IS SO ORDERED.

This ___ day of _____, 2026

_____
William H. Orrick
United States District Judge