Exhibit 3

Sent: Tuesday, May 27, 2025 10:36 AM
To: 
Subject: FW:

From: 
Sent: Tuesday, May 27, 2025 10:34 AM
To: ████████@uscis.dhs.gov>

Please keep them coming...

From: ████████@uscis.dhs.gov>
Sent: Tuesday, May 27, 2025 10:27 AM
To: 
Subject: 

Here's a way to close 99% of FOIA requests as a Failure to Comply
6 CFR 5.21(e)
**Verification of identity.** When an individual makes a request for access to their own records, their identity must be verified. The individual must provide their full name, current address, date and place of birth, **and country of citizenship or residency**. The individual must sign the request and provide a signature that must either be notarized or submitted by the requester under 28 U.S.C. 1746, a law that permits statements to be made under penalty of perjury, as a substitute for notarization. An individual may obtain more information about this process at http://www.dhs.gov/foia or 1-866-431-0486. In order to help the identification and location of requested records, an individual may also voluntarily include other identifying information that are relevant to the request (e.g., passport number, Alien Registration Number (A-Number)).

Thanks

Immigration Records and Identity Services
National Records Center, FOIA
████████@uscis.dhs.gov

12

USCIS / IRIS
National Records Center

From: ▮▮▮▮▮▮▮ <▮▮▮▮▮▮@uscis.dhs.gov>
Sent: Tuesday, May 27, 2025 2:47 PM
To: ▮▮▮▮▮▮▮ <▮▮▮▮▮▮@uscis.dhs.gov>; ▮▮▮▮▮▮▮ <▮▮▮▮▮▮@uscis.dhs.gov>
Subject: ▮▮▮▮▮▮▮

From: ▮▮▮▮▮▮▮ <▮▮▮▮▮▮@uscis.dhs.gov>
Sent: Tuesday, May 27, 2025 12:43 PM
To: ▮▮▮▮▮▮▮ <▮▮▮▮▮▮@uscis.dhs.gov>; ▮▮▮▮▮▮▮ <▮▮▮▮▮▮@uscis.dhs.gov>
Subject: FW: ▮▮▮▮▮▮▮

Director, National Records Center
Immigration Records and Identity Services Directorate
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

From: ▮▮▮▮▮▮▮ <▮▮▮▮▮▮@uscis.dhs.gov>
Sent: Tuesday, May 27, 2025 10:36 AM
To: ▮▮▮▮▮▮▮ <▮▮▮▮▮▮@uscis.dhs.gov>; ▮▮▮▮▮▮▮ <▮▮▮▮▮▮@uscis.dhs.gov>
Subject: FW: ▮▮▮▮▮▮▮

Director, National Records Center
Immigration Records and Identity Services Directorate
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

---

**From:** ████████ @uscis.dhs.gov>
**Sent:** Wednesday, June 4, 2025 8:29:09 AM
**To:** ████████ @uscis.dhs.gov>
**Cc:** ████████ @uscis.dhs.gov>; ████████ @uscis.dhs.gov>; ████████ @uscis.dhs.gov>; ████████ @uscis.dhs.gov>; ████████ uscis.dhs.gov>; ████████ @uscis.dhs.gov>
**Subject:** RE: ████████

████████

Thanks,

████████
USCIS / IRIS
National Records Center

████████

**From:** ████████ @uscis.dhs.gov>
**Sent:** Tuesday, May 27, 2025 2:47 PM
**To:** ████████ @uscis.dhs.gov>; ████████ @uscis.dhs.gov>
**Subject:** RE: ████████

Retention Policy USCIS-Default-Retention-Policy (Never) Wed 6/4/2025

Start your reply all with: Got it, thanks! Thanks for forwarding. Thanks for sharing. Feedback Expires Never

Thanks.

USCIS / IRIS
National Records Center

From: [redacted]@uscis.dhs.gov>
Sent: Wednesday, June 4, 2025 8:35 AM
To: [redacted]@uscis.dhs.gov>
Cc: [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>; [redacted]@uscis.dhs.gov>
Subject: [redacted]

Director, National Records Center
Immigration Records and Identity Services Directorate
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security