Exhibit 7

> You forwarded this message on 10/1/2025 1:19 PM.

**Sent:** Tuesday, September 23, 2025 10:39 AM
**To:** ▓▓▓▓▓▓ @uscis.dhs.gov>
**Cc:** ▓▓▓▓▓▓ @uscis.dhs.gov>; ▓▓▓▓▓▓ @uscis.dhs.gov>
**Subject:** RE: ▓▓ Guidance question

▓▓▓▓▓▓ happy to discuss when you have the chance.

▓▓▓▓▓▓

USCIS / IRIS
National Records Center

▓▓▓▓▓▓

---

**From:** ▓▓▓▓▓▓ @uscis.dhs.gov>
**Sent:** Tuesday, September 23, 2025 7:15 AM
**To:** ▓▓▓▓▓▓ @uscis.dhs.gov>
**Subject:** FW: ▓▓ Guidance question

Hi ▓▓,

Hope all is well ▓▓▓▓▓▓

Respectfully,

▓▓▓▓▓▓
National Records Center
Immigration Records and Identity Services
U.S. Citizenship and Immigration Services

---

**From:** ▓▓▓▓▓▓ @uscis.dhs.gov>
**Sent:** Friday, September 19, 2025 12:32 PM
**To:** ▓▓▓▓▓▓ @uscis.dhs.gov>
**Subject:** RE: ▓▓ Guidance question

Hi ▓▓,

▓▓ sent the below email out. Let me visit with him on Monday and I will get your questions answered.

Thank you,

▓▓▓▓▓▓

---

**From:** ▓▓▓▓▓▓ @uscis.dhs.gov>
**Sent:** Friday, September 19, 2025 7:38 AM
**To:** ▓▓▓▓▓▓ @uscis.dhs.gov>
**Subject:** ▓▓ Guidance question

**From:** ███
**Sent:** Tuesday, September 23, 2025 4:47 PM
**To:** ███@uscis.dhs.gov>
**Cc:** ███@uscis.dhs.gov>; ███@uscis.dhs.gov>
**Subject:** RE: ███ Guidance question

Thank ███

███ from the FAQs:

Are minor misspellings of name, flipped FN/LN, flipped FN/MN, middle name doesn't match abbreviations (Ma. for Maria) accepted for the subject of record and parents?
Answer: The only name related exceptions are:
- Hyphens (e.g., Smith-Jones vs. Smith Jones)
- De in last name (e.g., Hernandez vs. De Hernandez)
- Spaces in names (e.g., Xiuncheng vs. Xiun Cheng)

Abbreviated names, such as Ma. For Maria, are not an authorized exception.

Respectfully,

███
National Records Center
Immigration Records and Identity Services
U.S. Citizenship and Immigration Services

**From:** ███@uscis.dhs.gov>
**Sent:** Tuesday, September 23, 2025 10:39 AM
**To:** ███@uscis.dhs.gov>
**Cc:** ███@uscis.dhs.gov>; ███@uscis.dhs.gov>
**Subject:** RE: ███ Guidance question

███ happy to discuss when you have the chance.

███
USCIS AIRIS
National Records Center

From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ @uscis.dhs.gov>
Sent: Friday, September 19, 2025 7:38 AM
To: ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ @uscis.dhs.gov>
Subject: ▓▓ Guidance question

Hi ▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Verification of identity.** When an individual makes a request for access to their own records, their identity must be verified. The individual must provide their full name, current address, date and ==place of birth==, and ==country of citizenship or residency==. The individual must sign the request and provide a signature that must either be notarized or submitted by the requester under 28 U.S.C. 1746, a law that permits statements to be made under penalty of perjury, as a substitute for notarization. An individual may obtain more information about this process at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Respectfully,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

National Records Center
Immigration Records and Identity Services
U.S. Citizenship and Immigration Services

---

From: USCISFOIAOfficer ▓▓▓▓▓▓▓▓▓▓▓▓ @uscis.dhs.gov>
Sent: Tuesday, September 16, 2025 10:59 AM
To: FOIA Records Release Policy Updates ▓▓▓▓▓▓▓▓▓ @uscis.dhs.gov>
Cc: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ @uscis.dhs.gov>; ▓▓▓▓▓▓▓▓▓▓▓▓ @uscis.dhs.gov>; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ @uscis.dhs.gov>
Subject: FOIA Guidance Change - Requirements for Acceptable VOI

Effective immediately, the following VOI requirements are revised:

**Required VOI items:**
- Date of birth. Requestors must provide the SOR's complete DOB in mm/dd/yyyy format. Requests with partial/unknown SOR DOB will be closed FC.
- Country of birth. Requestors must provide the SOR's country of birth. Requests that only provide other location information (e.g. city, province, etc.) or state that the SOR's COB is unknown will be closed FC.
- Physical address. Requestors must provide the SOR's physical address (even in digital requests). Requests that do not provide the SOR's physical address will be closed FC. A representative's address, such as an attorney, is insufficient to verify the SOR's identity.

**Optional information:**
- A-number/ parent's names. While requestors are not required to provide the SOR's A-number or parents' names, if it is provided and does not match SOR information, close NR.

These changes will be incorporated into our current procedural guidance. If you have any questions regarding these changes, please contact your supervisor.

From: ███████@uscis.dhs.gov>
Sent: Sunday, September 28, 2025 2:02 PM
To: ███████@uscis.dhs.gov>
Subject: ███

Hi ███

███

Respectfully,

███

Immigration Records and Identity Services
U.S. Citizenship and Immigration Services

From: ███
Sent: Tuesday, September 23, 2025 4:47 PM
To: ███████@uscis.dhs.gov>
Cc: ███████@uscis.dhs.gov>; ███████@uscis.dhs.gov>
Subject: RE: ███ Guidance question

Thanks ███

███ from the FAQs:

Are minor misspellings of name, flipped FN/LN, flipped FN/MN, middle name doesn't match, abbreviations (Ma. for Maria) accepted for the subject of record and parents?
Answer: The only name related exceptions are:
- Hyphens (e.g., Smith-Jones vs. Smith Jones)
- De in last name (e.g., Hernandez vs. De Hernandez)
- Spaces in names (e.g., Xiuncheng vs. Xiun Cheng)

Abbreviated names, such as Ma. For Maria, are not an authorized exception.

32

Wed 10/1/2025 1:19 PM

- Me | FOIA | REF - Guidance

ⓘ You forwarded this message on 10/1/2025 1:19 PM.

Good afternoon [redacted]

[redacted]

National Records Center
Immigration Records and Identity Services
U.S. Citizenship and Immigration Services

From: [redacted]@uscis.dhs.gov>
Sent: Wednesday, October 1, 2025 12:44 PM
To: [redacted]@uscis.dhs.gov>
Subject: RE:

[redacted]

Attorney, Commercial and Administrative Law Division
Office of Chief Counsel
U.S. Citizenship and Immigration Services
Department of Homeland Security

*** Warning *** Attorney/Client Privilege *** Attorney Work Product ***

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. Please consult with the Department of Homeland Security, United States Citizenship and Immigration Services, Office of Chief Counsel before disclosing any information contained in this email. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.

***DO NOT PLACE THIS EMAIL IN AN A-FILE OR T-FILE WITHOUT USCIS COUNSEL PERMISSION***

From: [redacted]@uscis.dhs.gov>
Sent: Sunday, September 28, 2025 2:02 PM
To: [redacted]@uscis.dhs.gov>

RE[REDACTED]

To: [REDACTED]

Thu 10/2/2025 2:45 PM

Retention Policy: USCIS-Default-Retention-Policy (Never) — Expires: Never

Thank you for your guidance. I understand that I am to (1) deliver training consistent with the current [REDACTED] and (2) disengage from further discussions with OCC on this topic. I will proceed accordingly. If any part of this is inaccurate, please reply with edits.

Respectfully,

[REDACTED]
National Records Center
Immigration Records and Identity Services
U.S. Citizenship and Immigration Services

From: [REDACTED]@uscis.dhs.gov>
Sent: Thursday, October 2, 2025 2:39 PM
To: [REDACTED]@uscis.dhs.gov>
Subject: FW: [REDACTED]

[REDACTED]

I've thought a little more and spoken with [REDACTED]/FOIA about this issue and at this point, I would like to interject with supervisory direction on the following. While I understand your concern and appreciate your passion, ultimately you are not in a policy setting role and you must follow the guidance (and train to the guidance) as described from the USCIS FOIA Officer email. I request at this point for you to disengage with OCC and defer to the local NRC office. As the director has said before, OCC does not give us instructions, and while the FOIA Officer role is his guiding policy advisor, ultimately, he assesses and assumes any risk OCC would signal. The bottom line that [REDACTED] described below on 9/23 remains the case. OCC/[REDACTED] and FOIA [REDACTED] committed this morning to further engaging on topic, however you will not be involved in the discussion. The information and perspective you provided has been received by both parties. But at this point, do not continue conversations with OCC.

Thank you,

[REDACTED]
USCIS | Immigration Records and Identity Services
National Records Center | Operations Support Branch

FW: [redacted]

I've thought a little more and spoken with [redacted]/FOIA about this issue and at this point, I would like to interject with supervisory direction on the following. While I understand your concern and appreciate your passion, ultimately you are not in a policy setting role and you must follow the guidance (and train to the guidance) as described from the USCIS FOIA Officer email. I request at this point for you to disengage with OCC and defer to the local NRC office. As the director has said before, OCC does not give us instructions, and while the FOIA Officer role is his guiding policy advisor, ultimately, he assesses and assumes any risk OCC would signal. The bottom line that [redacted] described below on 9/23 remains the case. OCC/[redacted] and FOIA/[redacted] committed this morning to further engaging on topic, however you will not be involved in the discussion. The information and perspective you provided has been received by both parties. But at this point, do not continue conversations with OCC.

Thank you,

[redacted]

USCIS | Immigration Records and Identity Services
National Records Center | Operations Support Branch
[redacted]

From: [redacted] @uscis.dhs.gov>
Sent: Tuesday, September 30, 2025 12:29 PM
To: [redacted] @uscis.dhs.gov>
Subject: FW: [redacted]

FYSA

Respectfully,

[redacted]

National Records Center
Immigration Records and Identity Services
U.S. Citizenship and Immigration Services

From: [redacted] @uscis.dhs.gov>
Sent: Tuesday, September 30, 2025 11:21 AM
To: [redacted] @uscis.dhs.gov>
Subject: RE: [redacted]

35