REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

Exhibit 13

**From:** ████████████████ @uscis.dhs.gov>
**Sent:** Thursday, October 30, 2025 2:30 PM
**To:** ████████████████ @uscis.dhs.gov>; ████████████████ @uscis.dhs.gov>; ████████████████ @uscis.dhs.gov>
**Cc:** ████████████████ @uscis.dhs.gov>; ████████████████ @uscis.dhs.gov>; ████████████████ @uscis.dhs.gov>; ████████████████ @uscis.dhs.gov>; ████████████████ @uscis.dhs.gov>; ████████████████ @uscis.dhs.gov>; ██████
**Subject:** FY26 goals read-ahead

ACDs,

Sharing with you all the current language and level of visibility for the FY 26 strategic goals your teams assembled and submitted for consideration.  Please take a moment to review and send over any questions or concerns you may have – targeting a distribution of ████████ to the full NRC team.  The parenthetical note on several of these is for internal tracking and will be removed on the version distributed to the floor.  Thanks for your help and understanding through all the back and forth.

████

# Directorate level - IRIS goals

What are we doing...

    Why it is important...

        *How will we measure....(benchmark)*

Point

## Division level - NRC goals

What are we doing...

 Why it is important...

  How will we measure...(benchmark)

Point

## Branch level goals

What are we doing...

 Why it is important...

  How will we measure...(benchmark)

Point

to reduce or eliminate manual workloads

What are we doing...

Why it is important...

How will we measure...(benchmark)

Point