Exhibit 23

# RE: Request for Supervisory Guidance

Reply | Reply All | Forward
Wed 11/19/2025 12:15 PM

Good afternoon,

Now that the FOIA Officer's guidance has been issued, I'd like to circle back to my November 17, 2025 email

The CFR states that:

> "In order to help the identification and location of requested records, an individual may also voluntarily include other identifying information that are relevant to the request (e.g., passport number, Alien Registration Number (A-Number))."

FIRST Privacy Impact Assessment (PIA):

> "The only mandatory information for identity verification purposes is the subject of record's name, current address, date of birth, and place of birth. Any additional information provided, such as phone number, fax number, vital certificate (e.g., birth, death, and/or marriage), email address, or A-Number, is used to help the FOIA Operations Division identify and locate records more expeditiously."

The current G-639 states:

> "The more information you provide about the subject of record, the better USCIS can identify the records you are requesting."



FW: 
Outlook item

Me

Reply | Reply All | Forward
Wed 11/19/2025 12:15 PM

National Records Center
Immigration Records and Identity Services
U.S. Citizenship and Immigration Services

From: ████████████@uscis.dhs.gov>
Sent: Monday, November 17, 2025 3:03 PM
To: ████████████@uscis.dhs.gov>
Subject: RE: Request for Supervisory Guidance

Good afternoon,

I heard earlier today to expect an update to the FOIA Officer guidance on ███ soon/next couple days, NLT end of the week. I'd like to propose we see what that looks like before re-engaging on the topic in full. In short/until then, I will clearly say no, you do not have to provide feedback on the PowerPoint presentation, and the USCIS FOIA Officer guidance ███ remains in effect for all NRC personnel performing FOIA case work as he is the policy advising authority for NRC FOIA program.

Thanks,