Exhibit 29

Good afternoon,

I heard earlier today to expect an update to the FOIA Officer guidance on ▮ soon/next couple days, NLT end of the week. I'd like to propose we see what that looks like before re-engaging on the topic in full. In short/until then, I will clearly say no, you do not have to provide ▮ feedback on the PowerPoint presentation, and the USCIS FOIA Officer guidance on ▮ remains in effect for all NRC personnel performing FOIA case work as he is the policy advising authority for NRC FOIA program.

Thanks,

▮

USCIS | Immigration Records and Identity Services
National Records Center | Operations Support Branch

---

From: ▮ @uscis.dhs.gov>
Sent: Monday, November 17, 2025 10:11 AM
To: ▮ @uscis.dhs.gov>
Subject: Request for Supervisory Guidance

Good morning,