**REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED**

Exhibit 30

To ▪ ███

Exec – ACD

📎 QUAD 111825.pdf
   146 KB

**Reminders/updates -** ███
1. ███
2. Non-updates: still awaiting guidance on performance ratings, awards, future plans, etc. more to come.

**End of year stuff -** ███
1. Use lose deadlines = 11/29 deadline for use/lose to be approved for it to be eligible to be restored. Make sure talking with OSB if have questions/concerns.
2. Holiday season – reminders on weather and safety leave, it is an option for the agency is willing to entertain. ███ and OSB team will be coming out with email reminder what it looks like with potential weather. Both targeted for those reporting to LS office, but holds true for those reporting to other offices w/ weather. We expect to exercise some version of liberal leave/liberal telework. a.) can't force, but they need need episodic telework agreement (you can check here/may need to sort by approved status) b.) find where weather may impact operational feasibility, take computers home and potentially stage work to take home (IIIB) ███ message will help supervisors particularly who have up to 50 miles away to help them & protect their safety.
   a. ███ if something were to come up, those trained to FOIA CC and CP, is it an option to do that in regular time. Answer: *Maybe*, for up to a day, but not much. The preference is for IIIB to do the 'nice to have' work/backlogged stuff if there is not enough to stage for the usual 'must have' workloads
3. Reminder it's benefits open season.

**Me:** I gave the updates I previewed. only follow-up was some more discussion about SharePoint admin needs, which I'll talk later with ███ about.

Has the ███ final letter & will be issuing this week.
Front office is meeting with supervisors who are not currently supervising individuals on Thursday of this week (includes Doc D), purpose is to just check in to see how it's going.

███

USCIS | Immigration Records and Identity Services
National Records Center | Operations Support Branch