Exhibit 40

At 8:45am, I called ███████████████████ I reviewed the current status of Track 1 training and went over our MBR Biweekly spreadsheet.

