UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | No. 3:19-cv-03512-WHO<br><br>**Motion for Leave to Withdraw Appearance of Attorney Cristen C. Handley** |

Undersigned counsel, Cristen C. Handley, hereby moves to withdraw her appearance as counsel for Defendants in this matter due to an impending change in employment effective March 17, 2026. Attorney John J. Halloran, Jr., who entered his appearance in this matter on March 9, 2026, will represent Defendants in place of Ms. Handley. A Proposed Order accompanies this motion.

Dated: March 11, 2026        Respectfully submitted,

            BRETT A. SHUMATE
            Assistant Attorney General
            Civil Division

            ELIZABETH J. SHAPIRO
            Deputy Branch Director

            */s/Cristen C. Handley*
            CRISTEN C. HANDLEY, MO Bar No. 69114
            Trial Attorney
            United States Department of Justice
            Civil Division, Federal Programs Branch
            1100 L Street, NW

1

Washington, D.C. 20005
(202) 305-2677
Cristen.Handley@usdoj.gov

*Counsel for Defendants*