UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | No. 3:19-cv-03512-WHO<br><br>[~~Proposed~~] Order Granting Motion for Leave to Withdraw Appearance of Attorney Cristen C. Handley |

The Court, having considered the motion for leave to withdraw the appearance of attorney Cristen C. Handley, hereby GRANTS the motion. It is ORDERED that the appearance of Ms. Handley as counsel for Defendants in this matter is WITHDRAWN.

IT IS SO ORDERED.

This 11th day of March, 2026

_____
William H. Orrick
United States District Judge