IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>          Defendants. | No. 3:19-cv-03512-WHO<br><br>**EIGHTH DECLARATION OF M. DAVID ARNOLD** |

I, M. David Arnold, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

  1.   I currently serve as Director of the National Records Center ("NRC") for U.S Citizenship and Immigration Services ("USCIS").

  2.   I have almost 30 years of experience with the U.S. Federal Government serving USCIS as the NRC Director since August 15, 2021, preceded by more than 25 years of distinguished service with the U.S. Air Force. In my current role as NRC Director, I am responsible for leading a team of over 300 federal and 400 contract personnel at the NRC. The NRC manages and operates USCIS's Freedom of Information and Privacy Act ("FOIA/PA") Program.

  3.   I make this declaration in my official capacity based on my personal knowledge, my review of records kept in the ordinary course of business, and information provided to me in the course of my official duties.

  4.   This declaration is submitted in support of Defendants' Twenty-first Compliance Report, per this Court's December 17, 2020 Order and Judgment, ECF Nos. 89 & 90. The purpose

of this declaration is to provide the Court with an update regarding USCIS's substantial compliance with the Court's Order and Judgment. ECF Nos. 89 & 90.

## Status of Pending A-File Requests and Backlog

5. During this compliance period, USCIS has maintained a low A-File backlog and high timely completion rate. From December 15, 2025, through the end of the day on March 14, 2026, USCIS received approximately 124,812 new FOIA requests for A-Files and completed processing approximately 121,349 A-File requests.

6. USCIS has continued to ensure that requestors with the greatest need are provided responses within the statutory deadlines. Specifically, the number of cases in USCIS's backlog from requesters in Track 3—*i.e.* those who show they have a scheduled immigration proceeding—continues to remain at zero.

7. During the current reporting period:

   a. the average processing time for Track 1 cases has been approximately 7.82 business days.

   b. the average processing time for Track 2 cases has been approximately 7.25 business days.

   c. the average processing time for Track 3 cases has been approximately 4.2 business days.[1]

8. During this reporting period, USCIS completed processing approximately 108,303 of those new A-File FOIA requests, 107,559 of which were timely completed. This reflects a timely completion rate of approximately 99.35 % for the current reporting period.

---

[1] As previously noted, Track 1 consists of requests seeking very specific or very limited records; Track 2 consists of complex requests, or those that are seeking more than a few pages of documents; and Track 3 consists of requests from individuals who can demonstrate that they have an upcoming scheduled immigration hearing. *See* Declaration of Tammy M. Meckley ¶ 21, ECF No. 75-2 ("1st Meckley Decl.").

9. Of those A-File FOIA requests that remain pending as of the end of the day on March 14, 2026, there are approximately 16,508 FOIA requests for A-Files pending within the statutory period (approximately 99.99 % of pending requests). There is approximately 1 FOIA request for A-Files that remains pending beyond the statutory period (approximately .01 % of pending requests) during that same time frame. This 1 request comprises USCIS's current A-File backlog.

### Actions Taken to Address A-File FOIA Requests

10. As described in its previous compliance reports, USCIS has made significant investments by implementing both short-term and long-term measures to sustain and continuously improve its FOIA program and overcome challenges. Below is an update on USCIS's efforts:

11. USCIS continues to benefit from the previously exercised option period in its existing contract for FOIA processing. *See* Fifth Declaration of M. David Arnold ¶ 15, ECF No. 192-1 ("5th Arnold Decl."). The option period allows for the processing of A-File FOIA requests by contractors to be completed from April 1, 2025 through March 29, 2026. *Id*. USCIS also increased the number of FOIA cases to be completed via the contract to match monthly performance targets from the prior period of performance. *Id*.

12. USCIS also continues to use overtime to maximize the efforts of its existing FOIA processing staff and to benefit from the targeted training initiative in which USCIS non-FOIA and FOIA staff dedicated to non-processing roles were trained to assist the FOIA program via overtime. *See id*. at ¶ 16. As previously reported, the targeted training initiative created another pool of USCIS staff who contribute via overtime towards the timely processing of FOIA requests—typically through creating FOIA cases, initiating the search for responsive records, and reviewing and approving FOIA cases for production. *Id*.

13. In addition to its targeted training initiative, USCIS has also continued to use overtime to maximize the efforts of its FOIA processing staff. Since the last reported pay period,

beginning on November 30, 2025, up through February 21, 2026, USCIS employees have worked approximately 8,495.75 hours of overtime contributing towards the processing of A-File FOIA requests.[2]

14. In sum, USCIS has undertaken substantial efforts to sustain and improve its overall FOIA program, to include significant investments in resources, training, and technology. Due to these measures and the dedication and hard work of FOIA staff, USCIS expects to continue reporting a low A-File backlog and high compliance rate in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 16, 2026

                                                              _____
M. DAVID ARNOLD JR.
Director, National Records Center
Immigration Records and Identity Services Directorate (IRIS)
U.S. Citizenship and Immigration Services (USCIS)

---

[2] This information is made available to the FOIA program per pay period. Accordingly, this number reflects the hours attributable to overtime during each pay period following the last reported pay period in the previous compliance report and up through the most recently available pay period.