Trina Realmuto (CA SBN 201088)
Mary Kenney (DC 1044695)*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

*(Additional Counsel for Plaintiffs Listed in Signature Block)*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; and Maribel CARANDANG,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | No. 3:19-cv-03512-WHO<br><br>**Case Management Conference**<br>**Date:   April 21, 2026**<br>**Time:  2:00 p.m.**<br>**Judge William H. Orrick**<br><br>**CONSENT MOTION TO EXTEND PARTIES' DEADLINE TO FILE JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-3, Plaintiffs hereby move for a 2-day extension of the parties' deadline to file a Joint Case Management Statement, to April 16, 2026. The parties are *not* asking the Court to reschedule the April 21, 2026, Case Management Conference. Undersigned counsel for Plaintiffs has conferred with counsel for Defendants; Defendants consent to this requested extension. As explained below, good cause exists to grant this request.

In its February 3, 2026, Minute Order, the Court ordered the parties to file a further Joint Case Management Statement by April 14, 2026, and scheduled a further Case Management Conference for April 21, 2026. *See* Minute Entry, ECF 203. Since that time, on March 16, 2026, March 23, 2026, and March 27, 2026, Defendants have produced three sets of records and responses to the informal discovery requests that Plaintiffs provided to Defendants on January 22, 2026. ECF 201-1. Plaintiffs received the last set of responses and records from Defendants on March 27, 2026. Since that time, Plaintiffs have been reviewing the documents, communicating with class members, and preparing their portion of the Joint Statement all while carrying a heavy docket of litigation cases with deadlines. Plaintiffs need additional time to prepare their portion of the Statement due in part to unanticipated litigation deadlines, including an expedited appeal brief deadline due today, April 13, 2026, and to allow Defendants sufficient time to review and revise, if desired and possible, their portion of the Statement. Plaintiffs will provide their portion of the Statement to Defendants no later than April 14, 2026 (5:00 pm EDT). While Defendants consent to the schedule proposed by Plaintiffs, Defendants reserve the right to seek additional time from the Court to address the issues that may be raised by Plaintiffs and seek further informal, collaborative conferral with Plaintiffs. Granting this extension will not impact other deadlines in this case and as noted above, the Parties are not seeking to postpone the Case Management Conference scheduled for next week.

Accordingly, Plaintiffs respectfully ask that the Court extend the parties' deadline to file

their Case Management Statement by 2 days, to April 16, 2026.

Respectfully submitted,

*s/ Trina Realmuto*

Trina Realmuto (CA SBN 201088)
Mary Kenney*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org
mary@immigrationlitigation.org

Matt Adams (WSBA No. 28287)*
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

Stacy Tolchin (CA SBN 217431)
Law Offices of Stacy Tolchin
234 E. Colorado Blvd., Suite 230
Pasadena, CA  91101
(213) 622-7450
stacy@tolchinimmigration.com

Raul Pinto (DC Bar No. 90013180)*
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
(202) 507-7549

*Counsel for Plaintiffs and Class Members*

*Admitted pro hac vice*

Dated: April 13, 2026