## PLAINTIFFS' INDEX OF EXHIBITS

| Letter | Exhibit Name |
|---|---|
| A | USCIS Letter Response, dated March 16, 2026. |
| B | USCIS Letter Response, dated March 23, 2026. |
| C | USCIS Letter Response, dated March 27, 2026. |
| D | Email re: "Clarification of guidance – processing of attorney documentation," dated January 7, 2026. |
| E | USCIS Freedom of Information Act and Privacy Act Case Processing Guide, dated May 16, 2025. |
| F | Email exchanges re: "FAL Insert Summary 9/15 - 12/14," dated January 2, 2026. |
| G | FAL Aggregate Data Spreadsheet. |
| H | USCIS Quick Guide to New VOI: Walkthrough and Updates, dated December 10, 2025. |
| I | Quick Guide to New VOI Guidance, dated February 17, 2026. |
| J | Automated Transcript of Training Session 1, dated December 11, 2025. |
| K | Automated Transcript of Training Session 2, dated December 11, 2025. |
| L | VOI Q&A, dated November 4, 2025. |
| M | Quick Guide to New VOI Guidance, dated November 12, 2025. |
| N | Email re: "FW: (for discussion at 8:00) FOIA Guidance Change - VOI: Alignment with Agency Foreign Name Guidance," dated February 17, 2026. |
| O | Automated Transcript of VOI Guidance Update Session 1, dated February 17, 2026. |
| P | Automated Transcript of VOI Guidance Update Session 2, dated February 17, 2026. |
| Q | Email re: "Questions from todays training," dated February 17, 2026. |
| R | Letter from USCIS FOIA, dated March 31, 2026, in response to FOIA request filed for records, and subsequently produced redacted Form I-213. |
| S | Form I-213 provided as part of the Record of Proceeding (*All redactions were made by Plaintiffs' counsel*). |
| T | Email re: "Tracking Number: NRC [Redacted] Subject Names: [Redacted] Subject A# [Redacted]," dated April 1, 2026. |

U       Screenshot of FIRST platform, as of April 12, 2026.