

# U.S. Department of Justice
## Civil Division

1100 L Street NW
Washington, DC 20005

(202) 598-3398
John.J.Halloran.Jr@usdoj.gov

March 16, 2026

Trina Realmuto
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446

**Sent via e-mail**

**Re:**   *Nightingale v. USCIS et al.*, **No. 3:19-cv-3512 (N.D. Cal.)**

Dear counsel:

I write to provide responses from Defendant U.S. Citizenship and Immigration Services ("USCIS") regarding certain of your requests in your January 22, 2026 letter in the above-referenced case. As previously explained, Defendants are amenable to negotiating in good faith regarding your requests for purposes of avoiding or minimizing the need for discovery-related motion practice in this matter. *See, e.g.*, ECF No. 195 at 6. Defendants have also noted that many of your requests broadly seek "any records" regarding various topics, which are akin to the kind of formal discovery requests that this informal process is intended to avoid. *See* ECF No. 201 at 16. Accordingly, Defendants explained that they will not provide "any records" but will provide responsive, non-privileged, electronic files or information that can reasonably be obtained without lengthy electronic-database searches and collections. *See id.* Consistent with those positions, and with Defendants' agreement to provide responsive, non-privileged information to you on a rolling basis, Defendant USCIS's first set of responses is below. Defendants reserve the right to supplement and/or revise these responses as appropriate as further information becomes available.

**May 2025 policy re: redacting entire forms and withholding attorney correspondence –** Disclosure at 5-6 & Exh. 2, 41; Arnold Dec. ¶¶ 15-17 & Exh. C.

- State whether USCIS is producing an entirely unredacted Form I-213.
  - **USCIS's response:** USCIS generally does not produce an entirely unredacted Form I-213, Record of Deportable/Inadmissible Alien, in response to FOIA requests in which individuals are seeking their own Form I-213.

- State whether USCIS is producing a partially redacted Form I-213. If so, please state what portions of the form are redacted.
  - **USCIS's response:** The USCIS FOIA Office generally produces a partially redacted Form I-213, Record of Deportable/Inadmissible Alien, in response to FOIA requests in which individuals are seeking their own Form I-213. While information subject to one or more FOIA exemptions may be redacted wherever that information is located on the form, the FOIA Office typically withholds the

<span style="color:red">**EXHIBIT A**</span>

RE: *Nightingale v. USCIS et al.*, No. 3:19-cv-3512 (N.D. Cal.)
March 16, 2026
Page 2

following information pursuant to one or more FOIA exemptions within the I-213 form fields in which the information is contained:
- narrative
- third party personally identifying information when consent is not provided (excepting public facing officials)
- names and results of systems checks
- GPS coordinates, latitude/longitude, zones, grids and specific locations
- SIGMA number

- State whether USCIS is redacting the entirety of Form I-213.
  - **USCIS's response:** USCIS generally does not redact the entirety of Form I-213, Record of Deportable/Inadmissible Alien, in response to FOIA requests in which individuals are seeking their own Form I-213.

- Produce a copy of the agency guidance regarding disclosure of attorney correspondence that Arnold indicated in ¶ 17 of his declaration that "will be issued expeditiously."
  - **USCIS's response:** See enclosed guidance, entitled "Redacted Clarification of guidance - processing of attorney documentation_Redacted"

- Produce any records provided to FOIA staff that would advise them of the guidance referenced in the bullet above.
  - **USCIS's response**: See above-referenced guidance.

**November 2022 regulatory change re: country of citizenship or residency** – Disclosure at 6-7 & Exh. 3; Arnold Dec. ¶¶ 20-22.

- Produce any records since November 16, 2022, relating to USCIS' instruction to FOIA staff (including intake processors and FOIA processors) for processing a request that either includes or omits country of citizenship or residency.
  - **USCIS's response:** No responsive records were identified. As noted in the Sixth Declaration of M. David Arnold, ¶ 22, ECF No. 196-1, the FOIA Office has not previously and does not currently close FOIA requests for failure to provide country of citizenship or residency as this is not a field required in the current G-639 or digital FOIA intake process. Accordingly, guidance has not been issued regarding processing of requests based on whether the requests include or omit country of citizenship or residency.

- State the status of Arnold's representation (¶ 22) that USCIS is currently amending the Form G-639 and the digital FOIA intake process to add a field for requiring country of citizenship or residency.

RE:  *Nightingale v. USCIS et al.*, No. 3:19-cv-3512 (N.D. Cal.)
March 16, 2026
Page 3

- o **USCIS's response:** As noted in the Sixth Declaration of M. David Arnold, ¶ 22, ECF No. 196-1, the USCIS FOIA Office is currently in the process of adding a required field for country of citizenship or residency to the Form G-639 and digital intake form. *See* 6th Arnold Decl. at ¶ 22.  This process is still pending.

**Policy changes of September 16, 2025 and later re: closing cases at case creation/intake stage** – Disclosure at 7-13, Exh. 5-7, 9, 12, 17, 19-21, 24-28, 31-32, 40, 45-47; Arnold Dec. ¶¶ 23-35 & Exh. E-G.

- Produce any records, including guidance or training materials, confirming instructions to "close" cases where the name provided is not an exact match, including but not limited to instructions for intake personnel to close cases before processing.
- Produce any records, including guidance or training materials, confirming instructions to "close" cases where the optional A-number provided does not match, including but not limited to instances when other documents provided by the Requester match the correct A-number.
- Produce any records, including guidance or training materials on application of 8 U.S.C. § 1367 to requesters providing attorney addresses.
- **USCIS's response to above three requests:** Responsive documents since September 16, 2025 and later have already been made available pursuant to the Joint Notice of Filing Exhibits, ECF No. 199, or as an Exhibit to the Sixth Declaration of M. David Arnold, ECF No. 196-1, as indicated below.  Additional responsive documents are enclosed herein, as also indicated below.
  - o **ECF No. 199, Joint Notice of Filing Exhibits:**
    - Exhibit 5, ECF No. 199-4 (FOIA Guidance Change- Requirements for Acceptable VOI dated September 16, 2025)
    - Exhibit 6, ECF No. 199-5 (Guidance questions, dated September 19 & 22, 2025)
    - Exhibit 8, ECF No. 199-6 (Email dated September 26, 2025)
    - Exhibit 9, ECF No. 199-7 (Portions of USCIS FOIA Policy and Procedure Manual for Case Create, dated September 26, 2025)
    - Exhibit 22, ECF No. 199-16 (Quick Guide to New VOI Guidance, dated November 18, 2025)
    - Exhibit 45, ECF No. 199-34 (Part of December 2025 VOI Policy Update)
    - Exhibit 46, ECF No. 199-35 (Part of December 2025 VOI Policy Update)
  - o **ECF No. 196, Defendants' Response To Plaintiffs' Notice, ECF No. 193:**
    - Exhibit E, ECF No. 196-6 (FOIA Guidance Change- Requirements for Acceptable VOI dated September 16, 2025)
    - Exhibit G, ECF No. 196-8 (Quick Guide to New VOI Guidance dated November 18, 2025)
  - o **Documents enclosed herein:**
    - VOI Q&A dated November 4, 2025
    - Quick Guide to New VOI Guidance dated November 12, 2025

RE:  *Nightingale v. USCIS et al.*, No. 3:19-cv-3512 (N.D. Cal.)
March 16, 2026
Page 4

- Quick Guide to New VOI Walkthrough, dated December 10, 2025
- Quick Guide to New VOI Guidance dated February 17, 2026

Sincerely,

*/s/John J. Halloran, Jr.*
Trial Attorney
United States Department of Justice