**From:**     USCISFOIAOfficer
**To:**       FOIA Records Release Policy Updates
**Cc:**       Arnold, Michael D (David); ███████████████████
**Subject:**  Clarification of guidance - processing of attorney documentation
**Date:**     Wednesday, January 7, 2026 10:16:45 AM

Effective immediately, guidance regarding processing of third-party documentation is clarified as follows:

- Third party correspondence is withheld in full for individuals that do not provide verification of identity and consent within the request documents.  This includes attorney and other third-party correspondence to the extent there is no evidence of representation by the attorney or third party of the SOR in the matter.

- A SOR's attorney/representative is not considered a third party with respect to third party PII. Accordingly, any documentation in the responsive records from/to the current or previous SOR's attorney/representative should be processed and not withheld in full. The attorney/representative's PII can be released to the extent it is in the scope of representation of the SOR in the matter.

- This guidance clarification only applies to the SOR's attorneys/representatives; continue to follow current guidance regarding government attorney PII.

If you have any questions regarding this clarification, please contact your supervisor.

**EXHIBIT D**