# Freedom of Information Act and Privacy Act
# Case Processing Guide

NRC FOIA Operations Support Division (OSD)
5/16/2025

1

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

**EXHIBIT E**

## Foreword

The United States Citizenship and Immigration Services (USCIS) Freedom of Information Act (FOIA) and Privacy Act (PA) Case Processing (CP) guide is a ready reference to assist with the processing of FOIA and PA requests.

## FOIA Time Limit

Under the law, all federal agencies are required to respond to a **FOIA** request within 20 business days, unless there are "unusual circumstances." This **time period** generally begins when the request is received by the **FOIA** office of the component that maintains the records sought.

## Processing Legend

In this guide, the following acronyms will be used throughout:

WIF (withhold in full)
RIF (refer in full)
OOS (out of scope)

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

bookmark will create a separate case note.  If this bookmark is used, send the case to Admin until the supervisor has reviewed.

## Out of Scope (OOS)

A full page OOS pertains to documents that do not relate to the subject and/or the information being requested. Pages marked OOS do not print.  FIRST takes this into account as it generates the Final Action Letter.

Examples of documents requiring OOS:
- Cover sheets scanned in by contractors; Left Side, Right Side, Last Page, Begin and End Visa Packet, Media File, Best Image Available, Best Available Image, Photo of Unscannable Item Provided and possibly others.
- Misfiled documents that have no relationship to the subject of the file.
- Documents not related to the specific receipt file or document requested.
- The current FOIA request including the file request and/or staffing response
- File Request documents, Archives and Records Centers Information System (ARCIS) and National Archives and Records Administration (NARA) Reference Requests.
- N-647 Presentation of Candidates for Naturalization and Name Change Requests.

*Note:  Do Not OOS an entire sequence.  See Records Not Responsive section.*

A partial OOS is used for USCIS employee PII when not performing a law enforcement function in a Privacy Act case only.  This includes public facing officials, except for District Directors' and Field Office Directors' names.  USCIS employee PII includes, but not limited to:
- Names
- Signatures
- Initials
- Direct phone lines
- E-mail addresses
- User IDs
- Stamp Numbers

A partial OOS for USCIS employee PII,  except for Directors' names (District, Field, Center, etc.),  will be used on all documents.  This includes, but not limited to:
- Documents signed by the subject.
- Documents served to the subject.
- Documents served in EOIR.
- Documents referred to another agency.

*\*For USCIS employee PII when not performing a law enforcement function in a FOIA case, see Exemption (b)(6). For USCIS employee PII performing a law enforcement function, see Exemption (b)(7)(C).*

## Media

For files containing media (including Track 1 cases):
- Out of Scope (OOS) the Media File insert page.
- Process all Responsive Records.

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

- Send an e-mail to NRC, FOIAMEDIA with the subject: Media.
  - Include the control number, A-number, and page number(s) in the body.
  - Indicate if the Media is responsive or not.
- Leave a Case Note on the right side:
  - That you have notified the Media department.
  - The pages the Media was found.

For those cases in which the media is responsive:
- Select the applicable letter insert for your Final Action Letter: **Media**.

*Do not OOS the actual photo of the media unless it is not responsive to the request. The Media team will respond to each Requestor.*

## Misfiled Documents

If you encounter a document that clearly has no relationship to the subject take the following actions:
- Out of Scope the misfiled pages
- Send an e-mail to IMLS at ███████ @uscis.dhs.gov and Cc your supervisor
  - E-mail Subject: Misfiled Documents
  - E-mail Body:
    Control Number: _____
    A-number of the file you are processing: _____
    Page Numbers and Brief Description of Pages: _____

Example:
Control Number: ███████████
A-number of the file you are processing:  A999999999
Page Numbers and Brief Description of Pages:
    Pgs.  3-6 Fingerprint Card
    Pgs.  101-150 Court Motion and Exhibits
    Pgs. 202-207 I-130
    Pgs. 215-218, 224-227 G28s (group like documents together)

- Leave a Case Note: Misfiled Documents, pages #-#
- Send to Case Approver

If the documents have been determined by IMLS not to be misfiled:
- IMLS will e-mail NRC FOIA Policy mailbox.
- OSD Supplementals will by a OSD Team Member.

Documents that are NOT considered Misfiled:
- Documents gathered as part of a background investigation (e.g., TECS screenprints, CIS screenprints, PCQS screenprints, US-VISIT screenprints and other similar documents).
- Documents sent in by the subject or their representative (e.g., an attorney would like to postpone Mr. ██████ court date, due to the fact she will be in court at that time, concerning Ms. ████ 's case, and the attorney includes a copy of Ms. ████ 's court documents).
- Non-Record Materials (NFTS, RAILS or CIS Screen prints, to include those belonging to third parties in conjunction with petitions filed on behalf of the subject)

68

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

- Documents you cannot associate with another A-number (e.g., no name of subject given)

*An e-mail is not sent to ▮▮▮▮▮@uscis.dhs.gov if the file is ELIS or a receipt file. Documents are still OOS.*

Deconsolidation of A-numbers:
- If you find that A-numbers have been consolidated that should not have been:
  - OOS the pages of the A-number that do not belong to your subject.
  - Case note the pages
  - Send an e-mail to ▮▮▮▮▮@uscis.dhs.gov
    - E-mail Subject: Deconsolidation
    - E-mail Body:
      Control Number: _____
      A-number of the file you are processing: _____
      Page Numbers and Brief Description of Pages: _____
  - Send to approver

## Duplicate Pages

We must mark duplicate pages when the case is over 240 pages, and the requestor is receiving a paper copy. If the case is being printed to a CD or is a front porch request, you do not have to mark duplicate pages.

A duplicate page is an identical document, i.e., an exact replica of another document, that has been released in full, redacted or WIF (precisely the same markings, stamps, dates, et al). The exception is RDF and NRC digitized records, which will have a sequential marking at the top and/or bottom of the page. If this is the only difference you may mark the page as a duplicate.

Do not mark the following as duplicates:
- Blank pages
- Cover sheets
- Referrals

## Final Action Letters (FAL)

**G1**
- When you are providing everything the Requestor specifically asked for in their request.
- When you are releasing the entire file with no redactions.
- When you are releasing the entire file with no redactions, but you have referrals.
- When all pages being requested have been referred.
- Select applicable inserts for the FAL.

| G1 Letter Inserts | Reason to Check Insert | Notes |
|---|---|---|
| Alien Number Does Not Match Your Records | Self-Request, A-number does not match subject | |

69

WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.