**From:** ███████████
**To:** ███████████
**Cc:**
**Subject:** RE: FAL Insert Summary 9/15 - 12/14
**Date:** Friday, January 2, 2026 10:25:27 AM
**Attachments:** image001.png

---

Thank you!!!!

---

**From:** ███████████
**Sent:** Friday, January 2, 2026 10:25 AM
**To:** ███████████
**Cc:** ███████████
███████████
**Subject:** RE: FAL Insert Summary 9/15 - 12/14

Yes, the applied filter pulls cases with a closed timestamp from 9/14/25 at 00:00:00 through 12/14/25 at 23:59:59.



Respectfully,



USCIS/IRIS/NRC

---

**From:** ███████████
**Sent:** Friday, January 2, 2026 11:19 AM
**To:** ███████████
**Cc:** ███████████
███████████
**Subject:** RE: FAL Insert Summary 9/15 - 12/14

Just to confirm the dates, 9/15 – 12/14 are included in the pull right?

---

**From:** ███████████
**Sent:** Friday, January 2, 2026 9:41 AM
**To:** ███████████
**Cc:** ███████████
███████████
**Subject:** FAL Insert Summary 9/15 - 12/14

**EXHIBIT F**

████ here is the summary of FAL inserts used for cases closed FC between 9/15/25 and 12/14/25.

For reference and data validation, this dataset was pulled from the Cases Closed tab of the FIRST data Tableau dashboard, filtered by the close date  range and closure code listed above.

https://████████

Respectfully,

System, Reporting, and Program Management
Operations Support Branch | National Records Center
Immigration Records and Identity Services
U.S. Citizenship and Immigration Services