| Count of First_Case_ID | Month | | | | |
| --- | --- | --- | --- | --- | --- |
| Row Labels | Sep | Oct | Nov | Dec | Grand Total |
| Missing Subject of Record Address | | 4,877 | 11,203 | 6,047 | 22,127 |
| Missing VOI of Subject | 4,057 | 6,671 | 7 | | 10,735 |
| Third Party Digital Request, VOI Not Present | 845 | 1,447 | 12 | | 2,304 |
| (blank) | 204 | 418 | 425 | 200 | 1,247 |
| Missing Subject of Record DOB | | 443 | 511 | 83 | 1,037 |
| Missing/Non-Compliant Subject of Record Signature | | | 400 | 455 | 855 |
| Multiple Versions of VOI Provided | | | 224 | 386 | 610 |
| Missing Subject of Record COB | | 100 | 224 | 116 | 440 |
| Blank Description of Records | 74 | 235 | 91 | 1 | 401 |
| Untranslated Documents | 67 | 226 | 70 | | 363 |
| Electronic Signature | 4 | 68 | 135 | 38 | 245 |
| Missing VOI on 7/25/22 edition G-639 | 186 | 55 | | | 241 |
| Untranslated/Illegible Documents | | | 113 | 102 | 215 |
| Missing Subject of Record Name | | 77 | 102 | 30 | 209 |
| Missing VOI of Parent/Guardian | 57 | 110 | | | 167 |
| Missing Proof of Parentage/Guardianship Documents | | | 79 | 73 | 152 |
| Blank/Non-Compliant Description of Records | | | 79 | 66 | 145 |
| Missing Parent/Guardian DOB for minor/incapacitated | | 21 | 40 | 18 | 79 |
| Untranslated Document | 18 | 37 | 15 | | 70 |
| Missing Parent/Guardian Name for minor/incapacitated | | 19 | 39 | 6 | 64 |
| Missing/Non-Compliant Parent/Guardian Signature | | | 24 | 38 | 62 |
| Track 3 Denial | | 24 | 32 | | 56 |
| Multiple Versions of VOI Provided | | | 41 | | 41 |
| Alien Number Does Not Belong to Client | 9 | 16 | 2 | | 27 |
| Missing Parent/Guardian Address for minor/incapacitated | | 5 | 9 | 5 | 19 |
| Missing Parent/Guardian COB for minor/incapacitated | | 5 | 3 | 3 | 11 |
| Alien Number Does Not Match Your Records | 3 | 5 | | | 8 |
| | 2 | 3 | 2 | 1 | 8 |
| Deceased Requestor | | | 3 | 2 | 5 |
| Missing Subject of Name | | 2 | | | 2 |
| Questions | | | 1 | | 1 |
| Grand Total | 5,526 | 14,864 | 13,886 | 7,670 | 41,946 |

EXHIBIT G