

# Quick Guide to New VOI

 **Walkthrough and Updates**

By: ▮▮▮▮▮▮▮
December 10, 2025

**EXHIBIT H**

# Objectives



1. Familiarize everyone with the new guidance

2. Clarify how it impacts Case Create and Case Processing

3. Address some common questions and scenarios

# Summary of Comments on Quick Guide VOI Walkthrough.pdf

## Page: 2

Number: 1     Author: Presenter Notes     Subject: Presentation Notes   Date: 12/12/2025 11:42:58 AM -06'00'

1. Familiarize everyone with the new guidance
   Ensure everyone understands the key changes and updates introduced in the new guidance.

2. Clarify how it impacts Case Create and Case Processing.
   Explain how the new guidance affects case creating and case processing.

3. Address some common questions and scenarios
   Review frequently asked questions and provide some examples

# So You Know.......



- This Quick Guide helps explain the new VOI policy from September 16, 2025. **It does not replace the CC PPM or CPG.**

- It won't cover **every** situation.

  **NOTE: If you have a special case, ask your supervisor for help.**

# Verification of Identity (VOI)



According to the Code of Federal Regulations (CFR), the requestor must provide the following five elements of Verification of Identity (VOI) for the Subject of Record (SOR):

1. **Full Name**
2. **Date of Birth (DOB)**
3. **Country of Birth (COB)**
4. **Current Physical Address**
5. **Signature**

# VOI Important Notes



- Whenever an exception used for VOI it **MUST** be case noted

- "Alleges", "Unknown", "?" are **no longer accepted** for VOI

# SOR's Full Name



You must verify the First and Last Name of SOR

# SOR's Full Name - Exceptions



**Exceptions:**

- Hyphens (e.g., Smith-Jones vs. Smith Jones)
- De in last name (e.g., Hernandez vs. De Hernandez)
- Spaces in names (e.g., Xiuncheng vs. Xiun Cheng)
- Aliases can be used when:
  - Full name in Search tab and/or RR matches what was provided
  - A-number must be provided and matches alias

# Page: 7

Number: 1    Author: Presenter Notes    Subject: Presentation Notes    Date: 12/12/2025 11:42:59 AM -06'00'
We will discuss parents names later on in the presentation so hold those questions until then...

# SOR's Full Name – Exceptions



**Exceptions:**

- Name exceeds the character limit
  - Match what was provided
- Alternate spellings ("sounds like") are acceptable when **ALL** other VOI matches.
  - Acceptable = Gonzales vs Gonzalez or Cortez vs Cortze
  - Not Acceptable = Santos Perez vs Santos

# Page: 8

Number: 1    Author: Presenter Notes    Subject: Presentation Notes    Date: 12/12/2025 11:43:00 AM -06'00'

Notice what is no longer an exception:
Ma = Maria
Md = Mohammed
Two Last names = One Last name

# SOR's Date of Birth (DOB)



We are no longer accepting "unknown", "?", blanks, or numerical inversions

# Page: 9

---

Number: 1          Author: Presenter Notes          Subject: Presentation Notes    Date: 12/12/2025 11:43:00 AM -06'00'

Inversions: its numerical inversions so 10/11/2000 but the system or RR says 11/10/2000 but written inversions (10 November 2000) we can tell apart

This includes Genealogy redirects.

# SOR's Country of Birth (COB)



We only accept country abbreviations for COB if the abbreviation is unique to that country

# Page: 10

---

Number: 1        Author: Presenter Notes        Subject: Presentation Notes    Date: 12/12/2025 11:43:00 AM -06'00'

Good abbreviations: Dom Rep for Dominican Republic
Bad abbreviations: Turk…. Turkmenistan, Turkey, etc.

We are working on historical codes for countries who go under a different name now (like USSR and Russia) – use your analytical skills or ask sup if you have a question



# SOR's Physical Address – Not Accepted



## No Longer Accepted:

- Email addresses

- Address of representative

- Incomplete address

# Page: 11

| | | | |
|---|---|---|---|
| Number: 1 | Author: Presenter Notes | Subject: Presentation Notes | Date: 12/12/2025 11:43:01 AM -06'00' |

No Longer Accepted:
Email addresses
Address of representative (i.e. attorney address)
Incomplete address (missing city, state, etc.)

# SOR's Physical Address – Exceptions



**Exceptions:**

- P.O. Boxes

- Minor SOR (parent/guardian is requestor)

- Deceased SOR

# Page: 12

| Number: 1 | Author: Presenter Notes | Subject: Presentation Notes | Date: 12/12/2025 11:43:01 AM -06'00' |

Exceptions:

P.O. Boxes

Minor SOR (parent/guardian is requestor) – kids are going to live with their parents

Deceased SOR – we don't need the address for the cemetery

# SOR's Physical Address – Exceptions



**Exceptions:**

- 1367/VAWA Protection – Safe address is accepted
  - **Case Creators:**
    - Do not shut down just because address matches requestor
      - Check the Search Tab for a banner
      - Review the entire request for mention of 1367/VAWA
    - Any of those present then **create** the case

# Page: 13

Number: 1        Author: Presenter Notes        Subject: Presentation Notes    Date: 12/12/2025 11:43:01 AM -06'00'

Case Creators:

Don't shut down just because address matches requestor (especially if it says SAFE address)

Check the Search Tab for a banner

Review the entire request for mention of 1367/VAWA

Can be a VAWA doc, U or T Visa, etc.

# SOR's Physical Address – Exceptions



**Exceptions:**

- 1367/VAWA Protection – continued…

  - **Case Processors:**

    - Review the entire file for a 1367/VAWA document

      - If no 1367/VAWA document found, then close case FC.

# Page: 14

Number: 1   Author: Presenter Notes   Subject: Presentation Notes   Date: 12/12/2025 11:43:02 AM -06'00'
Case Processors:
Review the entire file for a 1367/VAWA document
If no document found, then close case FC.

# 1367/VAWA Documents



**Common Documents:**

- I-360 – Petition for Amerasian, Widow(er), or Special Immigrant

- I-918 – Application for U Nonimmigrant Status

- I-914 – Application for T Nonimmigrant Status

- I-929 – Petition for Qualifying Family Member of a U-1 Nonimmigrant

# Signature



We must have a signature from SOR under **notary** or **penalty of perjury**.

# Page: 16

| Number: 1 | Author: Presenter Notes | Subject: Presentation Notes | Date: 12/12/2025 11:43:02 AM -06'00' |

This has not changed:

Physical signature or "Yes" on Front Porch

# Signature - Exceptions



**Exceptions:**

- Minor SOR

    - Parent/Guardian are the requestor we must have:

        - Valid Proof of Parentage/Guardianship

            - Birth certificate
            - Adoption decree
            - Court order establishing guardianship

    - Parent/Guardian's full VOI

# Signature - Exceptions



**Exceptions:**

- Deceased SOR

    - The requestor we must provide:

        - Valid Proof of Death

            - Death certificate
            - Obituary
            - Screen print from Social Security Death Index
            - Probate documents filed in court

    **NOTE:** We do **NOT** need the requestor's VOI

# Page: 18

Number: 1        Author: Presenter Notes        Subject: Presentation Notes    Date: 12/12/2025 11:43:03 AM -06'00'
We do NOT need the requestors VOI

These are the only documents accepted now for Valid Proof of Death – we no longer accept photos of the headstone

# Knowledge Check



### True or False

The requestor sends in a request and lists the COB as Turk. All other VOI is filled out and it is signed under penalty of perjury. Is this a good request?

A)  True

B)  False

**Answer: False**

# Knowledge Check



**True or False**

**The request is a self-request and the SOR provides an alias (their maiden name) because they recently got married. They provided all other VOI along with their A-number and marked "yes" on the Front Porch. All information for the A-number provided is under the alias name. Is this a good request?**

A)  True

B)  False

**Answer: True**

# Knowledge Check



U.S. Citizenship and Immigration Services

The request is submitted by an attorney. For the SOR's address the attorney has used their office marked it a SAFE address. The attorney is requesting a copy of the SOR's entire file including their U Visa documents. No banner was found in the Search Tab. <u>Case Creators</u> - how would you handle this request?

A)    Close FC

B)    Close TD

C)    Create the case without a case note

D)    Create the case with a case note

**Answer: D**

# Knowledge Check



The request is submitted by an attorney. For the SOR's address the attorney has used their office marked it a SAFE address. The attorney is requesting a copy of the SOR's entire file including their U Visa documents.

There are no 1367/VAWA documents found in the file. <u>Case Processors</u> - How would you handle this request?

A)    Close FC

B)    Close TD

C)    Process the case without a banner

D)    Add the banner and <u>case note</u> then process the case

**Answer: A**

# Knowledge Check



A Front Porch request is submitted by the SOR's Fiancé.  The Fiancé listed their address as the SOR's address.  All other VOI provided matches and the Front Porch is marked "Yes". How would you handle this request?

A)    Close FC

B)    Close TD

C)    Create/Process the case without a case note

D)    Create/Process the case with a case note

E)    Ask your supervisor

**Answer: E**

Page: 23

Number: 1          Author: Presenter Notes          Subject: Presentation Notes   Date: 12/12/2025 11:43:05 AM -06'00'
This is a one off but does happen... this is a scenario that we need more info and deeper review.

# Consent



| IF | THEN |
|---|---|
| Consent is provided (3rd Party Request) | Proceed to create or process case. |
| Consent is not provided (3rd Party Request) | Close the case TD. |

Page: 24

Number: 1          Author: Presenter Notes          Subject: Presentation Notes   Date: 12/12/2025 11:43:05 AM -06'00'
This has not changed:

# Additional Information



Requestors may **voluntarily** provide additional information to help ensure the correct file is identified.

**Most Common Additional Information Provided:**

- Alien Registration Number (A-number)
- Parents' names

# Additional Information – A-number



**If Provided:**

- It must match exactly in the Search Tab and/or Responsive Record (RR)
  - If not an exact match, close the case FC.

**NOTE:** The SOR can have **more than one** A-number. If multiple A-numbers are provided, you must review each A-number.

# Additional Information – Parents' Names



**If Provided:**

- Both parents' First **AND** Last names must match what is in the file

# Parents' Names - Exceptions



**Exceptions:**

- Hyphens (e.g., Smith-Jones vs. Smith Jones)

- De in last name (e.g., Hernandez vs. De Hernandez)

- Spaces in names (e.g., Xiuncheng vs. Xiun Cheng)

Page: 28

Number: 1        Author: Presenter Notes        Subject: Presentation Notes   Date: 12/12/2025 11:43:07 AM -06'00'
Many of the same rules apply for the parents as they do the SOR with a few changes

# Parents' Names – Exceptions



**Exceptions:**

- Name exceeds the character limit
  - Match what was provided
- Alternate spellings ("sounds like") are acceptable
  - **Both** parents can have alternate spellings if **ALL** other VOI matches
- Mother's Maiden Name
  - Case note when used

Page: 29

| | | | |
|---|---|---|---|
| Number: 1 | Author: Presenter Notes | Subject: Presentation Notes | Date: 12/12/2025 11:43:07 AM -06'00' |

Notice what is no longer an exception:
Ma = Maria
Md = Mohammed
Two Last names = One Last name

# Knowledge Check



**True or False**

**If Mother's last name provided is Skywalker-Smith but only Smith is found in the file you can bookmark it?**

A)   True

B)   False

**Answer: False**

# Knowledge Check



If both Parents' Last Names provided is Hernandez but both Last Names in the file are listed as Hernandes. All other VOI matches in the file. How would you proceed?

A)   Close FC

B)   Bookmark both Last Names

C)   Bookmark only one of the Last Names

D)   Leave a case note

**Answer: D**

Page: 31

Number: 1          Author: Presenter Notes          Subject: Presentation Notes    Date: 12/12/2025 11:43:08 AM -06'00'
Bonus points of what that case note would be?

# Knowledge Check



The requestor provided both the Mother's current Last Name and her Maiden name in the request. All documents in the file are for the Mother's Maiden Name. How would you process the request?

A)   Bookmark the Maiden Name

B)   Leave a case note

C)   Close the case FC

**Answer: B**

Page: 32

Number: 1          Author: Presenter Notes          Subject: Presentation Notes   Date: 12/12/2025 11:43:08 AM -06'00'
Bonus points of what that case note would be?

# Additional Request Documents (ARD)



## You must review the **ENTIRE** request package!

# Additional Request Documents (ARD)



To use VOI from the ARD, it must be signed under notary or penalty of perjury.

**If the Front Porch is marked:**

- "No" = Get VOI from a complete/perfected ARD
- "Yes" = Review the ARD for any **MISSING** or **CONFLICTING** information

Page: 34

| | | | |
|---|---|---|---|
| Number: 1 | Author: Presenter Notes | Subject: Presentation Notes | Date: 12/12/2025 11:43:09 AM -06'00' |

A Diver's License or BC are not sufficient

# Missing VOI



If VOI is **missing** in the Front Porch but **found** in a complete/perfected ARD, proceed to create or process the case.

### Case Creators:

- Update the Left Side with the missing VOI **located** in the ARD and case note the corrections
  - **DO NOT update the Left Side with information found in the Search Tab**

# Conflicting VOI



If VOI is **found** in a complete/perfected ARD but **conflicts** with a complete/perfected Front Porch, close the case FC.

**Example:**

- Front Porch is marked "Yes" and has United States for the SOR's COB.
- ARD is signed under penalty of perjury but has Mexico as the SOR's COB.

Page: 36

Number: 1         Author: Presenter Notes         Subject: Presentation Notes   Date: 12/12/2025 11:43:10 AM -06'00'
Documents requested is NOT part of VOI, follow the CC PPM or CPG as you normally would.

# Knowledge Check



**True or False**

The Front Porch lists the attorney's address for the SOR's address and is marked "No". There is an ARD that has all VOI and is signed under notary but gives a different address for the SOR. Is this conflicting information?

A)  True

B)  False

**Answer: False**

Page: 37

| | | | |
|---|---|---|---|
| Number: 1 | Author: Presenter Notes | Subject: Presentation Notes | Date: 12/12/2025 11:43:11 AM -06'00' |

The Front Porch is incomplete therefore we must get VOI from the ARD.

# Knowledge Check



### True or False

The Front Porch lists the SOR's COB as Mexico and is marked "Yes". There is an ARD that has is signed under penalty of perjury but lists El Salvador as the COB for the SOR. Is this conflicting information?

A) True

B) False

**Answer: True**

Page: 38

Number: 1        Author: Presenter Notes        Subject: Presentation Notes    Date: 12/12/2025 11:43:11 AM -06'00'
The Front Porch and ARD are BOTH complete requests but they have conflicting information.

# Knowledge Check



**True or False**

**The Front Porch that has all VOI is marked "Yes" and is requesting a copy of the I-485. There also is an ARD with the same VOI and is signed under penalty of perjury but it is requesting the entire file for the SOR. Is this conflicting information?**

A)   True

B)   False

**Answer: False**

# Page: 39

Number: 1    Author: Presenter Notes    Subject: Presentation Notes    Date: 12/12/2025 11:43:12 AM -06'00'
This is not conflicting VOI – follow the PPM or CPG for guidance with documents requested.

# Bookmarking VOI



All documents found in an individual's immigration file are considered **ONE** record

**This includes:**

- Physical File (A-file or T-file)
- Receipt Files
- STACKS
- ELIS

## Page: 40

Number: 1    Author: Presenter Notes    Subject: Presentation Notes    Date: 12/12/2025 11:43:12 AM -06'00'
This is some new guidance to help with the amount of up-front closures and deactivated sequences.

# Bookmarking VOI



**What has changed:**

- Case Processors only need to bookmark in the A-file sequence the four main elements of VOI:
  - **First Name**
  - **Last Name**
  - **COB**
  - **DOB**
- Plus the additional four elements if provided.
  - **Mother's First/Last Name**
  - **Father's First/Last Name**

Page: 41

Number: 1        Author: Presenter Notes        Subject: Presentation Notes    Date: 12/12/2025 11:43:13 AM -06'00'
Record Identifier = A000000000

# Bookmarking VOI



**What has changed:**

- All sequences **MUST BE REVIEWED IN FULL** to ensure they pertain to the SOR
- If all VOI is **not** found in the A-file sequence or no A-file sequence is present:
    - You can bookmark the matching VOI in **ANY** sequence of the RR and add a case note
- Additional Sequences:
    - You **MUST** bookmark the SOR's Last Name and DOB in all sequences
- If the sequence **does not belong to the SOR** deactivate the sequence

# Page: 42

Number: 1       Author: Presenter Notes       Subject: Presentation Notes   Date: 12/12/2025 11:43:14 AM -06'00'

We are trying to reduce the number of deactivated sequences and number of bookmarks

Do your due diligence to ensure the sequence belongs to the SOR






# Knowledge Check



**This request has all VOI for the SOR and parents First and Last names. How would you handle this request?**

A)    Shut it down

B)    Bookmark all VOI throughout both sequences and add case note

C)    Bookmark all VOI in each sequence

D)    Bookmark only the SOR's VOI in each sequence

**Answer: B**

# Knowledge Check

**Which sequence is the A-file sequence?**



**Answer: D**

# Knowledge Check



How would you bookmark VOI in this case?

A)    Bookmark all VOI in all the sequences

B)    Bookmark all VOI in the A-file sequence and Last Name and DOB in all the other sequences.

C)    Bookmark only the SOR's VOI in each sequence.

D)    Bookmark all VOI in the A-file sequence and if not found in A-file sequence case note/bookmark from any other sequence in RR. Also, bookmark the Last Name and DOB in the other sequences.

**Answer: D**



# Track, Complexity, and Office Overview



| Track | Complexity | Office | Criteria |
|---|---|---|---|
| Track 1 | Simple | SMP | • **Only** 1 specific document requested and **MUST** be located at the NRC or digitized/electronic |
| Track 2 | Complex | SDO | • **Only** 1-2 specific document(s)<br>　○ *If **only** 1 specific document is requested, it **cannot** be located at the NRC or digitized/electronic. (Reference SMP Office)* |
| Track 2 | Complex | NRC | • For the full A-file (even if only receipt files are found)<br>• For 1-2 specific documents with **related** and/or **supporting** documents<br>• For 3 or more specific documents<br>• The third request for specific documents within 12 months |
| Track 3 | Accelerated | Any | • Pertains to SOR in removal proceedings **AND** has a future hearing date<br>• **Sufficient documentation includes:**<br>　○ Form I-862, I-221, or I-863<br>　○ Notice of continuation of hearing<br>　○ EOIR Automated Case Information printout |



# Page: 48

Number: 1    Author: Presenter Notes    Subject: Presentation Notes    Date: 12/12/2025 11:43:17 AM -06'00'
Related and supporting documents is a Track 2 full file request
EOIR automated case information now acceptable

# Knowledge Check



If the request is for a naturalization certificate located at the FRC, which office would process this request?

A)  SMP

B)  SDO

C)  NRC

**Answer: SDO**

# Knowledge Check



If you have a request for the N-400 located at the NRC, which office would process this request?

A)  SMP

B)  SDO

C)  NRC

**Answer: SMP**

# Knowledge Check



If you have a request for the I-589 and all supporting documents located at the NRC, which office would process this request?

A)  SMP

B)  SDO

C)  NRC

**Answer: NRC**

Page: 51

Number: 1          Author: Presenter Notes          Subject: Presentation Notes    Date: 12/12/2025 11:43:18 AM -06'00'
BONUS QUESTION: why is this a NRC request? – Because it's an entire file request due to supporting documents.

