### Quick Guide to New VOI Guidance

**1)** **CFR Requirements** – Must Provide 5 Items for Verification of Identity (VOI)

   **NOTES:**
   - Any exceptions used for the VOI matching requirements must be case noted.
   - **"Alleges"** and **"Unknown"** are **NOT** acceptable for VOI.

- **SOR's Full Name**
  - The SOR's legal name will generally be shown in U.S. customary name order (given name, middle name, family name). If name does not match, determine if one of the below exceptions applies or if the SOR's name is constructed differently.
  - Exceptions:
    - Hyphens (e.g., Smith-Jones vs. Smith Jones)
    - De in last name (e.g., Hernandez vs. De Hernandez)
    - Spaces in names (e.g., Xiuncheng vs. Xiun Cheng)
    - Aliases can be used when:
      - Full name in Search tab and/or RR matches what was provided
      - A-number must be provided and matches alias
    - Name exceeds the character limit
      - Match what was provided
    - Alternate spellings ("sounds like") are acceptable when **ALL** other VOI matches.
      - Acceptable = Gonzales vs Gonzalez or Cortez vs Cortze
    - Construction of Foreign Names
      - Some countries' identity documents will display names in this order: family name, middle name, given name
        - Example: Vietnamese name for SOR - Nguyen (family name) Van (middle name) Nam (given name)
          - How it can be found in file
            - Nguyen Van Nam
      - Some countries' identity documents the person may have two first names and two last names and may use all their names or only some through customary usage.
        - Example: Maria (given name) Guadalupe (given name) Gonzalez (Father's Paternal last name) Gomez (Mother's Paternal last name)
          - How it can be seen in file:
            - Maria Guadalupe Gonzalez Gomez
            - Maria Gonzalez Gomez
            - Guadalupe Gonzalez Gomez
            - Maria Gonzalez
            - Guadalupe Gonzalez
- **SOR's Full Date of Birth (DOB)**
  - Inverted month and day are no longer acceptable.
- **SOR's Country of Birth (COB)**
- **SOR's Current Physical Address**
  - P.O. Boxes are acceptable.
  - Exceptions for the SOR's address:
    - 1367/VAWA Protection: A safe address is acceptable.
      - Case Creators – If requestor mentions a 1367/VAWA document or there is a 1367/VAWA document found in the Search Tab, create the case.
      - Case Processor – Verify if there is a 1367/VAWA document present in the RR, if not then close case FC.
      - Typical 1367/VAWA Documents:
        - I-360 – Petition for Amerasian, Widow(er), or Special Immigrant
        - I-918 – Application for U Nonimmigrant Status
        - I-914 – Application for T Nonimmigrant Status

**Updated: February 17, 2026**
**Note: This guide is intended to clarify the policy within the PPM but not replace it.  For more detailed information please consult the PPM or reach out to your supervisor.**



**EXHIBIT I**

- o I-929 – Petition for Qualifying Family Member of a U-1 Nonimmigrant
    - Minor SOR: The address can match the requestor's address.
    - Deceased SOR: The address can match the requestor's address.
  - o Not acceptable:
    - Email addresses
    - Address of representative (example = attorney)
    - Incomplete address (missing = city, state, etc.)
- **Signature:**
  - o VOI must be signed under notary or penalty of perjury by SOR.
    - Exceptions:
      - If parent/guardian is signing for a minor SOR, the parent/guardian must provide valid proof of parentage/guardianship **and** the parent/guardian VOI.
        - o Valid proof of parentage/guardianship = birth certificate, adoption decree, or court order establishing guardianship
      - If SOR is deceased, valid proof of death must be provided.
        - o Valid proof of death = death certificate, obituary, screen print from Social Security Death Index, or probate documents filed in court

## 2) Consent

- All third-party requests must include consent from the SOR.

| If | Then |
| --- | --- |
| Consent is provided (3rd Party Request) | Proceed to create or process case. |
| Consent is not provided (3rd Party Request) | Close the case TD. |

## 3) Additional Information Provided Voluntarily

- **Alien Number (A-number)**
  - o If provided, it must match exactly in Search Tab and/or RR, otherwise close NR.
- **Parents' Names:**
  - o If provided, both First and Last names of both parents must match what is in the file.
    - Exceptions:
      - Utilize guidance/exceptions from the SOR full name
      - Mother's maiden name if provided
      - Construction of Foreign Names

## 4) Reviewing VOI in Additional Request Documents (ARD)

- Review the **entire** request package to include the Front Porch **AND** ARDs
  - o If Front Porch is marked "No" then you must get VOI from ARD.
  - o If Front Porch is marked "Yes" then you must review the ARD for any missing or conflicting information.
- All VOI in ARD must be signed under notary or penalty of perjury to be used.
  - o If VOI is **found** in ARD but **conflicts** with the Front Porch, close the case FC.
  - o If VOI is **incomplete** in Front Porch but **found** in ARD, then proceed to create or process the case.
    - Case Creators – Update Left Side to include VOI located in ARD and case note corrections.

## 5) Bookmarks

- All documents found in an individual's immigration file are considered **ONE** record, regardless of how many sequences.
  - o All sequences **must be reviewed in full** to ensure they pertain to the SOR.
  - o All VOI must be bookmarked in the A-file sequence.
    - If VOI is not found in A-file sequence or no A-file sequence is present (i.e. receipts only), it can be bookmarked in **ANY** sequence of the RR with a case note.
    - If foreign construct guidance is used when bookmarking VOI you must add a case note.
  - o If additional sequences of RR are present, verify they pertain to SOR and bookmark SOR's Last Name and DOB only.
    - If the sequence does not belong to the SOR deactivate the sequence

**Updated: February 17, 2026**
**Note: This guide is intended to clarify the policy within the PPM but not replace it.  For more detailed information please consult the PPM or reach out to your supervisor.**