# Training Session-20251211_100244-Meeting Recording

December 11, 2025, 4:02PM

1h 19m 47s

◉ ██████████ started transcription

■ ███████████    0:07

So for anybody that is going to miss the training, we're going to have the recording available.

It's also going to have the transcripts. We do ask you hold all questions until the very end because your question.

Very likely could be answered throughout the PowerPoint.

And we want to get everybody through this information and all the examples and everything.

So without further ado, ████, let's go on.

To the objectives.

So first objective, we want to familiarize everyone with the new guidance, make sure it's pretty as clear as mud as we can make it, but hopefully a little bit easier our second objective.

And 3rd is we're going to clarify how it impacts case create and case processing and then we're also going to address some common questions and scenarios.

So let's go ahead and get started.

So you know to repeat this Quick guide is to help explain the new policy from back in September 16th.

It does not replace the case creator PPM and it does not replace the CPG.

This is just a tool to kind of help you guys and it is not going to cover every situation.

So we tried to make it a Quick guide, which means small, short, simple, sweet.

And to the point.

Do note, if you have a special case scenario, question situation, ask your supervisor for help.

A lot of them know how to find me.

Get a hold of me.

Reach out to me, section chiefs.

They can reach out to ████ and ████.

We all have links to each other so.

**EXHIBIT J**

One offs just understand.

You might have to go to your supervisor for this.

Or the help desk if your team has a help desk, go to your help desk.

All right, so verification of identity according to the code of Federal Regulations or CFR, the requester must provide the following five elements of BOI for the S. OR.

So those five elements are full name.

Date of birth, country of birth.

Physical address and it's the current physical address and a signature.

So important notes to understand about the new policy and BOI.

Whenever an exception is used, you must put a case note.

We are having a lot of problems with folks.

Not case, noting not giving good case notes.

It's very instrumental that you have a case note so that people can understand what you did and why you did it.

The other thing is alleges unknowns, question marks.

All of those things are no longer acceptable for VOI.

They have to provide those five elements.

They have to provide it in full if they put alleges they can always submit a request to have their information updated in the system.

So really they just need to tell us what it is so we know we have the right file and we're sending it to the right person.

OK, for the SOR's full name, you have to verify the 1st and the last name of the SOR. However, there are some exceptions.

So exceptions that haven't changed, hyphens, hyphens, no hyphen, still the same policy as it's always been.

Day in the last name.

Also very common.

Also going to see that has not changed at all.

Spaces and names. Whether the spaces they are not there. There's a lot of names in Asian cultures that have that.

We're not really going to be worried about those things.

It's all three of those policies. Still the same has not changed a bit.

Aliases so aliases can be used, but there are some caveats for them to be able to use the alias.

So first of all, the full name in the search tab and or.

RR matches what was provided so that full alias name passed to match.

Second, they have to provide us an A number to go with it.

And we'll get to a numbers later, so don't fret.

We will discuss a numbers, but in order to have that alias and to use that alias, they have to meet these two criteria.

And don't worry, we'll also discuss parents names.

Got a whole section for you guys. Be prepared.

All right. So moving on, the next exception is character limit. So there are times, especially some of those Eastern European names, Russian names, they can run on quite a distance.

You're just going to match the amount of characters that you can in the file, so that is common.

That happens, but you can do that.

There we go.

And then alternate spellings or sounds like so. These are acceptable if all other VOI matches.

So the rest of the VOI must match, and this does happen.

We are human.

Humans are the ones inputting information into the system, writing names down.

I don't know how many times I've seen Jose spelled with an H instead of AJ or Gonzalez with an S instead of AZ.

So we are allowing some acceptable scenarios.

However, one thing that does not fall under alternate spellings is if they have two last names and they only have one in the file or vice versa.

That is not an exact match.

That's not an alternate spelling. They have not provided us full VOI.

OK.

So dates of birth, we're no longer accepting unknown or question mark or blank or numerical.

Inversions.

However, there are going to be times where I put like 10 November 1984. You can clearly tell what that date of birth is.

What we're talking about is that they put 10/11/1984 in.

The file is 11/10/1984.

We can't verify that, but if they spell it out, they spell it out.

So use your analytical skills for that and try to make that determination.

But if it's numerical and it's inverted, we're shutting those down.

All right, ████████, birth.

So we only accept country abbreviations for the country of birth. If the abbreviation is unique to that country.

So there are historical countries we're trying to work on a list as soon as we can get that done, we'll let you guys know.

But there are times where, like what is it?

Dominican Republic is one where they might put Dom Rep.

Pretty common. They are easy to tell, right?

But there are other ones where it's not so easy to tell.

Cherk is one of them.

Pick pick which Turk you want, but we can't tell. We're not mind readers. They need to provide us with the full information. And that's the whole point of this. We're putting it back on them to tell us what it is we're looking for to kind of hopefully prevent.

Us issuing the wrong file to the wrong person.

Because we were interpreting reading their mind.

OK.

Another one that's kind of been a heartburn for a lot of people has been that physical address.

So we do require that we have the SORS address and there are things we no longer accept.

So what do we no longer accept e-mail addresses?

It's a new one. We're used to doing that.

We're not doing that anymore.

They have to provide a physical mailing address to us.

We also aren't accepting the address of the representative.

There are some caveats.

We'll discuss those here in a bit, but just a normal regular Joe Schmo attorney puts his address instead of the source.

We're shutting those down.

They have to provide us the address where that subject of record and then incomplete addresses.

Once again, I'm not a mind reader.

I don't know about you guys.

Filling in the blanks, we can make a guess, but really, at the end of the day, still up to them.

To provide us the full information.

OK.

So what is an exception?

Well, one of the exceptions PO boxes we will accept PO boxes.

I have heard there have been some attorneys that are using the same PO Box for the same subject and every other client that they have. You see that trend.

Let your supervisor know.

That's one of those one off scenarios, but just a standard PO Box we will accept.

Another one, the minor SOR, and their parent or guardian is the one requesting.

I don't know about y'all, but my children live with me, though I'm looking forward to the day they don't but.

For now, they're still living at my address, so if I'm requesting their information, their address is gonna match mine.

Unless I'm a really terrible parent.

And then deceased.

SORI.

We don't need the cemetery.

I don't need to know what cemetery this person's at.

I don't need to know their living, you know, their thing is on top of your mantle.

That information we don't need.

All right.

So safe addresses.

For 1367 VAWA, we will accept a safe address.

Now, there are still some stipulations to this.

They can't just mark safe address and move on.

We have to verify it is so for the case creators. Don't just shut it down. A lot of them are seeing safe address seeing it matches this or don't it.

Now you need to do your due diligence to make sure that it is.

A 1367.

In our case.

So what you need to do is you need to check the search tab.

See if there's a banner.

Sometimes they'll populate.

Sometimes it won't.

Why? A lot of times if nothing's input in the system, that there is ending valu or there is an adjudicated valu that banner not populated, don't just assume.

They don't have that protection.

They might have a document in there that's unadjudicated and we just haven't put a banner in the system.

So you need to review the entire request, and if they're asking for, I need my valua documents. I need my U visa information. I need my 9/18.

You need to go ahead case note case. Note why you're creating it and then create the case and then we're gonna move on to what the case processors are gonna do.

So case processors, it's going to be your job to verify that document is in the file.

Verify we have the information to back it up. Like I said, if it's not adjudicated, there's not.

There is a likelihood that Banner's not populating.

So it is up to you to review the entire file and I'm going to stress this multiple times today.

Review the entire file every sequence.

Do your due diligence.

Use your analytical skills.

If no documents found, then yeah, you're gonna close the case they have. They said they had this.

It's not there.

We can't verify it.

We're not just taking your word for it because everybody could mark safe address.

But otherwise, do your due diligence, and if you do find it, case noted like you're supposed to so that we know. So what are some common documents? 360, they'll mark that valuel box on the I360. You have to double check the 360. Don't just.

Accept exits 360.

The 9/18.

That's for EU visa, the 9/14 that is for the T visa, the 929. That's another one, sometimes even an I485 might be in there and they've marked follow your due diligence guys. We're closing a lot of these down that we shouldn.

Be closing down and it's coming back.

Come on to us.

So we want to make sure we do it right the first time.

All right. Signature.

This has not changed.

They still have to sign under notary or penalty of perjury.

Has not changed.

Same scenario and you need that signature because that's them attesting all the information they provided is true and accurate.

OK.

So still the same.

Now there are a few exceptions.

Minor S or again, gotta love our minors so their parent or guardian is the requester.

There's a couple of things that we need.

So first and foremost, we need valid proof of parentage.

What is that?

Well, it's first cert with the translation. If it's in a foreign language, most likely it is an adoption decree.

Or a court order establishing guardianship. We have to have one of those things. The other thing that we need is the parents or guardians.

Call BOY.

That includes the signature they have to provide that full VOI as well so that we can release it to them.

This is if they are requesting their child's documents now.

Mind you, minors can also request their own documents.

That has not changed. But if by chance their parent is requesting it, you got a review and make sure you have all that stuff.

Another exception, deceased subject of record.

So with this, the requester just needs to provide one thing. A valid proof of death.

Now something I've kind of learned from ▇▇▇ a little bit recently.

There's only four things we're accepting, so the death certificate.

The obituary.

A screen print from the Social Security Death Index and probate documents filed in court.

Are no longer accepting the tombstone.

The monument.

The monument.

Yeah. So they have to provide one of these four things now.

Notice with the deceased SOR what do we not need?

We don't need the requesters VOI.

If it populates on my thing.

Oh, sorry.

There it goes.

We don't need the requesters VOI.

That doesn't matter.

We have to have one of these four things and you have to make sure we have one of those four things to proceed with the case.

So we're going to play a little fun game.

It's going to be pretty, pretty easy.

It's a little knowledge check. I know everybody loves them.

Don't wow.

Hold back your excitement guys.

All right. So we're going to do true or false.

So with this one and for my folks that are digital, I want you to do the hand raise for true from my folks in office.

I want you guys to raise your hand if you think it's true.

The requester sends in a request unless the country of birth is Turk, all VOA is filled out and assigned under penalty of perjury. True or false?

Is this a good request? Thanks ▮▮▮▮.

Good job.

OK.

So it is false.

Why is this false?

I think it's just say it again.

It could be any tart you got.

Good job.

Best hand up some candy.

You're supposed to like.

Do the Vanna white.

All right. Next so next one.

So the request is a self request and the SOR provides an alias their maiden name

because they recently got married.

They provided all VOY along with their a number, and marked yes on the front porch.

All information for the a number provided is under that alias name.

We're gonna do true or false again. Raise your hand if you think it's true.

Is this a good request?

Online.

What's the answer?

True, you did good,

Yes.

Who wants to tell why this is true?

To get a piece of candy.

.

Ding, Ding and edmash.

It matched what was provided.

Good to us. Good job, ███.

All right.

This request was submitted by an attorney for the for the Sr. address. The attorney has used their office, marked their office and they marked it safe address.

The attorney is requesting a copy of the SO Rs entire file, including their view visa documents.

No banner was found in the search tab.

Now I'm going to have the case creators answer this one.

All right.

Case creators. How would you handle this one?

So there's a close up C.

B. close TDC create the case without a case note or D.

Create the case with the case notes, so who votes?

A.

Any as what about these?

OK.

Some C's. Do we have some C's?

What about D?

Guys are right.

It is D.

You're gonna create the case, and you're gonna add a case.

Note anybody wanna tell me why anyone can answer this one?

The processor can just change, correct? Correct?

The processor can review that file and double check.

So Speaking of processors, now it's your guys turn so.

Same request request submitted by attorney.

And they use their safeguard. They put safe address for their office.

However, when you review the file, there are no 1367 valu documents found.

How would you proceed?

A close FC.

All right.

B closed TD.

C process the case without a banner.

Or D add the banner in case note, then process the case.

All right, ███████, what's the answer?

Hey, so for everyone that chose a good job, anybody want to explain why?

Because the address is different.

You just want more candy. You just say.

The reason being is because we can't verify, right?

They put safe address.

We can't verify it is a safe address. We don't have the documents, so we're going to go ahead and close that.

All right, I think this is the last knowledge check and then we're moving on.

So front porch request is submitted by the SORS fiance. The fiance listed their address as the SORS address.

All other VOI provided matches the front matches and the front porch is marked yes.

How would you handle this case?

This is a tricky 1, so a close FC.

B. close TD.

See create or process the case without a case, no.

The creator process the case with the case now.

OK, E ask your supervisor.

Can you want to give it away?

This is a one off guys.

There's a lot of information I kept out on purpose.

We don't know.

Is the fiance actually living with them?

You don't have that additional information.

I had one where all the contact information.

For the Sor match, the contact information for the requester, there's a lot of different scenarios that this could play out to.

So this is one of those times where you're gonna it's gonna be a one off.

You're gonna have to go to your supervisor sometimes, you know, do your due diligence research. Look into the case. Because once again, we don't wanna release something we're not supposed to release.

OK. All right.

Yes, that was my case.

You sure can.

And I'm sorry for our virtual folks.

I I will give you virtual candy for those that got it right.

Gold stars.

Lots of gold stars.

OK.

So we miss consent geneal.

Ogy consent still the same.

Still need if it's third party request. We still need consent.

On the SOR has not changed one bit.

I hope everybody understands consent by now.

If not, ask your supervisor.

Or ask one of the supervisors for the help desk if you have a one off.

Alright.

So additional information. So requesters will provide voluntary additional information to ensure they get the right file.

All right.

And it is kind of up to us to make sure that what they're providing is we provide back or it matches what they're asking for.

So what's some of the most common additional information that we see?

Well, first and foremost the alien registration number or a number.

Already talked about it with aliases.

But that is pretty common thing that they provide the other one parents names.

All right.

So let's talk about the a number.

So if the a number is provided, it must match exactly in the search tab sponsored record.

If it's not an exact match, you're going to close it FC, however.

There's big note we have on here.

The SOR can have more than one en number, guys, and they can provide us more than one a number because they know.

They've been across the border a few times and various things.

If there are multiple a number provided, you must review each a number and match it with the BOI. It doesn't match. Shut it.

You're gonna deactivate.

Shut it down. Whatever. But don't just shut it down because more than one a number is provided.

A lot of times have it. I've seen it working on record.

Now, parents names, if provided both parents first and last name must.

Match within the file.

And we'll get to bookmarking.

But you guys have to do your due diligence again to make sure that that information matches. However, same rule for the subject of record. We have some exceptions.

So hyphen's day and the last name spaces in the names still the same has not changed.

All right, now other exceptions. Character limit match. What you can still say, and then alternate spellings.

Now these are acceptable.

But once again, there is a caveat.

And that caveat is both parents can have alternate spellings if all other BOI matches.

So with this, what we're kind of saying is you're gonna see times where mom and dad's last name's Gonzalez with an S.

And so Gonzalez with the Z, all the other BOY matches. That is fine. If you get to where it's really really off.

Talk to your supervisor, OK? Or shut it down.

But we're gonna have a little bit more flexibility with the parents names.

Now another one mother's maiden.

Name. I don't know about y'all, but if you look at the 325, it's always mother's maiden name that's listed in there.

You can't match her last name, but they provide her maiden name to us.

You can go ahead and use that as matching your VI. However, do not bookmark it.

You case note whenever you use Mother's maiden name.

Is it not working for you ▮▮▮▮▮ I don't.

I have your slides so I don't.

See.

No, it's OK.

It's upcoming, so if I click it then it's like switching out of your OK.

So next time we'll make sure.

About that.

You all to notice we've gone through all the exceptions for both the servers and the parents names, but has anybody noticed? There's a couple of things we haven't discussed.

Over entries from CIS 2.

So sometimes there's only the first name from the parents.

Yeah. And match what you can.

Match what you can there. Like I said, the case processors also got to do their matching, and sometimes that's all we have in the file is the mother's or father's first names.

We didn't talk about Mom.

We didn't talk about MD.

I didn't talk.

We talked a little bit about two last names, but notice.

We're we're pretty stringent, mom for Maria no longer accepted MD for Mohammed, no longer accepted.

Two last names, but only one provided or one found in the file or not accepting OK.

So just so you guys are aware those things and once the processing guides updated, it's gonna have this info.

In there.

So I know it's a work in progress.

It's a big work in progress, but it is coming.

I've been working due diligently on it.

All right. So more fun candy time.

So another true or false just raise your hand if you think it's true.

Mother's last name provided a Skywalker Smith, but only Smith is found in the file.

Can you bookmark it?

Who thinks it's true?

Nice. He thinks it's false.

Yeah, y'all are right.

And I'm a little jealous.

I wish my last name was Skywalker, but.

All right.

Let's go on to the next one.

So both parents names provided is Hernandez with AZ, but both last names in the file are listed as Hernandez with an S.

All other VOI matches in the file.

How would you proceed a close at FC?

No B.

Bookmark both last names.

OK.

See bookmark only one of the last names.

Or do you leave a case note?

All right, █████, what's the answer?

All right.

So it is D you're going to leave a case.

Note you can't match it exactly.

We're not going to put a bookmark.

As bookmark has to match exactly or as you know Oracle, I know that was a problem.

OK. Or a seat note.

█████ gets candy.

That was a close one.

I need some water guys.

I'm sorry.

All right.

We're getting closer, all right.

You're doing good.

Keep hanging in there with me.

I'm trying my hardest but I couldn't find my Superman costume and music to go with today.

All right.

So let's go ahead to the next.

This one OK.

So the requester provided both the mother's current last name and her maiden name in the request.

All documents in the file are for the mother's maiden name.

How would you process this request?

A bookmark the maiden name.

OK, B leave a case note.

OK. Or C close, FC.

███████, what's our answer?

It is B.

You're going to leave a case note. So for someone that answered B, you want to explain why we don't just bookmark it.

Say it again.

Doesn't match a lot of amazing games are listed in.

Jones hyphen, comma maiden name.

So I mean that's the problem with saying an exact match.

I do both honestly.

I bookmark it and leave a case.

Note, don't bookmark so if it's not. If, here's the thing, guys. When we're approving and we're looking at those bookmarks, we see only what the requester has provided.

So we're looking at those two side by side and if they're not a match, we're going.

Why did you bookmark this?

Just case note case. Note the maiden name was found.

Like even when it's in the same line, so it's literally on the form.

Yeah, they put their married name.

Hyphen or parentheses maiden name.

So the maiden name is in a parentheses.

Yes on 1st, but I am telling you guys for the approver side, we don't see that we have to go back into the request because it's on a different line.

On the front porch request, it's not together with the last name.

It's usually underneath because there's a line that says Mother's maiden name and that's why it's in the parentheses.

So that's why I'm telling you, don't bookmark, just leave a case note and just case note. Mother's made a name found on page 10 and that's all you have to do.

OK, if they provide the maiden name, but they don't say that it's the native name.

But in the case it's obvious that it's the native name, what do you want?

Doesn't matter.

Whether they say it's the meeting name or not, if you find the match to the meeting name, it doesn't have to say that, but if it looks like two last names instead of just a last name and a maiden name, do you want us to use our think?

Caps and say oh that's a maiden name or you want us to look at it like that's two last names and it doesn't match.

Let's hold it for later.

We'll follow up.

That's a one off.

I'm talking more guys like there are specific forms that state maiden name and on the front porch they will list mothers maiden name.

That's that's the stuff we're talking about.

There's gonna be one off.

I can't cover every scenario that does happen, and sometimes the maiden name is part of the two last names.

Are you talking about the one question where it says Skywalker, Smith or whatever?

So they on the front porch, they use Skywalker Smith.

And all you find is Smith in the file.

Is that what you're referring to?

OK, sorry.

Let's go ahead.

We're gonna talk about additional request documents for the ARD.

So I'm gonna tell this multiple times guys.

Review the entire request package.

Entire file entire request package.

Too many people are just reviewing one thing and shutting it down.

You have to review everything. That part has not changed.

Now, is there some nuances to how we're looking at stuff?

Yes, but you still have to look at everything.

So for the ARDS to use VoIP from an ARD, it has to be signed under notary or penalty of perjury. You cannot take a date of birth from a driver's license and fill in the blanks from the front porch. If it's missing, the driver's license was.

Not signed under notary, it was unsigned under penalty of perjury, and we will talk

about missing information and conflicting.

Here in a bit.

But what I'm saying is you have to make sure that ARD is signed.

All right. If the front porch is marked, no.

You're gonna get a R. You're gonna get your BOI from the completed ARD once again. Completed means all filled out, signed under notary, penalty of perjury.

If it's marked yes, you're still gonna review those Ards and this is where you're gonna look for that missing information.

So maybe they forgot to put the day in the date of birth.

Or conflicting information which could be country of birth, address, whatever.

So let's talk about missing information.

So if BOI is missing in the front porch but found in a complete ARD, proceed to create or process the case. So for case creators, what this is gonna mean for you.

Is let's take that scenario, the front porch.

We have missing information from the front porch.

They're missing the day and the date of birth.

You have a completed ARD signed under penalty of perjury.

You find the complete day of birth.

Everything else matches.

It's not conflicting.

You're going to go ahead and update that left side with the missing VOI from the ARD.

I can't stress this enough.

It has to come from the ARD.

It cannot come from pieces or the search tab or CIS or rails. It has to come from what the requester provided, and it has to be signed under notary and penalty of perjury.

Don't update the left side if it's just missing and we don't have the complete thing.

You're gonna close those out 'cause we don't have a completed request.

And make a case note case note case note case. Note can't stress the importance of that enough.

All right, conflicting BOI. And I think this is the one that's gotten everybody, myself included. So don't feel like you're out there alone.

So with conflicting VOI, if BOI is found in a complete ARD but conflicts with a complete keyword complete front porch.

So they marked yes on the front porch.

I filled everything out on the front porch.

It's a completed front porch, but something conflicts with the ARD.

And the ARD is also a completed request.

So it's signed under notary or penalty of perjury, and they provided everything.

You're going to shut those down.

FC.

So let's do an example what this could look like.

So the front porch is marked, yes, and they list the United States for the sons. Excuse me.

Have a question back here.

I'm lost because it sounds like what you're saying in that last slide is contradicting what you said in the slide before that last slide, but now you're saying that it it's this slide I.

'LL hold the questions.

I don't have any.

I'm just lost, but let me give an example and it may help what I'm saying guys. If it's marked no on the front porch, you have to go and review the ARDS.

You can't just.

Just stop there.

You have to go because guess what?

If they mark no on the front porch, it's not valid.

It's incomplete, right?

Because it's not perfected until you look at the ARD, right?

So that is where you're gonna go to the ARD for all your BY.

But to get that, your ARD has to be signed under notary or penalty of perjury.

Now I understand if you're a front porch is marked, yes.

Let's say it's marked yes.

And completely filled out.

It's a perfected request.

And you have an ARD as signed under notary and penalty of perjury, but your front porch says their data, their country of birth is the United States, and your ARD says Mexico.

Someone tell me which one am I choosing?

Which one's true?

Which one's about?

I'm taking the ARD because they signed that and they physically signed that one.

So you're making a choice. You're reading their mind.

No, I'm not reading their mind. If you want. They've already said yes on the front porch as well.

They've signed that as well, but I thought that was no, no longer a deal.

We looked at Irds.

No matter what, and that's what we're saying. That's what we're saying.

You were looking at Ards and if there's conflicting information, that's the part that she is addressing at this moment, right? But.

That's not what it just said.

On your slides before.

What? What slides are you?

Are you talking about the one before this one?

And then last one I.

Go back to. I'm not.

I'm not clicking. I apologize.

I'm not clicking.

This one.

Yeah. Do the yes too.

So now we have to worry again about yes and no. When we look at the NRD that never should have changed, that never changed.

We got a note that said that we'll take a sidebar and you and I can talk about it.

Here's the thing guys.

We're not addressing like how things came out.

Different information.

I heard what you said.

You wanted one, so I'm telling this is what I'm telling you guys.

Still matter, yes.

OK.

So we can talk more later and I'll we'll work it out. But so you guys are aware.

I just wanted one voice that's I'm taking it like I'm I'm being it.

Everybody's getting the same training. OK, so regardless of the information you get after this, all your supervisors are in this.

There's gonna be one off I can't cover.

But this is to cover a majority of what you're gonna see.

And the biggest thing we noticed was a lot of people were just shutting down, regardless if it was marked yes or no.

Yeah. So I guess what I'm saying is if the front porch is perfected and Ards are perfected, we that's what conflicting comes in.

Yes, correct. OK.

That's all that helps a lot. Yes, because otherwise your front porch pitch might. No, it's not valid guys like.

It's not valid.

They did not say this is my true and perfect information.

It's invalid OK.

All right, so let's go.

Back a little too much.

Let's go back to the conflicting real quick genealogy. Did we get it?

Everybody good.

So let's do the knowledge check.

So maybe these scenarios will kind of help you guys figure some of this out because I thought long and hard on different scenarios. We've seen kind of put them into if you feel like, oh, this is me.

It probably wasn't just you. A lot of people had these, OK?

So front porch lists the attorneys address for the SORS address.

And it's marked no. There is an ARD that has all VOI and assigned under notary but gives a different address for the SOR.

Is this conflicting information?

Subo's true.

Dover spots.

And ████?

████████████ for everybody.

So this is a prime example of what you were asking about.

Like it's marked.

No, it's yeah, because.

Because I guess it's your wording, because the front porch is not perfected.

If it's not, no until you look at the ARDS and that one is what makes it perfect.

In your other scenario, when it's marked yes, we have a perfected request.

And in the ARDS, we may also have another perfective request.

They're both complete at this, but you're wording they can be complete.

But they have to be perfect.

Am I getting?

That's what I think you are.

They can't be conflicting.

You can't have two when you have your.

Digital.

Is perfected and your paper is perfect.

Yeah, they can't conflict, right? Copy that.

Right. It's not that the front porch is complete and the ARVs are complete because no, if you put no on the AID, it's it's complete, but it's not perfected, correct.

OK.

Sorry, it's really hot under the slides, so if I start sweating profusely, I am so sorry.

I'm like, right underneath it.

All right, let's go.

Are you on to the next one?

I'm looking sideways and I don't have my good glasses, so.

All right, the front porch list.

The SRS country of birth as Mexico and as Mark.

Yes, there's an aridity that is that is signed under penalty of perjury. But lest El Salvador, as the country of birth for the Sor, is this conflicting information?

Who says true?

Who says fox?

Are folks online still producing?

And they're putting in a chat. They're they're saying hey.

All right, ██████, that's right.

True, this is conflicting info.

All right. So then do you want me to just like look through the file and just figure out what I wanna?

Which one I wanna use or you want me to close it?

Close it.

Another piece of candy for you?

Take that one back.

Maybe I like to put a little let you know what you've been doing.

More predominant in the file. Then I'll go with that one.

Yeah, yeah, this is when you guys are gonna close down.

All right, so let's go.

Are you on to the next one?

Yes, OK. The front porch that has all VOIPS and is requesting a copy of the I-485.

There's also an ARD with the same VOI and assigned under penalty of perjury, but it is requesting the entire file for the SOR.

Is this conflicting info?

Yes, it's a trick question.

You know what?

I'm gonna give them the whole file.

The votes true. Who says this is conflicting?

It is complete but.

So are we going with false on this one?

Yes, ████ going B.

Yeah, it is false, guys.

Do you know none of the BOI is conflicting?

We're talking about BOI. Everything else.

It's it's the same procedures as before.

You go off your the processing manual, you go off the processing guide, same as before.

Kind of a little tricky question, but like I said, all of our scenarios have pulled from things we've actually seen.

Tire fact do I get candy?

All right.

OK, let me shake off.

We got a few more minutes. I'm gonna try to get through the rest of this as quickly as possible.

Hold all questions till the end, OK.

There's gonna be some questions. I'm gonna answer some of that.

Wait until after the knowledge checks, but.

Hold. Just hold it in.

And everybody's going to want to say something.

So bookmarking Voi was laughing at me.

All documents found in an individual's immigration file are considered one record.

Sip. What does this mean?

It means every single one of those sequences.

Everything found in rails, regardless if it's electronic or physical or receipt a file is one immigration record for that individual.

So this includes those physical files, the receipt files, stacks Ellis. You're like me, and you've delved into Midas.

Midas can float into there too from time to time.

All of that is one record, guys.

We're going to change our mindset from Foya and it's going, we're looking at it as a whole picture, OK, one file.

So what's changed?

All right.

So this is for the case processors.

You only need to bookmark.

You only need to bookmark in the A file sequence the four elements of BOI SO4 main elements.

Which are first name, last name and three of birth date of birth. And I'll go over a file sequence.

We're going to talk all this out, so just hang on with me.

Plus the additional 4 elements it provided.

So Mother's first and last name or father's first and last name.

Right. So in total?

Eight elements of BOI, 4 main, four additional.

All right.

So all sequences, the entire file must.

Be reviewed and full to ensure they pertain to the SOR.

If all VOI is not found in an A file sequence or no, a file sequences present, we're going to talk about what an A file sequence is and what's not in a file sequence we're going to.

I have visual examples. I have pretty pictures OK.

If if you can't find all your BOI.

You can bookmark the matching BOI in any sequence.

Of the RR, as long as you add a case note.

So what does this mean?

Eight bookmarks.

Total.

Regardless of how many sequences now there's one more caveat we're going to

throw in there.

Because for those additional sequences, we still need to ensure that what is fair belongs to that subject of record.

So you're going to add 2 bookmarks to those sequences. You have to have these two bookmarks in these additional sequences.

The subject's last name.

And their date of birth.

Every sequence and in the request should have the subject's last name and the date of birth bookmarked.

Your other VOI could be spread throughout, but we want to keep it.

In the a file as much as possible in the A file sequence as much as possible.

If the sequence you're looking at, if you're looking at, you're like, there's no way.

This is my subject absolutely.

They may have the same last name.

They may have the same date of birth, but you're going from Jose Cuervo Rodriguez to John Smith Rodriguez.

And once in El Salvador and once in Turkmenistan.

It's pretty clear that that sequence doesn't belong.

Same with misfiled docs.

Right. You're going to deactivate the sequences.

OK, so I keep talking about what an A file sequence is, so let's go to the next one.

So when you're looking to see if you're looking at the A file sequence, you're looking at the record identifier.

To determine which sequences they sequence.

And here's a little hint.

It usually starts with an A.

Starts with an A.

So here your responsive record.

I know it's small on the screen, but right here this record identifier starts with an A.

Go to the next one.

It doesn't matter where the responsive record came from.

Here we have NRC.

Here we have FRC but once again record identifier.

Starts with an A.

Now to show you how we can break it up a little bit and that is a really bright light in

this sequence.

We have from the NRC and two from Ellis.

Notice the record identifier. The A. It's right here.

All of your bookmarks try to get in this sequence, but if you cannot and you match last name and date of birth to both of these, and it's clearly the subject, you can spread out your bookmarks into those.

All right.

Why are we doing this?

Because the parents names are usually never found in those other sequences.

How many of you deactivated sequences?

A lot lately.

Due to parents last names.

Yeah. That's why we're doing this.

Change. It's a big one.

It's gonna be hard.

You still need to do your due diligence.

Make sure you have the right subject.

But to prevent the number of deactivated sequences.

And to save you guys a little more time.

This was the solution that we came up with.

You just had something that really confused me.

If the parents last names are not in the file, we're not required to bookmark and we don't deactivate them for not being in the body, correct? It's more. There are people that were they couldn't mother's last. Name's been a heartache for everybody.

Different than mismatch not present.

Different than mismatch.

So.

This is this is the way you guys are going to identify these, OK.

Will you be specific about how that allows us to not deactivate a sequence?

Yes, we're going to do some knowledge checks which will help, yes.

Sorry, I don't know.

I hope everyone gets it right.

OK, let me cover it up.

So.

That's on me.

I'll fix that for the next session.

So in this scenario we have all VOI for the SOR and they have provided both the parents first and last name OK.

Now notice we have multiple sequences over there.

Right.

Now in this instance these are two receipt requests and with the receipts you're gonna match.

Basically you can use any RR to match your BOI, but you don't have to do that in both receipts.

You just need to hit those eight elements.

So for this scenario we have 8 elements right that we have to bookmark.

So the answer's already up there.

Thanks ▮▮▮▮ no.

But in this scenario with it, let's say you get all of the subject of records.

Going to step over here.

In this one you get all the subject of records VOI every single one of them.

First name, last name, date of birth, country of birth, and we'll even say you get father's first and last name, but Mother's first and last name is mismatched or missing.

However.

You going to hear last name matches are the subject of record date of birth matches for the subject of record.

OK.

Well, that's good.

And all that, it looks like his file.

Oh, I found Mother's first and last name, an exact match right here.

You're gonna bookmark mother's, and you're gonna case note.

That's the scenario guys.

So instead of Ollie and this one and Ollie oh.

Mom doesn't match. I'm deactivating.

We're going in here and we're double checking.

Us. You said we're we found everything that we needed.

What are we keys?

No, because we're going to a different, we're going to a different sequence.

We're not putting all of our bookmarks in one sequence. When you go to, when you

find those eight elements, then you have to go to another sequence to match it.

So we are we are case noting where we find things now.

Yeah, if it's not all within an A file, yeah.

So yes.

So in this because it's two receipt files. Yeah, OK. The pad is really bright.

I'm sorry. Nine, six stars.

Yeah.

We are almost done guys.

You've done really well.

I'm rushing through this last part.

I know it's new and it's gonna take some time to get used to it, but.

I really do think in the long run it save you guys some time and it's really gonna keep us from deactivating so many sequences because we're looking at it as one entire record instead of two records.

One person, one record.

OK.

All right, so this one.

Oh yay, it didn't pop up this time.

So we have ABC and D.

And I don't know if you can see that far away.

You have a magnifying glass.

But which sequence is the A files?

CD.

Say that again D.

All right, ███████.

Yay.

Everyone gets candy and a Gold Star.

Yeah, D is your record.

Once again, you want to look for that a number at the bottom.

OK.

Last one.

For this one, we're gonna use the same little scenario.

The same little bit.

But how would you bookmark BOI in this case?

So put on your thinking caps.

I'm going to bookmark all Boi in all sequences, no?

OK. Are you gonna bookmark all Boi and the A file sequence and last name and date of birth and all other sequences?

OK.

How many votes for that one?

OK.

Are you gonna bookmark only the SOR's VOI and H sequence?

Yes, anyone voting for that one.

OK.

And here's the long one.

Bookmark all Boi in the A file sequence and if not found in the A file sequence case note and bookmark from any other sequence in the RR.

Also bookmark the last name and date of birth and other sequences.

Who votes that one D ████?

Yay.

D.

Yeah, the longest one.

Sometimes it's the tricky one and it throws you for a loop, but this time these are all the steps you will take in this scenario.

And that's a lot of sequences.

So that's why I thought it was a good one to use.

Sorry, but why are we just distinguishing with last name and date of birth and these additional sequences? I mean I can still have a sequence that belongs to Hernandez with the same date of birth, but a different person.

So the reason you're doing the last name and the date of birth in the secondary sequences is because we still have to verify that those sequences belong to the subject, yes.

So why wouldn't we just go ahead and do all Voi put marks then?

Because it's not needed.

So we don't need to verify the first name or the country of birth.

No, but you still have to do your due diligence.

You only have to bookmark the last name, but I can have Hernandez with the same date of birth but born in Mexico versus El Salvador and that in that instance you've done your due diligence and you see it and you're going to deactivate it because you're aware that.

It doesn't belong to the subject, and sometimes they put Mexico and Guatemala and Mexico, you know, from a long time ago they.

And we have several where.

So would that be deactivated that sequence because it was Mexico instead of Guatemala?

It does not.

We are able to verify.

But if we can verify everything else, you can feel free to bookmark everything else. If you would like to.

It is not required.

Yeah, it's not.

This is not a requirement anymore, but we would if yes, to CYA ourselves like we've been doing.

Just be activated if we can't verify completely.

If you can't verify, yes, correct. We aren't even though you have that 99% chance that it is not filed.

But you can't specifically.

Do the next one now.

This is what we deal with.

I know I'm in the reference too.

I'm processing right?

Sequences.

Hey, guys.

Goodbye, dad. Hey, guys.

Name from the A file, but I have.

9821 D's that don't have the parents, so that's why I get to process that.

Can we?

Can we sidebar this ████ 'cause?

I got a few more things I gotta rush through.

Yes, we'll go back to that.

If you guys have questions about this now, one thing case creators don't just automatically do something that's been previously processed.

Set before this all came out.

Go back and double check if there were deactivated sequences.

Double check the request.

Make sure you're reviewing on it, because we're going to get some of these back that we can deactivating. Let's listen, please.

So make sure you're looking at those case notes from the case processors to see if they deactivated something.

Do double check those duplicates.

Don't just automatically close it out because it's been a year and we sent the whole file.

Case processors again.

Do your due diligence if you're unsure. If you don't think this is your person.

All that matches his last name and date of birth, but parents are way off. The address is way off. Deactivate it.

Deactivate the sequence in case.

Note why you deactivated it.

Your due diligence. This is to save you time, so you're not having to go through and bookmark everything and you know, look there, we're trying to save you some time, but we're also trying to keep it from where?

You know it's your subject of record, but.

We can't match mother.

On that.

Is it quick?

Yeah, it's real quick.

When does this become effective?

I know there's another training session today.

So is it for us now or after everything?

Yeah, this is in effect today around this training.

Right, ████.

Sure. OK.

Yeah. And I am out.

Go ahead.

Let's go.

Tomorrow this will be effective.

Tomorrow, keep it in your thought process. Why you're processing the rest of the cases today, but.

I'm executive decision tomorrow, so that way the secondary group can get it as well.

OK.

All right. But wait, there's more guys.

I'm a glutton for punishment.

Real quick, this is just the case.

Craters have already been going through this.

Case processors. You may or may not know and kind of changed up how we're doing specific document requests. We changed offices.

Those are going into trying to fix some of the track issues that were going on.

So ▬ made this wonderful chart.

And just as a quick reminder, if it is a track, one case basically one document, they're asking for the N 400.

And it's at the NRC.

It's in stacks.

It's in Ellis.

It's going to SNP.

Make sure you're clicking the correct answers on the locate tab. We've had a lot end up in random places that should not have been there.

If it's more than one document, so let's say two documents and I 1:30 and then I 485, even if it's located at the NRC or if it's located elsewhere.

Those are going to the SDO office track. Three could fall into a bunch of scenarios, still kind of the same. It'll go to the appropriate office, but make sure you are reviewing those POI documents.

And for the ones going to the NRC queue?

All entire file.

Request for the case creators, just so you're aware.

If they ask for all supporting documents.

That's an entire file.

All supporting documents, regardless if they put N 400 and all supporting documents, you're creating the entire file.

Because.

Files get shuffled and sometimes you're having to go through a lot.

We might as well just process the whole thing at that point.

So ▬, do we still need to do?

Do you still want to do the knowledge check?

What's our time?

Questions. Yeah, we don't need any questions, ▬.

Is this the last knowledge check to answer questions?

Because I know there are questions in the room and questions online.

So can we put the I guess one question is the PowerPoint do you want to share?

Yeah, we can do that. OK.

So the questions and scenarios set everything out as a secondary class, OK.

All right, so we got three more time.

It looks like is that ███████?

███████. Who's ██████?

Who's the 1st to end up?

Because that's oh, let me see. ████████████████ is the first one.

I see who █████████ last name? ██████.

█ ███████████████ 1:07:09
Hey, this is ███████ Yep, ███████

█ ██████████████ 1:07:11
████████████████████
Hi, ███████.

█ ████████████████ 1:07:13
Hello.

█ ██████████████ 1:07:16
Everybody say hi, ███████ Hi, ███████

█ █████████████████ 1:07:16
I just want to, you know, I'm. Hello everybody.

█ ██████████████ 1:07:21
What's your question?

█ ██████████████ 1:07:21
Love from Washington? It's raining.

I'm just.

I'm pretty sure I know the answer to this.

I just want to verify so if we have, let's say the mother's name, right, it's a mismatch in one part of the sequence.

 1:07:34

Yeah.

Yeah.

 1:07:37

And you can't match it anywhere else.

That would be a closure, right?

No record.

Or OK.

 1:07:44

Yes, yeah. Now if it if it falls in an exception mismatch and exception.

 1:07:47

Alrighty.

 1:07:53

Case note in that scenario, but if it's a complete way off mismatch.

 1:07:54

Yep.

 1:07:59

And you can't match it elsewhere.

Close it.

They provided it.

We gotta find it now.

If it's not found, don't close it.

Make sure you're not shutting down a sequence or a case.

Can't find something?



███ ████████████     1:08:17
Alrighty, thank you.

███ ████████████     1:08:18
To answer your question, ██████

███ ████████████     1:08:19
Yep, thanks.

███ ████████████     1:08:23
Who's next?
████████████.
All right, ████████.

███ ████████████     1:08:27
Hi everyone.
It's a 3. Hi. Hi.

███ ████████████     1:08:28
Hi, ████████  Hi, ████████

███ ████████████     1:08:32
It's a three-part, so real quickly inverted name.
So if Mother provides last name, maiden name and in the file those are inverted, is
that OK?

███ ████████████     1:08:44
Now.

███ ████████████     1:08:44
Rodriguez Stanley versus Stanley Rodriguez.

███ ████████████     1:08:48
No inverted names. We are not accepting. We are inverted.

 1:08:52

OK.

So that would apply for first name, middle name as well.

 1:08:57

Yep.

1:08:57

I assume OK, second question.

With the conflicting info section so originally what we were doing is if the front porch request was signed.

If they didn't provide the personal address, or if they didn't, we just based it off of that.

But what my understanding is from this training is that still applies.

But what you're saying is that if you have a completed request?

And a completed ARD in those conflict were shutting those down.

 1:09:27

Yes.

1:09:27

It's like an additional requirement is what you're saying is we need to be paying attention to that as well.

 1:09:33

Correct, yes.

 1:09:34

OK, OK.

Thank you.

And then last thing would be with the sequences in the VOI, we are getting as much as we can in the a file dispersing the rest throughout the other sequences.

 1:09:47

Here.

 1:09:48

But we do have to bookmark last name and country of birth.
So somebody had mentioned if if country of birth is correct and three of the sequences, but it's incorrect in another sequence.

1:09:58

Date of birth.

1:10:00

Can we just bookmark that if we're confident that that person is who they say that they are?

1:10:06

Say that one more time and it's date of birth.

1:10:08

So.

1:10:09

It's last name and date of birth.

1:10:11

Cut. Oh, date of birth. I oh OK.
OK.
So let's just use that as an example.
Then if it's, if the last name or the date of birth is incorrect, it's conflicting.
But everything else is correct.
Because maybe they entered with a different last name.
They used their mothers or their fathers, whatever. Can we just?
Bookmark that to show that like this is the right person.
It's a part of their file.

It's just that because sometimes they're only like.

Like you know, 10 or 12 pages.

Maybe there's AI 214 or whatever that comes through.

Can we just bookmark that?

It doesn't match, but this is the person.

█ ████████████ 1:10:50

That's probably going to be more of a one off ████████.

And you can always come to me as your supervisor.

Yeah, I get to say, come to me this time.

We we can always talk those one off scenarios that happen, but that'd be a. That'd be one of those times you'd want to talk to your supervisor.

█ ████████████ 1:11:08

So otherwise, if something if if last name or date of birth doesn't match, we just deactivate the sequence.

█ ████████ 1:11:15

Yep, Yep. You're not sure it's your person and that you can't match those two things. You.

█ ████████████ 1:11:16

OK.

Thank you.

Well, that's what I'm saying is we know.

We know it's the person.

We know it's the person. They just, for whatever reason, the last name is different or their date of birth is different or the month and the day are inverted or something like that.

█ ████████████ 1:11:26

Your supervisor.

█ ████████████ 1:11:35

But we are confident that that's who they say they are. You're saying just to come to you.

     1:11:38

That's yes.

     1:11:41

OK.

     1:11:42

Well, you come to me because I'm your supervisor.

     1:11:43

Yeah, yeah, supervisor.

     1:11:43

Everybody else, go to your supervisor. Yes.

     1:11:46

OK, sounds good. Thank you.

     1:11:48

So then if they come to you and you say yes, that's good, can. Then if that then the the model for the everybody else. So they don't have to come to a supervisor.
It depends.
It all, it's gonna depend on the scenario because there might be some instances where they're not match, but I can match the address I can match so many other things in there and that's why you need to go to your supervisor, whereas there might be times where it.
Doesn't match and it's way off and I can't verify any of that.
So to your supervisor that transfers the risk away from you to your supervisor.
But that's cool. I'll take.
I'll put it on the screen.
OK, we've got hands in here real quick. Going back to the proof of death.
So we're no longer accepting the 100 year rule.

No. Even though it's in the CFR.

I will come back on you to that one.

Hey ▮▮▮▮.

We'll follow up with you on that one, OK.

▮▮, did you have a question?

I didn't.

I was looking at ▮▮▮▮ for a long time.

▮▮▮▮ OK.

Kind of covered.

I just wanted to kind of verify with that last name.

DOB in every sequence like I just today had a couple with temporary files where all they had was like the letter we mailed to them for the receipt.

There's obviously no DOB, but I can connect it, yes. So I'm not gonna be.

We can use some common sense here.

Yes, absolutely.

We're not so stringent on this book, mark.

Last name, DOB that if it's not in the file, it's like the parents names. If they give it to you and it's not in the file.

Just want to verify we had some good common sense.

Good point there, good point.

Mine mine just had to deal with that a number and close it down.

FCTD since all the VOI it didn't match the VOI.

We're not allowing them to have that file.

Say that again footage piece.

We're closing the cases down if everything matched, but the a number denied.

Shouldn't that be TD instead of FC? Because the A number, we're not letting them have the a file because we don't have consent from the person that has that a file number.

They gave you the wrong.

A number.

It's conflicting information which would be.

FC and you put the insert in that says a number provided does not belong, was not.

Err, I don't know what the doesn't match.

OK, I thought.

That used to be in the TV letter.

It might have been accepted. OK OK.

Thank you.

Yes, I'm online too, I think.

Oh, he's been waiting.

Oh yeah, you can raise your hand.

Wait, you mentioned for case creators in the duop search to look for. Look in the original case to see if the sequences had deactivated.

Yes, I'm assuming the same guidance would be for US processors in the Duke search as well.

Yeah. If you see one and you, you got questions or you want to make sure this actually was sent, it'll help you also to see what was unsent.

So it's not a bad idea to go ahead and do a quick search and just see what they deactivated and didn't provide. Just wanted to make sure. I mean, I don't just want to assume.

Be sure when you do that, it's always best to cover yourself for sure.

So while next.

Time you want to come off mute.

█████████████████    1:15:31

Yeah, hello.

Yes, I'm here in reference to the T files.

So sometimes in some of the sequences we won't get it a file. We only get AT file.

We considering that as a a file so to speak.

█████████████████    1:15:42

Mm-hmm.

Yes. Yeah.

AA and T when it has the alien number attached to it, that's what you're looking for in that records identifier.

█████████████████    1:15:51

Yeah.

OK.

All right.

Thank you.

 1:15:55

That the a file like if it's a stack, she'll have the records identifier usually as the a number for entire file request.

So you'll want to use that one first, and then whatever T file would be subsequent.

 1:16:06

OK.

So then that means that let's say we get both, we get a file and AT file. Am I able to use both of them to get the?

8 BOI bookmarks OK.

 1:16:18

Yeah, ▉▉▉.

Yeah, you can do that if it if you can't fill it all into the A file.

But the T file has the remaining bookmans that you need.

Just make sure you case note that you use the the other sequence to fill in the remainder of the bookmarks.

▉ ▉▉▉▉▉▉▉ 1:16:35

Very well.

Thank you.

▉ ▉▉▉▉▉▉▉ 1:16:39

That's the biggest.

Yeah.

Can you ▉▉▉▉ need coffee ▉▉▉?

I got another one online. Thank you.

Oh, sorry. OK, we've got time for two more questions. We've gone over if you have anything that's left after the last two questions, send it.

We've got a couple things to follow up on and we will do so.

Just in the essence of time.

So who's 1? ▉▉▉▉▉was the one online. All right, we'll do ▉▉▉▉▉▉.

And then, ▉▉, did you have one?

Yes, OK.

So we'll do ▮▮▮▮▮ and then ▮▮.

And then the rest send to your supervisor.

They'll shoot it on up and we'll get it.

▮▮▮▮▮▮ been tagging all the questions for us.

Thank you, ▮▮▮▮▮.

All right, ▮▮▮▮▮, go ahead.

Everyone say hi, ▮▮▮▮▮. Hi, ▮▮▮▮▮

▮ ▮▮▮▮▮▮▮ 1:17:31

Well, howdy, hello and all that good stuff.

All right, so here's my question.

Multiple a numbers. So we have multiple a numbers that they provide.

Are we required to to put all of the OIS in both of the the A sequences?

▮ ▮▮▮▮▮▮ 1:17:52

Yes. So for each a number you will have to provide.

All the four main elements, and then the four additional provided. You will have to do that for each a number.

It's two separate files.

▮ ▮▮▮▮▮▮▮ 1:18:06

OK. Then to go along with that.

So if we only find on the five of them and one of the A numbers, and then we find the other two and another sequence, then that's OK for us to do that. And would that? Would that count for both of them?

▮ ▮▮▮▮▮▮ 1:18:19

If it's linked to that, if it's linked to that a number, yes.

Just make sure you put the case note in your summary case note.

▮ ▮▮▮▮▮▮ 1:18:27

All right.

Thank you.

▮ ▮▮▮▮▮▮ 1:18:31

█, this goes back to the using sounds like for the names, subject and parents. What is all VoIP, the subject of record Voi, first name, last name, date of birth.

So you cannot have a sounds like for the subject and a sounds like for the parents.

OK, because then your VOI doesn't match with that, OK.

And what if it's both parents?

Yes, that one was OK.

So you have a match with the first name, last name of the subject, but the both parents, right?

Is that what you were asking?

OK.

What about first name, last name subject?

Thomas Hernandez.

Yeah, yeah. You just have to case number. So you can't accept this.

Yeah. Oh, OK.

Yeah, like Hernandez.

All VOY.

Does it?

Yeah, yeah, yeah. That's a great question, absolutely.

All right, guys, so you survived.

We went over.

I apologize, but great questions. We got stuff written down.

This and the updated Quick guide will be coming out for everyone, but we got to get through the next section.

◉ █████████ stopped transcription