# Training Session-20251211_120105-Meeting Recording

December 11, 2025, 6:01PM

1h 21m 52s

 started transcription

**▉▉▉▉▉▉▉▉▉** 0:03

Do want to stress.

Please hold all questions to the end.

It can be a time suck, so and half the time I'm gonna answer your question anyway.

There are knowledge checks.

You'll get candy.

I think it's pretty exciting, but to toss you some candy so you will. You'll get some candy.

Might get a lot of candy, might just get one. But candy?

**▉▉▉▉▉▉▉▉** 0:25

One, but I still can't believe.

And then for our online forum.

**▉▉▉▉▉▉▉▉** 0:28

And then for our online.

That's awesome.

Hi, good.

Sorry about that.

So for online folks, gold stars for everything you answer right in the knowledge checks, it is hot.

Sorry if I sweat, I try not to feel more sorry for ▉▉▉ that he has to deal with me, but that's OK.

All right, so it's a lot of information.

I cannot cover every single aspect of what we're gonna of all scenarios.

And everything this whole training is to go over the guidance that was sent out back in September.

But it's not all inclusive guys.

So if you have a one off, please please, please reach out to your supervisor.

**EXHIBIT K**

Your supervisors know how to get a hold of me.

They do.

███ and ███ sit right by me.

They have no problems.

And ███ too, so.

Don't worry if you have a question. If it's not answered, if it's a one off.

You can get that information to you later, but let's try to keep it to the majority of the situations.

So this is a walk through of that guidance, the Quick guide, the Quick guide is a tool.

It is not to replace the case processing guide.

It's not to replace the create PPM.

It's just a tool to help you navigate through these changes.

PPM in the processing guide will be updated with the new policies.

But this doesn't negate that.

All right.

So.

Just some objectives from today. We we want to familiarize everybody with the new guidance. So you're all comfortable with it.

We're going to clarify how it impacts both case, Creed and case processing.

So that's why you're here together.

You what case create does does impact processing and processors, you're going to find out what you've been doing is going to impact case creators too.

So we're A-Team. You guys wanted one voice.

You got me.

I apologize, but hopefully with one voice everyone getting the same training, it'll be consistent across the board.

This PowerPoint and the updated Quick guide because we took your feedback, we've made some updates.

We'll be coming out to you all so.

This guidance doesn't go into effect until tomorrow, so we wanted to make sure we got everybody trained up all questions asked, ████████, logging all the questions.

So anything we need to follow back up.

On we will do so, and I need a drink again. I'm sorry.

For those that don't know, I just spent an hour and a half doing this earlier.

I'm hoping we don't go that long, but it happens. So and then we're going to

address some common questions and scenarios too.

So there's going to be knowledge checks throughout. It's pretty simple.

You're just going to raise your hand when I tell you to raise your hand, OK?

All right. So just so you guys know to reiterate this quick guys to help explain the new BOI policy from September 16th. This is not to replace the PPM or the processing guide.

And it's not going to cover every situation, every scenario, everyone off not going to happen. If you do have a special scenario or case, ask your supervisor.

So don't hesitate to reach out to them.

There's gonna be those situations, immigration and any kind of law. It's all great.

So there are gonna be times where you're gonna have to use your analytical hat and your thinking cap.

That is fine.

But reach out to your supervisor if you need further assistance on this situations.

OK.

So BOI, the verification of identity according to the Code of Federal Regulations for the CFR, the requester must provide the following five elements of VOI for the SOR the subject of record.

Whole name, date of birth.

Country of birth.

Current physical address.

And signature.

We are going to go in depth about all these things and the changes made, so hang on, I'm probably going to answer a lot of your questions today.

So some important notes that I want you guys to remember.

Whenever an exception is used.

Case note.

Case note case. Note, I can't stress that enough.

You're going to hear me say it throughout the training case.

Note it is imperative that you are case noting.

When you use one of those exceptions.

Second thing alleges unknown question Mark links no longer accepted for BOI. They have to provide us those five elements for us to be able to release their records to them and what they provide has to match.

So they can't just guess and be like, oh, I think it's this. They have to know.

Because it's not our job to read their minds.

I don't know about you all, but I would be a really terrible psychic.

So we don't expect you guys to do that.

It's up to them.

It's part of the CFR. They have to provide this information to us so that we know we release the information to the correct person.

We're protecting the records and we're protecting people's lives.

All right, ██████.

So SRS full name, you must verify their first and the last name of the SOR.

OK, seems pretty simple.

But like we know of all things, not always.

So we have a few exceptions.

So a couple things haven't changed.

Hyphens still there day in the last name spaces.

All the same.

Aliases. Aliases can be used, but there's a couple of caveats for you guys to be able to use them.

First of all the full.

Name the full alias name.

Must be found in the search tab or the R it has to match what was provided. So first and last name of that alias needs to match.

2nd.

A number must be provided and it must match with that alias.

So there are scenarios, and we're gonna do some different scenarios to talk this out.

And a lot of the scenarios we use are things we've been seeing.

Everybody's probably seen them, so that is one of the exceptions is the alias.

But they have to have that a number.

██ ████████████████  7:42

What can be done for my body? Trying to love you.

██ ████████████████  7:43

If you're not on mute, can you please mute yourself?

██ ████████████████  7:44

I was getting angry at the same time between somebody.

So what would be part?

7:51

Thank you.

All right.

A couple more exceptions. So name exceeds the character limit.

A lot of those Eastern European names, a lot of the Russian names, they're long.

They got a lot of characters and sometimes they exceed that just match what you can match as much as you can with what's in their system, what's in the file, match what you can it. It happens.

It's no fault of their own.

It's just what we're able to fit.

Alternate spellings.

So alternate spellings or sounds like these are acceptable when all other VOI matches.

All other Voi were talking about. Once again we we have the names, right? So our final it's the name, date of birth, country of birth.

We have that signature.

All the other stuff has to match, OK.

And we'll talk about the parents here in a bit.

So hold on, let's get through that.

So our first.

But some acceptable examples Gonzalez with an S versus Gonzalez with the Z we've all seen that one frequently.

If you do happen to come across this keynote case, note any exception.

Case note you cannot bookmark it, so it looks similar.

It is not an exact match.

So what's not acceptable on this?

They give us two last names and only once in the file.

Or vice versa.

They say my last name's Perez, but we have Santos Perez in the file.

Can't bookmark that.

And that does not fall under ultimate. It is a mismatch. We have to have both names provided.

Also includes inversions.

So if it's Perez, Santos or Santos Perez, we're not accepting the inversions either.

All right.

So date of birth no longer accepting unknown question marks.

Or numerical inversions.

I want to stress this numerical inversions, so if they put 10/11/1984 they wrote out 10/11/1984. We're not accepting that if they it's 11/10/1984, but if they put 10 November 1984 pretty clear which one's.

The day and which one's the month?

Right. So that's what we're talking about.

We're not gonna read their mind, guys.

We're not gonna guess for them.

Our job is to protect these records, so if they can't give us the correct info that falls back on them, we're gonna send them a letter saying it doesn't match.

But if they spell it out, you can clearly determine what's the day and what's the month.

So don't shut it down just because they spell out November and it's behind the 10 or it's found in the file that way. Or one of the few countries that puts the month first. Could you?

Could you say that again?

If it's a few countries that we're one of the few countries that puts the month before the day, what if it's the reverse? If it's numerical and they reverse it, you're shutting it down.

I mean, a country that does day, month, year. Yes. If they shut down, if they put it that way and it's not spelled out.

So if they put 1011.

But the file is November 10th.

We're not gonna guess it's. Are they saying October 11th or 11? November 10th.

We're not guessing for them.

No, I don't mean to guess.

I mean, some countries go 11.

We don't care.

Like so, that's a that's a close. That's what you're saying.

They gonna sound harsh.

They gotta do it the American way.

I think that's how you put it to me, ▮▮▮.

They gotta do it the American way.

So that that's the expectation for the numerical side. If they write it out, guys, we can clearly see what they're saying.

It's when they put in America.

So if they put 28-10 dash 2025.

Talk to your supervisor.

Like I said, I'm not doing all the. That's something you can if your supervisors like.

Yeah, that's fine.

But I'm talking about the ones.

I'm talking about the ones where we can't.

It's pretty clear we cannot.

We're guessing for them.

We're filling in the blanks for them, OK?

All right, let's go on to country.

So for country of birth, we are only accepting country abbreviations for the COB. If the abbreviation is unique to that country.

Dominican Republic. Pretty unique, right?

But how many can figure out Chirk?

How many different chirps are there? We have Turkey, Turkmenistan, Turks and Caicos like. There's way too many options that could be.

We're gonna shut that down.

All right, so physical address.

This is the one that's probably given people the most heartburn and we're going to try to cover it the best we can to make it easy to understand.

At first, we're gonna talk about what we're no longer accepting, so let's no longer accepted e-mail address.

Shut shutting it down. I have to provide a physical address, address of the representative.

We will talk about 1367 in a minute, but.

No safe address.

They're just attorneys.

Just like. Nope, my address.

My address only shut it down.

Incomplete address.

For not mind readers, again, we're not going to fill in the blanks.

So that's up to them to provide the full address.

No last question.

Can it wait?

'Cause I might answer it, .

Thank you. Sorry.

The reason I'm having you guys wait on questions is it's a lot of info we have to get through and there are times I'm gonna answer your questions at the end, OK?

So another exception is what are some of the exceptions PO Box?

We now accept PO boxes.

Do you see an attorney that's putting PO Box for every single one of his folks?

Go to your supervisor about it, because we need to make sure, but for the most part we do accept APO box.

It's only if you see a trend or something that looks fishy. Once again, use your hats.

Use your case processing your case, creating hats, do your analytical skills.

Minor SOR. So the parent and Guardian is a requester and they put the the subject of record lives with them and they're a minor. I don't know.

But you all but my teenagers still live with me.

We have the same address.

Pretty much a common sense thing.

We don't want to shut that down because the requester address matches most children live at the same address as their parent.

And then deceased. Sori do not need the address of the cemetery.

Plain is simple, don't need that.

We're cool.

Just we'll talk about that with the signature, but yeah, this is.

So let's talk about the one that is probably a little more Gray area. Muddy Water, 1367, Vala protections.

Safe address is accepted.

I can mark safe address. However, there are some things that we have to make sure.

We have to make sure is being covered.

████, do you want to chair?

Do some chairs up here.

Everyone want to say hi, ████.

Sorry, I don't embarrass you here.

And yes, I will have you guys say hi to people, so be prepared.

So for the case creators, just because they put safe address and the attorney's address matches with the subject of records don't just shut it down.

Do your due diligence.

Open up that search tab, see if there's a banner in that request.

I'm gonna stress this multiple times.

Again, review the entire request.

Review it. There may be mentioned Avala.

In that request, they may be asking for a ballot document.

They may be saying I need my you or my T visa documents. Review the entire request. Don't just automatically shut it down for the safe address.

If any of those are present.

And case net case note case note case. Note why you created it.

Because it's going to now go to the case processors.

███ ████████████    17:32

I have a comment about that.

███ ████████████    17:34

Can you Please wait?

██ ████████████    17:37

Sure.

██ ███████████ 17:39

Next.

So for the case processors.

When you come across these cases and you see that case note from the case creator stating possible violent tell you right now, the banner doesn't always populate if it is pending adjudication, it's not necessarily going to be in the system that banner will not be present a lot.

Of times it doesn't populate until somebody triggers it, and usually that's because they adjudicated the court.

That's how it populates in the system.

So it is your job to then review the entire file and look for one of those 1367 Volt

documents.

If it's not found, close it.

Close it FC for the address with the address sensor. But if it is found, go on to the next step. She would with any valu case that you find a demandor on. Do all the steps.

Case note the document what page it was found.

We've shut down a lot of these because of state address that we should not have shut down and this is to help kind of explain it.

So case creators, just because they put safe address don't. And you see it's matching this attorney don't just shut down.

Review the entire package case processors. Review the entire file.

They work together. We're one team.

And what we do impacts each other.

So let's make sure we're doing our due diligence.

So what are some common valu documents?

So the I360.

Is a little check mark that they put on there that says Vala be a spouse, spouse or whatnot, or parent 9/18.

EU visa that they apply for a 914.

The T visa.

The 929, which is a qualifying member.

Family member of someone with a U visa. You also might see it on an I485. It might marve.

Just spouse. Use parent. Use child.

Do you due diligence to review these things?

Check to see if they're requesting one of these things, because we don't want to just shut these down.

And we're going to have to.

Examples guys.

We're gonna go through some scenarios of this and hopefully that'll help make it make sense.

So signature still the same.

Need a signature under notary, penalty of perjury mark.

Yes. On the front porch, if it's just the front porch, we have to have something that has not changed.

Are there exceptions to the signature?

Yeah, we do have some exceptions.

So the minor subject of record minors can sign for their own documents. Now, if you have one that's two months old and they're signing for their own documents, talk to your supervisor.

I got some questions about that 'cause mine could not do that at that age, but.

If the parent or guardian is the requester, there are a couple of things that we have to have.

We have to have valid proof of parentage or guardianship.

So bursert adoption decree board order establishing guardianship after one.

O3.

And then we have to have the parents full VOI.

That's their full name.

Their date of birth.

Their country of birth and a signature stress that again.

And a signature.

You might have a birth cert present that is not signed under notary or penalty of perjury.

So you have to make sure you are reviewing all of that information.

Why is signature so important?

Well, let's say the front porch is marked, yes, but they left the date off the date of birth, and all we have is a driver's license.

We cannot fill in the blanks off the driver's license.

It's not signed under notary.

It's not signed under penalty of perjury, and they have stated all my information is valid and true.

But they let me step away.

So that's why we're stressing this thing and that's why it's important that the parents provide it too.

Another one deceased subject of record.

The requester just needs to provide one thing.

And.

Valid proof of death.

That's all we need from the requester.

So this was something I just learned ▮▮▮▮ just told me about.

We are finding out about 100 year Rule, ▓▓▓ said.

She'll get back with more information.

About how that plays in effect, but for the deceased subject of record, we need a desert, an obituary.

A screen print from the Social Security Death Index.

A.

Probate documents filed in court filed as the keywords, but notice something's missing on this list.

Head's done.

No longer acceptable.

These four things.

We also do not need the requesters VOI, they do not have to provide full VOI.

They just have to provide this valid proof of death and the SOR's information.

All right. So we're going to play a little knowledge check game. If you guess right.

Get some candy.

I'm sorry for my online folks.

You're going to get gold stars for me.

So true or false?

So I have everyone raise your hand on the true ones.

And if it's, you don't think it's true? Just keep your hand down.

The requester sends in a request and lists the the country of birth as Turk.

All other VOI is filled out.

And is signed under penalty of perjury.

Is this a good request? Who says yes?

  23:58

▓.

  24:02

Who says no?

All right, ▓▓▓ what's the answer?

Correct.

Candy for everybody.

Why is it that and you can get candy?

Why is it?

Why is it no?

Because it's we don't know.

Because of all the different variations of Turk, something that we don't know what country it is, that's throw him some candy. Put this way, █████

Papa got bad eyes.

No, can only see it close to those.

It's, it's this we don't know.

█████ does not get any candy this time.

In your job, █████ to figure it out, she failed.

It is not good job.

All right, you've already given.

Us cheap █████.

I'm gonna tell █████ to, like, take away something true.

-1 point.

You're all covered up.

I don't.

Yeah. OK.

It like it once it shows.

The requested a self request and the subject of record provides an alias there maiden name because they recently got married they provided all other BOI along with their a number and marked yes on the front porch. All information for the a number provided is under the alias is.

This a good request. Oh, oh, yes.

Alright, see you a lot.

A good request if you jump for because they also provided the a number.

Right.

Yes, correct.

How you doing, █████?

OK, good buddy.

I'm older than you.

My eyes are worse.

Good try.

Good time to see me trying to cool down.

Everything was the earliest provided in the request, yes.

So the alias was provided in a request, but what?

She said while ago was required by the CFR is that if the alias was provided, they also have to provide.

If the a number was not there, no good.

Exactly right.

Good job.

All right, so oh, look, the answer is not up there.

Fair game.

Alright, the request is submitted by an attorney for the SOR's address. The attorney has used their office and marked safe address.

The attorney is requesting a copy of the SOR's entire file, including their U visa documents, but there's no banner found in the search tab, so case creators this questions for you.

How would you handle this case?

All right.

For those that think a close FC.

C closed TD.

See create the case without a case note.

Or D create the case with the case.

Note who thinks that one.

████, you can now give the answer.

Yes, case creators, they have told us that there is potentially biological documents in that file and they put safe address just because the banner is not present.

I still need to go ahead and create that case because they mentioned.

However, we're now gonna go to the case processing side and how we're gonna handle this.

So same scenario. I was just gonna support that real quick too.

We've seen a lot of those and that is a huge deal, making sure that they do have that mention of EU visa or something like that.

Yep, Yep.

Make sure they're mentioning that OK.

So same scenario, right?

However, for the case processors, there are no 1367 or Wawa documents found in the RR.

So how would you handle this?

Are you gonna close it, FC?

OK, close TD.

Process the case without a banner.

Add the banner and case note, then process the case.

Not here.

Tricky one, right?

Let's answer ███████.

There you go.

Can I go?

None of the above.

What if they have a receipt that we can locate in rails and that was the I 360. If it wasn't uploaded?

And you think there's something missing?

You can always reach out to your supervisor once again.

It's a one off that does happen on occasion that not everything gets staffed, but you can always reach out to your supervisor.

But let's say this one. Everything is staffed, everything is.

That we have.

For them, for their immigration record is in first and you don't find that document.

We're now taking their word for it instead of going off the information we have and like if the receipt was on the request like a whack, you know, 1833 and like, it's kind of implied there. We can see in rails it wasn't snap for me.

Oh, I'm sorry.

I'm sorry. So here's the thing guys.

For one off scenarios, reach out to your supervisor.

This is encompassing a majority of things that we've seen because we've seen people just processing because they they write safe address and there is no 1367 valua protections at all for this individual because the attorney learned they did it once. They can do it with all.

Our jobs to protect the records.

OK.

So they're not gonna provide all the information that falls back on them to provide the correct information. Now if those documents are in there or you think there's stuff that alludes to that document should be there, reach out to your supervisor.

This is where your supervisor's gonna come in. Come into play, OK?

Alright.

So coming on, OK, this one's a curveball.

So everyone pay attention.

Front Porch request is submitted by the SO Rs fiance. The fiance listed their address as the SO Rs address.

All other BOI provided matches in the front part. Front porches marked yes. How would you handle this request?

A close FC and bring closing FC.

OK B close TD.

OK.

See create or process the case without a case note.

D Create or process the case with a casino.

OK.

Or E ask your supervisor.

I'm █████.

Thank you.

Alright █████, I left out a lot of information in this scenario, but I have seen this one play out in like 3 different ways.

We need more information. I have seen where? Yeah, they are living together.

We have documents in the file that shows they're living together.

I've seen where they're not ones in another country, and this one's here, and he's using all her information to try to get the request.

Because it's been consolidated to her file and he can't request it as a petitioner.

They're both.

We're missing a lot of info, that's why this question is vague.

It was meant to trick you guys to make you think because it seems pretty standard.

Their fiancees.

They're probably living together.

But how much information else do we need? You have to do your due diligence.

You have to make sure you have all the facts.

Is that one listed as an exception?

Then I would do it a fiance, no?

So I'm done then.

I guess this is a one off.

That's what this is.

This is that weird scenario that may happen.

A.

One in a million.

Yeah. The one in a million, but most of the scenarios before that, that's the more common this one was meant to trick you guys as to make you think.

That's why I put ask your supervisor.

All right. So the different storage request that request is being sent to the e-mail address in the request.

So.

So are we going to start like checking that or being concerned about that?

Because I don't.

We're just talking about verifying the identity, where the stuff's going as a different subject, OK.

I'm just talking about verifying their identity.

That's what this.

███ █████████████████████████████    33:52

██.

What if we don't even have? I mean, because you're talking about one person asking for the file that belongs to another person. Don't we have to have the consent in VOI of the fiance?

Or what if the receipt is consolidated?

We have a TD question to answer first before we go into whether or not the address is OK to share.

███ ██████████████    34:16

This was just more like winning your you're basically answering what my point is. There's so much other stuff we don't know.

This was very vague. All I told you I didn't even tell you if they wrote their name or the fiance's name.

███ ██████████████████████████    34:30

OK.

███ ██████████████    34:31

I didn't tell you what the contact info was.

I had one where it was all the fiance's contact info.

It's one of those rare scenarios that may pop up, but it was meant to get you guys thinking. The whole point of this question.

████ ████████████████████    34:47

OK.

Well, give me my candy for at least that part.

████ ███████    34:50

You want your candy, ██.

████ ████████████████    34:52

I want my candy.

Everybody knows I love candy.

████ ███████    34:54

N.

A supervisor, you said more to do.

So send us questions.

████ wants all of the questions just so you guys know. Just send them all to ████.

That's all right.

Interrupt this afternoon.

You guys have a help desk as well.

OK, help desk if your supervisor is not available, send it to the help desk and one of the supervisors will get with you.

You and try to help you out. OK, so you're not swimming out here in the ocean without a paddle or help or assistance and a little dinky.

We are here to help you and this is just.

Something quick to go through to kind of help navigate some of those rough waters.

All right. Consent still the same. This is not changed third party request.

We have to have consent.

No scans or butts. We have to have consent from the subject of worker to release those vests.

Still the same.

This is just a FYI, don't forget.

All right.

So we're gonna get into the additional information.

So there's the elements they have to provide.

And then there's the stuff they can provide voluntarily so that we can make sure we have the right file.

So when this information is provided.

We have to make sure it's the correct information.

So what some of the most common additional information provided.

Alien registration number and parents names.

Who said parents names?

███ gets candy. I can't today.

Save it for ███.

Yes, alien registration number a number and the parents names.

So let's talk about the a number.

So if the a number is provided, it must match exactly on the search tab and or the responsive record.

It's not an exact match close at FC.

They provide the wrong a number.

We can't match it with our subject.

Kind of falls back on that.

OK, the 0 is not so I'm talking about they put 1-2 it's 12345 and they wanted 26789.

I didn't know how, didn't know how to pick you.

That's a good point, ███.

I've seen it shut down without believing zeros as far case creators.

Just make sure you guys are staffing.

Yeah, they're a number is after the zeros. All historical files guys.

They didn't have the zeros before.

That was new when our system started updating because a lot of our if you ever dealt with Midas, you take out the zeros. The system doesn't like it.

So yeah, great question, ███.

Another thing.

You can go back.

Go back, go back, ███.

Yeah, we're still on a number.

OK.

There it is.

Another note guys, the subject of record can have more than one.

So if they provide more than one a number, don't just.

Shut it down now as the processor, if there are more than one a number and it's not consolidated together, we're going to discuss bookmarks later.

But you have to verify both a numbers match our subject OK, but just because they provide 2 not just automatically shut it down, I don't know how many of you have worked with the record side, but it happens more frequently.

Than most people realize, especially when they're crossing at the border and then Department of State will send them a different a number.

I'll bet yourself.

All right, now we can go on to now.

That's OK. All right. So if provided both parents first and last names must match what is in the file.

If they provide, it has to match, but like all things, we love exceptions, right?

So we got some exceptions.

Same as always, hyphens and the last name spaces in the names.

Nothing's changed with those three things.

Still the same.

Character limit.

Better, slow down my speaking.

Sorry █████.

No, you're don't need to slow down.

I'll catch up. OK. Character limit just match what was provided once again.

Sometimes they just run out of space, so match what you what is provided what you can.

Alternate spelling.

So this one is a little bit different than the subject of records.

We will accept alternate spellings.

And both parents can have alternate spellings, so both are Gonzalez with an S and the files Gonzalez with AZ.

We will accept that for both parents.

However, all other BOI, all the subject of Records, BOI has to match. OK?

Another one mother's maiden name. This was one that we shut down the most for others. Maiden name. Not in the file mismatch, but we her mother's maiden name's

in the file. But the last name's not.

Or there's a mismatch.

Mother's name is found.

Don't bookmark it.

It's not an exact match.

Your bookmarks are for exact matches.

K Note K snap the page you found mothers maiden name, most common one.

You're gonna see it is that G325, that bibiography page. It says mothers made a name right there. If they provide it, they don't provide mother's maiden name.

And that's all you have in the file.

Totally different.

Also, don't just shut down because parents names aren't found in the file.

That's not the same as a mismatch, OK?

That's just it's not in the file.

If you only find first names, that's fine, but you got to match the first names.

You just list last name not found in file and we will talk in length about bookmark guys. I know you're super excited with me right now having a blast, but we're going to talk about bookmarks too, and we'll go more in detail.

So.

A little knowledge check.

Mother's last name provided is Skywalker Smith.

But only Smith is found in the file.

Can you bookmark it? Who says yes?

Who says now?

Alright.

You're on the ones that said no. Why?

That doesn't match two candies, ▮▮▮.

Who's the other one?

This is why ▮▮▮ is throwing the candy and I threw it.

We'd be hitting the walls and people would lose eyes.

So I was not allowed to join the softball team because that's too terrible at growing.

All right, so next one.

So if both parents last name provided is Hernandez with AZ.

But both last names in the file are Hernandez with an S.

All other BOI matches in the file. How would you proceed?

A close FC.

B. Bookmark both last names.

See bookmark only one of the last names.

Or do you leave a case note?

All right, ██████, you're the one shot in yd.

'Cause we can.

We can accept it because of the similarity, but we cannot bookmark it because it does not match correct and I see more than I wanna tell you about that.

People bookmark it.

I'm sending no, you cannot bookmark it.

Yeah. And guys, so you are aware from the approver standpoint?

How we view?

Do the bookmarks, whatever they put in that request.

On the left side for first name, last name country, birth date of birth. When we go to approve and we're reviewing your bookmarks.

It your bookmark has to be an exact match because all we see is the exact match.

That's why I'm telling you to case note.

Don't don't bookmark them. Wrong case.

Note the thing because it does show this was not bookmarked.

And then we know to look for a case code, but it only will pop. It only populates the exact.

Information that was provided.

I have a question about this.

Now, do you want me to wait?

Because here's the thing.

It says that if there is an alternative spelling, alternative spelling of her parents name is provided, but every other UI matches. We should accept that.

So how do we square that with alternate spelling of the SOR snake?

So what does that we're talking about? If there's an alternate spelling for this word, let's say he's Gonzalez within us, and parents are Gonzalez within us and everything's Gonzalez with the Z.

Yeah, we can't have both, right? Right. However.

Let's just say he spells dad's name as Frederick.

And I chose a really bad name.

We're gonna use ██████ name is Katie.

Kat i.e.

Very common spelling for Katie. However, ███████████ Katy.

So everything in the file is Katy.

Same exact name, different spellings, because depending upon who wrote it down, could have spelled it differently.

That's what we're talking about.

Alternate spellings and the sounds like OK.

A letter flipped.

Because we're human and we all make mistakes, right?

I I've done it several times where I'm updating CIS two. I flipped 2 letters on a parent's name.

My question is kind of like if the parents names sound the same, so parents names we cannot use alternate spelling so parents names and for the SOR in the same case.

So only one can be alternate. OK. Thank you.

Yep, you got it.

All right.

So last knowledge check for this little section and we're going to have to hustle because we still got a lot.

So requestor provided both the mother's current last name and her maiden name in the request.

All documents in the file are for the mother's maiden name.

How would you proceed?

Who wants to just raise their hand and shout it out?

Leave the case now.

███████.

I don't know if you.

There's a left Twix. I hear they're gonna push it off.

Right. We're gonna leave in case, though we've kind of hammered out. You keep answering all made a name and everything for the parents. Yes, correct.

All right.

So I try to hustle through this guys.

This is why I kind of wanted to hold off questions.

Just we will have time at the end.

I'll even stay over to talk with some people if we need to.

Don't worry about that. But the additional request documents the ARD.

Review the entire request package.

Say it with me.

Review the entire request package.

Why we are stressing this too many people are just shutting it down at the front porch and not looking at anything else. They're either.

They're not going further, and one of the reasons.

We are talking about this is because.

There are situations to use the ARD, but we have to do our due diligence right.

So ▮▮▮▮▮▮ goes to the next slide.

So in order to use a VOI from the ARD, these are the paper documents they upload.

It must be signed under notary or penalty of perjury.

We talked about that earlier.

If the front porch is marked, no.

You have to get your BOI from that ARD and that ARD has to be signed.

Otherwise it's in complete request.

Right. If it's marked, yes.

You still need to review that ARD because there may be stuff missing from the front porch. We talked about the day missing from the date of birth.

There may be information missing, or the ARD and the front porch might conflict each other.

And we're going to talk about both of those scenarios.

So let's start with missing first.

If Voi is missing from the front porch but found.

In a complete ARD, proceed to process the case.

Now, why is the no important?

What's missing on a no front porch?

Signature is incomplete.

You have to go to the ARD.

So something's even if it's marked, yes. If we're missing that day, right.

Still need to double check the ARD so case creators.

We're gonna have you update the left side.

How with that missing info?

But there's some rules to it.

It has to come from the request.

Do not do not do not update the left side off of the search tab.

Or pieces.

Or rails or any other systems has to be the information that came from the request and case. Note that you made the correction.

Two things you gotta do.

His processors this will help you guys with bookmarks, OK.

And I apologize guys.

This light right here is like roasting me today and I wore the thickest sweater possible. So.

All right. Conflicting Voi, this one's gotten a lot of people and it's stripped a lot of people up.

So hopefully today we can clarify this.

If BOI is found in a complete all BOI signed everything A or D but conflicts.

Would they complete all VOI and Mark PS front porch?

You're going to close that FC.

So we have an example.

The front porch is marked, yes, and has United States for the sons country of birth.

It is a complete request, right?

They put United States.

You have an ARD that's signed under penalty of perjury, but has Mexico for the sons country of birth.

Which one am I going off of? You have to close it. You don't know.

You'll have the same question, right?

 50:45

Front porch. A front porch.

50:45

Which one's right?

Either one.

So that's, that's the whole thing guys. We're not mind readers.

They messed up.

They filled it out wrong.

It kind of falls back. Which one am I selecting right?

So this is just a little scenario.

We'll do some walkthroughs, but your job's not to fill in the blanks.

Pick and choose. We're trying to make it a little bit easier on you guys and it also still goes back. The CFR is clear.

You have to provide that information. It has to be correct and match within the file.

They don't.

It falls on them.

They didn't do that.

They provide us conflicting info.

Falls on them now if they provide 2A numbers, we could have two a numbers, but both a numbers have to match with our info.

████████████████████████████  51:37

Katie. Is this where we would use when we close at FC?

We would use that multiple versions of EOI insert.

████████████████  51:46

I believe so, yeah.

████████████████████████████  51:48

OK.

Thank you.

████████████████████  51:51

Can I ask a quick question about that?

Yeah. What if they provide two dates of birth? Same thing.

It's one of those things, guys, if they're providing us different info.

They can't make up their mind.

So which file are we providing for them now?

If they say here's one request for this a number, it's under this info.

Here's another request for this a number.

It's under this info.

They've provided us the DUI for those that they batch, right separate.

But we just have Joe Schmo from Mexico.

On 10/11/84, I don't know why I keep choosing that date of birth, but it's the only one that seems to stick for me.

But they put it different ways throughout the request.

Which one are we supposed to pick and choose?

The one we make match.

No, we're supposed they're supposed to provide that to us.

We want to protect these records.

We don't want to release something to someone that doesn't need to have it.

So let's do a couple little knowledge checks.

We'll try to fly through them. I know it's running late and we still got more info.

We got to cover and I'm sorry.

So front porch list the attorney's address for the SORS address and is marked no.

There is an ARD that has all VOI and assigned under notary that gives a different address for the SOR.

Is this conflicting?

He says yes.

He says no.

.

Nope, it is not, because the front porch is incomplete, right? That's fine.

All right.

So.

This is front porch list. So Rs country of birth as Mexico and as Mark.

Yes, there's an ARD that is signed under penalty of perjury, unless El Salvador.

Is this conflicting?

You're right.

Sorry, we're gonna have another.

Sorry, ▇▇▇▇.

All right.

The front porch has all Voi and is marked yes and is requesting a copy of the I-485.

There's also an ARD with the same VOI and assigned under penalty of perjury, but is requesting the entire file. Is this conflicting?

For those that said, no, why it's not VI.

You really are going for the candy today, aren't you?

The left side tweaks Milky Way.

There we go.

Yes, it is not.

It is not VOI guys.

This is where you're going to have to go to the the case, create processing manual or

the case processing guide to get the correct info right to make sure you're following the correct steps. But this does not have to do with VOI. Seems conflicting, but it's not.

All right. OK.

Stretch out for this one.

So it's going to be fine.

First of all, I just want a caveat.

No one shoot the messenger.

OK.

We're going to have a change and this is the big change that's coming. However, the reason for this change it is to reduce the number of upfront closures and to help with what's been going on with deactivated sequences.

OK, you're going to have a lot of questions.

Let me get through all the info and then we'll walk through some scenarios and then we'll have time to to work this one out, OK.

So the biggest thing that we're gonna have to change our mindset and foya is when we're looking at these requests and we're looking at the RR, it is one immigration record.

It is all one record, it is one individual's entire record.

It is their livelihood, regardless if it is a physical file, an electronic file, a receipt. It is their record.

Their immigration record.

So this includes those physical files. The Ant files that we see on the shelves that we are surrounded by every day, receipt files snaps.

Ellis Island.

Whatever system, it's all one record and we are going to start viewing it as one record, OK.

So this is where the change kind of happens.

So case processors.

This is for you guys.

You are only going to need to bookmark in the A file sequence the four main elements of VOI.

P last name, date of birth, country of birth.

Four main elements for the subject of record bookmark.

Plus the additional 4 elements if provided.

Others first and last name, father's first and last name.

A total bookmarks.

Of record.

Now there's a little more to it.

We're getting to it.

I see the the anxiety, but just hang on.

All sequences must be reviewed in full.

Just shut it down. Saying. Nope. I can't bookmark anything. I made it past page 5.

Nothing's there. No 1500 pages. Look at all.

1500 pages.

Review the entire file.

Review all the RRS all the sequences. Look at it.

All it's one record for one person.

If all VOI is not found in the A file.

Sequence and I'll show you in a bit how to identify the A file sequence, OK.

All BOI is not found in the A file sequence.

Or no, a file sequence AKA receive files because we do have it where it's all Ellis documents.

Is present.

You can bookmark the matching VOI in any sequence of the RR that you have to add a case note.

You want to put it all in the a file.

You can't.

Case note where you found it and bookmark it there.

For the additional sequences, because we have them.

They have to have the last name of the subject of record and the date of birth.

So every sequence must have those two things bookmark.

But you are no longer required to do all of the VOI in every single.

Looking at the entire record, oh, say that again for me.

You're no longer required to do all VOI in every sequence.

You only have to do the last name and date of birth and match the other eight elements of VOI in the A file or the sequence that is famil.

Iar still cannot stress enough.

The sequence doesn't belong to your subject. Shut it down.

Deactivate that sequence.

OK, Jessica's the last name and date of birth match if you're like.

This is Jose Smith Hernandez and I have Jose Cuervo and El Salvador.

Yeah, one lives in El Salvador and one lives in Mexico.

Close down the one that's not your subject.

OK, if you have one where you can't match the last name or the date of birth.

Because maybe it's not in there.

Sometimes we just have the receipt notices and all we have is the last name.

But you can match other elements.

Talk to your supervisor.

Supervisor can put a case note in the file if they agree with you.

Supervisor doesn't agree.

They'll tell you what to do from there, but talk to your supervisor.

This is going to take some time to get used to you guys, but in the end our whole plan is to stop the deactivated sequences just because we can't.

Match Mother's last name.

Our dad's last name is 2 last names in one sequence and one last name and another sequence and stuff.

It's their whole file and it's their entire file.

It all belongs to them, OK?

For my case creators, when you are creating, if you see that a request has been.

Processed within the last year for the entire file and it's before the state.

You really need to go and check the case notes.

To see if there's deactivated sequences.

Because if we deactivated sequences, we're going to have to go ahead and review again.

Right. And there might be new information that they provide to us.

For case processors, do your due diligence.

You don't think it's your person?

Deactivated case note.

Deactivate OK, if you're like.

This is way, way off.

Same with the misfiled document. We had a scope and we send it and let them know.

You don't think it's your person? Sometimes dot receipts get uploaded to files that shouldn't have been.

So do your due diligence.

Alright.

So.

Let's talk about ways to identify what is an A file sequence and I give you a big hint.

It starts with an A.

So let me get.

Right here.

So it doesn't matter where it came from.

This is FRC. This is NRC.

We have NRC over there.

But notice the key element is a. Now with your receipt.

It's not gonna start with the name. It's gonna have that receipt number. So we will have an example to go over what happens when it's two receipts and you're gonna have to do your VI between the two of them. But the one that you're fairly certain is your.

Main a file try to get them all into one OK, but all of this is one record.

All of this.

And that's going to be a change in our mindset with things it's new.

But hopefully we'll stop some of those deactivated sequences and a lot of these upfront closures and things just 'cause we can't match.

Now, just because it's not found is not the same as a mismatch.

Don't just shut down because something's not found.

Parents names very often may not be found, especially those TPS ones.

Or you may only get one last name for the parent.

You know or not?

No last names.

Who knows?

So.

I get it.

It was the one claim.

Did you do that?

I did not.

I did this one time.

Yeah, we just read it.

It was so delicate.

Gave it a win today.

All right, so this request has all BOI for the SOR parents first and last names are provided.

How would you handle this request ██████?

Would you like to answer this one? She did.

Surprise, surprise, surprise.

So bookmark all VOI throughout both sequences and that case.

Note that that's how we handle, so go on to the next one.

And this one we're going to use this example twice because it's a good example of multiple sequences that are both a file and non a file.

So who can tell me?

Which a? Which one is the a file sequence?

I know it's small.

Good job class. Everyone gets candy today.

Yes, warn me.

D is our a file sequence, so we're going to try to get all of our bookmarks into that one.

That one, OK, if nothing else matches, bookmark in the other responsive records OK.

So using.

That same scenario, and I may have given this up, but how would you bookmark the allet in this case?

May have just given this one away, so that one's on me.

If you can't read it, I'll read it aloud.

D.

Two votes a.

Don't get hit by candy.

See.

Yeah, the longest answer.

It's got the most steps, but basically you're going to bookmark within the A file in case not if you have to go to another sequence, but you also have to make sure you put the last name in the date of birth bookmarks in those other sequences.

To ensure that pertains to our subject of record.

So.

I ask.

Just real quick.

Just it might be obvious to most, but I'm just trying to make sure I understand what you're saying.

So if I only found.

Two bookmarks in the A file sequence.

Yep, I'm spreading my bookmarks across all the sequences.

Then till I get them all right. OK. Yes, we are saying it's one record guys.

One record.

Now you still have to put last name and date of birth in all of them, so every single one has to have that last name and date of birth, but then spread the rest of them out. If I can't find the one. Yeah, and case note where you.

Found them, OK.

Now don't hate me.

Yes, there's more.

We'll make this quick and then we'll get on to all the questions you guys have.

So.



██ ██████████████████████████  1:06:18

Hi ma'am, this is ████ and I need a clarification.

██ ██████████ 1:06:25

These medication.

██ ██████████████████████ 1:06:26

Yeah.

██ ████████████ 1:06:28

Everyone say hello to ████.

██ ██████████████████████ 1:06:29

Yeah. Yes.

██ ████████████ 1:06:32

How are you today?

██ ████████████████████████    1:06:33

Yeah.

██ ██████████████    1:06:36

Yeah. Can you mute them? There we go. All right.

Duplicate duplicates. What I did. Did you already touch on that?

Yeah, to double check the double check the case notes for deactivation.

Sequences, yeah.

All right, real quick.

And we'll get on to questions.

But.

Thus, the case creators do know about this.

Some case processors may or may not know there's been some changes with the tracks and how we're doing things, so all track ones are now SMP simple file request. What this means is they're requesting 1 document, and that document is located at the NRC or it's in St.

Or else.

OK, that is a simple track request.

One document and it goes into the SMP for a track one folks to process.

If it's more than one document or the file is not located at the NRC or stacks or Ellis, it's going into Sto. It's more complex.

So still how we call track one? It's now going to show up as track two, just how the system is.

But it is now going to the SDO office.

The case creators are now using the locate tab to answer these questions, and it is highly, highly important you guys answer the questions correctly for this because it'll put them in the wrong track because what happens is NRC.

It is now entire file, the whole file.

So, case creators, if you're asking if the requester is asking for.

The N 400 and all supporting documents.

Is that a simple request?

Is that something that should go to sto?

It's an entire Nile that turns into an entire file request, so it says up there, ██████████

says on that second line for the NRC, for one to two specific documents within related or supporting documents, right. That makes it the whole.

████ ████████████   1:08:34

No.

████ ████████████   1:08:51

Because can you tell me what all the supporting documents are?

████ earned a 400.

I'm gonna have to see that file first, OK?

That's why. So you guys have never dealt with some of these files?

That's when they send in, you know, a packet, a visa packet, or an application.

They're gonna include marriage, cert photographs, affidavits and statements like it's it's a whole laundry list. They're medical documents.

Well, what I wanted to bring about was where it's kind of like bolded. Even where it says and or supporting documents because there are people that will look past that. And they'll say, well, this is only for a one or two specific documents.

And they try and go off and have that case changed to attract 1 and that's not correct case processors. If this says supporting documents.

Sorry, you guys are processing the whole thing or not.

Sorry, that's more pages for you, so it's easier.

Going straight to.

Yeah, let's go straight to the questions.

I have.

I know ████ was the very first one. So ██████, if you have want to come out for mute.

Feel free.

I'm sorry guys.

I am really sweating under the slide.

It's so fun. I don't think she heard.

████ ████████████   1:10:07

Mine wasn't a question.

It was more of a comment and and it was really for.

Creators.

The two attorneys that I see when it comes to safe, I mean safe mailing. ██████████submits all her requests as safe mailing.
So she would be one that I always look for that I always look for any of the Wawa indicative type documents and I never find them or see them.

██ ████████████ 1:10:33
Yeah.

██ ████████████ █:10:44
So I think.
She's an abuser of that situation.
And █████ is another one.

██ ████████████ 1:10:53
Oh yeah.

██ ████████████ 1:10:54
What she's been doing, what she's been doing instead of changing the subject of record address is she's been leaving it the same and then just attaching a memorandum saying.

██ ████████████ 1:10:55
And there are some.

██ ████████████ 1:11:10
My my client has been victimized and but then she doesn't submit any.

██ ████████████ 1:11:14
Yeah.

██ ████████████ █:11:19
Vauga type, you know, records.

██ ████████████ 1:11:22
And that she she is one. I will tell you.

■ ▬▬▬▬▬▬▬▬  1:11:23

So I wanted to just mention those two names, that's all.

■ ▬▬▬▬▬▬▬  1:11:28

Thank you.

▬▬▬▬▬▬▬▬▬▬.

I can never say her name right.

She has one and she does have a lot of Vala clients as well, but This is why we got to go back to that due diligence. You got to make sure they're putting everything in and if it is something where maybe it's not one of her Volvo CL.

But she's just trying to do it with all her people.

We don't have the documents to support it.

We don't have the documents to support it and we we have one for ▬▬▬▬▬.

▬▬▬▬

▬▬▬▬ you can come off mute.

■ ▬▬▬▬▬▬▬▬  1:12:02

OK. Gotcha.

Wait, ▬▬▬. OK.

Yeah, this is just a little mind-blowing in and of itself, but OK, so this is going to the VOI stuff.

If the parents are on the left side and they have a two-part name, whether it be spaced or hyphened, or there's a day in the middle of it, are you saying that we can now process the file and accept it and just case note it if only?

■ ▬▬▬▬▬▬▬  1:12:20

What's the score?

■ ▬▬▬▬▬▬▬  1:12:29

Smith is in the file instead of Smith Gonzalez.

■ ▬▬▬▬▬▬  1:12:32

Nope. If they have two last names in there, and if the last names are inverted or if

they are missing one of those last names, you are shutting it down. That is not acceptable.

███ ███████████████  1:12:42

OK.

So then.

All right. So then the way it was explained before was a little confusing.

The other part was this whole issue with the VOI breaking it apart.

So I would automatically start with the a file, because that's what you're saying to make sure to see if we can get all the VOI that's possible, but say we only get.

I don't know their their country.

Your birth is not in the a file, so we go with one of the other files.

There's say there's four files we go through the other three.

The other three are just pieces of files.

It's not like a, it's just it was split apart because it was so huge.

So we're gonna shut that down because we didn't find the country of birth anywhere.

███ ███████████  1:13:23

So.

So there's one thing at the country of Berkeley should be able to find.

███ ███████████████  1:13:28

But.

███ ███████████  1:13:32

But if it's something as to where you've looked through all of it and something's missing, it's one of those four main elements of BOI.

███ ███████████████  1:13:33

Typically.

███ ███████████  1:13:42

Talk to your supervisor, OK. And I'm going to say this if if you go through the whole thing and let's say one sequence, they have Hernandez, the next sequence they have Gonzalez, the next sequence we have Rodriguez.

 1:13:44

But OK so.

 1:13:57

And the last name we're going to say is Santos.

We can't match any of those, right?

So that's where you're going to do some of that due diligence, putting your thinking cap on and they need to provide us the correct information.

 1:14:02

No.

 1:14:11

And then we have, oh.

1:14:11

OK.

So the other part of my question is if we have all of our elements of VOI on the left hand side, we're finding them in two of the three files.

That means our VOI is complete and we're processing all of those 3 files.

Yay.

1:14:30

Bookmark the last name and the date of birth in every sequence.

1:14:30

Hey.

And if we don't?

If we don't have the bookmar.

KS name and the date of birth in every file. We just case note it.

1:14:40

Then you need to talk to your supervisor and that your supervisor can help you with that.

■ ▬▬▬▬▬▬▬▬▬    1:14:43

Oh Lord.

OK.

■ ▬▬▬▬▬▬    1:14:46

And then we have.

■ ▬▬▬▬▬▬▬▬    1:14:47

Sorry ▬▬▬.

■ ▬▬▬▬▬▬▬    1:14:49

We have borne before we get to you.

Give me a SEC.

Anybody in here have a question? OK.

I'll go with you first and we'll get you.

So my my question is about alternate.

Alternate names, so I'm trying to just ask about the contours of the one button
names do.

Is it limited to substituted LED letters, for example S versus Z in Gonzalez? Or does
that extend to a missing letter?

For example, Gonzalez is maybe the A after ZIS. That's fine.

It's not dead.

And that's the only thing.

But remember, they got to match all other voices.

Yes, I understand.

That's the whole point of the alternate spellings is there are times where letters
gonna omitted from a spelling, and you can definitely tell.

Maybe it's Derek with two Rs is what they provide and it's Derek with 1R in the file.

That's an alternate spelling so that so as long as every other VOI matches, we will
accept that.

Thank you.

Any questions?

OK, so I know.

And this is back in the day that we had to verify signatures. If the parents were not

provided.

But in some of these countries, names date of birth, country birth, everything matches. The only thing different is their signature. And sometimes the parents match.

Do we still do that or no?

So that's where going to your supervisor. If you have a question you're like. I'm not so sure.

Also look at the time frame.

So if the signature is from 20 years ago and we have 1 from 2 days ago, my signature doesn't look the same.

As it did 20 years ago.

So that's that's part of those kind of one off scenarios. You can still listen if you're one of those people and you're like I'm going to bookmark everything because I'm just that way. That's fine, but it's not required.

That's the whole point.

We just need the 8 elements, the four that they have to do that you have to do and the four that it provided. We need to do.

All eight in the entire file with the last name and the date of birth.

In every sequence.

So all right, ▮▮▮▮▮.

▮ ) ▮▮▮▮▮▮▮▮      1:17:06

Hey, I've got three different questions.

I don't know if you want me to just do one at a time and then re raise my hand or you know to give everyone else a chance or, you know, do all three at once.

▮ ▮▮▮▮▮▮▮▮ 1:17:11

I.

Let's start with the first one.

We'll go from there.

▮ ▮▮▮▮▮▮▮      1:17:19

Oh, OK.

So the first issue I was having is.

There for people who don't provide proof of parentage in the CP guide, it says to

close TD.

But I came across in the CC guide yesterday and it's got some conflicting info.

It says FC on page 12 and then when I went to close it when you close TD there's no option for no proof of parentage.

It's under the FC now.

Are we closing?

No proof of parentage as FC now.

 1:17:47

Yeah.

 1:17:50

Now or.

 1:17:51

Yes, yes.

Proof of parentage is falling under FC now.

 1:17:56

Oh, OK. Thanks.

And let me think, oh, the next one was, is there gonna be any kind of list for country birth exceptions that comes out for example?

 1:18:05

Oh yes.

1:18:08

Ivory Coast and Cote d'Ivoire are the same country.

1:18:12

So for the I thought I'd say this, but I may have missed it for the countries of birth guys. ▮ is working to get some of the historical countries and all that information so that you can see it's like USSR, Russia, you see it all the time, right?

So a list is being worked on if you come across one you're like. I'm just not sure. Reach out to your supervisor.

Supervisors. I'm sorry I'm turning under the bus too, so we we get to, we get to help them kind of navigate through those things.

And then I don't want them to bookmark it though, correct you, you case note it. Doesn't exactly match.

Case net is your friend. Your your look at those notes. At least we're supposed to, yes.

So if it's not an exact match written completely out, case noted guys, OK, and your supervisors can can walk you through that.

I'm looking forward to it.

Can I make a comment in reference to the example she gave?

I only got one more question guys and I I would like to get somebody that hasn't had a chance. So I'm going to get him, but we can talk about that.

Well, I love the no sequence left behind.

I think that's great.

In other words, if you have a compost Marie de Solano.

What's campus desolation? Or sometimes, when Campos and then just find saline, as long as you can find one campus, you're all good.

What if you don't find exactly, compensate Solano ones that don't have any parents at all? We process.

Do they all go down with the ship?

Do you not process any of them?

Same.

That's a good question.

Can I get back to you on that one?

Sure. OK, 'cause, that's when.

Can I just make a comment?

Is the reference to the example that the person remotely just made about I requested was since you said there's a list that has been made historical list. In the case of code, an Ivory Coast, it's not a historical issue.

For example, ▮▮▮▮▮▮▮▮ from Cameroon. It's a.

French, formerly French colony, so this English some of the countries have English spell the English versions of their names are totally different from the French. I was wondering if that list is going to be made to Cameroon, for example, in French is spelled with AU in English double.

O.

Sorry English. Sorry. Cote d'ivoise French. I can help with that.

I speak French too.

So that might be something for the section she used to talk about is the English spelling verse foreign language spellings.

But some of the countries have two names there that might be.

More English names are written, so here's here's an old trick supervisors use.

An old trick a lot of supervisors will use if because we came from the old school. If nothing else, cool it.

Google is allowed to be used.

Google it.

And if it's there and case note. Thank you, ▮▮▮▮

That's the answer.

That's the answer I'm gonna give you a lot of times too.

▮▮▮▮▮▮ over time.

So we're gonna wrap this up.

I really appreciate you guys all coming and enduring through this and participating.

I hope everyone got a piece of candy.

Gold starstruck people out out virtually for all your participation and questions. If you want to stick by, I'll, I'll.

Answer and I'll be here for a little bit if you guys have someone off questions too to kind of go through.

 stopped transcription