███████████

**From:** ███████████
**Sent:** Tuesday, November 4, 2025 2:45 PM
**To:** FOIA Records Release Leadership
**Subject:** VOI/Consent Q&A
**Attachments:** VOI Q&A.docx

**Importance:** High


Attached is an updated VOI/Consent Q&A document based on questions we have received. Section Chiefs will be discussing and reinforcing the Q&A in your internal commination channels.

███████████
Program Manager/ACD
U.S. Citizenship and Immigration Services/IRIS
National Records Center/ FOIA Records Release Branch
Office: ███████████ | Cell: ███████████

**EXHIBIT L**

**VOI Q&A**

1. If the digital request is missing information (address, DOB), but the requestor uploads a paper G-639, can we accept the information in the paper G-639 or other additional request documentation?

   Answer: Yes, we can use additional request documentation to fill in missing information on a digital request.

2. If there is conflicting information and the digital request is not signed digitally, but the requestor uploads a paper G-639 or additional request documentation that is signed, should we modify the digital request to match the ARD information?
   Answer: If there is conflicting information, we should not make changes to the digital request and upfront close the request as FC.

3. If the request provides the attorney address on digital request (info that is input into FIRST), and includes G-639 scanned in as ARD with physical address; do we process or close?

   Answer: If the attorney address is listed as the SOR's address on a digital request, upfront close the request as FC unless the SOR is protected under 8 USC Section 1367/VAWA.

4. "For the addresses that are safe addresses for VAWA applicants, does it have to say that somewhere on the request that it is a safe address and that's why it matches the attorney or is that something we can look for in the file and then continue to process if we find it's a safe address?"

   Answer: The safe address exception to the SOR's address requirement applies when there is a VAWA banner in the FIRST Search Tab or in RAILS. It is not based on the information provided in the request itself.

5. What if the digital request does not have the correct DOB/COB or parents' names but the G639 provided does?

   Answer: If the digital request has different information from the G-639, upfront close the request as FC. A new insert will be created to address this situation.

6. When the requestor states "DHS alleges Mexico" in the request, can we accept this country of birth as part of VOI?
   Answer: If the request states "alleges" in relation to any required VOI information, this will not be sufficient for VOI and should be upfront closed as FC.

7. SOR digitally signs the front porch request but the address for SOR is the same as the atty. There is a copy of the SORs Driver's License attached as an ARD. The page with a copy of the DL does not contain any other information and is not signed by the SOR, it is just a copy of the DL. Can we consider the address on the DL as part of the VOI provided for the SOR to consider this a valid request?

   Answer: No, the request should be upfront closed as FC due to conflicting information.

8. SOR digitally signs the front porch request but the COB on the digital request is United States. There is a signed G-639 also attached showing the COB as Haiti which matches the file. Since this is a front porch request, can we also consider the ARDs for valid VOI? If so, would this be considered a match or would we just case note?

   Answer: No, the request should be upfront closed as FC due to conflicting information.

9. Regarding this case, the SOR's current address is found in the ARDs (sequence 1 page 18) but the COB listed on this page says QR. Should this COB be used for VOI or Mexico (listed on the front porch request)?

   Answer: If the SOR's current address was missing on the digital request, we can add the SOR's address listed in the ARDs to the digital request. However, if there is conflicting information in the request and ARDs, we should not make changes to the digital request and upfront close the request as FC.

10. Based on our new guidance, if the parent's names are provided, we have to match both in order to process the file. BUT...if there are instances where the space on the form isn't enough for the entire last name (see image below). This is the only place in the entire RR where the mother's last name is, but it doesn't match b/c there isn't enough space. Every other part of VOI matches and this would probably match if there was room. I am not sure we should be closing these as NR when the form doesn't have room.



   Answer: If the name exceeds character limit on the form, match the displayed information on the form.

11. Are DNA results sufficient for proof of parentage? (no need official govt document like BC or court order)

    Answer: No, proof of parentage must be a government issued document, such as a birth certificate or court order establishing guardianship.

12. I have a question about the updated FC letter inserts.

    • Proof of death missing is now listed as a Failure to Comply, but the CC guide still lists it as a Total Denial

    • Proof of Parentage missing is now listed as a Failure to Comply, but the VOI/FC chart in the CC guide lists it as a Total Denial still

    Answer: The FC/TD Chart in the CC PPM will be updated to coincide with the VOI guidance changes. The proof of death insert will be moved to the TD letter.

13. Are initials acceptable signatures?

    Answer: The CC PPM will be updated to accept initials as a signature.

14. Guidance on name changes, if SOR is married and maiden name is in the file and we're unable to locate the name provided in the request how should we proceed?
    Answer: If the SOR did not provide the maiden name as an alias on the request, upfront close the request as no record.

15. Guidance on ARD -  If additional addresses are provided how to proceed with working or closing cases being that the ARD are additional request documents provided in conjunction with the request?

Answer: The SOR must provide their current physical address. If the request provides additional addresses for the SOR, the request should be upfront closed as FC due to conflicting information.

16. 8 VOI bookmarks vs 6 VOI Bookmarks - If the Parents' last name is not a match how are we to proceed?

a. What are the required bookmarks to obtain in a file?

Answer: If the requestor provided the parents' last names and the parents' last names do not match, upfront close the request as no record. If provided and located in the file, the parents' last names have to be bookmarked. If not located in the file, add a case note and process file.

17. Adding to the above: If we are meant to VOI parents' last names, we need to take into consideration double barreled last names. Many people use both last names, but often they use their two last names interchangeably. Also, parents' last names can change completely, due to marriage, divorce, etc. So, it's not practical to use parents' last name for VOI purposes.
Answer: If the requestor provided the parents' last names and the parents' last names do not match, upfront close the request as no record.

18. Can we get all current 9/16 policy guidance inserted into the Case Processing Guide or at least in one document?
Answer: We are in the process of updating the Case Processing Guide to include all interim and recently released guidance.

19. My addition to the parent's name issue is that we need to understand the nature of our agency, we deal with immigrant's files for over 150 countries with many with different languages/alphabet. Discrepancies with translation will happen and we see it all the time. My suggestion is that the name is slightly misspell is for us to use discretion as we been doing before to continue processing those files.
Answer: The parents' names must match the responsive records. There are 3 exceptions to the exact match policy, which are:
o Hyphens (e.g., Smith-Jones vs. Smith Jones)
o De in last name (e.g., Hernandez vs. De Hernandez)
o Spaces in names (e.g., Xiuncheng vs. Xiun Cheng)

20.

- What if the country provided on the request has changed names? The SOR has no control over something like that, but should the request have the **new** country name or should we case note the discrepancy (no bookmark)?
- Under 'Country of Birth Recognition', last bullet point – Should the case be closed FC?

- Place of birth, what if the request states something like 'DHS alleges Mexico'?
- Answer: The requestor must provide the SOR's country of birth. If they believe that the SOR's records are incorrect, they can submit a request for an amendment of records under the Privacy Act.

Answer: The SOR should provide the country of birth based on the time of birth. Guidance will be updated to reflect a list of country exceptions.