## Quick Guide to New VOI Guidance

1) **CFR** **Requirements** – Must Provide 5 Items for Verification of Identity (VOI)

   **NOTES:**
   - o Any exceptions used for the VOI matching requirements must be case noted.
   - o **"**Alleges" and "Unknown" are **NOT** acceptable for VOI.

   - **SOR's Full Name**
     - o Exceptions:
       - Hyphens (e.g., Smith-Jones vs. Smith Jones)
       - De in last name (e.g., Hernandez vs. De Hernandez)
       - Spaces in names (e.g., Xiuncheng vs. Xiun Cheng)
       - Aliases can be used when:
         - Full name in Search tab and/or RR matches what was provided
         - A-number must be provided and matches alias
       - Name exceeds the character limit
         - Match what was provided
       - Alternate spellings ("sounds like") are acceptable when **ALL** other VOI matches.
         - Acceptable = Gonzales vs Gonzalez or Cortez vs Cortze
         - Not Acceptable = Santos Perez vs Santos
   - **SOR's Full Date of Birth (DOB)**
     - o Inverted month and day are no longer acceptable.
   - **SOR's Country of Birth (COB)**
   - **SOR's Current Physical Address**
     - o P.O. Boxes are acceptable.
     - o Exceptions for the SOR's address:
       - 1367/VAWA Protection: A safe address is acceptable.
         - Case Creators – If requestor mentions a 1367/VAWA document or there is a 1367/VAWA document found in the Search Tab, create the case.
         - Case Processor – Verify if there is a 1367/VAWA document present in the RR, if not then close case FC.
         - Typical 1367/VAWA Documents:
           - o I-360 – Petition for Amerasian, Widow(er), or Special Immigrant
           - o I-918 – Application for U Nonimmigrant Status
           - o I-914 – Application for T Nonimmigrant Status
           - o I-929 – Petition for Qualifying Family Member of a U-1 Nonimmigrant
       - Minor SOR: The address can match the requestor's address.
       - Deceased SOR: The address can match the requestor's address.
     - o Not acceptable:
       - Email addresses
       - Address of representative (example = attorney)
       - Incomplete address (missing = city, state, etc.)
   - **Signature:**
     - o VOI must be signed under notary or penalty of perjury by SOR.
       - Exceptions:
         - If parent/guardian is signing for a minor SOR, the parent/guardian must provide valid proof of parentage/guardianship **and** the parent/guardian VOI.
           - o Valid proof of parentage/guardianship = birth certificate, adoption decree, or court order establishing guardianship

**Updated: November 12, 2025**
**Note: This guide is intended to clarify the policy within the PPM but not replace it.  For more detailed information please consult the PPM or reach out to your supervisor.**



**EXHIBIT M**

- If SOR is deceased, valid proof of death must be provided.
  - Valid proof of death = death certificate, obituary, screen print from Social Security Death Index, or probate documents filed in court

---

## 2) Consent

- All third-party requests must include consent from the SOR.

| If | Then |
|---|---|
| Consent is provided (3rd Party Request) | Proceed to create or process case. |
| Consent is not provided (3rd Party Request) | Close the case TD. |

---

## 3) Additional Information Provided Voluntarily
- **Alien Number (A-number)**
  - If provided, it must match exactly in Search Tab and/or RR, otherwise close NR.
- **Parents' Names:**
  - If provided, both First and Last names of both parents must match what is in the file.
    - Exceptions:
      - Hyphens (e.g., Smith-Jones vs. Smith Jones)
      - De in last name (e.g., Hernandez vs. De Hernandez)
      - Spaces in names (e.g., Xiuncheng vs. Xiun Cheng)
      - Mother's maiden name if provided
      - Name exceeds the character limit
        - Match what was provided
    - Alternate spellings ("sounds like") are acceptable when **ALL** other VOI matches.
      - Acceptable = Gonzales vs Gonzalez or Cortez vs Cortze
      - Not Acceptable = Santos Perez vs Santos

---

## 4) Reviewing VOI in Additional Request Documents (ARD)
- Review the <u>entire</u> request package to include the Front Porch **AND** ARDs
  - If Front Porch is marked "No" then you must get VOI from ARD.
  - If Front Porch is marked "Yes" then you must review the ARD for any missing or conflicting information.
- All VOI in ARD must be signed under notary or penalty of perjury to be used.
  - If VOI is **found** in ARD but **conflicts** with the Front Porch, close the case FC.
  - If VOI is **incomplete** in Front Porch but **found** in ARD, then proceed to create or process the case.
    - Case Creators – Update Left Side to include VOI located in ARD and case note corrections.

---

## 5) Bookmarks
- All documents found in an individual's immigration file are considered **ONE** record, regardless of how many sequences.
  - All sequences **must be reviewed in full** to ensure they pertain to the SOR.
  - All VOI must be bookmarked in the A-file sequence.
    - If VOI is not found in A-file sequence or no A-file sequence is present (i.e. receipts only), it can be bookmarked in **ANY** sequence of the RR with a case note.
  - If additional sequences of RR are present, verify they pertain to SOR and bookmark SOR's Last Name and DOB only.
    - If the sequence does not belong to the SOR deactivate the sequence

**Updated: November 12, 2025**
**Note: This guide is intended to clarify the policy within the PPM but not replace it.  For more detailed information please consult the PPM or reach out to your supervisor.**