| | |
|---|---|
| **From:** | USCISFOIAOfficer |
| **To:** | FOIA Records Release Policy Updates |
| **Cc:** | ██████████████████████████ |
| **Subject:** | FW: (for discussion at 8:00) FOIA Guidance Change - VOI: Alignment with Agency Foreign Name Guidance |
| **Date:** | Tuesday, February 17, 2026 9:19:58 AM |
| **Attachments:** | Updated VOI Guidance 2.17.2026.pdf |

Effective immediately, VOI guidance is updated to incorporate USCIS guidance on the construction of foreign names. The updated "quick guide" is attached with the added (highlighted) information.

This change will be incorporated into the CC and CP guides.  If you have any questions, please contact your supervisor.

**EXHIBIT N**