# Transcript

February 17, 2026, 4:01PM

 started transcription

0:03

All right, so let's go ahead and get started.

People may trickle in, but we have the recording going.

I am going to ask you hold all questions to the end.

It'll be pretty quick to go over the information and then we can just go through questions once we get through the whole guide, cause your question may be answered later on.

So.

Hope y'all having a great day.

We have some pretty exciting news.

You should have gotten an e-mail from the.

USCIS FOIA officer Inbox with this attached Quick guide, I pulled it right off of there myself.

There's a couple of changes. Those changes have been highlighted for to bring attention to them.

For everyone to see.

And it's pretty straightforward.

Essentially what?

That what the changes are is we are now going to follow the same standards that the USCIS adjudicators follow in regards to certain foreign countries and the way that they, their naming mechanisms that they use.

So just for everyone's info, the SO Rs legal name.

And is generally shown US customary name order, which is the given name, middle name and family name. This is generally speaking, how we see the things in the files, but sometimes it it can be input differently.

So let's get to the foreign foreign name construct, which is this section here and a couple of sections below so.

So in regards to the construction of foreign names, there will be some countries.

Where the identity documents will display names in this order, which will be the

EXHIBIT O

family name, the middle name and given name.

So what that means is family name first given name last different from the US.

I do have a little example here for everybody and I don't know why it's doing that to me.

I apologize.

So we have.

When is the family name Fawn is the middle name, and the name is the given name.

And so.

For a Vietnamese name for an Sr. you may find this on several of the documents and how it'll look is down here. This win von Nam.

So in these instances you you can see that we'll get to what that means for bookmarking, but if you know.

Case noting and things like that. If you are a case creator, make sure you're cashing that change the differences and so forth.

Some countries will also have identity documents and the person may have two first names and two last names, and we are going to. They may use all of their names or only some through customary usage.

So the example we gave, we have Maria for a given name, Guadalupe Gonzalez, as the paternal last name and Gomez as.

The mother's paternal last name.

So how it can be seen in the file is we have Maria Guadalupe Gonzalez Gomez, the full name.

It could just be Maria Gonzalez Gomez. It could be Guadalupe Gonzalez Gomez.

It could just be Maria Gonzalez or Guadalupe Gonzalez. The biggest thing with these and I kind of want to stress, especially to our case processors, when you have an instance where the names are like this, where it's partial the names, make sure that we have the full.

The full name to either verify or they only.

Part of it do your due diligence to make sure that this is your subject 'cause you know Guadalupe Gonzalez or Maria Gonzalez.

There could be several with the same first and last name, same date of birth, same country of birth.

Do your due diligence to review these files and make sure that you're looking at other outside factors.

So mailing address, e-mail address, signature, et cetera phone number.

Just things that you know that a number is not provided. Especially make sure that we are.

Reviewing and that it is this file belongs to our subject of record.

So going down.

Parents names.

Still, the same exemptions from above.

We just shorten this down.

Mother's name, if provided, still OK, and then the construct of foreign names.

Same rules as above, but this has been shortened just to save space on the Quick guide and then last but not least, if foreign construct guidance is used when bookmarking BOI, you must add a case note anytime you guys use one of the exceptions you have to do.

A case note.

A lot of folks have not been case noting and it is highly important that you guys are going through in case noting this information, whenever an exception is used.

I'm gonna stress again if the a number is not provided due your due diligence to verify it is your subject of record, because just case noting there's a discrepancy that's not gonna fly. You really need to go through and review and make sure that this.

File belongs to your subject and if you are on the fence at all, there's any question you want. A slight better doubt.

Don't hesitate to reach out to your supervisor and be like is this OK?

So I think that covers everything.

Let me just double check my notes.

Umm.

Yeah, so that's all.

Does anybody have any questions?

All right, ███, go ahead.

 6:09

OK.

So one question I have is so we can actually use the bookmarks to bookmark it and then case note it also are we just doing case notes? If it's like not what they gave us?

██████████         6:24

, just correct me if I'm wrong, but yes, according to this you if you're using the foreign name construct for bookmarking, you must add a case note with that.

 6:33

Yeah, but I mean, we can use the bookmarks before they told us not to use the bookmarks in just case note, but we can actually. OK.

 6:36

Yes.

 6:38

Correct.

 6:39

Yeah. Yep.

 6:39

Just wanted to make sure. OK, I think. What's that question?

 6:40

Correct.

Good question.

 6:47

I think that would.

I had another one, but I can't remember what it is.

If I remember, I'll read my hand again. Thank you.

6:54

All right, , I saw your hand was up, and then I went down to you still have a question?

6:59

No, that that was my question.

Do we?

So we bookmark and case note OK. Thank you.

███ ████████████ 7:06

Huh.

All right.

Any other questions, ████ ?

███ ████████████████ 7:15

Is it still the case that if we find conflicting information in two perfected requests, even if it's using these different constructs, we would still close the case out at this point?

███ ████████████ 7:28

So, alright. Yeah, just so I can clarify, you're saying let's say they have Maria Gonzalez in the front porch and they have Guadalupe Gomez in the ARD.

Close it out, correct.

███ ████████████ 7:42

Yes, yes.

███ ████████████ 7:42

Is that what you're asking?

████ , do you want to speak on to that?

I guess my understanding is that is conflicting, but if the, since the names aren't fully together, I would shut it down.

But ████ , do you wanna speak?

███ ████████████ 8:00

It is while it is conflicting, it is still considered.

We should still be applying the.

Foreign construct guidance. However, in those instances.

I think it's important for you to reach out to your supervisor and touch base on a if you are able to connect the dots with.

All the other remaining.

Pieces of information.

Why you should process it and if there are no other missing or good gravy, I can't find my words. If there are no other pieces of information that are matching, then we should close it.

But I think in those instances it's best to talk to your supervisor and that way they can talk through it with you and provide you direct guidance.



███████████████  8:59

Thank you.

███████████  8:59

Yep.

███████████████  9:05

All right.

Anybody else?

Umm.

███, are we going to be ██████████████████████████████  in the future?

So if it is, yeah.

███████████  9:21

That's a really good question.

At this point, there will be no change, however.

As you can see, things are continually shifting, so that may be coming in the future.

More to come, but at this point there will be no change.



███████████████  9:46

And then it looks like ████ .

What would be proper case note for foreign construct guidance example page **?

Mother's last name.

Foreign construct guidance used Gonzalez.

Yeah, I would.

████ , I would highly suggest be exam and be pretty specific in your case.

Note about that you're using the foreign construct guidance for the last name and

the page number that you're using it.

If you do have doubts, though, if you're concerned.

Earned, or if there's a problem, reach out to your supervisor.

But just be as clear and concise as you can on those case notes.

Go ahead, ██.

 10:31

I was just gonna add something.

It's it's not related to that particular question, but for those of you members of IB or OSB that are helping support us with both processing in case create a thank you for your support.

B. If you get a question.

If you come across a case where you're just not sure, drop it in admin.

You should have a contact that is.

With Emporia, that is helping you. If you don't just send me an e-mail or a team's message and we can talk through it. I don't want you all to feel like you're just alone out there.

We're here to help support you all as well.

 11:16

Thanks ██.

11:16

That was it.

11:18

No, it's good.

I I didn't realize they were on today, so yeah.

And then.

██, so if NCC roll and name is provided in reverse order or in search in reverse order, CC should create and allow the CP to review before shutting down the request, yes?

Yes.

So case creators, case Note case. Note that.

That it's the foreign construct that you're using and that to allow the CPS to verify

that this is the file that belongs to.

And hi ███.

All right.

So any more questions? Concerns. Pretty straightforward.

Told you'd be really quick.

███, do you have anything else you want to add?

 12:18

No, ma'am.

Good questions. If you guys have questions as you're navigating those, please don't hesitate to reach out.

Trying to make sure that you all have the support and the guidance you need.

So yeah, just reach out if you need anything.

 12:38

All right.

Well, that's all that we have today, everyone.

Thank you for participating and joining.

I'm gonna go ahead and stop the recording now.

☐ ████████████ stopped transcription