# Transcript

February 17, 2026, 4:45PM

 started transcription

    0:05

All right, so the recording is going just so everyone's aware. We're just gonna go over kind of the quick updates that came out from the USCIS Foya officer e-mail today.

Kind of discuss what that means.

I am gonna ask that while we do this, everybody holds questions until the end.

I'll let you know.

Hey, now's the time for questions, but some of the stuff may be answered before we even get there. So let's go ahead and get this party started.

Good. So as you can see, this was the guy that went out from the USCIS foya officer.

It's pretty big update for everybody, but just some some things have changed. So we added this little portion up here with the SRS legal name and this is the US customary name order. So given name, middle name, family name, right.

This is generally our customary name order.

But we are gonna add a new exception to that.

And it's gonna be construction of foreign names.

And there are some countries that they don't follow the same thing.

I'll get to how that looks with bookmarking.

I'll get to it with parents names, but for right now, let's just go over the general information.

So for the foreign names.

There are some countries where their identity documents will display names in this order.

And what it is is the family name is first.

Then the middle name and then the given name. So.

Pretty common in a lot of Asian cultures, but for this example we used a Vietnamese subject of record, their name, their family name is win, middle name von and then given name is Nom.

One question that came up was why are we doing this?

EXHIBIT P

Well, the reason we're adding this exception is because this is the standard that.

The US CIS adjudicator, shoes. And so we want to follow closer to what their policies and procedures are.

So that's why we are updating how we're doing this with certain foreign countries. So to go back to the Wynne family.

So how this can be found in the file is you'll see when Von Nom, so last names first given names last.

The other exception were adding as there are some countries whose identity documents the person may have two first names and two last names and they may use all their names or only some through customary usage.

So one example we have here, we have Maria's the first given name guadalupe's. The second given name Gonzalez is father's paternal last name, and Gomez is Mother's paternal last name.

So different ways this could.

Be seen in the file so you have the full Maria Guadalupe Gonzalez Gomez. You'll have Maria Gonzalez.

Gomez, you may have Guadalupe Gonzalez.

Gomez, you may have Maria Gonzalez and or you may just have Guadalupe Gonzalez. One of the things I want to stress about these names with everybody is that you need to do your due diligence.

So if the full name is not given.

And let's say all that they provide in the request is Maria.

Gomez.

But you fine.

Let's take Guadalupe Gonzalez.

We need to have that full full name to verify all the different things. If we don't have it then.

There's there, there is a discrepancy.

So that's one thing to make sure you're double checking.

Going on to parents names.

So the exceptions just to shorten up space. So the Quick guide wasn't several pages long.

You're gonna use the same guidance for the Sor full name.

You're gonna also, we added the construction of foreign names 'cause we know that is pretty common.

And then we also add, you know, we still have mothers maiden name. So the only change is this construction of foreign names.

And then for the case processors, if foreign construct guidance is used when bookmarking VOI, you must add a case. Note. I'm gonna say add a case note even for the case creators when foreign construct is used because this way you are telling.

The case processors, hey, it follows this foreign construct verify in the file.

This is the correct person, especially if there's no a number provided.

You need to do your due diligence.

There's a lot of Maria Gonzalez's.

There's a lot of Guadalupe Gonzalez's they could all have the same date of birth, country of birth.

So you really have to make sure this is your subject. One way you can do that is look for the outside.

Factors. So it could be the mailing address, e-mail addresses, signature. One of you know, phone number. One of those things to match to make sure it is your person if you are not completely certain like you are on the fence, even slightly, reach out to your supervisor. But.

If you're, you can match that stuff and there's, you know, these changes. You are free to go ahead and bookmark.

Anytime you use the foreign construct though, you must case note and make sure your case note is pretty and.

Pretty clear that you're using a foreign construct.

Exception.

Let's see.

I'm reading some of the questions we had the last section.

So 4 conflicting information.

This was a question if it is conflicting, you can always reach out to your supervisor.

So let's say the front porch is perfected with one name, and the ARD is perfected with another.

And you're not sure if it meets that standard?

Reach out to your supervisor or let your supervisor take a look and see if it's something that needs to go ahead and be closed or if it's something we can proceed.

With creating or processing.

It's it's a little closer to what we were doing previously, but we still have to be really

due diligent.

You can't just case note found a discrepancy and move on.

Do your due diligence.

Make sure this is your subject of record so.

Besides that.

Any questions?

██ , go ahead.

██████████████    6:49

Good morning.

It's actually a comment instead of a question for those construction of foreign names

████████████████████████████████████████████

███████████████████████████

██████████████    6:50

Good morning.

OK.

██████████████    7:05

You'll see that along a lot of the times too, so I I would suggest adding that as well.

██████████████    7:12

So say that again.

You'll see it.

████████████ .



██████████████    7:14

██████████████    7:39

OK.

All right, I'll reach out.

I don't know if ▮ is on, but I think I'll reach out to ▮ and ▮ for sure and and let him know that's a good suggestion.

▮ 7:50

Yep. Yeah, I'm on ▮.

▮ 7:51

Thank you.

Oh, hey, ▮.

▮ 7:58

Yeah. No, that's when we can discuss.

▮ 7:59

Uh.

OK, I made a note of it.

▮ 8:02

Yeah, we we don't have to solve it here, but we can discuss it.

▮ 8:05

OK.

All right, ▮.

▮ 8:11

Hi I noticed that this information and I just put it in the chat comes from the USCIS policy manual regarding the verification of identity information correct and if you go to this link specifically where it talks about this foreign construct right after the very first sentence in that.

Policy manual it has.

A. What do you call it?

A footnote and it describes it #8.

And if you click that #8 and go to page 77, it actually has as one of the examples,

which is what all of the USCIS policy is based off of is all these little foot links and everything it actually shows MA period as an acceptable AB.
For Maria, are we going to include that as well?

█████ 9:01

Time that is not one that's been included.
I know it's been brought up, but that is not one of the exceptions we're allowing.
So MA for Maria, MD.

█████ 9:13

OK.
I'll. I'll go ahead and link in the document that they're basing it off of with their footnote and the policy manual so you can see that on page 77.
Sorry, it's coming out kind of weird with an extra.
Chrome extension thing there, but yeah, if you if you go to that second link and you.
Look at page 77. The very first one under the EMS is MA. Period.

█████ 9:41

But I will share it and I can reach out to ██ and ██ about that.
I just know at this time that's not one that's been accepted and we're not taking date of birth foreign constructs at this time either, but that may be something down the line we may consider. So thank you.

█████ 9:59

OK.

█████ 10:00

Yeah. And just just are base familiar on the phone on this meeting?

█████ 10:00

Thank you.

█████ 10:07

We'll take any suggestions you have we you may not get an answer today, but we

will take your suggestions and and discuss them.

With our larger leadership group.

 10:23

Real quick.

Does the a number need to be provided when using the construction of foreign names or the exception that is from ? 

No, the a number does not need to be provided.

I am gonna caution everybody, if it is not provided specifically with some of these Hispanic names.

Do your due diligence.

Don't just accept it. If Guadalupe wasn't part of the request.

But that's all you find.

I would make sure that you are, you know, double checking that what you found is acceptable or reaching out to your supervisor.

, what's your question?

 11:05

Good morning.

I wanted to clarify that on the left side, say the left side just says Guadalupe Gonzalez, but in the document file we find Maria Guadalupe Gonzalez Gomez. That's a match, and we case note it or we don't case we case note it and don't bookmark it.

 11:23

So.

So if everything is Maria Guadalupe Gonzalez Gomez in Lafayette, but you only have Guadalupe Gonzalez and a number was not provided, you need to reach out to your supervisor.

 11:38

OK.

 11:38

If a numbers provided and you can match those other outside factors.

So e-mail address, phone number. You know, there's other things in the file that you can match with it.

 11:49

Yeah, other personal, yeah.

 11:50

Yeah, you're more than likely got a match.
You may still need to reach out to your supervisor, but we are allowing bookmarking of the foreign construct.
But you also have to case note. So if you use it for bookmarking, make sure you are case noting.
That as well.

 12:07

OK, OK. And in the list like you have Maria Gonzalez, is it also acceptable just to have Maria Gomez?

 12:16

Yes.

 12:17

OK.
Good, because I I see that a lot where they just go by the father's last name the the final one. OK, thank you.

 12:25

Alright,

🧑 **Speaker 1**  12:29

Hi, good morning.
So just kind of piggybacking on what was just said a moment ago, so.
You're using terminology like when bookmarking, but case note, but we're not actually putting a bookmark on these foreign constructed names. If they don't match what was in the in the request.

███ ████████████  12:49
Yeah, it's.

**Speaker 1**  12:50
We're just case noting it correct.

████████████████  12:52
If it so like, let's say it is the last name is first and the first name is last. You can bookmark that.
For the example of, maybe they gave the full name Maria Guadalupe and you see Guadalupe throughout the file. You can case note that you're gonna have to.

**Speaker 1**  13:09
Even though it doesn't match.

███ ██████████████  13:11
You're you're using the foreign construct.
So what you're doing is basically stating this is.

**Speaker 1**  13:19
So if it's a partial last name, we can bookmark it.

███ ████████████  13:20
My person.

**Speaker 1**  13:26
OK.

███ ██████████████  13:27
Still, make sure you're putting a case. Note you have to put a case note that you're using foreign construct for the bookmarking.

**Speaker 1**  13:27
That's new.

**████████████**  13:36

So that that is the biggest thing.

That's different is.

That usually you could just bookmark and move on, or just case note move on. If you use the foreign construct you have to make sure you're doing both.

**Speaker 1**  13:53

So all right, I'm just.

I mean, I read earlier the the document was sent because I just feel like it's a little.

Little wide berth, but which is fine.

Whatever, I don't make the policy.

But like what you just said? I'm like. So then in that case, if there's any semblance of a name and I'm not being facetious here, basically, you can just bookmark it and it doesn't matter.

Just case note and there's that's it, right? I mean.

**████████████**  14:16

You still have to do your due diligence, so that's why I keep repeating. Double check those outside things.

**Speaker 1**  14:19

Well, I understand.

**████████████**  14:23

Make sure all your other VOI matches like if you are on the fence at all, reach out to your supervisor.

So that's the biggest thing we're trying to do is give you guys a little. We're trying to follow more of what the adjudicators follow while also making it a little bit easier for you guys.

On verifying your file and not just shutting all these down.

But you still have to do your due diligence.

You still have to verify if you don't think it's your person.

Or you're on the fence.

Reach out to your supervisor.

 **Speaker 1**  14:55

Do we have to reach out to our supervisor mate 'cause? I can just see envision this creating a glut of emails to supervisors. We can't can't use our own experience and make our own judgment call.

  15:02

It I it's gonna be. It's gonna be a case by case.
So if you're fairly certain you've matched the e-mail address, you match the signature. The only difference is it's Guadalupe and they provided Maria Guadalupe.
Just process and move on right? Do your bookmark to your case. Note move on.
But if it's one of those things where they didn't provide an A number you can't match outside factors, you think it's your person, but you're not certain.
Reach out to your supervisor then.
There's always going to be those areas of Gray, but we're trying to give you guys the ability to use your analytical skills on some of this.

 **Speaker 1**  15:42

Yeah, I'm happy to do that. That's what I'm hoping for.

  15:46

Yeah, not a problem.

 **Speaker 1**  15:46

Thank you.

  15:52

We are not booked.
█████ asked about the sounds like exceptions at this time.
Or not bookmarking the sounds like the only one I've heard that we're allowed to bookmark is the.
Foreign construct, ████, correct me if I'm wrong, that's.
What I believe correct?

█ ███████████  16:13

Sorry, ███. What was that again?

█ ███████████  16:15

The foreign construct. So like if last names first or first names let you know the last name is 1st and stuff, we can bookmark those.

█ ███████████  16:24

Yes.

█ ███████████  16:26

Yeah.

All right, ████.

█ ███████████  16:35

So kind of following with these, you know, different constructs. ████



█ ███████████  17:30

I'm trying to so so I can understand you correctly.



17:45
Oh yeah, no worries.
It for? Yeah, that's a good example too.
I'm sure there's all sorts of different variations that'll happen with that.

17:58
OK.
Yeah.
That's a good question, ███.
What are your thoughts on that one?

18:28
Yeah, that might be another good one. We can discuss ███.

18:31
OK.
Alright, I'm making notes folks, so bear with me.

18:37
You are making OK, yeah.

18:39
Yeah, yeah.
Yeah, I'll make notes about that one.
OK.
OK.
So ███ asked. Since we are recognizing variations in name formatting due to foreign name conventions, it seems appropriate to apply the same principle with dates of birth.
So I've already stated this, ███, right now dates of birth, we're still following

current guidance.

It's something that will be brought up but.

Right now, we're still keeping course with how that is currently.

All right.

Any other questions?

Yeah, I'm gonna take the silent as no more questions.

I'm gonna go ahead and stop the recording.

Thank you everyone for attending today.

Really appreciate the questions. I've written a lot of the stuff down.

 stopped transcription