From: ▮▮▮▮
To: ▮▮▮▮
Cc:
Subject: Questions from todays trainings
Date: Tuesday, February 17, 2026 1:18:16 PM
Attachments: image001.png

Good afternoon,

I was taking notes during the trainings today and then went back to verify the questions and some answers from the transcripts and put them in a Q&A form below...

▮▮▮ **section questions:**
- ▮▮ - So one question I have is so we can actually use the bookmarks to bookmark it and then case note it also are we just doing case notes? If it's like not what they gave us?
  - Answer – Bookmark and case note
- ▮▮▮ - So we bookmark and case note?
  - Answer - Yes
- ▮▮▮ Is it still the case that if we find conflicting information in two perfected requests, even if it's using these different constructs, we would still close the case out at this point?
  - Answer –▮▮– While conflicting, we still need to apply foreign construct guidance. Reach out to supervisor so they can assist.
- ▮▮ - are we going to be allowing the use of foreign constructs of date of birth in the future?
  - Answer – At this point there is not change to DOBs
- ▮▮▮ - What would be proper case note for foreign construct guidance?
  - Answer – Be as detailed as possible, note that you're using the foreign construct guidance for the last name and the page number that you're using it. If you have questions or concerns reach out to your supervisor.
- ▮▮▮ – name is provided in reverse order or in search in reverse order, CC should create and allow the CP to review before shutting down the request, yes?
  - Answer - Yes, CCs will create with a case note of using Foreign Construct and then CPs will need to verify it in the file.
- ▮▮ – IIIB and OSB folks – if have questions about a case, drop it in Admin and someone should reach out to you or you can reach out to ▮▮

▮▮▮ **section questions:**
- ▮▮ – It's actually a comment instead of a question for ▮▮▮▮▮▮▮
  - ▮▮▮▮▮▮▮ nswer – will be discussed in leadership meeting
- ▮▮ – Hi I noticed that this information and I just put it in the chat comes from the USCIS policy manual regarding the verification of identity information correct and if you go to this link specifically where it talks about this foreign construct right after the very first sentence in that Policy manual it has. A footnote and it describes it #8. And if you click that #8 and go to page 77, it actually has as one of the examples, which is what all of the USCIS policy is based off of is all these little foot links and everything it actually shows MA period as an acceptable AB. For Maria, are we going to include that as well?
  - Answer - Ma. and Md. are not acceptable at this time.
  - Footnote 8 "A Guide to Name and Naming Practices" from USCIS Policy Manual Link
- ▮▮▮ - Does the a number need to be provided when using the construction of foreign names or the exception?
  - Answer – No it does not have to be provided, however, caution to everyone that if it is NOT provided (especially common names) to do your due diligence.
- ▮▮▮ I wanted to clarify that on the left side, say the left side just says Guadalupe Gonzalez, but in the document file we find Maria Guadalupe Gonzalez Gomez. That's a match, and we case note it or we don't case we case note it and don't bookmark it?

EXHIBIT Q

- ○ Answer – Depends, if you are on the fence or you can't verify VOI and the outside factors then reach out to your supervisor.
- ██████ – So just kind of piggybacking on what was just said a moment ago, so… You're using terminology like when bookmarking, but case note, but we're not actually putting a bookmark on these foreign constructed names. If they don't match what was in the in the request. We're just case noting it correct? But like what you just said? I'm like. So then in that case, if there's any semblance of a name and I'm not being facetious here, basically, you can just bookmark it and it doesn't matter.
  - ○ Answer – due your due diligence and use analytical skills (was the A# provided, can you verify the outside factors, etc.). If you are on the fence then reach out to your supervisor.
- ██████ - so we are bookmarking for foreign construct…are we bookmarking for "sounds like" exceptions? bookmarks have always been for only EXACT matches.
  - ○ Answer – we are only bookmarking the Foreign Constructs at this time with a case note.
- ██████████ – So kind of following with these, █████████████████████████████
  ████████████████████████████████████████████████████
  ████████████████████████████
  - ○ Answer – will be discussed in leadership meeting
  - ○ ████████████████████████████████████████████████
  ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████
- ██████ - Since we are recognizing variations in name formatting due to foreign name conventions, it seems appropriate to apply the same principle with dates of birth.
  - ○ Answer - Right now with dates of birth, we're still following current guidance.

Let me know if I missed anything or if you need anything else.

Respectfully,

████████████

*Supervisory Government Information Specialist (SGIS)*
Freedom of Information Act Operations (FOIA)
National Records Center (NRC)
Immigration Records and Identity Services Directorate (IRIS)
U.S. Citizenship and Immigration Services (USCIS)
Email: ████████████████████████
Cell: ████████████



**U.S. Citizenship and Immigration Services**

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.