| U.S. Department of Homeland Security | Subject ID : 401566980 | | | Record of Deportable/Inadmissible Alien | | | | |
|---|---|---|---|---|---|---|---|---|

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| ESTRADA JUAREZ, MARIA DE JESUS | | | | F | BRO | BRO | LBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | SAC2602000042 | 63 | 190 | UNR |

| U.S. Address | Scars and Marks |
|---|---|
| | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single |
|---|---|---|---|
| 12/11/1998 Unknown Time, SYS, WI-Without Inspection | | 706176JB7 | ☐ Divorced ☒ Married<br>☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| Age: | | 02/18/2026 | SAC/SFR | See I-831 | 02/18/2026 13:15 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| PUEBLA, MEXICO | | | M 5558 MARIN |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | MARIA DE JESUS ESTRADA-JUAREZ | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| Huicochea Nunez, Edgar Alejandro NATIONALITY: MEXICO | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| Estrada Aroche, Francisco Javier NATIONALITY: MEXICO | Tlatelpa, Rosalia Juarez NATIONALITY: MEXICO |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | Unemployed or Retired | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 3117052                    Left Index fingerprint              Right Index fingerprint

FAMILY INFORMATION
--------------------
Father:Estrada Aroche, Francisco is a citizen of  MEXICO.
Mother:Tlatelpa, Rosalia is a citizen of  MEXICO.
Spouse:Huicochea Nunez, Edgar is a citizen of  MEXICO.
Child:Subject does not have children or dependents.

SUBJECT HEALTH STATUS
-----------------------
The subject claims good health. ...(CONTINUED ON I-831)

| | M 5558 MARIN<br>Deportation Officer |
|---|---|
| Alien has been advised of communication privileges  2/18/26 mm   (Date/Initials) | (Signature and Title of Immigration Officer) |

| Distribution: | Received: (Subject and Documents)  (Report of Interview) |
|---|---|
| | Officer: M 5558 MARIN |
| | on: February 18, 2026                    (time) |
| | Disposition: REINSTATEMENT OF DEPORT ORDER I-871 |
| | Examining Officer:  ROBERTSON, D704? |

Form I-213 (Rev. 08/01/07)

8

<span style="color:red">**EXHIBIT S**</span>

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| ESTRADA JUAREZ, MARIA DE JESUS | ███████ | 02/18/2026 |
| | Event No: SAC2602000042 | |

**CURRENT ADMINISTRATIVE CHARGES**
--------------------------------------
02/18/2026 - 212a7AiI - IMMIGRANT WITHOUT AN IMMIGRANT VISA

**RECORDS CHECKED**
------------------
CIS checked on 02/18/2026 with Positive result.CLAIM checked on 02/18/2026 with Positive result.EARM checked on 02/18/2026 with Positive result.NCIC checked on 02/18/2026 with Negative result.TECS checked on 02/18/2026 with Positive result.

**ARRESTED AT/NEAR**
-------------------
650 CAPITOL MALL, SACRAMENTO, CALIFORNIA, 95814, UNITED STATES

**RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:**
------------------------------------------
FBI: 706176JB7

**METHOD OF LOCATION/APPRESHENSION:**

ESTRADA JUAREZ, Maria De Jesus ███████████, a native and citizen of Mexico came to the attention of Immigration and Customs Enforcement (ICE) pursuant to a United States Citizen Immigration Services (USCIS) interview. Upon completion of the interview, USCIS denied ESTRADA JUAREZ'S application for an I-485, Application to Register Permanent Residence. Record checks show that ESTRADA JUAREZ was previously removed from the United States on December 11, 1998.

**ENCOUNTER:**

On February 18, 2026, Deportation Officer Marin from the Sacramento ERO personally served ESTRADA JUAREZ ICE Form I-205, Warrant of Deportation at the Sacramento ERO Sub-Office located in Sacramento, CA at approximately 1130 hours and placed ESTRADA JUAREZ under arrest.

ESTRADA JUAREZ was enrolled into the IDENT/IAFIS systems. TECS/NCIC returned positive results for the ESTRADA JUAREZ. IDENT/IAFIS returned a positive hit.

**ALIENAGE AND REMOVABILITY:**

Checks with ICE data bases reveal ESTRADA JUAREZ was born on ██████████ in Puebla, Mexico who entered the United States without being inspected, admitted, or paroled by an Immigration Official, and is a previously removed alien from Mexico. ESTRADA JUAREZ, a native and citizen of Mexico was last removed from the United States on December 12, 1998, at San Ysidro, California Port of Entry.

ESTRADA JUAREZ's father, Francisco Javier Estrada Aroche is a native and citizen of Mexico who never adjusted status to that of a lawful permanent resident. ESTRADA JUAREZ's mother, Rosalia Juarez Tlatelpa is a native and citizen of Mexico who never adjusted status to that of a lawful permanent resident. Due to this information, ESTRADA JUAREZ does not derive United States citizenship.

**CRIMINAL HISTORY:**

ESTRADA JUAREZ has no known criminal history

| Signature | Title |
|---|---|
| M 5558 NARIN | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-213

| Alien's Name<br>ESTRADA JUAREZ, MARIA DE JESUS | File Number ▮▮▮▮<br>Event No: SAC2602000042 | Date<br>02/18/2026 |
|---|---|---|

IMMIGRATION HISTORY:

ESTRADA JUAREZ is a native and citizen of Mexico who entered the United States on or about December 11, 1998, at or near the San Ysidro, CA Port of Enty without being inspected, admitted or paroled by an immigration officer.

On December 12, 1998, ESTRADA JUAREZ was Expedited Removed from the United States.

ESTRADA JUAREZ's original Alien Number issued was ▮▮▮▮▮▮▮ Prior removal orders are found under ▮▮▮▮▮▮ During the application processes, ▮▮▮▮ was issued to ESTRADA JUAREZ.

On April 18, 2025, ESTRADA JUAREZ applied for an I-485, Application to Register Permanent Residence (MSC2590479961). On April 23, 2025, the application was rejected.

On June 10, 2025, ESTRADA JUAREZ applied for an I-485, Application to Register Permanent Residence (IOE09322391063). As of today, the application was denied by USCIS.

On June 10, 2025, ESTRADA JUAREZ applied for an I-130, Petition for Alien Relative (IOE0932391064). As of today, the application is pending.

HEALTH AND HUMANITARIAN ASPECTS:

ESTRADA JUAREZ's claims she is married and is not in any care of a minor child.

ESTRADA JUAREZ's claims good health.

ESTRADA JUAREZ does not claim fear of returning to her country of citizenship.

ESTRADA JUAREZ's does not claim any gang affiliation.

ESTRADA JUAREZ's does not claim to service to the United States military.

DISPOSITION

ESTRADA JUAREZ will be processed as a Reinstatement of Final Order and remain in custody pending removal proceedings.


OTHER IDENTIFYING NUMBERS
-------------------------------
ALIEN-▮▮▮▮▮

| Signature<br>M 5558 MARIN | Title<br>Deportation Officer |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)