**Dan Rodgers**

| | |
|---|---|
| **From:** | FOIAPAQuestions <foiapaquestions@uscis.dhs.gov> |
| **Sent:** | Wednesday, April 1, 2026 4:49 AM |
| **To:** | Dan Rodgers |
| **Subject:** | RE: Tracking Number: NRC███████    Subject Name: ███████ |
| | Subject A# ███████ |

> This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

The records requested could not be verified with the parent information provided in your initial request. Additional parent information will need to be submitted with a new request. Please include all information provided to USCIS in the past, including but not limited to:

- **All names provided to USCIS for Parent's**

In order to obtain a copy of your records, please submit a new FOIA request. If you wish to submit a new FOIA/PA request, please visit https://link.edgepilot.com/s/d3bddda7/Rj0TH-FeeEGctam1200zJA?u=http://www.uscis.gov/FOIA. You can now submit a FOIA request online using our new Freedom of Information Act Records System (FIRST). For instructions and requirements on how to complete a FOIA/PA request or to check on the status of a previously submitted request, please visit our FOIA webpage at https://link.edgepilot.com/s/d3bddda7/Rj0TH-FeeEGctam1200zJA?u=http://www.uscis.gov/FOIA.

*Public Liaison*
*Records Release*
*Department of Homeland Security/USCIS/NRC (National Records Center)*

Please note:
- As of **December 16, 2022**, our office no longer accepts emailed FOIA requests.
- As of **January 22, 2026**, our office will not generally accept nonelectronic (paper) FOIA requests. If you are unable to file your request electronically, include a detailed explanation with your request and we will determine if your paper request will be processed.

**EXHIBIT T**