**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** April 21, 2026 | **Time:** 5 minutes 2:26 p.m. to 2:31 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-03512-WHO | **Case Name:** Nightingale v. U.S. Citizenship and Immigration Services | |

**Attorneys for Plaintiff:**    Mary A. Kenny, Matthew H. Adams, Raul A. Pinto, and
                                Trina A. Realmuto
**Attorney for Defendant:**    John Halloran

**Deputy Clerk:** Jean Davis                    **Court Reporter:**  Marla Knox

**PROCEEDINGS**

Case Management Conference conducted via videoconference. The Court requests that the parties continue to attempt to resolve as many issues raised by the whistleblower as possible. Unless all disputes are fully resolved, the matter should be briefed on the following schedule:

    Motion:      June 10, 2026
    Response:   June 24, 2026
    Reply:       July 1, 2026
    Hearing:    July 15, 2026 at 2:00 p.m.

If there are additional issues to discuss regarding compliance, the parties shall also file a Joint Status Report by July 8, 2026.