Trina Realmuto (CA SBN 201088)
Mary Kenney (DC 1044695)*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

*(Additional Counsel for Plaintiffs Listed in Signature Block)*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; and Maribel CARANDANG, | No. 3:19-cv-03512-WHO |
| Plaintiffs, | |
| v. | **CONSENT MOTION TO EXTEND DEADLINE TO FILE MOTION TO ENFORCE** |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

1

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-3, the Plaintiffs move for an extension of the deadline to file their motion to enforce to allow additional time for the parties to continue productive discussions that may resolve or narrow the issues in dispute. Defendants consent to this requested extension. As explained below, good cause exists to grant this request.

In its April 21, 2026, Minute Order, the Court ordered the parties to "continue to attempt to resolve as many issues raised by the whistleblower as possible." *See* Minute Entry, ECF 214. The Court further provided a briefing schedule for a motion to enforce "[u]nless all disputes are fully resolved." *Id.* On May 22, 2026, Defendants provided Plaintiffs with a proposal to address the concerns Plaintiffs raised in the parties' April 16, 2026, Joint Status Report. *See* ECF 212.

On May 27, 2026, Plaintiffs responded to that proposal with specific requests. Defendants have indicated that it requires additional time to address Plaintiffs' response and requests. Specifically, the items requested by Plaintiffs would require the completion of internal processes and/or system development. The parties are conferring about these items.  Defendants have proposed, and Plaintiffs have accepted, that Defendants' response date for all action items be July 17, 2026, with the understanding that USCIS will attempt to address the action items as soon as possible, and that some will likely be addressed and/or completed before the July 17, 2026 target date.

Accordingly, for good cause shown, in an effort to continue to resolve or narrow the issues in dispute, the parties have agreed to ask the Court to extend Plaintiffs' deadline to file the motion to enforce to August 14, 2026, Defendants' response to September 11, 2026 and Plaintiffs' reply to September 25, 2026; and to continue the hearing to October 5, 2026, or to a date that is more convenient for the Court.

Respectfully submitted,

*s/ Trina Realmuto*
Trina Realmuto (CA SBN 201088)
Mary Kenney*
National Immigration Litigation Alliance
10 Griggs Terrace

Stacy Tolchin (CA SBN 217431)
Law Offices of Stacy Tolchin
234 E. Colorado Blvd., Suite 230
Pasadena, CA  91101

2

Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org
mary@immigrationlitigation.org

Matt Adams (WSBA No. 28287)*
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

(213) 622-7450
stacy@tolchinimmigration.com

Raul Pinto (DC Bar No. 90013180)*
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
(202) 507-7549

*Counsel for Plaintiffs and Class Members*

*Admitted pro hac vice*

Dated: June 1, 2026

Mot. to Ext. Deadline to File Mot. Enforce                    No. 3:19-cv-03512-WHO