UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | Case No. 19-cv-03512-WHO <br><br> **[Proposed] Order Granting Consent Motion to Extend Deadline to File Motion to Enforce** |

Having thoroughly considered the Plaintiffs' consent motion to extend the deadline to file their motion to enforce, the extension is GRANTED. The Court hereby ORDERS Plaintiffs to file any motion to enforce is August 14, 2026; Defendants to file a response by September 11, 2026; and Plaintiffs to file a reply by September 25, 2026. The Court further ORDERS the hearing to be set for October 5, 2026.

**IT IS SO ORDERED.**

This the ___ day of _____, 2026

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER                                          Case No. 3:19-cv-03512-WHO

1