BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
JOHN J. HALLORAN, JR.
D.C. Bar No. 454128
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 598-3398
Email: John.J.Halloran.Jr@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | No. 3:19-cv-03512-WHO <br><br> **DEFENDANTS' TWENTY-SECOND COMPLIANCE REPORT** |

Pursuant to this Court's December 17, 2020 Order and Judgment, ECF Nos. 89 & 90, Defendants respectfully submit the following Twenty-Second Compliance Report and accompanying declaration regarding the injunction issued in the above-captioned matter.

1.      This is a certified class action brought under the Freedom of Information Act ("FOIA").  Plaintiffs and class members are noncitizens and attorneys who claim that the U.S. Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), and U.S. Immigration and Customs Enforcement ("ICE") have engaged in an unlawful pattern or practice of failing to make timely determinations on FOIA requests for Alien Files ("A-Files").

## The Court's Injunction

2.      On December 17, 2020, following briefing and oral argument, this Court entered summary judgment in favor of Plaintiffs on their FOIA pattern or practice claims and issued a nationwide injunction against Defendants.  *See* ECF Nos. 89 at 27 & 90 at 1-2.[1]  The injunction established the following three requirements:

(A)   **Adhere to FOIA Timing Requirements:**  Defendants are permanently enjoined from further failing to adhere to the statutory deadlines for adjudicating A-File FOIA requests, as set forth in 5 U.S.C.§§ 552(a)(6)(A) and (B);

(B)   **Eliminate the Backlogs:** Within sixty (60) days of this order, defendants shall make determinations on all A-File FOIA requests in USCIS's and ICE's backlogs; [and]

(C)   **Quarterly Compliance Reports:**  Until further order, defendants shall provide this court and class counsel with quarterly reports containing information regarding the number and percentage of A-File FOIA requests that were filed and timely completed as well as the number and percentage of cases that remain pending beyond the twenty or thirty-day statutory periods, respectively 5 U.S.C. §§ 552(a)(6)(A) and (B).  The first compliance report is due within ninety (90) days of this order.

ECF No. 89 at 27; ECF No. 90 at 1-2.

The Court made clear that Defendants are not required to achieve 100% compliance with the injunction, but instead must reach "substantial compliance within sixty (60) days" of the Order.  ECF No. 89 at 24.

## Defendants' Substantial Compliance in the Previous Reporting Period

3.      In the previous (twenty-first) reporting period, USCIS reported a timely completion rate of approximately 99.35% and an A-File backlog of approximately one (1) request.  *See* Eighth Declaration of M. David Arnold ¶¶ 8-9, ECF No. 208-1 ("8th Arnold Decl.").  As in prior reporting

---

[1] Defendants filed a notice of appeal of this Court's Judgment to the U.S. Court of Appeals for the Ninth Circuit.  ECF No. 94.  Defendants have since voluntarily dismissed the appeal.  ECF No. 114.

periods, none of the backlogged requests was from a requester in Track 3—i.e. a requester with a scheduled immigration proceeding. *See id.* ¶ 6. And the average processing times for requests in each A-File category remained within the statutory time periods. *See id.* ¶ 7.

**Defendants' Substantial Compliance in the Present Reporting Period**

4. In the present reporting period, USCIS has continued to demonstrate its commitment to substantially complying with the Court's injunction. It reports a timely completion rate of approximately 99.96 %. *See* Ninth Declaration of M. David Arnold ¶ 8 ("9th Arnold Decl."). From March 15, 2026 through June 14, 2026, USCIS received approximately 127,780 new A-File requests. *Id.* ¶ 5. USCIS reports that there are approximately 5 FOIA requests for A-Files in its backlog. *See id.* ¶ 9. The number of cases in USCIS's backlog from requesters in Track 3—i.e. those who show they have a scheduled immigration proceeding—remains at zero. *Id.* ¶ 6. ICE's A-File backlog also remains at zero.

5. The average processing times for requests in each A-File category remain within the statutory time periods. *See id.* ¶ 7. Specifically, USCIS processed requests in an average of approximately 7.12 business days for Track 1 requests; approximately 10.37 business days for Track 2 requests; and approximately 5.02 business days for Track 3 requests. *Id.* This demonstrates that USCIS is, on average, continuing to provide requestors with the greatest need—those in Track 3—responses remarkably quicker than the FOIA requires. *See id.*

6. A summary of the continuing investments and other measures USCIS has undertaken to sustain and improve its FOIA program is provided in the accompanying declaration. *See id.* ¶¶ 10-14. USCIS anticipates that, through those continued efforts, it will continue reporting a high timely completion rate and a low A-File backlog. *See id.* ¶ 14.

Dated: June 15, 2026    Respectfully submitted,

           BRETT A. SHUMATE
           Assistant Attorney General

           ELIZABETH J. SHAPIRO
           Deputy Branch Director

           */s/ John J. Halloran, Jr.*
           JOHN J. HALLORAN, JR.
           D.C. Bar No. 454128
           Trial Attorney
           United States Department of Justice
           Civil Division, Federal Programs Branch
           1100 L Street, NW
           Washington, D.C. 20005
           Tel: (202) 598-3398
           Email: John.J.Halloran.Jr@usdoj.gov

           *Counsel for Defendants*