UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,<br><br>        Plaintiffs,<br><br>        v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendants. | Case No. 19-cv-03512-WHO<br><br>**[Proposed] Order Granting Second Consent Motion to Extend Deadline to File Motion to Enforce** |

Having thoroughly considered the Plaintiffs' consent motion to extend the deadline to file their motion to enforce, the extension is GRANTED. The Court hereby ORDERS Plaintiffs to file any motion to enforce by September 23, 2026; Defendants to file a response by October 26, 2026; and Plaintiffs to file a reply by November 2, 2026. The Court further ORDERS the hearing to be set for November 16, 2026.

**IT IS SO ORDERED.**

This the ___ day of _____, 2026

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER                                                              Case No. 3:19-cv-03512-WHO

1