UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,<br><br>            Plaintiffs,<br><br>            v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>            Defendants. | **No. 3:19-cv-03512-WHO**<br><br>**Motion for Leave to Withdraw Appearance of Attorney John J. Halloran, Jr.** |

Undersigned counsel, John J. Halloran, Jr., a member of the bar of this Court since November 30, 1993, hereby moves to withdraw his appearance as counsel for Defendants in this matter due to an impending change in employment status effective August 12, 2026. Attorney Steven M. Chasin, who entered his appearance in this matter on August 4, 2026, will represent Defendants in place of Mr. Halloran.  A Proposed Order accompanies this motion.

Dated: August 5, 2026                     Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ John J. Halloran, Jr.*
JOHN J. HALLORAN, JR.
D.C. Bar No. 454128
Trial Attorney
United States Department of Justice

1

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 598-3398
John.J.Halloran.Jr@usdoj.gov

*Counsel for Defendants*

MOTION TO WITHDRAW APPEARANCE                                    Case No. 3:19-cv-03512-WHO