Diana L. Christian
California State Bar No. 236726
Admitted, U.S. District Court for the
Northern District of California
T.M. Guyer & Friends, PC
116 Mistletoe Street
Medford, OR 97501
Telephone: (206) 535-2395 / (202) 227-3590
Email: DianaC@whistleblower.org
Counsel for Proposed Amici Curiae
Timothy Turner and
Government Accountability Project

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ZACHARY NIGHTINGALE, et al.,
Plaintiffs,
v.
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,
Defendants.

**Case No. 3:19-cv-03512-WHO**
**Hon. William H. Orrick**

# DECLARATION OF DIANA L. CHRISTIAN REGARDING INABILITY TO OBTAIN STIPULATION

I, Diana L. Christian, declare:

1. I am counsel for proposed amici curiae Timothy Turner and Government Accountability Project and am admitted to practice before this Court.

2. Before filing the accompanying administrative motion, counsel for proposed amici sought the parties' positions. Plaintiffs advised that they do not oppose the requested relief; Defendants advised that they oppose it. Because Defendants oppose, proposed amici could not obtain a stipulation under Civil Local Rule 7-12. This declaration is submitted pursuant to Civil Local Rule 7-11(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2026, at Oceano, California.

/s/ Diana L. Christian
Diana L. Christian