Exhibit 4

**FIRST Appeals Report**

**Pulled March 29, 2026**

Pivot Table: Closed Date x Final Action Code

| Row Labels | CR | CU | DP | ER | FC | G1 | NA | NR | PD | PR | RD | RF | RM | TD | WD | (blank) | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 18 | 206 | 1 | 33 | 299 | | 156 | | | 155 | | | 324 | | 72 | | 1264 |
| 2004 | 29 | 195 | 5 | 8 | 348 | | 103 | | | 301 | | | 141 | | 92 | | 1222 |
| 2005 | 18 | 71 | 14 | 7 | 388 | | 114 | | | 229 | | | 132 | | 81 | | 1054 |
| 2006 | 23 | 84 | 30 | 14 | 275 | | 165 | | | 266 | | | 119 | | 11 | | 987 |
| 2007 | 43 | 82 | 49 | 5 | 227 | | 121 | | | 555 | | | 127 | | 26 | | 1235 |
| 2008 | 22 | 79 | 16 | 16 | 54 | | 38 | | | 442 | | | 279 | | 23 | | 969 |
| 2009 | 25 | 179 | 1 | 25 | | | 128 | | | 1028 | | | 404 | | 10 | | 1800 |
| 2010 | 23 | 275 | | 27 | | | 109 | | | 931 | | | 268 | | | | 1633 |
| 2011 | 15 | 324 | | 52 | | | 100 | | | 415 | | | 197 | | 1 | 1 | 1105 |
| 2012 | 13 | 493 | | 23 | 5 | | 65 | | | 672 | | | 236 | | | | 1507 |
| 2013 | 7 | 543 | | 7 | 128 | | 124 | | | 808 | | | 377 | | 1 | | 1995 |
| 2014 | 5 | 533 | 1 | 25 | 126 | | 99 | | | 739 | | | 398 | | 2 | 1 | 1929 |
| 2015 | 9 | 594 | | 8 | 121 | | 82 | | | 790 | | | 387 | | 1 | | 1992 |
| 2016 | 3 | 479 | | 9 | 100 | | 100 | | | 771 | | | 358 | | | | 1820 |
| 2017 | 14 | 509 | | 4 | 80 | | 76 | | | 857 | | | 344 | | 1 | 1 | 1886 |
| 2018 | 21 | 503 | | 12 | 60 | | 82 | | | 952 | | | 306 | | | | 1936 |
| 2019 | 30 | 324 | 13 | 164 | 67 | 10 | 67 | 33 | 32 | 967 | | | 587 | | 1 | | 2295 |
| 2020 | 32 | 317 | 1 | 41 | 57 | | 74 | | | 760 | | | 576 | | 2 | | 1860 |
| 2021 | 48 | 726 | 4 | 31 | 59 | | 71 | | | 1074 | | | 546 | | | | 2559 |
| 2022 | 17 | 944 | | 38 | 87 | | 44 | | | 737 | | | 626 | | 1 | | 2494 |
| 2023 | 12 | 1407 | 14 | 52 | 82 | | 87 | | | 602 | | | 786 | | | | 3042 |
| 2024 | 17 | 2138 | 28 | 341 | 207 | | 1058 | | | 617 | | | 1940 | 12 | 28 | 1 | 6387 |
| 2025 | 8 | 7404 | 265 | 209 | 184 | | 1367 | | | 239 | 1 | 1 | 1930 | 37 | 62 | 2463 | 14170 |
| Jan | 8 | 269 | 5 | 37 | 17 | | 133 | | | 62 | | | 202 | 17 | 5 | | 755 |
| Feb | | 416 | 10 | 27 | 4 | | 95 | | | 26 | | | 136 | | 4 | | 718 |
| Mar | | 466 | 6 | 43 | 5 | | 119 | | | 59 | | | 144 | | 6 | 2 | 850 |
| Apr | | 463 | 12 | 28 | 1 | | 74 | | | 53 | | 1 | 101 | 2 | 5 | 9 | 749 |
| May | | 360 | 12 | 11 | 4 | | 66 | | | 9 | | | 102 | 4 | 3 | 159 | 730 |
| Jun | | 337 | 11 | 2 | 5 | | 73 | | | 18 | | | 103 | 3 | 2 | 229 | 783 |
| Jul | | 453 | 15 | 9 | 4 | | 105 | | | 3 | | | 119 | | 5 | 294 | 1007 |
| Aug | | 440 | 13 | 12 | 6 | | 96 | | | 2 | | | 146 | 1 | 2 | 325 | 1043 |
| Sep | | 458 | 43 | 1 | 7 | | 95 | | | 3 | | | 125 | | 4 | 393 | 1129 |
| Oct | | 961 | 83 | 9 | 31 | | 244 | | | 2 | 1 | | 187 | 3 | 12 | 406 | 1939 |
| Nov | | 1097 | 28 | 11 | 58 | | 135 | | | 1 | | | 270 | 2 | 6 | 306 | 1914 |
| Dec | | 1684 | 27 | 19 | 42 | | 132 | | | 1 | | | 295 | 5 | 8 | 340 | 2553 |
| 2026 | | 1436 | 26 | 12 | 21 | | 154 | | | 1 | 1 | | 242 | 2 | 16 | 5156 | 7067 |
| Jan | | 1434 | 25 | 12 | 21 | | 154 | | | 1 | 1 | | 241 | 2 | 8 | 580 | 2479 |
| Feb | | 1 | 1 | | | | | | | | | | 1 | | 5 | 2198 | 2206 |
| Mar | | 1 | | | | | | | | | | | | | 3 | 2378 | 2382 |
| Grand Total | 452 | 19845 | 468 | 1163 | 2975 | 10 | 4584 | 33 | 32 | 14908 | 2 | 1 | 11630 | 51 | 431 | 7623 | 64208 |

Exhibit 5

## APPENDIX OF FIGURES

### FIGURE 1




*Figure 1 depicts A-File closures by declaration period, separating closures that produced records (PD and G1) from failure-to-comply, no-record, and unable-to-verify closures across the nine A-File offices and is drawn from these sources: Databricks.*

**FIGURE 2**


Detention Center A-file Closure Rates: Pre- vs Post-VOI Policy
Records produced
Failure to Comply
No Record
Other
% of Closures
70
60
50
40
30
20
10
0
66.7
20.8
6.3
6.3
35.2
36.6
9.9
18.3
1: Pre-VOI (1/15/2025 - 9/15/2025)
2: Post-VOI (9/16/2025 - 5/15/2026)
Period

*Figure 2 depicts detention center A-File closure rates before and after the September 2025 Verification of Identity policy and is drawn from these sources: Databricks.*

**FIGURE 3**




*Figure 3 depicts the A-File Track 3 failure-to-comply, no-record, and unable-to-verify closure rate by declaration period and is drawn from these sources: Databricks.*

**FIGURE 4**




*Figure 4 depicts A-File Track 3 closures before and after the September 2025 Verification of Identity policy change and is drawn from these sources: Databricks.*

**FIGURE 5**




*Figure 5 depicts the A-File Track 3 failure-to-comply and no-record rate before and after the September 2025 Verification of Identity policy change and is drawn from these sources: Databricks.*

**FIGURE 6**




*Figure 6 depicts Track 2 average days open by closure code, September 16, 2025 through June 24, 2026 and is drawn from these sources: Databricks.*

**FIGURE 7**




*Figure 7 depicts Track 3 average days open by closure code, September 16, 2025 through June 24, 2026 and is drawn from these sources: Databricks.*

**FIGURE 8**




*Figure 8 depicts Track 1 average days open by closure code, September 16, 2025 through June 24, 2026 and is drawn from these sources: Databricks.*

**FIGURE 9**




*Figure 9 depicts A-File open cases by office, March 1, 2025 through April 19, 2026 and is drawn from these sources: Databricks.*

**FIGURE 10**




*Figure 10 depicts open cases by office for Appeals (APP) and Agency Records (SPL and COW), March 1, 2025 through April 19, 2026 and is drawn from these sources: Databricks.*

**FIGURE 11**




*Figure 11 depicts appeals received compared with appeals closed and is drawn from these sources: Databricks.*

**FIGURE 12**




*Figure 12 depicts open appeals by working days since receipt, as of June 24, 2026 and is drawn from these sources: Databricks.*

**FIGURE 13**




*Figure 13 depicts the FY26 MBR (Operations Support Branch) Staffing/Hiring Story dashboard and is drawn from these sources: FY26 MBR Staffing/Hiring Story dashboard.*

**FIGURE 14**




*Figure 14 depicts the USCIS Hiring Pipeline historical data comparison for March 15, 2025 through May 13, 2026 and is drawn from these sources: USCIS Hiring Pipeline dashboard.*

**FIGURE 15**




*Figure 15 depicts the USCIS Hiring Pipeline dashboard, showing onboard and vacant positions by program office, data as of May 14, 2026 and is drawn from these sources: USCIS Hiring Pipeline dashboard.*

**FIGURE 16**




*Figure 16 depicts total staff hours by month for A-File offices, September 1, 2024 through June 24, 2026 and is drawn from these sources: Databricks.*

**FIGURE 17**




*Figure 17 depicts DHS/ICE support compared with all other teams: cases processed and approved by month and is drawn from these sources: Databricks.*

**FIGURE 18**

| Office | BL3 | | |
|---|---|---|---|
| A-File Quality Review<br>Contractor Office: BL3 | | | |
| Count of FA Code | Column Labels | | |
| Row Labels | Human Reviewed | Grand Total | Human Review Rate |
| ⊞ DP | 77 | 77 | 100% |
| ⊟ FC | 1639 | 1639 | 100% |
| Track 2 | 1639 | 1639 | 100% |
| ⊞ NA | 1 | 1 | 100% |
| ⊟ NR | 2574 | 2574 | 100% |
| Track 2 | 2574 | 2574 | 100% |
| ⊟ PD | 8921 | 8921 | 100% |
| Track 2 | 8921 | 8921 | 100% |
| ⊞ TD | 59 | 59 | 100% |
| Grand Total | 13271 | 13271 | 100% |

*Figure 18 depicts the A-File Quality Review report for contractor office BL3 and is drawn from these sources: FIRST.*

**FIGURE 19**

| A-File Quality Review<br>Federal Employee Offices: ALF, EB5, MRC, NRC, SAF, SDO, SMP | | | | |
|---|---|---|---|---|
| Count of FA Code | Column Labels | | | |
| Row Labels | Human Reviewed | No QA | Grand Total | Human Review Rate |
| **DP** | **5** | **3258** | **3263** | 0.15% |
| **ER** | **1** | **18** | **19** | 5.26% |
| **FC** | **54** | **29802** | **29856** | 0.18% |
| Track 1 | | 187 | 187 | 0.00% |
| Track 2 | 53 | 28635 | 28688 | 0.18% |
| Track 3 | 1 | 980 | 981 | 0.10% |
| **G1** | **185** | **905** | **1090** | 16.97% |
| Track 1 | 112 | 265 | 377 | 29.71% |
| Track 2 | 73 | 629 | 702 | 10.40% |
| Track 3 | | 11 | 11 | 0.00% |
| **NA** | **3** | **1355** | **1358** | 0.22% |
| **NR** | **157** | **35307** | **35464** | 0.44% |
| Track 1 | 5 | 2282 | 2287 | 0.22% |
| Track 2 | 151 | 31757 | 31908 | 0.47% |
| Track 3 | 1 | 1268 | 1269 | 0.08% |
| **PD** | **5024** | **30514** | **35538** | 14.14% |
| Track 1 | 892 | 3147 | 4039 | 22.08% |
| Track 2 | 3965 | 24142 | 28107 | 14.11% |
| Track 3 | 167 | 3225 | 3392 | 4.92% |
| **RD** | | **449** | **449** | 0.00% |
| **RF** | | **59** | **59** | 0.00% |
| **TD** | **1** | **1746** | **1747** | 0.06% |
| **WD** | | **55** | **55** | 0.00% |
| **Grand Total** | **5430** | **103468** | **108898** | 4.99% |

*Figure 19 depicts the A-File Quality Review report for the federal employee offices ALF, EB5, MRC, NRC, SAF, SDO, and SMP and is drawn from these sources: FIRST.*

**FIGURE 20**




*Figure 20 depicts the public FOIA request portal at first.uscis.gov as it appeared on July 30, 2026 and is drawn from these sources: first.uscis.gov FOIA portal.*

**FIGURE 21**



Figure 21 depicts failure-to-comply closure reasons by letter insert, September 16, 2025 through June 24, 2026 and is drawn from these sources: Databricks.

**FIGURE 22**




Figure 22 depicts no-record closure reasons by letter insert, September 16, 2025 through June 24, 2026 and is drawn from these sources: Databricks.

**FIGURE 23**



*Figure 23 depicts A-File failure-to-comply, no-record, and unable-to-verify closures by month and is drawn from these sources: Databricks.*

Exhibit 6

Memorandum for the Record

March 25, 2026

At 10:44am EST, I received an email entitled "Do you know where 5000 appeals in first went overnight?" from Associate Counsel [redacted]. In the email, he stated "We had 9800 or so in the gc queue last night, today there are about 4800." By GC, I took that to mean the General Counsel queue in FIRST Appeals.

I messaged [redacted] and my supervisor, [redacted] for information to relay to OCC. [redacted] stated that the 5,000 cases "are being revaluated for correct creation." I asked if these were the Verification of Identity (VoI) cases that were discussed in the last Expanded Executive Staff Meeting. [redacted] responded "Yes."[1]

At 11:11am EST, [redacted] responded that "5000 cases were just reset to the case create stage. let me next type out the best explanation of this for OCC to support the response." At 11:30 am, he stated "just a few more, I will be right back." At 11:56 am, he said "ok

[1] In the March 3, 2026 Expanded Leadership Forum Call with the NRC Front Office, ACDs, and Section Chiefs, these cases were discussed. In that call, and Operations Support Branch (OSB) Chief noted that these cases "can be pushed over into the PPO office." [redacted] stated that "we have a couple thousand cases waiting to be created right now," which the OSB Chief clarified immediately after as "this is VOI only," and went on to explain: "So what the Dev team will do, what they can do is they can change the state. They can basically allow you to do a redo." So they can say… right now we've got all these VOIs, so I have the data that we've run that we identified cases that were appealed, that were up front closed due to the VOI. So based on the letter inserts in the final action letter, we can look at those… There's like three to 5,000 that are sitting in the FC queue right now."
[redacted] stated that "So the idea is, let's look at all of those VOI ones, and if we have the information, now let's process them, rather than having that idea of oh, no, it's an abuse. Basically, reopen and process it because we have the information."
After further discussion, FOIA Officer Jim Baxley asked if "this impacts our reporting, because we have to report appeals, right?" The OSB Chief clarified that "if these cases are moved into the PPO queue, they are not included into our appeals numbers" and that "it may be tricky though because we'll have to identify the ones we moved this way versus the ones that are identified the other way so we can add the PPO office to our appeals numbers for the DHS reports." [redacted] said "let's work through this offline."
Later in the call, [redacted] said "The direct is there's going to be a hit to our compliance. We realize the right thing to do is if they have information that in today's world would allow us to work and respond to those requests, we'll do that." [redacted] then asked "how would that impact our compliance? Because it's all tracked outside. It's in its own separate office. It's not associated with anything like mail/ There's no timeline." [redacted] responded "ok" then moved on to the next topic.

nevermind on me providing the response, can you please forward that email to me, front office wants to provide a response/inform OCC of what's happening," then a few minutes later stated "for your general awareness, how I'd summarize it is: *The NRC reassigned 5000 cases from GC queue back to the initial case create stage, due to our need to re-review and follow our process map correctly. We suspect there are a considerable number of this 5000 case sample that should not have been routed to GC upon discovery of a system routing nuance that we have identified and corrected.* But top level to top level comms are preferred . thanks."

I asked what he meant by process map/system routing nuances, and he responded at 12:09 pm that "this is that flowchart image from the FIRST design I shared with you a while back, wherever the case was something we can/should process - it is supposed to be sent to the PPO queue for processing and providing to requestor. the appeals CC needs to reassign to PPO. the training that was given had some bad info about continuing to click through to the end of the case, which sends it to GC and linked to this flow chart:



Exhibit 7

U.S. Citizenship and Immigration Services

# Freedom of Information Act and Privacy Act Appeals Case Create Guide

01/30/2026

# Contents

**FOREWORD** .......... **5**
**SYSTEMS AND LINKS** .......... **6**
**APPEAL REQUEST** .......... **7**
**LETTERS** .......... **7**
**STARTING A CASE** .......... **8**
**APPEAL CLOSURES** .......... **9**
**REVIEW SEARCH TAB** .......... **10**
**DUPLICATE CASE** .......... **10**
**APPEAL CASE CLOSURE CODES** .......... **11**
**APPEAL CASE – NOT A PROPER APPEAL** .......... **12**
**COMPLETELY UPHELD - NO RECORD (CU-NR)** .......... **13**
**COMPLETELY UPHELD - TD/FC (CU-FC)** .......... **13**
**REMAND CASES** .......... **14**
**CASE NOTES** .......... **16**
**ADMIN QUEUE** .......... **16**
**EXPEDITED OR TRACK 3** .......... **17**
**CASES RETURNED FROM GENERAL COUNSEL (GC)** .......... **19**
**APPENDICES** .......... **20**
Appendix A – Downloading Documents .......... 20
Appendix B – Downloading Case Notes .......... 21
Appendix C – Uploading New Cases .......... 22
Appendix D – Temporary Receipts Chart .......... 23
Appendix E – Appeals CC Flow Map .......... 24
Appendix F – Appeals CC Letter Inserts .......... 31

## FOREWORD

The United States Citizenship and Immigration Services (USCIS) Freedom of Information Act (FOIA) and Privacy Act (PA) Appeal Case Create Guide is a reference to assist with creating FOIA and PA appeal requests.

The Appeals Case Create Guide may be used as a general guideline for creating appeal cases. Contact the Office of Chief Council (OCC) Commercial and Administrative Law Division (CALD) paralegal or assigned attorney for specific questions regarding appeal case create.

# SYSTEMS AND LINKS

## Systems

**FIRST**- The ALF, APP, BL3, NRC, SDO, and SMP offices are needed to create appeal cases.

**PCIS** – The Person Centric Identity Service (PCIS) system retrieves data from Claims 3, Claims 4, CIS2, AR11, CPMS, ELIS, CAMINO, EOIR and Global. PCIS interfaces with FIRST.

**RAILS** – Not an acronym, RAILS modernized and replaced the National File Tracking System (NFTS). RAILS is an automated record tracking system that interfaces FIRST.

## E-Mail Links

The following table provides contacts which may be helpful when creating appeal cases. If you are unable to determine which office to contact regarding an appeal issue, please contact your supervisor.

| Department/Section | Purpose | Email Address |
|---|---|---|
| **Appeals Team Shared Mailbox** | Shared mailbox to receive appeals forwarded from FOIA/PAQuestions mailbox, notifying Case Creator about partial remands, or other correspondence to the appeals team. | NRCFOIAAPPEALS@uscis.dhs.gov |
| | ***Note:*** If the case is appealing a COW office case, place case in Admin with a case note and email Appeals Team Shared Mailbox. | |
| **FIRST Program Managers** | FIRST Operating Issues, printer issues.<br>***Note***: Before contacting the FIRST Program Manager directly, you must contact a supervisor. | nrcfoiafirstprogram@uscis.dhs.gov |
| **Genealogy** | Genealogy Inquiries | Genealogy.uscis@uscis.dhs.gov |
| **Media** | Media Processing questions | NRCFOIAMEDIA@uscis.dhs.gov |
| **Unusual Situations** | | Contact Team Helpdesk or Supervisor |

## APPEAL REQUEST

### What Are FOIA Appeals and How Do We Get Them

The Freedom of Information Act (FOIA) provides requesters an opportunity to appeal any "adverse determination" an agency makes on a FOIA request. Adverse determinations may include decisions regarding records being exempt in part or in whole, requested records do not exist or cannot be located, or decisions made regarding fee waivers and expedited processing.

The appeal process allows the request to be reviewed once more and gives the agency an opportunity to reevaluate the initial response and potentially avoid unnecessary judicial review.

Appeal requests can be submitted by mail, via the electronic "front porch" in FIRST, or forwarded to the appeal team shared mailbox from the FOIAPAQuestions@uscis.dhs.gov mailbox.

### Who Can Submit a FOIA Appeal Request

Anyone who can request records under FOIA can submit a FOIA Appeal. Common types of requestors are:

- **First party Requestors:** the subject, a parent of a minor child, or guardian. A minor can request their own record(s). There is no legal age limit to file a FOIA/PA request.
- **Third-party Requestors:** any individual providing the subject's consent.
- **Media Requestors:** typically, accredited members of the media.
- **Bond Obligors:** companies who posted an immigration bond for the subject.
- **State and Local Government Agencies:** agencies entitled to documents for law enforcement purposes.

### FOIA Appeal Time Limit

5 U.S.C. § 552 552(a)(6)(A)(i)(III)(aa) specifies requesters must be given a minimum of 90 days after the date of an adverse determination to file an administrative appeal. This period generally begins the date of the initial response final action letter. In unusual circumstances, the date a response was re-printed or the date the envelope was postmarked can be used.

U5 U.S.C. § 552(a)(6)(A)(i) states under the law, all federal agencies are required to respond to a FOIA appeal request within 20 business days. This period generally begins when the request is received by the FOIA appeal office.

## LETTERS

### Letters

There are two types of letters sent to a requester from the case create role.

- **Acknowledgement Letters** – An acknowledgement letter informs the requester we received their appeal and will notify them of a decision on it as quickly as possible. This letter generates when a case is created and includes an appeal case control number for the requester to reference

when contacting the appeal office.
  - Go to the blue banner in FIRST. Select "Actions" and then "Letters".
  - FIRST has check boxes and text boxes allowing additional verbiage to be inserted as needed. See Appendix E for the Letter Inserts for more information on additional verbiage suggestions.
- **Final Action Letters** – The final action letter informs the requester of any actions taken on their appeal. This letter is generated when a case closing code is selected.
  - Go to the blue banner in FIRST. Select "Actions" and then "Up-front Close".
  - Select the appropriate closing code and the corresponding letter will generate.
  - FIRST has check boxes and text boxes allowing additional verbiage to be inserted as needed. See Appendix E for the Letter Inserts for more information on additional verbiage suggestions.

***Note***: When preparing an acknowledgement or final action letter it is every case creator's responsibility to thoroughly review the letter for correct spelling, grammar, and punctuation.

### Letter Inserts

Appeal acknowledgement and final action letters will normally need editing. Under the "Letters" tab, check boxes and text boxes available for use in editing will be shown.
- Check boxes allow case creators to select prepared paragraphs to be added to the letter.
- Blank text boxes allow case creators to type or copy/paste text into the letter.
- If the exact verbiage needed is not available as a checkbox, a blank text box must be utilized.
  - See Appendix E for the Letter Inserts for more information on additional verbiage suggestions.

## STARTING A CASE

### Receiving the Appeal

Appeals are received through regular mail, via the electronic "front porch" in FIRST, or forwarded to the appeal team shared mailbox from the FOIAPAQuestions@uscis.dhs.gov mailbox.
- **Multiple Appeal Case Request** – Multiple case numbers in one paper appeal request
  - Case note stating paper related request.
  - Email NRC.FOIAOA@uscis.dhs.gov, requesting the related requests be uploaded separately by the OA room.
  - Move the case to Admin.
    - The cases will be returned to you once corrections are made by the OA room.

### Proper Appeal Determination

Before seeking judicial review, a FOIA requester is usually required to submit an administrative appeal of any "adverse determination" made by the agency. To be considered proper, an appeal must meet two criteria.
- **Received within 90 days of the date on the original FOIA response letter**. There are multiple ways to determine when an appeal was received.
  - The date on the appeal letter.
  - A handwritten or rubber-stamped received date.

    - A post mark date.
    - If necessary, review the original case in FIRST to determine if the Final Action letter response was reprinted or resent later than what is shown on the final action letter.
- **The appeal should clearly identify the FOIA determination(s) being appealed.**

When appeals do not meet these two criteria, the appeal will be closed up-front as not a proper appeal (NA-NP).

## Capturing Information

There are five sections on the left side of FIRST but only Section 1 should be edited if necessary. Each section must be reviewed for accuracy. FIRST will capture the original case number and populate the remaining sections of the left side.

***Note:*** If the appeal is received via the FIRST front porch, case information will automatically populate in the blue banner and left-side sections. If additional spacing is found or the A-file number does not contain 9 digits, make corrections as this may interfere with attempts to search FIRST.

Section 1: **Appeal Information**
Details: Control Number, Alien Number
Action: Review the appeal letter for appeal information.

- Do not enter the alien number, the alien number field in this section will not function properly.
- If the appeal request is a front porch request, the left side will auto populate.
- If the appeal request is a paper request, the original control number needs to be located and entered on left side.
    - If no control number is provided, perform a search in FIRST using information provided.
    - Enter the original control number in FIRST using all caps and select "tab". FIRST should populate the blue banner bar and the left-side sections with the original request information.
        - Double check the blue ribbon to ensure it is reflecting the APP control number and the original NRC control number.
    - If an error occurs and FIRST populates with an appeal number as the original case control number, delete the control number from Section 1 and re-enter it.
- Compare and verify populated information in FIRST to the appeal letter to ensure you have the correct case selected.

Section 2-5: **Should not be altered.**

## APPEAL CLOSURES

---

### Remand (RM) and send to General Council (GC)

When the original case is determined to be incorrectly closed, the appeal case will be remanded to GC for review.

### Remand (RM) and send to Case Processor (CP)

When the appeal case is determined to be appealing exemption or redactions, the appeal case will be pended for review by a case processor.

### Completely Uphold (CU)

This is the equivalent to Up-Front Approver for appeals. When the original case was closed correctly, the appeal case will be sent to GC for review.

## REVIEW SEARCH TAB

### Search Tab

After reviewing the request information, select the "Actions" dropdown on the top right corner of FIRST and select "Search". Do NOT make any selections on this tab. FIRST will use information populated on the left-side sections to locate records related to the subject of record (SOR). Select the compare button for the record matching your subject. Review the list of potential responsive records to determine if responsive records were not provided in original request.

All searches for subjects should be performed using the Search function within FIRST. PCIS standalone searches should only be completed on an as needed basis.

## DUPLICATE CASE

### Duplicate Tab

After reviewing the Search tab, navigate to the blue banner in FIRST. Select "Actions" and then "Duplicate". FIRST will use information populated on the left-side sections to perform searches for possible duplicate FOIA requests. A list of possible matches will be shown. If the requester filed an additional FOIA request and the same records have been released, the appeal case will be closed as a duplicate and the requester will be advised of this information.

***Note:*** A duplicate is a closed case, in any office, received after the Appeal case releasing the same information requested in the Appeal Case.

- If you do not have access to original case office, place your case in Admin, add a case note and send an email to your supervisor.
- Do not duplicate to an open case or a case ending in REQ.

Decide if case is a duplicate…

- Use the compare case icon to get a side-by-side view of information populated on the left-side sections of the case selected and the appeal case.
- Use view case icon to see a standalone view of the case selected.
- If not a duplicate, proceed with creating the case.
- If the case is a duplicate, select "Duplicate" next to the appropriate case.
    - Actions > Locate – Check Yes under full alien file. (Do not staff for any files.)
    - Actions > Up-Front Closure > Duplicate.
    - Choose appropriate insert.
    - Select Update Letter.
    - Review letter to make sure the case numbers display appropriately.

- Case note all actions taken.
- Actions > Send to General Council (GC).

## APPEAL CASE CLOSURE CODES

Below are descriptions of each closing code available from the case create role. The sub-closing codes listed pertain to the final action letter.

**TD**: Total Denial – Not typically used for appeal responses.
**ER**: Created in Error – Documents were scanned into APP office by mistake.
**DP**: Duplicate – Closing as a duplicate.
**RM**: Remand – Sending the appeals case for further actions.
**FC**: Failure to Comply – Not typically used for appeal responses.
**WD**: Request Withdrawn – Appeal request has been withdrawn.
**NA**: Not Applicable – Not related to an action taken or decision made by the FOIA division.

- **NA**: Not Applicable
- **NA-NP**: Not Applicable – Not a Proper Appeal

**CU**: Completely Upheld – Action taken or decision made on original case is upheld on appeal.

- **CU-CU**: Completely Upheld – Completely Upheld
- **CU-EX**: Completely Upheld – Expedited Treatment Denied
- **CU-FC**: Completely Upheld – Failure to Comply -or- Total Denial
- **CU-FE**: Completely Upheld – Fee Waiver
- **CU-NR**: Completely Upheld – No Record

## Completely Upheld (CU) Chart

| Original Case Closed As | Appeals Closure Code | Appeal Final Action | Notes |
|---|---|---|---|
| **DP** | CU-CU | Send to GC | Original case closed DP correctly or the records sought have been processed and closed in another case. |
| **FC** | CU-FC | Send to GC | Select short or long criteria depending on if the SOR is deceased or not. |
| **TD** | CU-FC | Send to GC | FC letter provides information for TD and FC. |
| **UT** | CU-NR | Send to GC | Previously used for lost/missing files now closing NR. |
| **NR** | CU-NR | Send to GC | If the appeal is for the same records as the request. i.e. Entire A-file. |

## Remand (RM) Chart

| Original Case Closed As | Appeals Closure Code | Appeal Final Action | Notes |
|---|---|---|---|
| **DP** | RM | Send to GC | Should not have been DP'd - i.e. different requestor or different records sought. |

| | | | |
|---|---|---|---|
| **FC** | RM | Send to GC | Perfected Request – Closed Incorrectly |
| **TD** | RM | Send to GC | Perfected Request – Closed Incorrectly |
| **NR** | RM | Send to GC | When the requestor is stating they did not get a specific receipt number. (If in PCIS and was available at the time of the request.) |
| **PD** | RM | Pend to CP | Appealing exemptions or withholdings. |
| **G1** | RM | Pend to CP | Appealing exemptions or withholdings. |

## APPEAL CASE – NOT A PROPER APPEAL

Original Request Scope – Requesters are required to reasonably describe records being sought when submitting a FOIA request. This allows the agency to conduct an effective search and locate relevant documents. The original request scope cannot be broadened on appeal.

Search cut-off date for records responsive to the request – The search cut-off date is the date the original request was received. Records created after this cut-off date are treated as not responsive to the request.

When the appeal is not valid, the case will be closed as not applicable (NA).

- The following will be closed NA:
  - Untimely Appeal.
  - Case status questions.
  - Not a clear description of records appealed.
- Actions > Locate – Check Yes under full alien file. (**Do not staff for any files.**)
- Actions > Up-Front Close > NA.
- Remove populated letter (CU-CU).
- +Add Letter > APP (NA) Blank Letter.
  - Modify verbiage as necessary.
  - Select Closing Case and OGIS Paragraph.
  - Ensure the letter is signed by OCC, not the FOIA officer.
  - Select Update Letter.
- Add detailed case note listing all actions taken and reasons for the actions – Title will be the closure reason.
- Actions > Send to GC.

When the appeal is not a proper appeal, the case will be closed as not a proper appeal (NA-NP).

- The following will be closed NA-NP:
  - Requestor is someone other than a person given consent in original request.
  - US Citizen.
- Actions > Locate – Check Yes under full alien file. (Do not staff for any files)
- Actions > Up-Front Close > NA.
- Remove auto populated letter. (NA)
- +Add Letter > APP (NA-NP) Not a proper FOIA-PA request.
  - Modify verbiage as necessary.
  - Select Closing Case and OGIS Paragraph.

  - Ensure the letter is signed by OCC, not the FOIA officer.
  - Select Update Letter.
- Add detailed case note listing all actions taken and reasons for the actions – Title will be the closure reason.
- Actions > Send to GC.

## COMPLETELY UPHELD - NO RECORD (CU-NR)

The original case was closed NR and the requester is appealing asking for a new search. A previously closed NR case can be remanded (RM) or completely upheld (CU).

When the records located via the Search tab were previously provided, are not responsive to the request, or were not available at the time the original case was created, the original case was completed correctly. The case will be closed as completely upheld. (CU-NR)

- Actions > Locate – Check Yes under full alien file. (Do not staff for any files.)
- Actions > Completely Upheld (CU).
- Remove populated letter (CU-CU).
- Select +Add Letter and select CU-NR.
  - Modify verbiage as necessary.
  - Ensure the letter is signed by OCC, not FOIA officer.
  - Select Update letter.
- Add detailed case note listing all actions taken and reasons for the actions – Title will be the closure reason.
  **Example: If no records are located to match the SOR, title would be CU-NR.
- Actions > Send to GC.

## COMPLETELY UPHELD - TD/FC (CU-FC)

When the original case was correctly closed TD or FC, the case will be closed as completely upheld. (CU-FC.)

- Actions > Locate – Check Yes under full alien file. (**Do not staff for any files.**)
- Actions > Up-Front Closure > CU.
- Remove auto populated letter (CU-CU).
- +Add Letters > APP CU-FC Letter.
  - Select short version for basic VOI missing or long version that contain Proof of Death information.
  - Modify verbiage as necessary.
  - Select Closing Case and OGIS Paragraph.
  - Ensure the letter is signed by OCC, not FOIA officer.
  - Select Update Letter.
- Add a detailed case note listing all actions taken and reasons for the actions.

- Actions > Send to GC.

## REMAND CASES

### Remand for No Record (RM-NR)

The original case was closed NR and the requester is appealing asking for a new search. A previously closed NR case can be remanded (RM) or completely upheld (CU).

When the records located via the Search tab were not previously provided, were responsive to the request, and were available at the time the original case was created, the original case was completed incorrectly. The case should be Remanded (RM) to General Council (GC) to be review. If Appendix D documents are located, they must be specifically requested.

- Actions > Search Tab > Review Search Tab. (Do not select anything.)
  - Were records responsive to the request and available at the time of the original request?
  - Review records located and, if they are responsive but were not provided, check PCIS to ensure the records were available at the time the original case was created.
- Actions > Duplicate – Review for potential duplicates.
- Actions > Locate – Check Yes under full alien file. (Do not staff for any files.)
- Actions > Up-Front Closure > Remand.
- Review auto populated letter. (RM-NR)
  - Select Remand to NRC.
  - Modify verbiage as necessary.
  - Ensure the letter is signed by OCC not FOIA officer.
  - Select Update letter.
- Select +Add Letter and choose Secondary Letters Associated with Final Actions.
  - Choose the appropriate office this case will be remanded to. (**PPO or SIG**)
    - In the Blank Text Box after <font size="20"> and before </font> replace "TYPE INFO HERE" with the information below:
    - Staff for: (list all available records to staff), Matching Name: XX, DOB: XX/XX/XXXX, COB: XYZ, Requesting: ABC.
  - Select Update Letter.
- Add detailed case note listing all actions taken and reasons for the actions.
- Actions > Send to GC.

### Remand for Total Denial/Failure to Comply (RM-FC)

When the original case was incorrectly closed TD or FC, the case will be closed as remand to GC to be reviewed. (RM-FC.)

- Select Actions > Search.
  - Review records located and, if they are responsive, check PCIS to ensure the records were available at the time the original case was created. If Appendix D documents are located, they must be specifically requested.

  - Do not select anything in the Search tab. Notate information regarding records located for future action on this case.
- Actions > Locate – Check Yes under full alien file. (**Do not staff for any files.**)
- Actions > Completely Upheld > Remand.
- Review auto populated letter. (RM-FC)
  - Select Remand to NRC. (Remove all text from boxes.)
  - Ensure the letter is signed by OCC, not FOIA officer.
  - Select Update Letter.
- +Add Letters > Secondary Letters Associated with Final Actions.
  - Select PPO or SIG.
  - In the Blank Text Box <u>after</u> <font size="20"> and <u>before</u> </font> replace "TYPE INFO HERE" with the information below:
  - Staff for: (list the available records you notated in previous step), Matching Name: XX, DOB: XX/XX/XXXX, COB: XYZ, Requesting: ABC.
  - Select Update Letter.
- Add detailed case note listing all actions taken and reasons for the actions.
- Actions > Send to GC.

## Remand to Case Processor

If a case is appealing withholdings or exemptions, the case will be pended for case processor review.

- Actions > Locate – Check Yes under full alien file. (Do not staff for any files.)
- Select Actions > Import.
  - Review original request to see what sequences need to be imported. Select corresponding sequences to import.
    - Only import **records responsive** to the request. No ARDs, CSD, or letters should be imported.
      - When a sequence is selected a set of drop-down options will appear.
        - Options:
          - **Document Type**: FIRST will default this setting as "Responsive". Do not change.
            - "Responsive" allows for the imported records to be responsive document that can be edited.
          - **Content Type**: FIRST will default this setting as "Clean".
            - Selecting the dropdown menu and choose "Bracketed". This will import records with opaque redaction.
          - **Page Range**: FIRST will default this setting as "All". Do not change.
            - This will allow all records to be imported.
      - Change "Content Type" to Bracketed for each sequence.
- Review original case for ICE review pages.
  - In original case, select summary tab on left side of FIRST.
  - Select funnel next to Type, type ICE in filter box.

- If the results indicate pages marked for ICE review, count the number of pages listed and add the following case note.

  Title should be- X ICE Pages Reviewed (X = number of ICE pages reviewed)
  Appealing withholding/exemptions.
  RM- pending to CP

- Actions > Letters.
  - If ICE pages were reviewed, update the paragraph with the number of pages.
  - If no ICE pages were reviewed, remove ICE paragraph.
- Select Update Letter.
- Actions > Pend case.

## CASE NOTES

A detailed case note listing all actions taken and reasons for the actions should be added to every case. Case notes should be clear, concise, and provide useful information. It's also helpful to avoid abbreviations. FIRST allows 2400 characters per case note. Lengthy notes will need to be separated into sections, and it's best to keep them in sequential order.

Case notes entered during case create include:

- **The number of ICE Review pages found in responsive records if remanding to CP.**
  - Informs the processor if ICE Review pages need to be addressed during processing.
  - Indicates the acknowledgement letter included verbiage about ICE Review pages.
- **Results of a search if requested.**
  - Informs the processor of search results and where records are located.
- **Any special circumstances of the request.**
  - Address changes made.
  - Duplicate cases found.
  - Media group responses.
  - FIRST technical issues.
  - Sending case to Admin.
  - Review if SIG/GEN.

***Note:*** Because Case Notes become a permanent part of the case in FIRST, do not use this area to record personal feelings, debate, question, or seek clarification. These types of issues should be addressed by contacting your Supervisor.

## ADMIN QUEUE

**Admin** – Cases needing additional action or information will be moved to Admin. This is a temporary queue, and cases should only be moved to Admin under certain conditions which may include:

- Scanning errors.
- System malfunctions needing FIRST administrator assistance.
- Cases needing review by OCC or Supervisor.
- Appealing a COW case.

All cases sent to Admin should include a case note explaining why the case cannot move forward as well as any follow-up actions taken.

***Note***: Cases sent to Admin will not automatically return to the case creator, therefore, it is every case creator's responsibility to follow up on the case regularly to comply with the appeal response.

## EXPEDITED OR TRACK 3

### Expedited Treatment

A requestor may ask for their **Non A-file** request to be expedited and processed outside the order of receipt. By law, a request for expedited treatment must be responded to within 10 calendar days.

A requester seeking expedited processing must explain in detail the need for expedited processing and submit a separate statement certifying the facts are true and correct. USCIS will grant expedited processing if the Requestor establishes one of the following qualifications:

- Circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent threat to the life or physical safety of an individual.
- An urgency to inform the public about an actual or alleged federal government agency, if made by a person who is primarily engaged in disseminating information.
- The loss of substantial due process rights.
- A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity, which affect public confidence.

If the NRC case is closed, and the requester is not appealing anything else:

- Close the appeal case as NA-NP and inform the requester of the date their request was closed.

If NRC case is closed, and the requester is also appealing redactions:

- o If expedited processing will be approved.
    - ▪ Follow guidance for Remand to CP section.
        - Add the expedited processing approval paragraph to the acknowledgment letter.
    - ▪ Send email to NRCFOIAAPPEALS@uscis.dhs.gov with your actions and the reason the case should be approved for expedited processing.
    - ▪ Move the case to Admin.
- o If denying expedited processing or the reason for expedited processing is not provided, completely uphold original denial.
    - ▪ Follow guidance for completely uphold.
    - ▪ Actions > Up-Front Closure > Completely Upheld (CU).
    - ▪ Use CU-EX letter.
    - ▪ Add a case note to the APP case of all actions taken.

***Note***: Often a requestor will use the word "expedite" when requesting Track 3 processing. If the request has any indicator of an EOIR court hearing and does not list or have one of the four qualifications for expedited processing, the request will be treated as a request for Track 3 processing rather than a request

for expedited processing.

## Track 3

A requester can appeal the denial of Track 3 accelerated processing.

Requesters seeking Track 3 accelerated processing must provide evidence of a future hearing date. A printout from the EOIR Automated Case Information portal showing a future scheduled hearing date is acceptable. See the CC PPM for examples of other documents that can be provided as evidence.

If the NRC case is open.

- If an upcoming court date is provided
  - Close the appeal case as NA.
    - Add verbiage Track 3 upgrade.
- Add a case note to the APP case of all actions taken.
- Add a case note to the NRC case indicating Track 3 upgrade approval.
- Send an email to FOIAPAQUESTIONS@uscis.dhs.gov.
- Move the case to Admin.

- If an upcoming court date is not provided, completely uphold original denial.
  - Actions > Up-Front Closure > Completely Upheld (CU).
  - Use CU-CU letter.
    - Add the Track 3 denial paragraph.
  - Add detailed case note listing all actions taken and reasons for the actions.

If NRC case is closed, and the requester is not appealing anything else:

- Follow guidance to close the appeal case as NA-NP and inform the requester of the date their request was closed.

If NRC case is closed, and the requester is also appealing redactions:

- If an upcoming court date is provided.
  - Follow guidance for Remand to CP section.
    - Add the Track 3 approval paragraph to the acknowledgment letter.
  - Send email to NRCFOIAAPPEALS@uscis.dhs.gov with your actions and the case should be approved for Track 3 processing.
- If an upcoming court date is not provided, completely uphold original denial.
  - Follow guidance for completely upheld.
  - Actions > Up-Front Closure > Completely Upheld (CU).
  - Use CU-CU letter.
    - Add the Track 3 denial paragraph.
  - Add detailed case note listing all actions taken and reasons for the actions.
  - Send to GC.

## CASES RETURNED FROM GENERAL COUNSEL (GC)

General Counsel (GC) has final approval for all Appeal cases. They are on a monthly rotation, so case notes and/or emails may come from different members of their team. GC may return cases to you for correction. Follow the guidance provided in the case note/email. Once the case has been corrected, add any necessary case notes and return the case to GC.

# APPENDICES

## Appendix A – Downloading Documents

The download function is available on closed as well as open cases.

### Downloading Documents

Documents in FIRST can be downloaded in two ways.

**Ellipsis (…) symbol** – Using the ellipsis symbol to produce a clean copy of the documents.

- On the left-hand side of FIRST, select the down arrow next to the document to be downloaded. The Details section will expand.
- Click on the ellipsis symbol.
- From the drop-down menu, select "Download Clean Document".
- The Save As box will appear. Make any necessary changes to the file name and select "Save".

**Download Arrow** – Using the download arrow to produce a clean copy of the document.

- On the left-hand side of FIRST, click on the document to be downloaded. The document will open in the image viewer.
- From the image viewer tool bar, click on the download arrow in the top right corner. The download icon is a downward pointing arrow with a line underneath it.
- The Save As box will appear. Make any necessary changes to the file name and select "Save".

## Appendix B – Downloading Case Notes

Case notes will download as a clean copy only. The notes will be expanded and in the same order as they are shown on the right-hand side of FIRST.

- On the right-hand side of FIRST, open the case notes section.
- In the case note tool bar, click on the download arrow in the top right corner. The download icon is a downward pointing arrow with a line underneath it.
- The “Save As” box will appear. By default, the document will save as a PDF. Make any necessary changes to the file name and select “Save”.

## Appendix C – Uploading New Cases

There are situations when uploading a new appeal request to FIRST is preferable to sending them for contractor scanning. If there are any difficulties experienced when uploading documents, please contact a supervisor or email the FIRST program mailbox.

**Uploading a Remand to the PPO office** – Remands will upload as a clean copy only.

- In the blue banner in FIRST, click on the Upload Documents tab.
- **In the Select Office drop-down menu, select "PPO".**
- The Received Date drop-down will populate with the current date.
- In the right-hand corner of FIRST, click on the Upload Documents button.
- The PC's Downloads folder will appear. Select the document to be uploaded and click "Open".
- The title of the document will appear under the Uploads section and a request number will be listed after the document name.
- When the upload is complete a green check mark will appear next to "COMPLETE" on the right-hand side.

**SIG Remands** – Do not upload documents directly into the COW office.

- Create an email addressed to FOIASIG.NRC@uscis.dhs.gov.
- In the subject line, type "new request".
- In the body of the email, type "The attached is a new SIG request per OCC".
- Attach a copy of the full or partial remand documents.

## Appendix D – Temporary Receipts Chart

A receipt file is considered temporary when they have a pre-determined disposition date per Appendix D of the RPM.

These temporary receipt files are not staffed unless they are specifically requested in the description of records sought.

| **Records Policy Manual Appendix D – Closed Receipt Files to Send to the HBG** | |
|---|---|
| **Form** | Title |
| **I-90** | Application to Replace Alien Registration Card |
| **I-102** | Application for Replacement/Initial Nonimmigrant Arrival Departure Document |
| **I-129** | Petition for Nonimmigrant Worker |
| **I-129S** | Nonimmigrant Petition Based on Blanket L Petition |
| **I-131** | Application for Travel Document |
| **I-539** | Application to Extend/Change Nonimmigrant Status/F-1 or M-1 Student Reinstatement |
| **All I-765s** | Application for Employment Authorization |
| **I-824** | Application for Action on an Approved Application or Petition |
| **I-865** | Sponsor's Notice of Change of Address |
| **N-565** | Application for Replacement Naturalization/Citizenship Document |

## Appendix E – Appeals CC Flow Map



# Appeal Case Create Workflow




Duplicates
Action > Search -Review Search tab (Do Not Select Anything)
Actions > Duplicate - Review Duplicate Tab
Is the new appeal a duplicate to a closed processed case ?
Yes
Did they receive the requested documents in another processed and closed case.
No
create case as appropriat
Yes
No
Select "Duplicate" in the Duplicate tab on the appropriate case
Actions > Locate – Check Yes under full alien file (Do not staff for any files)
Action > Up Front Closure > Duplicate
Choose appropriate insert
Select Update Letter
Review letter to make sure the case numbers display appropriately
Case note all actions taken
Actions > Send to GC


Not a proper appeal (Status, past 90 days, US Citizen, etc.)
Actions > Locate – Check Yes under full alien file (Do not staff for any files)
Action > UpFront Close NA
Remove populat ed letter
Request needs Consent
US Born Citizen
+Add Letter > APP (NA-NP) Not a Proper Appeal
Untimely Appeal
Case status questions
+Add Letter > APP (NA) Blank Letter
Not a clear description of records appealed
Update letter with necessary verbiage
Select – Closing Case and OGIS Paragraph
Select Update Letter
Case note all actions taken
Actions > Send to GC


NR
Asking for new search
Review what was requested
Action > Search - Review Search tab (Do Not Select Anything)
Records staffed in original case?
Yes
No
If Appendix D records, must be specifically requested
Was record rec'd before rec'd date of original request? (Use PCIS to verify)
Yes
No
Actions > Duplicate - Review Duplicate Tab
Actions > Locate – Check Yes under full alien file (Do not staff for any files)
Action > Up Front Closure > Remand
In populated letter, Select box-Remand to NRC (Remove all text from boxes)
Select Update Letter
+Add Letter > Secondary Letters Associate with Final Actions
Select PPO or SIG as appropriate
Blank Text Box after <font size="20"> and before </ font> replace "TYPE INFO HERE" with Staffing, SOR Information and what is requested
Select Update Letter
Case note all actions taken
Actions > Send to GC
Actions > Locate – Check Yes under full alien file (Do not staff for any files)
Actions > Completely Uphold
Remove generated letter (CU-CU), add CU-NR letter
Update Specific Documents paragraph as necessary
Update Conducted Reasonable Search Box
Select Update Letter
Case note all actions taken
Actions > Send to GC


Appealing Withholding/ Exemptions
Actions > Locate – Check Yes under full alien file (Do not staff for any files)
Actions > Import- Import only Responsive Records
Change Content Type > Bracketed
Actions > Locate – Check Yes under full alien file (Do not staff for any files)
ICE Review Pages?
No
Yes
Actions > Letters
Actions > Letters
Review Ack Letter and remove text regarding ICE
Review Ack Letter and update # of ICE Pages.
Select Update Letter
Case Note with title "X ICE Pages Reviewed"
Actions > Pend Case


Closed TD or FC
Closed Correctly
Actions > Locate – Check Yes under full alien file (Do not staff for any files)
Actions > Up Front Closure > Completely Uphold
Remove populated letter (CU-CU)
+Add Letter > CU-FC letter
Select Short Version (Basic VOI) or Long Version (Contains Proof of Death examples)
Modify verbiage as necessary
Select Closing Case and OGIS Paragraph
Select Update letter
Case note all actions taken
Actions > Send to GC
Closed Incorrectly
Action > Search – Review records listed in Search Tab
If Appendix D records, must be specifically requested
Was record rec'd before rec'd date of original request? (Use PCIS to verify)
Actions > Locate – Check Yes under full alien file (Do not staff for any files)
Action > Completely Uphold > Remand to GC
Select – Remand To NRC (Remove all text from boxes)
Modify verbiage as necessary
Select Update Letter
+Add Letters > Secondary Letters Associate with Final Actions
Select PPO or SIG as appropriate
Blank Text Box after <font size="20"> and before </ font> replace "TYPE INFO HERE" with Staffing, SOR Information and what is requested
Select Update Letter
Case note all actions taken
Actions > Send to GC

**Appendix F – Appeals CC Letter Inserts**



# Table of Contents

**ANONYMIZED ID** .......... **4**

**ASYLUM ASSESSMENT REQUEST** .......... **4**

**ASYLUM APPLICATIONS FORWARDED TO EOIR (DEFENSIVE)** .......... **4**

**EXEMPTIONS** .......... **4**

**BETTER COPIES REQUESTED** .......... **4**

*REMANDING FOR BETTER COPIES:* .......... 5
*MICROFILM QUALITY:* .......... 5

**BORDER CROSSING CARD** .......... **5**

**CERTIFICATION OF NON-EXISTENCE (DECEASED SUBJECTS ONLY)** .......... **5**

**CERTIFIED COPIES** .......... **6**

*ITALIAN DUAL CITIZENSHIP:* .......... 6
*GERMAN DUAL CITIZENSHIP:* .......... 6

**CHANGE OF REQUESTER** .......... **6**

**CLOSING CODE PARAGRAPHS (CR / CU / PR)** .......... **6**

*CR:* .......... 6
*CU:* .......... 6
*PR:* .......... 7
*PR WITH ADDITIONAL REFERRALS:* .......... 7

**COMPUTER GENERATED SIGNATURE** .......... **7**

**CONSOLIDATED IN BENEFICIARY'S FILE** .......... **7**

**APPROVAL/DENIAL LETTER** .......... **7**

**CONTACT INFORMATION (FOIA / APPEALS OFFICES)** .......... **7**

*CITIZENSHIP AND IMMIGRATION SERVICES (CIS) CONTACT CENTER:* .......... 7
*CITIZENSHIP AND IMMIGRATION SERVICES (CIS) GENEALOGY PROGRAM OFFICE:* .......... 8
*CUSTOMS AND BORDER PATROL (CBP) FOIA OFFICE:* .......... 8
*DEPARTMENT OF STATE (DOS) FOIA OFFICE:* .......... 8
*EXECUTIVE OFFICE FOR IMMIGRATION REVIEW (EOIR) FOIA OFFICE:* .......... 8
*IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) APPEALS OFFICE:* .......... 8
*IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) FOIA OFFICE:* .......... 8
*NATIONAL RECORDS CENTER (NRC) FOIA APPEALS OFFICE:* .......... 9
*OFFICE OF GOVERNMENT INFORMATION SERVICES (OGIS) FOIA OFFICE:* .......... 9

**DESTROYED APPLICATION** .......... **9**

**FEE WAIVER DENIAL** .......... **9**

**FONT CODES** .......... **10**

*LINE SPACING:* .......... 10
*LINE SPACING BETWEEN LINES/PARAGRAPHS):* .......... 10
*ITALICS:* .......... 10
*UNDERLINE:* .......... 10
*BOLD:* .......... 10

*MULTIPLE CODES USED TOGETHER:* ....10

**GENEALOGY** .... **11**

*PROVIDING ADDITIONAL INFORMATION:* ....11
*CLOSING UP-FRONT (SECOND SEARCH OR NO RECORDAPPEAL):* ....11
*AFFIRMING DETERMINATION, PROVIDING GENEALOGY PROGRAM CONTACT:* ....11
*REQUEST FALLS UNDER GENEALOGY PROGRAM:* ....11

**ICE REVIEW SUPPLEMENTALS** .... **12**

**KEYSTROKE LOGS** .... **12**

**LEGAL CITE** .... **12**

*CHING V. MAYORKAS OR 8 U.S.C. 1229A(C)(2)(B):* ....12
*DENT V. HOLDER:* ....13

**LITIGATION** .... **13**

**LOST FILE** .... **13**

**MARKINGS THAT APPEAR TO BE REDACTIONS** .... **13**

**MEDIA** .... **13**

*E-MAIL TO MEDIA MAILBOX:* ....13
*WAITING TO BE PROCESSED BY OPS:* ....14
*RECENTLY PROCESSED BY OPS:* ....14
*RELEASED IN FULL ON APPEAL:* ....14
*RELEASED IN PART ON APPEAL:* ....14
*E-MAIL TO MEDIA MAILBOX, THIRD PARTY DUPLICATION:* ....14
*REMANDING FOR THIRD PARTY DUPLICATION:* ....15

**NATURALIZATION CERTIFICATE REPLACEMENT (N-565) REQUEST** .... **15**

**NAZI WAR CRIMINALS** .... **15**

**NOT A PROPER APPEAL** .... **15**

*LOST ACCESS TO FIRST ACCOUNT:* ....15
*UNTIMELY:* ....16
*VOI NOT PROVIDED ON OLD VERSION OF G-639:* ....16
*STILL BEING PROCESSED BY NRC:* ....16
*NOTHING WAS WITHHELD:* ....16
*ADMIN CLOSED BY NRC DUE TO NON-RECEIPT OF REQUESTED INFORMATION:* ....17
*SECOND (DUPLICATE) APPEAL:* ....17
*ONLY APPEALING REFERRALS:* ....17
*APPEALING SOMETHING OTHER THAN REDACTIONS:* ....17
*FOIA DOES NOT REQUIRE AN AGENCY TO ANSWER QUESTIONS:* ....17
*AGENCIES ARE NOT REQUIRED TO ANSWER A LIST OF QUESTIONS POSED AS A FOIA APPEAL:* ....17
*REQUEST DOES NOT CLEARLY IDENTIFY WHAT IS BEING APPEALED:* ....18

**NOTICE OF ACTION (I-797) REQUEST** .... **18**

**ORIGINAL RECORDS (G-884) REQUEST** .... **18**

**PAGE NUMBERING** .... **19**

**SEARCH** .... **19**

*ADDITIONAL INFORMATION FILED SINCE:* ....19
*CUBAN SPECIFIC DOCUMENT REQUEST FOR I-94 ONLY:* ....19

*Reasonably calculated:* ....19
*Remand hybrid:* ....19
*Reasonable search, not obligated to answer follow-up inquiries:* ....19
*Reasonable search, seeking explanation and reconciliation of data:* ....20
*Search cut-off:* ....20
*Search cut-off, longer version:* ....20
*Search cut-off, FOIA does not require an agency to supplement its response:* ....20
*Search cut-off, records created after the agency responded:* ....21

**PROCESSING GUIDE REQUEST** .... **21**

**PURVIEW OF ANOTHER AGENCY** .... **21**

*CBP entry/exit information:* ....21
*CBP record of apprehension:* ....21
*DOS non-immigrant visa:* ....22
*ICE deportation records:* ....22

***NVC*** .... **23**

**REFERRALS** .... **23**

*Not the same as redactions:* ....23

**THIRD PARTY FILE REQUESTS** .... **24**

*VOI and COA requirement:* ....24
*VOI and COA requirement II:* ....24
Parent requesting for child, missing proof of parentage and VOI of parent: ....25
Parent requesting for child, missing VOI of parent: ....25
Providing civil documents alone will not meet requirements: ....25
Power of Attorney may not be necessary: ....25

**TRACK 3 REQUIRED DOCUMENTS** .... **26**

**UNTRANSLATED DOCUMENTS:** .... **26**

**US BORN CITIZENS** .... **26**

**VAUGHN INDEX REQUEST** .... **27**

**TANTAMOUNT TO A VAUGHN:** .... **27**

**STANDARD FAL INSERT CHARTS** .... **27**

No Record (NR): ....27
Total Denial (TD): ....27
Failure to Comply (FC): ....28
Not Applicable (NA): ....29

## Anonymized ID

In requesting that USCIS substitute a name field with anonymized ID to identify individuals across separate tables, where applicable, you are, in effect, requesting that the agency create a new, unique record to meet your purposes, however, “the FOIA imposes no duty on the agency to create records.” <italic>Forsham v. Harris</italic>, 445 U.S. 169, 186 (1980). “FOIA does not require an agency to create documents that do not exist or to collect disparate data and then generate an agency record.” <italic>Carson v. U.S. Office of Special Counsel</italic>, 534 F. Supp. 2d 99, 102-03 (D.D.C. 2008). <italic>Ctr. for Pub. Integrity v. FCC</italic>, 505 F. Supp. 2d 106, 114 (D.D.C. 2007) (concluding that plaintiff's suggestion that agency delete some data and replace it with data suggested by plaintiff amounts to creation of new records, something not required under FOIA). <italic>See also Rubman v. USCIS</italic>, 800 F.3d 381, 390 n. 5 (7th Cir. 2015) (finding FOIA does not require USCIS to create a statistical data table for plaintiff because it was not a preexisting internal document).

## Asylum Assessment Request

An asylum officer’s written assessment is exempt from disclosure pursuant to FOIA Exemption 5. <italic>See Abtew v. U.S. Dep't of Homeland Sec</italic>., 808 F.3d 895, 899 (D.C. Cir. 2015) (finding that USCIS properly withheld an asylum officer’s assessment under Exemption 5’s deliberative process privilege because the document was both pre-decisional and deliberative); <italic>see also Abramyan v. U.S. Dep't of Homeland Sec.</italic>., 6 F.Supp. 3d 57, 65 (D.D.C. 2013) (finding asylum assessments are “[a]ssessments of credibility and recommendations [and] are quintessential deliberative information”).

## Asylum Applications Forwarded to EOIR (Defensive)

My function is limited to the review of records that have been denied pursuant to the Freedom of Information Act or the Privacy Act. Service records indicate that [[[RECEIPT NUMBER]]] has been referred to an immigration judge before the U.S. Department of Justice, Executive Office for Immigration Review (EOIR). It is no longer under the control of USCIS. For additional information regarding the application, please contact the court office listed on the charging document (Form I-862, Notice to Appear). You may also send inquiries to the EOIR Public Liaison at EOIR.FOIARequests@usdoj.gov. The phone number is (703) 605-1297.

## Exemptions

When some pages are withheld in full or in part the exemptions used pursuant to 5 U.S.C. § 552a of the PA or 5 U.S.C. § 552 of the FOIA are explained in our final action letters. If you feel this determination is incorrect, please follow the instructions provided to you in your Final Action letter to file a formal appeal.

OR

Your client’s entire file was processed, and we have released all information except those portions exempt from the response letter you received. If you feel this determination is incorrect, please follow the instructions provided to you in your Final Action letter to file a formal appeal.

## Better Copies Requested

Copies of documents provided to you by the National Records Center are the best copies available.

***Remanding for better copies:***
Your request for better copies of responsive records cannot be addressed by this office. My function is limited to the review of records that have been denied pursuant to the Freedom of Information Act or the Privacy Act (FOIA/PA).

I have therefore decided to remand your request to the National Records Center for further review. If better copies can be obtained, they will be made available to you directly by that office.

***Microfilm quality:***
We make every effort to provide the very best reproducible copies of documents. The document/records such as these may have been maintained on microfilm, and the quality of the image is dependent on the condition of the original document when it was filmed.

## Border Crossing Card

Border Crossing Cards are strictly electronic records. If other records exist, they would be maintained under the jurisdiction of U.S. Customs and Border Protection (CBP). Their website, cbp.gov, offers information on filing your Freedom of Information Act (FOIA) request online. The CBP FOIA Office mailing address is:

<lineSpacing after="0"/>U.S. Customs and Border Protection
<lineSpacing before="0" after="0"/>Freedom of Information Act (FOIA) Division
<lineSpacing before="0" after="0"/>1300 Pennsylvania Avenue NW
<lineSpacing before="0" after="0"/>Mail Stop 1181
<lineSpacing before="0"/>Washington, DC 20229

For additional information relating to the Department of Homeland Security (DHS) and its components, I encourage you to visit the DHS website at dhs.gov.

## Broken CD

You appealed the action of the National Records Center regarding your request for access to records pertaining to ${subjectName}.

Although you have styled your letter as "Freedom of Information Act Appeal," I note that what you seek is the "reopening of the case". As such, this is not a proper FOIA/PA appeal. The compact disk you received was broken during delivery. A new CD will be printed and mailed to you shortly. Your appeal date will be effective for 90 days from the date of the compact disk. Please provide a copy of the CD with your appeal

## Certification of Non-Existence (Deceased Subjects Only)

Your request for certification of nonexistence must be in writing and mailed to the following address:

<lineSpacing after="0"/>National Record Center
<lineSpacing before="0" after="0"/>Attn: Certificate of Non-Existence/IMLS
<lineSpacing before="0" after="0"/>150 NW Space Center Loop
<lineSpacing before="0" after="0"/>Lee's Summit, MO 64064

You may also visit the U.S. Citizenship and Immigration Services (USCIS) website, uscis.gov, for additional information about requesting a certification of non-existence.

## Certified Copies

U.S. Citizenship and Immigration Services (USCIS) generally certifies records for federal, state, or local law enforcement; the U.S. Department of State; or Federal District Court proceedings. Since your request does not appear to fall under one of these categories, the National Records Center can only provide an information copy of the records.

### *Italian Dual Citizenship:*

The U.S. Citizenship and Immigration Services (USCIS) does not certify records for dual citizenship. In agreement with the Italian Consulate, applicants for dual citizenship are not required to provide certified copies of naturalization certificates obtained from USCIS. Rather, they must present the FOIA response packet provided by the National Records Center that contains a photocopy of the naturalization certificate along with the USCIS cover letter and envelope.

### *German Dual Citizenship:*

The U.S. Citizenship and Immigration Services (USCIS) does not certify records for dual citizenship. In agreement with the German Consulate, applicants for dual citizenship are not required to provide certified copies of naturalization certificates obtained from USCIS. Rather, they must present the FOIA response packet provided by the National Records Center that contains a photocopy of the naturalization certificate along with the USCIS cover letter and envelope.

## Change of Requester

Records indicate that you are not the original requester for [[[CONTROL NUMBER]]]. To continue with your appeal, I must have documentation on file showing that you represent the subject of the request. Usually this is provided on a form G-28 which is available on the U.S. Citizenship and Immigration Services (USCIS) website at uscis.gov.

## Closing Code Paragraphs (CR / CU / PR)

### *CR:*

The determination of the National Records Center was to withhold [[[NUMBER]]] pages in part and [[[NUMBER]]] in full.

After careful consideration of your appeal, and as a result of discussions with the National Records Center, I have decided to release [[[NUMBER]]] additional pages to you, copies of which are enclosed. I am releasing [[[NUMBER]] pages in full.

Please be advised that the National Records Center processed all the records it could locate based on the information you provided.

Since this action constitutes a complete grant of your request, I am closing your appeal file.

### *CU:*

The determination of the National Records Center was to withhold [[[NUMBER]]] pages in part and [[[NUMBER]]] in full.

After careful consideration of your appeal, I have decided to affirm the decision of the National Records Center. The National Records Center properly withheld certain information that is protected from disclosure and not appropriate for discretionary release.

***PR:***
The determination of the National Records Center was to withhold [[[NUMBER]]] pages in part and [[[NUMBER]]] in full.

After careful consideration of your appeal, and as a result of discussions with the National Records Center, I have decided to release [[[NUMBER]]] additional pages to you, copies of which are enclosed. I am releasing [[[NUMBER]]] pages in part and [[[NUMBER]]] in full. Information has been redacted pursuant to 5 U.S.C. § 552 [[[EXEMPTIONS]]].

On the remaining pages, I found that the National Records Center properly withheld certain information that is protected from disclosure. This information is not appropriate for discretionary release.

***PR With additional referrals:***
During my review, I located [[[NUMBER]]] pages that may have originated from [[[REFERRAL AGENCY]]] and were incorrectly withheld by the National Records Center. I have therefore sent the document(s) and a copy of your Freedom of Information Act (FOIA) request to the [[[REFERRAL AGENCY]]] FOIA Office for consideration and direct response to you. This is consistent with departmental regulations (See 6 C.F.R. 5.4(d)).

Questions concerning the status of the processing of the document(s) should be directed to [[[REFERRAL AGENCY]]]. Please visit their website for current contact information.

## Computer Generated Signature

USCIS cannot accept a typewritten or electronic representation of signature generated via a private software system as proper Verification of Identity or Certification of Agreement (Consent).

## Consolidated in Beneficiary's File

Petitions such as Form I-130 and their supporting documentation are normally placed in the beneficiary's Alien record after final action. To process your request, a new Freedom of Information Act (FOIA) request must be submitted along with verification of identity and consent of ${subjectName}.Consent of ${subjectName} is helpful but not necessary. In accordance with 6 CFR § 5.21, verification of identity would consist of a written statement from ${subjectName} including their full name, current address, and date and place of birth.  The written statement must be signed by ${subjectName} and the signature must either be notarized or signed under penalty of perjury.

## Approval/Denial Letter

You will need to submit a new request specifically naming the I-XXX approval/denial notice. If you submit a new request for the I-XXX your case will be closed as a duplicate. When the I-XXX is requested, we only provide the I-XXX document.

## Contact Information (FOIA / Appeals Offices)

***Citizenship and Immigration Services (CIS) Contact Center:***
<lineSpacing after="0"/>USCIS Contact Center

<lineSpacing before="0" after="0"/>Website: uscis.gov/contactcenter
<lineSpacing before="0"/>Telephone: 800-375-5283 M-F 8am-8pm Eastern

***Citizenship and Immigration Services (CIS) Genealogy Program Office:***
<lineSpacing after="0"/>USCIS Genealogy Program
<lineSpacing before="0" after="0"/>P. O. Box 805925
<lineSpacing before="0"/>Chicago, IL 60680-4120

***Customs and Border Patrol (CBP) FOIA Office:***
<lineSpacing after="0"/>U.S. Customs and Border Protection
<lineSpacing before="0" after="0"/>Freedom of Information Act (FOIA) Division
<lineSpacing before="0" after="0"/>90 K Street NE, MS 1181
<lineSpacing before="0"/>Washington, DC 20229

***Department of State (DOS) FOIA Office:***
<lineSpacing after="0"/>U.S. Department of State
<lineSpacing before="0" after="0"/>Office of Information Programs and Services
<lineSpacing before="0" after="0"/>2201 C Street, NW, Suite B266
<lineSpacing before="0" after="0"/>Washington, DC  20520
<lineSpacing before="0" after="0"/>Website: foia.state.gov
<lineSpacing before="0" />Fax: (202) 485-1669

***Executive Office for Immigration Review (EOIR) FOIA Office:***
<lineSpacing after="0"/>Office of the General Counsel Attn: FOIA Service Center
<lineSpacing before="0" after="0"/>Executive Office for Immigration Review
<lineSpacing before="0" after="0"/>5107 Leesburg Pike, Suite 2150
<lineSpacing before="0" after="0"/>Falls Church, VA 22041
<lineSpacing before="0" after="0"/>Website: justice.gov/eoir
<lineSpacing before="0" after="0"/>Email: EOIR.FOIARequests@usdoj.gov
<lineSpacing after="0"/>Telephone: 703-605-1297

***Immigration and Customs Enforcement (ICE) Appeals Office:***
If you wish to inquire about the records ICE is processing pursuant to your appeal, you may contact ICE at GILDFOIAAppeals@ice.dhs.gov. The ICE FOIA Appeals office mailing address is:

<lineSpacing after="0"/>Office of the Principal Legal Advisor
<lineSpacing before="0" after="0"/>Government Information Law Division
<lineSpacing before="0" after="0"/>500 12th Street, S.W., Mail Stop 5900
<lineSpacing before="0" after="0"/>Washington, D.C. 20536-5900

***Immigration and Customs Enforcement (ICE) FOIA Office:***
Questions concerning the status of the processing of the document(s) should be directed to the ICE FOIA Office. Their website, ice.gov/foia offers information for checking request status online. You may also contact them by phone at (866) 633-1182. The ICE FOIA Office mailing address is:

<lineSpacing after="0"/>U.S. Immigration and Customs Enforcement
<lineSpacing before="0" after="0"/>Freedom of Information Act Office
<lineSpacing before="0" after="0"/>500 12th Street, S.W., Stop 5009
<lineSpacing before="0" after=”0”/>Washington, D.C. 20536-5009

***National Records Center (NRC) FOIA Appeals Office:***
<lineSpacing after="0"/>U.S Department of Homeland Security
<lineSpacing before="0" after="0"/>U.S. Citizenship and Immigration Services
<lineSpacing before="0" after="0"/>Attn: FOIA/PA Appeals Office
<lineSpacing before="0" after="0"/>PO Box 648010
<lineSpacing before="0"/>Lee's Summit, MO 64064-8010

***Office of Government Information Services (OGIS) FOIA Office:***
<lineSpacing after="0"/>Office of Government Information Services
<lineSpacing before="0" after="0"/>National Archives and Records Administration
<lineSpacing before="0" after="0"/>8601 Adelphi Road (OGIS)
<lineSpacing before="0" after="0"/>College Park, MD 20740-6001
<lineSpacing before="0" after="0"/>Telephone: 202-741-5770 or 877-684-6448
<lineSpacing before="0" after="0"/>Email: ogis@nara.gov
<lineSpacing before="0"/>Website: archives.gov/ogis

## Destroyed Application

Regarding your request for [[DESCRIPTION]]; the original application has been destroyed in accordance with federal disposition instructions.

***Or:***
Regarding your request for [[DESCRIPTION]]; the original application has been destroyed per Records Disposition Authority DAA-0566-2016-0018.

## Fee Waiver Denial

You appealed the action of the National Records Center regarding your waiver of fees request applicable to access to records pertaining to ${subjectName} dated ${firstCase.requestReceivedTimestamp#date}.

After careful consideration of your appeal, I have determined that your request for a waiver of fees should be denied. The statutory test for evaluating fee waiver requests is whether release of the information "is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester," in which a fee waiver or reduction is required by law.

I considered the following factors in my determination as to whether your request satisfies this statutory standard:

- Circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual.

- An urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information.

I am unaware of any significant public understanding of government operations or activities that would result from the release of the records you seek. Accordingly, your request is denied.

Department regulations require that 100 pages of records shall be provided to you without charge of duplication fees. (See 6 C.F.R. 5-11(d)). Duplication fees beyond 100 pages will be assessed at ten cents

per page. You will be advised of the fees chargeable to you for the requested documents. You may also choose to specify a particular amount you are willing to pay, or you may wish to reformulate your request to reduce the amount of fees incurred.

# Font Codes

### *Line spacing:*

First Line: <lineSpacing after="0"/>
All other Lines: <lineSpacing before="0" after="0"/>
Last Line: <lineSpacing before="0"/>

Example:
<lineSpacing after="0"/>J. Doe
<lineSpacing before="0" after="0"/>123 Main Street
<lineSpacing before="0"/>Anytown, USA 12345

### *Line spacing between lines/paragraphs):*

Line Before: <lineSpacing before="200"/>
Line After <lineSpacing after="200"/>

Example:
<lineSpacing before="200"/>Space between sentences/paragraphs will be larger.<lineSpacing after="200"/>

Spacing can be increased or decreased by changing the number in quotations.

### *Italics:*

To turn on: <italic>
To turn off: </italic>

Example:
<italic>*Text will be in italics*</italic>.

### *Underline:*

To turn on: <underline>
To turn off: </underline>

Example:
<underline>Text will be underlined</underline>.

### *Bold:*

To turn on: <bold>
To turn off: </bold>

Example:
<bold>**Text will be in bold**</bold>.

### *Multiple codes used together:*

When using multiple font codes, they will end in reverse order of application.

Example:
<underline><bold>**Text will be bold and underlined**</bold></underline>.

# Genealogy

Genealogy requests are for historical records relating to a deceased person. All genealogy requests must be submitted through the new U.S. Citizenship and Immigration Services (USCIS) Genealogy Program office and will no longer be processed as Freedom of Information Act (FOIA) requests. This new fee-for-service program is designed to provide family historians and other researchers with timely access to historical immigration and naturalization records. More information regarding this service may be found on their website, uscis.gov/genealogy.

***Providing additional information:***
Since you have now obtained documentation that may allow you greater access to information in the file, you may wish to submit a new request.

All genealogy requests must be submitted through the new U.S. Citizenship and Immigration Services (USCIS) Genealogy Program office and will no longer be processed as Freedom of Information Act (FOIA) requests. This new fee-for-service program is designed to provide family historians and other researchers with timely access to historical immigration and naturalization records. More information regarding this service may be found on their website, uscis.gov/genealogy.

***Closing up-front (second search or no recordappeal):***
Your request for a second search for responsive records cannot be addressed by this office. My function is limited to the review of records that have been denied pursuant to the Freedom of Information Act or the Privacy Act (FOIA/PA). Per 8 C.F.R. § 103.40, the records you are seeking fall under the purview of the Genealogy Program. I have forwarded your request to their office for direct response to you.

***Affirming determination, providing Genealogy Program contact:***
A review of your request reveals that you are seeking historical records that fall within the Genealogy program. The Genealogy Program has been established to streamline and improve the process for acquiring historical records of deceased individuals. This fee-for-service program was created pursuant to 8 U.S.C. § 1356(t) and provides a dedicated queue for genealogists, researchers and other requesters seeking access to historical records. Pursuant to § 1356(t), DHS staff "shall collect fees prescribed under regulation before disseminating any requested genealogical information."

We are affirming the determination of the National Records Center in this matter and are providing you with the contact information for the Genealogy program as follows:

All genealogy requests must be submitted through the USCIS Genealogy Program office, in accordance with 8 C.F.R. §§ 103 & 299. For more information regarding this service and the requirements please go to the following web site: www.uscis.gov/genealogy, or mail your request, with the appropriate fee to:

<lineSpacing after="0"/>USCIS Genealogy Program
<lineSpacing before="0" after="0"/>P. O. Box 805925
<lineSpacing before="0"/>Chicago, IL 60680-4120

You may also e-mail questions to the Genealogy Program office at Genealogy.USCIS@uscis.dhs.gov.

***Request falls under Genealogy Program:***
After reviewing your request, we found the case was closed in error, rather than redirecting you to the correct program as your request does not fall under the FOIA program.

As of April 2008, this type of request is no longer processed as a Freedom of Information Act Request at the National Records Center. A Genealogy Program has been established to streamline and improve the process for acquiring historical records of deceased individuals. This fee-for-service program will ensure a timely response to requests for genealogical and historical records. We are therefore returning your request to you. All genealogy requests must be submitted through the USCIS Genealogy Program office, in accordance to 8 CFR 103 and 299, and will no longer be processed as Freedom of Information Act (FOIA) requests. For more information regarding this service and the requirements please go to the following web site: www.uscis.gov/genealogy, or mail your request, with the appropriate fee to: USCIS Genealogy Program, P.O. Box 805925, Chicago, IL 60680-4120. If you have any additional questions, you can e-mail them to Genealogy.USCIS@uscis.dhs.gov.

Based on our conversations with the Italian Embassy in Washington, DC, a certified copy of the naturalization certificate is not required for a request
for dual citizenship. What they do require is an original of the naturalization certificate, or a copy issued by USCIS (along with the original envelope and letter accompanying the certificate). Again, that copy does not need to be certified.

## ICE Review Supplementals

During my review, I identified [[[NUMBER]]] additional page(s) that originated with Immigration and Customs Enforcement (ICE). I will forward the page(s) to ICE for their review and a direct response to you. If you wish to inquire about records ICE is processing pursuant to your appeal, you may contact ICE at GILDFOIAAppeals@ice.dhs.gov or via regular mail to:

<lineSpacing after="0"/>Office of the Principal Legal Advisor
<lineSpacing before="0" after="0"/>Government Information Law Division
<lineSpacing before="0" after="0"/>500 12th Street, S.W., Stop 5900
<lineSpacing before="0"/>Washington, D.C. 20536-5900

## Keystroke Logs

USCIS does not capture keystroke logs as a routine aspect of security monitoring or for any other purpose. While USCIS Information Security maintains the capability to capture keystroke logs, it is used only to support DHS insider threat referrals or at the request of the Department of Homeland Security's Office of the Inspector General or the USCIS Office of Investigations for a limited and specific investigative purpose.

## Legal Cite

### *Ching v. Mayorkas or 8 U.S.C. 1229a(c)(2)(b):*

You assert that a provision of the Immigration and Nationality Act (INA), 8 U.S.C. 1229a(c)(2)(b), inhibits the government's power to invoke all of the exemptions allowed under FOIA. However, 8 U.S.C. 1229a(c)(2)(b) applies to removal proceedings. USCIS is not a party to the removal proceedings involving your client. The fact your client is in removal proceedings does not limit the government's right to apply FOIA exemptions. <italic>See Department of Justice v. Reporters Comm. for Freedom of Press</italic>, 489 U. S. 749, 771 (1989) (finding the identity of the FOIA requester and the purpose of the request is not relevant to access rights under FOIA). You submitted a FOIA request to the USCIS FOIA office (NRC), specifically invoking access rights pursuant to 5 U.S.C. § 552. The NRC responds to

FOIA requests pursuant to the dictates of the FOIA, not INA provisions that apply to Article II immigration courts. Therefore, it is the FOIA, not the INA, which is the controlling law in this instance. Pursuant to the FOIA, USCIS may apply appropriate exemptions to the responsive records, as was done in this case.

***Dent v. Holder:***
In your appeal letter, you cited <italic>Dent v. Holder</italic>, 627 F.3d 365 (9th Cir. 2010), for the proposition that your client has a due process right, independent of FOIA, to access USCIS records that pertain to him. <italic>Dent</italic> is not controlling precedent outside of the Ninth Circuit. The NRC, which processes all FOIA requests, submitted to USCIS, is located in Missouri, which is in the Eighth Circuit. Apart from the Ninth Circuit, no other federal circuit court has issued a precedential decision addressing the issues presented in Dent. T. Hutchins, Immigration Pleading and Practice Manual § 2:12 (2015). Moreover, in <italic>Dent</italic>, the respondent did not file a FOIA request for his Alien file (A-file). The Ninth Circuit addressed his due process rights in the context of his removal proceeding in immigration court. Unlike the respondent in <italic>Dent</italic>, you submitted a FOIA request to USCIS for your client's A-file records, thus FOIA is the controlling authority.

## Litigation

It is my understanding that you have requested judicial review in federal district court regarding this Freedom of Information Act (FOIA) request. Consequently, I will take no further administrative action on this appeal.

## Lost File

The National Records Center conducted a search for records using the information you provided. This initial search indicated that the requested record is lost or missing. A lost/missing file search was initiated, however, attempts to locate the file were unsuccessful.

***Or:***
It is my understanding that by letter dated ${firstCase.requestReceivedTimestamp#date}, the National Records Center informed you that they had made reasonable efforts to conduct a thorough search for the requested record; however, they were unable to locate your alien file. Although lost/missing files constitute a small percentage of their statistics, unfortunately, it does occur.

I have exhausted all available means of search for the file referenced in your request. It is my belief that we made reasonable efforts to conduct a thorough search of the agency for the requested record and we were not able to find the file. Therefore, I am administratively closing your request. You may, if you wish, resubmit at a later date.

## Markings That Appear to be Redactions

By letter dated ${firstCase.requestReceivedTimestamp#date}, the National Records Center informed you that certain pages may contain marks that appear to be blacked-out information. Markings such as these would have been present prior to their receipt of the file for processing and does not represent information they withheld under the provisions of the Freedom of Information Act or Privacy Act (FOIA/PA).

## Media

***E-mail to media mailbox:***

The requester in this case has appealed the initial determination of the National Records Center. Specifically, they request a review of media found in the file. Please provide a copy of the media related to this case so that the appeals office can conduct an independent review.

***Waiting to be processed by Ops:***
It is my understanding that the National Records Center has not completed their review of media found in the file.

Questions concerning the status of the processing of the media should be directed to U.S. Citizenship and Immigration Services (USCIS), FOIA/PA Office. You may contact them at the PO Box listed at the top of this letterhead. You may also submit FOIA/PA related questions to FOIAPAQuestions@uscis.dhs.gov.

***Recently processed by Ops:***
It is my understanding that the National Records Center has completed their review of media found in the file and will be releasing it to you under separate cover.

Questions concerning the status of the processing of the media should be directed to U.S. Citizenship and Immigration Services (USCIS), FOIA/PA Office. You may contact them at the PO Box listed at the top of this letterhead. You may also submit FOIA/PA related questions to FOIAPAQuestions@uscis.dhs.gov.

***Released in full on appeal:***
After careful consideration of your appeal, and as a result of discussions with the National Records Center, I am releasing a copy of the media in full.

***Released in part on appeal:***
After careful consideration of your appeal, and as a result of discussions with the National Records Center, I am releasing a copy of the media in part. I am releasing all information except those portions, which are exempt pursuant to 5 U.S.C. § 552 [[[EXEMPTIONS]]]. This information is not appropriate for discretionary release.

***E-mail to media mailbox, third party duplication:***
Because of a court decision (Infanti v. DHS) requiring USCIS to convert Gray Audograph to a digital sound file, please search for a vendor for transcription or purchase transcription equipment approved through GSA catalog.

***Remanding for third party duplication:***
Your request for a copy of the media found within the responsive records cannot be addressed by this office. My function is limited to the review of records that have been denied pursuant to the Freedom of Information Act or the Privacy Act (FOIA/PA).

I have therefore remanded the media portion of your request to the National Records Center for further action and direct response to you.

## Naturalization Certificate Replacement (N-565) Request

The National Records Center can only provide a copy of records requested. If you wish to obtain a replacement original, you will need to submit form N-565 which is available on the U.S. Citizenship and Immigration Services website at uscis.gov.

## Nazi War Criminals

I have also considered your concern that the U.S. Citizenship and Immigration Services (USCIS) Freedom of Information Act (FOIA) office failed to process your request in accordance with the Nazi War Crimes Disclosure Act ("NWCDA"). Specifically, you maintain the NWCDA requires USCIS to make the requested records publicly available, unless USCIS invokes one of the ten exemptions specified in the NWCDA and notifies Congress that it is doing so. As I understand the NWDCA, it mandated the creation of an interagency working group that worked with agencies to proactively identify classified records on Nazi War criminals and then consider them for declassification in order to make them available to the public at the National Archives and Records Administration, but it did not impose any substantive or procedural requirements with regards to how Agencies process FOIA requests (with one exception that is not relevant here).
See, e.g. United States Department of Justice's Office of Information Policy FOIA Update, Vol. XIX, No. 4 (Jan. 1, 1999) at justice.gov/oip/blog/foia-update-congress-enacts-foia-related-legislation. Thus, based upon my review of the NWDCA, I have determined that it does not apply to this request and that the USCIS FOIA office correctly processed this request under the FOIA.

## Not a Proper Appeal

***Lost access to FIRST account:***
Although you have styled your letter as a "Freedom of Information Act Appeal," I note that what you seek is assistance with accessing the responsive records delivered to your account. After careful consideration of your appeal, and as a result of discussions with the National Records Center, I have determined that this is not a proper FOIA/PA appeal.

You may wish to contact our USCIS FOIA Public Liaison for further assistance. Their contact information is:
<lineSpacing after="0"/>U.S. Citizenship and Immigration Services
<lineSpacing before="0" after="0"/>National Records Center, FOIA/PA Office
<lineSpacing before="0" after="0"/>P.O. Box 648010
<lineSpacing before="0" after="0"/>Lee's Summit, MO 64064-8010
<lineSpacing before="0"/>Email: FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, understanding the status of requests, and assisting in the resolution of disputes.

***Untimely:***

I have notified the National Records Center of your communication; however, pursuant to 6 C.F.R. § 5.9(a), Department of Homeland Security (DHS) regulations require that all administrative appeals be received "within 90 days of the date of the letter denying your request."

The NRC responded to your Freedom of Information Act (FOIA) request by letter dated [[Date]]. Your appeal was received on ${firstCase.requestReceivedTimestamp#date}. Since, your appeal was not received within the 90-day period, I am denying it as untimely.

A new search may be submitted to the National Records Center for records responsive to your initial request. Both the letter and the envelope should be clearly marked "New Request".

***VOI not provided on old version of G-639:***

The determination of the National Records Center was to close the case as a failure to comply in accordance with 6 CFR § 5.21.

Because the records you seek are those of a personal nature, DHS' regulations require you to provide verification of identity and, if applicable, certification of agreement to release information to you from the records subject before a disclosure of information can be made. In accordance with 6 CFR § 5.21, verification of identity consists of a written statement from the records subject stating his/her full name, current address, and date and place of birth. Additionally, the written statement must be signed by the records subject and the signature must either be notarized or signed under penalty of perjury.

After review, I have determined that the documents provided with your FOIA request did not include proper verification of identity. On the G-639 provided, Part 3 was signed by someone other than the subject.

***Still being processed by NRC:***

I have notified the National Records Center of your communication. Although the Freedom of Information Act (FOIA) authorizes you to treat the failure to act on your request within the specified time limit as a denial thereof, this office cannot act until there has been an initial determination by the office having jurisdiction of the records. My function is limited to the review of records to which access is in fact denied.

If the National Records Center still has not responded to your request at the time you receive this letter, you may, if you choose, treat this letter as a denial of your appeal and bring action in an appropriate federal court. I hope that, in deciding, you will give sympathetic consideration to the fact that this agency has many requests pending at this time and is making every possible, reasonable effort to process them.

***Nothing was withheld:***

My function is limited to the review of records that have been denied pursuant to the Freedom of Information Act or the Privacy Act (FOIA/PA).

It is my understanding that by letter dated ${firstCase.requestReceivedTimestamp#date}, the National Records Center responded to your request by providing you with all the material maintained by the responding office. Since this action constitutes a complete grant of your request, I am closing your appeal file.

If you are appealing the underlying decision made by this agency on the status of an application or benefit you must direct your concerns to the nearest Immigration office. This office has no authority over substantive immigration matters.

***Admin closed by NRC due to non-receipt of requested information:***
My function is limited to the review of records that have been denied pursuant to the Freedom of Information Act or the Privacy Act (FOIA/PA). Your original request, [[[CONTROL NUMBER]]], was administratively closed due to the untimely receipt of requested information. On [[[DATE]]] the National Records Center created a new request with the following control number: [[[CONTROL NUMBER]]]. Please cite this number in any further inquiry about this request.

***Second (duplicate) appeal:***
Our function is limited to the review of records that have been denied pursuant to the Freedom of Information Act or the Privacy Act (FOIA/PA). It is our understanding that by letter dated ${firstCase.requestReceivedTimestamp#date}, the National Records Center responded to your request by providing you with a copy of your records. You appealed that decision and received a response on [[[DATE]]]; therefore, the appeal file is closed.

***Only appealing referrals:***
Although you have styled your letter as an appeal, I note that the records you seek are not owned by or under the control of U.S. Citizenship and Immigration Services (USCIS). This is not a proper appeal.

***Appealing something other than redactions:***
Although you have styled your letter as an appeal, I understand that what you seek is [[[DESCRIPTION]]]. This is not a proper appeal.

My function is limited to the review of records that have been denied pursuant to the Freedom of Information Act or the Privacy Act (FOIA/PA). If you are appealing the underlying decision made by this agency on the status of an application or benefit you must direct your concerns to the nearest Immigration office. Please visit the U.S. Citizenship and Immigration Services (USCIS) website, uscis.gov, for additional information. This office has no authority over substantive immigration matters.

***FOIA does not require an agency to answer questions:***
FOIA does not require an agency to answer questions. <italic>See, e.g., Jean-Pierre v. BOP</italic>, 2012 WL 3065377, at *6 (D.D.C. July 30, 2012) (finding FOIA request that poses questions is improper); <italic>Thomas v. Comptroller of the Currency</italic>, 684 F. Supp. 2d 29, 33 (D.D.C. 2010) ("To the extent that plaintiff's FOIA requests were questions or requests for explanations…these are not proper FOIA requests"); <italic>Frank v. Dep't of Justice</italic>, 941 F.Supp. 4, 5 (D.D.C. 1996) (stating that an agency is not required to "dig out all the information that might exist, in whatever form or place it might be found, and to create a document that answers plaintiff's questions").

***Agencies are not required to answer a list of questions posed as a FOIA appeal:***
Agencies are not required to answer questions posed as FOIA requests or appeals. Your purported appeal, however, is presented as a list of questions instead of specifying what portions of USCIS's FOIA response you are appealing and the bases for your appeal. My function is limited to the review of records that have been denied pursuant to the Freedom of Information Act or the Privacy Act (FOIA/PA). Accordingly, I will decline to answer your interrogatories because questions posed as a FOIA appeal are not presented as a proper administrative appeal. <italic>See Judicial Watch, Inc. v. Dep't of State</italic>, 177 F. Supp. 3d 450, 456 (D.D.C. 2016) (finding that "[a] question is not a

request for records under FOIA and an agency has no duty to answer a question posed as a FOIA request"); <italic>see also Jean-Pierre v. Bureau of Prisons</italic>, 880 F. Supp. 2d 95, 103 (D.D.C. 2012) (concluding that a request for objective pieces of information, such as "who gave the order" and "on what day," are not "cognizable under FOIA, because they ask questions calling for specific pieces of information rather than records"); <italic>Frank v. Dep't of Justice</italic>, 941 F. Supp. 4, 5 (D.D.C. 1996) (finding FOIA does not require an agency to create a document that answers plaintiff's questions").

***Request does not clearly identify what is being appealed:***
The Department of Homeland Security's FOIA regulations provide that FOIA appeals "should clearly identify the component determination [ ] that is being appealed and should contain the reasons the requestor believes the determination was erroneous." See 6 C.F.R. § 5.8(a)(1). In your appeal, you have posed several questions regarding the Agency's response, but your appeal does not clearly identify the determination(s) that is/are being appealed.

## Notice of Action (I-797) Request

A Form I-797, Notice of Action, was not found in the file. Numerous types of Form I-797 are used by U.S. Citizenship and Immigration Services (USCIS) to communicate with customers or convey an immigration benefit. USCIS recognizes that some state, local, public, or private benefit granting agencies may accept Form I-797 as collateral evidence for awarding a benefit they administer; however, there is no regulatory or statutory requirement that USCIS retain a copy of a Form I-797 that it has mailed. If you wish to order a replacement, you will need to submit form I-824 which is available on the USCIS website at uscis.gov.

## OGIS Paragraph

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

The Office of Government Information Services (OGIS), the Federal Freedom of Information Act (FOIA) Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal Agencies. Their contact information for OGIS is:

<lineSpacing after="0"/>Office of Government Information Services
<lineSpacing before="0" after="0"/>National Archives and Records Administration
<lineSpacing before="0" after="0"/>8601 Adelphi Road (OGIS)
<lineSpacing before="0" after="0"/>College Park, MD 20740-6001
<lineSpacing before="0" after="0"/>Telephone: 202-741-5770 or 877-684-6448
<lineSpacing before="0" after="0"/>Email: ogis@nara.gov
<lineSpacing before="0"/>Website: archives.gov/ogis

The OGIS does not have the authority to handle requests made under the Privacy Act of 1974.

## Original Records (G-884) Request

The National Records Center can only provide a copy of records requested. If you wish to obtain the original, you will need to submit form G-884 which is available on the U.S. Citizenship and Immigration Services (USCIS) website at uscis.gov.

## Page Numbering

The District of Columbia has held that agencies are not required to Bates stamp or number the records. <italic>See Brown v. DOJ</italic>, 734 F. Supp. 2d 99, 104 (D.D.C. 2010) (declining to extend agency's obligation to make records available in readily reproducible format to include Bates stamping records that were not already numbered).

## Search

Your request for a second search for responsive records cannot be addressed by this office. My function is limited to the review of records that have been denied pursuant to the Freedom of Information Act or the Privacy Act (FOIA/PA).

The National Records Center processed all records it could locate based on information provided with your original request. If there is additional information you can provide that would assist in a search, you may wish to submit a new FOIA request. Both the letter and the envelope should be clearly marked "New Request."

***Additional information filed since:***
The National Records Center processed all records it could locate based on information provided with your original request. Additional information may have been added to the subject file since it was retrieved in response to your original Freedom of Information Act (FOIA) request. If there are additional records you seek, you may wish to submit a new FOIA request. Both the letter and the envelope should be clearly marked "New Request."

***Cuban specific document request for I-94 only:***
USCIS does not possess copies of arrival I-94s (Arrival-Departure Record Card). I-94s for individuals who were paroled after processing at a Port of Entry (POE) are issued electronically by U.S. Customs and Border Protection. If you or the subject of this request was issued an I-94 at a POE, you can obtain a copy of your I-94 by going to https://i94.cbp.dhs.gov/I94/#/recent-search. However, only I-94s issued at a POE are available on this site. If you or the subject of this request were released after being apprehended by the United States Border Patrol and having been served a Notice to Appear in Immigration Proceedings, that release, sometimes called "conditional parole" conducted pursuant to 8 USC Section 1226(a) is not recorded on this website.

***Reasonably calculated:***
Based on information provided with your original request, the National Records Center conducted a search reasonably calculated to uncover all relevant documents. If there is additional information you can provide that would assist in a search for records, you may wish to submit a new Freedom of Information Act (FOIA) request. Both the letter and the envelope should be clearly marked "New Request."

***Remand hybrid:***
I have therefore remanded a portion of your request to the National Records Center for further search and direct response to you.

***Reasonable search, not obligated to answer follow-up inquiries:***
I have determined that the NRC conducted a reasonable search in response to your FOIA request and provided appropriate and responsive records as a result. It is not obligated to answer your follow-up inquiries or to supplement its prior response to your request. Therefore, I have decided to affirm the NRC's actions regarding your FOIA request.

***Reasonable search, seeking explanation and reconciliation of data:***
FOIA requires that an agency undertake a FOIA search “reasonably calculated to uncover all relevant documents,” <italic>Weisberg v. DOJ</italic>, 326 F. App’x 591, 592 (2d Cir. 2009). USCIS conducted a reasonable search and provided all responsive, non-exempt documents it found in response to your FOIA request.

The fact that some records may not be readily understandable by a requester does not mean that FOIA requires a responding agency to supplement its FOIA response and answer a requester’s follow-up questions seeking clarification of the data provided. “FOIA was not intended to reduce government agencies to full-time investigators on behalf of requesters.” <italic>Bloeser v. Dep’t of Justice</italic>, 811 F. Supp. 2d 316, 321 (D.D.C. 2011); <italic>see also Nat’l Security Counselors v. CIA</italic>, 960 F.Supp. 101, 10 n. 28 (D.D.C. 2013) (FOIA was not intended to permit the public to “commandeer agency employees as research assistants”).

Moreover, your appeal seeking explanation and reconciliation of the data provided goes beyond what FOIA requires of agencies. FOIA requires disclosure of only records "which the agency has decided for its own reasons to create.” <italic>NLRB v. Sears, Roebuck & Co</italic>., 421 U.S. 132, 162 (1975). “To qualify as agency records, the requested information must either be created or obtained by the agency and within its control at the time the FOIA request is made,” <italic>FLRA v. Dep’t of Veterans Affairs</italic>, 958 F.2d 503, 508 (2d. Cir. 1992), and that “have come into the agency’s possession in the legitimate conduct of its official duties.” <italic>Dep’t of Justice v. Tax Analysts</italic>, 492 U.S. 136, 145 (1989).

Further, “the FOIA imposes no duty on the agency to create records.” <italic>Forsham v. Harris</italic>, 445 U.S. 169, 186 (1980). “FOIA does not require an agency to create documents that do not exist or to collect disparate data and then generate an agency record.” <italic>Carson v. U.S. Office of Special Counsel</italic>, 534 F. Supp. 2d 99, 102-03 (D.D.C. 2008). <italic>See also Rubman v. USCIS</italic>, 800 F.3d 381, 390 n. 5 (7th Cir. 2015) (finding FOIA does not require USCIS to create a statistical data table for plaintiff because it was not a preexisting internal document).

***Search cut-off:***
The search cut-off for this FOIA was the date of the original acknowledgement letter. You are free to file a new FOIA request specifying the parameters of your new search for documents that may exist, but it is improper to specify a new search above and beyond the original request scope and after the original search cut-off date on appeal.

***Search cut-off, longer version:***
The scope of a request has both substantive and temporal aspects. Courts have recognized that an agency's search obligations for each request necessarily have a temporal limitation, or a "cut-off" date. Records created after the "cutoff" date are treated as not responsive to the request, however, you are welcome to submit a new request specifying new search date parameters. <italic>See Bonner v. U.S. Dept. of State</italic>, 928 F.2d 1148, 1152 (D.C. Cir. 1991) (finding that "[t]o require an agency to adjust or modify its FOIA responses based on post-response occurrences could create an endless cycle of judicially mandated reprocessing"); <italic>Church of Scientology v. IRS</italic>, 816 F. Supp. 1138, 1148 (W.D. Tex. 1993) (observing that "there has to be a temporal deadline for documents that satisfy [a FOIA] request"), appeal dismissed by stipulation, No. 93-8431 (5th Cir. Oct. 21, 1993).

***Search cut-off, FOIA does not require an agency to supplement its response:***
FOIA does not require an agency to supplement its FOIA response. <italic>See James, v. U.S. Secret Serv</italic>., 811 F. Supp. 2d 351, 358 (D.D.C. 2011) (noting that agencies are not "require[d] to update or supplement a prior response to a request for records); <italic>see also Coven v. OPM</italic>, No. 07-1831, 2009 WL 3174423, at *5-10 (D. Ariz. Sept. 29, 2009) (agreeing that agency is not

required to produce records created after agency responded).

***Search cut-off, records created after the agency responded:***
With an initial FOIA request, a person may request government records that exist at the time of the request, but not records created by the agency after the date of search cut-off date. A person may file a new request for records that did not exist at the time of the date-of-search cut-off date, but that may now exist at the time of the new request. A person may appeal inadequate search or substantial withholding of a FOIA response; however, a person may not file an appeal that includes a new request for additional records as part of an appeal. One may not appeal non- provision of documents that did not exist at the time of the date-of-search cut-off date. My function is limited to the review of records that have been denied pursuant to the Freedom of Information Act or the Privacy Act. The Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifies certain requirements for an access request. One of these requirements is that the request must be made in accordance with the agency's published FOIA regulations. In the Department of Homeland Security (DHS) regulation, Title 6 C.F.R. § 5.3 Requirements for Making A Request; the procedures for requesting access to DHS records are outlined. <italic>See McDonnell v. U.S.</italic>, 4 F.3d 1227, 1236 (3d Cir. 1993).

## Processing Guide Request

All releasable information of general interest to the public regarding the processing of Freedom of Information Act (FOIA) requests in U.S. Citizenship and Immigration Services (USCIS) is contained on the website and on-line guide that is readily available to the public at uscis.gov. The separate, un-redacted FOIA processing manual written strictly for the internal use of USCIS personnel contains additional details that are not of interest to the public and reveal specifics about immigration adjudications, law enforcement processes, and homeland security matters, the disclosure of which would pose a significant risk of circumvention of laws and regulations.

## Purview of Another Agency

***CBP entry/exit information:***
You specifically requested a record of entries and exits or attempted entries into the United States; however, records of this nature are not under the purview of U.S. Citizenship and Immigration Services (USCIS). If such records exist, they would be maintained under the jurisdiction of U.S. Customs and Border Protection (CBP). Their website, cbp.gov, offers information on filing your Freedom of Information Act (FOIA) request online. The CBP FOIA Office mailing address is:

<lineSpacing after="0"/>U.S. Customs and Border Protection
<lineSpacing before="0" after="0"/>Freedom of Information Act (FOIA) Division
<lineSpacing before="0" after="0"/>1300 Pennsylvania Avenue NW
<lineSpacing before="0" after="0"/>Mail Stop 1181
<lineSpacing before="0"/>Washington, DC 20229

For additional information relating to the Department of Homeland Security (DHS) and its components, I encourage you to visit the DHS website at dhs.gov.

***CBP record of apprehension:***
It is possible that you do not have an alien file and yet still have a record of apprehension with U.S. Customs and Border Protection (CBP). The U.S. Citizenship and Immigration Services (USCIS) Freedom of Information Act (FOIA) department does not have access to certain law enforcement databases owned by CBP, which may be why USCIS has not been able to locate a record.

If such records exist, they would be maintained under the jurisdiction of CBP. Their website, cbp.gov,

offers information on filing your Freedom of Information Act (FOIA) request online. The CBP FOIA Office mailing address is:

<lineSpacing after="0"/>U.S. Customs and Border Protection
<lineSpacing before="0" after="0"/>Freedom of Information Act (FOIA) Division
<lineSpacing before="0" after="0"/>1300 Pennsylvania Avenue NW
<lineSpacing before="0" after="0"/>Mail Stop 1181
<lineSpacing before="0"/>Washington, DC 20229

For additional information relating to the Department of Homeland Security (DHS) and its components, I encourage you to visit the DHS website at dhs.gov.

### *DOS non-immigrant visa:*

You specifically requested records related to [[[DESCRIPTION]]]; however, records of this nature are not under the purview of U.S. Citizenship and Immigration Services (USCIS). If such records exist, they would be maintained under the jurisdiction of the U.S. Department of State. Their website, foia.state.gov offers information on filing your Freedom of Information Act (FOIA) request online. The Department of State FOIA Office mailing address is:

<lineSpacing after="0"/>U.S. Department of State
<lineSpacing before="0" after="0"/>Office of Information Programs and Services
<lineSpacing before="0" after="0"/>2201 C Street, NW, Suite B266
<lineSpacing before="0" />Washington, DC 20520

### *EOIR FOIA information:*

You specifically requested records pertaining to [[[DESCRIPTION]]]; however, records of this nature are not under the purview of U.S. Citizenship and Immigration Services (USCIS). If such records exist, they would be maintained under the jurisdiction of the U.S. Department of Justice, Executive office for Immigration Review (EOIR). Their website, www.justice.gov/eoir, offers information on filing your Freedom of Information Act (FOIA) request online. You may also contact them by phone at (703) 605-1297. The EOIR FOIA Office mailing address is.

<lineSpacing after="0"/>Office of the General Counsel Attn: FOIA Service Center
<lineSpacing before="0" after="0"/>Executive Office for Immigration Review
<lineSpacing before="0" after="0"/>5107 Leesburg Pike, Suite 2150
<lineSpacing before="0"/>Falls Church, VA 22041

### *ICE deportation records:*

You specifically requested records pertaining to [[[DESCRIPTION]]]; however, records of this nature are not under the purview of U.S. Citizenship and Immigration Services (USCIS). If such records exist, they would be maintained under the purview of Immigration and Customs Enforcement (ICE). Their Freedom of Information Act (FOIA) website, ice.gov/foia offers information on filing your request online. You may also contact them by phone at (866) 633-1182. The ICE FOIA Office mailing address is:

<lineSpacing after="0"/> U.S. Immigration and Customs Enforcement
<lineSpacing before="0" after="0"/> Freedom of Information Act Office
<lineSpacing before="0" after="0"/> 500 12th Street, S.W., Stop 5009
<lineSpacing before="0"/> Washington, D.C. 20536-5009

For additional information relating to the Department of Homeland Security (DHS) and its components, I encourage you to visit the DHS website at dhs.gov.

***NVC***
Service records indicate that petition [[[NUMBER]]] has been approved and forwarded to the National Visa Center (NVC) for processing. It is no longer under the control of U.S. Citizenship and Immigration Services.

## Referrals

The National Records Center located potentially responsive documents that may have originated from [[[REFERRAL AGENCY]]].

The National Records Center sent the document(s) and a copy of your Freedom of Information Act (FOIA) request to their respective FOIA Offices for consideration and direct response to you. This is consistent with departmental regulations (See 6 C.F.R. 5.4(d)).

Questions concerning the status of the processing of the document(s) should be directed to [[[REFERRAL AGENCY]]]. Please visit their websites for current contact information.

***Not the same as redactions:***
The National Records Center located potentially responsive documents that may have originated from [[[REFERRAL AGENCY]]].

The National Records Center sent the document(s) and a copy of your Freedom of Information Act (FOIA) request to their respective FOIA Offices for consideration and direct response to you. This is consistent with departmental regulations (See 6 C.F.R. 5.4(d)), which states that when a component receives a request for a record in its possession, it shall determine whether another component, or another agency of the Federal Government, is better able to determine whether the record is exempt from disclosure under the FOIA and, if so, whether it should be disclosed as a matter of administrative discretion.

If the receiving component determines that it is best able to process the record in response to the request, then it shall do so. If the receiving component determines that it is not best able to process the record, then it shall either: (1) Respond to the request regarding that record, after consulting with the component or agency best able to determine whether to disclose it and with any other component or agency that has a substantial interest in it; or (2) Refer the responsibility for responding to the request regarding that record to the component best able to determine whether to disclose it, or to another agency that originated the record (but only if that agency is subject to the FOIA). Ordinarily, the component or agency that originated a record will be presumed to be best able to determine whether to disclose it.

Questions concerning the status of the processing of the document(s) should be directed to [[[REFERRAL AGENCY]]]. Please visit their websites for current contact information.

# Third Party File Requests

To obtain these records your request must demonstrate one or more of the following criteria:

- Written authorization from the individual(s) permitting disclosure of the records to you, which consists of a written statement from the records' subject(s) stating full name, current address, and date and place of birth. Additionally, the written statement must be signed by the records' subject(s) and the signature must either be notarized or signed under penalty of perjury, or
- Proof of parentage with the requester's verification of identity if the subject of record is a minor at the time of the request, or
- Proof of court-appointed guardianship with the requester's verification of identity, or
- Proof that the subject [or subjects] of your request [is] [are] deceased, or
- A clear demonstration that the public interest in disclosure outweighs the personal privacy interest(s) of the individual(s) and that significant public benefit would result from the disclosure of the requested records.

Your request did not satisfy any of the above criteria. Where a requester seeks information about individuals in personnel, medical, and similar files Freedom of Information Act (FOIA) Exemption 6 protects from disclosure information that, if released, would constitute a clearly unwarranted invasion of personal privacy.

To determine whether the disclosure of personal information would constitute an unwarranted invasion of personal privacy, Exemption 6 requires the government to balance the privacy interests of individuals that would be compromised by disclosure of government records about them against the public interest in release of the records. The only relevant public interest to be considered is the extent to which the requested information sheds light on the agency's performance of its statutory duties. Where the privacy interest outweighs the public interest, the information is protected from disclosure.

In the absence of written authorization permitting disclosure of the records to you, proof that the subject is deceased, or a demonstration of a public interest that would outweigh the subject's privacy interest, you are not entitled to the requested records under the FOIA.

### *VOI and COA requirement:*

Department of Homeland Security (DHS) regulations require you to provide verification of identity and, if applicable, certification of agreement to release information to you from the records subject before a disclosure of information can be made. In accordance with 6 CFR § 5.21, verification of identity consists of a written statement from the records subject stating full name, current address, and a date and place of birth. The written statement must be signed by the records subject and the signature must either be notarized or signed under penalty of perjury.

Although you are not required to use Form G-639 when submitting a Freedom of Information Act (FOIA) request, a notarized signature in Section 4, or a signature at the bottom of section 4 under penalty of perjury would fulfill the signature requirement. Form G-28 Notice of Entry of Appearance as Attorney or Accredited Representative may be used to establish certification of agreement from the subject of record.

The requested information may be provided on a separate sheet of paper if the information provided is signed by the records subject and the signature is notarized or signed under penalty of perjury.

### *VOI and COA requirement II:*

After careful consideration of your appeal, I have decided to affirm the decision of the National Records Center. The Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifies certain requirements for an

access request. One of these requirements is that the request must be made in accordance with the agency's published FOIA regulations. The procedures for requesting access to Department of Homeland Security (DHS) records are set forth in DHS regulations at Title 6 C.F.R. § 5.3 Requirements for making requests. See McDonnell v. U.S., 4 F.3d 1227, 1236 (3d Cir. 1993).

Because the records you seek are those of a personal nature, DHS' regulations require you to provide verification of identity and, if applicable, certification of agreement to release information to you from the subject of record before a disclosure of information can be made. In accordance with 6 CFR § 5.21(e), verification of identity consists of a written statement from the subject of record stating his/her full name, current address, and date and place of birth. Additionally, the subject of record must sign the written statement, and the signature must either be notarized or signed under penalty of perjury.

***Parent requesting for child, missing proof of parentage and VOI of parent:***
Because the records you seek are those of a personal nature, Department of Homeland Security (DHS) regulations require a parent to demonstrate proof of parentage and provide verification of identity for themself as well as the minor child and, if applicable, certification of agreement to release information to you before a disclosure of information can be made. In accordance with 6 CFR § 5.21(E), verification of identity consists of a written statement including full name, current address, and date and place of birth. Additionally, the statement must be signed, and the signature must either be notarized or signed under penalty of perjury.

***Parent requesting for child, missing VOI of parent:***
Because the records you seek are those of a personal nature, Department of Homeland Security (DHS) regulations require a parent of a minor child provide verification of identity for themself as well as the minor child and, if applicable, certification of agreement to release information to you before a disclosure of information can be made. In accordance with 6 CFR § 5.21(E), verification of identity consists of a written statement including full name, current address, and date and place of birth. Additionally, the statement must be signed, and the signature must either be notarized or signed under penalty of perjury. Simply providing a copy of a [[[DOCUMENT PROVIDED]]] will not fulfill the requirement.

***Providing civil documents alone will not meet requirements:***
Simply providing a copy of a birth certificate, driver's license, or alien card for the records subject will not fulfill the requirement.

***Power of Attorney may not be necessary:***
If ${subjectName} will provide both verification of identity and certification of agreement to release the information to you as described above, a power of attorney will not be necessary.

Please be advised I cannot consider a power of attorney describing general authority without specific mention of delegated authority to request U.S. Citizenship and Immigration Services (USCIS) records. The power of attorney should state that you are given the authority to request and receive immigration records, or USCIS records. It should also specify whether you are authorized to request all immigration records, or list which records USCIS is permitted to provide or not permitted to provide.

In addition, I cannot consider a power of attorney with no expiration date or a power of attorney with and indefinite expiration date. The power of attorney should have a specific date that it expires.

## Track 3 Required Documents

Although you have asked that your request receive priority treatment in our Track 3 processing track, you did not comply with the requirements as set forth in the Federal Register Notice and on the USCIS FOIA website. You are required to provide one of the following documents or your request will not be processed in Track 3.

- Form I-862, Notice to Appear, documenting a future scheduled date of the subject's hearing before the Immigration Judge.
- Form I-122, Order to Show Cause, documenting a future scheduled date of the subject's hearing before the Immigration Judge.
- Form I-863, Notice of Referral to Immigration Judge, documenting a future scheduled hearing before an Immigration Judge

Until such time as one of the documents listed above is received by this office, your case will remain assigned to its current track and will not be placed in Track 3 for priority processing.

## Untranslated documents:

The Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifies certain requirements for an access request. One of these requirements is that the request must be made in accordance with the agency's published FOIA regulations. The procedures for requesting access to Department of Homeland Security (DHS) records are set forth in DHS regulations at Title 6 C.F.R. § 5.3 Requirements for making requests. See McDonnell v. U.S., 4 F.3d 1227, 1236 (3d Cir. 1993). Consistent with 6 C.F.R. § 5.3(c), requests and supporting documents should be submitted in English with sufficient detail to enable USCIS personnel to reasonably search for records.

## US Born Citizens

We have reviewed and considered your appeal and we have decided to affirm the decision of the NRC. First, to the extent that you are requesting records under the FOIA, we have determined that your FOIA request does not reasonably describe the records that you are looking for. Rather, it appears that you are asking USCIS to conduct a search of a specified USCIS system to attempt to ascertain your "citizenship status" and then to provide you with results from that systems search. Please note that the Freedom of Information Act does not require Agencies to conduct research or answer questions posed as FOIA requests. Given that your request does not identify any records that you are seeking, it does not set forth a proper FOIA request. Even assuming that your request is in fact seeking records, it is unclear what records you are seeking related to your "citizenship status."

Also, as you may know, USCIS is the government agency that oversees lawful immigration to the United States. We generally do not maintain records on individuals unless they have passed through the U.S. immigration process (e.g. applied for immigration benefits, such as permanent residency, naturalization, asylum, etc.). For example, if you applied for a green card or citizenship through USCIS, we would have and maintain such records on you. We note though that your request appears to indicate that you are a natural born U.S. citizen and it does not provide any information suggesting why you believe that USCIS would have or maintain any immigration records on you.

If you would like to make a request for Agency records, you may submit a new FOIA request to USCIS, but we encourage you to be as specific as possible in describing the records that you are requesting (e.g. "I am requesting copies of my application for permanent residency or naturalization" or "I am requesting a copy of my certificate of naturalization.").

# Vaughn Index Request

In your appeal letter, you requested a Vaughn index; however, at this stage a Vaughn index is not given or required. <italic>See Vaughn v. Rosen</italic>, 484 F. 2d 820 (D.C. Cir. 1973). Your request to itemize and justify each item of the information withheld is denied. You are not entitled to such a listing at the administrative stage of processing Freedom of Information Act (FOIA) requests and appeals. <italic>See Judicial Watch v. Clinton</italic>, 880 F.Supp. 1, 11 (D.D.C. 1995). Since what you seek is outside the responsibilities of this office, I cannot assist you in this matter.

## Tantamount to a Vaughn:

In your appeal letter, you requested what is tantamount to a Vaughn index; however, at this stage a Vaughn index is not given or required. <italic>See Vaughn v. Rosen</italic>, 484 F. 2d 820 (D.C. Cir. 1973). Your request to itemize and justify each item of the information withheld is denied. You are not entitled to such a listing at the administrative stage of processing Freedom of Information Act (FOIA) requests and appeals. <italic>See Judicial Watch v. Clinton</italic>, 880 F.Supp. 1, 11 (D.D.C. 1995). Since what you seek is outside the responsibilities of this office, I cannot assist you in this matter.

# Standard FAL Insert Charts

### *No Record (NR):*

| Final Action Letter – No Records (NR) | |
|---|---|
| Insert Name | **Insert Verbiage** |
| Subject of Record Alien Number | We could not find records matching the subject of record's Alien Number(s) provided in your request. |
| Subject of Record Name | We could not find records matching the subject of record's name provided in your request. |
| Subject of Record Date of Birth | We could not find records matching the subject of record's date of birth provided in your request. |
| Subject of Record Country of Birth | We could not find records matching the subject of record's country of birth provided in your request. |
| Subject of Record Parents | We could not find records matching the name of the subject of record's parents provided in your request. |
| I-94 | Generally, USCIS does not possess copies of arrival I-94 (Arrival-Departure Record Card). I-94s for individuals who were paroled after processing at a Port of Entry (POE) are issued electronically by U S. Customs and Border Protection If you or the subject of this request was issued an I-94 at a POE, you can obtain a copy of your I-94 by going to https://i94.cbp.dhs.gov/I94/#/recent-search. However, only I-94s issued at a POE are available on this site. If you or the subject of this request were released after being apprehended by the United States Border Patrol and having been served a Notice to Appear in Immigration Proceedings, that release, sometimes called "conditional parole" conducted pursuant to 8 USC Section 1226(a) is not recorded on this website. |
| National Visa Center | The requested records have been forwarded to the National Visa Center (NVC) and now fall under their purview Please visit the NVC Contact Information page at www.travel.state.gov for more information. |

### *Total Denial (TD):*

| Final Action Letter – Total Denial (TD) |
|---|

| Insert Name | Insert Verbiage |
|---|---|
| Missing Consent | You did not provide consent from the subject of record. Valid consent includes both a valid signature from the subject of record and written authorization from the subject of record permitting disclosure of the records to you. |
| Missing Proof of Death | You indicated that the subject of record is under 100 years old and deceased, but you failed to provide a copy of the subject of record's death certificate, obituary, screen print from the Social Security Death Index, or probate documents filed in court. |
| Public Interest Does Not Outweigh Privacy Interests (Media) | To obtain these records without consent from the subject of record, your request must demonstrate a clear demonstration that the public interest in disclosure outweighs the personal privacy interest(s) of the individual(s) and that significant public benefit would result from the disclosure of the requested records. We have carefully considered your request and determined that your request does not meet this requirement. |
| Insufficient Power of Attorney | You failed to provide valid power of attorney. The power of attorney that you provided is a general authority without specific mention of delegated authority to request USCIS records. The power of attorney should:<br>• Give you authority to request and receive immigration records, or USCIS records, listing which records USCIS is specifically permitted to provide.<br>• Be unexpired. Power of attorneys with no expiration dates or indefinite expiration dates are not accepted.<br>• Signed by the subject of record. |
| Dominguez Signature Consent | Consent: You indicate in your request that you are requesting certain records about a third party (i.e. your client) and on that individual's. behalf. In reviewing the request, the signature that you provided demonstrating that individual's verification of identity and consent to release records to you appears to be different from the signature of that same individual contained within USCIS records. Also, in reviewing other FOIA requests from your office seeking the records of other individuals, the signatures for those other individuals all appear to have been generated in the same way and or by the same person as the signature in this case. Please note that the signature must be hand-written by the individual whose records are being sought. |

## *Failure to Comply (FC):*

| Final Action Letter – Failure to Comply (FC) | |
|---|---|
| **Insert Name** | **Insert Verbiage** |
| Missing Subject of Record Name | We are administratively closing your request due to failure to comply with these requirements Specifically, you did not provide complete verification of identity information since the subject of record's name was not provided. |
| Missing Subject of Record DOB | We are administratively closing your request due to failure to comply with these requirements. Specifically. you did not provide complete verification of identity information since the subject of record's date of birth was not provided. |
| Missing Subject of Record Address | We are administratively closing your request due to failure to comply with these requirements Specifically, you did not provide complete verification of identity information since the subject of record's current physical address was not provided. |
| Missing Subject of Record COB | We are administratively closing your request due to failure to comply with these requirements. Specifically. you did not provide complete verification of identity information since the subject of record's country of birth was not provided. |
| Missing Parent/Guardian Name for minor/incapacitated | We are administratively closing your request due to failure to comply with these requirements Specifically, you indicated that you are a parent guardian of the subject of record but did not provide your complete verification of identity information since your name was not provided. |

| | |
|---|---|
| Missing Parent/Guardian DOB for minor/incapacitated | We are administratively closing your request due to failure to comply with these requirements. Specifically, you indicated that you are a parent guardian of the subject of record but did not provide your complete verification of identity information since your date of birth was not provided. |
| Missing Parent/Guardian Address for minor/incapacitated | We are administratively closing your request due to failure to comply with these requirements Specifically, you indicated that you are a parent guardian of the subject of record but did not provide your complete verification of identity information since your current physical address was not provided. |
| Missing Parent/Guardian COB for minor/incapacitated | We are administratively closing your request due to failure to comply with these requirements. Specifically, you indicated that you are a parent guardian of the subject of record but did not provide your complete verification of identity information since your country of birth was not provided. |
| Missing Proof of Parentage/Guardianship Documents | You indicated that you are a parent guardian of the subject of record, but you failed to verify relationship by providing a copy of the subject of record's birth certificate showing parentage or court order establishing guardianship. |
| Blank/Non-Compliant Description of Records | We are administratively closing your request due to failure to comply with these requirements Specifically, you did not describe the records sought in enough detail to enable us to locate them with a reasonable amount of effort. |
| Untranslated/Illegible Documents | Some or all of the required information that you submitted was:<br>• Illegible or<br>• In a foreign language and not accompanied by a certified English translation. The translator must certify that he or she is competent to translate the foreign language into English, and the translation is complete and accurate. |
| Missing/Non-Compliant Subject of Record Signature | The subject of record's signature is unacceptable for one of the following reasons:<br>• The subject of record did not sign the request.<br>• The signature provided was not an acceptable digital signature.<br>• The signature provided did not match our records.<br>• The signature was not properly attested (notarized or signed under the penalty of perjury). |
| Missing/Non-Compliant Parent/Guardian Signature | You indicated that you are a parent guardian of the subject of record, but your signature is unacceptable for one of the following reasons<br>• You did not sign the request.<br>• The signature provided was not an acceptable digital signature.<br>• The signature was not properly attested (notarized or signed under the penalty of perjury). |
| Multiple Versions of VOI Provided | You provided multiple versions of required identity information (name, date of birth, country of birth, address) in your request and supporting documentation, so USCIS was unable to verify your identity. |
| Deceased Requestor | You submitted a request containing proof of death and listed the deceased person as the requestor. |
| Electronic Signature | We are administratively closing your request due to failure to comply with these requirements. Specifically, the signature you provided for the subject of record is unacceptable. Examples of acceptable digital signatures include certified encrypted timestamped signatures such as DocuSign, DigiCert, Adobe and Verisign. |
| Non-Electronic Submission | You did not submit your request electronically Effective January 22, 2026, DHS regulations require that FOIA requests be submitted electronically unless extenuating circumstances exist. If you are unable to file your request electronically, submit a new request that includes a detailed justification for nonelectronic filing. |

***Not Applicable (NA):***

| Final Action Letter – Not Applicable (NA) | |
|---|---|
| **Insert Name** | **Insert Verbiage** |
| US Born Citizen | Under the Freedom of Information Act (FOIA) and the Privacy Act (PA), you can request: your own immigration records; someone else's immigration records, generally with their written permission; agency policies, data, communications, and other records. The records you are requesting, records regarding a US born citizen, are not generally under the purview of USCIS. |
| A-number only | To obtain your Alien Registration Number you must call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833). |
| Certified Copies | The USCIS FOIA Program does not provide certified copies of records. To request certified copies, you should call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833). |
| G-325R | The G-325R records you have requested are available to you via your myUSCIS account in an un-redacted format. For immediate access to electronic records, please log into your account located at my.uscis.gov and view/download them today. |
| Questions on Agency Operations | Requests submitted in the form of questions about agency operations are not considered requests for records under the FOIA/PA. |
| Requests for Status of a FOIA Request | Requests submitted with questions about a previous FOIA request are not considered requests for records under the FOIA/PA. For questions relating to the status of a pending FOIA request, contact the FOIA Public Liaison at foiapaquestions@uscis.dhs.gov. |
| Requests to Amend FOIA Request | Requests to make changes to a pending FOIA request are not considered requests for records under the FOIA/PA. If you wish to amend a pending FOIA request, contact the FOIA Public Liaison at foiapaquestions@uscis.dhs.gov. |
| Questions on Pending Applications for Immigration Benefits | The USCIS FOIA Program does not process petitions, applications, or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with USCIS, please visit the Contact Us page at www.uscis.gov or call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833). |
| Request for Return of Original Documents | To obtain original documents, you must complete Form G-884, Request for the Return of Original Documents. Please visit the USCIS website at www.uscis.gov/g-884 for more information regarding instructions and submission requirements or call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833). |
| Request for Certificate of Non-Existence | This is in response to your request for a Certificate of Non-Existence. To obtain a Certificate of Non- Existence, you must complete Form G-1566. Request for Certificate of Non-Existence. Please visit the USCIS website at www.uscis.gov/g-1566 for more information regarding instructions and submission requirements or call the USCIS Contact Center at 800-357-5283 (TTY 800-767-1833). |
| Appeals | You have attempted to file an appeal as a new request. As previously mentioned in your Final Action Letter, administrative FOIA appeals must be filed as described below. |
| Requests for Non-USCIS Records | The records you have requested are unrelated to USCIS and not under the purview of USCIS. You may refer to www.FOIA.gov to help you direct your request to the appropriate agency. |
| NARA Referral - Kansas City | Based on the date of birth you furnished in your request, the individual you are seeking records on is over 100 years of age. The records for individuals over the age of 100 have been turned over to the National Archives. You may request this file through the Freedom of Information |

| | |
|---|---|
| | act via e-mail at afiles.kansascity@nara.gov, or writing to the Freedom of Information Act Officer, National Archives at Kansas City, 400 W. Pershing Rd, Kansas City, MO 64108. |
| NARA Referral • San Francisco | Based on the date of birth you furnished in your request, the individual you are seeking records on is over 100 years of age. The records for individuals over the age of 100 have been turned over to the National Archives. You may request this file through the Freedom of Information act via e-mail at sanbruno.archives@nara.gov, or writing to the National Archives at San Bruno, 1000 Commodore Drive, San Bruno, CA 94066. |

Exhibit 8

FW: Updated material for Appeals CC training - Message (HTML)

File | Message | Help | Acrobat | Tell me what you want to do

# FW: Updated material for Appeals CC training

[redacted]
To [redacted]
Cc Turner, Timothy J; [redacted]

REF - Guidance | FOIA | Exec - ACD

Reply | Reply All | Forward

Tue 2/3/2026 4:14 PM

You forwarded this message on 2/3/2026 4:15 PM.

- APP Case Create Guide 02-03-2026.pdf — 1 MB
- APP CC Training 2-3-26 Final.pptx — 1 MB

**From:** [redacted]uscis.dhs.gov>
**Sent:** Tuesday, February 3, 2026 2:06 PM
**To:** [redacted]@uscis.dhs.gov>
**Cc:** [redacted]@uscis.dhs.gov>
**Subject:** Updated material for Appeals CC training

[redacted]

I have attached the revised versions of the training slides and the Appeals CC guide.
We have developed and added appendices of flow maps for the various Appeals CC actions as well as a letter insert document with suggested verbiage.
We have also identified sample cases for each possible action covered in the training.
Fingers crossed tomorrow's training goes better than the previous two attempts.

Thank you,

[redacted]

Supervisory Government Information Specialist
USCIS | IRIS | NRC
FOIA Operations Branch
[redacted]

U.S. Citizenship and Immigration Services

# Freedom of Information Act and Privacy Act Appeals Case Create Guide

01/30/2026

## Contents

FOREWORD ..... 5
SYSTEMS AND LINKS ..... 6
APPEAL REQUEST ..... 7
LETTERS ..... 7
STARTING A CASE ..... 8
APPEAL CLOSURES ..... 9
REVIEW SEARCH TAB ..... 10
DUPLICATE CASE ..... 10
APPEAL CASE CLOSURE CODES ..... 11
APPEAL CASE – NOT A PROPER APPEAL ..... 12
COMPLETELY UPHELD - NO RECORD (CU-NR) ..... 13
COMPLETELY UPHELD - TD/FC (CU-FC) ..... 13
REMAND CASES ..... 14
CASE NOTES ..... 16
ADMIN QUEUE ..... 16
EXPEDITED OR TRACK 3 ..... 17
CASES RETURNED FROM GENERAL COUNSEL (GC) ..... 19
APPENDICES ..... 20
Appendix A – Downloading Documents ..... 20
Appendix B – Downloading Case Notes ..... 21
Appendix C – Uploading New Cases ..... 22
Appendix D – Temporary Receipts Chart ..... 23
Appendix E – Appeals CC Flow Map ..... 24
Appendix F – Appeals CC Letter Inserts ..... 31



WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer

## APPEAL CLOSURES

**Remand (RM) and send to General Council (GC)**

When the original case is determined to be incorrectly closed, the appeal case will be remanded to GC for review.

**Remand (RM) and send to Case Processor (CP)**

When the appeal case is determined to be appealing exemption or redactions, the appeal case will be pended for review by a case processor.



WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer

**Completely Uphold (CU)**

This is the equivalent to Up-Front Approver for appeals. When the original case was closed correctly, the appeal case will be sent to GC for review.

## REVIEW SEARCH TAB

**Search Tab**

After reviewing the request information, select the "Actions" dropdown on the top right corner of FIRST and select "Search". Do NOT make any selections on this tab. FIRST will use information populated on the left-side sections to locate records related to the subject of record (SOR). Select the compare button for the record matching your subject. Review the list of potential responsive records to determine if responsive records were not provided in original request.

All searches for subjects should be performed using the Search function within FIRST. PCIS standalone searches should only be completed on an as needed basis.

## DUPLICATE CASE

**Duplicate Tab**

After reviewing the Search tab, navigate to the blue banner in FIRST. Select "Actions" and then "Duplicate". FIRST will use information populated on the left-side sections to perform searches for possible duplicate FOIA requests. A list of possible matches will be shown. If the requester filed an additional FOIA request and the same records have been released, the appeal case will be closed as a duplicate and the requester will be advised of this information.

*Note:* A duplicate is a closed case, in any office, received after the Appeal case releasing the same information requested in the Appeal Case.

- If you do not have access to original case office, place your case in Admin, add a case note and send an email to your supervisor.
- Do not duplicate to an open case or a case ending in REQ.



Decide if case is a duplicate...

## APPEAL CASE CLOSURE CODES

Below are descriptions of each closing code available from the case create role. The sub-closing codes listed pertain to the final action letter.

**TD**: Total Denial – Not typically used for appeal responses.
**ER**: Created in Error – Documents were scanned into APP office by mistake.
**DP**: Duplicate – Closing as a duplicate.
**RM**: Remand – Sending the appeals case for further actions.
**FC**: Failure to Comply – Not typically used for appeal responses.
**WD**: Request Withdrawn – Appeal request has been withdrawn.
**NA**: Not Applicable – Not related to an action taken or decision made by the FOIA division.

- **NA**: Not Applicable
- **NA-NP**: Not Applicable – Not a Proper Appeal

**CU**: Completely Upheld – Action taken or decision made on original case is upheld on appeal.

- **CU-CU**: Completely Upheld – Completely Upheld
- **CU-EX**: Completely Upheld – Expedited Treatment Denied
- **CU-FC**: Completely Upheld – Failure to Comply -or- Total Denial
- **CU-FE**: Completely Upheld – Fee Waiver
- **CU-NR**: Completely Upheld – No Record

## Completely Upheld (CU) Chart

| Original Case Closed As | Appeals Closure Code | Appeal Final Action | Notes |
|---|---|---|---|
| DP | CU-CU | Send to GC | Original case closed DP correctly or the records sought have been processed and closed in another case. |
| FC | CU-FC | Send to GC | Select short or long criteria depending on if the SOR is deceased or not. |
| TD | CU-FC | Send to GC | FC letter provides information for TD and FC. |
| UT | CU-NR | Send to GC | Previously used for lost/missing files now closing NR. |
| NR | CU-NR | Send to GC | If the appeal is for the same records as the request. i.e. Entire A-file. |

## Remand (RM) Chart

| Original Case Closed As | Appeals Closure Code | Appeal Final Action | Notes |
|---|---|---|---|
| DP | RM | Send to GC | Should not have been DP'd - i.e. different requestor or different records sought. |



WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.



| | | | |
|---|---|---|---|
| FC | RM | Send to GC | Perfected Request – Closed Incorrectly |

| | | | |
|---|---|---|---|
| FC | RM | Send to GC | Perfected Request – Closed Incorrectly |
| TD | RM | Send to GC | Perfected Request – Closed Incorrectly |
| NR | RM | Send to GC | When the requestor is stating they did not get a specific receipt number. (If in PCIS and was available at the time of the request.) |
| PD | RM | Pend to CP | Appealing exemptions or withholdings. |
| G1 | RM | Pend to CP | Appealing exemptions or withholdings. |

## APPEAL CASE – NOT A PROPER APPEAL

Original Request Scope – Requesters are required to reasonably describe records being sought when submitting a FOIA request. This allows the agency to conduct an effective search and locate relevant documents. The original request scope cannot be broadened on appeal.

Search cut-off date for records responsive to the request – The search cut-off date is the date the original request was received. Records created after this cut-off date are treated as not responsive to the request.

When the appeal is not valid, the case will be closed as not applicable (NA).

- The following will be closed NA:
  - Untimely Appeal.
  - Case status questions.
  - Not a clear description of records appealed.
- Actions > Locate – Check Yes under full alien file. (**Do not staff for any files.**)
- Actions > Up-Front Close > NA.
- Remove populated letter (CU-CU).
- +Add Letter > APP (NA) Blank Letter.
  - Modify verbiage as necessary.
  - Select Closing Case and OGIS Paragraph.
  - Ensure the letter is signed by OCC, not the FOIA officer.
  - Select Update Letter.
- Add detailed case note listing all actions taken and reasons for the actions – Title will be the closure reason.
- Actions > Send to GC.

When the appeal is not a proper appeal, the case will be closed as not a proper appeal (NA-NP).

- The following will be closed NA-NP:
  - Requestor is someone other than a person given consent in original request.
  - US Citizen.
- Actions > Locate – Check Yes under full alien file. (Do not staff for any files)
- Actions > Up-Front Close > NA.
- Remove auto populated letter. (NA)
- +Add Letter > APP (NA-NP) Not a proper FOIA-PA request.
  - Modify verbiage as necessary.
  - Select Closing Case and OGIS Paragraph.



WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.

- Ensure the letter is signed by OCC, not the FOIA officer.
- Select Update Letter.

- Add detailed case note listing all actions taken and reasons for the actions – Title will be the closure reason.
- Actions > Send to GC.

## COMPLETELY UPHELD - NO RECORD (CU-NR)

The original case was closed NR and the requester is appealing asking for a new search. A previously closed NR case can be remanded (RM) or completely upheld (CU).

When the records located via the Search tab were previously provided, are not responsive to the request, or were not available at the time the original case was created, the original case was completed correctly. The case will be closed as completely upheld. (CU-NR)

- Actions > Locate – Check Yes under full alien file. (Do not staff for any files.)
- Actions > Completely Upheld (CU).
- Remove populated letter (CU-CU).
- Select +Add Letter and select CU-NR.
    - Modify verbiage as necessary.
    - Ensure the letter is signed by OCC, not FOIA officer.
    - Select Update letter.
- Add detailed case note listing all actions taken and reasons for the actions – Title will be the closure reason.
  **Example: If no records are located to match the SOR, title would be CU-NR.
- Actions > Send to GC.

## COMPLETELY UPHELD - TD/FC (CU-FC)

When the original case was correctly closed TD or FC, the case will be closed as completely upheld. (CU-FC.)

- Actions > Locate – Check Yes under full alien file. (**Do not staff for any files.**)
- Actions > Up-Front Closure > CU.
- Remove auto populated letter (CU-CU).
- +Add Letters > APP CU-FC Letter.
    - Select short version for basic VOI missing or long version that contain Proof of Death information.
    - Modify verbiage as necessary.
    - Select Closing Case and OGIS Paragraph.
    - Ensure the letter is signed by OCC, not FOIA officer.
    - Select Update Letter.
- Add a detailed case note listing all actions taken and reasons for the actions.



WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer

- Actions > Send to GC.

## REMAND CASES

### Remand for No Record (RM-NR)

The original case was closed NR and the requester is appealing asking for a new search. A previously closed NR case can be remanded (RM) or completely upheld (CU).

When the records located via the Search tab were not previously provided, were responsive to the request, and were available at the time the original case was created, the original case was completed incorrectly. The case should be Remanded (RM) to General Council (GC) to be review. If Appendix D documents are located, they must be specifically requested.

- Actions > Search Tab > Review Search Tab. (Do not select anything.)
  - Were records responsive to the request and available at the time of the original request?
  - Review records located and, if they are responsive but were not provided, check PCIS to ensure the records were available at the time the original case was created.
- Actions > Duplicate – Review for potential duplicates.
- Actions > Locate – Check Yes under full alien file. (Do not staff for any files.)
- Actions > Up-Front Closure > Remand.
- Review auto populated letter. (RM-NR)
  - Select Remand to NRC.
  - Modify verbiage as necessary.
  - Ensure the letter is signed by OCC not FOIA officer.
  - Select Update letter.
- Select +Add Letter and choose Secondary Letters Associated with Final Actions.
  - Choose the appropriate office this case will be remanded to. (**PPO or SIG**)
    - In the Blank Text Box after <font size="20"> and before </font> replace "TYPE INFO HERE" with the information below:
    - Staff for: (list all available records to staff), Matching Name: XX, DOB: XX/XX/XXXX, COB: XYZ, Requesting: ABC.
  - Select Update Letter.
- Add detailed case note listing all actions taken and reasons for the actions.
- Actions > Send to GC.

### Remand for Total Denial/Failure to Comply (RM-FC)

When the original case was incorrectly closed TD or FC, the case will be closed as remand to GC to be reviewed. (RM-FC.)

- Select Actions > Search.
  - Review records located and, if they are responsive, check PCIS to ensure the records were available at the time the original case was created. If Appendix D documents are located, they must be specifically requested.



WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer

    - Do not select anything in the Search tab. Notate information regarding records located for future action on this case.
- Actions > Locate – Check Yes under full alien file. (**Do not staff for any files.**)
- Actions > Completely Upheld > Remand.
- Review auto populated letter. (RM-FC)
    - Select Remand to NRC. (Remove all text from boxes.)
    - Ensure the letter is signed by OCC, not FOIA officer.
    - Select Update Letter.
- +Add Letters > Secondary Letters Associated with Final Actions.
    - Select PPO or SIG.
    - In the Blank Text Box <u>after</u> <font size="20"> and <u>before</u> </font> replace "TYPE INFO HERE" with the information below:
    - Staff for: (list the available records you notated in previous step), Matching Name: XX, DOB: XX/XX/XXXX, COB: XYZ, Requesting: ABC.
    - Select Update Letter.
- Add detailed case note listing all actions taken and reasons for the actions.
- Actions > Send to GC.

**<u>Remand to Case Processor</u>**

If a case is appealing withholdings or exemptions, the case will be pended for case processor review.

- Actions > Locate – Check Yes under full alien file. (Do not staff for any files.)
- Select Actions > Import.
    - Review original request to see what sequences need to be imported. Select corresponding sequences to import.
        - Only import **records responsive** to the request. No ARDs, CSD, or letters should be imported.
            - When a sequence is selected a set of drop-down options will appear.
                - Options:
                    - **Document Type**: FIRST will default this setting as "Responsive". Do not change.
                        - "Responsive" allows for the imported records to be responsive document that can be edited.
                    - **Content Type**: FIRST will default this setting as "Clean".
                        - Selecting the dropdown menu and choose "Bracketed". This will import records with opaque redaction.
                    - **Page Range**: FIRST will default this setting as "All". Do not change.
                        - This will allow all records to be imported.
            - Change "Content Type" to Bracketed for each sequence.
- Review original case for ICE review pages.
    - In original case, select summary tab on left side of FIRST.
    - Select funnel next to Type, type ICE in filter box.



WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer

- If the results indicate pages marked for ICE review, count the number of pages listed and add the following case note.

  Title should be- X ICE Pages Reviewed (X = number of ICE pages reviewed)
  Appealing withholding/exemptions.
  RM- pending to CP

- Actions > Letters.
  - If ICE pages were reviewed, update the paragraph with the number of pages.
  - If no ICE pages were reviewed, remove ICE paragraph.
- Select Update Letter.
- Actions > Pend case.

## CASE NOTES

A detailed case note listing all actions taken and reasons for the actions should be added to every case. Case notes should be clear, concise, and provide useful information. It's also helpful to avoid abbreviations. FIRST allows 2400 characters per case note. Lengthy notes will need to be separated into sections, and it's best to keep them in sequential order.

Case notes entered during case create include:

- **The number of ICE Review pages found in responsive records if remanding to CP.**
  - Informs the processor if ICE Review pages need to be addressed during processing.
  - Indicates the acknowledgement letter included verbiage about ICE Review pages.
- **Results of a search if requested.**
  - Informs the processor of search results and where records are located.
- **Any special circumstances of the request.**
  - Address changes made.
  - Duplicate cases found.
  - Media group responses.
  - FIRST technical issues.
  - Sending case to Admin.
  - Review if SIG/GEN.

*Note:* Because Case Notes become a permanent part of the case in FIRST, do not use this area to record personal feelings, debate, question, or seek clarification. These types of issues should be addressed by contacting your Supervisor.

## ADMIN QUEUE

**Admin** – Cases needing additional action or information will be moved to Admin. This is a temporary queue, and cases should only be moved to Admin under certain conditions which may include:

- Scanning errors.
- System malfunctions needing FIRST administrator assistance.
- Cases needing review by OCC or Supervisor.
- Appealing a COW case.



WARNING: This guide is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do

Exhibit 9

# Daily Consolidated Report

Data as of: 2026-06-11 : 08: 01 AM CST
*Updated Monday Friday*

**Daily Snapshot Summary as of 2026-06-11 : 08: 01 AM CST**

| Backlog | Today | Added to Backlog Today | Detail Info |
|---|---|---|---|
| Current Overall Backlog | ,787 | 9 | MORE INFO |
| A file Backlog | 0 | 0 | MORE INFO |
| **Pending Approver Queue** | **Today** | **Backlog** | **Detail Info** |
| ALF Approver | 0 | 0 | MORE INFO |
| ALF External Agency Review | 0 | 0 | MORE INFO |
| ALF Up Front | 0 | 0 | MORE INFO |
| BL3 Approver | 4 | 0 | MORE INFO |
| BL3 External Agency Review | 0 | 0 | MORE INFO |
| BL3 Up Front | 64 | 0 | MORE INFO |
| EB5 Approver | 0 | 0 | MORE INFO |
| EB5 External Agency Review | 0 | 0 | MORE INFO |
| EB5 Up Front | 0 | 0 | MORE INFO |
| MRC Approver | 0 | 0 | MORE INFO |
| MRC External Agency Review | 0 | 0 | MORE INFO |
| MRC Up Front | 0 | 0 | MORE INFO |
| NRC Approver | 74 | 0 | MORE INFO |
| NRC External Agency Review | 0 | 0 | MORE INFO |
| NRC Up Front | 4 | 0 | MORE INFO |
| SAF Approver | 7 | 0 | MORE INFO |
| SAF External Agency Review | 0 | 0 | MORE INFO |
| SAF Up Front | 0 | 0 | MORE INFO |
| SMP Approver | 2 | 0 | MORE INFO |
| SMP External Agency Review | 0 | 0 | MORE INFO |
| SMP Up Front | 0 | 0 | MORE INFO |
| **Total Approver Queue A-File Offices** | 34 | 0 | MORE INFO |
| **Total External Review A-File Offices** | 0 | 0 | MORE INFO |
| **Total Up-Front Queue A-File Offices** | 78 | 0 | MORE INFO |
| | | | |
| NRC Track | 947 | 0 | MORE INFO |
| NRC Track 2 | 6,925 | 0 | MORE INFO |
| NRC Track 3 | 49 | 0 | MORE INFO |
| Total Cases Available for Processing | 2,243 | 0 | MORE INFO |
| # of Business Days of Work Available | | | 25 |
| T2 Cases Currently Available in BL3 to Process | 96 | 0 | MORE INFO |
| # of Business Days of Work Available | | | 10 |
| Total Cases Staffed and Waiting on Files | 4, 2 | 0 | MORE INFO |
| **Available Cases To Move Meeting Specified Criteria:** | | | |
| NRC T2 requests with page counts 50 | 4,896 | 0 | MORE INFO |
| NRC T2 requests with page counts 500 | 8,760 | 0 | MORE INFO |
| **Available Unassigned/Created/Closed Totals** | Daily | | |
| Total Unassigned A File Cases Pending CC | 0 | | MORE INFO |
| Total Unassigned Triage Cases Pending CC | ,094 | | MORE INFO |
| Total Unassigned Agency Records Cases Pending CC | 5 | | MORE INFO |
| Total Unassigned Appeals Cases Pending CC | 3,952 | | MORE INFO |
| Total Unassigned MRC Cases Pending CC | 0 | | MORE INFO |
| # of Business Days for Cases Available in CC | | | 6 |
| | | **Month to Date** | |
| Total Received | 2, 9 | 7,940 | MORE INFO |
| Total Created | ,492 | 8, 02 | MORE INFO |
| Total Closed Minus BL3 | ,484 | 4,3 6 | MORE INFO |
| Total Open Requests | 2 ,063 | | MORE INFO |

**FY 2025 & FY 2026 Backlog (Data current as of 6/11/2026 7:35:11 AM CST (updates at 7:35 AM, 8:35 AM, 11:35 AM, 2:35 PM, and 5:35 PM CST, Monday-Friday)**




**Daily Rolling 7 Days**

| Day of Date | Request Received | Total Cases Created | ALF Redacted | BL3 Redacted | Other Redacted | Total Cases Closed | Closed in BL Status | Total Closed minus BL3 | Total Closed BL3 | Total Closed OT | More Info |
|---|---|---|---|---|---|---|---|---|---|---|---|
| June 4, 2026 | 2,070 | ,996 | 3 | 2 | 643 | ,2 0 | 7 | , 95 | 5 | 5 | i |
| June 5, 2026 | ,798 | ,56 | 0 | 89 | 549 | ,842 | 3 | ,656 | 86 | 97 | i |
| June 6, 2026 | 606 | ,380 | 0 | 5 | 55 | 823 | 0 | 750 | 73 | 37 | i |
| June 7, 2026 | 532 | 692 | 0 | 5 | 205 | 544 | 0 | 544 | 0 | 23 | i |
| June 8, 2026 | ,988 | 2,652 | 0 | 05 | 583 | ,944 | 9 | ,868 | 76 | 0 | i |
| June 9, 2026 | 2,245 | 2,260 | 4 | 2 | 659 | ,905 | 6 | ,742 | 63 | 40 | i |
| June 0, 2026 | 2, 9 | ,492 | 5 | 23 | 777 | ,586 | 0 | ,484 | 02 | 09 | i |

**% of Open Requests per Date Range - Pie Chart**




**Daily Cases Closed Compliance**




**Current Overall Backlog by Track**




Data Source: FIRST

Exhibit 10

U.S. Citizenship and Immigration Services

# APPEALS CASE CREATE TRAINING

Presented by [redacted]

February 4, 2026

# Housekeeping

U.S. Citizenship and Immigration Services

## Systems used for Appeals

- FIRST
- PCIS
- RAILS

# Housekeeping

- If you have not already done so, please check to make sure you have access to the APP office in FIRST.
- If you do not, please email NRCFOIAFIRSTProgram and Cc your supervisor to request access to the APP office.
- eSTAT- Use FOIA Appeals for Function and Appeals Creating FOIA for Activity



# Appeals Flow Map

U.S. Citizenship and Immigration Services



# Types of Appeal Closures

U.S. Citizenship and Immigration Services

## Completely Upheld (CU)

This is the equivalent to Up-Front Approver for appeals. When the original case was closed correctly, the appeal case will be sent to GC for review.

## Remand (RM) and send to General Council (GC)

When the original case was closed incorrectly, the appeal case will be remanded to GC for review.

## Remand (RM) and send to Case Processor (CP)

When the requestor is appealing exemptions or withholdings and the appeal case will be pended for review by a case processor.

# Starting a Case

U.S. Citizenship and Immigration Services

Make sure to choose Case Create as the queue and APP as the office.

Select Queue
Case Create

Select Office
APP / HQ FOIA/PA Appeals

Select Start Case

START CASE

Review to make sure the case number is an APP case number.



# Appeal Case - Proper Appeal

U.S. Citizenship and Immigration Services

- Always review complete request to determine if it is a proper appeal.
  - Must be received within 90 days of the date the original case was closed.
    - **Do not automatically go off the red banner in FIRST.**
  - The appeal should clearly identify the FOIA determination(s) being appealed.
  - Appeals not meeting these two criteria will be closed Up-Front as not a proper appeal. (NA-NP)
- Appeals must be from the same requestor (Third party or Self). Or consent must be provided.
- Original Request Scope – The original request scope cannot be broadened on appeal.

# Appeal Case- Paper Case

1. When a paper case is sent in through the mail or uploaded by the public liaison the entire left side will be blank.
2. Locate the original case number and enter in the Control Number line.
3. <u>Do not</u> enter the Alien Number.
4. Once you hit enter the left side will populate from the original case.

   **Pay close attention to the original control number populated at the top. If incorrect, remove the case number and enter it again.

***Note***: If the case is appealing a COW office case, place case in Admin with a case note and email NRCFOIAAPPEALS@uscis.dhs.gov.




U.S. Citizenship and Immigration Services

# Appeal Case- Paper Case

U.S. Citizenship and Immigration Services

1. When a paper case is sent in through the mail or uploaded by the public liaison the entire left side will be blank.
2. Locate the original case number and enter in the Control Number line.
3. Do not enter the Alien Number.
4. Once you hit enter the left side will populate from the original case.

   **Pay close attention to the original control number populated at the top. If incorrect, remove the case number and enter it again.

***Note***: If the case is appealing a COW office case, place case in Admin with a case note and email NRCFOIAAPPEALS@uscis.dhs.gov.



# Appeal Case- Paper Case

U.S. Citizenship and Immigration Services

1. When a paper case is sent in through the mail or uploaded by the public liaison the entire left side will be blank.
2. Locate the original case number and enter in the Control Number line.
3. Do not enter the Alien Number.
4. Once you hit enter the left side will populate from the original case.

   **Pay close attention to the original control number populated at the top. If incorrect, remove the case number and enter it again.

***Note***: If the case is appealing a COW office case, place case in Admin with a case note and email NRCFOIAAPPEALS@uscis.dhs.gov.



# Appeal Case- Paper Case

U.S. Citizenship and Immigration Services

5. Review the letter for the reason for the appeal.
6. Look for key words such as:
   - Exemptions or withholdings
   - Second Search
   - Missing records
   - VOI provided
7. Add the appeal reason to the Additional Notes area on the left side of FIRST.
8. Actions > Search - Review records.
9. Actions > Duplicate - Review closed cases.
10. Proceed with creating the case.



USCIS FOIA/PA Appeals Office
[redacted]

RE FREEDOM OF INFORMATION ACT APPEAL
Case Number. NRC2[redacted]

Dear USCIS Officer:

I am respectfully appealing the Freedom of Information Act results for my client, [redacted] My request was assigned the following case number [redacted]

The original request was to mail both approval notices to my client's current address [redacted] The FOIA results did not indicate that the approval notices for [redacted] were sent. I respectfully request a more comprehensive search and clear indication that the I-130 approval notices were mailed to my client. I have attached the original request along with receipt notices for the I-130 Petitions.

If you have any further questions or concerns, please do not hesitate in contacting me. Thank you for your consideration of this appeal.

Sincerely,

[redacted]
Attorney at Law



# Appeal Case- Front Porch Request

U.S. Citiz and Imm Services

1. When the request is a FP request, the left side will automatically update.
2. Scroll down to the Additional Notes, section 5, on the left side to review reason for appeal.
3. Look for key words such as:
   - Exemptions or withholdings
   - Second Search
   - Missing records
   - VOI provided
4. Actions > Search - Review records.
5. Actions > Duplicate - Review closed cases.
6. Proceed with creating the case.




*Note*: If the case is appealing a COW office case, place case in Admin with a case note and email NRCFOIAAPPEALS@uscis.dhs.gov.

U.S. Citizenship and Immigration Services

# Appeal Case- Duplicate

A duplicate is a closed case, in any office, received after the Appeal case which released information requested in the Appeal Case.




1. Actions > Search (Do not select anything).
2. Actions > Duplicate.
3. Review for duplicate case.
    a. If no duplicate found, proceed with creating.
    b. If duplicate found:
        1) Select "Duplicate" to the appropriate case.
        2) Actions > Locate – Check Yes under full alien file. (**Do not staff for any files**)
        3) Action > Up-Front Closure > Duplicate.
        4) Select appropriate insert.
        5) Select Update Letter.
        6) Review letter to make sure the case numbers have updated correctly.
        7) DP letters are the only letter that should be signed by the FOIA Chief Officer.
        8) Case Note all actions taken.

# Appeal Case - Close Codes

U.S. Citizenship and Immigration Services

**DP**: Duplicate – Closing as a duplicate.

**RM**: Remand – Sending the appeal case for further actions.

**NA**: Not Applicable – Not related to an action taken or decision made by the FOIA division.

- **NA**: Not Applicable – Not an Appeal.
- **NA-NP**: Not Applicable – Not a Proper Appeal.

**CU**: Completely Upheld - Action taken or decision made on original case is upheld.

- **CU-CU**: Completely Upheld – Completely Upheld.
- **CU-EX**: Completely Upheld – Expedited Treatment Denied.
- **CU-FC**: Completely Upheld – Failure to Comply -or- Total Denial.
- **CU-FE**: Completely Upheld – Fee Waiver.
- **CU-NR**: Completely Upheld – No Record.

# Appeal Case- NA

U.S. Citizenship and Immigration Services

When the appeal is not valid, the case will be closed as not applicable (NA).

1. The following will be closed NA:
    - Untimely Appeal.
    - Case status questions.
    - Not a clear description of records appealed.
2. Actions > Locate – Check Yes under full alien file. (**Do not staff for any files**)
3. Actions > Up-Front Close > NA.
4. Remove auto populated letter. (CU-CU)
5. +Add Letter > APP (NA) **Blank Letter**.
    a. Modify verbiage as necessary.
    b. Select Closing Case and OGIS Paragraph.
    c. Ensure the letter is signed by GC not FOIA officer.
    d. Select Update Letter.
6. Add detailed case note listing all actions taken and reasons for the actions.
7. Actions > Send to GC.



# Appeal Case- NA-NP

U.S. Citizenship and Immigration Services

When the appeal is not a proper appeal, the case will be closed as not a proper appeal (NA-NP).

- The following will be closed NA-NP:
  - Requestor is someone other than a person given consent in original request.
  - US Citizen

1. Actions > Locate – Check Yes under full alien file. (**Do not staff for any files**)
2. Actions > Up-Front Close > NA.
3. Remove populated letter.
4. +Add Letter > APP (NA-NP)-Not a proper FOIA-PA request.
   a. Modify verbiage as necessary.
   b. Select Closing Case and OGIS Paragraph.
   c. Ensure that the letter is signed by OCC not FOIA officer.
   d. Select Update Letter.
5. Add detailed case note listing all actions taken and reasons for the actions.
6. Actions > Send to GC.



# Appeal Case – CU Close Codes

U.S. Citizenship and Immigration Services

| Original case closed as | Appeals Closure Code | Appeal Final Action | Notes |
|---|---|---|---|
| DP | CU-CU | Send to GC | Original case closed DP correctly or the records sought have been processed and closed in another case. |
| FC | CU-FC | Send to GC | Select short or long FC criteria depending if SOR is deceased or not. |
| TD | CU-FC | Send to GC | FC Letter provides information for TD and FC. |
| UT | CU-NR | Send to GC | Previously used for lost/missing files now closing NR. |
| NR | CU-NR | Send to GC | If the appeal is for the same records as the request. i.e. Entire A file. |

**Completely Upheld (CU) – when cases were closed correctly so we are upholding the original closure.

# Appeal Case- No Record (NR)- CU

If the records listed were previously provided, are not responsive to the request, or not available at the time the original case was created, then the original case was created correctly.

1. Actions > Locate – Check Yes under full alien file. (**<u>Do not staff for any files</u>**)
2. Actions > Completely Upheld (CU).
3. Remove auto populated letter (CU-CU).
4. Select +Add Letter and select CU-NR.
   a. Modify verbiage as necessary.
   b. Ensure the letter is signed by CG not FOIA officer.
   c. Update letter.
5. Add detailed case note listing all actions taken and reasons for the actions.- Title will be the closure reason.

   **Example: If no records are located to match the SOR, title would be CU-NR.

9. Actions > Send to GC.



# Appeal Case- Total Denial (TD)/Failure to Comply (FC)-CU

U.S. Citizenship and Immigration Services

When the original case was correctly closed TD or FC, the case will be closed as completely upheld. (CU-FC.)

1. Actions > Locate – Check Yes under full alien file. (**Do not staff for any files**)
2. Actions > Up-Front Closure > CU .
3. Remove auto populated letter (CU-CU).
4. +Add Letters > APP CU-FC Letter.
    a. Select short version for basic VOI missing or long version that contain Proof of Death information.
    b. Modify verbiage as necessary.
    c. Select Closing Case and OGIS Paragraph.
    d. Ensure the letter is signed by GC not FOIA officer.
    e. Select Update Letter.
5. Add detailed case note listing all actions taken and reasons for the actions.
6. Actions > Send to GC.



# Appeal Case – Remand Close Codes

U.S. Citizenship and Immigration Services

| Original case closed as | Appeals Closure Code | Appeal Final Action | Notes |
|---|---|---|---|
| DP | RM | Send to GC | Should not have been dup'd- i.e. different requestor or different records sought. |
| FC | RM | Send to GC | Perfected Request – Closed Incorrectly. |
| TD | RM | Send to GC | Perfected Request – Closed Incorrectly. |
| NR | RM | Send to GC | When the requestor is stating they did not get a specific receipt number. If it is in PCIS and was available at the time of the request. |
| PD | RM | Pend to CP | Appealing exemptions or withholdings. |
| G1 | RM | Pend to CP | Appealing exemptions or withholdings. |

** Remand – Sending the appeal case for further actions.

# Appeal Case-Remand/No Record (RM-NR)

U.S. Citizenship and Immigration Services

The original case was closed NR and the requester is appealing asking for a new search. A previously closed NR case can be remanded (RM) or completely upheld (CU).

When the records located via the Search tab were not previously provided, were responsive to the request, and were available at the time the original case was created, the original case was completed incorrectly. The case should be Remanded (RM) to General Council (GC) to be reviewed. If Appendix D documents are located, they must be specifically requested.

1. Actions > Search Tab > Review Search Tab. (Do not select anything)
    a. Were records responsive to the request and available at the time of the original request?
    b. Review records located and, if they are responsive but were not provided, check PCIS to make sure the records were available at the time the original case was created.
2. Actions > Duplicate – Review for potential duplicates.
3. Actions > Locate – Check Yes under full alien file. (**Do not staff for any files**)
4. Actions > Up-Front Closure > Remand.
5. Review auto populated letter. (RM-NR)
    a. Select Remand to NRC.



# Appeal Case- Remand/No Record (RM-NR)

U.S. Citizenship and Immigration Services

b. Modify verbiage as necessary.

c. Ensure the letter is signed by OCC not FOIA officer.

d. Update letter. (Ensure letter is signed by OCC not FOIA Officer)

8. Select +Add Letter and choose Secondary Letters Associated with Final Actions
   a. Choose the appropriate office this case will be remanded to. (**PPO or SIG**)
   b. In the Blank Text Box <u>after</u> <font size="20"> and <u>before</u> </font> replace "TYPE INFO HERE" with the information below-
      - Staff for: (list all available records to staff), Matching Name: XX, DOB: XX/XX/XXXX, COB: XYZ, Requesting: ABC.
   c. Select Update Letter.

REMAND TO:

**PPO Queue**

Staff for A matching Name: [redacted] DOB: [redacted]
COB: [redacted] Requesting: Passport, Nat Certificate & N-400.

9. Add detailed case note listing all actions taken and reasons for the actions.
10. Actions > Send to GC

11/24/2025 07:43 AM

RM Example

Reviewed original request and it was closed incorrectly.

file only in CIS2 but [redacted] I-140 should have been staffed.

RM to PPO and sent to GC

REPLY EDIT

# Appeal Case- Total Denial (TD)/Failure to Comply (FC)- (RM-FC)

U.S. Citizenship and Immigration Services

When the original case was closed incorrectly.

1. Select Actions > Search.
2. Review records listed, if Appendix D documents are located, they must be specifically requested.
3. Do not select anything in the Search tab but review SOR information to make sure all records found were staffed.
4. Review PCIS to verify if records were rec'd before the rec'd date of the original case.
5. Actions > Locate – Check Yes under full alien file. (**Do not staff for any files**)
6. Actions > Completely Upheld > Remand .
7. Select Remand to NRC (Remove all text from boxes).
8. Modify verbiage as necessary.
9. Select Update Letter.
10. Ensure the letter is signed by OCC not FOIA officer.
11. +Add Letters > Secondary Letters Associated with Final Actions.
12. Select PPO or SIG.
13. In the Blank Text Box after <font size="20"> and before </font> replace "TYPE INFO HERE" with the information below-
    - Staff for: (list all available records to staff), Matching Name: XX, DOB: XX/XX/XXXX, COB: XYZ, Requesting: ABC.
14. Update Letter.
15. Add detailed case note listing all actions taken and reasons for the actions.
16. Actions > Send to GC.













394

# Appeal Case- Remand to Case Processor

U.S. Citizenship and Immigration Services

If a case is appealing withholdings or exemptions, the case will be pended for case processor review.

1. Actions > Locate – Check Yes under full alien file. (**Do not staff for any files**)
2. Select Actions > Import.
   a. Review original request to see what sequences need to be imported. Select corresponding sequences to import.
      1. Only import records responsive to the request. No ARDs, CSD, or letters should be imported.
         a. When a sequence is selected a set of drop-down options will appear. Change "Content Type" to Bracketed for each sequence.
3. Review original case for ICE review pages.
   **Case Note Title should reflect the number of ICE Pages.
4. Actions > Letters.
   a. If there were ICE pages reviewed update the paragraph with the number of pages.
   b. If no ICE pages reviewed remove ICE paragraph.
5. Select Update Letter.
6. Actions > Pend case.



# Appeal Case Create- Letters

U.S. Citizenship and Immigration Services

- Any letter can be modified!
- DP is the only letter that should be signed by FOIA Chief Officer all other should be signed by GC.
- Select Closing Case and OGIS Paragraph in all Final Action Letters (FAL) except Duplicate (DP).
- Acknowledgement letter is only used when remanding the case to the CP. (Do not use Closing Case or OGIS Paragraph in this letter)

# Appeal Case Create- Letters

U.S. Citizenship and Immigration Services

- Utilize blank text boxes!
- Appeals is a different animal, and we want the public to be as informed as legally possible.
- READ, READ, READ! Review letter before sending to GC to make sure it makes sense, addresses the appeal reason and does not have things such as [[Date]] or [[Name]].
- Use the appendix to locate applicable letter inserts.
- Modify them as needed.
- Be consistent as possible.
- **Do not** use the "Closing Case, No More Appeals" insert.



# Appeal Case- GC

U.S. Citizenship and Immigration Services

- General Counsel (GC) has final approval for all Appeal cases. They are on a monthly rotation, so case notes and/or emails may come from different members of their team. GC may return cases to you for correction. Follow the guidance provided in the case note. Once the case has been corrected, add any necessary case notes and return the case to GC.

# Appeal Case Create- Key Takeaways

U.S. Citizenship and Immigration Services

- Not all Appeals are appropriate appeals.
- Get used to removing letters and choosing the appropriate letter signed by GC.
- **READ READ READ**! The request <u>and</u> the FAL.
- IF the original case was closed correctly, <u>**do not remand**</u>. The requestor should be following the instructions given in original FAL.
- <u>**DO NOT STAFF FOR ANY RECORDS IN THE LOCATE TAB!**</u>
- The original request scope cannot be broadened on appeal.
  - Search cut-off date for records responsive to the request –
    - The search cut-off date is the date the original request was received. Records created after this cut-off date are treated as not responsive to the request.
- Choose appropriate inserts to assist the requestor.
- If the appeal case is appealing a case you don't have access to, place in Admin with a case note. (COW)
- **CASE NOTE! CASE NOTE! CASE NOTE!**