Diana L. Christian
California State Bar No. 236726
Admitted, U.S. District Court for the
Northern District of California
T.M. Guyer & Friends, PC
116 Mistletoe Street
Medford, OR 97501
Telephone: (206) 535-2395 / (202) 227-3590
Email: DianaC@whistleblower.org
Counsel for Proposed Amici Curiae
Timothy Turner and
Government Accountability Project

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ZACHARY NIGHTINGALE, et al.,
Plaintiffs,
v.
U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, et al.,
Defendants.

**Case No. 3:19-cv-03512-WHO**
**Hon. William H. Orrick**

# [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AS AMICI CURIAE AND FILE AMICUS CURIAE BRIEF

The Court has considered the Administrative Motion of Timothy Turner and Government Accountability Project for Leave to Appear as Amici Curiae and File Amicus Curiae Brief. Good cause appearing, the motion is GRANTED. Timothy Turner and Government Accountability Project may appear as amici curiae. The Clerk shall accept their amicus curiae brief, Mr. Turner’s August 25, 2026 declaration, and the supporting exhibits submitted with the motion.

**IT IS SO ORDERED.**

Dated: ______________________

____________________________________
**WILLIAM H. ORRICK**
United States District Judge