**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | No. 3:19-cv-03512-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS' OPPOSITION TO ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AS AMICI CURIAE AND FILE AMICUS CURIAE BRIEF** |

Plaintiffs and Defendants, and proposed amici curiae Timothy Turner and Government Accountability Project (together "the Proposed Amici Curiae"), by and through their counsel, hereby stipulate and move the Court for a 24-calendar-day extension of Defendants' deadline to file an opposition to the Proposed Amici Curiae's Administrative Motion for Leave to Appear as Amici Curiae and File Amicus Curiae Brief (ECF No. 225) (the "Motion for Leave"), from Monday, August 31, 2026, to Thursday, September 24, 2026. In support of this request, the parties state as follows:

1. On Thursday, August 27, 2026, the Proposed Amici Curiae filed their Motion for Leave. Because that motion was filed under Civil L.R. 7-11 ("Motion for Administrative Relief"), any opposition is due within four days. See Civil L.R. 7-11(b). Thus, Defendants' opposition is due on August 31, 2026.

2. Good cause exists for extending this deadline to September 24. The Proposed Amici Curiae's filing is nearly 600 pages in total length (including more than 500 pages in exhibits (ECF No. 225-4 through 225-60)). In this light, Defendants' counsel will need significantly more time (than the four days under L.R. 7-11(b)) to review this filing and the record, and prepare a response. Assigned Defendants' counsel will be unavailable during two religious holidays during the first three

weeks of September, and other matters presently are requiring counsel's attention, including multiple briefing deadlines in other cases. In the meantime, Defendants' counsel also will be preparing the quarterly report due in this case due on September 15. *See* ECF No. 89. Undersigned Defendants' counsel also just recently substituted into the case, as new counsel of record, and is presently familiarizing himself with the case. In that light, the requested extension should afford Defendants' counsel sufficient time to complete their opposition, allow necessary review and coordination, and also account for the intervening, upcoming Labor Day holiday and associated leave.

3. There have been no previous time modifications in this case with respect to the Motion for Leave. And granting this extension will not impact any other deadlines in this case.

4. Accordingly, the parties respectfully request that Defendants' deadline to file their opposition to the Motion for Leave be extended to September 24, 2026.

Dated: August 31, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*s/ Steven M. Chasin*
Steven M. Chasin (D.C. Bar# 495853)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-0747
Steven.m.chasin2@usdoj.gov

*Counsel for Defendants*

s/ *Trina Realmuto*
Trina Realmuto (CA SBN 201088)
Mary Kenney*

National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Matt Adams (WSBA No. 28287)*
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

Raul Pinto (DC Bar No. 90013180)*
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
Telephone: (202) 507-7549

Stacy Tolchin (CA SBN 217431)
Law Offices of Stacy Tolchin
234 E. Colorado Blvd., Suite 230
Pasadena, CA 91101
(213) 622-7450
stacy@tolchinimmigration.com

*Counsel for Plaintiffs*

**Admitted pro hac vice*

*s/ Diana L. Christian*
Diana L. Christian,
California State Bar No. 236726
T.M. Guyer & Friends, PC
116 Mistletoe Street
Medford, OR 97501
Telephone: (206) 535-2395 / (202) 227-3590
Email: DianaC@whistleblower.org

*Counsel for Proposed Amici Curiae*
*Timothy Turner and*
*Government Accountability Project*

**[PROPOSED] ORDER**

Having considered the parties' stipulation to extend Defendants' deadline to file their opposition to the proposed amici curiae's Administrative Motion for Leave to Appear as Amici Curiae and File Amicus Curiae Brief (ECF No. 225), by 24-calendar-days, and for good cause shown, the Court hereby GRANTS this request. The Court hereby extends Defendants' deadline to September 24, 2026.

**IT IS SO ORDERED**

Dated: This ___ day of __________, 2026

______________________________
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE