**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

Zachary NIGHTINGALE, *et al.*,

Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

Defendants.

No. 3:19-cv-03512-WHO

**TENTH DECLARATION OF M. DAVID ARNOLD**

I, M. David Arnold, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I currently serve as Director of the National Records Center ("NRC") for U.S Citizenship and Immigration Services ("USCIS").

2. I have more than 30 years of experience with the U.S. Federal Government serving USCIS as the NRC Director since August 15, 2021, preceded by more than 25 years of distinguished service with the U.S. Air Force. In my current role as NRC Director, I am responsible for leading a team of over 300 federal and 400 contract personnel at the NRC. The NRC manages and operates USCIS's Freedom of Information and Privacy Act ("FOIA/PA") Program.

3. I make this declaration in my official capacity based on my personal knowledge, my review of records kept in the ordinary course of business, and information provided to me in the course of my official duties.

4. This declaration is submitted in support of Defendants' Twenty-Third Compliance Report, per this Court's December 17, 2020 Order and Judgment, ECF Nos. 89 & 90. The purpose

of this declaration is to provide the Court with an update regarding USCIS's substantial compliance with the Court's Order and Judgment. ECF Nos. 89 & 90.

**Status of Pending A-File Requests and Backlog**

5. During this compliance period, USCIS is reporting an increased backlog of FOIA requests seeking A-File material ("A-File requests" or "A-File FOIA requests"), and its timely completion rate has dipped to just below 90 percent (*see* paragraph 9 below). From June 15, 2026, through the end of the day on September 14, 2026, USCIS received approximately 141,230 new FOIA requests for A-File material—an increase of almost 13,500 requests from the last compliance period—and completed processing approximately 129,915 A-File requests. [1]

6. In addition to an increasing number of newly filed A-File FOIA requests, the FOIA program has also experienced standard attrition, due in part to retirements and other job changes, with five experienced FOIA employees leaving the program during this reporting period. The FOIA Program has also undertaken program-wide training, not only reducing the number of days FOIA staff were able to devote towards processing A-File FOIA requests, but also slowing the rate of processing as they adjust to new processing guidance.

7. Nevertheless, USCIS has continued to ensure that requestors with the greatest need are provided responses within the statutory deadlines. Specifically, the number of cases in USCIS's backlog from requesters in Track 3—*i.e.* those who show they have a scheduled immigration proceeding—continues to remain at zero.

8. During the current reporting period:

a. the average processing time for Track 1 cases has been approximately 13.7 business days.

[1] During the last reporting period, USCIS reported the number of newly filed A-File requests filed from March 15, 2025 through June 14, 2026, as approximately 127,780 requests. *See* Ninth Declaration of M. David Arnold ¶ 5 ECF No. 220-1.

b. the average processing time for Track 2 cases has been approximately 18.45 business days.

c. the average processing time for Track 3 cases has been approximately 7.97 business days.[2]

9. During this reporting period, USCIS completed processing approximately 96,937 of those new A-File FOIA requests, 86,770 of which were timely completed. This reflects a timely completion rate of approximately 89.51 % for the current reporting period.

10. Of those A-File FOIA requests that remain pending as of the end of the day on September 14, 2026, there are approximately 42,732 A-File FOIA requests pending within the statutory period (approximately 96.17 % of pending requests). There are approximately 1,704 A-File FOIA requests that remain pending beyond the statutory period (approximately 3.83 % of pending requests) during that same time frame. These 1,704 requests comprise USCIS's current A-File backlog.

**Actions Taken to Address A-File FOIA Requests**

11. As described in its previous compliance reports, USCIS has made significant investments by implementing both short-term and long-term measures to sustain and continuously improve its FOIA program and overcome challenges. Below is an update on USCIS's efforts:

12. The USCIS FOIA program continues to seek out and obtain available resources to assist in the timely processing of incoming FOIA requests, to include seeking detailees to work on FOIA processing. To address the increasing number of A-File FOIA requests and reduce lag time

[2] As previously noted, Track 1 consists of requests seeking very specific or very limited records; Track 2 consists of complex requests, or those that are seeking more than a few pages of documents; and Track 3 consists of requests from individuals who can demonstrate that they have an upcoming scheduled immigration hearing. *See* Declaration of Tammy M. Meckley ¶ 21, ECF No. 75-2 ("1st Meckley Decl.").

in processing, ten USCIS staff were detailed to the FOIA program during this compliance period to assist in creating FOIA cases.

13. USCIS also continues to use overtime to maximize the efforts of its existing FOIA processing staff and to benefit from the targeted training initiative in which USCIS non-FOIA and FOIA staff dedicated to non-processing roles were trained to assist the FOIA program via overtime. *See* Fifth Declaration of M. David Arnold ¶ 16, ECF No. 192-1. As previously explained, the targeted training initiative created another pool of USCIS staff who contribute via overtime towards the timely processing of FOIA requests—typically through creating FOIA cases, initiating the search for responsive records, and reviewing and approving FOIA cases for production. *Id*. Since the last reported pay period, beginning on May 17, 2026, up through August 22, 2026, USCIS employees have worked approximately 15,842 hours of overtime contributing towards the processing of A-File FOIA requests.[3]

14. To maximize reduction of the A-File backlog, USCIS also continues to contract for additional FOIA backlog work. As reported in my prior declaration, USCIS has exercised an option period for additional contract work on the FOIA A-File backlog to be completed from April 1, 2026 through March 31, 2027. *See* Ninth Declaration of David Arnold ¶ 11, ECF No. 220-1.

15. In addition to the above measures, USCIS is also working diligently to bring new employees on board to assist in the timely processing of requests. Not taking into account internal job change selections within the FOIA program, USCIS has selected approximately 14 new external hires who are tentatively scheduled to enter on duty during the next reporting period.

16. In sum, USCIS continues to invest substantial resources into the program in an effort to maintain its substantial compliance with the Court's order. While USCIS cannot precisely predict the number of newly filed FOIA requests it will receive in the upcoming reporting periods, USCIS

[3] This information is made available to the FOIA program per pay period. Accordingly, this number reflects the hours attributable to overtime during each pay period following the last reported pay period in the previous compliance report and up through the most recently available pay period.

expects that as its newly hired staff are onboarded and trained, along with its other investments, it will be better positioned to report low backlog numbers and high timely completion rates in the future.

I declare under penalty of perjury that the foregoing is true and correct.

MICHAEL D ARNOLD JR

Digitally signed by MICHAEL D ARNOLD JR
Date: 2026.09.15 12:00:37 -05'00'

Dated: September 15, 2026

M. DAVID ARNOLD JR.
Director, National Records Center
Immigration Records and Identity Services Directorate (IRIS)
U.S. Citizenship and Immigration Services (USCIS)