Trina Realmuto (CA SBN 201088)
Mary Kenney (DC 1044695)*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

*(Additional Counsel for Plaintiffs Listed in Signature Block)*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; and Maribel CARANDANG,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | No. 3:19-cv-03512-WHO<br><br>**THIRD CONSENT MOTION TO EXTEND DEADLINE TO FILE MOTION TO ENFORCE** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-3, the Plaintiffs move for a third extension of the deadline to file their motion to enforce to allow additional time for the parties to continue productive discussions that may resolve or narrow the issues in dispute. Defendants consent to this requested extension. As explained below, good cause exists to grant this request for an extension.

In its April 21, 2026, Minute Order, the Court ordered the parties to "continue to attempt to resolve as many issues raised by the whistleblower as possible." *See* Minute Entry, ECF 214. The Court further provided a briefing schedule for a motion to enforce "[u]nless all disputes are fully resolved." *Id.* On May 22, 2026, Defendants provided Plaintiffs with a proposal to address the concerns Plaintiffs raised in the parties' April 16, 2026, Joint Status Report. *See* ECF 212.

On May 27, 2026, Plaintiffs responded to that proposal with specific requests. The parties subsequently agreed to, and this Court granted, an extension of the briefing schedule for Plaintiffs' motion to enforce. ECF 218 (motion); ECF 219 (order). Defendants then responded to Plaintiffs' requests on July 17, 2026. After reviewing Defendants' responses, on July 27, 2026, Plaintiffs replied, indicating that some items had been resolved and identifying the outstanding issues. To give Defendants additional time to address Plaintiffs' latest response and requests, the parties agreed to, and this Court again granted, a second extension of the briefing for Plaintiffs' motion to enforce. ECF 221 (motion); ECF 222 (order). Defendants responded to Plaintiffs' requests on August 28, 2026. After reviewing those responses, Plaintiffs replied, on September 16, 2028, indicating that additional items had been resolved, identifying the remaining outstanding issues, and raising a few additional issues arising from the proposed amicus brief and exhibits, ECF 225. To give Defendants time to address Plaintiffs' latest response and requests and further narrow the issues in dispute in any motion to enforce (presently due on September 23, 2026, ECF 222), Plaintiffs request a further extension of the briefing schedule.

Accordingly, for good cause shown, the parties have agreed to ask the Court to extend Plaintiffs' deadline for filing the motion to enforce to November 2, 2026, Defendants' response to

November 23, 2026, and Plaintiffs' reply to December 7, 2026; and to continue the hearing to December 16, 2026, or to a date that is more convenient for the Court.

Respectfully submitted,

_s/ Trina Realmuto_
Trina Realmuto (CA SBN 201088)
Mary Kenney*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org
mary@immigrationlitigation.org

Matt Adams (WSBA No. 28287)*
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

Stacy Tolchin (CA SBN 217431)
Law Offices of Stacy Tolchin
234 E. Colorado Blvd., Suite 230
Pasadena, CA 91101
(213) 622-7450
stacy@tolchinimmigration.com

Raul Pinto (DC Bar No. 90013180)*
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
(202) 507-7549

*Counsel for Plaintiffs and Class Members*

**Admitted pro hac vice*

Dated: September 18, 2026