UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,

Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Case No. 19-cv-03512-WHO

**[Proposed] Order Granting Third Consent Motion to Extend Deadline to File Motion to Enforce**

Having thoroughly considered the Plaintiffs' consent motion to extend the deadline to file their motion to enforce, the extension is GRANTED. The Court hereby ORDERS Plaintiffs to file any motion to enforce by November 2, 2026; Defendants to file a response by November 23, 2026; and Plaintiffs to file a reply by December 7, 2026. The Court further ORDERS the hearing to be set for December 16, 2026.

**IT IS SO ORDERED.**

This the ___ day of __________, 2026

______________________________
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE