BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
STEVEN M. CHASIN (D.C. Bar# 495853)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-0747
Email: steven.m.chasin2@usdoj.gov
Counsel for Defendant*s*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| Zachary NIGHTINGALE, *et al.*,<br>Plaintiffs,<br>v.<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br>Defendants. | No. 3:19-cv-03512-WHO<br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AS AMICI CURIAE AND FILE AMICUS CURIAE BRIEF** |

The Court, having considered the Administrative Motion for Leave to Appear as Amici Curiae and File Amicus Curiae Brief (ECF 225) by Mr. Timothy Turner and Government Accountability Project, and Defendants' Opposition thereto, hereby DENIES the Motion.

IT IS SO ORDERED.

Dated: ________________ ______________________________

The Honorable William H. Orrick
United States District Judge