UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Zachary NIGHTINGALE; Courtney McDERMED; Cheryl DAVID; Pao LOPA; Maribel CARANDANG,

Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Case No. 19-cv-03512-WHO

**Order Granting Third Consent Motion to Extend Deadline to File Motion to Enforce and To Deny Without Prejudice Administrative Motion**

Having considered the Plaintiffs' consent motion to extend the deadline to file their motion to enforce, the extension is GRANTED. The Court ORDERS Plaintiffs to file any motion to enforce by November 2, 2026; Defendants to file a response by November 23, 2026; and Plaintiffs to file a reply by December 7, 2026. The Court further ORDERS the hearing to be set for December 16, 2026, at 10:00 a.m. by Zoom videoconference.

The Administrative Motion for Leave to Appear as Amici Curriae and File Amicus Brief (Dkt. No. 225) is DENIED without prejudice to being raised again after the completion of the briefing in the contemplated motion.

**IT IS SO ORDERED.**

This the 29th day of September, 2026

WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE