**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

Zachary NIGHTINGALE, *et al.*,

Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

Defendants.

No. 3:19-cv-03512-WHO

**STIPULATION REGARDING RESOLUTION OF ISSUES**

Plaintiffs and Defendants, by and through their counsel, hereby stipulate that through the Court-directed informal resolution process (*see* generally, ECF 214, 298), the Parties have resolved all of the remaining outstanding issues identified in the April 16, 2026 Joint Status Report (ECF 212), as well as new issues recently raised in the Administrative Motion for Leave to Appear as Amici Curiae and File Amicus Curiae Brief (ECF No. 225).[1] The Parties therefore inform the Court that Plaintiffs will not be filing a motion to enforce, and request that the Court remove the associated briefing and hearing dates from the calendar. *See* Order Granting Third Consent Motion to Extend Deadline to File Motion to Enforce and To Deny Without Prejudice Administrative Motion (ECF 231 (Sep. 29, 2026)). The Parties are presently meeting and conferring regarding a further filing (for later this month of November 2026) concerning this resolution.

Dated: November 2, 2026 Respectfully submitted,

[1] The Court denied this Administrative Motion, without prejudice. *See* ECF 231.

s/ *Trina Realmuto*
Trina Realmuto (CA SBN 201088)
Mary Kenney*

National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Matt Adams (WSBA No. 28287)*
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

Raul Pinto (DC Bar No. 90013180)*
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
Telephone: (202) 507-7549

Stacy Tolchin (CA SBN 217431)
Law Offices of Stacy Tolchin
234 E. Colorado Blvd., Suite 230
Pasadena, CA 91101
(213) 622-7450
stacy@tolchinimmigration.com

*Counsel for Plaintiffs*

**Admitted pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*s/ Steven M. Chasin*
Steven M. Chasin (D.C. Bar# 495853)

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-0747
Steven.m.chasin2@usdoj.gov

*Counsel for Defendants*